UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>     Plaintiff,<br><br>  v.<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>     Defendants. | Case No. _____<br><br>**CORPORATE DISCLOSURE STATEMENT** |

  Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel of record for Plaintiff Frontier Airlines, Inc., hereby certifies as follows:

  Plaintiff Frontier, Airlines Inc., is a privately held corporation.  No publicly traded entity owns 10 percent or more of the stock of Frontier Airlines, Inc.

Dated:  November 18, 2020

                Respectfully Submitted,

                **BINDER & SCHWARTZ LLP**

           By: /s/ Neil S. Binder
              Neil S. Binder
              366 Madison Avenue, 6th Floor
              New York, New York 10017
              Telephone No.: (212) 510-7008
              Facsimile No.:  (212) 510-7299
              Email: nbinder@binderschwartz.com

              -and-

              **LANE POWELL PC**
              Peter D. Hawkes
              David G. Hosenpud *(pro hac vice forthcoming)*
              601 S.W. Second Avenue
              Suite 2100

Portland, Oregon 97204
Telephone: (503) 778-2100
Email: hawkesp@lanepowell.com
Email: hosenpudd@lanepowell.com

*Attorneys for Plaintiff Frontier Airlines, Inc.*