AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| FRONTIER AIRLINES, INC. | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | )     Civil Action No. |
| | ) |
| AMCK AVIATION HOLDINGS IRELAND LIMITED, | ) |
| ACCIPITER INVESTMENT 4 LIMITED, | ) |
| VERMILLION AVIATION (TWO) LIMITED, WELLS | ) |
| FARGO TRUST COMPANY, N.A., UMB BANK, N.A. | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

         **ACCIPITER INVESTMENT 4 LIMITED**
         28-29 Sir John Rogerson's Quay
         Dublin 2
         IRELAND
         D02 EY80

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Neil S. Binder, nbinder@binderschwartz.com
                           Binder & Schwartz LLP, 366 Madison Avenue, 6th Floor, New York, N.Y. 10017

                           Peter D. Hawkes, hawkesp@lanepowell.com
                           David Hosenpud (pro hac vice forthcoming), hosenpudd@lanepowell.com
                           Lane Powell PC, 601 S.W. Second Avenue, Suite 2100, Portland, Oregon 97204

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:      11/19/2020                                /s/ P. Canales
                                                     _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: