UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>         Plaintiff,<br><br>      -v-<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>         Defendants. | ECF Case<br><br>Case No. 1:20-cv-09713<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

  Pursuant to Rule 1.3 of the Local Rules of the United State Courts for the Southern and Eastern Districts of New York, David G. Hosenpud hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Frontier Airlines, Inc. in the above-captioned action.

  I am a member in good standing with the Bars of the states of Oregon and California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached my affidavit pursuant to Local Rule 1.3.

  Dated: December 8, 2020, Portland, Oregon

            Respectfully submitted,

            By:   */s/ David G. Hosenpud*
               David G. Hosenpud
               Lane Powell PC
               601 S.W. Second Avenue, Suite 2100
               Portland, Oregon 97204
               Telephone: (503) 778-2100
               Email: hosenpudd@lanepowell.com

            *Attorney for Plaintiff Frontier Airlines, Inc.*