UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC., <br><br> Plaintiff, <br><br> -v- <br><br> AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE, <br><br> Defendants. | ECF Case <br><br> Case No. 1:20-cv-09713 <br><br> **AFFIDAVIT OF DAVID G. HOSENPUD IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

State of Oregon      )
                     )
County of Multnomah  )

DAVID G. HOSENPUD, being duly sworn, hereby deposes and says as follows:

1. I am a shareholder with the law firm of Lane Powell PC.

2. I submit this affidavit in support of my motion for admission *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the Bars of the states of Oregon and California.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or re-admission by any court.

WHEREFORE Affiant respectfully submits that he be permitted to appear as counsel *pro hac vice* in this case for Plaintiff Frontier Airlines, Inc.

Dated: December 8, 2020

David G. Hosenpud

Subscribed and sworn to before me in the City of Portland, County of Multnomah, and State of Oregon, this 8th day of December, 2020, by David G. Hosenpud.

Notary Public

OFFICIAL STAMP
JENIFER LYNN NORTON
NOTARY PUBLIC - OREGON
COMMISSION NO. 989443
MY COMMISSION EXPIRES JULY 14, 2023



# Certificate of Good Standing

State of Oregon        )
                       )  ss.
County of Washington   )

    I, Troy Wood, do hereby certify that I am Regulatory Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

    The official files and records of the Oregon State Bar indicate:

### DAVID G. HOSENPUD

was admitted to practice law in the State of Oregon by examination and became an active member of the Oregon State Bar on September 13, 1983.

    There are no grievances or disciplinary proceedings presently pending against this member.

    No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

    Mr. Hosenpud is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

    DATED this 1st day of December, 2020.

_____
Troy Wood
Regulatory Counsel
Oregon State Bar



# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

### CERTIFICATE OF GOOD STANDING

I, Mary L. Moran, Clerk of the United States District Court for the District of Oregon,

DO HEREBY CERTIFY

# *DAVID G. HOSENPUD*

was duly admitted to practice in this Court and is in good standing as a member of the bar.

Dated at Portland, Oregon on November 30, 2020.

MARY L. MORAN
Clerk of Court

By: *(signature)*
Elizabeth Potter
Attorney Admissions Clerk



**The State Bar of California**

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

December 1, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DAVID GLENN HOSENPUD, #147433 was admitted to the practice of law in this state by the Supreme Court of California on July 2, 1990 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Records