**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>                              Plaintiff,<br><br>           -against-<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>                              Defendants. | Civ. No. 20-cv-9713 (AT) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, of the law firm of CLIFFORD CHANCE US LLP, duly admitted to practice in this court, hereby appears as counsel of record for Defendants AMCK Aviation Holdings Ireland Limited, Accipiter Investments Aircraft 4 Limited, Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A., and UMB Bank, N.A.

Dated: December 9, 2020

                                                                Respectfully submitted,

                                                                  /s/  Jeff E. Butler

                                                                Jeff E. Butler
                                                                CLIFFORD CHANCE US LLP
                                                                31 West 52nd Street
                                                                New York, New York  10019
                                                                Tel: 212-878-8000
                                                                Fax: 212-878-8375
                                                                jeff.butler@cliffordchance.com