**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

FRONTIER AIRLINES, INC.,

                        Plaintiff,

-against-

AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,

                        Defendants.

Civ. No. 20-cv-9713 (AT)

---

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT AMCK AVIATION HOLDINGS IRELAND LIMITED

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant AMCK Aviation Holdings Ireland Limited ("AMCK"), by its undersigned counsel, states that the following entities are parent corporations or publicly held corporations owning 10% or more of AMCK's stock:

      CK Asset Holdings Limited

      Mitsubishi Corporation

      Vermillion Aviation Finance S.à r.l.

      Vermillion Aviation Holdings Limited

- 2 -

Dated: December 9, 2020
      New York, New York

                                        Respectfully submitted,

                                        /s/ Jeff E. Butler
                                       Jeff E. Butler
                                       CLIFFORD CHANCE US LLP
                                       31 West 52nd Street
                                       New York, New York 10019
                                       Tel: 212-878-8000
                                       Fax: 212-878-8375
                                       jeff.butler@cliffordchance.com

                                       *Attorneys for Defendants AMCK Aviation Holdings Ireland Limited, Accipiter Investments Aircraft 4 Limited, Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A., and UMB Bank, N.A.*