UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>       Plaintiff,<br><br>  -against-<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>       Defendants. | Civ. No. 20-cv-9713 (AT) |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT ACCIPITER INVESTMENTS AIRCRAFT 4 LIMITED**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Accipiter Investments Aircraft 4 Limited ("AIA4"), by its undersigned counsel, states that the following entities are parent corporations or publicly held corporations owning 10% or more of AIA4's stock:

    Accipiter Holdings DAC

    Accipiter Investments Holdings DAC

    Accipiter Investments Limited

    CK Asset Holdings Limited

    CK Capital Limited

- 2 -

Dated: December 9, 2020
New York, New York

Respectfully submitted,

  /s/  Jeff E. Butler
Jeff E. Butler
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York  10019
Tel: 212-878-8000
Fax: 212-878-8375
jeff.butler@cliffordchance.com

*Attorneys for Defendants AMCK Aviation Holdings Ireland Limited, Accipiter Investments Aircraft 4 Limited, Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A., and UMB Bank, N.A.*