**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

FRONTIER AIRLINES, INC.,

                Plaintiff,

-against-

AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,

                Defendants.

Civ. No. 20-cv-9713 (AT)

---

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT VERMILLION AVIATION (TWO) LIMITED**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Vermillion Aviation (Two) Limited ("VA2"), by its undersigned counsel, states that the following entities are parent corporations or publicly held corporations owning 10% or more of VA2's stock:

    AMCK Aviation Holdings Ireland Limited

    CK Asset Holdings Limited

    Mitsubishi Corporation

    Vermillion Aviation Holdings Limited

    Vermillion Aviation Finance S.à r.l.

- 2 -

Dated: December 9, 2020
New York, New York

Respectfully submitted,

  /s/  Jeff E. Butler
Jeff E. Butler
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York  10019
Tel: 212-878-8000
Fax: 212-878-8375
jeff.butler@cliffordchance.com

*Attorneys for Defendants AMCK Aviation Holdings Ireland Limited, Accipiter Investments Aircraft 4 Limited, Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A., and UMB Bank, N.A.*