**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>                              Plaintiff,<br><br>          -against-<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>                              Defendants. | Civ. No. 20-cv-9713 (AT) |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT UMB BANK, N.A.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant UMB BANK, N.A. ("UMB"), by its undersigned counsel, states that the following entity is a parent corporation and a publicly held corporation owning 10% or more of UMB's stock:  UMB Financial Corporation.

- 2 -

Dated: December 9, 2020
      New York, New York

                                   Respectfully submitted,

                                     /s/  Jeff E. Butler
                                   Jeff E. Butler
                                   CLIFFORD CHANCE US LLP
                                   31 West 52nd Street
                                   New York, New York  10019
                                   Tel: 212-878-8000
                                   Fax: 212-878-8375
                                   jeff.butler@cliffordchance.com

                                   *Attorneys for Defendants AMCK Aviation Holdings Ireland Limited, Accipiter Investments Aircraft 4 Limited, Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A., and UMB Bank, N.A.*