UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC., <br><br>       Plaintiff, <br><br>  -against- <br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE, <br><br>       Defendants. | Civ. No. 20-cv-9713 (AT) |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT WELLS FARGO TRUST COMPANY, N.A.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Wells Fargo Trust Company, N.A. ("Wells Fargo"), by its undersigned counsel, states that the following entities are parent corporations or publicly held corporations owning 10% or more of Wells Fargo's stock:

  WFC Holdings, LLC

  Wells Fargo & Company

- 2 -

Dated: December 9, 2020
        New York, New York

                        Respectfully submitted,

                     /s/ Jeff E. Butler
                    Jeff E. Butler
                    CLIFFORD CHANCE US LLP
                    31 West 52nd Street
                    New York, New York  10019
                    Tel: 212-878-8000
                    Fax: 212-878-8375
                    jeff.butler@cliffordchance.com

*Attorneys for Defendants AMCK Aviation Holdings Ireland Limited, Accipiter Investments Aircraft 4 Limited, Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A., and UMB Bank, N.A.*