UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>                              Plaintiff,<br><br>-against-<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>                              Defendants. | Civ. No. 20-cv-9713 (AT) |

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned attorney, of the law firm of CLIFFORD CHANCE US LLP, duly admitted to practice in this court, hereby appears as counsel of record for Defendants AMCK Aviation Holdings Ireland Limited, Accipiter Investments Aircraft 4 Limited, Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A., and UMB Bank, N.A.

Dated: December 9, 2020

                                                                Respectfully submitted,

                                                                /s/  Minji Reem

                                                               Minji Reem
                                                               CLIFFORD CHANCE US LLP
                                                              31 West 52nd Street
                                                              New York, New York  10019
                                                              Tel: 212-878-8000
                                                              Fax: 212-878-8375
                                                              minji.reem@cliffordchance.com