**C L I F F O R D**
**C H A N C E**

CLIFFORD CHANCE US LLP

31 WEST 52ND STREET
NEW YORK, NY 10019-6131

TEL +1 212 878 8000
FAX +1 212 878 8375

www.cliffordchance.com

**BY ECF**

The Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York  10007

Direct Dial: +1 212-878-8205
E-mail: jeff.butler@cliffordchance.com

December 11, 2020

Re:   *Frontier Airlines v. AMCK Aviation,* **20 Civ. 9713 (AT)**

Your Honor:

We represent all of the Defendants in the above-referenced action.  We are writing to request an extension of Defendants' time to answer or move against the Complaint.

Plaintiff filed the Complaint in this action on November 18, 2020.  Two of the defendants were served on November 25, 2020, which means that the current deadline for those defendants to respond to the Complaint is December 16, 2020.  Other defendants were served in early December 2020.

Defendants respectfully request an extension of time to respond to the Complaint applicable to all Defendants to January 29, 2021.  Such an extension would allow all Defendants to respond at the same time.  This is Defendants' first request for an extension of time to respond to the Complaint, and Plaintiff's counsel has consented to this requested extension.

Respectfully submitted,

/s/ Jeff E. Butler
_____
Jeff E. Butler

cc (via ECF):   Neil Stephen Binder, Esq.
                Peter D. Hawkes