ORIGINAL

**C L I F F O R D**

**C H A N C E**

MEMO ENDORSED

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK, NY 10019-6131

TEL +1 212 878 8000
FAX +1 212 878 8375

www.cliffordchance.com

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Direct Dial: +1 212-878-8205
E-mail: jeff.butler@cliffordchance.com

December 10, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/14/20_

Re:    *Frontier Airlines v. AMCK Aviation,* 20 Civ. 9713 (AT)

Your Honor:

We represent all of the Defendants in the above-referenced action. On November 20, 2020, the Court entered an Initial Pretrial Conference Order scheduling a telephonic initial pretrial conference for January 19, 2021 at 11:00 a.m. and directing the parties to submit a joint letter to the Court by January 12, 2021. We are writing to request a short adjournment of these dates.

Undersigned counsel has an arbitration hearing scheduled to begin on January 19, 2021 that would conflict with the initial pretrial conference. This hearing has been scheduled for several months, and is expected to last up to two weeks. Accordingly, we respectfully request adjournment of the initial pretrial conference to a date no earlier than February 8, 2021 and extension of the date for submission of a joint letter to a date no earlier than February 1, 2021.

So
Ordered.
Louis L.
Stanton
12/14/20

This is Defendants' first request for an adjournment of the initial pretrial conference and for an extension of the deadline to submit a joint letter. Plaintiff's counsel has consented to the requested adjournment and extension.

Respectfully submitted,

/s/ Jeff E. Butler
_____

Jeff E. Butler

cc (via ECF):    Neil S. Binder, Esq.
                 Peter D. Hawkes, Esq.