**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>                                  Plaintiff,<br><br>-v-<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>                                  Defendants. | ECF Case<br><br>Case No. 1:20-cv-09713-AT<br><br>**AFFIDAVIT OF DAVID G. HOSENPUD IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

State of Oregon        )
                       )
County of Multnomah    )

DAVID G. HOSENPUD, being duly sworn, hereby deposes and says as follows:

1. I am a shareholder with the law firm of Lane Powell PC.

2. I submit this affidavit in support of my motion for admission *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the Bars of the states of Oregon and California.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or re-admission by any court.

WHEREFORE Affiant respectfully submits that he be permitted to appear as counsel *pro hac vice* in this case for Plaintiff Frontier Airlines, Inc.

Dated: December 21, 2020

_____
David G. Hosenpud

Subscribed and sworn to before me in the City of Portland, County of Multnomah, and State of Oregon, this 21st day of December, 2020, by David G. Hosenpud.

OFFICIAL STAMP
CARRIE ANN FORT-LUDWIG
NOTARY PUBLIC-OREGON
COMMISSION NO. 977114
MY COMMISSION EXPIRES JULY 19, 2022

_____
Notary Public