

STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

DAVID G. HOSENPUD

as an Attorney of this Court.

I, as State Court Administrator of the State of Oregon, certify that on the 13th day of September, 1983,

DAVID G. HOSENPUD

was admitted to the practice of law in the Supreme Court and all other courts in the State of Oregon, and is now an attorney in good standing.

December 10, 2020.

NANCY COZINE
State Court Administrator



Authorized Representative