UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>                                  Plaintiff,<br><br>-v-<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>                                  Defendants. | ECF Case<br><br>Case No.  1:20-cv-09713-AT<br><br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

The motion of David G. Hosenpud ("Applicant") for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bars of the states of Oregon and California; and that his contact information is as follows:

```
Applicant's Name:    David G. Hosenpud
Firm Name:           Lane Powell PC
Address:             601 S.W. Second Avenue
City/State/Zip:      Portland, Oregon 97204
Tel:                 (503) 778-2100
Facsimile:           (503) 778-2200
Email:               hosenpudd@lanepowell.com
```

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Frontier Airlines, Inc. in the above-captioned action;

1

2

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                                                       United States District Judge