USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/22/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FRONTIER AIRLINES, INC.,

                Plaintiff,

      -v-

AMCK AVIATION HOLDINGS IRELAND
LIMITED, ACCIPITER INVESTMENT 4
LIMITED, VERMILLION AVIATION (TWO)
LIMITED, WELLS FARGO TRUST
COMPANY, N.A., solely in its capacity as
OWNER TRUSTEE, and UMB BANK, N.A.,
solely in its capacity as OWNER TRUSTEE,

                Defendants.

ECF Case

Case No.  1:20-cv-09713-AT

[PROPOSED] ORDER
GRANTING MOTION FOR
ADMISSION PRO HAC VICE

LLS

The motion of David G. Hosenpud ("Applicant") for admission to practice Pro Hac Vice

in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bars of the states of

Oregon and California; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | David G. Hosenpud |
| Firm Name: | Lane Powell PC |
| Address: | 601 S.W. Second Avenue |
| City/State/Zip: | Portland, Oregon 97204 |
| Tel: | (503) 778-2100 |
| Facsimile: | (503) 778-2200 |
| Email: | hosenpudd@lanepowell.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel

for Frontier Airlines, Inc. in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: ___December 22, 2020___            ___Louis L. Stanton___
                                          United States District Judge

2