| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **To:** | Garcia, Tangi |
| **Subject:** | FedEx Shipment 772166547360: Your package has been delivered |
| **Date:** | Wednesday, November 25, 2020 2:23:51 AM |

**CAUTION:** This is an external email. Do **NOT** click links or open attachments unless you are certain the content is safe.



# Hi. Your package was delivered Wed, 11/25/2020 at 10:20am.



Delivered to 28-29 SIR JOHN ROGERSON'S QUAY, DUBLIN 2 D02EY80
Received by R.RECEPTION

**OBTAIN PROOF OF DELIVERY**

| | |
|---|---|
| **TRACKING NUMBER** | 772166547360 |
| **FROM** | LANE POWELL PC<br>601 SW 2ND AVE SUITE 2100<br>PORTLAND, OR, US, 97204 |
| **TO** | ACCIPITER INV. AIRCRAFT 4 LIMITED<br>ATTN: DIRECTORS |

**Exhibit 1**
**Page 1 of 5**

|  |  |
|---|---|
|  | 28-29 SIR JOHN ROGERSON'S QUAY DUBLIN 2, IE, D02EY80 |
| **REFERENCE** | 022510.0155 T. Garcia rt |
| **SHIPPER REFERENCE** | 022510.0155 T. Garcia rt |
| **SHIP DATE** | Mon 11/23/2020 03:55 PM |
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | PORTLAND, OR, US, 97204 |
| **DESTINATION** | DUBLIN 2, , IE, D02EY80 |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 1.00 LB |
| **SERVICE TYPE** | FedEx International Priority |

# Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

**LEARN MORE**

FOLLOW FEDEX       

**Exhibit 1**
**Page 2 of 5**

☐   Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 4:23 AM CST 11/25/2020.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our [privacy policy](privacy policy). All rights reserved.

Thank you for your business.

**Exhibit 1**
**Page 3 of 5**



772166547360 



# Delivered
## Wednesday 11/25/2020 at 10:20 am



**DELIVERED**

Signed for by: R.RECEPTION

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| PORTLAND, OR US | DUBLIN 2, IE |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 772166547360 | International Priority | 1 lbs / 0.45 kgs |
| **DELIVERED TO** | **TOTAL PIECES** | **TOTAL SHIPMENT WEIGHT** |
| Receptionist/Front Desk | 1 | 1 lbs / 0.45 kgs |
| **TERMS** | **SHIPPER REFERENCE** | **PACKAGING** |
| Shipper | 022510.0155 T. Garcia rt | FedEx Envelope |
| **SPECIAL HANDLING SECTION** | **STANDARD TRANSIT** | **SHIP DATE** |
| Deliver Weekday | 11/25/2020 by 12:00 pm | Mon 11/23/2020 |
| **ACTUAL DELIVERY** | | |
| Wed 11/25/2020 10:20 am | | |

## Travel History

Local Scan Time 

**Wednesday , 11/25/2020**

| 10:20 am | DUBLIN 2 IE | Delivered |
| 8:35 am | DUBLIN IE | On FedEx vehicle for delivery |
| 7:50 am | DUBLIN IE | International shipment release - Import |
| 7:48 am | DUBLIN IE | In transit |
| | | Package available for clearance |

**Exhibit 1**
**Page 4 of 5**

|         |              | Package available for clearance    |
|---------|--------------|------------------------------------|
| 7:48 am | DUBLIN IE    | At local FedEx facility            |
| 7:48 am | DUBLIN IE    | At local FedEx facility            |
| 5:58 am | DUBLIN IE    | At destination sort facility       |
| 4:52 am | STANSTED GB  | In transit                         |
| 1:02 am | STANSTED GB  | In transit                         |

**Tuesday , 11/24/2020**

| 8:32 pm  | STANSTED GB | In transit              |
|----------|-------------|-------------------------|
| 5:45 am  | MEMPHIS, TN | Departed FedEx location |
| 4:55 am  | MEMPHIS, TN | In transit              |
| 2:58 am  | MEMPHIS, TN | In transit              |
| 12:37 am | MEMPHIS, TN | Arrived at FedEx location |

**Monday , 11/23/2020**

| 5:37 pm |              | Shipment information sent to FedEx |
|---------|--------------|------------------------------------|
| 4:41 pm | PORTLAND, OR | Picked up                          |
| 3:55 pm | PORTLAND, OR | Picked up                          |
|         |              | Tendered at FedEx Office           |

**Exhibit 1**
**Page 5 of 5**