UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

FRONTIER AIRLINES, INC.,

    Plaintiff,

vs.

AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,

    Defendant.

Case No. **1:20-cv-09713-AT**

AFFIDAVIT OF SERVICE

STATE OF DELAWARE  
County of New Castle      ss.

I, Danielle Stevens, being first duly sworn, depose and say that I am a competent person 18 years of age or older, a resident of the State of Delaware and that I am not a party to nor an officer, director, or employee of, nor an attorney for any party, corporate or otherwise; that I made service of a true copy of:

*Summons in a Civil Matter; Complaint; Initial Pretrial Conference Order; Order; Individual Practices in Civil Cases; Emergency Individual Rules and Practices in Light of COVID-19; and Magistrate Judge Order*

Upon **AMCK AVIATION HOLDINGS IRELAND LIMITED**, by personal service upon ROBIN HUTT, the clerk on duty in the office of the registered agent, The Corportion Trust Company, Registered Agent, 1209 Orange Street, Wilmington, DE 19801 on December 01, 2020 at 2:50 PM.

I declare under the penalty of perjury that the above statement is true and correct.

X _____  
Danielle Stevens  
Nationwide Process Service, Inc.  
1201 S.W. 12th Avenue, Suite 300  
Portland, OR 97205  
503-241-0636

SUBSCRIBED AND SWORN BEFORE ME this 3rd day of December, 2020 by Danielle Stevens.

_____  
Notary Public

KIMBERLY J. RYAN  
NOTARY PUBLIC  
STATE OF DELAWARE  
My Commission Expires March 31, 2024



*352852*