UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

FRONTIER AIRLINES, INC.,

        Plaintiff,

vs.

AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,

        Defendant.

Case No. **1:20-cv-09713-AT**

AFFIDAVIT OF SERVICE

STATE OF MISSOURI
County of Jackson      ss.

I, Nathaniel Scott, hereby certify that I am a competent person 18 years of age or older, a resident of the State of Missouri and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Summons in a Civil Matter; Complaint; Initial Pretrial Conference Order; Order; Individual Practices in Civil Cases; Emergency Individual Rules and Practices in Light of COVID-19; and Magistrate Judge Order*

Upon **UMB BANK. N.A., solely in its capacity as OWNER TRUSTEE**, by leaving such true copy, personally and in person, with Kenneth Miller, who is the Legal Process Specialist and person in charge at the office of John C. Pauls who is the Registered Agent thereof, at 1010 Grand Blvd, Kansas City, MO 64106 on December 02, 2020 at 11:20 AM.

I declare under the penalty of perjury that the above statement is true and correct.

SUBSCRIBED AND SWORN BEFORE ME
this ____ day of _____, 20__
by Nathaniel Scott.

_____
Notary Public for Oregon

A. MOON
My Commission Expires
February 24, 2021
Clay County
Commission #13452192

X_____
Nathaniel Scott  P.P.S.
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636



*352854*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

FRONTIER AIRLINES, INC.,

    Plaintiff,

vs.

AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,

    Defendant.

Case No. **1:20-cv-09713-AT**

AFFIDAVIT OF MAILING

STATE OF OREGON
County of Multnomah    ss.

I, Jason Crowe, being first duly sworn, depose and say that I am employed by Nationwide Process Service, Inc. On December 20, 2020, I mailed a true copy of the Summons in a Civil Matter; Complaint; Initial Pretrial Conference Order; Order; Individual Practices in Civil Cases; Emergency Individual Rules and Practices in Light of COVID-19; and Magistrate Judge Order via First Class Mail, postage pre-paid, together with a statement of the date, time and place at which service was made, to John C. Pauls.

The envelope was addressed as follows:

    John C. Pauls, Registered Agent
    UMB BANK. N.A.
    1010 Grand Blvd
    Kansas City, MO 64106

I declare under the penalty of perjury that the above statement is true and correct.

SUBSCRIBED AND SWORN BEFORE ME
this 2nd day of December, 2020
by Jason Crowe.

_M. Aaron Wirth_
Notary Public for Oregon

OFFICIAL STAMP
MITCH AARON WIRTH
NOTARY PUBLIC-OREGON
COMMISSION NO. 974861
MY COMMISSION EXPIRES MAY 16, 2022

X_____
Jason Crowe
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636



*352854*