UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

FRONTIER AIRLINES, INC.,

    Plaintiff,

vs.

AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,

    Defendant.
_____/

Case No. **1:20-cv-09713-AT**

AFFIDAVIT OF SERVICE

STATE OF UTAH
County of Washington      ss.

I, Gavin Rees, being first duly sworn, depose and say that I am a competent person 18 years of age or older, a resident of the State of Utah and that I am not a party to nor an officer, director, or employee of, nor an attorney for any party, corporate or otherwise; that I made service of a true copy of:

*Summons in a Civil Matter; Complaint; Initial Pretrial Conference Order; Order; Individual Practices in Civil Cases; Emergency Individual Rules and Practices in Light of COVID-19; and Magistrate Judge Order*

Upon **WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE**, by personal service upon WENDY PHIPPEN, the clerk on duty in the office of the registered agent, Corporation Service Company, Registered Agent, 15 West South Temple, Ste. 600, Salt Lake City, UT 84101 on December 03, 2020 at 12:16 PM.

I declare under the penalty of perjury that the above statement is true and correct.

X _____
Gavin Rees
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

SUBSCRIBED AND SWORN BEFORE ME
this __9__ day of __December__, 20_20_
by Gavin Rees.

_____
Notary Public



*352856*