UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>    Defendants. | **NOTICE OF PARTIAL MOTION TO DISMISS**<br><br>20 Civ. 9713 (LLS) |

  **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Jeff E. Butler dated January 29, 2021 (and accompanying exhibits) and the accompanying Memorandum of Law, Defendants AMCK Aviation Holdings Ireland Limited, Accipiter Investments Aircraft 4 Limited ("Accipiter"), Vermillion Aviation (Two) Limited ("Vermillion"), UMB Bank, N.A., and Wells Fargo Trust Company, N.A. (collectively, "Defendants"), hereby respectfully move this Court, before the Honorable Louis L. Stanton, United States District Judge for the Southern District of New York, for an order pursuant to Rule 12 of the Federal Rules of Civil Procedure

(i) dismissing the First and Second Claims of the Complaint as against Accipiter and Vermillion;

(ii) dismissing in full the Third, Fourth, Fifth, Sixth and Seventh Claims of the Complaint; and

(iii) granting such further relief as the Court deems proper and just.

| | |
|---|---|
| Dated: January 29, 2021<br>New York, New York | Respectfully submitted,<br><br>  /s/Jeff E. Butler<br>Jeff E. Butler<br>John P. Alexander<br>Minji Reem<br>Karleene Diaz<br>CLIFFORD CHANCE US LLP<br>31 West 52nd Street<br>New York, New York 10019<br><br>*Attorneys for Defendants AMCK Aviation Holdings Ireland Limited, Accipiter Investments Aircraft 4 Limited, Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A., and UMB Bank, N.A.* |