# CLIFFORD CHANCE

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK, NY 10019-6131

TEL +1 212 878 8000
FAX +1 212 878 8375

www.cliffordchance.com

**BY ECF**

Direct Dial: +1 212-878-8205
E-mail: jeff.butler@cliffordchance.com

The Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

March 12, 2021

**Re:** *Frontier Airlines, Inc. v. AMCK Aviation*, 20 Civ. 9713 (LLS)

Your Honor:

I write on behalf of the Defendants in the above-referenced action pursuant to Section 2(E) of the Court's Individual Practices. Defendants hereby request oral argument in connection with their Partial Motion to Dismiss (Doc. 37), which is now fully submitted.

Respectfully submitted,

/s/ Jeff E. Butler

Jeff E. Butler