UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC. | Case No.: 1:20-cv-09713-AT |
| Plaintiff, | |
| -against- | |
| AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE, | |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, of the law firm of LANE POWELL PC, duly admitted to practice in this court, hereby appears as counsel of record for Plaintiff Frontier Airlines, Inc.

DATED: May 10, 2021

**LANE POWELL PC**

By:  /s/ Sarah E. Molinoff
 Sarah E. Molinoff
 601 SW Second Avenue, Suite 2100
 Portland, Oregon  97204-3158
 Telephone No.:  (503) 778.2100
 Facsimile No.:  (503) 778-2200
 Email:  molinoffs@lanepowell.com

*Attorney for Plaintiff, Frontier Airlines, Inc.*

022510.0155/8437093.1