## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC. | Civil Action No.: 1:20-cv-09713-LLS |
| Plaintiff, | |
| -against- | |
| AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE, | |
| Defendants. | |

### NOTICE OF MOTION OF PETER D. HAWKES TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the accompanying declaration, Peter D. Hawkes will move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a day and time to be determined by the Court, pursuant to this Court's Local

022510.0155/8424115.4

Civil Rule 1.4, for leave to withdraw as counsel for Plaintiff Frontier Airlines, Inc. ("Plaintiff").

Lane Powell PC will continue to represent Plaintiff in this proceeding.

DATED: June 3, 2021
        Portland, OR                               **LANE POWELL PC**

By: */s/ Sarah E. Molinoff*
    David G. Hosenpud (*pro hac vice*)
    Sarah E. Molinoff, NY Bar No. 5439773
    601 SW Second Avenue, Suite 2100
    Portland, Oregon  97204-3158
    Telephone No.:  503.778.2100
    Facsimile No.:  503.778.2200
    Email:  hosenpudd@lanepowell.com
    Email:  molinoffs@lanepowell.com
    -and-

**BINDER & SCHWARTZ LLP**
Neil S. Binder
366 Madison Avenue, 6th Floor
New York, New York  10017
Telephone No.:  212.510.7008
Facsimile No.:  212.510.7299
Email:  nbinder@binderschwartz.com

*Attorneys for Plaintiff, Frontier Airlines, Inc.*