UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRONTIER AIRLINES, INC.

          Plaintiff,

-against-

AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,

          Defendants.

Case No.: 1:20-cv-09713-LLS

## PROPOSED ORDER

Upon the motion for Peter D. Hawkes for leave to withdraw from this action as counsel for Plaintiff, **IT IS HEREBY ORDERED**:

1. The motion is granted.

SO ORDERED.

Dated:

                                                      United States District Judge