☐ ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -
FRONTIER AIRLINES, INC.,

                    Plaintiff,                    ORDER FOR CONFERENCE
                                                  PURSUANT TO RULE 16(b)

          v.

AMCK AVIATION HOLDINGS IRELAND
LIMITED, ACCIPITER INVESTMENT 4          20 Civ. 9713(LLS)
LIMITED, VERMILLION AVIATION (TWO)
LIMITED, WELLS FARGO TRUST COMPANY,
N.A., solely in its capacity as
OWNER TRUSTEE, and UMB BANK, N.A.,
Solely in its capacity as OWNER
TRUSTEE,

                    Defendants.

- - - - - - - - - - - - - - - - -X

          This action is scheduled for a conference in accordance with

Fed. R. Civ. P. 16(b) on Friday, July 9, 2021 at 3:00 P.M. The

parties must be prepared to discuss, at the conference, the

subjects set forth in subdivisions (b) and (c) of Rule 16.

          At least one week before the time of the conference, the

parties are jointly to prepare, sign and submit to me a proposed

Scheduling Order, containing the following:

          (1)  the date of the conference and the appearances for the
               parties;

          (2)  a concise statement of the issues as they then appear;

          (3)  a schedule including:

               (a)  the names of persons to be deposed and a schedule
                    of planned depositions;

               (b)  a schedule for the production of documents;

    (c)   dates by which (i) each expert's reports* will
        be supplied to the adversary side, and (ii)
        each expert's deposition will be completed;

    (d)   time when discovery is to be completed;

    (e)   the date by which plaintiff will supply his pre-
        trial order materials to defendant;

    (f)   the date by which the parties will submit a pre-
        trial order in a form conforming with the Court's
        instructions together with trial briefs and either
        (i) proposed findings of fact and conclusions of
        law for a non-jury trial, or (ii) proposed voir
        dire questions and proposed jury instructions, for
        a jury trial; and

    (g)   a space for the date for a final pre-trial
        conference pursuant to Fed. R. Civ. P. 16(e), to be
        filled in by the Court at the conference.

(4)   a statement of any limitations to be placed on
     discovery, including any protective or confidentiality
     orders;

(5)   a statement of those discovery issues, if any, on which
     counsel, after a good faith effort, were unable to reach
     an agreement;

(6)   anticipated fields of expert testimony, if any;

(7)   anticipated length of trial and whether to court or
     jury;

(8)   a statement that the Scheduling Order may be altered or
     amended only on a showing of good cause not foreseeable
     at the time of the conference or when justice so
     requires;

---

    *The experts' reports are to set forth not merely the
expert's qualifications and conclusions, but also the facts on
which the expert relies and the process of reasoning by which the
expert's conclusions are reached.

(9)   names, address, phone numbers and signatures of counsel; and

(10)  provision for approval of the court and signature line for the court.

If the action is for personal injuries, plaintiff is directed to make a monetary settlement demand and defendant is directed to respond to such demand prior to the conference.

Plaintiff(s) is directed forthwith to notify defendant(s) of the contents of this order and send a copy of the notification to my chambers.

Dated:    June 4, 2021
          New York, New York


                                    Louis L. Stanton
                                    LOUIS L. STANTON
                                    U. S. D. J.