

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRONTIER AIRLINES, INC.

        Plaintiff,

-against-

AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,

        Defendants.

Case No.: 1:20-cv-09713-LLS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC
DATE FILED: 6/4/21

~~PROPOSED~~ ORDER    LLS

Upon the motion for Peter D. Hawkes for leave to withdraw from this action as counsel for Plaintiff, **IT IS HEREBY ORDERED**:

1.    The motion is granted.

SO ORDERED.

Dated: June 4, 2021

                                             Louis L. Stanton
                                             United States District Judge