UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRONTIER AIRLINES, INC.,

          Plaintiff,

        -against-

AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,

          Defendants.

Case No.:  1:20-cv-09713-LLS

## JOINT PROPOSED SCHEDULING ORDER

### I. CONFERENCE OF COUNSEL

David G. Hosenpud, and Sarah Molinoff counsel for plaintiff, and Jeff Butler and John Alexander, counsel for the defendants, having met and conferred, submit the following proposed scheduling order pursuant to the Order for Conference Pursuant to Rule 16(b) (ECF No. 55) and in anticipation of the Conference with the Court scheduled for July 9, 2021, at 3:00 p.m.

### II. CONCISE STATEMENT OF THE ISSUES

This dispute arises out of the parties' negotiations over a request by Plaintiff Frontier Airlines, Inc. ("Frontier") for a deferral of rent on certain aircraft leases.  The parties disagree about the nature and content of those negotiations.  Following those negotiations, Defendant AMCK Aviation Holdings Ireland Limited ("AMCK") terminated a March 2020 Framework Agreement with Frontier.  Frontier seeks damages for defendants' alleged anticipatory repudiation and breach of the Framework Agreement, breach of aircraft lease agreements, violation of

covenants and duties, and fraud, and contends that defendants were estopped from issuing the notice of termination. Defendants deny Frontier's claims, contend that the termination of the Framework Agreement was valid based on an alleged default by Frontier, and dispute plaintiff's entitlement to relief. Defendant AMCK has counterclaimed for attorney fees and other litigation expenses in connection with Frontier's alleged default.

### III.  SCHEDULE

**A.    Depositions.**

The parties will complete depositions by March 25, 2022, with particular deposition dates to be agreed upon by the parties. Each side reserves its rights to challenge any of the following proposed depositions.

Frontier states that it currently anticipates seeking depositions of the following AMCK employees:

Michael McInerney

Dovile Kukulskiene

Paul Sheridan

Jane O'Callaghan

AMCK's shareholder(s) involved in discussions relating to this dispute

Defendants state that they currently anticipate seeking the deposition of the following Frontier employees:

Jimmy Dempsey

Robert Fanning

Spencer Thwaytes

Sharath Sashikumar Bindu

**B.     Remaining Discovery Schedule.**

The schedule below sets forth the remaining discovery deadlines.

| Description | Proposed Deadline |
|---|---|
| Initial Disclosures | June 25, 2021 |
| First Discovery Requests (on or before) | July 23, 2021 |
| Joinder of Parties | July 30, 2021 |
| Begin Rolling Document Productions | September 10, 2021 |
| Meet and Confer on Topics for Expert Testimony (on or before) | October 29, 2021 |
| Completion of Documents Production | December 10, 2021 |
| Fact Discovery Cutoff | March 25, 2022 |
| Expert Reports by Party with Burden | April 8, 2022 |
| Rebuttal Expert Reports | May 6, 2022 |
| Expert Discovery Cutoff | May 27, 2022 |
| Dispositive Motions | June 27, 2022 |
| Plaintiff to supply pre-trial order material to defendants | Thirty days following ruling on any dispositive motions, or if no party files a dispositive motion, August 30, 2022 |
| Pre-Trial Order | Forty-five days following the date Plaintiff supplies the pre-trial order material to defendants |
| Pre-trial Conference | _____ |

C. **Discovery Plan.**

1. **Limitations placed on discovery, including any protective or confidentiality orders.**  The parties intend to enter into an agreed protective order to be submitted to the Court for approval.

2. **Discovery issues.**  None at this time.

3. **Production of documents.**  See above.

4. **Anticipated fields of expert discovery.**  Frontier currently anticipates expert testimony on matters relating to the airline industry, aircraft leasing, aircraft lease negotiations, and damages.  Defendants currently anticipate offering rebuttal expert testimony on any of the foregoing.  The parties will meet and confer about the potential need for expert testimony in accordance with the above schedule.

D. **Anticipated length of trial; court or jury trial.**

The parties estimate the trial will last 5-6 days.  The parties request a bench trial.

This Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires.

DATED:  July 1, 2021

**LANE POWELL PC**

By  s/David G. Hosenpud
David G. Hosenpud (*pro hac vice*)
Sarah E. Molinoff
601 SW Second Avenue, Suite 2100
Portland, Oregon  97204-3158
Telephone No.:  503.778.2100
Facsimile No.:  503.778.2200
hosenpudd@lanepowell.com
molinoffs@lanepowell.com

- and -

**BINDER & SCHWARTZ LLP**
Neil S. Binder
366 Madison Avenue, 6th Floor
New York, New York  10017
Telephone No.:  212.510.7008
Facsimile No.:  212.510.7299
nbinder@binderschwartz.com

*Attorneys for Plaintiff, Frontier Airlines, Inc.*

DATED:  July 1, 2021

**CLIFFORD CHANCE US LLP**

By:  s/Jeff E. Butler (with consent)
   Jeff E. Butler
   John P. Alexander
   CLIFFORD CHANCE US LLP
   31 West 52nd Street
   New York, New York 10019
   T:  212.878.8205
   F:  212.878.8375
   Jeff.butler@cliffordchance.com
   John.alexander@cliffordchance.com

APPROVED.

DATED:  July ____, 2021

_____
United States District Judge

5