UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.<br><br>　　　　　Plaintiff,<br><br>　　-against-<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>　　　　　Defendants. | Civil Action No.: 1:20-cv-09713-LLS |

**<u>NOTICE OF MOTION OF SARAH E. MOLINOFF TO WITHDRAW AS COUNSEL</u>**

　　　　PLEASE TAKE NOTICE that, upon the accompanying declaration, Sarah E. Molinoff will move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a day and time to be determined by the Court, pursuant to this Court's Local

8734652.1

Civil Rule 1.4, for leave to withdraw as counsel for Plaintiff Frontier Airlines, Inc. ("Plaintiff").

Lane Powell PC will continue to represent Plaintiff in this proceeding.

DATED:  October 26, 2021
            Portland, OR

**LANE POWELL PC**

By: */s/ Sarah E. Molinoff*
　　David G. Hosenpud (*pro hac vice*)
　　Sarah E. Molinoff, NY Bar No. 5439773
　　601 SW Second Avenue, Suite 2100
　　Portland, Oregon  97204-3158
　　Telephone No.:  503.778.2100
　　Facsimile No.:  503.778.2200
　　Email:  hosenpudd@lanepowell.com
　　Email:  molinoffs@lanepowell.com
　　-and-

**BINDER & SCHWARTZ LLP**
Neil S. Binder
366 Madison Avenue, 6th Floor
New York, New York  10017
Telephone No.:  212.510.7008
Facsimile No.:  212.510.7299
Email:  nbinder@binderschwartz.com

*Attorneys for Plaintiff, Frontier Airlines, Inc.*