## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC. | Civil Action No.: 1:20-cv-09713-LLS |
| Plaintiff, | |
| -against- | |
| AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE, | |
| Defendants. | |

## **DECLARATION OF SARAH E. MOLINOFF**

I, Sarah E. Molinoff, declare as follows:

1. I am an associate at the law firm of Lane Powell PC, counsel for Plaintiff Frontier Airlines, Inc. ("Plaintiff") in the above-captioned matter. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because as of October 27, 2021, I will no longer be associated with Lane Powell PC.

2. Lane Powell PC will continue to represent Plaintiff in this matter.

3. My withdrawal will not delay the matter or prejudice any party, and I am not retaining or charging a lien.

1

8734660.1

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 26, 2021
Portland, OR

By: */s/ Sarah E. Molinoff*
Sarah E. Molinoff

8734660.1