ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRONTIER AIRLINES, INC.

        Plaintiff,

-against-

AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,

        Defendants.

Case No.: 1:20-cv-09713-LLS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/21

~~PROPOSED~~ ORDER

Upon the motion for Sarah E. Molinoff for leave to withdraw from this action as counsel for Plaintiff, **IT IS HEREBY ORDERED**:

1.     The motion is granted.

SO ORDERED.

Dated: Oct. 28, 2021

                                                  Louis L. Stanton
                                            United States District Judge

8734648.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRONTIER AIRLINES, INC.

        Plaintiff,

-against-

AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,

        Defendants.

Civil Action No.: 1:20-cv-09713-LLS

## DECLARATION OF SARAH E. MOLINOFF

I, Sarah E. Molinoff, declare as follows:

    1.    I am an associate at the law firm of Lane Powell PC, counsel for Plaintiff Frontier Airlines, Inc. ("Plaintiff") in the above-captioned matter. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because as of October 27, 2021, I will no longer be associated with Lane Powell PC.

    2.    Lane Powell PC will continue to represent Plaintiff in this matter.

    3.    My withdrawal will not delay the matter or prejudice any party, and I am not retaining or charging a lien.

1

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 26, 2021
Portland, OR

By: /s/ Sarah E. Molinoff
Sarah E. Molinoff

8734660.1