UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>　　　　　　　Defendants. | Case No. 1:20-cv-09713<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

　　　　Pursuant to Rule 1.3 of the Local Rules of the United State Courts for the Southern and Eastern Districts of New York, I, Aaron Schaer hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Frontier Airlines, Inc. in the above-captioned action.

　　　　I am a member in good standing of the bars of the states of Washington and Michigan, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

DATED:   November 4, 2021

LANE POWELL PC

By: *s/ Aaron Schaer*
    Aaron Schaer, WSBA No. 52122
    1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
    Seattle, Washington 98111-9402
    Telephone:  206.223.7103
    schaera@lanepowell.com

022510.0155/8741264.1