UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>Defendants. | Case No. 1:20-cv-09713<br><br>**AFFIDAVIT OF AARON SCHAER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Aaron Schaer, hereby declare and affirm as follows:

1. I am an attorney with the law firm of Lane Powell PC.

2. I submit this affidavit in support of my motion for admission *pro hac vice* in the above-captioned matter.

3. I am a member of good standing of the bars of the states of Washington and Michigan.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or re-admission by any court.

022510.0155/8741267.1

WHEREFORE Affiant respectfully submits that he be permitted to appear as counsel *pro hac vice* in this case for Plaintiff Frontier Airlines, Inc.

Dated: November 4, 2021

Aaron Schaer

Subscribed and sworn to before me in the City of Huntington Woods, County of Oakland, and State of Michigan, this ___ day of November, 2021, by Aaron Schaer.

Notary Public

2