# United States District Court
## Western District of Washington



# CERTIFICATE OF GOOD STANDING

I, Ravi Subramanian, Clerk of the United States District Court for the Western District of Washington, do hereby certify that AARON SCHAER was admitted to practice in said Court on May 19, 2017 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on October 27, 2021.

Ravi Subramanian
Clerk of Court

By _____
Deputy Clerk

