UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>　　　　　　　Defendants. | Case No. 1:20-cv-09713<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

　　　The motion of Aaron Schaer (Applicant) for admission to practice pro hac vice in the above-captioned case is GRANTED.

　　　Applicant has declared that he is a member in good standing of the bars of the states of Washington and Michigan; and that his contact information is as follows:

　　　Aaron Schaer
　　　Lane Powell PC
　　　1420 Fifth Avenue Suite 4200
　　　Seattle, WA 98101
　　　Phone: 206-223-7103
　　　Fax: 206-223-7107
　　　E-mail: schaera@lanepowell.com

　　　Applicant having requested admission pro hac vice to appear for all purposes as counsel for Plaintiff Frontier Airlines, Inc. in the above-captioned case;

　　　IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York.

022510.0155/8741284.1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated this ___ day of _____, 2021

_____
UNITED STATES DISTRICT JUDGE