UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>    Plaintiff,<br><br>-against-<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>    Defendants. | Case No. 1:20-cv-09713<br><br>**AFFIDAVIT OF AARON SCHAER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Aaron Schaer, hereby declare and affirm as follows:

1. I am an attorney with the law firm of Lane Powell PC.

2. I submit this affidavit in support of my motion for admission *pro hac vice* in the above-captioned matter.

3. I am a member of good standing of the bars of the states of Washington and Michigan.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or re-admission by any court.

WHEREFORE Affiant respectfully submits that he be permitted to appear as counsel *pro hac vice* in this case for Plaintiff Frontier Airlines, Inc.

Dated: November 4, 2021

Aaron Schaer

Subscribed and sworn to before me in the City of Huntington Woods, County of Oakland, and State of Michigan, this 4th day of November, 2021, by Aaron Schaer.

Notary Public

*[Notary seal: R A AKINS, NOTARY PUBLIC, COUNTY OF OAKLAND, My Commission Expires May 09, 2025, Acting in the County of Oakland, STATE OF MICHIGAN]*

2

022510.0155/8741267.1