# THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Aaron Herschel Tilchin Schaer*

was admitted to the practice of law in the courts of the State of Michigan on

## September 13, 2016

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: October 27, 2021

Clerk

