ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>　　　　　Plaintiff,<br><br>　-against-<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>　　　　　Defendants. | Case No. 1:20-cv-09713<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE　　LLS |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/21

　　The motion of Aaron Schaer (Applicant) for admission to practice pro hac vice in the above-captioned case is GRANTED.

　　Applicant has declared that he is a member in good standing of the bars of the states of Washington and Michigan; and that his contact information is as follows:

　　Aaron Schaer
　　Lane Powell PC
　　1420 Fifth Avenue Suite 4200
　　Seattle, WA 98101
　　Phone: 206-223-7103
　　Fax: 206-223-7107
　　E-mail: schaera@lanepowell.com

　　Applicant having requested admission pro hac vice to appear for all purposes as counsel for Plaintiff Frontier Airlines, Inc. in the above-captioned case;

　　IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York.

022510.0155/8741284.1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated this 10th day of December, 2021

                                            Louis L. Stanton
                                       UNITED STATES DISTRICT JUDGE

022510.0155/8741284.1