

DAVID G. HOSENPUD
503.778.2141
hosenpudd@lanepowell.com

December 10, 2021

By ECF
The Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:    *Frontier Airlines v. AMCK Aviation, et al.*, No. 20 Civ. 09713 (LLS) (S.D.N.Y.)

Dear Judge Stanton:

This office, along with Binder & Schwartz LLP, represent Plaintiff Fronter Airlines, Inc. in the above-captioned matter. We write with the consent of counsel for Defendants to request that the Court approve a 31-day extension of the deadline to complete document productions, from December 10, 2021, to January 10, 2022. Counsel for Defendants has agreed to this request.

Both parties have diligently worked to meet the December 10 deadline specified in the Court's July 7, 2021 joint scheduling order, and both parties have made substantial progress toward completing productions. In part because of complicated confidentiality issues presented in this case, however, the parties require additional time in which to review and produce documents.

We therefore respectfully request an extension of the document production deadline to January 10, 2022. This is the first request to extend the document production deadline.

Respectfully submitted,

//

//

//

//

//

//

The Honorable Louis L. Stanton
December 10, 2021
Page 2

Dated: December 10, 2021

      LANE POWELL PC

By:    /s/ David G. Hosenpud
      David G. Hosenpud (*pro hac vice*)
      Aaron Schaer (*pro hac vice*)
      601 SW Second Avenue, Suite 2100
      Portland, Oregon 97204-3158
      Telephone No.: 503.778.2100
      Facsimile No.: 503.778.2200
      hosenpudd@lanepowell.com
      schaera@lanepowell.com

      - and -

      BINDER & SCHWARTZ LLP

      Neil S. Binder
      366 Madison Avenue, 6th Floor
      New York, New York 10017
      Telephone No.: 212.510.7008
      Facsimile No.: 212.510.7299
      nbinder@binderschwartz.com

      *Attorneys for Plaintiff Frontier Airlines*

      APPROVED.

DATED: December \_\_\_, 2021

      _____
      United States District Judge