# Exhibit C

| | |
|---|---|
| **From:** | Schaer, Aaron |
| **To:** | Jeff.Butler@CliffordChance.com; John.Alexander@CliffordChance.com |
| **Cc:** | Deibele, Darcy; Hosenpud, David; Garcia, Tangi |
| **Subject:** | RE: [EXT] Frontier Airlines v. AMCK, et al. | Case No. 1:20-cv-09713 |
| **Date:** | Monday, January 10, 2022 7:38:10 PM |

Counsel,

We would appreciate a response to our email so that we know how we need to proceed.

Sincerely,



**AARON SCHAER** (he/him)
**Associate** Bio | vCard
schaera@lanepowell.com
**D** 206.223.7103  **C** 248.302.2111
**LANEPOWELL.COM**
*Please note I am in the Eastern Time Zone*

**From:** Hosenpud, David <HosenpudD@LanePowell.com>
**Sent:** Monday, January 10, 2022 5:36 PM
**To:** Jeff.Butler@CliffordChance.com; Garcia, Tangi <GarciaT@LanePowell.com>
**Cc:** Schaer, Aaron <SchaerA@LanePowell.com>; Deibele, Darcy <DeibeleD@LanePowell.com>; John.Alexander@CliffordChance.com
**Subject:** RE: [EXT] Frontier Airlines v. AMCK, et al. | Case No. 1:20-cv-09713

Jeff,

The difficulty we have with these edits is that it gives no reason for Frontier's service of new discovery requests on AMCK. This will likely result in the court questioning why the specific discovery had not been requested within the currently set deadline for document discovery. The court will require good cause for the extension.

If you are requesting neutrality it must contain the fact that there is a late development that could impact this litigation that caused this new set of discovery. Please advise your position within the next 30 minutes. As a compromise we propose language in the attached letter.

If this does not meet with your approval, we will file a contested motion to extend the document discovery cutoff.

We look forward to hearing from you.



**DAVID G. HOSENPUD**
**Shareholder** Bio | vCard
hosenpudd@lanepowell.com
**D** 503.778.2141  **C** 503.703.6703
**LANEPOWELL.COM**

**From:** Jeff.Butler@CliffordChance.com <Jeff.Butler@CliffordChance.com>
**Sent:** Monday, January 10, 2022 2:13 PM
**To:** Hosenpud, David <HosenpudD@LanePowell.com>; Garcia, Tangi <GarciaT@LanePowell.com>
**Cc:** Schaer, Aaron <SchaerA@LanePowell.com>; Deibele, Darcy <DeibeleD@LanePowell.com>;
John.Alexander@CliffordChance.com
**Subject:** FW: [EXT] Frontier Airlines v. AMCK, et al. | Case No. 1:20-cv-09713

> **CAUTION:** This is an external email. Do **NOT** click links or open attachments unless you are
> certain the content is safe.

---

David,

Please see our proposed edits in "tracked changes," which are intended to make this a "neutral"
request without argumentation favoring either side.  With these edits, you have our consent to
submit this request to the Court.

Regards,

Jeff E. Butler
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Tel:  +1 212-878-8205
jeff.butler@cliffordchance.com

---

**From:** Butler, Jeff E. (Litigation-NY)
**Sent:** Monday, January 10, 2022 3:59 PM
**To:** 'Hosenpud, David' <HosenpudD@LanePowell.com>; Garcia, Tangi <GarciaT@LanePowell.com>;
Alexander, John (Litigation-NY) <John.Alexander@CliffordChance.com>
**Cc:** Schaer, Aaron <SchaerA@LanePowell.com>; Deibele, Darcy <DeibeleD@LanePowell.com>
**Subject:** RE: [EXT] Frontier Airlines v. AMCK, et al. | Case No. 1:20-cv-09713

David,

We do not agree with the content of your letter and will send you some proposed edits.  In the
meantime, you do NOT have our consent to submit this to the Court.

Regards, JB

Jeff E. Butler
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Tel:  +1 212-878-8205
jeff.butler@cliffordchance.com

---

**From:** Hosenpud, David <HosenpudD@LanePowell.com>
**Sent:** Monday, January 10, 2022 2:59 PM
**To:** Butler, Jeff E. (Litigation-NY) <Jeff.Butler@CliffordChance.com>; Garcia, Tangi
<GarciaT@LanePowell.com>; Alexander, John (Litigation-NY) <John.Alexander@CliffordChance.com>
**Cc:** Schaer, Aaron <SchaerA@LanePowell.com>; Deibele, Darcy <DeibeleD@LanePowell.com>
**Subject:** RE: [EXT] Frontier Airlines v. AMCK, et al. | Case No. 1:20-cv-09713

Jeff,

Please see the attached letter motion that we plan to submit to the court today.

Let us know if there are any issues of concern.

Regards,
David



**DAVID G. HOSENPUD**
**Shareholder**  Bio | vCard
hosenpud@lanepowell.com
**D** 503.778.2141  **C** 503.703.6703
**LANEPOWELL.COM**

**From:** Jeff.Butler@CliffordChance.com <Jeff.Butler@CliffordChance.com>
**Sent:** Monday, January 10, 2022 10:06 AM
**To:** Hosenpud, David <HosenpudD@LanePowell.com>; Garcia, Tangi <GarciaT@LanePowell.com>;
John.Alexander@CliffordChance.com
**Cc:** Schaer, Aaron <SchaerA@LanePowell.com>; Deibele, Darcy <DeibeleD@LanePowell.com>
**Subject:** RE: [EXT] Frontier Airlines v. AMCK, et al. | Case No. 1:20-cv-09713

> **CAUTION:** This is an external email. Do **NOT** click links or open attachments unless you are
> certain the content is safe.

David,

We would have no objection to an extension of the current document production deadline to February 11, 2022.

Regards, JB

Jeff E. Butler
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Tel:  +1 212-878-8205
jeff.butler@cliffordchance.com

---

**From:** Hosenpud, David <HosenpudD@LanePowell.com>
**Sent:** Friday, January 7, 2022 12:36 PM
**To:** Butler, Jeff E. (Litigation-NY) <Jeff.Butler@CliffordChance.com>; Garcia, Tangi <GarciaT@LanePowell.com>; Alexander, John (Litigation-NY) <John.Alexander@CliffordChance.com>; Reem, Minji (Litigation-NY) <Minji.Reem@CliffordChance.com>
**Cc:** Schaer, Aaron <SchaerA@LanePowell.com>; Deibele, Darcy <DeibeleD@LanePowell.com>
**Subject:** RE: [EXT] Frontier Airlines v. AMCK, et al. | Case No. 1:20-cv-09713

Jeff,

We suggest moving the document production deadline to February 11. By our calculation, AMCK's response deadline for the second set of discovery requests is February 3. The extra week should provide Frontier with sufficient time to review and, if necessary, follow up on any questions we may have with AMCK's responses and production. That said, you know better than we do if AMCK needs more time to complete its responses and production, so please let us know if we should ask the Court for a date later than February 11.

Separately, we want to confirm that Frontier is finalizing another document production that you will receive by January 10.

Regards,



**DAVID G. HOSENPUD**
**Shareholder** Bio | vCard
hosenpud@lanepowell.com
**D** 503.778.2141  **C** 503.703.6703
**LANEPOWELL.COM**

**From:** Jeff.Butler@CliffordChance.com <Jeff.Butler@CliffordChance.com>

**Sent:** Thursday, January 6, 2022 4:28 PM
**To:** Garcia, Tangi <GarciaT@LanePowell.com>; John.Alexander@CliffordChance.com;
Minji.Reem@CliffordChance.com
**Cc:** Hosenpud, David <HosenpudD@LanePowell.com>; Schaer, Aaron <SchaerA@LanePowell.com>;
Deibele, Darcy <DeibeleD@LanePowell.com>
**Subject:** RE: [EXT] Frontier Airlines v. AMCK, et al. | Case No. 1:20-cv-09713

> **CAUTION:** This is an external email. Do **NOT** click links or open attachments unless you are
> certain the content is safe.

Dear David,

We received your letter dated January 4, 2022 and the accompanying second set of discovery
requests.  We will respond to the discovery requests in accordance with the Federal Rules.

Your letter asks whether defendants will stipulate to another extension of the discovery schedule,
but there is no revised schedule proposed in your letter.  Please let us know the specific date(s) you
have in mind for a revised discovery schedule.

Regards,

Jeff E. Butler
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Tel:  +1 212-878-8205
jeff.butler@cliffordchance.com

---

**From:** Garcia, Tangi <GarciaT@LanePowell.com>
**Sent:** Tuesday, January 4, 2022 8:42 PM
**To:** Butler, Jeff E. (Litigation-NY) <Jeff.Butler@CliffordChance.com>; Alexander, John (Litigation-NY)
<John.Alexander@CliffordChance.com>; Reem, Minji (Litigation-NY)
<Minji.Reem@CliffordChance.com>
**Cc:** Hosenpud, David <HosenpudD@LanePowell.com>; Schaer, Aaron <SchaerA@LanePowell.com>;
Deibele, Darcy <DeibeleD@LanePowell.com>
**Subject:** [EXT] Frontier Airlines v. AMCK, et al. | Case No. 1:20-cv-09713

Dear Counsel,

The attached letter and Second Discovery Requests to Defendant AMCK are sent to you on
behalf of David Hosenpud.  Copies will be mailed.



**TANGI GARCIA**
**Legal Assistant**
(She/Her)
garciat@lanepowell.com
**D** 503.778.2255
**LANEPOWELL.COM**

---

This message is private or privileged. If you are not the person for whom this message is intended, please delete it and notify me immediately, and please do not copy or send this message to anyone else.

*******

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure.
If you are not the intended recipient, please telephone or email the sender and delete this message and any
attachment from your system.  If you are not the intended recipient you must not copy this message or attachment
or disclose the contents to any other person.

Clifford Chance as a global firm regularly shares client and/or matter-related data among its different
offices and support entities in strict compliance with internal control policies and statutory requirements.
Incoming and outgoing email communications may be monitored by Clifford Chance, as permitted by applicable
law and regulations.

For further information about Clifford Chance please see our website at
http://www.cliffordchance.com or refer
to any Clifford Chance office.

Switchboard: +1 212 878 8000
Fax: +1 212 878 8375

To contact any other office http://www.cliffordchance.com/people_and_places/people.html

For details of how we process personal data, please see our updated privacy statement.

---

This message is private or privileged. If you are not the person for whom this message is intended, please delete it and notify me immediately, and please do not copy or send this message to anyone else.

This message is private or privileged. If you are not the person for whom this message is intended, please delete it and notify me immediately, and please do not copy or send this message to anyone else.