# Exhibit D



Frontier's first draft.

DAVID G. HOSENPUD
503.778.2141
hosenpudd@lanepowell.com

January 10, 2022

By ECF
The Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Frontier Airlines v. AMCK Aviation, et al.*, No. 20 Civ. 09713 (LLS) (S.D.N.Y.)

Dear Judge Stanton:

This office, along with Binder & Schwartz LLP, represent Plaintiff Fronter Airlines, Inc. ("Frontier") in the above-captioned matter. We write with the consent of counsel for Defendants to request that the Court approve a 32-day extension of the deadline to complete document productions, from January 10, 2022, to February 11, 2022. Counsel for Defendants has agreed to this request.

Both parties have diligently worked to meet the January 10, 2022 document production deadline and thousands of pages of documents have been produced as of this date. However, a recent development makes a further extension necessary.

At the end of December 2021, Frontier became aware that Defendant AMCK Aviation Holdings Ireland Limited ("AMCK") is selling all of its aviation assets to Carlyle Aviation Partners and/or Maverick Aviation Partnership LP (collectively, "Carlyle"), and that this asset sale will include all the Frontier aircraft currently on lease and at issue in this lawsuit. Shortly thereafter, on January 4, 2022, Frontier propounded a second set of interrogatories and requests for production on AMCK regarding this development, including potential effects on this lawsuit. Even though Frontier sent this second set of discovery requests within days of learning about the asset sale, under the Federal Rules of Civil Procedure 33 and 34, AMCK's responses and document production are not due until February 3, 2022—24 days after the current document production deadline.

The parties have met and conferred and agreed to extend the document production deadline to February 11, 2022. This extension will provide Frontier with sufficient time to review and, if necessary, follow up on any questions regarding AMCK's February 3 responses and document production.

The Honorable Louis L. Stanton
January 10, 2022
Page 2


We therefore respectfully request an extension of the document production deadline to February 11, 2022. This is the second request to extend the document production deadline. *See* Dkt. # 67.

Respectfully submitted,

DATED: January 10, 2022

       LANE POWELL PC


By:      /s/ David G. Hosenpud
       David G. Hosenpud (*pro hac vice*)
       Aaron Schaer (*pro hac vice*)
       601 SW Second Avenue, Suite 2100
       Portland, Oregon 97204-3158
       Telephone No.: 503.778.2100
       Facsimile No.: 503.778.2200
       hosenpudd@lanepowell.com
       schaera@lanepowell.com

       - and -

       BINDER & SCHWARTZ LLP

       Neil S. Binder
       366 Madison Avenue, 6th Floor
       New York, New York 10017
       Telephone No.: 212.510.7008
       Facsimile No.: 212.510.7299
       nbinder@binderschwartz.com

       *Attorneys for Plaintiff Frontier Airlines*


       APPROVED.

DATED: January ___, 2022

       _____
       United States District Judge



<span style="color:red">AMCK's revision of Frontier's first draft.</span>

DAVID G. HOSENPUD
503.778.2141
hosenpudd@lanepowell.com

January 10, 2022

By ECF
The Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Frontier Airlines v. AMCK Aviation, et al.*, No. 20 Civ. 09713 (LLS) (S.D.N.Y.)

Dear Judge Stanton:

This office, along with Binder & Schwartz LLP, represent Plaintiff Fronter Airlines, Inc. ("Frontier") in the above-captioned matter. We write to request that the Court approve a 32-day extension of the deadline to complete document productions, from January 10, 2022, to February 11, 2022. Counsel for Defendants has agreed to this request.

This request for an extension arises from the fact that Frontier recently served additional document requests on Defendant AMCK Aviation Holdings Ireland Limited ("AMCK"). Under the Federal Rules of Civil Procedure, AMCK's responses and objections to these document requests are not due until February 3, 2022—24 days after the current document production deadline.

We therefore respectfully request an extension of the document production deadline to February 11, 2022. This is the second request to extend the document production deadline. *See* Dkt. # 67.

Respectfully submitted,

DATED: January 10, 2022

    LANE POWELL PC

By:   /s/ David G. Hosenpud
    David G. Hosenpud (*pro hac vice*)

601 S.W. SECOND AVENUE, SUITE 2100 | PORTLAND, OR 97204-3158   P 503.778.2100  F 503.778.2200  LANEPOWELL.COM
A PROFESSIONAL CORPORATION

The Honorable Louis L. Stanton
January 10, 2022
Page 2

      Aaron Schaer (*pro hac vice*)
      601 SW Second Avenue, Suite 2100
      Portland, Oregon 97204-3158
      Telephone No.: 503.778.2100
      Facsimile No.: 503.778.2200
      hosenpudd@lanepowell.com
      schaera@lanepowell.com

      - and -

      BINDER & SCHWARTZ LLP

      Neil S. Binder
      366 Madison Avenue, 6th Floor
      New York, New York 10017
      Telephone No.: 212.510.7008
      Facsimile No.: 212.510.7299
      nbinder@binderschwartz.com

      *Attorneys for Plaintiff Frontier Airlines*

    APPROVED.

DATED: January \_\_\_, 2022

 

_____
United States District Judge



<span style="color:red">Frontier's second draft.</span>

DAVID G. HOSENPUD
503.778.2141
hosenpudd@lanepowell.com

January 10, 2022

By ECF
The Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Frontier Airlines v. AMCK Aviation, et al.*, No. 20 Civ. 09713 (LLS) (S.D.N.Y.)

Dear Judge Stanton:

This office, along with Binder & Schwartz LLP, represent Plaintiff Fronter Airlines, Inc. ("Frontier") in the above-captioned matter. We write to request that the Court approve a 32-day extension of the deadline to complete document productions, from January 10, 2022, to February 11, 2022. Counsel for Defendants has agreed to this request.

At the end of December 2021, Frontier became aware of a development with Defendants that could affect this lawsuit. Shortly thereafter, on January 4, 2022, Frontier propounded a second set of interrogatories and requests for production on AMCK regarding this development. Due to the timing of these events, under the Federal Rules of Civil Procedure 33 and 34, AMCK's responses and document production are not due until February 3, 2022—24 days after the current document production deadline.

The parties have agreed to extend the document production deadline to February 11, 2022 to permit the parties to work through any issues related to these discovery requests.

We therefore respectfully request an extension of the document production deadline to February 11, 2022. This is the second request to extend the document production deadline. *See* Dkt. # 67.

//

//

//

The Honorable Louis L. Stanton
January 10, 2022
Page 2

Respectfully submitted,

DATED: January 10, 2022

    LANE POWELL PC


By:      /s/ David G. Hosenpud
         David G. Hosenpud (*pro hac vice*)
         Aaron Schaer (*pro hac vice*)
         601 SW Second Avenue, Suite 2100
         Portland, Oregon 97204-3158
         Telephone No.: 503.778.2100
         Facsimile No.: 503.778.2200
         hosenpudd@lanepowell.com
         schaera@lanepowell.com

    - and -

    BINDER & SCHWARTZ LLP

    Neil S. Binder
    366 Madison Avenue, 6th Floor
    New York, New York 10017
    Telephone No.: 212.510.7008
    Facsimile No.: 212.510.7299
    nbinder@binderschwartz.com

    *Attorneys for Plaintiff Frontier Airlines*


    APPROVED.

DATED: January ___, 2022


                                                        _____
                                                        United States District Judge