**C L I F F O R D**

**C H A N C E**

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK, NY 10019-6131

TEL +1 212 878 8000
FAX +1 212 878 8375

www.cliffordchance.com

**BY ECF**

Direct Dial: +1 212 878 8205
E-mail: jeff.butler@cliffordchance.com

The Honorable Louis L. Stanton
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

January 11, 2022

Re:    *Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited et al.*,
       **20 Civ. 9713 (LLS)**

Your Honor:

On behalf of Defendant AMCK Aviation Holdings Ireland Limited ("AMCK"), we are writing in response to the letter from Plaintiff Frontier Airlines, Inc. ("Frontier") dated January 10, 2022, which seeks a short extension of the deadline for document production in this matter.

AMCK consented to the requested extension, but the parties could not reach agreement on the content of Frontier's letter to the Court, which is argumentative, self-serving and contains several inaccurate statements.

Specifically, although Frontier claims that it became aware of a transaction involving AMCK and Caryle Aviation at the end of December 2021, the transaction was reported publicly in the trade press on November 22, 2021.  (*See* Exhibit A.)  In addition, we do not agree with Frontier's assertions that the proposed transaction would "violate" provisions of the lease agreements at issue in this case.

As to the merits of Frontier's recent discovery requests, we take no position at this time.  AMCK will respond to these discovery requests in due course in accordance with the Federal Rules of Civil Procedure.

Respectfully submitted,


 s/ Jeff E. Butler

Jeff E. Butler