

DAVID G. HOSENPUD
503.778.2141
hosenpudd@lanepowell.com

February 16, 2022

**BY ECF**

The Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY  10007

Re: *Frontier Airlines v. AMCK Aviation, et al.*, Case No. 1:20-cv-09713-LLS

Dear Judge Stanton:

This office along with Binder & Schwartz LLP represent plaintiff Frontier Airlines, Inc. ("Frontier") in the above-captioned matter.  The parties have conferred and we write to request the scheduling of a status conference to discuss expert disclosures and discovery.  At the status conference held on July 9, 2021, the Court struck the dates for expert disclosures and discovery from the proposed Joint Scheduling Order and invited the parties to schedule an additional status conference this year to discuss the subject.

The parties propose scheduling a status conference on the dates of May 25, 26, 27 or June 1, 2, 2022, if available on the Court's calendar.

Respectfully submitted,

LANE POWELL PC

s/David G. Hosenpud

David G. Hosenpud

cc:  Counsel of Record (via ECF)

022510.0155/8873684.1