# Exhibit 3

Conversation (Native Messages), 1 messages, 3 parties, over 0 minutes
Parties: Robert Fanning <robertf900b@yahoo.com> (Owner); +1 954-380-0786 (Owner); Jane AMACK <+353 86 851 6851>
First Message: 4/25/2020 3:38:21 AM -06:00
Last Message: 4/25/2020 3:38:21 AM -06:00

> Jane AMACK <+353 86 851 6851>
>
> Hi Robert we can chat later today. We struggled at our board meeting last week. Here are the basic elements of our board and shareholder's direction on how to approach the remaining A320neo sale and leasebacks this year:
> 1. We will be unable to fund any new delivery unless all payments are up to date, so there can be no deferred payments outstanding at closing
> 2. We need some quid pro quo to fund $250M of capex on terms that now appear to be wildly off market, and we are seeing many parties walk from 2019 priced commitments due to the unprecedented crisis we are in. Our thinking here is that a QPQ which would be of value to us is a 4yr lease extension of the earlier block of Neo deliveries from Accipiter to take those leases to 12yr
>
> Let's chat later today if you're available?
>
> 4/25/2020 3:38:21 AM -06:00
>
> Status: Read
> State: Intact

CONFIDENTIAL                                                                                                                              FRONTIER0000074