ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
FRONTIER AIRLINES,

               Plaintiff,        20 Civ. 9713 (LLS)

     - against -               ORDER

AMCK AVIATION, et al.,

               Defendants.
- - - - - - - - - - - - - - - - - - -X

    Plaintiff seeks leave to file under seal documents submitted in support of its Response to Defendant's Letter Motion to request a protective order precluding the depositions of Messrs. Gerald Ma and Francis Lee. In support of its application, Plaintiff cites to the Stipulated Protective Order Regarding Confidential Information and Documents (Dkt. No. 71).

    The Court has reviewed the documents and none of them present a "most compelling reason" to seal them from public access. Lugosch v. Pyramid Co., 435 F.3d 110, 126 (2d Cir. 2006) ("Because the First Amendment presumption gives rise to a higher burden on the party seeking to prevent disclosure than does the common law presumption, the presumption of access here can be overcome only by specific, on-the-record findings that higher values necessitate a narrowly tailored sealing."). A stipulated protective order does not consider the special (and Constitutional) public interest in access to materials submitted to a court to influence a judicial action. Accordingly, it does

not serve as an independent basis for sealing of documents submitted in court applications. Plaintiff's application is denied.

    So Ordered.

Dated:  New York, New York
         March 10, 2022

                                              *Louis L. Stanton*
                                             LOUIS L. STANTON
                                                  U.S.D.J.