

DAVID G. HOSENPUD
503.778.2141
hosenpudd@lanepowell.com

May 17, 2022

**VIA BY ECF**

The Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Frontier Airlines v. AMCK Aviation, et al.,* Case No. 20-cv-09713-LLS

Dear Judge Stanton:

The parties have conferred and respectfully request a postponement of the upcoming status conference currently scheduled for May 27, 2022. Counsel for Frontier Airlines is scheduled for several unanticipated medical procedures. The parties request the rescheduling of the status conference to a date during the week of July 11–15, 2022, if these dates are available on the Court's calendar.

Respectfully submitted,

LANE POWELL PC

s/David G. Hosenpud

David G. Hosenpud

cc:   Counsel of Record (via ECF)