

DAVID G. HOSENPUD
503.778.2141
hosenpudd@lanepowell.com

July 11, 2022

**BY ECF**

The Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Frontier Airlines v. AMCK Aviation, et al.*, Case No. 20-cv-09713-LLS

Dear Judge Stanton:

The parties jointly request an adjournment of the status conference currently scheduled for July 15, 2022, at 12:00 p.m. This adjournment is requested due to the scheduling of Plaintiff's lead counsel for a medical procedure on July 12, 2022, with a recovery time of up to six weeks. The purpose of the status conference was to discuss the use of experts in this case, expert depositions and potentially other case deadlines.

The parties have conferred on these matters and submit herewith for the Court's consideration a Joint Proposed Amended Scheduling Order proposing deadlines for expert disclosures, depositions and dispositive motion briefing.

Respectfully submitted,

LANE POWELL PC

s/David G. Hosenpud

David G. Hosenpud

cc:   Counsel of Record (via ECF)

022510.0155/9041079.1