UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRONTIER AIRLINES, INC.

          Plaintiff,

v.

AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,

          Defendants.

Case No.: 1:20-cv-09713-LLS

## JOINT PROPOSED AMENDED SCHEDULING ORDER

### I. CONFERENCE OF COUNSEL

David G. Hosenpud, counsel for plaintiff, and Jeff Butler, counsel for the defendants, having met and conferred, submit the following proposed amended scheduling order.

### II. CONCISE STATEMENT OF THE ISSUES

This dispute arises out of the parties' negotiations over a request by Plaintiff Frontier Airlines, Inc. ("Frontier") for a deferral of rent on certain aircraft leases. The parties disagree about the nature and content of those negotiations. Following those negotiations, Defendant AMCK Aviation Holdings Ireland Limited ("AMCK") terminated a March 2020 Framework Agreement with Frontier. Frontier seeks damages for defendants' alleged anticipatory repudiation and breach of the Framework Agreement, breach of aircraft lease agreements, violation of covenants and duties, and fraud, and contends that defendants were estopped from issuing the notice of termination. Defendants deny Frontier's claims, contend that the termination of the

Framework Agreement was valid based on an alleged default by Frontier, and dispute plaintiff's entitlement to relief. Defendant AMCK has counterclaimed for attorney fees and other litigation expenses in connection with Frontier's alleged default.

### III.  SCHEDULE

**A.  Depositions.**

Depositions have been completed in this matter.

**B.  Remaining Discovery Schedule.**

The schedule below sets forth the remaining discovery deadlines.

| Description | Proposed Deadline |
|---|---|
| Plaintiff's Expert Report | September 9, 2022 |
| Defendant's Expert Report | October 7, 2022 |
| Expert Depositions | October 28, 2022 |
| Dispositive Motions | November 11, 2022 |
| Responses | December 9, 2022 |
| Replies | December 30, 2022 |
| Plaintiff to supply pre-trial order material to defendants | Thirty days following ruling on any dispositive motions, or if no party files a dispositive motion, _____ |
| Pre-trial Order | Forty-five days following the date Plaintiff supplies the pre-trial order material to defendants |
| Pre-trial Conference | _____ |

**C.  Discovery Plan.**

**1.  Limitations placed on discovery, including any protective or confidentiality orders.**  The Court has entered a Stipulated Protective Order Regarding Confidential Information and Documents.

2. **Discovery issues.** None at this time.

3. **Production of documents.** See above.

4. **Anticipated fields of expert discovery.** Frontier currently anticipates expert testimony on matters relating to damage assessment and calculations. Defendants currently anticipate offering rebuttal expert testimony on any of the foregoing.

D. **Anticipated length of trial; court or jury trial.**

The parties estimate the trial will last 5-6 days. The parties request a bench trial. This Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires.

DATED: July 11, 2022

                                                **LANE POWELL PC**

                                          By:   s/David G. Hosenpud
                                              David G. Hosenpud (*pro hac vice*)
                                              601 S.W. Second Avenue, Suite 2100
                                              Portland, Oregon 97204-3158
                                              Telephone:  503.778.21
                                              Facsimile:  503.778.2200
                                              hosenpudd@lanepowell.com

                                              Aaron Schaer, (*pro hac vice*)
                                              1420 Fifth Avenue, Suite 4200
                                              P.O. Box 91302
                                              Seattle, WA  98111-9402
                                              Telephone:  206.223.7103
                                              Facsimile:  206.223.7107
                                              schaera@lanepowell.com

                                              -and-

022510.0155/9041051.1

        **BINDER & SCHWARTZ LLP**
        Neil S. Binder
        366 Madison Avenue, 6th Floor
        New York, New York  10017
        Telephone No.:  212.510.7008
        Facsimile No.:  212.510.7299
        E-mail:  nbinder@binderschwartz.com

        *Attorneys for Plaintiff, Frontier Airlines, Inc.*

DATED:  July 11, 2022

        **CLIFFORD CHANCE US LLP**

        By:  s/Jeff E. Butler (with consent)
           Jeff E. Butler
           John P. Alexander
           31 West 52nd Street
           New York, New York  10019
           T:  212.878.8205
           F:  212.878.8375
           jeff.butler@cliffordchance.com
           john.alexander@cliffordchance.com

        *Attorneys for Defendants*

     APPROVED.

DATED:  July \_\_\_\_, 2022

        _____
        United States District Judge