| | |
|---|---|
| **Date:** | Monday, March 16 2020 02:17 PM |
| **Subject:** | Re: delivery of MSN 10038 |
| **From:** | Thwaytes, Spencer <Spencer.Thwaytes@flyfrontier.com> |
| **To:** | Jane O'Callaghan <jane.ocallaghan@amck.aero>; Fanning, Robert <robert.fanning@flyfrontier.com>; Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>; Paul M. Lambert <lambertp@lanepowell.com>; |
| **CC:** | Lauren Conlyn <lauren.conlyn@amck.aero>; Kate Spencer <kate.spencer@amck.aero>; Ronan Kelleher <ronan.kelleher@amck.aero>; Julian Rouchy-Kelly <julian.rouchy-kelly@amck.aero>; |
| **Attachments:** | image002.png |

Thank you Jane and team.

---

**From:** Jane O'Callaghan <jane.ocallaghan@amck.aero>
**Sent:** Monday, March 16, 2020 6:59:57 AM
**To:** Fanning, Robert <robert.fanning@flyfrontier.com>; Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>; Thwaytes, Spencer <Spencer.Thwaytes@flyfrontier.com>; Paul M. Lambert <lambertp@lanepowell.com>
**Cc:** Lauren Conlyn <lauren.conlyn@amck.aero>; Kate Spencer <kate.spencer@amck.aero>; Ronan Kelleher <ronan.kelleher@amck.aero>; Julian Rouchy-Kelly <julian.rouchy-kelly@amck.aero>
**Subject:** delivery of MSN 10038

Congratulations to the Frontier team on the successful delivery and sale/leaseback to AMCK of MSN 10038 a short while ago.

Great teamwork across the board over the last 3 days!

Best regards,
Jane

**Jane O'Callaghan** | Chief Commercial Officer

M:  +353 86 8516851
T:  +353 1 517 0164
E:  jane.ocallaghan@amck.aero



First Floor
28-29 Sir John Rogerson's Quay
Dublin D02 EY80, Ireland
www.AMCK.aero

This e-mail message (including any attachments, this "message") is the property of AMCK Aviation Holdings Ireland Limited and/or its affiliates (collectively, "AMCK") and is intended only for use by the addressee. This message is confidential and the information in it may not be disclosed or used except for the purpose for which it has been sent. This message may also be legally privileged. If you have received this message in error, you are on notice of its status and you may not review, print, save, copy, distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete the original and all copies of this message and any attachments from your system. Any views or opinions expressed in this message are those of the author and are not necessarily those of AMCK. Since the internet cannot guarantee the integrity of this message which may not be reliable, AMCK shall not be liable for this message if modified, changed or falsified.

AMCK Aviation Holdings Ireland Limited is a company incorporated in Ireland with company number 552762 and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

CONFIDENTIAL
AMCK014722