| | |
|---|---|
| Date: | Wednesday, March 18 2020 09:48 PM |
| Subject: | Re: Concession request letter |
| From: | jane.ocallaghan@amck.aero |
| To: | Thwaytes, Spencer <Spencer.Thwaytes@flyfrontier.com >; |
| Attachments: | cidimage003.png@01D5FD3F.358F7A20 |

Dear Spencer,

Thank you for your letter dated March 16th. As you rightly state, the situation at the moment is very troubling, especially for the people directly affected by the virus, and of course for our industry which seems to be bearing the brunt of the economic impact.

You may appreciate that we are receiving numerous requests for assistance from our clients. As a mid-sized leasing company with secured banking facilities, we have some limits to our ability to forego rental payments completely. Our approach is to be constructive with our clients, and to design a support package that is proportional to the impact that each client is faced with as the result of the decline in bookings.

We would like to make Frontier a proposal for assistance on your rental payments. While we recognize the gravity of the situation, I need to ask you to also think of how this affects a lessor like AMCK, particularly following our acquisition at $51M of a new A320neo from you earlier this week. There is a limit, mostly imposed by our lenders, on how much we can defer rental payments even with the best of intentions when so many of our clients are asking us for help.

This is our proposal on the 15 aircraft we have leased to Frontier:

- Payments on the 1 x A320ceo and 2 x A320neo that we are novating to Merx and Amedeo to be current. Frontier to cooperate in closing the sales as soon as possible.
- On the remainder of the aircraft (12 in total) 50% rent deferral for 3 months, commencing from 1 April.
- No deferral on the remaining 5 x A320neo we are scheduled to purchase from Frontier per the recently executed Framework Agreement in the coming months
- Frontier to pay the deferred amount in equal installments over 4 months from the month following the last month of rent deferral with 8% interest per annum from each of the payment dates.

We will forward under separate copy a list of questions which are geared to better understanding Frontier's ability to weather this extraordinary situation, but also to appreciate what contributions other stakeholders are making to Frontier.

We are ready to discuss with you at your convenience.

Best Regards,
Jane


**Jane O'Callaghan** | Chief Commercial Officer

M:  +353 86 8516851
T:  +353 1 517 0164
E:  jane.ocallaghan@amck.aero



First Floor

CONFIDENTIAL                                                                                                                AMCK015149

28-29 Sir John Rogerson's Quay
Dublin D02 EY80, Ireland
www.AMCK.aero

On 16 Mar 2020, at 23:31, Thwaytes, Spencer <Spencer.Thwaytes@flyfrontier.com > wrote:

Dear Jane,

Please see the attached concession request letter.

We would be grateful for your response by March 18, 2020.

In the meantime, Frontier's team remain available in case you have any questions you would like to discuss.

Spencer

**Spencer Thwaytes**
VP and Treasurer – Treasury, Fleet and Strategic Sourcing/Procurement
P: 720.374.4578
M: 850.766.9736
E: spencer.thwaytes@flyfrontier.com

<image001.jpg>

<Concession Request Letter -- Frontier (3-16-20)_AMCK.pdf>

CONFIDENTIAL                                                                                     AMCK015150