*SMS with +1 (954) 380-0786*
*14/03/2020, 20:05*

**Robert:** Hi Jane, it's Robert did you see my email for call in 20mins?

*SMS with +1 (954) 380-0786*

**Jane:** Just saw this now Robert as I've been out. Is there a call?

**Robert:** Can you dial into the number in 10mjns?

**Robert:** It will be myself and Paul, Sharath

**Jane:** Sure

*15/03/2020, 18:20*

**Robert:** Hi Jane sorry for the silence from not hearing from me, we've been working nonstop since we spoke yesterday on working out a solution that works for both parties, I think we are close to a solution that is no different than what we've done in the past, if you're available within the hour please let me know so we can arrange a call

*15/03/2020, 19:56*

**Jane:** Hi Robert,
Should probably have Ronan our CFO and Lauren the lawyer join us if possible? Will I suggest 830 Dublin time? So in 30 mins time appx?

**Robert:** Sharath will send out the dial in details

**Jane:** Got it thanks

*16/03/2020, 21:37*

**Robert:** Hi Jane, do have a minute for a chat?

**Jane:** In the middle of a movie with family so should be free to call you back in about 15 mins?

**Robert:** No worries take your time just let me know when you're available and I'll give you a call. No rush

*16/03/2020, 23:00*

**Jane:** I can talk now?

*18/03/2020, 21:38*

**Robert:** Hi Jane, are you available for a quick call now?

*26/03/2020, 18:50*

**Jane:** Sorry, I can't talk right now.

> No problem if you can give me a call back when you can I'd appreciate it

31/03/2020, 15:21

> Hi Jane is there a chance we can receive comments today from the rent deferment letter? As you're aware we need to have it in place by tomorrow, thanks Robert

>> Hi Robert we have a draft ready for 1 of the 14 ac but were waiting to hear from you what the position was on deferral of deliveries of A320neo's 2-6? Jane

> I spoke to Jimmy yesterday and her position as will take delivery of these airplanes there may be some delays with Airbus, this could change but that's what Jimmy's position was yesterday

> He is aware that we would have to pay rent on these deliveries

>> Ok well we will send you the draft for 1 of the 14 ac under rent deferral discussion

> Ok thanks

31/03/2020, 19:34

> Hi Jane what happened to the deferral rent letter we sent you?

> It was sent last week

> On the 24th

>> Hi Robert we didn't receive a formal response to my email to you dated 26 March which was sent in response to the deferral letter of 24th? I just sent you a follow up email?

> I send an email today, how are we supposed to move forward with the 5 aircraft? If there is no demand what's the point of flying them? If this is a issue for you I don't believe we can commit to this, Airbus will not delay delivery without it costing Frontier

01/04/2020, 18:10

>> Hi Robert I've had further internal discussions and with the shareholder. We need to maintain our position that the rent deferrals on the 14 ac must be linked to delivery deferrals of the remaining 5 Neo's in 2020. My understanding is that many

CONFIDENTIAL                                                                                                          AMCK016975

> airlines are discussing this with Airbus right now and that the associated costs are far lower for airlines than for the speculative lessors?

So you're asking us in delaying delivery of all A320Ns for 2020? Well we've had initial discussions with Airbus they have not been favorable and they are asking us to take delivery of these A320s

If we're unable to delay the deliveries and your is pulling out of the 5 remaining A320s we need to know ASAP

I know Jimmy's had discussions with Chris Jones at Airbus and as mentioned the discussion has been they expect us to take deliveries when the aircrafts are already

02/04/2020, 14:52

> Robert, Paul and I would like to have a call with Jimmy and yourself today on this? Would 5pm Dublin time suit?

Hi Jane, That's fine, myself and Jimmy will be available at 5pm your time

> Great thanks Robert, I'll send around a dial in

> I sent a Skype for business invitation, will that work for you guys? If not I can send a dial in number?

Yes if you don't mind Jane

We will be dialing in from cell phones

Dialing in now

> Standing by

06/04/2020, 18:31

Hi Jane, Let me know when you're available for a call, we just got notice from Airbus that I'd like to discuss with you and also the rent that is due today

06/04/2020, 20:06

> Sure Robert call me whenever it suits

Did you see Jimmy's email? would Paul be also available?

CONFIDENTIAL                                                                                                                                                                                                      AMCK016976

> Yes I did see Jimmy's email will check with Paul whether he's available

> 830 suits us Robert ie in 20 mins? Does that work?
>
> If so I'll circulate dial in by email?

That's fine, still waiting to hear from Jimmy but I expect he will be available

Jimmy can't make as he's talking to Airbus, but I will be on the call

> Ok talk in a while

Thanks

21/04/2020, 10:39

> Hi Robert can we talk today? Need to understand how you are getting on with delivery deferrals with Airbus? We haven't had your feedback on draft rent deferral agreement for April? Thanks, Jane

21/04/2020, 15:37

Hi Jane, sure can we have a call at 10 AM Denver time today?

> 5 pm mine, sure Robert, will I call your cell?

Yes that works, thanks

23/04/2020, 15:40

Hi Jane, do you have an update from your meeting yesterday?

> Hi Robert we are still formulating a response based on the directors' position.
> What remains clear is shareholder unwillingness to fund a new purchase if there are any payments at all outstanding. I hope to get back to you tomorrow with our thoughts on possible ways forward?

Ok thanks that's fine,

24/04/2020, 15:10

Hi Jane,
At all possible can we have a call today to get an update from your side? Airbus are pressuring us on making a decision regarding the restructuring of deliveries going forward based on your request,

CONFIDENTIAL                                                    AMCK016977

> they have called Jimmy this morning patiently waiting for an answer.

25/04/2020, 10:38

> Hi Robert we can chat later today. We struggled at our board meeting last week. Here are the basic elements of our board and shareholder's direction on how to approach the remaining A320neo sale and leasebacks this year:
> 1. We will be unable to fund any new delivery unless all payments are up to date, so there can be no deferred payments outstanding at closing
> 2. We need some quid pro quo to fund $250M of capex on terms that now appear to be wildly off market, and we are seeing many parties walk from 2019 priced commitments due to the unprecedented crisis we are in. Our thinking here is that a QPQ which would be of value to us is a 4yr lease extension of the earlier block of Neo deliveries from Accipiter to take those leases to 12yr
>
> Let's chat later today if you're available?

25/04/2020, 16:35

> Hi Jane, Thanks for the update let me talk to Jimmy and I will get back to you shortly, but one question I know I'll get asked is are they all financed by the same lender?

25/04/2020, 18:08

> Yes that's the intention Robert

> Well that's a huge ask over 12 additional aircraft each extended at 4 years over what rent rate? I think the best we could agree to is 5

> And that's only that your asking Frontier to pay 100% of the deferred rent which is a huge amount of money for an airline that's not making much

> I'll need to get back to you Monday with extn rent for 4 yrs. we may be able to live with just 6 extensions on a one-for-one basis for each of the 2020 SLB commitments

25/04/2020, 21:28

> But Jane as your aware we have signed leases on these 5 aircraft, thought process is we pay you in full for the deferred rent, since in the 8 year deals we have extension options, our position is we will pay you back the unpaid rent. Remember Airbus are holding us to our deliveries and I'm sorry to

CONFIDENTIAL                                                                                                    AMCK016978

> say that we expect AMCK to hold up to your end of the deal.

27/04/2020, 15:16

> Hi Jane do we need to have a call today before your day ends?

27/04/2020, 17:53

> I still don't have a clean way forward from the shareholder Robert, due to speak to him again in the morning and will call you tomorrow afternoon my time?

> Understood, but what I don't understand is that before your shareholder wanted 0 deferments before they committed it to the additional five aircraft now they're asking for more beyond what was told to me before

> Jimmy sent Paul an email.. FYI

> Ok let's chat tomorrow after we've spoken to the shareholder

27/04/2020, 19:43

> Yes I think it's best we have a call after you speak to your shareholder let's talk tomorrow during your evening .. thanks

28/04/2020, 09:45

> Would you and Jimmy be available for a call with Paul and myself at 5pm today? I'll circulate a dial in? Thanks

28/04/2020, 14:28

> That's fine We will be available

29/04/2020, 16:53

> Hi Jane, are we still having a tomorrow today call based on our chat yesterday?

29/04/2020, 20:58

> Hi Jane can you take a quick call?

> Sure

29/04/2020, 23:40

> Hi Jane, just following up from our previous conversation. Before our 1st delivery we would repay the full rent amounts for the current 14 aircraft

CONFIDENTIAL   AMCK016979

> I discussed the other options, I got no traction or support for lease extensions. Option 2 - The current Rent deferral would stay in place and for each of the 3 aircraft delivering we would pay 6 months of rent in advance of each delivery. There is no other options we can consider and we believe that this is a fair and reasonable approach to resolve this issue.

> If you need to have a call with me before you speak to your shareholder please let me know and I will make myself available in the early morning

>> Ok thanks Robert we will discuss with Hong Kong in the morning and get back to you early your morning.

> Ok thanks

30/04/2020, 14:15

> Hi Jane, what's the latest ?

>> Hi Robert shareholder is considering I do t have an answer yet

> Ok thanks when when will you hear back?

>> We are waiting for them to confirm whether they can have a call with us today

> OK understood Airbus are pressuring us to make a decision today, Chris Jones has called Jimmy twice this morning he can't hold the slots any longer

>> Why wouldn't you take the July 2020 and Feb 21 slots anyway as that's better for everyone? I'm just not sure we are going to get CK to give us a decision on this today

> Because their contingent upon you getting your approval, if you do not get approval that creates a big issue

> Airbus have asked us what's delay so since these are confidential discussions we have been pushing them off

>> Airbus are having these discussions with every airline on the planet! And every spec lessor
>>
>> For sure if the shareholder approves, going forward it will be with an explicit understanding

CONFIDENTIAL                                                                                              AMCK016980

> that any payment default under any of our leases post funding of a new Neo would automatically trigger a termination of any remaining deliveries. I think CK will be able to talk to Paul and myself in next 2 hrs

I know Jane but we've been pushing them off for a few weeks now trying the resolve this while working with Airbus to try and push our deliveries out as much as we can, but as you are well aware there comes a time a decision has to be made, it's probably very different at Mobile Alabama as it is to Toulouse, since they have more flexibility

30/04/2020, 16:38

> Note from Paul to Jimmy shortly

Has a decision been made ?

Yesterday, 19:00

Hi Jane, can you Paul call Jimmy? He was expecting a call but never got one

> Hi Robert,
> Has there been a change of heart on offering us some form of additional comfort on Frontier performance under the leases after the next 3 Neo's close? If there hasn't I'm not sure what we can achieve on the call as our shareholder is adamant there has to be something deemed of value? He isn't going to change his stance on this I'm afraid?

Read

Nothing has changed on our position for the next 3 NEOs

I think it's best at this point that we receive an legal letter regarding your position, I know Jimmy was doing everything to avoid bringing in the lawyers and since AMCK won't change their position we have no choice, can you have that arranged in the next day or 2?

CONFIDENTIAL         AMCK016981