| | |
|---|---|
| Date: | Thursday, May 14 2020 12:17 PM |
| Subject: | Accipiter & Vermillion - Receivables Report, Thursday 14th May |
| From: | Michael McInerney |
| To: | Global Team <globalteam@amck.aero>; |
| CC: | Contracts <contracts@amck.aero>; Curley Chan <curley.chan@ckah.com>; Jacky Chan <jacky.chan@ckah.com>; Ivy Wu <ivy.wu@ckah.com>; Sophia Lau <sophia.lau@ckah.com>; Maggie Yip <maggie.yip@ckah.com>; Raymond Yu <raymond.yu@ckah.com>; |
| Attachments: | image001.png; 2020-05-14 Payments Due Report Combined.xlsx |

Dear All,

Please see attached the updated Receivables Report as at 11:00am Dublin time on Thursday 14th May.

| Portfolio | Overdue (USD) | Overdue (EUR) |
|---|---|---|
| Accipiter | $ 15,021,811.17 | €195,166.23 |
| Vermillion (incl. JOLCO) | $ 10,428,796.06 | €192,766.75 |
| **Combined** | **$ 25,450,607.23** | **€387,932.98** |

## Overdue Receivables Accipiter:



## Overdue Receivables Vermillion:

EXHIBIT
McInerney
**27**
3-11-2022



**Letters of Credit (next 60 days)**



CONFIDENTIAL AMCK021477

**Insurance (next 30 days)**



If you require any further information, please do not hesitate to contact me.

Kind Regards,
Mike


Michael McInerney | Manager, Contracts Management
M: +353 86 7912182





First Floor
28-29 Sir John Rogerson's Quay
Dublin D02 EY80, Ireland
www.AMCK.aero

CONFIDENTIAL AMCK021478

CONFIDENTIAL

AMCK021479

| Portfolio | Overdue (USD) | Overdue (EUR) |
|---|---|---|
| Accipiter | #REF! | #REF! |
| Vermillion (incl. JOLCO) | #REF! | #REF! |
| **Combined** | **#REF!** | **#REF!** |

### ACCIPITER

| Airline | Overdue USD | Overdue EUR |
|---|---|---|
| Redacted | | |
| Frontier Airlines, Inc. | - | |
| Redacted | | |
| Grand Total | 15,021,811.17 | 195,166.23 |

### VERMILLION

| Airline | Overdue USD | Overdue EUR |
|---|---|---|
| Redacted | | |
| Grand Total | 9,055,624.84 | 192,766.75 |

### JOLCO

| Airline | Overdue USD | Overdue EUR |
|---|---|---|
| Redacted | | |
| Grand Total | 1,373,171.22 | |



| Lessee | Aircraft Model | MSN | Bank Account Name | Payment Type | Invoice Reference | Invoice Amount | Paid Amount USD | Paid Amount EUR | Due Amount USD | Due Amount EUR | Due Date | Payment Received | Bus Days Early / Late | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Frontier Airlines, Inc. | A320-200N | 8239 | Accipiter Investments Aircraft 4 Limited | Fixed Rent | 20RD000010 | 342,532.39 | 342,532.39 | | 0.00 | | 03/Apr/2020 | 14/May/2020 | -25 | Payment received |
| Frontier Airlines, Inc. | A320-200N | 8102 | Accipiter Investments Aircraft 4 Limited | Fixed Rent | 20RD000007 | 354,139.30 | 354,139.30 | | 0.00 | | 06/Apr/2020 | 14/May/2020 | -24 | Payment received |
| Frontier Airlines, Inc. | A320-200N | 8913 | Accipiter Investments Aircraft 4 Limited | Fixed Rent | 20RD000018 | 344,568.92 | 344,568.92 | | 0.00 | | 09/Apr/2020 | 14/May/2020 | -22 | Payment received |
| Frontier Airlines, Inc. | A320-200 | 6184 | Accipiter Investments Aircraft 4 Limited | Fixed Rent | 19RD002969 | 343,186.00 | 343,186.00 | | 0.00 | | 17/Apr/2020 | 14/May/2020 | -17 | Payment received |
| Frontier Airlines, Inc. | A320-200N | 9068 | Accipiter Investments Aircraft 4 Limited | Fixed Rent | 20RD000020 | 323,126.20 | 323,126.20 | | 0.00 | | 17/Apr/2020 | 14/May/2020 | -17 | Payment received |
| Frontier Airlines, Inc. | A320-200N | 8766 | Accipiter Investments Aircraft 4 Limited | Fixed Rent | 19RD003104 | 347,864.42 | 347,864.42 | | 0.00 | | 22/Apr/2020 | 14/May/2020 | -16 | Payment received |

| Lessee | Aircraft Type | MSN | Lessor | Rent Type | Invoice | Amount Due | Amount Invoiced | | Balance | | Invoice Date | Due Date | Days | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Frontier Airlines, Inc. | A320-200N | 8857 | Accipiter Investments Aircraft 4 Limited | Fixed Rent | 20RD000014 | 347,600.78 | 347,600.78 | | 0.00 | | 23/Apr/2020 | 14/May/2020 | -14 | Payment received |
| Frontier Airlines, Inc. | A321-200 | 7524 | Accipiter Investments Aircraft 4 Limited | Fixed Rent | 20RD000221 | 362,630.80 | 362,630.80 | | 0.00 | | 24/Apr/2020 | 14/May/2020 | -12 | Payment received |
| Frontier Airlines, Inc. | A320-200N | 8977 | Accipiter Investments Aircraft 4 Limited | Fixed Rent | 19RD003110 | 331,694.50 | 331,694.50 | | 0.00 | | 27/Apr/2020 | 14/May/2020 | -11 | Payment received |
| Frontier Airlines, Inc. | A320-200N | 9026 | Accipiter Investments Aircraft 4 Limited | Fixed Rent | 19RD003116 | 332,243.75 | 332,243.75 | | 0.00 | | 28/Apr/2020 | 14/May/2020 | -10 | Payment received |
| Redacted | | | | | | | | | | | | | | |
| Frontier Airlines, Inc. | A320-200N | 8307 | Accipiter Investments Aircraft 4 Limited | Fixed Rent | 19RD003086 | 342,554.02 | 342,554.02 | | 0.00 | | 29/Apr/2020 | 14/May/2020 | -9 | Payment received |
| Redacted | | | | | | | | | | | | | | |
| Frontier Airlines, Inc. | A320-200N | 8357 | Accipiter Investments Aircraft 4 Limited | Fixed Rent | 19RD003092 | 345,236.14 | 345,236.14 | | 0.00 | | 30/Apr/2020 | 14/May/2020 | -8 | Payment received |
| Frontier Airlines, Inc. | A320-200N | 8402 | Accipiter Investments Aircraft 4 Limited | Fixed Rent | 19RD003098 | 343,181.29 | 343,181.29 | | 0.00 | | 30/Apr/2020 | 14/May/2020 | -8 | Payment received |
| Frontier Airlines, Inc. | A320-200N | 9177 | Accipiter Investments Aircraft 4 Limited | Fixed Rent | 19RD002906 | 326,641.40 | 326,641.40 | | 0.00 | | 30/Apr/2020 | 14/May/2020 | -8 | Payment received |
| Redacted | | | | | | | | | | | | | | |
| Frontier Airlines, Inc. | A320-200N | 8239 | Accipiter Investments Aircraft 4 Limited | Fixed Rent | 20RD000011 | 342,532.39 | 342,532.39 | | 0.00 | | 05/May/2020 | 14/May/2020 | -6 | Payment received |
| Frontier Airlines, Inc. | A320-200N | 8102 | Accipiter Investments Aircraft 4 Limited | Fixed Rent | 20RD000008 | 354,139.30 | 354,139.30 | | 0.00 | | 06/May/2020 | 14/May/2020 | -5 | Payment received |
| Redacted | | | | | | | | | | | | | | |
| Frontier Airlines, Inc. | A320-200N | 8913 | Accipiter Investments Aircraft 4 Limited | Fixed Rent | 20RD000019 | 344,568.92 | 344,568.92 | | 0.00 | | 08/May/2020 | 14/May/2020 | -3 | Payment received |
| Redacted | | | | | | | | | | | | | | |
| Redacted | | | | | | | | | | | | | | |
| Frontier Airlines, Inc. | A320-200 | 6184 | Accipiter Investments Aircraft 4 Limited | Fixed Rent | 19RD002970 | 343,186.00 | 0.00 | | 343,186.00 | | 15/May/2020 | | | Due tomorrow |
| Redacted | | | | | | | | | | | | | | |

| Lessee | Aircraft Model | MSN | Bank Account Name | Payment Type | Invoice Reference | Invoice Amount | Paid Amount USD | Paid Amount EUR | Due Amount USD | Due Amount EUR | Due Date | Payment Received | Bus Days Early / Late | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted