| | |
|---|---|
| Date: | Thursday, May 14 2020 11:57 AM |
| From: | Jane O'Callaghan |
| To: | Fabian Bachrach <fabian.bachrach@amck.aero>; Yu Suzuki <yu.suzuki@amck.aero>; |
| Attachments: | image001.png; image002.png |

Frontier paid their outstanding 5.8M rents today.

**Jane O'Callaghan**  |  Chief Commercial Officer

M:   +353 86 8516851
T:   +353 1 517 0164
E:   jane.ocallaghan@amck.aero



First Floor
28-29 Sir John Rogerson's Quay
Dublin D02 EY80, Ireland
www.AMCK.aero