Conversation (SMS;Native Messages), 1 messages, 2 parties, over 0 minutes
Parties: +1 720-525-8784 (Owner); Paul Sheridan <+353 86 026 1310>
First Message: 4/11/2020 9:37:49 AM -06:00
Last Message: 4/11/2020 9:37:49 AM -06:00

> +1 720-525-8784
>
> Sorry to bug you on a Saturday. We have been working with Airbus to push deliveries. I don't have this agreed yet however want to see if a 2 month delay works for you into June for the aircraft that should have delivered last week? There are other moves afoot later in the year however near term moves are extremely challenging. Let me know.
>
> 4/11/2020 9:37:49 AM -06:00
>
> Status: Sent
> Read: Read

ATTORNEYS'S EYES ONLY                                                                                   FRONTIER0012173