Message

| | |
|---|---|
| **From:** | dovile.kukulskiene@amck.aero [dovile.kukulskiene@amck.aero] |
| **Sent:** | 11/13/2019 2:15:26 AM |
| **To:** | Frontier Airlines Fleet Administration [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=307972a306564466bfbc60b440045c40-Frontier Ai]; Sashikumar Bindu, Sharath [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6a2fe09b1e3f4e63b2828192e5303c1d-Sashikumar]; Fanning, Robert [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8ab5e17c54834972914c6155f556c884-Fanning, Ro]; contracts@amck.aero; finance@amck.aero |
| **Subject:** | Invoices - Frontier Airlines, Inc. |
| **Attachments:** | 19RD002902.pdf; 19RD002903.pdf; 19RD002904.pdf; 19RD002905.pdf; 19RD002906.pdf; 19RD002907.pdf; 19RD002926.pdf; 19RD002927.pdf; 19RD002966.pdf; 19RD002967.pdf; 19RD002968.pdf; 19RD002969.pdf; 19RD002970.pdf; 19RD002971.pdf |

Dear All,

Please find attached your invoice(s).

If you have any questions, please contact us at contracts@amck.aero

Kind Regards,
Contracts Management Team

CONFIDENTIAL                                                                                                                                     FRONTIER0003721

Accipiter Investments Aircraft 4 Limited
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number:     19RD002902
Invoice Date:       12-Nov-2019
Payment Due Date:   30-Dec-2019
Asset:              09177/N359FR/A320-200N

**Aircraft Lease Agreement dated 30 September 2019 in respect of one Airbus A320-251N aircraft with MSN 9177**

| Description | Amount (USD) |
|---|---:|
| | |
| Fixed lease Rental covering period 30-Dec-2019 to 29-Jan-2020 | 326,641.40 |
| **Total Amount Due:** | **326,641.40** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 9177 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL                                                                                                    FRONTIER0003722

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number:   19RD002903
Invoice Date:     12-Nov-2019
Payment Due Date: 30-Jan-2020
Asset:            09177/N359FR/A320-200N

**Aircraft Lease Agreement dated 30 September 2019 in respect of one Airbus A320-251N aircraft with MSN 9177**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 30-Jan-2020 to 28-Feb-2020 | 326,641.40 |
| **Total Amount Due:** | **326,641.40** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 9177 |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL                                                                                      FRONTIER0003723

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD002904 |
| Invoice Date: | 12-Nov-2019 |
| Payment Due Date: | 28-Feb-2020 |
| Asset: | 09177/N359FR/A320-200N |

**Aircraft Lease Agreement dated 30 September 2019 in respect of one Airbus A320-251N aircraft with MSN 9177**

| Description | Amount (USD) |
|---|---:|
| | |
| Fixed lease Rental covering period 29-Feb-2020 to 29-Mar-2020 | 326,641.40 |
| **Total Amount Due:** | **326,641.40** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| **Payment Instructions** | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 9177 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number:     19RD002905
Invoice Date:       12-Nov-2019
Payment Due Date:   30-Mar-2020
Asset:              09177/N359FR/A320-200N

**Aircraft Lease Agreement dated 30 September 2019 in respect of one Airbus A320-251N aircraft with MSN 9177**

| Description | Amount (USD) |
|---|---|
|  |  |
| Fixed lease Rental covering period 30-Mar-2020 to 29-Apr-2020 | 326,641.40 |
| **Total Amount Due:** | **326,641.40** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 9177 |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL                                                                 FRONTIER0003725

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number:     19RD002906
Invoice Date:       12-Nov-2019
Payment Due Date:   30-Apr-2020
Asset:              09177/N359FR/A320-200N

**Aircraft Lease Agreement dated 30 September 2019 in respect of one Airbus A320-251N aircraft with MSN 9177**

| Description | Amount (USD) |
|---|---:|
| Fixed lease Rental covering period 30-Apr-2020 to 29-May-2020 | 326,641.40 |
| **Total Amount Due:** | **326,641.40** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 9177 |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL                                                                 FRONTIER0003726

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD002907 |
| Invoice Date: | 12-Nov-2019 |
| Payment Due Date: | 29-May-2020 |
| Asset: | 09177/N359FR/A320-200N |

**Aircraft Lease Agreement dated 30 September 2019 in respect of one Airbus A320-251N aircraft with MSN 9177**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 30-May-2020 to 29-Jun-2020 | 326,641.40 |
| **Total Amount Due:** | **326,641.40** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 9177 |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL                                                                                      FRONTIER0003727

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number:      19RD002926
Invoice Date:        12-Nov-2019
Payment Due Date:    03-Jan-2020
Asset:               08239/N331FR/A320-200N

**Aircraft Lease Agreement dated 5 June 2018 in respect of Airbus A320-251N aircraft with MSN 8239**

| Description | Amount (USD) |
|---|---|
|  |  |
| Fixed lease Rental covering period 05-Jan-2020 to 04-Feb-2020 | 342,532.39 |
| **Total Amount Due:** | **342,532.39** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier MSN 8239 |

Please ensure bank fees are not deducted from or charged to the above account

Page 1 of 1

CONFIDENTIAL                                                                                                   FRONTIER0003728

Accipiter Investments Aircraft 4 Limited
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number:       19RD002927
Invoice Date:         12-Nov-2019
Payment Due Date:     05-Feb-2020
Asset:                08239/N331FR/A320-200N

**Aircraft Lease Agreement dated 5 June 2018 in respect of Airbus A320-251N aircraft with MSN 8239**

| Description | Amount (USD) |
|---|---:|
|  |  |
| Fixed lease Rental covering period 05-Feb-2020 to 04-Mar-2020 | 342,532.39 |
| **Total Amount Due:** | **342,532.39** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier MSN 8239 |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL                                                                                           FRONTIER0003729

Accipiter Investments Aircraft 4 Limited
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD002966 |
| Invoice Date: | 12-Nov-2019 |
| Payment Due Date: | 17-Jan-2020 |
| Asset: | 06184/N227FR/A320-200 |

**Aircraft Operating Lease Agreement dated as of June 9, 2014 in respect of one Airbus A320-200 aircraft with MSN 06184**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 17-Jan-2020 to 16-Feb-2020 | 343,186.00 |
| **Total Amount Due:** | **343,186.00** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 6184 |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL                                                                                         FRONTIER0003730

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number:    19RD002967
Invoice Date:      12-Nov-2019
Payment Due Date:  14-Feb-2020
Asset:             06184/N227FR/A320-200

**Aircraft Operating Lease Agreement dated as of June 9, 2014 in respect of one Airbus A320-200 aircraft with MSN 06184**

| Description | Amount (USD) |
|---|---|
|  |  |
| Fixed lease Rental covering period 17-Feb-2020 to 16-Mar-2020 | 343,186.00 |
| **Total Amount Due:** | **343,186.00** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 6184 |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL                                                                                           FRONTIER0003731

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD002968 |
| Invoice Date: | 12-Nov-2019 |
| Payment Due Date: | 17-Mar-2020 |
| Asset: | 06184/N227FR/A320-200 |

**Aircraft Operating Lease Agreement dated as of June 9, 2014 in respect of one Airbus A320-200 aircraft with MSN 06184**

| Description | Amount (USD) |
|---|---:|
| | |
| Fixed lease Rental covering period 17-Mar-2020 to 16-Apr-2020 | 343,186.00 |
| **Total Amount Due:** | **343,186.00** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 6184 |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD002969 |
| Invoice Date: | 12-Nov-2019 |
| Payment Due Date: | 17-Apr-2020 |
| Asset: | 06184/N227FR/A320-200 |

**Aircraft Operating Lease Agreement dated as of June 9, 2014 in respect of one Airbus A320-200 aircraft with MSN 06184**

| Description | Amount (USD) |
|---|---:|
| | |
| Fixed lease Rental covering period 17-Apr-2020 to 16-May-2020 | 343,186.00 |
| **Total Amount Due:** | **343,186.00** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 6184 |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL                                                                                                     FRONTIER0003733

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number:   19RD002970
Invoice Date:   12-Nov-2019
Payment Due Date:   15-May-2020
Asset:   06184/N227FR/A320-200

**Aircraft Operating Lease Agreement dated as of June 9, 2014 in respect of one Airbus A320-200 aircraft with MSN 06184**

| Description | Amount (USD) |
|---|---:|
|  |  |
| Fixed lease Rental covering period 17-May-2020 to 16-Jun-2020 | 343,186.00 |
| **Total Amount Due:** | **343,186.00** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 6184 |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL                                              FRONTIER0003734

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD002971 |
| Invoice Date: | 12-Nov-2019 |
| Payment Due Date: | 17-Jun-2020 |
| Asset: | 06184/N227FR/A320-200 |

**Aircraft Operating Lease Agreement dated as of June 9, 2014 in respect of one Airbus A320-200 aircraft with MSN 06184**

| Description | Amount (USD) |
|---|---:|
| | |
| Fixed lease Rental covering period 17-Jun-2020 to 16-Jul-2020 | 343,186.00 |
| **Total Amount Due:** | **343,186.00** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 6184 |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL                                                                                                                                                    FRONTIER0003735