Message
_____

**From:**        michael.mcinerney@amck.aero [michael.mcinerney@amck.aero]
**Sent:**        11/26/2019 4:09:25 AM
**To:**          Frontier Airlines Fleet Administration [/o=ExchangeLabs/ou=Exchange Administrative Group
                 (FYDIBOHF23SPDLT)/cn=Recipients/cn=307972a306564466bfbc60b440045c40-Frontier Ai]; Sashikumar Bindu,
                 Sharath [/o=ExchangeLabs/ou=Exchange Administrative Group
                 (FYDIBOHF23SPDLT)/cn=Recipients/cn=6a2fe09b1e3f4e63b2828192e5303c1d-Sashikumar]; Fanning, Robert
                 [/o=ExchangeLabs/ou=Exchange Administrative Group
                 (FYDIBOHF23SPDLT)/cn=Recipients/cn=8ab5e17c54834972914c6155f556c884-Fanning, Ro]; contracts@amck.aero;
                 finance@amck.aero
**Subject:**     Invoices - Frontier Airlines, Inc.
**Attachments:** 19RD003082.pdf; 19RD003083.pdf; 19RD003084.pdf; 19RD003085.pdf; 19RD003086.pdf; 19RD003087.pdf;
                 19RD003088.pdf; 19RD003089.pdf; 19RD003090.pdf; 19RD003091.pdf; 19RD003092.pdf; 19RD003093.pdf;
                 19RD003094.pdf; 19RD003095.pdf; 19RD003096.pdf; 19RD003097.pdf; 19RD003098.pdf; 19RD003099.pdf;
                 19RD003100.pdf; 19RD003101.pdf; 19RD003102.pdf; 19RD003103.pdf; 19RD003104.pdf; 19RD003105.pdf;
                 19RD003106.pdf; 19RD003107.pdf; 19RD003108.pdf; 19RD003109.pdf; 19RD003110.pdf; 19RD003111.pdf;
                 19RD003112.pdf; 19RD003113.pdf; 19RD003114.pdf; 19RD003115.pdf; 19RD003116.pdf; 19RD003117.pdf;
                 19RD003118.pdf

**Flag:**        Follow up


Dear All,

Please find attached your invoice(s).

If you have any questions, please contact us at contracts@amck.aero

Kind Regards,
Contracts Management Team

CONFIDENTIAL                                                              FRONTIER0003762

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**

4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003082 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 24-Jan-2020 |
| Asset: | 07524/N716FR/A321-200 |

**Aircraft Operating Lease Agreement dated as of February 19, 2016 in respect of one Airbus A321-200 aircraft with MSN 7524**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 26-Jan-2020 to 25-Feb-2020 | 362,630.80 |
| **Total Amount Due:** | **362,630.80** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 7524 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003083 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 29-Jan-2020 |
| Asset: | 08307/N332FR/A320-200N |

**Aircraft Lease Agreement dated 29 August 2018 in respect of one Airbus A320-251N aircraft with MSN 8307**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 29-Jan-2020 to 28-Feb-2020 | 342,554.02 |
| **Total Amount Due:** | **342,554.02** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8307 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

FRONTIER0003764

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003084 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 28-Feb-2020 |
| Asset: | 08307/N332FR/A320-200N |

**Aircraft Lease Agreement dated 29 August 2018 in respect of one Airbus A320-251N aircraft with MSN 8307**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 29-Feb-2020 to 28-Mar-2020 | 342,554.02 |
| **Total Amount Due:** | **342,554.02** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8307 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

CONFIDENTIAL

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**

4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003085 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 27-Mar-2020 |
| Asset: | 08307/N332FR/A320-200N |

**Aircraft Lease Agreement dated 29 August 2018 in respect of one Airbus A320-251N aircraft with MSN 8307**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 29-Mar-2020 to 28-Apr-2020 | 342,554.02 |
| **Total Amount Due:** | **342,554.02** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8307 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

CONFIDENTIAL

FRONTIER0003766

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003086 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 29-Apr-2020 |
| Asset: | 08307/N332FR/A320-200N |

**Aircraft Lease Agreement dated 29 August 2018 in respect of one Airbus A320-251N aircraft with MSN 8307**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 29-Apr-2020 to 28-May-2020 | 342,554.02 |
| **Total Amount Due:** | **342,554.02** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8307 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

CONFIDENTIAL

FRONTIER0003767

Accipiter Investments Aircraft 4 Limited
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003087 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 29-May-2020 |
| Asset: | 08307/N332FR/A320-200N |

**Aircraft Lease Agreement dated 29 August 2018 in respect of one Airbus A320-251N aircraft with MSN 8307**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 29-May-2020 to 28-Jun-2020 | 342,554.02 |
| **Total Amount Due:** | **342,554.02** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8307 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

CONFIDENTIAL                                    FRONTIER0003768

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003088 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 29-Jun-2020 |
| Asset: | 08307/N332FR/A320-200N |

**Aircraft Lease Agreement dated 29 August 2018 in respect of one Airbus A320-251N aircraft with MSN 8307**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 29-Jun-2020 to 28-Jul-2020 | 342,554.02 |
| **Total Amount Due:** | **342,554.02** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8307 |

Please ensure bank fees are not deducted from or charged to the above account

Page 1 of 1

CONFIDENTIAL

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**

4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003089 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 31-Jan-2020 |
| Asset: | 08357/N336FR/A320-200N |

**Aircraft Lease Agreement dated 31 July 2018 in respect of one Airbus A320-251N aircraft with MSN 8357**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 31-Jan-2020 to 28-Feb-2020 | 345,236.14 |
| **Total Amount Due:** | **345,236.14** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010.

| Payment Instructions | |
|---|---|
| Account Bank: | BNP Paribas |
| Account Name: | Accipiter Investments Aircraft 4 Limited |
| Account Number: | 206 14027 00128 |
| SWIFT Code: | BNPAIE2D |
| IBAN: | IE35BNPA99020640270128 |
| Intermediate Bank: | BNPAUS3N/020019275900110 |
| Reference: | Frontier - MSN 8357 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

FRONTIER0003770

**Accipiter Investments Aircraft 4 Limited**

c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**

4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003090 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 28-Feb-2020 |
| Asset: | 08357/N336FR/A320-200N |

**Aircraft Lease Agreement dated 31 July 2018 in respect of one Airbus A320-251N aircraft with MSN 8357**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 29-Feb-2020 to 30-Mar-2020 | 345,236.14 |
| **Total Amount Due:** | **345,236.14** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010.

| Payment Instructions | |
|---|---|
| Account Bank: | BNP Paribas |
| Account Name: | Accipiter Investments Aircraft 4 Limited |
| Account Number: | 206 14027 00128 |
| SWIFT Code: | BNPAIE2D |
| IBAN: | IE35BNPA99020640270128 |
| Intermediate Bank: | BNPAUS3N/020019275900110 |
| Reference: | Frontier - MSN 8357 |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**

4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003091 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 31-Mar-2020 |
| Asset: | 08357/N336FR/A320-200N |

**Aircraft Lease Agreement dated 31 July 2018 in respect of one Airbus A320-251N aircraft with MSN 8357**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 31-Mar-2020 to 29-Apr-2020 | 345,236.14 |
| **Total Amount Due:** | **345,236.14** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010.

| Payment Instructions | |
|---|---|
| Account Bank: | BNP Paribas |
| Account Name: | Accipiter Investments Aircraft 4 Limited |
| Account Number: | 206 14027 00128 |
| SWIFT Code: | BNPAIE2D |
| IBAN: | IE35BNPA99020640270128 |
| Intermediate Bank: | BNPAUS3N/020019275900110 |
| Reference: | Frontier - MSN 8357 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

FRONTIER0003772

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**

4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003092 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 30-Apr-2020 |
| Asset: | 08357/N336FR/A320-200N |

**Aircraft Lease Agreement dated 31 July 2018 in respect of one Airbus A320-251N aircraft with MSN 8357**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 30-Apr-2020 to 30-May-2020 | 345,236.14 |
| **Total Amount Due:** | **345,236.14** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010.

| Payment Instructions | |
|---|---|
| Account Bank: | BNP Paribas |
| Account Name: | Accipiter Investments Aircraft 4 Limited |
| Account Number: | 206 14027 00128 |
| SWIFT Code: | BNPAIE2D |
| IBAN: | IE35BNPA99020640270128 |
| Intermediate Bank: | BNPAUS3N/020019275900110 |
| Reference: | Frontier - MSN 8357 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

FRONTIER0003773

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**

4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003093 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 29-May-2020 |
| Asset: | 08357/N336FR/A320-200N |

**Aircraft Lease Agreement dated 31 July 2018 in respect of one Airbus A320-251N aircraft with MSN 8357**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 31-May-2020 to 29-Jun-2020 | 345,236.14 |
| **Total Amount Due:** | **345,236.14** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010.

| Payment Instructions | |
|---|---|
| Account Bank: | BNP Paribas |
| Account Name: | Accipiter Investments Aircraft 4 Limited |
| Account Number: | 206 14027 00128 |
| SWIFT Code: | BNPAIE2D |
| IBAN: | IE35BNPA99020640270128 |
| Intermediate Bank: | BNPAUS3N/020019275900110 |
| Reference: | Frontier - MSN 8357 |

Please ensure bank fees are not deducted from or charged to the above account

Page 1 of 1

**Accipiter Investments Aircraft 4 Limited**

c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**

4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003094 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 30-Jun-2020 |
| Asset: | 08357/N336FR/A320-200N |

**Aircraft Lease Agreement dated 31 July 2018 in respect of one Airbus A320-251N aircraft with MSN 8357**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 30-Jun-2020 to 30-Jul-2020 | 345,236.14 |
| **Total Amount Due:** | **345,236.14** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010.

| Payment Instructions | |
|---|---|
| Account Bank: | BNP Paribas |
| Account Name: | Accipiter Investments Aircraft 4 Limited |
| Account Number: | 206 14027 00128 |
| SWIFT Code: | BNPAIE2D |
| IBAN: | IE35BNPA99020640270128 |
| Intermediate Bank: | BNPAUS3N/020019275900110 |
| Reference: | Frontier - MSN 8357 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

FRONTIER0003775

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**

4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003095 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 30-Jan-2020 |
| Asset: | 08402/N338FR/A320-200N |

**Aircraft Lease Agreement dated 30 August 2018 in respect of one Airbus A320-251N aircraft with MSN 8402**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 30-Jan-2020 to 28-Feb-2020 | 343,181.29 |
| **Total Amount Due:** | **343,181.29** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8402 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

CONFIDENTIAL

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003096 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 28-Feb-2020 |
| Asset: | 08402/N338FR/A320-200N |

**Aircraft Lease Agreement dated 30 August 2018 in respect of one Airbus A320-251N aircraft with MSN 8402**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 29-Feb-2020 to 29-Mar-2020 | 343,181.29 |
| **Total Amount Due:** | **343,181.29** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8402 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

CONFIDENTIAL                                                          FRONTIER0003777

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**

4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003097 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 30-Mar-2020 |
| Asset: | 08402/N338FR/A320-200N |

**Aircraft Lease Agreement dated 30 August 2018 in respect of one Airbus A320-251N aircraft with MSN 8402**

| Description | Amount (USD) |
|---|---:|
| | |
| Fixed lease Rental covering period 30-Mar-2020 to 29-Apr-2020 | 343,181.29 |
| **Total Amount Due:** | **343,181.29** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8402 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

FRONTIER0003778

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003098 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 30-Apr-2020 |
| Asset: | 08402/N338FR/A320-200N |

**Aircraft Lease Agreement dated 30 August 2018 in respect of one Airbus A320-251N aircraft with MSN 8402**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 30-Apr-2020 to 29-May-2020 | 343,181.29 |
| **Total Amount Due:** | **343,181.29** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8402 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

CONFIDENTIAL                                                                                     FRONTIER0003779

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003099 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 29-May-2020 |
| Asset: | 08402/N338FR/A320-200N |

**Aircraft Lease Agreement dated 30 August 2018 in respect of one Airbus A320-251N aircraft with MSN 8402**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 30-May-2020 to 29-Jun-2020 | 343,181.29 |
| **Total Amount Due:** | **343,181.29** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8402 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

FRONTIER0003780

c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**

4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003100 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 30-Jun-2020 |
| Asset: | 08402/N338FR/A320-200N |

**Aircraft Lease Agreement dated 30 August 2018 in respect of one Airbus A320-251N aircraft with MSN 8402**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 30-Jun-2020 to 29-Jul-2020 | 343,181.29 |
| **Total Amount Due:** | **343,181.29** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8402 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

CONFIDENTIAL

FRONTIER0003781

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**

4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003101 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 22-Jan-2020 |
| Asset: | 08766/N349FR/A320-200N |

**Aircraft Lease Agreement dated 22 March 2019 in respect of one Airbus A320-251N aircraft with MSN 8766**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 22-Jan-2020 to 21-Feb-2020 | 347,864.42 |
| **Total Amount Due:** | **347,864.42** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8766 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

CONFIDENTIAL

FRONTIER0003782

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**

4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003102 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 21-Feb-2020 |
| Asset: | 08766/N349FR/A320-200N |

**Aircraft Lease Agreement dated 22 March 2019 in respect of one Airbus A320-251N aircraft with MSN 8766**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 22-Feb-2020 to 21-Mar-2020 | 347,864.42 |
| **Total Amount Due:** | **347,864.42** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8766 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

CONFIDENTIAL

FRONTIER0003783

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**

4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003103 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 20-Mar-2020 |
| Asset: | 08766/N349FR/A320-200N |

**Aircraft Lease Agreement dated 22 March 2019 in respect of one Airbus A320-251N aircraft with MSN 8766**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 22-Mar-2020 to 21-Apr-2020 | 347,864.42 |
| **Total Amount Due:** | **347,864.42** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8766 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

Accipiter Investments Aircraft 4 Limited
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**

4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003104 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 22-Apr-2020 |
| Asset: | 08766/N349FR/A320-200N |

**Aircraft Lease Agreement dated 22 March 2019 in respect of one Airbus A320-251N aircraft with MSN 8766**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 22-Apr-2020 to 21-May-2020 | 347,864.42 |
| **Total Amount Due:** | **347,864.42** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8766 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL

Accipiter Investments Aircraft 4 Limited
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**

4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003105 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 22-May-2020 |
| Asset: | 08766/N349FR/A320-200N |

**Aircraft Lease Agreement dated 22 March 2019 in respect of one Airbus A320-251N aircraft with MSN 8766**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 22-May-2020 to 21-Jun-2020 | 347,864.42 |
| **Total Amount Due:** | **347,864.42** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8766 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL

FRONTIER0003786

Accipiter Investments Aircraft 4 Limited
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**

4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003106 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 22-Jun-2020 |
| Asset: | 08766/N349FR/A320-200N |

**Aircraft Lease Agreement dated 22 March 2019 in respect of one Airbus A320-251N aircraft with MSN 8766**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 22-Jun-2020 to 21-Jul-2020 | 347,864.42 |
| **Total Amount Due:** | **347,864.42** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8766 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

CONFIDENTIAL

FRONTIER0003787

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**

4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003107 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 27-Jan-2020 |
| Asset: | 08977/N353FR/A320-200N |

**Aircraft Lease Agreement dated 27 June 2019 in respect of one Airbus A320-251N aircraft with MSN 8977**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 27-Jan-2020 to 26-Feb-2020 | 331,694.50 |
| **Total Amount Due:** | **331,694.50** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8977 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**

4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003108 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 27-Feb-2020 |
| Asset: | 08977/N353FR/A320-200N |

**Aircraft Lease Agreement dated 27 June 2019 in respect of one Airbus A320-251N aircraft with MSN 8977**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 27-Feb-2020 to 26-Mar-2020 | 331,694.50 |
| **Total Amount Due:** | **331,694.50** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8977 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**

4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003109 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 27-Mar-2020 |
| Asset: | 08977/N353FR/A320-200N |

**Aircraft Lease Agreement dated 27 June 2019 in respect of one Airbus A320-251N aircraft with MSN 8977**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 27-Mar-2020 to 26-Apr-2020 | 331,694.50 |
| **Total Amount Due:** | **331,694.50** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8977 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

CONFIDENTIAL

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003110 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 27-Apr-2020 |
| Asset: | 08977/N353FR/A320-200N |

**Aircraft Lease Agreement dated 27 June 2019 in respect of one Airbus A320-251N aircraft with MSN 8977**

| Description | Amount (USD) |
|---|---:|
| | |
| Fixed lease Rental covering period 27-Apr-2020 to 26-May-2020 | 331,694.50 |
| **Total Amount Due:** | **331,694.50** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8977 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

CONFIDENTIAL                                             FRONTIER0003791

Accipiter Investments Aircraft 4 Limited
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**

4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003111 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 27-May-2020 |
| Asset: | 08977/N353FR/A320-200N |

**Aircraft Lease Agreement dated 27 June 2019 in respect of one Airbus A320-251N aircraft with MSN 8977**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 27-May-2020 to 26-Jun-2020 | 331,694.50 |
| **Total Amount Due:** | **331,694.50** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8977 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

FRONTIER0003792

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003112 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 26-Jun-2020 |
| Asset: | 08977/N353FR/A320-200N |

**Aircraft Lease Agreement dated 27 June 2019 in respect of one Airbus A320-251N aircraft with MSN 8977**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 27-Jun-2020 to 26-Jul-2020 | 331,694.50 |
| **Total Amount Due:** | **331,694.50** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8977 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**

4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003113 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 28-Jan-2020 |
| Asset: | 09026/N354FR/A320-200N |

**Aircraft Lease Agreement dated 28 June 2019 in respect of one Airbus A320-251N aircraft with MSN 9026**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 28-Jan-2020 to 27-Feb-2020 | 332,243.75 |
| **Total Amount Due:** | **332,243.75** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 9026 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

CONFIDENTIAL

FRONTIER0003794

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**

4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003114 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 28-Feb-2020 |
| Asset: | 09026/N354FR/A320-200N |

**Aircraft Lease Agreement dated 28 June 2019 in respect of one Airbus A320-251N aircraft with MSN 9026**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 28-Feb-2020 to 27-Mar-2020 | 332,243.75 |
| **Total Amount Due:** | **332,243.75** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 9026 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL

FRONTIER0003795

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003115 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 27-Mar-2020 |
| Asset: | 09026/N354FR/A320-200N |

**Aircraft Lease Agreement dated 28 June 2019 in respect of one Airbus A320-251N aircraft with MSN 9026**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 28-Mar-2020 to 27-Apr-2020 | 332,243.75 |
| **Total Amount Due:** | **332,243.75** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 9026 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

FRONTIER0003796

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**

4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003116 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 28-Apr-2020 |
| Asset: | 09026/N354FR/A320-200N |

**Aircraft Lease Agreement dated 28 June 2019 in respect of one Airbus A320-251N aircraft with MSN 9026**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 28-Apr-2020 to 27-May-2020 | 332,243.75 |
| **Total Amount Due:** | **332,243.75** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 9026 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**

4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003117 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 28-May-2020 |
| Asset: | 09026/N354FR/A320-200N |

**Aircraft Lease Agreement dated 28 June 2019 in respect of one Airbus A320-251N aircraft with MSN 9026**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 28-May-2020 to 27-Jun-2020 | 332,243.75 |
| **Total Amount Due:** | **332,243.75** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 9026 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

CONFIDENTIAL

FRONTIER0003798

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**

4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003118 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 26-Jun-2020 |
| Asset: | 09026/N354FR/A320-200N |

**Aircraft Lease Agreement dated 28 June 2019 in respect of one Airbus A320-251N aircraft with MSN 9026**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 28-Jun-2020 to 27-Jul-2020 | 332,243.75 |
| **Total Amount Due:** | **332,243.75** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 9026 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL