Conversation (Native Messages), 16 messages, 3 parties, over 356 minutes
Parties: +1 720-525-8784 (Owner); Spencer Thwaytes <+1 850-766-9736>; Robert Fanning <+1 954-380-0786>
First Message: 4/6/2020 7:43:20 AM -06:00
Last Message: 4/6/2020 1:38:54 PM -06:00

---

**Robert Fanning <+1 954-380-0786>**

Hi Jimmy, when you have time this morning, need to talk about AMCK, we have a rent payment due today

4/6/2020 7:43:20 AM -06:00

Status: Read
State: Intact

---

**Robert Fanning <+1 954-380-0786>**

Well I've been working on [Redacted] as an option taking delivery of that aircraft and the next 5

4/6/2020 7:45:40 AM -06:00

Status: Read
State: Intact

---

**Robert Fanning <+1 954-380-0786>**

David Wang has made a request to Beijing so I'm waiting to hear back, it is very soon for them to be taking delivery of the next aircraft so he's going to find out how soon his cash will be in place

4/6/2020 7:46:33 AM -06:00

Status: Read
State: Intact

---

**Robert Fanning <+1 954-380-0786>**

As for your question I'd have to ask Jane, I don't the answer. Well based on their last email they can't turn up since their financier has conditions

4/6/2020 7:47:54 AM -06:00

Status: Read
State: Intact

---

**Robert Fanning <+1 954-380-0786>**

I know David will take delivery the question is when will they will have cash in place to close, that's what they're in the process of finding out.

4/6/2020 7:58:16 AM -06:00

Status: Read
State: Intact

---

**Robert Fanning <+1 954-380-0786>**

Correct, what the board approved

4/6/2020 7:59:40 AM -06:00

Status: Read
State: Intact

> Robert Fanning <+1 954-380-0786>
>
> If we get the full 3 months, 100% deferment with 9 months to repay it back, I say let's do it to preserve cash, I don't like it but need to do everything to preserve cash
>
> 4/6/2020 8:05:12 AM -06:00
>
> Status: Read
> State: Intact

> Robert Fanning <+1 954-380-0786>
>
> Yeah seems to be a reoccurring ask with most lessors wanting to be repaid back within this year
>
> 4/6/2020 8:06:49 AM -06:00
>
> Status: Read
> State: Intact

> Robert Fanning <+1 954-380-0786>
>
> What time you thinking?
>
> 4/6/2020 11:27:13 AM -06:00
>
> Status: Read
> State: Intact

> Robert Fanning <+1 954-380-0786>
>
> OK I sent Jane a text I will speak with her hopefully soon.
>
> 4/6/2020 11:31:55 AM -06:00
>
> Status: Read
> State: Intact

> Robert Fanning <+1 954-380-0786>
>
> We have two accipiter lease payments due today
>
> 4/6/2020 11:32:13 AM -06:00
>
> Status: Read
> State: Intact

> Spencer Thwaytes <+1 850-766-9736>
>
> How long will they suspend production? Will they suspend PDP payments?
>
> 4/6/2020 11:50:45 AM -06:00
>
> Status: Read
> State: Intact

> Robert Fanning <+1 954-380-0786>
>
> Jimmy, the Goshawk call will be at 9:30 tomorrow morning
>
> 4/6/2020 1:10:52 PM -06:00
>
> Status: Read
> State: Intact

Robert Fanning <+1 954-380-0786>

Paul and Jane are available in 20 minutes for a call

4/6/2020 1:11:17 PM -06:00

Status: Read
State: Intact

Robert Fanning <+1 954-380-0786>

Ok

4/6/2020 1:14:06 PM -06:00

Status: Read
State: Intact

Robert Fanning <+1 954-380-0786>

Paul Sheridan will sending your an email deferring all rent Payments for 10 business days to give us room to work out a solution

4/6/2020 1:38:54 PM -06:00

Status: Read
State: Intact

CONFIDENTIAL                                                                                                                     FRONTIER0003482