Conversation (SMS;Native Messages), 13 messages, 4 parties, over 355 minutes
Parties: Jimmy Dempsey <dempsey.jimmy@gmail.com> (Owner); +1 720-525-8784 (Owner); Spencer Thwaytes <+1 850-766-9736>; Robert Fanning <+1 954-380-0786>
First Message: 4/6/2020 7:44:11 AM -06:00
Last Message: 4/6/2020 1:39:16 PM -06:00

> +1 720-525-8784
> Yes. Been thinking about how we respond. If we pass on the rent deferral will they deliver the aircraft?
> 4/6/2020 7:44:11 AM -06:00
> Status: Sent
> State: Intact

> +1 720-525-8784
> Do we know whether AMCK will turn up?
> 4/6/2020 7:46:44 AM -06:00
> Status: Sent
> State: Intact

> +1 720-525-8784
> I sent Paul a note. I spoke with Airbus about this. You will see the note. Paul did not say anything in his note about financiers. Let me draw him out. How confident are you re David Wang?
> 4/6/2020 7:56:51 AM -06:00
> Status: Sent
> State: Intact

> +1 720-525-8784
> On the terms previously pitched to our board??
> 4/6/2020 7:59:07 AM -06:00
> Status: Sent
> State: Intact

> +1 720-525-8784
> **Redacted**
> 4/6/2020 8:01:23 AM -06:00
> Status: Sent
> State: Intact

> +1 720-525-8784
> She wants it paid back in 4 or 6 months. I need to check my notes.
> 4/6/2020 8:03:47 AM -06:00
> Status: Sent
> State: Intact

+1 720-525-8784
Dec 15 actually
4/6/2020 6:05:00 AM -06:00

Status: Sent
State: Intact

+1 720-525-8784
Airbus just suspended production. We need to get Accipiter on the phone
4/6/2020 11:26:50 AM -06:00

Status: Sent
State: Intact

+1 720-525-8784
I have a call at 2pm with Airbus
4/6/2020 11:27:02 AM -06:00

Status: Sent
State: Intact

+1 720-525-8784
Get immediate relief from accipiter from today's payment. Why don't you call them. The press release says apr 27. I will follow up shortly thereafter.
4/6/2020 11:49:03 AM -06:00

Status: Sent
State: Intact

+1 720-525-8784
I believe until April 27 as I said above but I assume they will follow the shelter in place order
4/6/2020 11:55:32 AM -06:00

Status: Sent
State: Intact

+1 720-525-8784
I can't make it. You have the call
4/6/2020 1:56 PM -06:00

Status: Sent
State: Intact

+1 720-525-8784
Great
4/6/2020 1:59:16 PM -06:00

Status: Sent
State: Intact