Message

| | |
|---|---|
| **From**: | Robert Personal [+1 954-380-0786] |
| **Sent**: | 4/6/2020 7:39:55 PM |
| **To**: | Sharath Chandra Balan [sharathcb22@gmail.com]; Mine [+1 925-822-6610] |
| **Subject**: | 4/6/2020 1:39:55 PM -06:00 : Robert Personal <+1 954-380-0786> -> [Sharath Chandra Balan <sharathcb22@gmail.com>; Mine <+1 925-822-6610>] |

All Accipiter rent payments are deferred for the next 10 business days

CONFIDENTIAL