Conversation (SMS;Native Messages), 5 messages, 4 parties, over 64 minutes
Parties: +1 720-525-8784 (Owner); Jimmy Dempsey <dempsey.jimmy@gmail.com> (Owner); Robert Fanning <+1 954-380-0786>; Spencer Thwaytes <+1 850-766-9736>
First Message: 4/7/2020 10:33:32 AM -06:00
Last Message: 4/7/2020 11:37:12 AM -06:00

> **+1 720-525-8784**
> Just spoke to Paul Sheridan. He has agreed to do the deferral on a month to month basis
> 4/7/2020 10:33:32 AM -06:00
> Status: Sent
> State: Intact

> **+1 720-525-8784**
> No but we should stick to 9 months from July 1. Let's get a draft to him
> 4/7/2020 11:03:12 AM -06:00
> Status: Sent
> State: Intact

> **+1 720-525-8784**
> He was going to call Jane after we spoke
> 4/7/2020 11:04:35 AM -06:00
> Status: Sent
> State: Intact

> **+1 720-525-8784**
> They did something for Wizz and they certainly don't need the money?
> 4/7/2020 11:10:41 AM -06:00
> Status: Sent
> State: Intact

> **+1 720-525-8784**
> We only get to survival with external help
> 4/7/2020 11:37:12 AM -06:00
> Status: Sent
> State: Intact

Conversation (Native Messages), 5 messages, 3 parties, over 39 minutes
Parties: +1 720-525-8784 (Owner); Spencer Thwaytes <+1 850-766-9736>; Robert Fanning <+1 954-380-0786>
First Message: 4/7/2020 10:59:12 AM -06:00
Last Message: 4/7/2020 11:37:50 AM -06:00

> Robert Fanning <+1 954-380-0786>
>
> Ok good anything mentioned on the repayment period ?and are they going to send our revised agreement over?
>
> 4/7/2020 10:59:12 AM -06:00
>
> Status: Read
> State: Intact

> Robert Fanning <+1 954-380-0786>
>
> They have our draft, I'll follow up with Jane
>
> 4/7/2020 11:04:01 AM -06:00
>
> Status: Read
> State: Intact

> Robert Fanning <+1 954-380-0786>
>
> Also got finished with [Redacted] I'll be suprised if they do anything
>
> 4/7/2020 11:09:57 AM -06:00
>
> Status: Read
> State: Intact

> Robert Fanning <+1 954-380-0786>
>
> Well Christina yapping away saying our cash flow model forecast based on Mark's points that they don't make sense and they need to see something on paper, if they don't receive it we won't get it
>
> 4/7/2020 11:28:40 AM -06:00
>
> Status: Read
> State: Intact

> Robert Fanning <+1 954-380-0786>
>
> That was mentioned on the call by Mark and Spencer but in my opinion they didn't seem to care or understand that, and the point was mentioned several times
>
> 4/7/2020 11:37:50 AM -06:00
>
> Status: Read
> State: Intact