| | |
|---|---|
| From: | BISHOP, Ray <ray.bishop@airbus.com> |
| Sent: | Friday, April 17, 2020 11:22 AM |
| To: | Dempsey, Jimmy;Thwaytes, Spencer;JONES, Christopher CH |
| Cc: | DE GASPERIS, Robert R;SAKS, Matthew M;LAZZARI, Daniel;Frey, Thomas;Sashikumar Bindu, Sharath |
| Subject: | RE: Per our discussion this morning...... |
| Attachments: | FFT- Airbus Delivery Schedule Scenerio_17April2020.xlsx |

Jimmy, Spencer, et al

Please find attached file updated to reflect proposed delivery months for each aircraft for which months are currently provided in the Purchase Agreement.

*The attached new delivery schedule scenario (i) does not constitute an offer and is being sent without prejudice to any provisions of the A320 Purchase Agreement, (ii) remains subject to Airbus approval, including all delivery movements which remain subject to industrial feasibility and confirmation by Airbus, and (iii) does not constitute a change to the A320 Purchase Agreement. Accordingly, all Predelivery Payment obligations remain as per the existing A320 Purchase Agreement delivery schedule.*

Thanks,
Ray

---

**From:** Dempsey, Jimmy [mailto:Jimmy.Dempsey@flyfrontier.com]
**Sent:** Thursday, April 16, 2020 7:42 PM
**To:** BISHOP, Ray <ray.bishop@airbus.com>; Thwaytes, Spencer <Spencer.Thwaytes@flyfrontier.com>; JONES, Christopher CH <chris.p.jones@airbus.com>
**Cc:** DE GASPERIS, Robert R <robert.de-gasperis@airbus.com>; SAKS, Matthew M <matthew.saks@airbus.com>; Frey, Thomas <thomas.frey@flyfrontier.com>; Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>
**Subject:** Re: Per our discussion this morning......

Thanks - that's the way our contract is written

Get Outlook for iOS

---

**From:** BISHOP, Ray <ray.bishop@airbus.com>
**Sent:** Thursday, April 16, 2020 5:33:54 PM
**To:** Dempsey, Jimmy <Jimmy.Dempsey@flyfrontier.com>; Thwaytes, Spencer <Spencer.Thwaytes@flyfrontier.com>; JONES, Christopher CH <chris.p.jones@airbus.com>
**Cc:** DE GASPERIS, Robert R <robert.de-gasperis@airbus.com>; SAKS, Matthew M <matthew.saks@airbus.com>; Frey, Thomas <thomas.frey@flyfrontier.com>; Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>
**Subject:** RE: Per our discussion this morning......

Hi Jimmy,
We'll check overnight with our planning team in Toulouse and revert.

Thanks,
Ray

---

**From:** Dempsey, Jimmy [mailto:Jimmy.Dempsey@flyfrontier.com]
**Sent:** Thursday, April 16, 2020 6:28 PM
**To:** BISHOP, Ray <ray.bishop@airbus.com>; Thwaytes, Spencer <Spencer.Thwaytes@flyfrontier.com>; JONES, Christopher CH <chris.p.jones@airbus.com>
**Cc:** DE GASPERIS, Robert R <robert.de-gasperis@airbus.com>; SAKS, Matthew M <matthew.saks@airbus.com>; Frey, Thomas <thomas.frey@flyfrontier.com>; Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>
**Subject:** Re: Per our discussion this morning......

Hi Ray

We need better information than quarters. Please provide monthly deliveries. This is very important to get this debate concluded.

Jimmy

Get Outlook for iOS

---

**From:** BISHOP, Ray <ray.bishop@airbus.com>
**Sent:** Thursday, April 16, 2020 4:26:23 PM
**To:** Thwaytes, Spencer <Spencer.Thwaytes@flyfrontier.com>; Dempsey, Jimmy <Jimmy.Dempsey@flyfrontier.com>; JONES, Christopher CH <chris.p.jones@airbus.com>
**Cc:** DE GASPERIS, Robert R <robert.de-gasperis@airbus.com>; SAKS, Matthew M <matthew.saks@airbus.com>; Frey, Thomas <thomas.frey@flyfrontier.com>; Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>
**Subject:** RE: Per our discussion this morning......

Spencer,

Delivery quarters is the most granular information available at this time.

Thanks,
Ray

---

**From:** Thwaytes, Spencer [mailto:Spencer.Thwaytes@flyfrontier.com]
**Sent:** Thursday, April 16, 2020 5:18 PM
**To:** BISHOP, Ray <ray.bishop@airbus.com>; Dempsey, Jimmy <Jimmy.Dempsey@flyfrontier.com>; JONES, Christopher CH <chris.p.jones@airbus.com>
**Cc:** DE GASPERIS, Robert R <robert.de-gasperis@airbus.com>; SAKS, Matthew M <matthew.saks@airbus.com>; Frey, Thomas <thomas.frey@flyfrontier.com>; Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>
**Subject:** RE: Per our discussion this morning......

Ray,

Please provide your proposed delivery schedule scenario with the proposed delivery months instead of quarters.

Thanks,

Spencer

**From:** Thwaytes, Spencer
**Sent:** Wednesday, April 15, 2020 10:38 PM
**To:** 'BISHOP, Ray' <ray.bishop@airbus.com>; Dempsey, Jimmy <Jimmy.Dempsey@flyfrontier.com>; JONES, Christopher CH <chris.p.jones@airbus.com>
**Cc:** DE GASPERIS, Robert R <robert.de-gasperis@airbus.com>; SAKS, Matthew M <matthew.saks@airbus.com>; Frey, Thomas <Thomas.Frey@flyfrontier.com>; Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>
**Subject:** RE: Per our discussion this morning......

Ray,

We're working through the information you provided.

Let's plan to talk tomorrow afternoon.

Spencer

**From:** BISHOP, Ray <ray.bishop@airbus.com>
**Sent:** Wednesday, April 15, 2020 1:49 PM
**To:** Dempsey, Jimmy <Jimmy.Dempsey@flyfrontier.com>; JONES, Christopher CH <chris.p.jones@airbus.com>
**Cc:** DE GASPERIS, Robert R <robert.de-gasperis@airbus.com>; SAKS, Matthew M <matthew.saks@airbus.com>; Thwaytes, Spencer <Spencer.Thwaytes@flyfrontier.com>; Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>
**Subject:** RE: Per our discussion this morning......

Jimmy,
Further to your recent discussions with Chris and Robert, please find attached a delivery schedule scenario for Frontier's review.

Please let us know if you have time this afternoon to discuss and we can set up a call, when we can share our preliminary estimate the attached delivery schedule change would have on Frontier's 2020 PDP obligations.

*The attached new delivery schedule scenario (i) does not constitute an offer and is being sent without prejudice to any provisions of the A320 Purchase Agreement, (ii) remains subject to Airbus approval, including all delivery movements which remain subject to industrial feasibility and confirmation by Airbus, and (iii) does not constitute a change to the A320 Purchase Agreement. Accordingly, all Predelivery Payment obligations remain as per the existing A320 Purchase Agreement delivery schedule.*

Thanks,
Ray

> **From:** Dempsey, Jimmy [mailto:Jimmy.Dempsey@flyfrontier.com]
> **Sent:** Tuesday, April 14, 2020 6:17 PM
> **To:** JONES, Christopher CH <chris.p.jones@airbus.com>
> **Cc:** DE GASPERIS, Robert R <robert.de-gasperis@airbus.com>; BISHOP, Ray <ray.bishop@airbus.com>; SAKS, Matthew M <matthew.saks@airbus.com>; Thwaytes, Spencer <Spencer.Thwaytes@flyfrontier.com>; Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>
> **Subject:** RE: Per our discussion this morning......
>
> Chris/Robert
>
> Can you copy Spencer and Sharath in the response so we can analyze the changes. They are copied above.
>
> Thanks
> Jimmy
>
> **From:** JONES, Christopher CH <chris.p.jones@airbus.com>
> **Sent:** Saturday, April 11, 2020 10:00 AM
> **To:** Dempsey, Jimmy <Jimmy.Dempsey@flyfrontier.com>
> **Cc:** DE GASPERIS, Robert R <robert.de-gasperis@airbus.com>; BISHOP, Ray <ray.bishop@airbus.com>; SAKS, Matthew M <matthew.saks@airbus.com>
> **Subject:** Per our discussion this morning......
>
> Jimmy,
>
> Thanks for taking the time to chat this morning. In response to your request that Airbus consider delaying a number of your 2020 deliveries to facilitate third party financing with AMCK, Airbus could contemplate the following starting in 2020:
>
> | Planned | 2020 | 2021 |
> |---|---|---|
> | Before | 13 (-3 del) | 18 |
> | Change | -4 | -2 (+4 -6) |
> | Revised | 9 (-3 del) | 16 |
>
> 
>
> In terms of delivery months this would translate to:
>
> | Type | CACID | MSN | Planned Delivery | Revised Delivery |
> |---|---|---|---|---|
> | A320 | 10005488 | 9549 | April 2020 | June 2020 |
> | A320 | 10005489 | 10031 | April 2020 | July 2020 |
> | A320 | 10005491 | 10089 | May 2020 | July 2020 |
> | A320 | 10005493 | 10119 | June 2020 | Sept 2020 |
> | A320 | 10005495 | 10298 | Oct 2020 | Nov 2020 |
> | A320 | 10005496 | 10327 | Oct 2020 | Dec 2020 |
> | A320 | 10005497 | | Sept 2020 | Jan 2021 |
> | A320 | 10005498 | | Nov 2020 | Jan 2021 |
> | A320 | 10005492 | | Dec 2020 | Mar 2021 |
> | A320 | 10005494 | | Dec 2020 | Mar 2021 |

Trust you appreciate the significant impact this has on our near-term cash-flow however in the interest of partnership and accommodating the unique circumstances we both face, we hope this proves to be a key enabler to securing the delivery of aircraft in 2020 at this critical time.

For the avoidance of doubt, this is non-binding, does not constitute an offer and remains subject to change at any time by Airbus without notice.

Look forward to your feedback in the next day or so.

Best,
C


Chris Jones
Senior Vice President Customers NA

AIRBUS
2550 Wasser Terrace
Suite 9100
Herndon, VA 20171

Office: 703-834-3484
Mobile: 571-524-9494

The information in this e-mail is confidential. The contents may not be disclosed or used by anyone other than the addressee. Access to this e-mail by anyone else is unauthorised.
If you are not the intended recipient, please notify Airbus immediately and delete this e-mail.
Airbus cannot accept any responsibility for the accuracy or completeness of this e-mail as it has been sent over public networks. If you have any concerns over the content of this message or its Accuracy or Integrity, please contact Airbus immediately.
All outgoing e-mails from Airbus are checked using regularly updated virus scanning software but you should take whatever measures you deem to be appropriate to ensure that this message and any attachments are virus free.

The information in this e-mail is confidential. The contents may not be disclosed or used by anyone other than the addressee. Access to this e-mail by anyone else is unauthorised.
If you are not the intended recipient, please notify Airbus immediately and delete this e-mail.
Airbus cannot accept any responsibility for the accuracy or completeness of this e-mail as it has been sent over public networks. If you have any concerns over the content of this message or its Accuracy or Integrity, please contact Airbus immediately.
All outgoing e-mails from Airbus are checked using regularly updated virus scanning software but you should take whatever measures you deem to be appropriate to ensure that this message and any attachments are virus free.

The information in this e-mail is confidential. The contents may not be disclosed or used by anyone other than the addressee. Access to this e-mail by anyone else is unauthorised.
If you are not the intended recipient, please notify Airbus immediately and delete this e-mail.
Airbus cannot accept any responsibility for the accuracy or completeness of this e-mail as it has been sent over public networks. If you have any concerns over the content of this message or its Accuracy or Integrity, please contact Airbus immediately.
All outgoing e-mails from Airbus are checked using regularly updated virus scanning software but you should take whatever measures you deem to be appropriate to ensure that this message and any attachments are virus free.

The information in this e-mail is confidential. The contents may not be disclosed or used by anyone other than the addressee. Access to this e-mail by anyone else is unauthorised.
If you are not the intended recipient, please notify Airbus immediately and delete this e-mail.
Airbus cannot accept any responsibility for the accuracy or completeness of this e-mail as it has been sent over public networks. If you have any concerns over the content of this message or its Accuracy or Integrity, please contact Airbus immediately.
All outgoing e-mails from Airbus are checked using regularly updated virus scanning software but you should take whatever measures you deem to be appropriate to ensure that this message and any attachments are virus free.

The below new delivery schedule scenario (i) does not constitute an offer and is being sent without prejudice to any provisions of the A320 Purchase Agreement; including any notices issued thereto, (ii) remains subject to Airbus approval, including all delivery movements which remain subject to industrial feasibility and confirmation by Airbus, and (iii) does not constitute a change to the A320 Purchase Agreement.  Accordingly, all Predelivery Payment obligations remain as per the existing A320 Purchase Agreement.

|  | Total Current | Total New | Delta |
|---|---|---|---|
| 2020 total: | 15 | 6 | -9 |
| 2021 total: | 13 | 16 | 3 |

**Redacted**

|  |  |  | Current as of Amendment 8 |  | New Delivery Schedule |  |
|---|---|---|---|---|---|---|
| Rank | CACID | Type | SDM/SDQ | Year | SDM/SDQ | Year |
| 52 | 10005488 | A320 Aircraft | March | 2020 | June | 2020 |
| 53 | 10005489 | A320 Aircraft | March | 2020 | July | 2020 |
| 54 | 10005490 | A320 Aircraft | **Delivered** |  |  |  |
| 55 | 10005491 | A320 Aircraft | May | 2020 | July | 2020 |
| 56 | 10005492 | A320 Aircraft | May | 2020 | January | 2021 |
| 57 | 10005493 | A320 Aircraft | June | 2020 | September | 2020 |
| 58 | 10005494 | A320 Aircraft | June | 2020 | February | 2021 |
| 59 | 10005495 | A320 Aircraft | August | 2020 | November | 2020 |
| 60 | 10005496 | A320 Aircraft | August | 2020 | December | 2020 |
| 61 | 10005497 | A320 Aircraft | September | 2020 | February | 2021 |
| 62 | 10005498 | A320 Aircraft | September | 2020 | March | 2021 |
| 63 | 10005499 | A320 Aircraft | November | 2020 | March | 2021 |
| 64 | 10005500 | A320 Aircraft | November | 2020 | March | 2021 |
| 65 | 10005501 | A320 Aircraft | December | 2020 | March | 2021 |
| 66 | 10005502 | A320 Aircraft | December | 2020 | May | 2021 |
| 67 | 10005503 | A320 Aircraft | December | 2020 | June | 2021 |
| 68 | 10005504 | A320 Aircraft | January | 2021 | June | 2021 |
| 69 | 10005505 | A320 Aircraft | February | 2021 | August | 2021 |
| 70 | 10005506 | A320 Aircraft | March | 2021 | September | 2021 |
| 71 | 10005507 | A320 Aircraft | March | 2021 | September | 2021 |
| 72 | 10005508 | A320 Aircraft | June | 2021 | November | 2021 |
| 73 | 10005509 | A320 Aircraft | June | 2021 | December | 2021 |

**Redacted**

| 80 | 10005516 | A320 Aircraft | May | 2021 | December | 2021 |

**Redacted**

AIRBUS PROPRIETARY AND CONFIDENTIAL
This discussion paper is non-binding, subject to contract, and subject to Airbus management board approval

ATTORNEYS'S EYES ONLY                                                                                                          FRONTIER0004332



| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 69 | 105 | | | | | | | |
| 70 | 106 | | | | | | | |
| 71 | 107 | | | | | | | |
| 72 | 108 | | | | | | | |
| 73 | 109 | | | | | | | |
| 74 | 110 | | | | | | | |
| 75 | 111 | | | | | | | |
| 76 | 112 | | | | | | | |
| 77 | 113 | | | | | | | |
| 78 | 114 | | | | | | | |
| 79 | 115 | | | | | | | |
| 80 | 116 | | | | | | | |
| 81 | 117 | | | | | | | |
| 82 | 118 | | | | | | | |
| 83 | 119 | | | | | | | |
| 84 | 120 | | | | | | | |
| 85 | 121 | | | | | | | |
| 86 | 122 | | | | | | | |
| 87 | 123 | | | | | | | |
| 88 | 124 | | | | | | | |
| 89 | 125 | | | | | | | |
| 90 | 126 | | | | | | | |
| 91 | 127 | | | | | | | |
| 92 | 128 | | | | | | | |
| 93 | 129 | | | | | | | |
| 94 | 130 | | | | | | | |
| 95 | 131 | | | | | | | |
| 96 | 132 | | | | | | | |
| 97 | 133 | | | | | | | |
| 98 | 134 | | | | | | | |
| 99 | 135 | | | | | | | |
| 100 | 136 | | | | | | | |
| 101 | 137 | | | | | | | |
| 102 | 138 | | | | | | | |
| 103 | 139 | | | | | | | |
| 104 | 140 | | | | | | | |
| 105 | 141 | | | | | | | |
| 106 | 142 | | | | | | | |
| 107 | 143 | | | | | | | |
| 108 | 144 | | | | | | | |
| 109 | 145 | | | | | | | |
| 110 | 146 | | | | | | | |
| 111 | 147 | | | | | | | |
| 112 | 148 | | | | | | | |
| 113 | 149 | | | | | | | |
| 114 | 150 | | | | | | | |
| 115 | 151 | | | | | | | |
| 116 | 152 | | | | | | | |
| 117 | 153 | | | | | | | |
| 118 | 154 | | | | | | | |
| 119 | 155 | | | | | | | |
| 120 | 156 | | | | | | | |
| 121 | 157 | | | | | | | |
| 122 | 158 | | | | | | | |
| 123 | 159 | | | | | | | |
| 124 | 160 | | | | | | | |
| 125 | 161 | | | | | | | |
| 126 | 162 | | | | | | | |
| 127 | 163 | | | | | | | |
| 128 | 164 | | | | | | | |
| 129 | 165 | | | | | | | |
| 130 | 166 | | | | | | | |
| 131 | 167 | | | | | | | |
| 132 | 168 | | | | | | | |
| 133 | 169 | | | | | | | |
| 134 | 170 | | | | | | | |
| 135 | 171 | | | | | | | |
| 136 | 172 | | | | | | | |
| 137 | 173 | | | | | | | |
| 138 | 174 | | | | | | | |
| 139 | 175 | | | | | | | |

**Redacted**

AIRBUS PROPRIETARY AND CONFIDENTIAL

This discussion paper is non-binding, subject to contract, and subject to Airbus management board approval



AIRBUS PROPRIETARY AND CONFIDENTIAL
This discussion paper is non-binding, subject to contract, and subject to Airbus management board approval

ATTORNEYS'S EYES ONLY                                    FRONTIER0004334