Conversation (Native Messages), 5 messages, 3 parties, over 124 minutes
Parties: +1 720-525-8784 (Owner); Robert Fanning <+1 954-380-0786>; Spencer Thwaytes <+1 850-766-9736>
First Message: 4/23/2020 8:46:46 AM -06:00
Last Message: 4/23/2020 10:51:08 AM -06:00

---

Robert Fanning <+1 954-380-0786>

Finally a reply from Jane ...

"Hi Robert we are still formulating a response based on the directors' position.
What remains clear is shareholder unwillingness to fund a new purchase if there are any payments at all outstanding. I hope to get back to you tomorrow with our thoughts on possible ways forward?"

4/23/2020 8:46:46 AM -06:00

Status: Read
State: Intact

---

Spencer Thwaytes <+1 850-766-9736>

We are willing to true-up the deferred payments.

4/23/2020 9:12:13 AM -06:00

Status: Read
State: Intact

---

Spencer Thwaytes <+1 850-766-9736>

Ask her to put in writing what they are willing to offer to take delivery of the upcoming deliveries.

4/23/2020 9:12:44 AM -06:00

Status: Read
State: Intact

---

Robert Fanning <+1 954-380-0786>

Well Jimmy wants me to try and get out of them paying between 50 to 75% of the deferment payments, it's a huge balloon payment if we have to pay 100% before June

4/23/2020 9:13:49 AM -06:00

Status: Read
State: Intact

---

Spencer Thwaytes <+1 850-766-9736>

Ok

4/23/2020 10:51:08 AM -06:00

Status: Read
State: Intact

---

CONFIDENTIAL

FRONTIER0003504