Conversation (Native Messages), 19 messages, 3 parties, over 332 minutes
Parties: +1 720-525-8784 (Owner); Spencer Thwaytes <+1 850-766-9736>; Robert Fanning <+1 954-380-0786>
First Message: 4/25/2020 8:54:05 AM -06:00
Last Message: 4/25/2020 2:26:25 PM -06:00

> Robert Fanning <+1 954-380-0786>
>
> Jimmy finally a reply from Jane this morning.
>
> "Hi Robert we can chat later today. We struggled at our board meeting last week. Here are the basic elements of our board and shareholder's direction on how to approach the remaining A320neo sale and leasebacks this year:
> 1. We will be unable to fund any new delivery unless all payments are up to date, so there can be no deferred payments outstanding at closing
> 2. We need some quid pro quo to fund $250M of capex on terms that now appear to be wildly off market, and we are seeing many parties walk from 2019 priced commitments due to the unprecedented crisis we are in. Our thinking here is that a QPQ which would be of value to us is a 4yr lease extension of the earlier block of Neo deliveries from Accipiter to take those leases to 12yr
>
> Let's chat later today if you're available?"
>
> 4/25/2020 8:54:05 AM -06:00
>
> Status: Read
> State: Intact

> Robert Fanning <+1 954-380-0786>
>
> I've asked her, no response yet
>
> 4/25/2020 10:32:12 AM -06:00
>
> Status: Read
> State: Intact

> Robert Fanning <+1 954-380-0786>
>
> Yes they are financed by the same lender
>
> 4/25/2020 11:37:59 AM -06:00
>
> Status: Read
> State: Intact

> Robert Fanning <+1 954-380-0786>
>
> I agree, I may be able to get Jane down to five deliveries for five extension but not setting the rent until the current lease expires
> They're going to want something out of if they are paying $51 million
>
> 4/25/2020 2:01:17 PM -06:00
>
> Status: Read
> State: Intact

CONFIDENTIAL                                                                                                                                       FRONTIER0003510

**Spencer Thwaytes <+1 850-766-9736>**
If things improve sooner then later then they are getting a windfall.
4/25/2020 2:08:30 PM -06:00
Status: Read
State: Intact

**Robert Fanning <+1 954-380-0786>**
This is just my thoughts, we agree to 5 out of 12 aircraft that have 8 year leases we extend for 4 years after the current lease is up, but we mutually agree that the 4 year extension rent rate is not set until we're within 1 year of the current lease expiry. She must me nuts thinking we would agree to pay the same rent rate for additional 4 years
4/25/2020 2:09:42 PM -06:00
Status: Read
State: Intact

**Robert Fanning <+1 954-380-0786>**
Yes those leases have extension options
4/25/2020 2:12:56 PM -06:00
Status: Read
State: Intact

**Robert Fanning <+1 954-380-0786>**
8 year leases with 4 year extension option... at our option if we extend them
4/25/2020 2:17:18 PM -06:00
Status: Read
State: Intact

**Robert Fanning <+1 954-380-0786>**
Can you talk? I'm talking with Spencer now
4/25/2020 2:18:03 PM -06:00
Status: Read
State: Intact

**Robert Fanning <+1 954-380-0786>**
Ok, here's what I'll do I'll set up a call with Jane and Paul for Monday morning, we can chat before to call
4/25/2020 2:20:04 PM -06:00
Status: Read
State: Intact

CONFIDENTIAL
FRONTIER0003511

> **Robert Fanning <+1 954-380-0786>**
>
> When time on Monday AM is best for you ?
>
> 4/25/2020 2:20:15 PM -06:00
>
> Status: Read
> State: Intact

> **Spencer Thwaytes <+1 850-766-9736>**
>
> We should compare the AMCK deal economics less what we're going giving up to AMCK to the [Redacted] proposal.
>
> 4/25/2020 2:20:22 PM -06:00
>
> Status: Read
> State: Intact

> **Spencer Thwaytes <+1 850-766-9736>**
>
> If [Redacted] proposal has better overall economics, then push AMCK deliveries to 2021.
>
> 4/25/2020 2:21:16 PM -06:00
>
> Status: Read
> State: Intact

> **Spencer Thwaytes <+1 850-766-9736>**
>
> It would just be a change in their delivery slots.
>
> 4/25/2020 2:22:12 PM -06:00
>
> Status: Read
> State: Intact

> **Spencer Thwaytes <+1 850-766-9736>**
>
> They are committed to six aircraft in 2020.
>
> 4/25/2020 2:22:33 PM -06:00
>
> Status: Read
> State: Intact

> **Robert Fanning <+1 954-380-0786>**
>
> Jimmy let me just think about it here I'm texting Jane but I think you're right let me hold him to the deal they signed up for, we've agreed to pay back the referral rent there's no reason why they can't commit to this deal now there getting greedy
>
> 4/25/2020 2:23:41 PM -06:00
>
> Status: Read
> State: Intact

**Robert Fanning <+1 954-380-0786>**

So let me just focus on that with Jane ..you better show up to the delivery

4/25/2020 2:25:37 PM -06:00

Status: Read
State: Intact

**Spencer Thwaytes <+1 850-766-9736>**

Hold them to their commitment.

4/25/2020 2:25:53 PM -06:00

Status: Read
State: Intact

**Robert Fanning <+1 954-380-0786>**

I'm never rude Jimmy I'm just very firm

4/25/2020 2:26:25 PM -06:00

Status: Read
State: Intact