Conversation (Native Messages), 7 messages, 3 parties, over 38 minutes
Parties: +1 720-525-8784 (Owner); Spencer Thwaytes <+1 850-766-9736>; Robert Fanning <+1 954-380-0786>
First Message: 4/29/2020 10:05:30 AM -06:00
Last Message: 4/29/2020 10:43:41 AM -06:00

---

**Robert Fanning <+1 954-380-0786>**

Jimmy I did speak with her, Jane assumed we were going to come back with an additional proposal based on our conversation yesterday on top including 2 aircraft pushed until 2021

4/29/2020 10:05:30 AM -06:00

Status: Read
State: Intact

---

**Robert Fanning <+1 954-380-0786>**

Paul and Jane believe it's not enough for there shareholder, As far as the indigo guarantee their shareholder wants indigo to guarantee that we will pay rent for the next 12 months, your word would've been enough but as mentioned the deferred request right after the March delivery didn't go down well at all which is why they are asking for Indigo to step in

4/29/2020 10:09:05 AM -06:00

Status: Read
State: Intact

---

**Robert Fanning <+1 954-380-0786>**

Just speaking to her my suspicion is she's aware of the deal we made with [Redacted] as the way she brought it up sounded like she was aware something was done in exchange for the deferment, since that was another option the 4 year extension on 3-5 aircraft

4/29/2020 10:10:18 AM -06:00

Status: Read
State: Intact

---

**Robert Fanning <+1 954-380-0786>**

Talking to Jane now

4/29/2020 10:31:05 AM -06:00

Status: Read
State: Intact

---

**Robert Fanning <+1 954-380-0786>**

I told her we're at the end of the line as far as options go, Jimmy has pushed Airbus as much as he can with moving aircraft to the right, we are willing to consider on for the pushing out 2 deliveries into 2021, we're not going to seek an indigo guarantee we're not going to get an LC, we have considered every option and this is it, ... Janes reply was could we pay the April rent and May when it's due, if we can agree to that she would be willing to go to the shareholder and now she believes it would be enough to get them over the line

4/29/2020 10:39:02 AM -06:00

Status: Read
State: Intact

CONFIDENTIAL                                                                                    FRONTIER0012176

Spencer Thwaytes <+1 850-766-9736>

I can get on a call to divide.

4/29/2020 10:43:38 AM -06:00

Status: Read
State: Intact

Spencer Thwaytes <+1 850-766-9736>

discuss

4/29/2020 10:43:41 AM -06:00

Status: Read
State: Intact

CONFIDENTIAL                                                                                              FRONTIER0012177