Message

| | |
|---|---|
| **From**: | Robert Fanning [+1 954-380-0786] |
| **Sent**: | 5/1/2020 4:45:48 PM |
| **To**: | +17205258784; Spencer Thwaytes [+1 850-766-9736] |
| **Subject**: | 5/1/2020 10:45:48 AM -06:00 : Robert Fanning <+1 954-380-0786> -> [+1 720-525-8784; Spencer Thwaytes <+1 850-766-9736>] |

```
Jane called me and long story short is there share holder is not moving off point #3
```

CONFIDENTIAL
FRONTIER0003542