| | |
|---|---|
| **From:** | BISHOP, Ray <ray.bishop@airbus.com> |
| **Sent:** | Tuesday, May 5, 2020 11:41 AM |
| **To:** | Lambert, Paul M. |
| **Cc:** | Sashikumar Bindu, Sharath;CAMP, Alex;Thwaytes, Spencer;SAKS, Matthew M |
| **Subject:** | RE: Airbus signatures |
| **Attachments:** | FFT_AMD9 (Rescheduling)_EXECUTION with Counter Signatures.pdf |

Hi Paul, Spencer and Sharath,

Attached is a compiled version of Amendment No. 9 with the Frontier and Airbus signature appended. The Airbus signature will be considered to be automatically released upon receipt by Airbus of the fully executed "Guarantor's Confirmation", a document relating to the Frontier's PDP Facility.

Thank you all for your efforts to bring this agreement to a conclusion, especially the long hours put in over the weekend.

Thanks,
Ray

---

**From:** Lambert, Paul M. [mailto:LambertP@LanePowell.com]
**Sent:** Tuesday, May 5, 2020 1:17 PM
**To:** BISHOP, Ray <ray.bishop@airbus.com>
**Cc:** Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>; CAMP, Alex <alex.camp@airbus.com>; Thwaytes, Spencer <Spencer.Thwaytes@flyfrontier.com>; SAKS, Matthew M <matthew.saks@airbus.com>
**Subject:** RE: Airbus signatures
**Importance:** High

Hi Ray,

You are authorized to attach Frontier's attached signature to the attached execution version of Amendment No. 9 you just sent me and release Frontier's signature upon your simultaneous release of Airbus' signature to the Amendment.

Please provide me with a fully executed copy of Amendment No. 9 for our files.

Thanks again for all your hard work on this one.

Best regards,

Paul



**PAUL M. LAMBERT**
**Shareholder**  Bio | vCard
lambertp@lanepowell.com
**D** 206.223.7724  **C** 425.213.6748
**LANEPOWELL.COM**

**From:** BISHOP, Ray <ray.bishop@airbus.com>
**Sent:** Tuesday, May 5, 2020 10:02 AM
**To:** Thwaytes, Spencer <Spencer.Thwaytes@flyfrontier.com>; SAKS, Matthew M <matthew.saks@airbus.com>
**Cc:** Lambert, Paul M. <LambertP@LanePowell.com>; Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>; CAMP, Alex <alex.camp@airbus.com>
**Subject:** RE: Airbus signatures

**CAUTION:** This is an external email. Do **NOT** click links or open attachments unless you are certain the content is safe.

Paul,
Please find attached the Execution Version of Amendment No. 9 together with a comparison to the markup you provided yesterday. All comments accepted by Airbus.

Please provide Frontier's signature vie reply to be appended. Once received, together with all necessary PDP Financing document signatures, I will append the Airbus S.A.S. signature (which I have in hand) and provide a compiled document for your files.

Thanks,
Ray

> **From:** BISHOP, Ray
> **Sent:** Tuesday, May 5, 2020 11:52 AM
> **To:** 'Thwaytes, Spencer' <Spencer.Thwaytes@flyfrontier.com>; SAKS, Matthew M <matthew.saks@airbus.com>
> **Cc:** 'Lambert, Paul M.' <LambertP@LanePowell.com>; Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>
> **Subject:** RE: Airbus signatures
>
> Paul, Sharath,
>
> Further to our discussion, attached is a blank execution signature page for Amendment No. 9.
>
> We are trying to secure the Airbus S.A.S. signature (based on a document including comments received yesterday) and will then provide an execution version of Amendment No. 9.
>
> Thanks,
> Ray

ATTORNEYS'S EYES ONLY                                                                                    FRONTIER0005664

**From:** Thwaytes, Spencer [mailto:Spencer.Thwaytes@flyfrontier.com]
**Sent:** Tuesday, May 5, 2020 11:17 AM
**To:** BISHOP, Ray <ray.bishop@airbus.com>; SAKS, Matthew M <matthew.saks@airbus.com>
**Cc:** 'Lambert, Paul M.' <LambertP@LanePowell.com>; Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>
**Subject:** RE: Airbus signatures

Dropping David Sigel and including Paul Lambert.

Ray and Paul – Can you guys get together and figure out what still needs to be reviewed, etc in order to progress the documents?

---

**From:** BISHOP, Ray <ray.bishop@airbus.com>
**Sent:** Tuesday, May 5, 2020 11:07 AM
**To:** Thwaytes, Spencer <Spencer.Thwaytes@flyfrontier.com>; SAKS, Matthew M <matthew.saks@airbus.com>
**Cc:** 'David.Siegel@lw.com' <David.Siegel@lw.com>; Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>
**Subject:** RE: Airbus signatures

Thanks Spencer,

That is email I was referring too where Paul indicated "it's subject to any further comments of Frontier".

Just wanting to ensure there are no additional comments from Frontier, other than provided by Paul.

Thanks,
Ray

---

**From:** Thwaytes, Spencer [mailto:Spencer.Thwaytes@flyfrontier.com]
**Sent:** Tuesday, May 5, 2020 10:50 AM
**To:** BISHOP, Ray <ray.bishop@airbus.com>; SAKS, Matthew M <matthew.saks@airbus.com>
**Cc:** 'David.Siegel@lw.com' <David.Siegel@lw.com>; Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>
**Subject:** RE: Airbus signatures

Ray,

See attached email Paul sent to you yesterday with redline of the proposed amendment.

Spencer

---

**From:** BISHOP, Ray <ray.bishop@airbus.com>
**Sent:** Tuesday, May 5, 2020 8:59 AM
**To:** Thwaytes, Spencer <Spencer.Thwaytes@flyfrontier.com>; SAKS, Matthew M <matthew.saks@airbus.com>
**Cc:** David.Siegel@lw.com; Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>
**Subject:** RE: Airbus signatures

ATTORNEYS'S EYES ONLY                                                                    FRONTIER0005665

Spencer,
We are pursuing Airbus S.A.S signatures and expect to receive them today.

Paul's email indicated that Frontier was still reviewing the Amendment. Is Frontier ready for the Execution version of that document to be prepared?

Thanks,
Ray

**From:** Thwaytes, Spencer [mailto:Spencer.Thwaytes@flyfrontier.com]
**Sent:** Monday, May 4, 2020 11:22 PM
**To:** SAKS, Matthew M <matthew.saks@airbus.com>; BISHOP, Ray <ray.bishop@airbus.com>
**Cc:** David.Siegel@lw.com; Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>
**Subject:** Airbus signatures

Matt and Ray,

What is the timing for Airbus to provide signatures?

Spencer

The information in this e-mail is confidential. The contents may not be disclosed or used by anyone other than the addressee. Access to this e-mail by anyone else is unauthorised.
If you are not the intended recipient, please notify Airbus immediately and delete this e-mail.
Airbus cannot accept any responsibility for the accuracy or completeness of this e-mail as it has been sent over public networks. If you have any concerns over the content of this message or its Accuracy or Integrity, please contact Airbus immediately.
All outgoing e-mails from Airbus are checked using regularly updated virus scanning software but you should take whatever measures you deem to be appropriate to ensure that this message and any attachments are virus free.

The information in this e-mail is confidential. The contents may not be disclosed or used by anyone other than the addressee. Access to this e-mail by anyone else is unauthorised.
If you are not the intended recipient, please notify Airbus immediately and delete this e-mail.
Airbus cannot accept any responsibility for the accuracy or completeness of this e-mail as it has been sent over public networks. If you have any concerns over the content of this message or its Accuracy or Integrity, please contact Airbus immediately.
All outgoing e-mails from Airbus are checked using regularly updated virus scanning software but you should take whatever measures you deem to be appropriate to ensure that this message and any attachments are virus free.

The information in this e-mail is confidential. The contents may not be disclosed or used by anyone other than the addressee. Access to this e-mail by anyone else is unauthorised.
If you are not the intended recipient, please notify Airbus immediately and delete this e-mail.
Airbus cannot accept any responsibility for the accuracy or completeness of this e-mail as it has been sent over public networks. If you have any concerns over the content of this message or its Accuracy or Integrity, please contact Airbus immediately.
All outgoing e-mails from Airbus are checked using regularly updated virus scanning software but you should take whatever measures you deem to be appropriate to ensure that this message and any attachments are virus free.

This message is private or privileged. If you are not the person for whom this message is intended, please delete it and notify me immediately, and please do not copy or send this message to anyone else.

The information in this e-mail is confidential. The contents may not be disclosed or used by anyone other than the addressee. Access to this e-mail by anyone else is unauthorised.
If you are not the intended recipient, please notify Airbus immediately and delete this e-mail.
Airbus cannot accept any responsibility for the accuracy or completeness of this e-mail as it has been sent over public networks. If you have any concerns over the content of this message or its Accuracy or Integrity, please contact Airbus immediately.
All outgoing e-mails from Airbus are checked using regularly updated virus scanning software but you should take whatever measures you deem to be appropriate to ensure that this message and any attachments are virus free.

AMENDMENT NO. 9

to

A320 Family Aircraft Purchase Agreement

dated as of September 30, 2011

between

Airbus S.A.S.

and

Frontier Airlines, Inc.

CT0905340 _EXECUTION_AMD9_FFT_A320                                                                                           1

*Confidential*

ATTORNEYS'S EYES ONLY                                                                                      FRONTIER0005667

<u>Amendment No. 9</u>

This Amendment No. 9 (this "**Amendment**") is entered into as of May 4, 2020, between Airbus S.A.S., a *société par actions simplifiée* organized and existing under the laws of France, having its registered office located at 2, Rond-Point Emile Dewoitine, 31700 Blagnac, France (the "**Seller**"), and Frontier Airlines, Inc., a corporation organized and existing under the laws of the State of Colorado, United States of America, having its principal corporate offices located at 4545 Airport Way, Denver, Colorado 80239 USA (the "**Buyer**" and, together with the Seller, the "**Parties**").

WITNESSETH

WHEREAS, the Buyer and the Seller entered into an A320 Family Aircraft Purchase Agreement dated as of September 30, 2011 (as amended, supplemented and modified from time to time prior to the date hereof, the "**Agreement**"); and

WHEREAS, the Buyer requested to defer the Scheduled Delivery Month of certain Aircraft and the Seller agreed thereto pursuant to the terms and conditions of this Amendment; and

WHEREAS, the Buyer and the Seller wish to amend certain terms of the Agreement as provided herein.

NOW, THEREFORE, FOR GOOD AND VALUABLE CONSIDERATION, THE RECEIPT AND SUFFICIENCY OF WHICH ARE HEREBY ACKNOWLEDGED, THE SELLER AND THE BUYER AGREE AS FOLLOWS:

Capitalized terms used herein and not otherwise defined herein will have the meanings assigned to them in the Agreement. The terms "herein," "hereof" and "hereunder" and words of similar import refer to this Amendment.

1.  **DELIVERY SCHEDULE**

    The delivery schedule table set forth in Clause 9.1 of the Agreement is deleted in its entirety and replaced with the delivery schedule table attached hereto as Appendix A.

2.  **PREDELIVERY PAYMENTS**

    2.1   Clause 5.3.2(b) of the Agreement is hereby amended by adding the parenthetical "(assuming PW1127G-JM for A320 Incremental Aircraft and PW1133G-JM for A321 Incremental Aircraft)" immediately after "Pb = the Base Price of the Incremental Aircraft".

    2.2   Clause 5.3.2(c) of the Agreement is hereby amended by replacing "(assuming CFM LEAP-1A32)" with "(assuming PW1133G-JM)".

    2.3   Solely with respect to Aircraft that are not subject to that certain Amended and Restated Assignment and Assumption Agreement dated March 19, 2020 among the Buyer, the Seller and Vertical Horizons, Ltd., as a result of the changes made to the Agreement pursuant to Paragraphs 1, 2.1 and 2.2 of this Amendment and in accordance with Clause 5.3.3 of the Agreement, the Buyer shall pay to the Seller on or before May 6, 2020 Predelivery Payments in an amount totaling to

    > **Redacted**

3.  **DEFINITION CLAUSE, PROGRAM UPDATE, SPECIAL BUYER RIGHT AND OTHER MATTERS**

    3.1   Clause 0 of the Agreement is hereby amended by replacing "June 2020 Notice" with "December 2020 Notice," which shall be added in its alphabetical order.

    3.2   Paragraph 9 of Amendment No. 7 to the Agreement is hereby amended by replacing "April 30, 2020" with "October 30, 2020".

    3.3   Paragraph 13 of Amendment No. 7 to the Agreement is hereby amended by replacing "June 30th, 2020" with "December 31st, 2020" and, replacing in each instance of its use, "June 2020 Notice" with "December 2020 Notice".

    3.4   Paragraph 13 of Amendment No. 7 to the Agreement is hereby amended by adding the following sentence to the end of the Paragraph: "Furthermore, following receipt by the Seller of the December 2020 Notice, the Seller will promptly provide to the Buyer via written notice the Scheduled Delivery Month of each A320 Incremental Aircraft resulting from such December 2020 Notice, which for each such A320 Incremental Aircraft shall be a calendar month within the Scheduled Delivery Quarter, as revised by this Amendment, for such A321 XLR Aircraft."

4.  **SELLER PRICE REVISION FORMULA**

    4.1   Paragraph 6.1 of the Second Amended and Restated Letter Agreement No. 2, dated as of October 9, 2019, is hereby amended by replacing "December 2021" with "June 2022".

    4.2   Paragraphs 6.2(a) and 6.2(b) of the Second Amended and Restated Letter Agreement No. 2, dated as of October 9, 2019, are each hereby amended by replacing "December 2026" with "June 2027".

    4.3   Paragraph 6.4 of the Second Amended and Restated Letter Agreement No. 2, dated as of October 9, 2019, is hereby amended by replacing "September 2026" with "March 2027".

5.  **EFFECT OF AMENDMENT**

    The Agreement will be deemed amended to the extent herein provided, and, except as specifically amended hereby, will continue in full force and effect in accordance with its original terms. This Amendment contains the entire agreement between the Buyer and the Seller with respect to the subject matter hereof and supersedes any previous understandings, commitments, or representations whatsoever, whether oral or written, related to the subject matter of this Amendment.

    Both parties agree that this Amendment will constitute an integral, non-severable part of the Agreement and will be governed by its provisions, except that if the Agreement and this Amendment have specific provisions that are inconsistent, the specific provisions contained in this Amendment will govern.

6.  **MISCELLANEOUS**

    This Amendment is subject to the provisions of Clauses 21, 22.6 and 22.11 of the Agreement.

7.  **COUNTERPARTS**

    This Amendment may be signed by the Parties in counterparts, which when signed and delivered will each be an original and together constitute but one and the same instrument. Counterparts may be delivered in original, faxed or emailed form, with originals to be delivered in due course.

IN WITNESS WHEREOF, the Parties have caused this Amendment to be signed by their respective duly authorized officers or agents as of the day and year first above written.

Airbus S.A.S.

By: _____
Name:
Title:

Frontier Airlines, Inc.

By: *[signature]*
Name: HOWARD DIAMOND
Title: GENERAL COUNSEL

CL5903940_EXECUTION_AMDR_FRT_A320

Confidential

ATTORNEYS'S EYES ONLY                                    FRONTIER0005671

IN WITNESS WHEREOF, the Parties have caused this Amendment to be signed by their respective duly authorized officers or agents as of the day and year first above written.

Airbus S.A.S.

By: _____
Name: Benoit de Saint-Exupery
Title: Senior Vice President
       Contracts

Frontier Airlines, Inc.

By: _____
Name:
Title:

Appendix A to Amendment No. 9

Delivery Schedule Table

| Aircraft Rank | CACID | Aircraft Type | Scheduled Delivery | |
|---|---|---|---|---|
| | | | Month/Quarter | Year |
| 1 | 10005437 | A320 Aircraft | September | 2016 |
| 2 | 10023498 | A320 Aircraft | September | 2017 |
| 3 | 10005439 | A320 Aircraft | October | 2016 |
| 4 | 10005440 | A320 Aircraft | November | 2016 |
| 5 | 10005441 | A320 Aircraft | December | 2016 |
| 6 | 10005442 | A320 Aircraft | January | 2017 |
| 7 | 10005443 | A320 Aircraft | February | 2017 |
| 8 | 10005444 | A320 Aircraft | March | 2017 |
| 9 | 10005445 | A320 Aircraft | April | 2017 |
| 10 | 10005446 | A320 Aircraft | May | 2017 |
| 11 | 10005447 | A320 Aircraft | August | 2017 |
| 12 | 10005448 | A320 Aircraft | August | 2017 |
| 13 | 10005449 | A320 Aircraft | September | 2017 |
| 14 | 10005450 | A320 Aircraft | October | 2017 |
| 15 | 10005451 | A320 Aircraft | November | 2017 |
| 16 | 10005452 | A320 Aircraft | January | 2018 |
| 17 | 10005453 | A320 Aircraft | February | 2018 |
| 18 | 10005454 | A320 Aircraft | March | 2018 |
| 19 | 10005455 | A320 Aircraft | March | 2018 |
| 20 | 10005456 | A320 Aircraft | April | 2018 |
| 21 | 10005457 | A320 Aircraft | May | 2018 |
| 22 | 10005458 | A320 Aircraft | June | 2018 |
| 23 | 10005459 | A320 Aircraft | June | 2018 |
| 24 | 10005460 | A320 Aircraft | July | 2018 |
| 25 | 10005461 | A320 Aircraft | July | 2018 |
| 26 | 10005462 | A320 Aircraft | August | 2018 |
| 27 | 10005463 | A320 Aircraft | October | 2018 |
| 28 | 10005464 | A320 Aircraft | November | 2018 |
| 29 | 10005465 | A320 Aircraft | December | 2018 |
| 30 | 10005466 | A320 Aircraft | October | 2018 |
| 31 | 10005467 | A320 Aircraft | December | 2018 |
| 32 | 10005468 | A320 Aircraft | January | 2019 |
| 33 | 10005469 | A320 Aircraft | February | 2019 |
| 34 | 10005470 | A320 Aircraft | February | 2019 |

CT0905340 _EXECUTION_AMD9_FFT_A320                                                                                              6

*Confidential*

| Aircraft Rank | CACID | Aircraft Type | Scheduled Delivery | |
|---|---|---|---|---|
| 35 | 10005471 | A320 Aircraft | March | 2019 |
| 36 | 10005472 | A320 Aircraft | March | 2019 |
| 37 | 10005473 | A320 Aircraft | April | 2019 |
| 38 | 10005474 | A320 Aircraft | May | 2019 |
| 39 | 10005475 | A320 Aircraft | June | 2019 |
| 40 | 10005476 | A320 Aircraft | June | 2019 |
| 41 | 10005477 | A320 Aircraft | July | 2019 |
| 42 | 10005478 | A320 Aircraft | August | 2019 |
| 43 | 10005479 | A320 Aircraft | September | 2019 |
| 44 | 10005480 | A320 Aircraft | September | 2019 |
| 45 | 10005481 | A320 Aircraft | October | 2019 |
| 46 | 10005482 | A320 Aircraft | November | 2019 |
| 47 | 10005483 | A320 Aircraft | November | 2019 |
| 48 | 10005484 | A320 Aircraft | December | 2019 |
| 49 | 10005485 | A320 Aircraft | December | 2019 |
| 50 | 10005486 | A320 Aircraft | February | 2020 |
| 51 | 10005487 | A320 Aircraft | February | 2020 |
| 52 | 10005488 | A320 Aircraft | July | 2020 |
| 53 | 10005489 | A320 Aircraft | July | 2020 |
| 54 | 10005490 | A320 Aircraft | March | 2020 |
| 55 | 10005491 | A320 Aircraft | July | 2020 |
| 56 | 10005492 | A320 Aircraft | January | 2021 |
| 57 | 10005493 | A320 Aircraft | September | 2020 |
| 58 | 10005494 | A320 Aircraft | February | 2021 |
| 59 | 10005495 | A320 Aircraft | November | 2020 |
| 60 | 10005496 | A320 Aircraft | December | 2020 |
| 61 | 10005497 | A320 Aircraft | February | 2021 |
| 62 | 10005498 | A320 Aircraft | March | 2021 |
| 63 | 10005499 | A320 Aircraft | March | 2021 |
| 64 | 10005500 | A320 Aircraft | March | 2021 |
| 65 | 10005501 | A320 Aircraft | March | 2021 |
| 66 | 10005502 | A320 Aircraft | May | 2021 |
| 67 | 10005503 | A320 Aircraft | June | 2021 |
| 68 | 10005504 | A320 Aircraft | June | 2021 |
| 69 | 10005505 | A320 Aircraft | August | 2021 |
| 70 | 10005506 | A320 Aircraft | September | 2021 |
| 71 | 10005507 | A320 Aircraft | September | 2021 |
| 72 | 10005508 | A320 Aircraft | November | 2021 |
| 73 | 10005509 | A320 Aircraft | December | 2021 |

**Redacted**

CT0905340 _EXECUTION_AMD9_FFT_A320                                           7

*Confidential*

ATTORNEYS'S EYES ONLY                                           FRONTIER0005674

| Aircraft Rank | CACID | Aircraft Type | Scheduled Delivery | |
|---|---|---|---|---|
| Redacted | | | | |
| 80 | 10005516 | A320 Aircraft | December | 2021 |

Redacted

ATTORNEYS'S EYES ONLY　　FRONTIER0005675

| Aircraft Rank | CACID | Aircraft Type | Scheduled Delivery |
|---|---|---|---|
| **Redacted** | | | |

CT0905340_EXECUTION_AMD9_FFT_A320

9

*Confidential*

ATTORNEYS'S EYES ONLY                                                    FRONTIER0005676

| Aircraft Rank | CACID | Aircraft Type | Scheduled Delivery |
|---|---|---|---|
| **Redacted** | | | |

CT0905340_EXECUTION_AMD9_FFT_A320

10

*Confidential*

ATTORNEYS'S EYES ONLY                                          FRONTIER0005677

| Aircraft Rank | CACID | Aircraft Type | Scheduled Delivery |
|---|---|---|---|
| Redacted | | | |

CT0905340_EXECUTION_AMD9_FFT_A320

11

*Confidential*

ATTORNEYS'S EYES ONLY                                                             FRONTIER0005678