| | |
|---|---|
| **From:** | Sashikumar Bindu, Sharath |
| **Sent:** | Friday, May 8, 2020 9:22 PM |
| **To:** | Fanning, Robert |
| **Subject:** | Fwd: Invoices - Frontier Airlines, Inc. |
| **Attachments:** | 20RD000004.pdf; 20RD000005.pdf; 20RD000006.pdf; 20RD000007.pdf; 20RD000008.pdf; 20RD000009.pdf; 20RD000010.pdf; 20RD000011.pdf; 20RD000012.pdf; 20RD000013.pdf; 20RD000014.pdf; 20RD000015.pdf; 20RD000016.pdf; 20RD000017.pdf; 20RD000018.pdf; 20RD000019.pdf; 20RD000020.pdf; 20RD000021.pdf |

Get Outlook for iOS

**From:** dovile.kukulskiene@amck.aero <dovile.kukulskiene@amck.aero>
**Sent:** Tuesday, January 7, 2020 9:34:50 AM
**To:** Frontier Airlines Fleet Administration <FleetAdmin@flyfrontier.com>; Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>; Fanning, Robert <robert.fanning@flyfrontier.com>; contracts@amck.aero <contracts@amck.aero>; finance@amck.aero <finance@amck.aero>
**Subject:** Invoices - Frontier Airlines, Inc.

Dear All,

Please find attached your invoice(s).

If you have any questions, please contact us at contracts@amck.aero

Kind Regards,
Contracts Management Team

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number: 20RD000004
Invoice Date: 07-Jan-2020
Payment Due Date: 26-Feb-2020
Asset: 07524/N716FR/A321-200

**Aircraft Operating Lease Agreement dated as of February 19, 2016 in respect of one Airbus A321-200 aircraft with MSN 7524**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 26-Feb-2020 to 25-Mar-2020 | 362,630.80 |
| **Total Amount Due:** | **362,630.80** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 7524 |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL
FRONTIER0002239

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number:     20RD000005
Invoice Date:       07-Jan-2020
Payment Due Date:   06-Feb-2020
Asset:              08102/N326FR/A320-200N

**Aircraft Lease Agreement dated 6 March 2018 in respect of one Airbus A320-251N aircraft with MSN 8102**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 06-Feb-2020 to 05-Mar-2020 | 354,139.30 |
| **Total Amount Due:** | **354,139.30** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010.

| Payment Instructions | |
|---|---|
| Account Bank: | BNP Paribas |
| Account Name: | Accipiter Investments Aircraft 4 Limited |
| Account Number: | 206 14027 00128 |
| SWIFT Code: | BNPAIE2D |
| IBAN: | IE35BNPA99020640270128 |
| Intermediate Bank: | BNPAUS3N/020019275900110 |
| Reference: | Frontier - MSN 8102 |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number:   20RD000006
Invoice Date:     07-Jan-2020
Payment Due Date: 06-Mar-2020
Asset:            08102/N326FR/A320-200N

**Aircraft Lease Agreement dated 6 March 2018 in respect of one Airbus A320-251N aircraft with MSN 8102**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 06-Mar-2020 to 05-Apr-2020 | 354,139.30 |
| **Total Amount Due:** | **354,139.30** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010.

| Payment Instructions | |
|---|---|
| Account Bank: | BNP Paribas |
| Account Name: | Accipiter Investments Aircraft 4 Limited |
| Account Number: | 206 14027 00128 |
| SWIFT Code: | BNPAIE2D |
| IBAN: | IE35BNPA99020640270128 |
| Intermediate Bank: | BNPAUS3N/020019275900110 |
| Reference: | Frontier - MSN 8102 |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number:     20RD000007
Invoice Date:       07-Jan-2020
Payment Due Date:   06-Apr-2020
Asset:              08102/N326FR/A320-200N

**Aircraft Lease Agreement dated 6 March 2018 in respect of one Airbus A320-251N aircraft with MSN 8102**

| Description | Amount (USD) |
|---|---|
| Fixed lease Rental covering period 06-Apr-2020 to 05-May-2020 | 354,139.30 |
| **Total Amount Due:** | **354,139.30** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010.

| Payment Instructions | |
|---|---|
| Account Bank: | BNP Paribas |
| Account Name: | Accipiter Investments Aircraft 4 Limited |
| Account Number: | 206 14027 00128 |
| SWIFT Code: | BNPAIE2D |
| IBAN: | IE35BNPA99020640270128 |
| Intermediate Bank: | BNPAUS3N/020019275900110 |
| Reference: | Frontier - MSN 8102 |

Please ensure bank fees are not deducted from or charged to the above account

Page 1 of 1

CONFIDENTIAL                                                   FRONTIER0002242

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 20RD000008 |
| Invoice Date: | 07-Jan-2020 |
| Payment Due Date: | 06-May-2020 |
| Asset: | 08102/N326FR/A320-200N |

**Aircraft Lease Agreement dated 6 March 2018 in respect of one Airbus A320-251N aircraft with MSN 8102**

| Description | Amount (USD) |
|---|---:|
| | |
| Fixed lease Rental covering period 06-May-2020 to 05-Jun-2020 | 354,139.30 |
| **Total Amount Due:** | **354,139.30** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010.

| Payment Instructions | |
|---|---|
| Account Bank: | BNP Paribas |
| Account Name: | Accipiter Investments Aircraft 4 Limited |
| Account Number: | 206 14027 00128 |
| SWIFT Code: | BNPAIE2D |
| IBAN: | IE35BNPA99020640270128 |
| Intermediate Bank: | BNPAUS3N/020019275900110 |
| Reference: | Frontier - MSN 8102 |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL                                                                FRONTIER0002243

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number:     20RD000009
Invoice Date:       07-Jan-2020
Payment Due Date:   05-Mar-2020
Asset:              08239/N331FR/A320-200N

**Aircraft Lease Agreement dated 5 June 2018 in respect of Airbus A320-251N aircraft with MSN 8239**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 05-Mar-2020 to 04-Apr-2020 | 342,532.39 |
| **Total Amount Due:** | **342,532.39** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier MSN 8239 |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL
FRONTIER0002244

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number:    20RD000010
Invoice Date:      07-Jan-2020
Payment Due Date:  03-Apr-2020
Asset:             08239/N331FR/A320-200N

**Aircraft Lease Agreement dated 5 June 2018 in respect of Airbus A320-251N aircraft with MSN 8239**

| Description | Amount (USD) |
|---|---:|
|  |  |
| Fixed lease Rental covering period 05-Apr-2020 to 04-May-2020 | 342,532.39 |
| **Total Amount Due:** | **342,532.39** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier MSN 8239 |

Please ensure bank fees are not deducted from or charged to the above account

Page 1 of 1

CONFIDENTIAL                                                                                   FRONTIER0002245

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number:     20RD000011
Invoice Date:       07-Jan-2020
Payment Due Date:   05-May-2020
Asset:              08239/N331FR/A320-200N

**Aircraft Lease Agreement dated 5 June 2018 in respect of Airbus A320-251N aircraft with MSN 8239**

| Description | Amount (USD) |
|---|---|
|  |  |
| Fixed lease Rental covering period 05-May-2020 to 04-Jun-2020 | 342,532.39 |
| **Total Amount Due:** | **342,532.39** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier MSN 8239 |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 20RD000012 |
| Invoice Date: | 07-Jan-2020 |
| Payment Due Date: | 21-Feb-2020 |
| Asset: | 08857/N350FR/A320-200N |

**Aircraft Lease Agreement dated 23 April 2019 in respect of one Airbus A320-251N aircraft with MSN 8857**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 23-Feb-2020 to 22-Mar-2020 | 347,600.78 |
| **Total Amount Due:** | **347,600.78** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8857 |

Please ensure bank fees are not deducted from or charged to the above account

Page 1 of 1

CONFIDENTIAL

FRONTIER0002247

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number:    20RD000013
Invoice Date:      07-Jan-2020
Payment Due Date:  23-Mar-2020
Asset:             08857/N350FR/A320-200N

**Aircraft Lease Agreement dated 23 April 2019 in respect of one Airbus A320-251N aircraft with MSN 8857**

| Description | Amount (USD) |
|---|---:|
|  |  |
| Fixed lease Rental covering period 23-Mar-2020 to 22-Apr-2020 | 347,600.78 |
| **Total Amount Due:** | **347,600.78** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8857 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL                                                                                                                                          FRONTIER0002248

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number:     20RD000014
Invoice Date:       07-Jan-2020
Payment Due Date:   23-Apr-2020
Asset:              08857/N350FR/A320-200N

**Aircraft Lease Agreement dated 23 April 2019 in respect of one Airbus A320-251N aircraft with MSN 8857**

| Description | Amount (USD) |
|---|---|
|  |  |
| Fixed lease Rental covering period 23-Apr-2020 to 22-May-2020 | 347,600.78 |
| **Total Amount Due:** | **347,600.78** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8857 |
| | |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL                                                       FRONTIER0002249

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 20RD000015 |
| Invoice Date: | 07-Jan-2020 |
| Payment Due Date: | 22-May-2020 |
| Asset: | 08857/N350FR/A320-200N |

**Aircraft Lease Agreement dated 23 April 2019 in respect of one Airbus A320-251N aircraft with MSN 8857**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 23-May-2020 to 22-Jun-2020 | 347,600.78 |
| **Total Amount Due:** | **347,600.78** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8857 |

Please ensure bank fees are not deducted from or charged to the above account

Page 1 of 1

CONFIDENTIAL                                                                                       FRONTIER0002250

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 20RD000016 |
| Invoice Date: | 07-Jan-2020 |
| Payment Due Date: | 07-Feb-2020 |
| Asset: | 08913/N351FR/A320-200N |

**Aircraft Lease Agreement dated 09 May 2019 in respect of one Airbus A320-251N aircraft with MSN 8913**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 09-Feb-2020 to 08-Mar-2020 | 344,568.92 |
| **Total Amount Due:** | **344,568.92** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8913 |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL                                                                                          FRONTIER0002251

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 20RD000017 |
| Invoice Date: | 07-Jan-2020 |
| Payment Due Date: | 09-Mar-2020 |
| Asset: | 08913/N351FR/A320-200N |

**Aircraft Lease Agreement dated 09 May 2019 in respect of one Airbus A320-251N aircraft with MSN 8913**

| Description | Amount (USD) |
|---|---:|
| Fixed lease Rental covering period 09-Mar-2020 to 08-Apr-2020 | 344,568.92 |
| **Total Amount Due:** | **344,568.92** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8913 |

Please ensure bank fees are not deducted from or charged to the above account

Page 1 of 1

CONFIDENTIAL                                                                                                       FRONTIER0002252

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 20RD000018 |
| Invoice Date: | 07-Jan-2020 |
| Payment Due Date: | 09-Apr-2020 |
| Asset: | 08913/N351FR/A320-200N |

**Aircraft Lease Agreement dated 09 May 2019 in respect of one Airbus A320-251N aircraft with MSN 8913**

| Description | Amount (USD) |
|---|---:|
| Fixed lease Rental covering period 09-Apr-2020 to 08-May-2020 | 344,568.92 |
| **Total Amount Due:** | **344,568.92** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8913 |

Please ensure bank fees are not deducted from or charged to the above account

Page 1 of 1

CONFIDENTIAL                                                                                                           FRONTIER0002253

Accipiter Investments Aircraft 4 Limited
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 20RD000019 |
| Invoice Date: | 07-Jan-2020 |
| Payment Due Date: | 08-May-2020 |
| Asset: | 08913/N351FR/A320-200N |

**Aircraft Lease Agreement dated 09 May 2019 in respect of one Airbus A320-251N aircraft with MSN 8913**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 09-May-2020 to 08-Jun-2020 | 344,568.92 |
| **Total Amount Due:** | **344,568.92** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8913 |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL                                                                                      FRONTIER0002254

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 20RD000020 |
| Invoice Date: | 07-Jan-2020 |
| Payment Due Date: | 17-Apr-2020 |
| Asset: | 09068/N358FR/A320-200N |

**Aircraft Lease Agreement dated 19 August 2019 in respect of one Airbus A320-251N aircraft with MSN 9068**

| Description | Amount (USD) |
|---|---:|
| | |
| Fixed lease Rental covering period 19-Apr-2020 to 18-May-2020 | 323,126.20 |
| **Total Amount Due:** | **323,126.20** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 9068 |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL                                                                 FRONTIER0002255

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number:     20RD000021
Invoice Date:       07-Jan-2020
Payment Due Date:   19-May-2020
Asset:              09068/N358FR/A320-200N

**Aircraft Lease Agreement dated 19 August 2019 in respect of one Airbus A320-251N aircraft with MSN 9068**

| Description | Amount (USD) |
|---|---|
|  |  |
| Fixed lease Rental covering period 19-May-2020 to 18-Jun-2020 | 323,126.20 |
| **Total Amount Due:** | **323,126.20** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 9068 |
| Please ensure bank fees are not deducted from or charged to the above account | |

CONFIDENTIAL                                                                 FRONTIER0002256