| | |
|---|---|
| **From:** | Sashikumar Bindu, Sharath |
| **Sent:** | Friday, May 8, 2020 9:22 PM |
| **To:** | Fanning, Robert |
| **Subject:** | Fwd: Invoices - Frontier Airlines, Inc. |
| **Attachments:** | 20RD000220.pdf; 20RD000221.pdf |

Get Outlook for iOS

---

**From:** Ciara Flynn <ciara.flynn@amck.aero>
**Sent:** Thursday, March 19, 2020 2:35:50 PM
**To:** Avril Alcala <avril.alcala@amck.aero>; Frontier Airlines Fleet Administration <FleetAdmin@flyfrontier.com>; Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>; Fanning, Robert <robert.fanning@flyfrontier.com>; Contracts <contracts@amck.aero>; Finance <finance@amck.aero>
**Subject:** RE: Invoices - Frontier Airlines, Inc.

Dear All,

Please find attached your invoice(s).

If you have any questions, please contact us at contracts@amck.aero

Kind Regards,
Contracts Management Team

---

This e-mail message (including any attachments, this "message") is the property of AMCK Aviation Holdings Ireland Limited and/or its affiliates (collectively, "AMCK") and is intended only for use by the addressee. This message is confidential and the information in it may not be disclosed or used except for the purpose for which it has been sent. This message may also be legally privileged. If you have received this message in error, you are on notice of its status and you may not review, print, save, copy, distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete the original and all copies of this message and any attachments from your system. Any views or opinions expressed in this message are those of the author and are not necessarily those of AMCK. Since the internet cannot guarantee the integrity of this message which may not be reliable, AMCK shall not be liable for this message if modified, changed or falsified.
AMCK Aviation Holdings Ireland Limited is a company incorporated in Ireland with company number 552762 and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

CONFIDENTIAL                                                                                                    FRONTIER0002225

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number:     20RD000220
Invoice Date:       19-Mar-2020
Payment Due Date:   26-Mar-2020
Asset:              07524/N716FR/A321-200

**Aircraft Operating Lease Agreement dated as of February 19, 2016 in respect of one Airbus A321-200 aircraft with MSN 7524**

| Description | Amount (USD) |
|---|---|
|  |  |
| Fixed lease Rental covering period 26-Mar-2020 to 25-Apr-2020 | 362,630.80 |
| **Total Amount Due:** | **362,630.80** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 7524 |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number:    20RD000221
Invoice Date:      19-Mar-2020
Payment Due Date:  24-Apr-2020
Asset:             07524/N716FR/A321-200

**Aircraft Operating Lease Agreement dated as of February 19, 2016 in respect of one Airbus A321-200 aircraft with MSN 7524**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 26-Apr-2020 to 25-May-2020 | 362,630.80 |
| **Total Amount Due:** | **362,630.80** |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| **Payment Instructions** | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 206 14027 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 7524 |
| Please ensure bank fees are not deducted from or charged to the above account | |

Page 1 of 1

CONFIDENTIAL
FRONTIER0002227