| | |
|---|---|
| **From:** | Hauglid, Erik |
| **Sent:** | Wednesday, May 13, 2020 3:17 PM |
| **To:** | Sashikumar Bindu, Sharath;Mazutaviciute, Lina;Thwaytes, Spencer;Fanning, Robert |
| **Subject:** | RE: AMCK Payments |

Wires have been released.

Thanks

**From:** Dempsey, Jimmy <Jimmy.Dempsey@flyfrontier.com>
**Sent:** Wednesday, May 13, 2020 3:15 PM
**To:** Hauglid, Erik <Erik.Hauglid@flyfrontier.com>
**Cc:** Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>; Thwaytes, Spencer <Spencer.Thwaytes@flyfrontier.com>; Fanning, Robert <robert.fanning@flyfrontier.com>; Diamond, Howard <Howard.Diamond@flyfrontier.com>; Mazutaviciute, Lina <Lina.Mazutaviciute@flyfrontier.com>
**Subject:** Re: AMCK Payments

Approved

> On May 13, 2020, at 14:24, Hauglid, Erik <Erik.Hauglid@flyfrontier.com> wrote:
>
> We have the wires ready, just need approval before 330 to release.
>
> Thanks
>
> **From:** Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>
> **Sent:** Wednesday, May 13, 2020 2:01 PM
> **To:** Dempsey, Jimmy <Jimmy.Dempsey@flyfrontier.com>
> **Cc:** Thwaytes, Spencer <Spencer.Thwaytes@flyfrontier.com>; Fanning, Robert <robert.fanning@flyfrontier.com>; Diamond, Howard <Howard.Diamond@flyfrontier.com>; Hauglid, Erik <Erik.Hauglid@flyfrontier.com>; Mazutaviciute, Lina <Lina.Mazutaviciute@flyfrontier.com>
> **Subject:** AMCK Payments
>
> Hi Jimmy,
>
> Please approve the following payments to AMCK in light of recent discussions with them. 14 payments are from April and 3 from May thus far.

| | A/C Number | AC Model | MSN | Lessor | Date | Total Payment |
|---|---|---|---|---|---|---|
| 1 | N326FR | A320 neo | 8102 | AMCK | 5/13/2020 | 354,139.30 |
| 2 | N331FR | A320 neo | 8239 | AMCK | 5/13/2020 | 342,532.39 |
| 3 | N351FR | A320 neo | 8913 | AMCK | 5/13/2020 | 344,568.92 |
| 4 | N227FR | A320 ceo | 6184 | AMCK | 5/13/2020 | 343,186.00 |
| 5 | N358FR | A320 neo | 9068 | AMCK | 5/13/2020 | 323,126.20 |
| 6 | N349FR | A320 neo | 8766 | AMCK | 5/13/2020 | 347,864.42 |
| 7 | N350FR | A320 neo | 8857 | AMCK | 5/13/2020 | 347,600.78 |
| 8 | N353FR | A320 neo | 8977 | AMCK | 5/13/2020 | 331,694.50 |

CONFIDENTIAL                                                                                                        FRONTIER0008058

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | N716FR | A321 ceo | 7524 | AMCK | 5/13/2020 | 362,630.80 |
| 10 | N354FR | A320 neo | 9026 | AMCK | 5/13/2020 | 332,243.75 |
| 11 | N332FR | A320 neo | 8307 | AMCK | 5/13/2020 | 342,554.02 |
| 12 | N336FR | A320 neo | 8357 | AMCK | 5/13/2020 | 345,236.14 |
| 13 | N338FR | A320 neo | 8402 | AMCK | 5/13/2020 | 343,181.29 |
| 14 | N359FR | A320 neo | 9177 | AMCK | 5/13/2020 | 326,641.40 |
| 15 | N331FR | A320 neo | 8239 | AMCK | 5/13/2020 | 342,532.39 |
| 16 | N326FR | A320 neo | 8102 | AMCK | 5/13/2020 | 354,139.30 |
| 17 | N351FR | A320 neo | 8913 | AMCK | 5/13/2020 | 344,568.92 |
| | **Total** | | | | | **5,828,440.52** |

Thanks,

<image001.png>
**Sharath Sashikumar**
Treasury Manager, Fleet
P: 720-374-4292
E: sharath.sashikumar@flyfrontier.com