S-1 1 d76056ds1.htm S-1

[Table of Contents]

As filed with the Securities and Exchange Commission on March 8, 2021.

Registration No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM S-1
## REGISTRATION STATEMENT
*Under*
*The Securities Act of 1933*

# Frontier Group Holdings, Inc.
(Exact name of registrant as specified in its charter)

| Delaware | 4512 | 46-3681866 |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

**4545 Airport Way**
**Denver, CO 80239**
**(720) 374-4200**
(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

**Barry L. Biffle**
**President and Chief Executive Officer**
**Frontier Group Holdings, Inc.**
**4545 Airport Way**
**Denver, CO 80239**
**(720) 374-4200**
(Name, address, including zip code, and telephone number, including area code, of agent for service)

*Copies to:*

| Anthony J. Richmond | Howard M. Diamond | Alan F. Denenberg |
|---|---|---|
| Miles P. Jennings | Senior Vice President, General Counsel & Secretary | Stephen Salmon |
| Brian D. Paulson | Frontier Group Holdings, Inc. | Davis Polk & Wardwell LLP |
| Latham & Watkins LLP | 4545 Airport Way | 1600 El Camino Real |
| 140 Scott Drive | Denver, CO 80239 | Menlo Park, CA 94025 |
| Menlo Park, CA 94025 | Telephone: (720) 374-4200 | Telephone: (650) 752-2000 |
| Telephone: (650) 328-4600 | | Facsimile: (650) 752-2115 |
| Facsimile: (650) 463-2600 | | |

**Approximate date of commencement of proposed sale to the public:** As soon as practicable after this Registration Statement becomes effective.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, as amended, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

## CALCULATION OF REGISTRATION FEE

| TITLE OF EACH CLASS OF SECURITIES TO BE REGISTERED | PROPOSED MAXIMUM AGGREGATE OFFERING PRICE(1) | AMOUNT OF REGISTRATION FEE(2)(3) |
|---|---|---|
| Common Stock, $0.001 par value per share | $100,000,000 | $10,910 |

(1) Estimated solely for the purpose of calculating the amount of the registration fee in accordance with Rule 457(o) under the Securities Act of 1933, as amended. Includes the aggregate offering price of additional shares that the underwriters have the option to purchase.
(2) Calculated pursuant to Rule 457(o) based on an estimate of the proposed maximum aggregate offering price.

(3) On March 31, 2017, the Registrant filed a registration statement on Form S-1 (File No. 333-217078), as amended (the "Prior Registration Statement"), and paid a registration fee of $11,590. The Prior Registration Statement was withdrawn by filing a Form RW on July 24, 2020. In accordance with Rule 457(p) under the Securities Act, the Registrant is offsetting the registration fee for this registration statement against the fees previously paid in connection with the Prior Registration Statement.

**The Registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, as amended, or until the Registration Statement shall become effective on such date as the Commission, acting pursuant to said Section 8(a), may determine.**

[Table of Contents](#)

**The information in this prospectus is not complete and may be changed. These securities may not be sold until the registration statement filed with the Securities and Exchange Commission is effective. This preliminary prospectus is not an offer to sell nor does it seek an offer to buy these securities in any jurisdiction where the offer or sale is not permitted.**

**SUBJECT TO COMPLETION, DATED MARCH 8, 2021.**

             Shares



# Frontier Group Holdings, Inc.

### Common Stock

_____

This is the initial public offering of shares of our common stock. We are offering          shares of our common stock. The selling stockholder identified in this prospectus is offering          shares of our common stock. We will not receive any of the proceeds from the sale of any shares by the selling stockholder.

It is currently estimated that the public offering price per share will be between $        and $        . Currently, no public market exists for our shares. We have applied to have our common stock listed on the Nasdaq Global Select Market under the symbol "FRNT."

_____

**Investing in our common stock involves risks that are described in the "[Risk Factors](#)" section beginning on page 23.**

**Neither the Securities and Exchange Commission nor any state securities commission nor any other regulatory body has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

|  | **Per Share** | **Total** |
|---|---|---|
| Public offering price | $ | $ |
| Underwriting discounts and commissions[(1)] |  |  |
| Proceeds to us (before expenses) |  |  |
| Proceeds to the selling stockholder |  |  |

_____

(1)    See the "Underwriting" section beginning on page 189 for additional information regarding underwriting compensation.

The selling stockholder named herein has granted the underwriters an option to purchase up to          additional shares of common stock, at the initial public offering price, less the underwriting discount, for 30 days from the date of this prospectus. We will not receive any of the proceeds from the sale of shares by the selling stockholder upon any such exercise.

The underwriters expect to deliver the shares to purchasers on or about          , 2021.

_____

| **Citigroup** | **Barclays** | **Deutsche Bank Securities** | **Morgan Stanley** | **Evercore ISI** |
|---|---|---|---|---|
| **BofA Securities** | **Goldman Sachs & Co. LLC** | **J.P. Morgan** | **Nomura** | **UBS Investment Bank** |

                                          **Cowen**                                                                                                    **Raymond James**

          , 2021

**Table of Contents**



Table of Contents

# CONTENTS

| | Page |
|---|---|
| SUMMARY | 2 |
| THE OFFERING | 12 |
| SUMMARY HISTORICAL CONSOLIDATED FINANCIAL AND OPERATING DATA | 14 |
| OPERATING STATISTICS | 19 |
| GLOSSARY OF AIRLINE TERMS | 20 |
| RISK FACTORS | 23 |
| SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS | 59 |
| USE OF PROCEEDS | 61 |
| DIVIDEND POLICY | 62 |
| CAPITALIZATION | 63 |
| DILUTION | 65 |
| SELECTED CONSOLIDATED FINANCIAL AND OPERATING DATA | 67 |
| OPERATING STATISTICS | 71 |
| MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 72 |
| INDUSTRY BACKGROUND | 101 |
| BUSINESS | 104 |
| MANAGEMENT | 129 |
| EXECUTIVE COMPENSATION | 138 |
| DIRECTOR COMPENSATION | 162 |
| CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS | 164 |
| PRINCIPAL AND SELLING STOCKHOLDER | 166 |
| DESCRIPTION OF PRINCIPAL INDEBTEDNESS | 168 |
| DESCRIPTION OF CAPITAL STOCK | 174 |
| SHARES ELIGIBLE FOR FUTURE SALE | 181 |
| MATERIAL U.S. FEDERAL INCOME TAX CONSEQUENCES TO NON-U.S. HOLDERS | 184 |
| UNDERWRITING | 188 |
| LEGAL MATTERS | 196 |
| EXPERTS | 196 |
| WHERE YOU CAN FIND MORE INFORMATION | 196 |
| INDEX TO FINANCIAL STATEMENTS | F-1 |

We are responsible for the information contained in this prospectus or contained in any free writing prospectus prepared by or on behalf of us to which we have referred you. Neither we, the underwriters, nor the selling stockholder have authorized anyone to provide you with additional information or information different from that contained in this prospectus or in any free writing prospectus filed with the Securities and Exchange Commission and we take no responsibility for any other information that others may give you. We and the selling stockholder are offering to sell, and seeking offers to buy, shares of our common stock only in jurisdictions where offers and sales are permitted. The information contained in this prospectus is accurate only as of the date of this prospectus, regardless of the time of delivery of this prospectus or of any sale of our common stock. Our business, operating results or financial condition may have changed since such date.

Until            , 2021 (25 days after the date of this prospectus), all dealers that buy, sell, or trade shares of our common stock, whether or not participating in this offering, may be required to deliver a prospectus. This delivery requirement is in addition to the dealer's obligation to deliver a prospectus when acting as underwriters and with respect to their unsold allotments or subscriptions.

For investors outside the United States: Neither we nor any of the underwriters have taken any action that would permit this offering or possession or distribution of this prospectus in any jurisdiction where action for that purpose is required, other than in the United States. You are required to inform yourselves about and to observe any restrictions relating to this offering and the distribution of this prospectus.

1

[Table of Contents](#)

# RISK FACTORS

*Investing in our common stock involves a high degree of risk. You should carefully consider the risks and uncertainties described below, together with all of the other information in this prospectus, including the section titled "Management's Discussion and Analysis of Financial Condition and Results of Operations" and our consolidated financial statements and related notes, before making a decision to invest in our common stock. The risks and uncertainties described below may not be the only ones we face, and many of such risks have been and will be exacerbated by the coronavirus ("COVID-19") pandemic. If any of these risks should occur, our business, results of operations, financial condition or growth prospects could be adversely affected. In those cases, the trading price of our common stock could decline and you may lose all or part of your investment.*

**Risks Related to Our Industry**

***The COVID-19 pandemic and measures to reduce its spread have had, and are expected to continue to have, a material adverse impact on our business, results of operations and financial condition.***

In December 2019, a novel strain of coronavirus was reported in Wuhan, China. COVID-19 has since spread to almost every country in the world, including the United States. The World Health Organization has declared COVID-19 a pandemic. The outbreak of COVID-19 and the implementation of measures to reduce its spread have adversely impacted our business and continue to adversely impact our business in a number of ways. Multiple governments in countries we serve, principally the United States, have responded to the virus with air travel restrictions and closures or recommendations against air travel, the implementation of mandatory quarantine periods after travel, and certain countries we serve have required airlines to limit or completely stop operations. In response to the COVID-19 pandemic, we have significantly reduced capacity from our original plan and will continue to evaluate the need for further flight schedule adjustments. While we experienced a modest uptick in demand during the latter half of the second quarter and continuing into the third and fourth quarters of 2020, demand was negatively impacted by a resurgence of COVID-19 cases in certain domestic markets. The length and severity of the decline in demand due to the impacts of the COVID-19 pandemic is uncertain and, as such, we expect the adverse impact to persist in 2021. Although we have seen early signs of recovery in airline travel, there is no assurance that it will continue or the pace at which it will recover, and the recovery we anticipate may not materialize in a timely manner or at all.

In response to the impacts of the COVID-19 pandemic, beginning in March 2020, we have taken measures to address the significant cash outflows resulting from the sharp decline in demand and we continue to evaluate options should the lack of demand for air travel continue beyond the near term. During 2020, we also reduced our flight schedule to match demand levels and implemented various other initiatives to reduce costs and manage liquidity including, but not limited to:

- reducing planned headcount increases;
- reducing employee related costs, including:
    - salary reductions and/or deferrals for our officers and board members;
    - suspension of merit salary increases for 2020; and
    - voluntary paid and unpaid leave of absence programs for employees not covered under labor arrangements, as well as certain employees covered under such arrangements, including pilots and flight attendants, that range from one month to six months;
- deferring aircraft deliveries;
- reducing discretionary expenses;
- reaching agreements with major vendors, which are primarily related to many of our aircraft and engine leases as well as airports, for deferral of payments and deliveries until later in 2020 and into 2021;

23

[Table of Contents](#)

## SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, as amended, we have duly caused this Registration Statement on Form S-1 to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of Denver, State of Colorado, on the 8th day of March, 2021.

**FRONTIER GROUP HOLDINGS, INC.**

By:  /s/ Barry L. Biffle
      **Barry L. Biffle**
      **President and Chief Executive Officer**

## POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS, that each person whose signature appears below hereby constitutes and appoints Barry L. Biffle, James G. Dempsey and Howard M. Diamond, and each of them acting individually, as his or her true and lawful attorneys-in-fact and agents, each with full power of substitution, for him or her in any and all capacities, to sign any and all amendments to this Registration Statement, including post-effective amendments or any abbreviated registration statement and any amendments thereto filed pursuant to Rule 462(b) increasing the number of securities for which registration is sought, and to file the same, with all exhibits thereto and other documents in connection therewith, with the SEC, granting unto said attorneys-in-fact and agents, with full power of each to act alone, full power and authority to do and perform each and every act and thing requisite and necessary to be done in connection therewith, as fully for all intents and purposes as he might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents, or his or their substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Act of 1933, as amended, this Registration Statement has been signed by the following persons in the capacities indicated below on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Barry L. Biffle<br>**Barry L. Biffle** | President and Chief Executive Officer (principal executive officer) | March 8, 2021 |
| /s/ James G. Dempsey<br>**James G. Dempsey** | Executive Vice President and Chief Financial Officer (principal financial officer) | March 8, 2021 |
| /s/ Mark C. Mitchell<br>**Mark C. Mitchell** | Chief Accounting Officer (principal accounting officer) | March 8, 2021 |
| /s/ William A. Franke<br>**William A. Franke** | Director (Chairman of the Board) | March 8, 2021 |
| /s/ Andrew S. Broderick<br>**Andrew S. Broderick** | Director | March 8, 2021 |
| /s/ Josh T. Connor<br>**Josh T. Connor** | Director | March 8, 2021 |
| /s/ Brian H. Franke<br>**Brian H. Franke** | Director | March 8, 2021 |

II-10

Table of Contents

| Signature | Title | Date |
|---|---|---|
| /s/ Robert J. Genise<br>**Robert J. Genise** | Director | March 8, 2021 |
| /s/ Bernard L. Han<br>**Bernard L. Han** | Director | March 8, 2021 |
| /s/ Michael R. MacDonald<br>**Michael R. MacDonald** | Director | March 8, 2021 |
| /s/ Patricia Salas Pineda<br>**Patricia Salas Pineda** | Director | March 8, 2021 |
| /s/ Alejandro D. Wolff<br>**Alejandro D. Wolff** | Director | March 8, 2021 |

II-11