Page 1

1
2                 UNITED STATES DISTRICT COURT
3                 SOUTHERN DISTRICT OF NEW YORK
4
5     ------------------------------
      FRONTIER AIRLINES, INC,
6
                           Plaintiff,
7
8          vs.                        Case No.:
                                      1:20-CV-09713-
9                                     LLS
      AMCK AVIATION HOLDINGS IRELAND
10    LIMITED, ACCIPITER INVESTMENT 4
      LIMITED, VERMILLION AVIATION
11    (TWO) LIMITED, WELLS FARGO TRUST
      COMPANY, N.A., solely in its
12    capacity as OWNER TRUSTEE, and
      UMB BANK, N.A., solely in its
13    capacity as OWNER TRUSTEE,
14                         Defendants.
      ------------------------------
15
16                              April 1, 2022
                                10:00 a.m. CDT
17
18         Remote video-teleconference deposition of
19    SHARATH SASHIKUMAR BINDU, taken by Defendants, held
20    at Peoria, Illinois, pursuant to notice, before
21    Elizabeth F. Tobin, a Registered Professional
22    Reporter and Notary Public of the State of New
23    York.
24    JOB NO. 5155647
25

Page 6

S. Sashikumar Bindu

1
2  A.  Yes.  Once before.
3  Q.  Without getting into the details,
4  generally, what was the nature of the lawsuit in
5  which you had a deposition?
6  A.  It was a damage event to one of our
7  aircraft and I was called in as the person that
8  deals with the lessors in such an event.  It was a
9  leased aircraft that we had.  So it was in relation
10  to that.
11  Q.  When approximately was that deposition?
12  A.  I don't recall exactly.  Maybe a year or
13  so ago, maybe a little more than that.
14  Q.  All right.  So today I'll be asking you
15  questions and I ask that if you don't understand
16  something or don't hear something that I said,
17  please ask me to repeat and I'll be happy to do so.
18  A.  I will.
19  Q.  What is your current position with
20  Frontier Airlines?
21  A.  Current position is manager of fleet and
22  strategic sourcing.
23  Q.  I'm sorry.  You said manager of fleet and
24  strategic -- I missed the last word.
25  A.  Sourcing.

Page 7

S. Sashikumar Bindu

1
2  Q.  How long have you had that position?
3  A.  This position since -- manager of fleet
4  since 2019.  Took on strategic sourcing a little
5  over a year ago, I would say.
6  Q.  What does your role as manager of fleet
7  involve?
8  A.  Mainly anything to do with the financing
9  of the aircraft and anything to do directly with
10  day-to-day management with leasing companies, with
11  the maintenance of the aircraft if there are
12  questions from the leasing companies.  So main point
13  of contact with our lessors and to run our fees and
14  to now negotiate contracts with my boss, as well,
15  and put lease agreements in place for the business.
16  Q.  As part of managing leasing companies and
17  being a point of contact with lessors, do you have a
18  responsibility for making rent payments on lease
19  aircraft?
20  A.  I am part of the process, meaning I have
21  a role in the rent payments out, yes.
22  Q.  What role do you have in getting the rent
23  payments out?
24  A.  So, I am the fleet admin in a way, like
25  you said, the point of contact.  So when a payment

Page 8

S. Sashikumar Bindu

1
2  comes to you, we typically do approval emails with
3  proper authority on our side to release the rent
4  payments.  So preparing the approval emails, getting
5  the approval and then obviously insuring that our
6  treasury team who releases the payment is also on
7  those emails so they can review the approvals and
8  make the payments accordingly as part of my job
9  responsibilities.
10  Q.  I believe what you've described so far is
11  your role as manager of fleet.
12     Do you have a different role in
13  connection with your position as head of strategic
14  sourcing?
15  A.  Not head, to be clear.  Just another
16  manager on the team for strategic sourcing, as well.
17  But no, my primary role is fleet.  Strategic
18  sourcing has a lot of overlaps, which means in a
19  sense it's a similar responsibility.  We're running
20  RFPs for other parts of the business.  So it's
21  something that took on as an additional
22  responsibility but still continue with my
23  responsibility on fleet.
24  Q.  Who do you report to?
25  A.  I report to Robert Fanning, who is our VP

Page 9

S. Sashikumar Bindu

1
2  of fleet.
3  Q.  I'm sorry.  You said Robert Fanning was
4  VP of something?
5  A.  VP of fleet.
6  Q.  Have you reported to Mr. Fanning since
7  2019?
8  A.  Yes.
9  Q.  Does anyone report to you?
10  A.  Yes, now.  So I do have an analyst who
11  started September last year who I still oversee on
12  some of the tasks as fleet admin.  So he's still
13  being trained, but definitely oversee a lot of his
14  tasks.
15  Q.  Do you understand that this dispute
16  relates to the termination of a framework agreement
17  between AMCK and Frontier from March 6th, 2020?
18  A.  Yes.
19  Q.  If I refer to that agreement going
20  forward as "the framework agreement," will you
21  understand what I'm referring to?
22  A.  Yes.
23  Q.  The framework agreement, does that refer
24  to a sale-leaseback transaction?
25  A.  It does.

3 (Pages 6 - 9)

Page 10

S. Sashikumar Bindu

1
2    Q.    Here the sale-leaseback related to six
3  new A320 aircraft; is that right?
4    A.    A320 new aircraft, that's correct.
5    Q.    And Frontier was to be the lessee in
6  connection with those aircraft, correct?
7    A.    Right.
8    Q.    Prior to the framework agreement, is it
9  correct that Frontier also leased a number of
10 aircraft from AMCK or affiliated entities?
11   A.    That is correct.
12   Q.    Do you understand it to be 14 aircraft
13 that Frontier leased before the framework agreement
14 was entered?
15   A.    Correct.
16   Q.    And each of those aircraft is governed by
17 its own lease agreement; is that correct?
18   A.    That is correct.
19   Q.    Going forward, I'll refer to those
20 14 lease agreements as either "the 14 lease
21 agreements" or "the 14 original leases."
22         Will you understand what I'm referring
23 to?
24   A.    Yes.
25   Q.    Frontier was required to pay rent under

Page 11

S. Sashikumar Bindu

1
2  those original lease agreements; correct?
3    A.    Yes.
4    Q.    And the rent was due monthly?
5    A.    Yes.
6    Q.    Was it due on the same day of every month
7  for each lease?
8    A.    Yes.  Depends on the day you take
9  delivery of the aircraft.
10   Q.    But the different lease agreements had
11 different monthly -- strike that.
12        The different lease agreements had
13 different delivery dates and so different rent
14 payment dates; is that right?
15   A.    That's correct.
16   Q.    If a payment was due on a particular day,
17 do you know if the lease agreements provided for any
18 grace period regarding payment?
19   A.    Typically, yes.
20   Q.    Do you know how many days the grace
21 period would be?
22   A.    Not in these specific leases.  I don't
23 recall exactly what they are, no.
24   Q.    Do you know what the practice was if a
25 payment was due on a weekend when that payment would

Page 12

S. Sashikumar Bindu

1
2  be due?
3    A.    Again, typically there is a clause that
4  talks about whether it's due on the preceding
5  business day or the following business day.  I don't
6  recall what the clause is on these specific lease
7  agreements.
8    Q.    Did you keep track of when monthly rent
9  payments were due on the original leases?
10   A.    Yes.
11   Q.    How did you do that?
12   A.    We have a tracker on our side in Excel
13 that we use to track weekly payments, essentially,
14 and send them out for approval internally before
15 they get paid.
16   Q.    So you referred to an Excel.
17        Is that a document that you update on a
18 regular basis?
19   A.    Depending on new deliveries coming in to
20 the fleet, yes.
21   Q.    Who prepared the Excel document?
22   A.    Originally?  I'm not sure before my time,
23 but I have been managing it since I've taken on the
24 role.
25   Q.    So is it fair to say that you're

Page 13

S. Sashikumar Bindu

1
2  primarily responsible for managing this tracker
3  document?
4    A.    Sure.  Yes.
5    Q.    Does this document have a name or do you
6  just refer to it as "the tracker"?
7    A.    It's -- it has evolved over time with
8  different names.  But we normally just call it "the
9  lease payment file," if anything.  I don't know the
10 exact name of the file.
11   Q.    But you generally refer to it in practice
12 as "the lease payment file"?
13   A.    Where we store all of our lease payments
14 in one place, or track them, to your point.
15   Q.    Is it one document with all lease
16 payments for all leases that Frontier has?
17   A.    The document we use today, yes.
18   Q.    How about in 2020; was that the case
19 then?
20   A.    We had a document with all lease payments
21 tracked by aircraft.  Again, going back in time, I'm
22 not sure exactly what the nature of that document
23 is.  Like I said, it's evolved over time.
24 Typically, we have one document with all of the
25 lease payments tracked, yes.

4 (Pages 10 - 13)

1          S. Sashikumar Bindu
2    Q.   Would that document be updated from time
3 to time?
4    A.   Yes.  Again, typically, when we take new
5 delivery, it will be.
6    Q.   So if you were looking at the lease
7 payment file today, would it show lease payments
8 going back in time?
9    A.   The file we have today, no.  Because we
10 have made it an annual file.  So I will have
11 payments for the year of 2022, for example, in the
12 file that I have.  So that's the file we use today.
13    Q.   Is there a separate 2020 file?
14    A.   Like I said, I don't recall exactly what
15 the nature of the file we used was, but there was a
16 file that had all of our tails, not what we use
17 today.
18    Q.   I think you said your "tails."  What did
19 you mean by that?
20    A.   Aircraft.
21    Q.   How often do you update the document?
22    A.   Typically when a new aircraft is
23 delivered or if there is a change in an extension of
24 a lease agreement or any change in terms of a
25 certain lease agreement.

1          S. Sashikumar Bindu
2    Q.   When you say "extension," do you mean if
3 the term of the lease is extended for a period of
4 time?
5    A.   That's correct.
6    Q.   You mentioned extension, you mentioned a
7 second thing.  Could you repeat that second part?
8    A.   When new aircraft are delivered, I think
9 is what I said.
10    Q.   Do you regularly circulate this lease
11 file document among your team?
12    A.   Not really, no.
13    Q.   Where would the information that goes in
14 the lease payment file come from?
15    A.   It comes from when we enter into a lease
16 agreement.
17    Q.   So, for example, does the lease payment
18 file list the monthly rent associated with a
19 particular aircraft?
20    A.   Yes.
21    Q.   And where does the monthly dollar amount
22 of rent, where does that piece of information come
23 from before you enter it into the document?
24    A.   From the fully executed lease agreement.
25    Q.   Does the lease payment file also list

1          S. Sashikumar Bindu
2 dates on which monthly rent is due for each
3 aircraft?
4    A.   Yes.
5    Q.   Where does that piece of information come
6 from?
7    A.   Also from the lease agreement, depending
8 on when the aircraft is taken delivery of.
9    Q.   Do you generally receive invoices for
10 aircraft leased by Frontier?
11    A.   Yes.
12    Q.   Do you maintain those invoices?
13    A.   Yes.
14    Q.   Did you receive invoices from AMCK in
15 connection with the 14 original lease agreements?
16    A.   Yes.
17    Q.   Through the end of March 2020, to your
18 knowledge, had Frontier made all rent payments that
19 were owed under the 14 original lease agreements?
20    A.   Yes.
21    Q.   And, to your knowledge, did Frontier make
22 those payments on the dates those payments were due?
23    A.   Yes.
24    Q.   When the time came to make those
25 payments, you knew the due dates and amounts for

1          S. Sashikumar Bindu
2 those payments based on looking at your lease
3 payment file; is that right?
4    A.   Yes.
5    Q.   Did Frontier make any payments of rent on
6 the 14 original leases during the month of
7 April 2020?
8    A.   No, we did not.
9    Q.   During the month of April 2020, you had
10 your lease payment file which showed you the payment
11 dates and amounts for each aircraft covered by the
12 14 original leases; right?
13    A.   Yes.
14          MR ALEXANDER:  I'd like to put up
15 Exhibit 1, which is a document with Bates
16 Number Frontier 002238.
17          (Sashikumar Exhibit 1, email chain with
18 attached invoices; 19 pages, marked for
19 identification.)
20    Q.   Mr. Sashikumar, I'd like you to look at
21 the top of the document.  You'll see it's an email,
22 appears to be from you to Robert Fanning on May 8,
23 2020.
24          Do you see that?
25    A.   Yes.

Page 18

1                S. Sashikumar Bindu
2      Q.   Just for reference, if we could look at
3   the bottom of this page and focus on the Bates
4   number, I just wanted to flag for you -- this is
5   what's called a Bates number -- Frontier 0002238.
6   During the course of the deposition today, I may
7   refer to that number on similar documents.  It's a
8   stamp which means the document was produced by
9   Frontier and it's something that's done in
10  connection with this lawsuit.
11         Do you understand that?
12     A.   Yes.
13     Q.   Going back to the top of the page, you
14  see this is a forward of an email on May 8th, and it
15  looks like you forwarded an email from January 7th,
16  2020, from someone named Dovile Kukulskiene,
17  D-O-V-I-L-E K-U-K-U-L-S-K-I-E-N-E.
18         Do you see that?
19     A.   Yes.
20     Q.   I'll refer to her as Dovile K for
21  convenience.
22         Do you know who Dovile K is?
23     A.   I know of the person since I've gotten
24  emails from her with invoices, yes.
25     Q.   Is she affiliated with AMCK?

Page 19

1                S. Sashikumar Bindu
2      A.   Yes, I believe so.
3      Q.   Dovile's email says, "Dear all, please
4   find attached your invoices."
5          Do you see that?
6      A.   Mm-hmm.  Yes.
7      Q.   The to line of the email is to Frontier
8   Airlines Fleet Administration.
9          Do you see that?
10     A.   Yes.
11     Q.   Who receives those emails?
12     A.   It is a shared email box that I had
13  access to at the time, as well.
14     Q.   Do you know who else had access to that
15  shared email?
16     A.   I am not sure as of the date of the
17  email, but since I can tell you, obviously, my fleet
18  analyst now has access to it.
19     Q.   Did you understand that this email was
20  attaching invoices in connection with at least some
21  of the 14 original leases?
22     A.   Yes.
23         MR ALEXANDER:  Can we go to the page with
24  Bates Number 2245.
25     Q.   This is a document with Invoice Number 20

Page 20

1                S. Sashikumar Bindu
2   RD 00009.  It's an invoice date of January 7th,
3   2020, a payment due date of March 5th, 2020 --
4   sorry.  I'm reading from the wrong one.  So bear
5   with me.
6          As you can see on the screen, this is a
7   document, it's an Invoice Number 20 RD 00010.  It
8   relates to an aircraft lease agreement regarding
9   MSN 8239.
10         Do you see that?
11     A.   Yes.
12     Q.   Is MSN 8239 an aircraft that Frontier
13  leases under one of the original lease agreements?
14     A.   Yes.
15     Q.   You see that there's a payment due date
16  for that aircraft of April 3rd, 2020; is that right?
17     A.   Yes.
18     Q.   And the total amount due is $342,532.39.
19         Is that right?
20     A.   Yes.
21     Q.   The invoice appears to be issued by
22  Accipiter Investments Aircraft 4 Limited.
23         Do you see that?
24     A.   Yes.
25     Q.   Do you understand that entity to be

Page 21

1                S. Sashikumar Bindu
2   affiliated with the lease agreement at issue?
3      A.   Yes.
4      Q.   Do you see any information in this
5   invoice that's inaccurate?
6      A.   No.
7          MR ALEXANDER:  Let's go to the page with
8   the Bates Number 2242.
9      Q.   This is an invoice for an aircraft
10  MSN 8102.  The invoice date is January 7th, 2020.
11  The invoice number is 20 RD 00007.
12         Did I read that correctly?
13     A.   Yes.
14     Q.   Is MSN 8102 an aircraft that Frontier
15  leases under one of the original lease agreements?
16     A.   Yes.
17     Q.   The payment due date for the month of
18  April was April 6, 2020, and the total amount due
19  was $354,139.30.  Is that right?
20     A.   Yes.
21         MR ALEXANDER:  Let's go to page 2253.
22     Q.   This is an Invoice Number 20 RD 000018.
23  It relates to aircraft MSN 8913.
24         Do you see that?
25     A.   Yes.

6 (Pages 18 - 21)

1          S. Sashikumar Bindu
2     Q.   Is MSN 8913 an aircraft Frontier leases
3  under one of the original lease agreements?
4     A.   Yes.
5     Q.   Just for the sake of the record, what
6  does MSN mean?
7     A.   Manufacturer serial number.
8     Q.   Does each aircraft Frontier leases have
9  its own MSN?
10    A.   Yes.
11    Q.   This invoice for MSN 8913 describes a
12  payment date of April 9th, 2020, and the total
13  amount due of $344,568.92.
14        Do you see that?
15    A.   Yes.
16    Q.   Is any of that information inaccurate?
17    A.   No.  It's accurate.
18        MR ALEXANDER:  Let's put up what will be
19    Exhibit 2, which is a document bearing Bates
20    Number 003721.
21        (Sashikumar Exhibit 2, email with
22    attached invoices; 15 pages, marked for
23    identification.)
24    Q.   Mr. Sashikumar, this is an email dated
25  November 13th, 2021, from Dovile at AMCK to Frontier

1          S. Sashikumar Bindu
2  Airlines Fleet Administration and you and others.
3        Do you see that?
4     A.   Yes.
5     Q.   And Dovile says, "Please find attached
6  your invoices."
7        Do you see that?
8     A.   Yes.
9        MR ALEXANDER:  Let's go to page with
10    Bates Number 3733.
11    Q.   This is an invoice numbered 19 RD 002969,
12  the invoice date of November 12, 2019.  It relates
13  to the aircraft lease relating to MSN 06184.
14        Do you see that?
15    A.   Yes.
16    Q.   MSN 6184, that was an aircraft Frontier
17  leased under one of the original lease agreements?
18    A.   That's correct.
19    Q.   It describes a payment due date of
20  April 17, 2020, and a total amount due of $343,186.
21        Did I read that correctly?
22    A.   Yes.
23    Q.   Is any of that information inaccurate?
24    A.   No.
25    Q.   Mr. Sashikumar, the invoice date is

1          S. Sashikumar Bindu
2  November 2019, but it describes a payment due date
3  of April 7th, 2020.
4        Did you typically receive invoices in
5  advance of the month where the payment was required?
6     A.   It's in advance of when the payment is
7  due, yes.  But it was a little varied on how it ran
8  depending on different lessors.
9     Q.   I believe I asked you this already, but
10  just to confirm that you don't see any information
11  in this invoice that you believe is inaccurate; is
12  that right?
13    A.   I don't.
14    Q.   Let's go back to Exhibit 1.
15        MR ALEXANDER:  Gege, if you could bring
16    it back to the very beginning of the exhibit.
17    Q.   This is the same May 8 email of yours to
18  Robert Fanning forwarding an email from Dovile that
19  attaches various invoices under the lease
20  agreements.
21        Do you see that?
22    A.   Yes.
23        MR. ALEXANDER:  Let's turn to the page
24    with Bates Number 2255.
25        This is an Invoice Number 20 RD 000020

1          S. Sashikumar Bindu
2  with an invoice date of January 7th, 2020.  It
3  relates to the aircraft lease relating to MSN
4  9068.
5     Q.   Do you see that?
6     A.   Yes.
7     Q.   MSN 9068, is that an aircraft that
8  Frontier leased under one of the original lease
9  agreements?
10    A.   Yes.
11    Q.   It describes a payment due date of
12  April 17th, 2020, and a total amount due of
13  $323,126.20.
14        Do you see that?
15    A.   Yes.
16    Q.   Is any of that information inaccurate?
17    A.   No.
18        MR ALEXANDER:  Let's look at what will be
19    Exhibit 3, a document bearing Bates Number
20    Frontier 003762.
21        (Sashikumar Exhibit 3, email with
22    attached invoices; 38 pages, marked for
23    identification.)
24    Q.   This is an email from Michael McInerney
25  at AMCK dated November 26, 2019, to Frontier

Page 26

S. Sashikumar Bindu

1
2  Airlines Fleet Administration and you and others.
3      Do you see that?
4  A.  Yes.
5  Q.  And Mr. McInerney says, "Please find
6  attached your invoices."
7      Do you see that?
8  A.  Yes.
9  Q.  Did you receive these invoices?
10 A.  I believe so, yes.
11     MR ALEXANDER:  Let's go to the page with
12 Bates Number 3785.
13 Q.  This is an invoice number 19 RD 003104
14 with an invoice date November 25th, 2019.  It
15 relates to an aircraft lease agreement for MSN 8766.
16     Do you see that?
17 A.  Yes.
18 Q.  Is MSN 8766 an aircraft Frontier leased
19 under one of the original lease agreements?
20 A.  Yes.
21 Q.  It describes a payment due date of
22 April 22nd, 2020, and a total amount due of
23 $347,864.42.
24     Do you see that?
25 A.  Yes.

Page 27

S. Sashikumar Bindu

1
2  Q.  Is any of that information inaccurate?
3  A.  No.
4      MR ALEXANDER:  Let's go back to
5  Exhibit 1.
6  Q.  As you can see, this is the same email
7  we've looked at before, your forward of an email
8  from Dovile on January 7, 2020, attaching invoices.
9  If we could please go to the page with Bates Number
10 2249.
11     This is an invoice numbered 20 RD 000014
12 with an invoice date of January 7th, 2020.  It
13 relates to an aircraft lease agreement for MSN 8857.
14     Do you see that?
15 A.  Yes.
16 Q.  Is MSN 8857 an aircraft Frontier leases
17 under one of the original lease agreements?
18 A.  Yes.
19 Q.  It describes a payment due date of
20 April 23rd, 2020, and a total amount due of
21 $347,600.78.
22     Did I read that correctly?
23 A.  Yes.
24 Q.  Do you believe any of that information is
25 inaccurate?

Page 28

S. Sashikumar Bindu

1
2  A.  No.
3      MR ALEXANDER:  Let's put up what will be
4  Exhibit 4, the document bearing Bates Number
5  Frontier 002225.
6      (Sashikumar Exhibit 4, email with
7  attached invoices; 3 pages, marked for
8  identification.)
9  Q.  This is a May 8th, 2020, email from you
10 to Robert Fanning, and you appear to be forwarding
11 an email from March 19th, 2020, from Kara Flynn at
12 AMCK.
13     Do you see that?
14 A.  Yes.
15 Q.  And Ms. Flynn's email in March of 2020
16 attached invoices also.
17     Do you see that?
18 A.  Yes.
19 Q.  Let's go to the page bearing Bates Number
20 2227, which you see is an invoice number
21 20 RD 000221 with an invoice date March 19th, 2020.
22 It relates to an aircraft lease agreement for MSN
23 7524.
24     Do you see that?
25 A.  Yes.

Page 29

S. Sashikumar Bindu

1
2  Q.  Is MSN 7524 an aircraft Frontier leased
3  under one of the original lease agreements?
4  A.  Yes.
5  Q.  It describes a payment due date of
6  April 24th, 2020, and a total amount due of
7  $362,630.80.
8      Do you see that?
9  A.  Yes.
10 Q.  Is any of that information inaccurate?
11 A.  No.
12 Q.  Let's go back to what we previously
13 marked as Exhibit 3.
14     This is the same November 2019 email from
15 Mr. McInerney attaching invoices, and let's look at
16 page 3791.  This is an Invoice Number 19 RD 003110.
17 It's dated November 25th, 2019, and it relates to an
18 aircraft lease agreement for MSN 8977.
19     Do you see that?
20 A.  Yes.
21 Q.  Is MSN 8977 an aircraft leased by
22 Frontier under one of the original lease agreements?
23 A.  Yes.
24 Q.  The invoice describes a payment due date
25 of April 27th, 2020, and a total amount due of

Page 30

S. Sashikumar Bindu

1    $331,694.50.
2    $331,694.50.
3        Do you see that?
4    A.   Yes.
5    Q.   Is any of that information inaccurate?
6    A.   No.
7    Q.   Let's look at page 3797.  This is an
8    invoice numbered 19 RD 003116 dated November 25th,
9    2019, and it relates to an aircraft lease agreement
10   for MSN 9026.
11       Do you do see that?
12   A.   Yes.
13   Q.   Is MSN 9026 an aircraft leased by
14   Frontier under one of the original lease agreements?
15   A.   Yes.
16   Q.   The invoice describes a payment due date
17   of April 28, 2020, and a total amount due of
18   $332,243.75.
19       Do you see that?
20   A.   Yes.
21   Q.   Is any of that information inaccurate?
22   A.   No.
23   Q.   Let's go to page 3767.  This is an
24   invoice numbered 19 RD 003086 with an invoice date
25   of November 25th, 2019, and it relates to an

Page 31

S. Sashikumar Bindu

1    aircraft lease agreement for MSN 8307.
2    aircraft lease agreement for MSN 8307.
3        Do you see that?
4    A.   Yes.
5    Q.   Is MSN 8307 an aircraft Frontier leases
6    under one of the original lease agreements?
7    A.   Yes.
8    Q.   It describes a payment due date of
9    April 29, 2020, and a total amount due of
10   $342,554.02.
11       Do you see that?
12   A.   Yes.
13   Q.   Is any of that information inaccurate?
14   A.   No.
15   Q.   We're in the home stretch, I promise.
16       MR. ALEXANDER:  Can we go back to
17   Exhibit 2?
18   Q.   This is the same November 2019 email from
19   Dovile at AMCK attaching invoices.  If we could
20   please look the page 3726.
21       This is an invoice numbered 19 RD 002906
22   dated November 12, 2019.  It relates to an aircraft
23   lease agreement for MSN 9177.
24       Do you see that?
25   A.   Yes.

Page 32

S. Sashikumar Bindu

1    Q.   Is MSN 9177 an aircraft Frontier leases
2    under one of the original lease agreements?
3    A.   Yes.
4    Q.   It describes a payment due date of
5    April 30th, 2020, and a total amount due of
6    $326,641.40.
7        Do you see that?
8    A.   Yes.
9    Q.   Is any of that information inaccurate?
10   A.   No.
11       MR ALEXANDER:  Let's go back to
12   Exhibit 3.
13   Q.   This is the same email from Michael
14   McInerney dated November 26th, 2019, attaching
15   various invoices.
16       If we could please look at the page 3773.
17   You'll see this is an invoice numbered 19 RD 003092
18   with an invoice date November 25th, 2019, and it
19   relates to an aircraft lease agreement for MSN 8357.
20       Do you see that?
21   A.   Yes.
22   Q.   Is MSN 8357 an aircraft Frontier leases
23   under one of the original lease agreements?
24   A.   Yes.

Page 33

S. Sashikumar Bindu

1    Q.   It describes a payment due date of
2    April 30th, 2020, and a total amount due of
3    $345,236.14.
4        Do you see that?
5    A.   Yes.
6    Q.   Is any of that information inaccurate?
7    A.   No.
8        MR ALEXANDER:  Let's go to page 3779.
9    Q.   This is an invoice numbered 19 RD 003098.
10   It's dated November 25th, 2019, and it relates to
11   aircraft lease agreement for MSN 8402.
12       Do you see that?
13   A.   Yes.
14   Q.   Is MSN 8402 an aircraft leased by
15   Frontier under one of the original lease agreements?
16   A.   Yes.
17   Q.   The invoice describes a payment due date
18   of April 30th, 2020, and a total amount due of
19   $343,181.29.
20       Do you see that?
21   A.   Yes.
22   Q.   Is any of that information inaccurate?
23   A.   No.
24   Q.   Mr. Sashikumar, what I think you've seen

9 (Pages 30 - 33)

Page 34

S. Sashikumar Bindu

1
2 is about 14 invoices relating to payments with due
3 dates in April 2020.
4       Do you agree with that?
5   A.   Yes.
6   Q.   Did Frontier pay any of those invoices
7 during the month of April 2020?
8   A.   No, we did not.
9       MR ALEXANDER:  Let's go back to
10 Exhibit 1.
11  Q.   This is the same email from you dated
12 May 8th forwarding a January 7 email from Dovile at
13 AMCK which attaches various invoices.  Let's look at
14 page 2246.
15      This is an invoice numbered 20 RD 000011
16 with an invoice date of January 7th, 2020.  And it
17 relates to an aircraft lease agreement for MSN 8239.
18      Do you see that?
19  A.   Yes.
20  Q.   And I believe you've already testified
21 that MSN 8239 is an aircraft leased by Frontier
22 under one of the original leases; right?
23  A.   Yes.
24  Q.   So this would be the May payment for the
25 aircraft as opposed to the April payment that we

Page 35

S. Sashikumar Bindu

1
2 looked at in an earlier exhibit; is that right?
3   A.   Yes.
4   Q.   The invoice describes a payment due date
5 of May 5th, 2020, and a total amount due of
6 $342,532.39.
7       Do you see that?
8   A.   Yes.
9   Q.   Is any of that information inaccurate?
10  A.   No.
11      MR ALEXANDER:  Let's go to page 2243.
12  Q.   This is an invoice number 20 RD 00008
13 dated January 7th, 2020, and it relates to an
14 aircraft lease agreement for MSN 8102.
15      Do you see that?
16  A.   Yes.
17  Q.   It describes a payment due date of
18 May 6th, 2020, and a total amount due of
19 $354,139.30.
20      Do you see that?
21  A.   Yes.
22  Q.   Is any of that information inaccurate?
23  A.   No.
24      MR. ALEXANDER:  Let's go to page 2254.
25  Q.   This is an invoice numbered 20 RD 000019.

Page 36

S. Sashikumar Bindu

1
2 It's dated January 7, 2020, and it relates to an
3 aircraft lease agreement for MSN 8913.
4       Do you see that?
5   A.   Yes.
6   Q.   It describes a payment due date of
7 May 8th, 2020, and a total amount due of
8 $344,568.92.
9       Do you see that?
10  A.   Yes.
11  Q.   Is any of that information inaccurate?
12  A.   No.
13  Q.   We just looked at three invoices for
14 payments in May 2020.
15      Do you know if Frontier made any of those
16 payments prior to or on May 8th, 2020?
17  A.   I don't believe so.
18  Q.   Did Frontier pay any of the 17 invoices
19 we just looked at on the payment due dates for those
20 invoices?
21  A.   Again, I don't believe so.
22      MR. HOSENPUD:  Objection.  Calls for a
23 legal conclusion.
24      You can answer.
25  Q.   Sorry.  Mr. Sashikumar, you said you

Page 37

S. Sashikumar Bindu

1
2 don't believe so; is that correct?
3   A.   Yes.
4       MR ALEXANDER:  Let's put up the next
5 exhibit which will be Exhibit 5.  And it's a
6 document bearing Bates Number AMCK 017021.
7       (Sashikumar Exhibit 5, 5/9/20 email with
8 attachments; 5 pages, marked for
9 identification.)
10  Q.   This is a May 9th, 2020, email from Paul
11 Sheridan.  The subject is AMCK notice.
12      And if you scroll to the next page,
13 you'll see that this document is described as a
14 notice of termination dated May 8, 2020.
15      Do you see that?
16  A.   Yes.
17  Q.   Do you recall ever seeing this document?
18  A.   I believe it was forwarded to me, but I
19 don't recall looking into it in any detail.
20  Q.   In the second paragraph, number 2 there,
21 it says, "Frontier has failed to make payments of
22 basic rent when due under various other agreements
23 as defined in the MSN 10038 lease agreement, and the
24 grace periods for payment of such amounts has
25 expired under the terms of such agreements.  Details

10 (Pages 34 - 37)

Page 38

1          S. Sashikumar Bindu
2  of the past due amounts are set forth in the
3  schedule to this notice."
4          Do you that?
5      A.   Yes.
6      Q.   Let's look at the last page of this
7  document with Bates Number 17025, which is a
8  Schedule 1, Payment Delinquencies.
9          Do you see that?
10     A.   Yes.
11     Q.   I'll give you a minute to have a look,
12  but I'll ask you to confirm that this is a list of
13  14 payments described as having due dates in
14  April 2020.
15         Do you see that?
16     A.   That's correct.
17     Q.   And are these the 14 payments relating to
18  invoices we looked at during the month of
19  April 2020?
20     A.   I believe so.
21     Q.   Just to confirm, Frontier did not pay any
22  of those invoices during the month of April 2020;
23  right?
24     A.   That's correct.  But because of ongoing
25  negotiations.

Page 39

1          S. Sashikumar Bindu
2      Q.   But just to answer my question, those
3  payments were not made during the month of
4  April 2020; right?
5      A.   Correct.
6      Q.   To your knowledge, is any of the
7  information in this chart inaccurate?
8      A.   Not to my knowledge, no.
9          MR. ALEXANDER:  Let's go back to Frontier
10  Exhibit 4.
11     Q.   This is an email that we've already
12  looked at, Mr. Sashikumar.  It's dated May 8, 2020,
13  at 9:22 p.m., and you're forwarding to Robert
14  Fanning a collection of invoices that had been sent
15  by AMCK in March of 2020; is that right?
16     A.   Correct.
17     Q.   Why were you forwarding this to
18  Mr. Fanning at this time?
19     A.   I don't recall the exact nature of why it
20  was.  It may have been a request to see invoices and
21  I found the email to forward to him.
22         MR. ALEXANDER:  Let's look at the
23         document bearing Bates Number Frontier 008058,
24         which will be Exhibit 6.
25         (Sashikumar Exhibit 6, 5/13/20 email

Page 40

1          S. Sashikumar Bindu
2  chain; 2 pages, marked for identification.)
3          MS. WANG:  Sorry, Jack, can you please
4  repeat the Bates number?
5          MR ALEXANDER:  Sure.  It's Frontier
6  008058.
7          MS. WANG:  One second.  Sorry about the
8  delay.
9      Q.   This is a May 13th, 2020, email from Erik
10  Hauglid to you and others.
11         Do you see that?
12     A.   Yes.
13     Q.   It's Hauglid, H-A-U-G-L-I-D.
14         Who is Mr. Hauglid?
15     A.   He's our director of treasury.
16     Q.   If you scroll down, you'll see on the
17  bottom of the first page is an email from you on
18  May 13th, 2020, to Jimmy Dempsey and others.
19         You write, "Hi Jimmy, Please approve the
20  following payments to AMCK in light of recent
21  discussions with them.  14 payments are from April
22  and three from May thus far."
23         Do you see that?
24     A.   Yes.
25         MR. ALEXANDER:  Why don't we scroll

Page 41

1          S. Sashikumar Bindu
2  through this slowly and allow Mr. Sashikumar to
3  have a look at the payments listed there.
4      Q.   But when you've had a chance, could you
5  please confirm that these 17 payments are for the
6  17 invoices we looked at earlier.
7      A.   That should be correct.
8      Q.   Were these payments for invoices that
9  described due dates prior to May 13th, 2020, but had
10  not yet been paid?
11     A.   Yes.
12     Q.   How did you determine which invoices had
13  been unpaid?  Did you use your tracker document?
14     A.   Probably.
15     Q.   You don't recall one way or the other?
16     A.   I don't recall exactly how I found them,
17  but I would say that's probably most likely, yes.
18     Q.   Generally, you get the information for
19  payment due dates or amount due from your tracker
20  document; right?
21     A.   Yes.
22     Q.   So your email says to Jimmy, "Please
23  approve the following payments."
24         In the email above this one it looks like
25  Erik Hauglid replies, "We have the wires ready.

11 (Pages 38 - 41)

Page 42

S. Sashikumar Bindu

1
2 Just need approval before 3:30 to release."
3        Do you see that?
4    A.  Yes.
5    Q.  And then in a later email on May 13th, at
6 3:13 p.m., Jimmy Dempsey says, "Approved."
7        Do you see that?
8    A.  Yes.
9    Q.  And then above that, Mr. Hauglid replies
10 at 3:17 p.m., on May 13th, to say, "Wires have been
11 released."
12        Do you see that?
13    A.  Yes.
14    Q.  When do you understand payment of these
15 invoices was made?
16    A.  May 13th.
17    Q.  Do you know when that payment was
18 received by AMCK?
19    A.  Typically, it's instantaneous, given it's
20 a wire transfer.
21    Q.  Do you know if the timing of wires is
22 different if the recipient is outside the U.S.?
23    A.  I am not aware of that.
24    Q.  You said typically it would be
25 instantaneous.

Page 43

S. Sashikumar Bindu

1
2        Do you know for a fact when this payment
3 was actually made?
4        MR. HOSENPUD:  Objection.  Asked and
5 answered.
6        You can answer again.
7    A.  I believe, based on Erik's email, 3:17 on
8 May 13th.
9    Q.  We've been talking about the 14 original
10 leases, Mr. Sashikumar, that were entered prior to
11 March of 2020.
12        Do you understand that Frontier also
13 began leasing another aircraft in March of 2020?
14    A.  Yes.
15    Q.  Do you know what the MSN for that
16 aircraft was?
17    A.  10038, I think.
18    Q.  Do you know when exactly that aircraft
19 was delivered?
20    A.  I want to say the 16th of March or
21 thereabouts.
22        MR ALEXANDER:  Let's put up the document
23 bearing Bates Number Frontier 00238 which will
24 be Exhibit 7.
25        (Sashikumar Exhibit 7, 3/16/20 email

Page 44

S. Sashikumar Bindu

1
2    chain; 2 pages, marked for identification.)
3    Q.  The top email on the page is a Monday,
4 March 16, 2020, email from Spencer Thwaytes to you
5 and others.
6        Do you see that?
7    A.  Yes.
8    Q.  If you scroll down, you'll see that
9 Mr. Thwaytes is replying to an email from Jane
10 O'Callaghan of AMCK which she sent on Monday,
11 March 16th, 2020, at 6:59 a.m.; is that right?
12    A.  Yes.
13    Q.  Ms. O'Callaghan puts the subject of the
14 email as delivery of MSN 10038 and goes on to say,
15 "Congratulations to the Frontier team on the
16 successful delivery and sale-leaseback to AMCK of
17 MSN 10038 a short while ago.  Great team across the
18 board over the last three days."
19        Do you see that?
20    A.  Yes.
21    Q.  And Mr. Thwaytes replies shortly
22 thereafter, at 7:18 a.m., to say, "Thank you, Jane
23 and team."
24        Do you see that?
25    A.  Yes.

Page 45

S. Sashikumar Bindu

1
2    Q.  Is that consistent with your recollection
3 that MSN 10038 was delivered on March 16th?
4    A.  That's correct.
5    Q.  Do you recall that the delivery was in
6 the morning on March 16th?
7    A.  Typically, we do it around 6:30 mountain
8 time is our normal time of delivery for our
9 aircraft.
10    Q.  Ms. O'Callaghan's email refers to "great
11 work over the last three days."  Her email is on
12 Monday.
13        Is it fair to assume that you worked a
14 lot that weekend?
15    A.  I would say so.
16    Q.  Do you recall working a lot that weekend?
17    A.  There was a lot of back and forth that
18 weekend, yes.
19    Q.  MSN 10038 was the first of the six
20 aircraft to be delivered under the framework
21 agreement with AMCK; is that right?
22    A.  That's correct.
23    Q.  Do you know what the schedule for
24 deliveries of the remaining five aircraft was at
25 that time?

12 (Pages 42 - 45)

Page 46

1           S. Sashikumar Bindu
2       A.   I don't recall exactly what the schedule
3   was, no.
4       MR ALEXANDER:  Let's put up the document
5   bearing Bates Number AMCK 0001, which will be
6   Exhibit 8.
7           (Sashikumar Exhibit 8, framework
8       agreement; 53 pages, marked for
9       identification.)
10      Q.   Mr. Sashikumar, this is a framework
11  agreement relating to the purchase and leasing of
12  six new Airbus Model A320-251N aircraft between AMCK
13  Aviation Holdings Ireland Limited and Frontier
14  Airlines, Inc.
15          Do you see that?
16      A.   Yes.
17      Q.   Do you understand this to be the
18  framework agreement we've been discussing?
19      A.   Yes.
20      MR ALEXANDER:  Let's turn to the page
21  with Bates Number 40.
22      Q.   This is Schedule 1 of the framework
23  agreement.  And do you see there's a chart which
24  shows six slots for aircraft number, purchase
25  agreement, delivery rank number, CAC ID number, and

Page 47

1           S. Sashikumar Bindu
2   scheduled delivery quarter or scheduled delivery
3   month.
4           Do you see that?
5       A.   Yes.
6       Q.   Is it fair to assume that MSN 10038 was
7   one of the aircraft described as having a scheduled
8   delivery month in March of 2020?
9       A.   Yes.
10      Q.   When would the particular MSNs be
11  assigned for aircraft to be delivered under the
12  framework agreement?
13      A.   Typically, a little ahead of delivery.
14  We don't normally have a specific amount of time
15  before delivery.  But certainly a reasonable amount
16  of time before the scheduled delivery.
17      Q.   You understand that Frontier has a
18  purchase agreement with Airbus to purchase aircraft;
19  is that right?
20      A.   Yes.
21      Q.   Is Frontier required to purchase aircraft
22  at particular times under the purchase agreement?
23      A.   Yes.
24      Q.   But the purchase agreement doesn't
25  describe MSNs?

Page 48

1           S. Sashikumar Bindu
2       A.   No, it does not.
3       Q.   How close prior to delivery is an MSN
4   assigned?
5       A.   I can't give you an exact time frame for
6   sure.
7       Q.   Looking back at Schedule 1, there's six
8   rows there: March 2020, March 2020, March 2020,
9   May 2020, June 2020, and August 2020.
10          Do you see that?
11      A.   Yes.
12      Q.   How many aircraft was Frontier required
13  to purchase from Airbus under the purchase agreement
14  over the life of that contract?
15          MR. HOSENPUD:  Object to the scope of the
16      question.  Exceeds the -- I'm claiming a
17      confidentiality over the lifetime purchase of
18      aircraft.
19          MR ALEXANDER:  Is that an instruction not
20      to answer?
21          MR. HOSENPUD:  It is.  Yes, it is an
22      instruction not to answer.  You can ask
23      anything through 2021.
24      Q.   Mr. Sashikumar, how many aircraft was
25  Frontier required to purchase from Airbus during the

Page 49

1           S. Sashikumar Bindu
2   year 2020?
3       A.   As of March 2020, you mean or --
4       Q.   That's a fair question.
5           So to clarify, as of March 2020, how many
6   aircraft was Frontier required to purchase from
7   Airbus during the year 2020?
8       A.   If my memory serves right, 16.
9       Q.   You said 16; right?
10      A.   That's correct.
11      Q.   Only six of those would have been covered
12  by the framework agreement; right?
13      A.   That's correct.
14      Q.   How many of those 16 aircraft scheduled
15  for purchase in 2020 were delayed?
16      A.   I do not recall exactly how many were
17  delayed.
18      Q.   Do you know if most of them were delayed?
19      A.   Due to COVID, a lot of them were, yes.
20      Q.   Do you know generally how long any of
21  those delays was?
22      A.   No.
23      Q.   Not all of the aircraft with delayed
24  deliveries were aircraft covered by the framework
25  agreement, though; right?

13 (Pages 46 - 49)

Page 50

S. Sashikumar Bindu

1           S. Sashikumar Bindu
2       MR. HOSENPUD:  Object to the form of the
3   question.  Assumes facts.
4       You can answer.
5    A.   Again, I don't recall exactly how many
6   airplanes were held over or delayed by how much.
7   Sorry.
8       MR ALEXANDER:  Let's look at what will be
9   Exhibit 9.
10      (Sashikumar Exhibit 9, May 2020 email
11   chain with attachment; 16 pages, marked for
12   identification.)
13      MR ALEXANDER:  Before I go, does anyone
14   want a break?  Mr. Sashikumar, David, do you
15   want a break?
16      MR. HOSENPUD:  Yeah.  Why don't we take
17   five?
18      (A recess was taken from 11:01 a.m. CDT
19   to 11:07 a.m. CDT)
20    Q.   Mr. Sashikumar, where we left off, we
21   were about to put up a document, and it's a document
22   with Bates Number Frontier 0005663.
23      This is a May 5th, 2020, email from Ray
24   Bishop to Paul Lambert, you, and others.
25      Do you see that?

Page 51

1           S. Sashikumar Bindu
2    A.   Yes.
3    Q.   And Ray Bishop is someone at Airbus?
4    A.   That's correct.
5    Q.   He says, "Hi Paul, Spencer, and Sharath,
6   Attached is a compiled version of Amendment Number 9
7   with the Frontier and Airbus signature appended."
8       Do you see that?
9    A.   Yes.
10    Q.   Do you understand that Amendment Number 9
11   to refer to an amendment to Frontier's purchase
12   agreement with Airbus?
13    A.   That's correct.
14      MR ALEXANDER:  Let's go to the page with
15   Bates Number 5677.  I'm sorry.  It should be --
16   could you scroll up to the top of the document,
17   please.  Let's just scroll through to the next
18   few pages, please.  There we go.
19    Q.   Okay.  So this page is 5667.  And it
20   appears to be the first page of Amendment Number 9
21   to what I'll describe for short as the purchase
22   agreement between Airbus and Frontier.
23      Do you see that?
24    A.   Yes.
25    Q.   Do you recognize this document?

Page 52

1           S. Sashikumar Bindu
2    A.   Yes.
3    Q.   This Amendment Number 9 was the result of
4   negotiation, I imagine, between Frontier and Airbus;
5   is that right?
6    A.   Yes.
7    Q.   Were you a part of those negotiations?
8    A.   I was involved in the analysis behind the
9   negotiations, yes.
10    Q.   But you didn't do so much interacting
11   with Airbus; is that correct?
12    A.   Correct.
13    Q.   When did those negotiations begin?
14    A.   I am not aware at what level and when
15   they began.
16    Q.   To your knowledge, was AMCK a part of
17   those negotiations between Frontier and Airbus?
18    A.   I don't know.
19    Q.   Let's go to the next page of the
20   document.  Bates Number 5668.
21      This is Amendment Number 9, and it
22   includes witnesseth paragraphs.
23      Do you see that?
24    A.   Yes.
25      MR. ALEXANDER:  Let's go to the next page

Page 53

1           S. Sashikumar Bindu
2   of the document, which is Bates Number 5669.
3    Q.   At the top of the page is paragraph 1,
4   Delivery Schedule.
5       Do you see that?
6    A.   Yes.
7    Q.   It says, "The delivery schedule table set
8   forth in Clause 9.1 of the agreement is deleted in
9   its entirety and replaced with the delivery schedule
10   table attached hereto as Appendix A."
11      Do you see that?
12    A.   Yes.
13    Q.   Is there a delivery schedule in the
14   purchase agreement?
15    A.   Yes.
16    Q.   Had that schedule been changed at any
17   point prior to this Amendment Number 9?
18    A.   I'm not sure if we changed the delivery
19   schedule.  There had been prior amendments to the
20   PA.  Yes.
21    Q.   But you don't know whether those
22   amendments related to changes of delivery schedules?
23    A.   I'm not sure they were exactly to change
24   delivery schedules in the past, no.
25    Q.   Section 2 is described as predelivery

14 (Pages 50 - 53)

Page 62

1          S. Sashikumar Bindu
2     Q.   The deferral of all future PDP payments,
3  those would be PDP payments other than those
4  relating to MSN 9549; right?
5     A.   That's correct.
6     Q.   Would it just be all PDP payments on all
7  aircraft covered by the purchase agreement?
8     A.   Depends based on timing.  There is a
9  portion that goes based on the exact schedule for
10 different aircraft in the Airbus PA.
11    Q.   Do you know if Airbus responded to this
12 email?
13    A.   I don't recall.  No.
14         MR ALEXANDER:  Let's put up what will be
15 Exhibit 11, which is a document bearing Bates
16 Number Frontier 003978.
17         (Sashikumar Exhibit 11, 4/15/20 email
18 with attachment; 8 pages, marked for
19 identification.)
20    Q.   This is an April 15th, 2020, email from
21 Spencer Thwaytes to you and others.
22         Do you see that?
23    A.   Yes.
24    Q.   If you scroll down to the next page,
25 you'll see an April 11th, 2020, email from Airbus to

Page 63

1          S. Sashikumar Bindu
2  Jimmy Dempsey and others.
3         Do you see that?
4     A.   Yes.
5     Q.   If we can go back to the bottom of the
6  first page, you'll see an email from Jimmy Dempsey
7  on April 14th saying, "Chris, Robert, can you copy
8  Spencer and Sharath in the response so we can
9  analyze the changes.  They are copied above."
10        Do you see that?
11    A.   Yes.
12    Q.   So you received this email?
13    A.   Yes.
14    Q.   Let's go to the next page back to the
15 April 11th email from Christopher Jones at Airbus.
16        Mr. Jones states, "Jimmy, Thanks for
17 taking the time to chat this morning."
18        And he goes on to describe a proposed
19 change in delivery schedule in a chart there.
20        Do you see that?
21    A.   Yes.
22    Q.   The first chart has three columns that
23 are visible:  Planned, 2020, and 2021.
24        Do you see that?
25    A.   Yes.

Page 64

1          S. Sashikumar Bindu
2     Q.   And in the planned column, it says, in
3  the first row before and then in the 2020 column, it
4  says, 13, paren, minus 3 DEL, and then in the 2021
5  column, it says 18.
6         Do you understand what that means?
7     A.   I believe it's just a number of
8  deliveries in the respective years.
9     Q.   So there were supposed to be 13
10 deliveries in 2020?
11    A.   I'm not sure if it's 13 or it's 16 with
12 three delivered and 13 remaining.
13    Q.   I see.  So the next row, change of 2020,
14 shows minus four.
15        Do you understand what that means?
16    A.   I'm sorry.  I'm just looking at the
17 table.
18    Q.   Take your time.
19    A.   I think it is 13 planned in 2020 with
20 three that already delivered, leaving 10 airplanes
21 in 2020 left to deliver, and the minus four is four
22 of those moving out of 2020, leaving nine total in
23 2020, with three that have already been delivered.
24    Q.   Below that chart the email states, "In
25 terms of delivery months, this would translate to,"

Page 65

1          S. Sashikumar Bindu
2  and then there's a chart that lists various aircraft
3  and delivery schedules for those aircraft.
4         Do you see that?
5     A.   Yes.
6     Q.   By my count, there are about 10 aircraft
7  here.
8         Do you agree?
9     A.   Correct.
10    Q.   On the far left column, it says "type"
11 and the type for all those aircraft is A320, right?
12    A.   Yes.
13    Q.   The next column is CAC ID, which I
14 believe you testified earlier is an Airbus
15 identifying number, right?
16    A.   That's correct.
17    Q.   The next column shows MSN, and there's an
18 MSN for six aircraft but not for the last four in
19 the chart.
20        Do you see that?
21    A.   Yes.
22    Q.   Is that because the last four in the
23 chart hadn't been assigned MSNs yet?
24    A.   I believe so.
25    Q.   In the next column it shows planned

17 (Pages 62 - 65)

S. Sashikumar Bindu

1
2 it could be a delay from Airbus based on the delayed
3 notice we saw previously, as well.
4    Q.   How about the next aircraft in the chart,
5 MSN 10031, which has a planned delivery of
6 April 2020; do you know how that planned delivery
7 month came to differ from the scheduled delivery
8 month listed in the framework agreement?
9    A.   I can't say conclusively.  Again, it
10 could be an Airbus delay in delivery.
11    Q.   The next aircraft listed here, MSN 10089,
12 it's listed in this chart as having a planned
13 delivery month of May 2020.
14        Do you know how that planned delivery
15 month came to differ from the scheduled delivery
16 month identified in the framework agreement?
17        MR. HOSENPUD:  Object to the form of the
18 question.  Misstates the evidence.
19        You can answer.
20    A.   Yeah, I believe it is May in both the
21 documents.
22    Q.   Understood.  Okay.  Thank you.
23        Mr. Sashikumar, you've identified three
24 aircraft here.  At this point in April 2020, how
25 many aircraft remained to be delivered under the

S. Sashikumar Bindu

1
2 framework agreement?
3    A.   Five.  Because we delivered one in March.
4    Q.   So you've identified what I believe --
5 strike that.
6        You identified what you believe are the
7 first three aircraft that were covered by the
8 framework agreement.
9        Can you identify in this chart the other
10 two aircraft that were covered by the framework
11 agreement?
12    A.   No.  I don't believe so just because I
13 believe there were other discussions surrounding
14 those two airplanes and I'm not sure exactly how the
15 dates changed on those two airplanes.
16    Q.   You said there were other discussions
17 around those two airplanes.
18        What did you mean by that?
19    A.   I meant just from my standpoint on the
20 discussions that were going on with Airbus at the
21 time at levels that were higher than mine.
22    Q.   There are three aircraft in this chart
23 that you believe were covered by the framework
24 agreement and you identified them.
25        There's another two that you're unable to

S. Sashikumar Bindu

1
2 identify but you believe are in this chart
3 somewhere; is that fair?
4    A.   That's correct.
5    Q.   And there's 10 aircraft in the chart
6 total, so there are five aircraft in here that you
7 agree are not covered by the framework agreement;
8 right?
9    A.   By deduction, yes.
10    Q.   Are you able to identify any of the
11 aircraft in here that are definitely not covered by
12 the framework agreement?
13    A.   No.
14        MR. ALEXANDER:  Let's go back to the
15 first page of this document.
16    Q.   The bottom of that first page is the
17 email we looked at from Jimmy Dempsey.
18        MR ALEXANDER:  Gege, can you go to the
19 bottom of this page, please.
20    Q.   It's an April 14th email from Jimmy
21 Dempsey.  He says, "Can you copy Spencer and Sharath
22 in the response so we can analyze the changes?"
23        Do you recall doing any analysis of these
24 changes?
25    A.   I believe he was referring to the next

S. Sashikumar Bindu

1
2 email once we get that.  But, yes, at that time.
3        MR. ALEXANDER:  So let's go up to the
4 next email.
5    Q.   This is an email from Ray Bishop at
6 Airbus on April 15th, 2020, to Jimmy Dempsey and
7 others including you.  And the email states, "Jimmy,
8 Further to your recent discussions with Chris and
9 Robert, please find attached a delivery schedule
10 scenario for Frontier's review."
11        Do you see that?
12    A.   Yes.
13    Q.   Do you recall doing any analysis related
14 to the delivery schedule scenario described here?
15    A.   Yes.  A lot of it surrounding our PDP
16 obligations.
17    Q.   Did that analysis include analysis of PDP
18 obligations relating to aircraft that were not
19 covered by the framework agreement?
20    A.   Yes.
21    Q.   Because the delivery changes related to
22 changes that were not covered by the framework
23 agreement; right?
24    A.   It was a cascading effect because of the
25 moves even for the aircraft covered by the framework

19 (Pages 70 - 73)

S. Sashikumar Bindu

1    S. Sashikumar Bindu
2    Q.    Do you know what you meant by "Jane's
3  email is the worst"?
4    A.    No idea.
5    Q.    Do you think Jane's March 26th, 2020,
6  email was the worst?
7        MR. HOSENPUD:  Objection.  Calls for
8  speculation now.
9        You can answer.
10   A.    I don't know what I was referring to
11 here.
12       MR ALEXANDER:  I'm about to go to a new
13 exhibit.  I don't know, Mr. Sashikumar, if you
14 want to take a lunch break or what your
15 preference is.  We could take a break or keep
16 going, but it's up to you.
17       THE WITNESS:  My preference for lunch
18 would be, if we can, maybe in an hour time.
19 But if we can take a five-minute break now,
20 that would be good.  We can pop back on.
21       MR ALEXANDER:  Okay.  Five minutes.
22 Let's do that.
23       (A recess was taken from 11:56 a.m. CDT
24 to 12:03 p.m. CDT)
25       MR ALEXANDER:  Let's put up the document

S. Sashikumar Bindu

1    S. Sashikumar Bindu
2  with Bates Number Frontier 00240, which will be
3  Exhibit 15.
4        (Sashikumar Exhibit 15, 3/16/20 email
5  with attached letter; 3 pages, marked for
6  identification.)
7    Q.    Mr. Sashikumar, this is an email from
8  Spencer Thwaytes dated March 16th, 2020, with the
9  subject, "Concession request letter."
10       Do you see that?
11   A.    Yes.
12   Q.    And if we go to the next page of the
13 document, you'll see a letter to Jane O'Callaghan of
14 AMCK dated March 16th, 2020.
15       Do you see that?
16   A.    Yes.
17   Q.    Do you recall ever seeing this document?
18   A.    Yes.
19   Q.    Would it surprise you if you were bcc'd
20 on this email?
21   A.    No, it wouldn't surprise me if I was
22 bcc'd, no.
23   Q.    Let's look at the first page of the
24 letter with the page with Bates number ending 241.
25 This is a request for concessions from AMCK; is that

S. Sashikumar Bindu

1    S. Sashikumar Bindu
2  right?
3    A.    Yes.
4    Q.    Do you know if Frontier sent the same or
5  substantially similar letter to other lessors?
6    A.    We actually did the same day to all of
7  our lessors.
8    Q.    You sent the -- to all of your lessors,
9  you sent the letter on the same day?
10   A.    That's right.
11   Q.    How many of your lessors did you write a
12 letter like this to?
13   A.    I don't know the exact number.  I want to
14 say around 20 lessors at the time.
15   Q.    Did there come a time when Frontier made
16 a decision to send such a letter to all of its
17 lessors?
18   A.    It was ongoing discussions about the pain
19 the airline was feeling as a result of COVID, and I
20 believe there was a decision made to go to all of
21 our vendors.  It wasn't just the lessors.  It was
22 even to other companies that we did business with.
23 Probably not the same request as here because --
24       (Court reporter requested clarification.)
25   A.    With not exactly the same request because

S. Sashikumar Bindu

1    S. Sashikumar Bindu
2  they had to be adjusted for depending on the
3  business we're doing with them.  So other vendors,
4  as well.
5    Q.    Just sticking with lessors, when did
6  Frontier decide to send such a letter to its
7  lessors?
8    A.    I'm not exactly sure of a decision date.
9  It was just, I think, a continuous review process of
10 what the business was going through and what a
11 reasonable ask could be to our leasing partners, and
12 once that decision was made, we did send the letters
13 out to all of our lessors.
14   Q.    And you sent that letter to all lessors
15 on March 16th, 2020?
16   A.    That's correct.
17   Q.    Is one of Frontier's lessors Air Lease
18 Corporation?
19   A.    It is.
20   Q.    Did Frontier send a concession letter
21 request to Air Lease Corporation?
22   A.    I believe we did.  As part of all our
23 lessors, they would have been part of it, yes.
24   Q.    And it's your testimony that you sent
25 that letter to Air Lease Corporation on March 16th,

23 (Pages 86 - 89)

1             S. Sashikumar Bindu
2   2020?
3      A.   From my recollection, yes.
4      Q.   You don't recall any letters to lessors
5   being sent prior to March 16th, 2020; is that right?
6      A.   Not that I'm aware of, no.
7      Q.   Were you involved in preparing this
8   concession letter request?
9      A.   I do vaguely remember being involved in
10  some of the drafting here.  But a lot of it, I
11  believe, came out of discussions between Spencer and
12  Robert.
13     Q.   Do you recall when you worked on
14  preparing this letter?
15     A.   Not exactly when.  But I can say I think
16  my sense was more of it making sure we had the right
17  context to send it to each of the lessors, for
18  example, so making sure that we created copies of
19  this accordingly for each of the leasing companies.
20     Q.   So this letter is dated March 16th.  I
21  believe you testified earlier that you worked that
22  weekend prior at finalizing the delivery of MSN
23  10038; right?
24     A.   We were working a few aspects of that
25  delivery, yes.

1             S. Sashikumar Bindu
2      Q.   Do you recall whether you worked on your
3   part of this letter over that weekend?
4      A.   I don't recall.
5      Q.   Do you recall starting your work on that
6   letter prior to March 16th, 2020?
7      A.   I cannot say for sure.  But probably.
8          MR ALEXANDER:  Let's look at the document
9   with Bates Number Frontier 0003599, which we'll
10  call Exhibit 16.
11         Actually, before we do this one -- sorry,
12  Gege.  Can we put up the document with Bates
13  Number Frontier 001938.  Let's strike that
14  reference to Exhibit 16.  What I called
15  Exhibit 16 is going to be Exhibit 17.  What
16  we're putting up now is going to be Exhibit 16.
17         (Sashikumar Exhibit 16, 3/16/20 email
18  with attached letter; 3 pages, marked for
19  identification.)
20     Q.   This is an email, it looks like, from you
21  to yourself on March 16, 2020, at 5:50 p.m., and it
22  looks like you're attaching the same letter we just
23  looked at.
24     A.   Yes.
25         MR. ALEXANDER:  If we could go to the

1             S. Sashikumar Bindu
2   next page, too, just to build that out.
3      Q.   Do you have any recollection of why you
4   would have been sending this to yourself?
5      A.   Yes.  So we prepared paper documents that
6   had to be signed.  So it was basically a signature
7   from Spencer that we saw at the bottom of that
8   second page, I believe, that we were on that had to
9   be scanned, and then the signed copy was to be
10  emailed out to the lessors.
11         MR ALEXANDER:  Now let's look at the
12  document with Bates Number Frontier 003599.
13  This will be Exhibit 17.
14         (Sashikumar Exhibit 17, 3/15/20 text
15  message, marked for identification.)
16     Q.   This is a text message, it looks like,
17  from your number; right?
18     A.   Mm-hmm.  That's correct.
19     Q.   Dated March 15th, 2020, which, do you
20  agree, would have been a Sunday if March 16th was a
21  Monday?
22     A.   Yes.
23     Q.   And it looks like you're sending a text
24  message to Robert and others.
25         You write, "So just hold off on the

1             S. Sashikumar Bindu
2   emails to Airbus and Jane."
3          Do you see that?
4      A.   Yes.
5      Q.   What did that refer to?
6      A.   I believe this was referring to
7   documentation surrounding the delivery with regards
8   to something to do with a tariff attached to that
9   delivery.  That was what we were working on over the
10  weekend, and how we can navigate the exact documents
11  that had to be set up --
12         (Court reporter requested clarification.)
13         (Record read.)
14     A.   "To take delivery" would have been the
15  end of that sentence.
16         MR ALEXANDER:  Let's put up the document
17  bearing Bates Number Frontier 12299, which will
18  be Exhibit 18.
19         (Sashikumar Exhibit 18, text messages; 4
20  pages, marked for identification.)
21     Q.   This looks like a text message
22  conversation between you and Robert Fanning on
23  April 7th, 2020.
24         Do you agree?
25     A.   Yes.

24 (Pages 90 - 93)

Page 98

1            S. Sashikumar Bindu
2 think, Spencer, and Jimmy were having those
3 discussions with AMCK at the time.
4      Q.   So you mentioned Robert, Spencer, and
5 Jimmy.
6         Is it correct that you didn't have any
7 discussions with AMCK about any rent grace periods?
8      A.   Not directly with AMCK, no.
9      Q.   And that includes both written or oral
10 communications?
11     A.   None that I can recall.
12     Q.   Did you have any phone calls with anyone
13 at AMCK during the April to May 2020 time period?
14     A.   At my level, no.  There was no
15 communication with Dovile or any of the others that
16 usually sent us the invoices during that time frame.
17        MR ALEXANDER:  Let's put up the document
18 with Bates Number Frontier 03606, which will be
19 Exhibit 20.
20        (Sashikumar Exhibit 20, text message,
21 marked for identification.)
22     Q.   This looks like a text message from you
23 to Robert Fanning on April 6, 2020.
24        Do you agree?
25     A.   Yes.

Page 99

1            S. Sashikumar Bindu
2      Q.   And you write, "Are we paying AMCK?"
3        Do you see that?
4      A.   Yes.
5      Q.   Do you recall asking Mr. Fanning that?
6      A.   I mean, it sounds like I said that to
7 him.  It looks like it would have been the day when
8 a payment would have been due, so I'm obviously
9 asking my boss for direction on that.
10     Q.   And how do you know a payment would have
11 been due on that day?
12     A.   Based on my tracker and the due dates of
13 the different lessors.
14     Q.   Do you recall which lease payments were
15 due that day?
16     A.   I don't recall which exactly, no.
17        MR ALEXANDER:  Let's put up what will be
18 Exhibit 21, the document bearing Bates Number
19 Frontier 003607.
20        (Sashikumar Exhibit 21, text message,
21 marked for identification.)
22     Q.   This is a text message on April 6th at
23 7:39 p.m. from Robert Fanning to you and he writes,
24 "All Accipiter rent payments are deferred for the
25 next 10 business days."

Page 100

1            S. Sashikumar Bindu
2        Do you see that?
3      A.   Yes.
4      Q.   Did you have an understanding of what
5 Mr. Fanning meant by that?
6      A.   Yes.
7      Q.   What did you understand that to mean?
8      A.   That none of the payments due during that
9 period of time were to be paid.
10     Q.   Did you have any understanding of when
11 that 10-day grace period ended?
12     A.   No.
13        MR ALEXANDER:  Let's put up what will be
14 Exhibit 22, document with Bates Number Frontier
15 00251.
16        (Sashikumar Exhibit 22, email chain; 3
17 pages, marked for identification.)
18     Q.   This is an April 6th, 2020, email from
19 Robert Fanning to you which he's forwarding an
20 April 6th email from Paul Sheridan of AMCK.
21        Do you see that?
22     A.   Yes.
23     Q.   Mr. Sheridan states, "Hi Jimmy, We just
24 got off the phone with Robert and so I would like to
25 confirm what we discussed.  Mindful of the time it

Page 101

1            S. Sashikumar Bindu
2 might take you to reach agreement with Airbus or to
3 make some other arrangements and, therefore, of the
4 ability for us to reach a deferral agreement, we can
5 confirm that we won't take any actions or call any
6 defaults linked to nonpayment of rents on any
7 aircraft where the rent is due from today to
8 21 April, i.e., for the next 10 working days."
9        Do you see that?
10     A.   Yes.
11     Q.   Did you understand that the grace period
12 of 10 business days would end on April 21st?
13     A.   Based on Paul's communication there, yes.
14     Q.   Are you aware of any communication from
15 AMCK that extended that 10-day grace period?
16     A.   I understand there were discussions
17 ongoing at the time.  But, again, I was not directly
18 involved in those discussions.
19     Q.   Did anyone at Frontier tell you that
20 there will be an extension of that 10-day grace
21 period?
22     A.   Maybe in discussions it came up.  Again,
23 for me to not know what was being spoken about at
24 that level, all I was told is that we have an
25 ongoing negotiation with them and, obviously, we

26 (Pages 98 - 101)

S. Sashikumar Bindu

1
2    were also negotiating with Airbus after this point
3    in time.
4        Q.    Did anyone at Frontier instruct you not
5    to make payments to AMCK after April 21st, 2020?
6        A.    I can't recall.
7        Q.    Did you make any change to your tracker
8    to reflect an extension of rent payments during
9    April 2020?
10       A.    No.  There was an assumption on the
11   deferral because we had to generate a separate file
12   that would account for deferred rent between all of
13   our lessors.  So there was another tracker that was
14   keeping track of normal payments but also what
15   deferrals would look like and what the repayment
16   period was, which is what we were negotiating with,
17   with all of our lessors at the time.
18       Q.    Just to make sure I understand, you said
19   you did not update your lease file tracker document,
20   but you referenced another document that tracked
21   deferrals?
22       A.    We had to create a document that would
23   show us what the deferrals would look like and what
24   the repayment periods would look like depending on
25   different terms we got with different lessors.

S. Sashikumar Bindu

1
2        Q.    What was that document called, if you
3    know?
4        A.    I think I called it interest calc file,
5    from memory.
6        Q.    Did you prepare that document for each of
7    your lessors or was it one document for many
8    lessors?
9        A.    It was one document that had all of our
10   lessors' individual tabs in it.
11       Q.    Do you recall including any information
12   about the 14 original leases with AMCK in that
13   interest calc file?
14       A.    I'm sure AMCK was part of the file
15   because, again, it was a model built to analyze what
16   the interest would be with deferring rent payments.
17       Q.    So the interest calc file would show --
18   strike that.
19          The interest calc file reflected your
20   calculations of what interest payments would have
21   been if there were a deferral for any number of
22   lessors; is that correct?
23       A.    Yes.
24       Q.    Was there any document that you managed
25   that indicated the payment dates for any AMCK 14

S. Sashikumar Bindu

1
2    leases had been changed?
3        A.    No.
4          MR ALEXANDER:  Let's put up Exhibit 23,
5    which will be Frontier's interrogatory
6    responses.
7          (Sashikumar Exhibit 23, interrogatory
8    response; 10 pages, marked for identification.)
9        Q.    Mr. Sashikumar, this is a document called
10   "Plaintiff Frontier Airlines, Inc.'s Response to
11   Defendants' First Interrogatories."
12         Do you see that?
13       A.    Yes.
14       Q.    Then if we go to the very last page of
15   this document, you'll see a verification signed by
16   you which states, "I have read the foregoing
17   Plaintiff Frontier Airlines, Inc.'s Response to
18   Defendants' First Interrogatories and know its
19   contents."
20         Do you see that?
21       A.    Yes.
22       Q.    Do you recall looking at this document?
23       A.    At the time, yes.
24       Q.    Do you believe the information in the
25   interrogatory responses is accurate?

S. Sashikumar Bindu

1
2        A.    To my knowledge, yes.
3          MR. ALEXANDER:  Let's look at
4    Interrogatory Number 6, which is on page 7 of
5    the document.
6        Q.    Do you understand that Interrogatory
7    Number 6 is asking for information about Frontier's
8    claims for damages in this case?  Do you see that?
9        A.    Yes.
10       Q.    Below that interrogatory is an answer,
11   and there are a number of objections.  In the very
12   last line on the page, it says, "Plaintiff responds
13   as follows."
14         Do you see that?
15       A.    Yes.
16       Q.    And it goes on to say, "Plaintiff claims
17   damages related to its agreements with CDB Aviation
18   and Jackson Square Aviation."
19         Do you see that?
20       A.    Yes.
21       Q.    What is CDB Aviation?
22       A.    Another lessor of ours.
23       Q.    What agreements with CDB Aviation are
24   referred to here?
25       A.    We entered into three lease agreements --

27 (Pages 102 - 105)

Page 106

S. Sashikumar Bindu

1
2 three lease agreements with them for three airplanes
3 that delivered in July of 2020.
4      Q.   When did you enter those agreements?
5      A.   I want to say either June or July of
6 2020.
7      Q.   Were those lease agreements pursuant --
8 strike that.
9            Were these lease agreements related to
10 any sale-leaseback transaction with CDB Aviation?
11     A.   Yes.
12     Q.   The response here refers to CDB Aviation
13 and Jackson Square Aviation.
14            What is Jackson Square Aviation?
15     A.   Another one of our lessors.
16     Q.   Does Frontier have leases with Jackson
17 Square Aviation other than the leases described
18 here?
19     A.   Yes.
20     Q.   Does Frontier have leases with CDB
21 Aviation other than the agreements described here?
22     A.   No.
23     Q.   What are the agreements with Jackson
24 Square Aviation that are referenced here?
25     A.   I believe it's to do with three aircraft

Page 107

S. Sashikumar Bindu

1
2 sale-leaseback that we did with them as well.
3      Q.   You said it was three aircraft?
4      A.   Yes.
5      Q.   Were those leases also related to a
6 sale-leaseback transaction?
7      A.   Yes.
8      Q.   When were those leases agreed with
9 Jackson Square Aviation?
10     A.   I'm not sure of the exact timing.  I want
11 to say a little later on in 2020.
12     Q.   Do you know when the aircraft covered by
13 those lease agreements were delivered?
14     A.   I want to say either February or March of
15 2021.
16     Q.   Were you involved in negotiating any of
17 those agreements with CDB Aviation or Jackson Square
18 Aviation?
19     A.   I was one of the people involved in it,
20 yes.
21     Q.   Did you deal directly with CDB Aviation
22 or Jackson Square Aviation?
23     A.   I was on calls with them, among others,
24 yes.
25     Q.   Were you involved in considering the

Page 108

S. Sashikumar Bindu

1
2 financial terms of those agreements?
3      A.   Yes.
4      Q.   The interrogatory goes on stating,
5 "Plaintiff claims damages related to its agreements
6 with CDB Aviation and Jackson Square Aviation, which
7 agreements specifically reduced purchase price per
8 aircraft, increased rent per aircraft, and provided
9 less favorable return condition provisions, less
10 favorable early termination options and less
11 favorable on-watch burden."
12            Do you see that?
13     A.   Yes.
14     Q.   What I'd like to do is go through each of
15 those items one at a time.
16            So the first item listed there is an
17 increased -- strike that.
18            The first items listed there is a reduced
19 purchase price per aircraft.
20            Do you see that?
21     A.   Yes.
22     Q.   What does that mean?
23     A.   It means, compared to what the purchase
24 price would have been under AMACK -- or AMCK --
25 please strike that.

Page 109

S. Sashikumar Bindu

1
2            Compared to the purchase price with AMCK,
3 the purchase price we got with CDB Aviation and
4 Jackson Square were reduced under the sale-leaseback
5 agreement.
6      Q.   Do you recall what purchase price AMCK
7 had agreed to pay?
8      A.   I believe it was 51 million.
9      Q.   Do you recall what purchase price CDB
10 Aviation agreed to pay?
11     A.   48 and-a-half million.
12     Q.   How about Jackson Square Aviation?
13     A.   I believe they were 49 million.
14     Q.   You said it's a reduced purchase price in
15 connection with the sale-leaseback transaction.
16            What was being purchased?
17     A.   The lessor is purchasing the aircraft
18 from us to lease it back to us.
19     Q.   So the purchase price was an amount that
20 would have been paid to Frontier?
21     A.   In a manner of speaking, yes.
22     Q.   You said in a manner of speaking.  Would
23 you put it in different words?
24     A.   Typically, Airbus is involved in the
25 transaction, as well, when we take delivery of the

28 (Pages 106 - 109)

Page 110

1          S. Sashikumar Bindu
2    aircraft.  The sale-leaseback happens as of closing
3    with Airbus.  So it happens as a facet of the
4    payment that would have to go to Airbus and the
5    payment that the lessor is making to us.  And so
6    those happen at the same time when we do the
7    sale-leaseback transaction.
8        Q.    So an increased purchase price would
9    generate more profit for Frontier on a transaction;
10   is that right?
11       A.    Correct.
12       Q.    And decreased purchase price would result
13   in lower profit on a transaction; correct?
14       A.    Correct.
15       Q.    The next item that's listed here is an
16   increased rent per aircraft.
17          Do you see that?
18       A.    Yes.
19       Q.    What does that item of damage to Frontier
20   mean?
21       A.    It means the monthly rent we would have
22   paid AMCK would have been significantly less than
23   the monthly rent we would pay -- or ended up paying
24   with CDB Aviation and Jackson Square Aviation.
25       Q.    So the monthly rent for the lease

Page 111

1          S. Sashikumar Bindu
2    agreements with CDB Aviation is a higher monthly
3    rent than that under the leases with AMCK?
4        A.    That's correct.
5        Q.    And the monthly rent on the lease
6    agreements with Jackson Square Aviation is a higher
7    monthly rent than the rent would have been with
8    leases with AMCK; is that correct?
9        A.    That's correct.
10       Q.    Those monthly rent amounts are paid on a
11   monthly basis going forward; is that right?
12       A.    Yes.
13       Q.    Frontier didn't pay all that monthly
14   rental amount upfront, did it?
15       A.    No.
16       Q.    How long is the term of the CDB Aviation
17   leases?
18       A.    144 months.
19       Q.    And how long is the term of the Jackson
20   Square Aviation leases?
21       A.    144 months, as well.
22       Q.    So the higher monthly rent amount is paid
23   over the life of that 144-month term; correct?
24       A.    Yes.
25       Q.    The next item on the list here is less

Page 112

1          S. Sashikumar Bindu
2    favorable return condition provisions.
3          Do you see that?
4        A.    Yes.
5        Q.    What does that mean?
6        A.    In general, you have to return the
7    aircraft at a certain condition at the end of every
8    lease back to your lessor.  Not all of it equates
9    directly to payments you would make, but more so
10   some of them could be an increased burden at the end
11   of the lease when we have to return the aircraft
12   with certain specific conditions to restore the
13   airplane in a certain way.  And when you compare the
14   return condition provisions we negotiated with AMCK
15   to what we ended up with with CDB Aviation and
16   Jackson Square, they were less favorable compared to
17   AMCK.
18       Q.    Do you know which specific conditions
19   were less favorable?
20       A.    I don't recall which exact provision it
21   is, no.
22       Q.    Have you calculated any dollar amount of
23   harm related to those return conditions?
24       A.    Not directly and, not to skip a step, but
25   only with -- as it relates to the on-watch burden

Page 113

1          S. Sashikumar Bindu
2    that is listed there, as well, which is one of the
3    return conditions under those deals.
4        Q.    The third item we're looking at here,
5    less favorable term conditions, that would actually
6    include the last item on the list, the less
7    favorable on-watch burden; is that right?
8        A.    Yes.
9        Q.    You said you did calculate a dollar
10   amount regarding on-watch burden?
11       A.    Yes, as it related to CDB Aviation.
12       Q.    What is an on-watch burden?
13       A.    So, it's more to do with how the trend of
14   the engines installed on the aircraft are at the end
15   of the lease and directly linking that to what the
16   return condition of that engine needs to be at the
17   end.  So it's a probability item that you have to
18   consider that says there is a chance that this
19   engine could be a bad trend that could result in us
20   having that burden.  So I think in the damages what
21   we've assumed was that that burden would be
22   something we'd get on one of the aircraft of the
23   three that we had with CDB because we did a three
24   aircraft sale-leaseback with them, which is what
25   you'll see in the damages for them.

29 (Pages 110 - 113)

Page 114

S. Sashikumar Bindu

1
2    Q.    Did you have any reason to believe that
3  the engine could be bad or this is just an estimate
4  of what might happen?
5    A.    It's based on experience and what we
6  think could happen.
7    Q.    Do you have any understanding currently
8  that there is a problem with the engines for any of
9  these leases?
10    A.    We have ongoing issues with the engines
11  that we work with the manufacturers on.  So it
12  becomes an expectation, frankly, in a 12-year lease
13  term on what the engine is going to look like in
14  12 years' time.
15    Q.    What about the on-watch provisions
16  related to the CDB Aviation leases are worse than
17  the leases with AMCK would have been?
18    A.    CDB Aviation had a specific carve-out
19  that related to on-watch as far as the expectation
20  of the engine being in a certain way at return,
21  which, as I recall, were not part of the AMCK lease.
22  And so it creates an increased burden.
23    Q.    Did you calculate a dollar amount
24  associated with that increased burden?
25    A.    Yes.

Page 115

S. Sashikumar Bindu

1
2    Q.    What is that amount?
3    A.    I don't recall the exact dollar amount,
4  but I think it's part of the calculations that were
5  submitted.
6    Q.    We have covered the reduced purchase
7  price, the increased rent, and less favorable return
8  conditions.  Let's look at the next item on the
9  list:  Less favorable early termination options.
10    Do you see that?
11    A.    Yes.
12    Q.    What does that refer to?
13    A.    The AMCK deal had a provision for an
14  early termination option at the end of year 8 for
15  those leases and that option was not part of the
16  agreements with CDB Aviation and Jackson Square
17  Aviation.
18    Q.    The early termination option was an
19  option that Frontier had under the AMCK leases?
20    A.    Yes.
21    Q.    Did you calculate a dollar amount
22  associated with the harm from less favorable early
23  termination options?
24    A.    I don't believe so, no.
25    Q.    In the next sentence, the response

Page 116

S. Sashikumar Bindu

1
2  states, "Damages associated with plaintiff's
3  agreement with CDB Aviation, total approximately
4  $31,313,400."
5    Do you see that?
6    A.    Yes.
7    Q.    So that figure reflects the five
8  items of damages that we just went through?
9    A.    Yes.
10    Q.    As to the increased rent per aircraft, do
11  you know if that amount is discounted to present
12  value in this figure?
13    A.    In this figure, I don't believe so, no.
14    Q.    Do you know if the increased rent per
15  aircraft were discounted to present value what the
16  damages associated with plaintiff's agreement with
17  CDB Aviation would be?
18    A.    I don't offhand, but I think that was
19  part of the file that was provided, as well.
20    Q.    The interrogatory then states, "Damages
21  associated with plaintiff's agreement with Jackson
22  Square Aviation total approximately $21,866,100."
23    Do you see that?
24    A.    Yes.
25    Q.    Does that include all of the items of

Page 117

S. Sashikumar Bindu

1
2  damages we discussed above?
3    A.    Yes.
4    Q.    As to increased rent amount, is that
5  figure discounted to present value in that
6  $21.8 million figure?
7    A.    Not in that number, no.
8    Q.    Taking the damages from the CDB Aviation
9  agreement and the Jackson Square Aviation agreement,
10  it looks like approximately over 53 -- a little over
11  $53 million.
12    Is that roughly right?
13    A.    Yes.
14    Q.    In the next sentence it says, "Plaintiff
15  incurred such damages in or around June 2020."
16    Do you see that?
17    A.    Yes.
18    Q.    I believe you explained earlier that the
19  Jackson Square Aviation contract wasn't entered
20  until later in 2020; is that correct?
21    A.    My recollection of it.
22    Q.    So Frontier's damages associated with the
23  Jackson Square Aviation agreements actually came
24  later than June; is that right?
25    A.    Again, I may be wrong, but my

30 (Pages 114 - 117)

Page 118

1          S. Sashikumar Bindu
2    recollection of it, yes.
3          MR ALEXANDER:  Let's put up the next
4    exhibit, which will be Exhibit 24.  It's a
5    document with Bates Number Frontier 008478.
6          (Sashikumar Exhibit 24, 10/7/20 email
7    with attachment; 2 pages, marked for
8    identification.)
9    Q.    This is an email from you to Spencer
10   Thwaytes and copying Robert Fanning, the subject,
11   "AMCK damages."
12         Do you see that?
13   A.    Yes.
14         MR ALEXANDER:  Can we go to the next
15   page, please.
16   Q.    You referred to a damages file earlier.
17         Is this the file you were talking about?
18   A.    Yes.
19   Q.    In the top left of this document, it
20   looks like a chart that compares the AMCK, CDB, and
21   JSA contracts; is that right?
22   A.    Yes.
23   Q.    And JSA is Jackson Square Aviation?
24   A.    That's correct.
25         MR ALEXANDER:  Let's put up the next

Page 119

1          S. Sashikumar Bindu
2    document, which will be Exhibit 25, which is an
3    enlarged version of this chart.  And we may
4    already have that up on the screen.
5          (Sashikumar Exhibit 25, damages document,
6    marked for identification.)
7    Q.    This enlarged document is Exhibit 25.
8    What I'd like to do, Mr. Sashikumar is walk through
9    this chart a little bit.
10         On the left column, it shows thousands of
11   dollars per aircraft, rent and PP only.
12         Do you see that?
13   A.    Yes.
14   Q.    And then below that is purchase price and
15   below that is B/W to AMCK.
16         Do you see that?
17   A.    Yes.
18   Q.    B/W, does that mean better or worse?
19   A.    That's correct.
20   Q.    So in this purchase price section of the
21   chart, it shows a purchase price for AMCK of
22   $51 million times five aircraft, and a purchase
23   price for CDB of $48.5 million for three aircraft,
24   and a purchase price of $49 million for JSA with two
25   aircraft.

Page 120

1          S. Sashikumar Bindu
2          Is that right?
3    A.    Correct.
4    Q.    Those are the figures you use to
5    calculate the reduced purchase price figure we spoke
6    about earlier; is that right?
7    A.    That's correct.
8    Q.    In the next section of the chart, it
9    shows, in the first several lines there, rent
10   amounts.  So there's a final eight-year rent for the
11   AMCK contracts.
12         What does that mean?
13   A.    It's the effective rent that we would
14   have paid under the AMCK contract.
15   Q.    What do you mean by "effective rent"?
16   A.    There is a swap rate adjustment metric in
17   the lease agreements based on base rent and an
18   adjustment based on swap rates that get you to an
19   effective rent.
20   Q.    Below that is a reference to four-year
21   extension rent for the AMCK contracts.
22         What does that refer to?
23   A.    It refers to basically a rent that we
24   would have been able to negotiate with them for the
25   last four years of the lease, again, based on our

Page 121

1          S. Sashikumar Bindu
2    experience for an airplane that's eight years old at
3    the time and what we think will be a conservative
4    number for that four-year rent.
5    Q.    The next row shows final 12-year rent,
6    and this row only applies to CDB and JSA; correct?
7    A.    Yes.
8    Q.    What does the information in this row
9    refer to?
10   A.    It refers to the final rent amounts under
11   the CDB agreement and the Jackson Square agreement
12   for the 12-year lease we have with them.
13   Q.    So those are monthly rent amounts
14   reflected there?
15   A.    Yes.
16   Q.    So, for the CDB agreements, the monthly
17   rent was approximately 315,000 and change; is that
18   right?
19   A.    That's correct.
20   Q.    And for JSA, it's approximately 325,000
21   and change; is that right?
22   A.    That's correct.
23   Q.    Below that is a row for nominal rent.
24         Do you see that?
25   A.    Yes.

31 (Pages 118 - 121)

1           S. Sashikumar Bindu
2      Q.   And that lists figures for each of the
3  AMCK, CDB, and JSA contracts, right?
4      A.   Correct.
5      Q.   And that is just the sum of all rent owed
6  over the life of the contract; is that right?
7      A.   Yes.
8      Q.   In the next row, it shows nominal better
9  or worse to AMCK and it shows for CDB Aviation
10  approximately $7.4 million worse in connection with
11  the CDB contracts and approximately $8.9 million
12  worse in connection with the JSA contracts; is that
13  right?
14      A.   Yes.
15      Q.   And then below that is a row for NPV
16  rent.
17           Does NPV refer to net present value?
18      A.   It does.
19      Q.   And it lists figures for each of the
20  contracts there; is that right?
21      A.   Yes.
22      Q.   And the row below that, it shows net
23  present value better or worse to AMCK, and it shows
24  for the CDB contracts, those are approximately
25  $4.1 million worse than the AMCK contract; right?

1           S. Sashikumar Bindu
2      A.   Yes.
3      Q.   And for JSA, it's approximately
4  $4.9 million worse than the AMCK contract; correct?
5      A.   Yes.
6      Q.   Below that is a reference to on-watch
7  burden, which you testified about earlier.
8      A.   Yes.
9      Q.   And for the on-watch burden nominal,
10  there's a $475,252 figure; is that right?
11      A.   Yes.
12      Q.   And that's the amount you calculated
13  based on your estimate of the different on-watch
14  burden terms of the CDB contracts; is that right?
15      A.   That's correct.
16      Q.   The next is on-watch burden NPV, which
17  includes a figure of $143,857.
18           Do you see that?
19      A.   Yes.
20      Q.   And that's the on-watch burden discounted
21  to present value; right?
22      A.   Correct.
23      Q.   Because this is an issue that would only
24  arise at the end of the lease term if it arises,
25  correct?

1           S. Sashikumar Bindu
2      A.   That's correct.
3      Q.   In the section below that, it shows
4  thousands per aircraft, rent and PP only, and it
5  shows nominal and NPV totals better or worse for the
6  CDB and JSA contracts; is that right?
7      A.   Yes.
8      Q.   In the section below that, it shows a
9  similar calculation but for five aircraft.
10           Do you see that?
11      A.   Yes.
12      Q.   And it shows that the CDB contracts were
13  at a nominal total $31,313,440.04 worse than the
14  AMCK contracts; is that right?
15      A.   Around $0.40, but, yes.
16      Q.   Oh.  Yes.  Noted.
17           And then, for the JSA contracts, it shows
18  a nominal total of $21,866,107.50 worse than the
19  AMCK contracts; is that right?
20      A.   Yes.
21      Q.   So the nominal total better or worse to
22  AMCK is negative $53,179,547.80; is that right?
23      A.   Yes.
24      Q.   So that's roughly the figure in the
25  interrogatory response that totaled about

1           S. Sashikumar Bindu
2  $53 million; is that right?
3      A.   That's correct.
4      Q.   In the row below that, it shows NPV total
5  better or worse to AMCK, and it shows that the CDB
6  contracts are worse by $21,329,485.80; is that
7  right?
8      A.   20,329,000, but yes.
9      Q.   For the JSA contracts, the chart shows
10  that those are $13,974,244.90; is that right?
11      A.   Yes.
12      Q.   So the total net present value amount by
13  which those contracts are worse than the AMCK
14  contracts in your calculation are $34,303,730.80; is
15  that correct?
16      A.   Yes.
17      Q.   There's a note below this chart which
18  says, "Note:  Discount rate is assumed to be
19  10 percent."
20           Do you see that?
21      A.   Yes.
22      Q.   Is 10 percent the standard rate you use
23  to discount to net present value?
24      A.   Typically, yes.
25      Q.   It says in the line below that, "Return

32 (Pages 122 - 125)