| From: | Dovile Kukulskiene <dovile.kukulskiene@accipiter.aero> |
| Sent: | Monday, July 1, 2019 3:32 AM |
| To: | Frontier Airlines Fleet Administration; Sashikumar Bindu, Sharath; Fanning, Robert |
| Cc: | Accipiter Contracts |
| Subject: | Invoices - Frontier Airlines, Inc. |
| Attachments: | 18RD000942.pdf |

Dear All,

We were expecting payment for the attached invoice on Friday 28th June however funds have not yet been received.

Please can you provide an update regarding this payment.

Many thanks,
Dovi

Dovile Kukulskiene
Manager, Contracts Management

First Floor
28-29 Sir John Rogerson's Quay
Dublin 2
Ireland
Mob:    +353 851725231
Tel:      +353 1 5170111
Fax:     +353 1 5170199
E-mail: dovile.kukulskiene@accipiter.aero

_____

This e-mail message (including any attachments, this "message") is the property of Accipiter Holdings Designated Activity Company and/or its affiliates or subsidiaries (collectively, "Accipiter") and is intended only for use by the addressee. This message is confidential and the information in it may not be disclosed or used except for the purpose for which it has been sent. This message may also be legally privileged. If you have received this message in error, you are on notice of its status and you may not review, print, save, copy, distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete the original and all copies of this message and any attachments from your system. Any views or opinions expressed in this message are those of the author and are not necessarily those of Accipiter. Since the internet cannot guarantee the integrity of this message which may not be reliable, Accipiter shall not be liable for this message if modified, changed or falsified.

Accipiter Holdings Designated Activity Company is a company incorporated in Ireland with company number 546613 and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

EXHIBIT
McInerney
**28**
3-11-2022

**Wells Fargo Trust Company, National Association**
299 South Main Street, 5th Floor
Salt Lake City
Utah
84111
United States of America

Phone: 801-246-5630
Fax: 801-246-5053

# Invoice

**American Airlines, Inc**
4333 Amon Carter Blvd
Fort Worth
Texas
United States of America
76155

| | |
|---|---|
| Invoice Number: | 18RD000942 |
| Invoice Date: | 28-Dec-2018 |
| Payment Due Date: | 28-Jun-2019 |
| Asset: | 4966/N554UW/A321-200 |

**Aircraft Operating Lease Agreement dated 14 June 2011 in respect of one Airbus A321-200 aircraft with MSN 4966**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 30-Jun-2019 to 29-Jul-2019 | ■■■■ |
| **Total Amount Due:** | ■■■■ |

| Payment Instructions | |
|---|---|
| **Account Bank:** | Wells Fargo Bank, NA |
| **Account Name:** | Corporate Trust Lease Group |
| **Account Number:** | ■■■■ |
| **SWIFT:** | WFBIUS6S |
| **ABA:** | 121000248 |
| **Reference:** | American Airlines - MSN 4966 |

Please ensure bank fees are not deducted from or charged to the above account

Page 1 of 1

Message

| | |
|---|---|
| **From**: | Michael McInerney [michael.mcinerney@accipiter.aero] |
| **Sent**: | 9/23/2019 8:52:54 AM |
| **To**: | Frontier Airlines Fleet Administration [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=307972a306564466bfbc60b440045c40-Frontier Ai]; Sashikumar Bindu, Sharath [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6a2fe09b1e3f4e63b2828192e5303c1d-Sashikumar]; Fanning, Robert [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8ab5e17c54834972914c6155f556c884-Fanning, Ro] |
| **CC**: | Contracts [contracts@accipiter.aero] |
| **Subject**: | Invoices - Frontier Airlines, Inc. |
| **Attachments**: | 19RD000333.pdf |

Dear All,

The invoice attached was due on Friday 20th Sept, however funds have not yet been received.
Please can you provide an update regarding this payment.

Many thanks,
Mike


Mike McInerney
Manager, Contracts Management

First Floor
28-29 Sir John Rogerson's Quay
Dublin 2
Ireland

Mob:    +353 86 7912182
E-mail: michael.mcinerney@accipiter.aero

---

This e-mail message (including any attachments, this "message") is the property of Accipiter Holdings Designated Activity Company and/or its affiliates or subsidiaries (collectively, "Accipiter") and is intended only for use by the addressee. This message is confidential and the information in it may not be disclosed or used except for the purpose for which it has been sent. This message may also be legally privileged. If you have received this message in error, you are on notice of its status and you may not review, print, save, copy, distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete the original and all copies of this message and any attachments from your system. Any views or opinions expressed in this message are those of the author and are not necessarily those of Accipiter. Since the internet cannot guarantee the integrity of this message which may not be reliable, Accipiter shall not be liable for this message if modified, changed or falsified. Accipiter Holdings Designated Activity Company is a company incorporated in Ireland with company number 546613 and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD000333 |
| Invoice Date: | 14-Jun-2019 |
| Payment Due Date: | 20-Sep-2019 |
| Asset: | 8766/N349FR/A320-200N |

**Aircraft Lease Agreement dated 22 March 2019 in respect of one Airbus A320-251N aircraft with MSN 8766**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 22-Sep-2019 to 21-Oct-2019 | ██████ |
| **Total Amount Due:** | ██████ |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | ██████ |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8766 |

Please ensure bank fees are not deducted from or charged to the above account

Page 1 of 1

Message

---

| | |
|---|---|
| **From**: | Dovile Kukulskiene [dovile.kukulskiene@accipiter.aero] |
| **Sent**: | 9/30/2019 3:18:32 AM |
| **To**: | Frontier Airlines Fleet Administration [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=307972a306564466bfbc60b440045c40-Frontier Ai]; Sashikumar Bindu, Sharath [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6a2fe09b1e3f4e63b2828192e5303c1d-Sashikumar]; Fanning, Robert [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8ab5e17c54834972914c6155f556c884-Fanning, Ro] |
| **CC**: | Contracts [contracts@accipiter.aero] |
| **Subject**: | RE: Invoices - Frontier Airlines, Inc. |
| **Attachments**: | 19RD000585.pdf |

Dear All,

Please note that the attached invoices is now overdue. Can you please confirm when we can expect to receive the funds?

Thanks
Dovi

-----Original Message-----
From: dovile.kukulskiene@accipiter.aero <dovile.kukulskiene@accipiter.aero>
Sent: Wednesday 31 July 2019 12:57
To: fleetadmin@flyfrontier.com; Sharath.Sashikumar@flyfrontier.com; robert.fanning@flyfrontier.com; Accipiter Contracts <contracts@accipiter.aero>; Accipiter Finance <finance@accipiter.aero>
Subject: Invoices - Frontier Airlines, Inc.

Dear Sir/Madam,

Please find your invoice(s) attached. This is a system generated email sent on behalf of the Accipiter Contracts Management team. Please do not reply to this message.
Should you have any queries please respond directly to contracts@accipiter.aero

Kind regards
Accipiter Contracts Management
_____

This e-mail message (including any attachments, this "message") is the property of Accipiter Holdings Designated Activity Company and/or its affiliates or subsidiaries (collectively, "Accipiter") and is intended only for use by the addressee. This message is confidential and the information in it may not be disclosed or used except for the purpose for which it has been sent. This message may also be legally privileged. If you have received this message in error, you are on notice of its status and you may not review, print, save, copy, distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete the original and all copies of this message and any attachments from your system. Any views or opinions expressed in this message are those of the author and are not necessarily those of Accipiter. Since the internet cannot guarantee the integrity of this message which may not be reliable, Accipiter shall not be liable for this message if modified, changed or falsified. Accipiter Holdings Designated Activity Company is a company incorporated in Ireland with company number 546613 and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD000585 |
| Invoice Date: | 31-Jul-2019 |
| Payment Due Date: | 27-Sep-2019 |
| Asset: | 8307/N332FR/A320-200N |

**Aircraft Lease Agreement dated 29 August 2018 in respect of one Airbus A320-251N aircraft with MSN 8307**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 29-Sep-2019 to 28-Oct-2019 | ██████ |

| Total Amount Due: | ██████ |
|---|---|

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | ██████ |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8307 |

Please ensure bank fees are not deducted from or charged to the above account

Page 1 of 1

CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Dovile Kukulskiene [dovile.kukulskiene@amck.aero] |
| **Sent**: | 10/31/2019 4:13:59 AM |
| **To**: | Frontier Airlines Fleet Administration [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=307972a306564466bfbc60b440045c40-Frontier Ai]; Sashikumar Bindu, Sharath [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6a2fe09b1e3f4e63b2828192e5303c1d-Sashikumar]; Fanning, Robert [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8ab5e17c54834972914c6155f556c884-Fanning, Ro] |
| **CC**: | Contracts [contracts@amck.aero] |
| **Subject**: | Frontier MSN 9177 Rental Invoice |
| **Attachments**: | 19RD002783.pdf |

Dear All,

Please note that the attached invoice is now overdue. Can you please provide an update regarding this payment?

Thanks
Dovi


Dovile Kukulskiene
Manager, Contracts Management
M: +353 86 779 2076



First Floor
28-29 Sir John Rogerson's Quay
Dublin D02 EY80, Ireland
www.AMCK.aero

---

This e-mail message (including any attachments, this "message") is the property of AMCK Aviation Holdings Ireland Limited and/or its affiliates (collectively, "AMCK") and is intended only for use by the addressee. This message is confidential and the information in it may not be disclosed or used except for the purpose for which it has been sent. This message may also be legally privileged. If you have received this message in error, you are on notice of its status and you may not review, print, save, copy, distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete the original and all copies of this message and any attachments from your system. Any views or opinions expressed in this message are those of the author and are not necessarily those of AMCK. Since the internet cannot guarantee the integrity of this message which may not be reliable, AMCK shall not be liable for this message if modified, changed or falsified.
AMCK Aviation Holdings Ireland Limited is a company incorporated in Ireland with company number 552762 and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

FRONTIER0003707

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD002783 |
| Invoice Date: | 18-Oct-2019 |
| Payment Due Date: | 30-Oct-2019 |
| Asset: | 09177/N359FR/A320-200N |

**Aircraft Lease Agreement dated 30 September 2019 in respect of one Airbus A320-251N aircraft with MSN 9177**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 30-Oct-2019 to 29-Nov-2019 | ■■■■ |
| **Total Amount Due:** | ■■■■ |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | ■■■■ ■■ |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 9177 |

Please ensure bank fees are not deducted from or charged to the above account

Page 1 of 1

CONFIDENTIAL

FRONTIER0003708

Message

| From: | Dovile Kukulskiene [dovile.kukulskiene@amck.aero] |
|---|---|
| Sent: | 11/1/2019 6:37:18 AM |
| To: | Frontier Airlines Fleet Administration [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=307972a306564466bfbc60b440045c40-Frontier Ai]; Sashikumar Bindu, Sharath [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6a2fe09b1e3f4e63b2828192e5303c1d-Sashikumar]; Fanning, Robert [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8ab5e17c54834972914c6155f556c884-Fanning, Ro] |
| CC: | Contracts [contracts@amck.aero] |
| Subject: | RE: Frontier MSN 9177 Rental Invoice |

Dear All,

Can you please provide an update on this? We haven't received the payment yet.

Regards
Dovi

---

**From:** Dovile Kukulskiene <dovile.kukulskiene@amck.aero>
**Sent:** Thursday 31 October 2019 10:14
**To:** fleetadmin@flyfrontier.com; Sharath.Sashikumar@flyfrontier.com; robert.fanning@flyfrontier.com
**Cc:** Contracts <contracts@amck.aero>
**Subject:** Frontier MSN 9177 Rental Invoice

Dear All,

Please note that the attached invoice is now overdue. Can you please provide an update regarding this payment?

Thanks
Dovi


Dovile Kukulskiene
Manager, Contracts Management
M: +353 86 779 2076



First Floor
28-29 Sir John Rogerson's Quay
Dublin D02 EY80, Ireland
www.AMCK.aero

---

This e-mail message (including any attachments, this "message") is the property of AMCK Aviation Holdings Ireland Limited and/or its affiliates (collectively, "AMCK") and is intended only for use by the addressee. This message is confidential and the information in it may not be disclosed or used except for the purpose for which it has been sent. This message may also be legally privileged. If you have received this message in error, you are on notice of its status and you may not review, print, save, copy, distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete the original and all copies of this

message and any attachments from your system. Any views or opinions expressed in this message are those of the author and are not necessarily those of AMCK. Since the internet cannot guarantee the integrity of this message which may not be reliable, AMCK shall not be liable for this message if modified, changed or falsified.

AMCK Aviation Holdings Ireland Limited is a company incorporated in Ireland with company number 552782 and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

CONFIDENTIAL

FRONTIER0003710

Message

| | |
|---|---|
| **From**: | Sashikumar Bindu, Sharath [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6A2FE09B1E3F4E63B2828192E5303C1D-SASHIKUMAR] |
| **Sent**: | 11/1/2019 8:24:01 AM |
| **To**: | Dovile Kukulskiene [dovile.kukulskiene@amck.aero]; Frontier Airlines Fleet Administration [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=307972a306564466bfbc60b440045c40-Frontier Ai]; Fanning, Robert [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8ab5e17c54834972914c6155f556c884-Fanning, Ro] |
| **CC**: | Contracts [contracts@amck.aero] |
| **Subject**: | RE: Frontier MSN 9177 Rental Invoice |

Hi Dovi,

Apologies, since it was a new aircraft, the invoice did not flow through our usual process. It will be paid shortly and I will provide you with the payment confirmation.


Thanks,
Sharath

---

**From:** Dovile Kukulskiene <dovile.kukulskiene@amck.aero>
**Sent:** Friday, November 1, 2019 6:37 AM
**To:** Frontier Airlines Fleet Administration <FleetAdmin@flyfrontier.com>; Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>; Fanning, Robert <robert.fanning@flyfrontier.com>
**Cc:** Contracts <contracts@amck.aero>
**Subject:** RE: Frontier MSN 9177 Rental Invoice

Dear All,

Can you please provide an update on this? We haven't received the payment yet.

Regards
Dovi

---

**From:** Dovile Kukulskiene <dovile.kukulskiene@amck.aero>
**Sent:** Thursday 31 October 2019 10:14
**To:** fleetadmin@flyfrontier.com; Sharath.Sashikumar@flyfrontier.com; robert.fanning@flyfrontier.com
**Cc:** Contracts <contracts@amck.aero>
**Subject:** Frontier MSN 9177 Rental Invoice

Dear All,

Please note that the attached invoice is now overdue. Can you please provide an update regarding this payment?

Thanks
Dovi


Dovile Kukulskiene
Manager, Contracts Management

CONFIDENTIAL

M: +353 86 779 2076



First Floor
28-29 Sir John Rogerson's Quay
Dublin D02 EY80, Ireland
www.AMCK.aero

This e-mail message (including any attachments, this "message") is the property of AMCK Aviation Holdings Ireland Limited and/or its affiliates (collectively, "AMCK") and is intended only for use by the addressee. This message is confidential and the information in it may not be disclosed or used except for the purpose for which it has been sent. This message may also be legally privileged. If you have received this message in error, you are on notice of its status and you may not review, print, save, copy, distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete the original and all copies of this message and any attachments from your system. Any views or opinions expressed in this message are those of the author and are not necessarily those of AMCK. Since the internet cannot guarantee the integrity of this message which may not be reliable, AMCK shall not be liable for this message if modified, changed or falsified.
AMCK Aviation Holdings Ireland Limited is a company incorporated in Ireland with company number 552762 and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

Message

---

**From**:      Michael McInerney [michael.mcinerney@amck.aero]
**Sent**:      11/18/2019 10:36:13 AM
**To**:        Frontier Airlines Fleet Administration [/o=ExchangeLabs/ou=Exchange Administrative Group
             (FYDIBOHF23SPDLT)/cn=Recipients/cn=307972a306564466bfbc60b440045c40-Frontier Ai]; Sashikumar Bindu,
             Sharath [/o=ExchangeLabs/ou=Exchange Administrative Group
             (FYDIBOHF23SPDLT)/cn=Recipients/cn=6a2fe09b1e3f4e63b2828192e5303c1d-Sashikumar]; Fanning, Robert
             [/o=ExchangeLabs/ou=Exchange Administrative Group
             (FYDIBOHF23SPDLT)/cn=Recipients/cn=8ab5e17c54834972914c6155f556c884-Fanning, Ro]; Contracts
             [contracts@amck.aero]
**Subject**:   RE: Invoices - Frontier Airlines, Inc.
**Attachments**: 19RD000311.pdf

Hi all,

The attached invoice is now overdue. Can you please provide an update at your earliest convenience.

Thanks,
Mike

-----Original Message-----
From: michael.mcinerney@accipiter.aero <michael.mcinerney@accipiter.aero>
Sent: Friday 14 June 2019 16:31
To: fleetadmin@flyfrontier.com; Sharath.Sashikumar@flyfrontier.com; robert.fanning@flyfrontier.com;
Accipiter Contracts <contracts@accipiter.aero>; Accipiter Finance <finance@accipiter.aero>
Subject: Invoices - Frontier Airlines, Inc.

Dear Sir/Madam,

Please find your invoice(s) attached. This is a system generated email sent on behalf of the Accipiter
Contracts Management team. Please do not reply to this message.
Should you have any queries please respond directly to contracts@accipiter.aero

Kind regards
Accipiter Contracts Management
_____

This e-mail message (including any attachments, this "message") is the property of AMCK Aviation Holdings
Ireland Limited and/or its affiliates (collectively, "AMCK") and is intended only for use by the
addressee. This message is confidential and the information in it may not be disclosed or used except for
the purpose for which it has been sent. This message may also be legally privileged. If you have received
this message in error, you are on notice of its status and you may not review, print, save, copy,
distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete
the original and all copies of this message and any attachments from your system. Any views or opinions
expressed in this message are those of the author and are not necessarily those of AMCK. Since the
internet cannot guarantee the integrity of this message which may not be reliable, AMCK shall not be
liable for this message if modified, changed or falsified.
AMCK Aviation Holdings Ireland Limited is a company incorporated in Ireland with company number 552762
and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD000311 |
| Invoice Date: | 14-Jun-2019 |
| Payment Due Date: | 15-Nov-2019 |
| Asset: | 6184/N227FR/A320-200 |

**Aircraft Operating Lease Agreement dated as of June 9, 2014 in respect of one Airbus A320-200 aircraft with MSN 6184**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 17-Nov-2019 to 16-Dec-2019 | ▬▬▬ |
| **Total Amount Due:** | ▬▬▬ |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | ▬▬▬ |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 6184 |

Please ensure bank fees are not deducted from or charged to the above account

Page 1 of 1

CONFIDENTIAL

| From: | Sashikumar Bindu, Sharath |
|---|---|
| Sent: | Monday, November 18, 2019 10:37 AM |
| To: | Michael McInerney; Frontier Airlines Fleet Administration; Fanning, Robert; Contracts |
| Subject: | RE: Invoices - Frontier Airlines, Inc. |

Hi Michael,

The payment for this invoice is due to go out today.


Thanks,
Sharath

-----Original Message-----
From: Michael McInerney <michael.mcinerney@amck.aero>
Sent: Monday, November 18, 2019 10:36 AM
To: Frontier Airlines Fleet Administration <FleetAdmin@flyfrontier.com>; Sashikumar Bindu, Sharath
<Sharath.Sashikumar@flyfrontier.com>; Fanning, Robert <robert.fanning@flyfrontier.com>; Contracts
<contracts@amck.aero>
Subject: RE: Invoices - Frontier Airlines, Inc.

Hi all,

The attached invoice is now overdue. Can you please provide an update at your earliest convenience.

Thanks,
Mike

-----Original Message-----
From: michael.mcinerney@accipiter.aero <michael.mcinerney@accipiter.aero>
Sent: Friday 14 June 2019 16:31
To: fleetadmin@flyfrontier.com; Sharath.Sashikumar@flyfrontier.com; robert.fanning@flyfrontier.com; Accipiter
Contracts <contracts@accipiter.aero>; Accipiter Finance <finance@accipiter.aero>
Subject: Invoices - Frontier Airlines, Inc.

Dear Sir/Madam,

Please find your invoice(s) attached. This is a system generated email sent on behalf of the Accipiter Contracts
Management team. Please do not reply to this message.
Should you have any queries please respond directly to contracts@accipiter.aero

Kind regards
Accipiter Contracts Management
_____

This e-mail message (including any attachments, this "message") is the property of AMCK Aviation Holdings Ireland
Limited and/or its affiliates (collectively, "AMCK") and is intended only for use by the addressee. This message is
confidential and the information in it may not be disclosed or used except for the purpose for which it has been sent.
This message may also be legally privileged. If you have received this message in error, you are on notice of its status

and you may not review, print, save, copy, distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete the original and all copies of this message and any attachments from your system. Any views or opinions expressed in this message are those of the author and are not necessarily those of AMCK. Since the internet cannot guarantee the integrity of this message which may not be reliable, AMCK shall not be liable for this message if modified, changed or falsified.

AMCK Aviation Holdings Ireland Limited is a company incorporated in Ireland with company number 552762 and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

FRONTIER0003716

Message

---

**From**:      Michael McInerney [michael.mcinerney@amck.aero]
**Sent**:      11/18/2019 10:39:59 AM
**To**:        Sashikumar Bindu, Sharath [/o=ExchangeLabs/ou=Exchange Administrative Group
              (FYDIBOHF23SPDLT)/cn=Recipients/cn=6a2fe09b1e3f4e63b2828192e5303c1d-Sashikumar]; Frontier Airlines Fleet
              Administration [/o=ExchangeLabs/ou=Exchange Administrative Group
              (FYDIBOHF23SPDLT)/cn=Recipients/cn=307972a306564466bfbc60b440045c40-Frontier Ai]; Fanning, Robert
              [/o=ExchangeLabs/ou=Exchange Administrative Group
              (FYDIBOHF23SPDLT)/cn=Recipients/cn=8ab5e17c54834972914c6155f556c884-Fanning, Ro]; Contracts
              [contracts@amck.aero]
**Subject**:   RE: Invoices - Frontier Airlines, Inc.

Many thanks for your quick response Sharath, I look forward to receiving the payment.

Have a nice day.

Best,
Mike

-----Original Message-----
From: Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>
Sent: Monday 18 November 2019 17:37
To: Michael McInerney <michael.mcinerney@amck.aero>; Frontier Airlines Fleet Administration
<FleetAdmin@flyfrontier.com>; Fanning, Robert <robert.fanning@flyfrontier.com>; Contracts
<contracts@amck.aero>
Subject: RE: Invoices - Frontier Airlines, Inc.

Hi Michael,

The payment for this invoice is due to go out today.

Thanks,
Sharath

-----Original Message-----
From: Michael McInerney <michael.mcinerney@amck.aero>
Sent: Monday, November 18, 2019 10:36 AM
To: Frontier Airlines Fleet Administration <FleetAdmin@flyfrontier.com>; Sashikumar Bindu, Sharath
<Sharath.Sashikumar@flyfrontier.com>; Fanning, Robert <robert.fanning@flyfrontier.com>; Contracts
<contracts@amck.aero>
Subject: RE: Invoices - Frontier Airlines, Inc.

Hi all,

The attached invoice is now overdue. Can you please provide an update at your earliest convenience.

Thanks,
Mike

-----Original Message-----
From: michael.mcinerney@accipiter.aero <michael.mcinerney@accipiter.aero>
Sent: Friday 14 June 2019 16:31
To: fleetadmin@flyfrontier.com; Sharath.Sashikumar@flyfrontier.com; robert.fanning@flyfrontier.com;
Accipiter Contracts <contracts@accipiter.aero>; Accipiter Finance <finance@accipiter.aero>
Subject: Invoices - Frontier Airlines, Inc.

Dear Sir/Madam,

Please find your invoice(s) attached. This is a system generated email sent on behalf of the Accipiter
Contracts Management team. Please do not reply to this message.
Should you have any queries please respond directly to contracts@accipiter.aero

Kind regards
Accipiter Contracts Management
_____

This e-mail message (including any attachments, this "message") is the property of AMCK Aviation Holdings
Ireland Limited and/or its affiliates (collectively, "AMCK") and is intended only for use by the
addressee. This message is confidential and the information in it may not be disclosed or used except for

the purpose for which it has been sent. This message may also be legally privileged. If you have received
this message in error, you are on notice of its status and you may not review, print, save, copy,
distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete
the original and all copies of this message and any attachments from your system. Any views or opinions
expressed in this message are those of the author and are not necessarily those of AMCK. Since the
internet cannot guarantee the integrity of this message which may not be reliable, AMCK shall not be
liable for this message if modified, changed or falsified.
AMCK Aviation Holdings Ireland Limited is a company incorporated in Ireland with company number 552762
and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

_____

This e-mail message (including any attachments, this "message") is the property of AMCK Aviation Holdings
Ireland Limited and/or its affiliates (collectively, "AMCK") and is intended only for use by the
addressee. This message is confidential and the information in it may not be disclosed or used except for
the purpose for which it has been sent. This message may also be legally privileged. If you have received
this message in error, you are on notice of its status and you may not review, print, save, copy,
distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete
the original and all copies of this message and any attachments from your system. Any views or opinions
expressed in this message are those of the author and are not necessarily those of AMCK. Since the
internet cannot guarantee the integrity of this message which may not be reliable, AMCK shall not be
liable for this message if modified, changed or falsified.
AMCK Aviation Holdings Ireland Limited is a company incorporated in Ireland with company number 552762
and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

Message

---

**From**:        Michael McInerney [michael.mcinerney@amck.aero]
**Sent**:        11/19/2019 10:30:30 AM
**To**:          Sashikumar Bindu, Sharath [/o=ExchangeLabs/ou=Exchange Administrative Group
                 (FYDIBOHF23SPDLT)/cn=Recipients/cn=6a2fe09b1e3f4e63b2828192e5303c1d-Sashikumar]; Frontier Airlines Fleet
                 Administration [/o=ExchangeLabs/ou=Exchange Administrative Group
                 (FYDIBOHF23SPDLT)/cn=Recipients/cn=307972a306564466bfbc60b440045c40-Frontier Ai]; Fanning, Robert
                 [/o=ExchangeLabs/ou=Exchange Administrative Group
                 (FYDIBOHF23SPDLT)/cn=Recipients/cn=8ab5e17c54834972914c6155f556c884-Fanning, Ro]; Contracts
                 [contracts@amck.aero]
**Subject**:     RE: Invoices - Frontier Airlines, Inc.

Hi Sharath,

Please be advised that the payment is yet to arrive in our account.

Do you know what might be causing the delay?

Thanks,
Mike

-----Original Message-----
From: Michael McInerney <michael.mcinerney@amck.aero>
Sent: Monday 18 November 2019 17:40
To: 'Sashikumar Bindu, Sharath' <Sharath.Sashikumar@flyfrontier.com>; Frontier Airlines Fleet
Administration <FleetAdmin@flyfrontier.com>; Fanning, Robert <robert.fanning@flyfrontier.com>; Contracts
<contracts@amck.aero>
Subject: RE: Invoices - Frontier Airlines, Inc.

Many thanks for your quick response Sharath, I look forward to receiving the payment.

Have a nice day.

Best,
Mike

-----Original Message-----
From: Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>
Sent: Monday 18 November 2019 17:37
To: Michael McInerney <michael.mcinerney@amck.aero>; Frontier Airlines Fleet Administration
<FleetAdmin@flyfrontier.com>; Fanning, Robert <robert.fanning@flyfrontier.com>; Contracts
<contracts@amck.aero>
Subject: RE: Invoices - Frontier Airlines, Inc.

Hi Michael,

The payment for this invoice is due to go out today.

Thanks,
Sharath

-----Original Message-----
From: Michael McInerney <michael.mcinerney@amck.aero>
Sent: Monday, November 18, 2019 10:36 AM
To: Frontier Airlines Fleet Administration <FleetAdmin@flyfrontier.com>; Sashikumar Bindu, Sharath
<Sharath.Sashikumar@flyfrontier.com>; Fanning, Robert <robert.fanning@flyfrontier.com>; Contracts
<contracts@amck.aero>
Subject: RE: Invoices - Frontier Airlines, Inc.

Hi all,

The attached invoice is now overdue. Can you please provide an update at your earliest convenience.

Thanks,
Mike

-----Original Message-----
From: michael.mcinerney@accipiter.aero <michael.mcinerney@accipiter.aero>
Sent: Friday 14 June 2019 16:31

CONFIDENTIAL                                                                          FRONTIER0003719

To: fleetadmin@flyfrontier.com; Sharath.Sashikumar@flyfrontier.com; robert.fanning@flyfrontier.com;
Accipiter Contracts <contracts@accipiter.aero>; Accipiter Finance <finance@accipiter.aero>
Subject: Invoices - Frontier Airlines, Inc.

Dear Sir/Madam,

Please find your invoice(s) attached. This is a system generated email sent on behalf of the Accipiter
Contracts Management team. Please do not reply to this message.
Should you have any queries please respond directly to contracts@accipiter.aero

Kind regards
Accipiter Contracts Management
————————————————————

This e-mail message (including any attachments, this "message") is the property of AMCK Aviation Holdings
Ireland Limited and/or its affiliates (collectively, "AMCK") and is intended only for use by the
addressee. This message is confidential and the information in it may not be disclosed or used except for
the purpose for which it has been sent. This message may also be legally privileged. If you have received
this message in error, you are on notice of its status and you may not review, print, save, copy,
distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete
the original and all copies of this message and any attachments from your system. Any views or opinions
expressed in this message are those of the author and are not necessarily those of AMCK. Since the
internet cannot guarantee the integrity of this message which may not be reliable, AMCK shall not be
liable for this message if modified, changed or falsified.
AMCK Aviation Holdings Ireland Limited is a company incorporated in Ireland with company number 552762
and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.
————————————————————

This e-mail message (including any attachments, this "message") is the property of AMCK Aviation Holdings
Ireland Limited and/or its affiliates (collectively, "AMCK") and is intended only for use by the
addressee. This message is confidential and the information in it may not be disclosed or used except for
the purpose for which it has been sent. This message may also be legally privileged. If you have received
this message in error, you are on notice of its status and you may not review, print, save, copy,
distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete
the original and all copies of this message and any attachments from your system. Any views or opinions
expressed in this message are those of the author and are not necessarily those of AMCK. Since the
internet cannot guarantee the integrity of this message which may not be reliable, AMCK shall not be
liable for this message if modified, changed or falsified.
AMCK Aviation Holdings Ireland Limited is a company incorporated in Ireland with company number 552762
and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

Message

| | |
|---|---|
| **From**: | Dovile Kukulskiene [dovile.kukulskiene@amck.aero] |
| **Sent**: | 12/30/2019 3:39:40 AM |
| **To**: | Frontier Airlines Fleet Administration [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=307972a306564466bfbc60b440045c40-Frontier Ai]; Sashikumar Bindu, Sharath [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6a2fe09b1e3f4e63b2828192e5303c1d-Sashikumar]; Fanning, Robert [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8ab5e17c54834972914c6155f556c884-Fanning, Ro] |
| **CC**: | Contracts [contracts@amck.aero] |
| **Subject**: | RE: Invoices - Frontier Airlines, Inc. |
| **Attachments**: | 19RD000588.pdf |

Dear All,

The attached invoice was due for payment on 27th December, but we haven't received the funds yet. Can you please provide an update regarding payment status?

Thanks
Dovi

-----Original Message-----
From: dovile.kukulskiene@accipiter.aero <dovile.kukulskiene@accipiter.aero>
Sent: Wednesday 31 July 2019 12:57
To: fleetadmin@flyfrontier.com; Sharath.Sashikumar@flyfrontier.com; robert.fanning@flyfrontier.com;
Accipiter Contracts <contracts@accipiter.aero>; Accipiter Finance <finance@accipiter.aero>
Subject: Invoices - Frontier Airlines, Inc.

Dear Sir/Madam,

Please find your invoice(s) attached. This is a system generated email sent on behalf of the Accipiter Contracts Management team. Please do not reply to this message.
Should you have any queries please respond directly to contracts@accipiter.aero

Kind regards
Accipiter Contracts Management
_____

This e-mail message (including any attachments, this "message") is the property of AMCK Aviation Holdings Ireland Limited and/or its affiliates (collectively, "AMCK") and is intended only for use by the addressee. This message is confidential and the information in it may not be disclosed or used except for the purpose for which it has been sent. This message may also be legally privileged. If you have received this message in error, you are on notice of its status and you may not review, print, save, copy, distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete the original and all copies of this message and any attachments from your system. Any views or opinions expressed in this message are those of the author and are not necessarily those of AMCK. Since the internet cannot guarantee the integrity of this message which may not be reliable, AMCK shall not be liable for this message if modified, changed or falsified.
AMCK Aviation Holdings Ireland Limited is a company incorporated in Ireland with company number 552762 and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD000588 |
| Invoice Date: | 31-Jul-2019 |
| Payment Due Date: | 27-Dec-2019 |
| Asset: | 8307/N332FR/A320-200N |

**Aircraft Lease Agreement dated 29 August 2018 in respect of one Airbus A320-251N aircraft with MSN 8307**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 29-Dec-2019 to 28-Jan-2020 | ■■■■■ |
| **Total Amount Due:** | ■■■■■ |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | ■■■■■ |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8307 |

Please ensure bank fees are not deducted from or charged to the above account

Page 1 of 1

CONFIDENTIAL

Message
_____

From:        Sashikumar Bindu, Sharath [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
             (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6A2FE09B1E3F4E63B2828192E5303C1D-SASHIKUMAR]
Sent:        12/30/2019 8:55:11 AM
To:          Dovile Kukulskiene [dovile.kukulskiene@amck.aero]; Frontier Airlines Fleet Administration
             [/o=ExchangeLabs/ou=Exchange Administrative Group
             (FYDIBOHF23SPDLT)/cn=Recipients/cn=307972a306564466bfbc60b440045c40-Frontier Ai]; Fanning, Robert
             [/o=ExchangeLabs/ou=Exchange Administrative Group
             (FYDIBOHF23SPDLT)/cn=Recipients/cn=8ab5e17c54834972914c6155f556c884-Fanning, Ro]
CC:          Contracts [contracts@amck.aero]
Subject:     RE: Invoices - Frontier Airlines, Inc.


Dovi,

The payment will be processed today.

Thanks,
Sharath

-----Original Message-----
From: Dovile Kukulskiene <dovile.kukulskiene@amck.aero>
Sent: Monday, December 30, 2019 3:40 AM
To: Frontier Airlines Fleet Administration <FleetAdmin@flyfrontier.com>; Sashikumar Bindu, Sharath
<Sharath.Sashikumar@flyfrontier.com>; Fanning, Robert <robert.fanning@flyfrontier.com>
Cc: Contracts <contracts@amck.aero>
Subject: RE: Invoices - Frontier Airlines, Inc.

Dear All,

The attached invoice was due for payment on 27th December, but we haven't received the funds yet. Can you
please provide an update regarding payment status?

Thanks
Dovi

-----Original Message-----
From: dovile.kukulskiene@accipiter.aero <dovile.kukulskiene@accipiter.aero>
Sent: Wednesday 31 July 2019 12:57
To: fleetadmin@flyfrontier.com; Sharath.Sashikumar@flyfrontier.com; robert.fanning@flyfrontier.com;
Accipiter Contracts <contracts@accipiter.aero>; Accipiter Finance <finance@accipiter.aero>
Subject: Invoices - Frontier Airlines, Inc.

Dear Sir/Madam,

Please find your invoice(s) attached. This is a system generated email sent on behalf of the Accipiter
Contracts Management team. Please do not reply to this message.
Should you have any queries please respond directly to contracts@accipiter.aero

Kind regards
Accipiter Contracts Management
_____

This e-mail message (including any attachments, this "message") is the property of AMCK Aviation Holdings
Ireland Limited and/or its affiliates (collectively, "AMCK") and is intended only for use by the
addressee. This message is confidential and the information in it may not be disclosed or used except for
the purpose for which it has been sent. This message may also be legally privileged. If you have received
this message in error, you are on notice of its status and you may not review, print, save, copy,
distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete
the original and all copies of this message and any attachments from your system. Any views or opinions
expressed in this message are those of the author and are not necessarily those of AMCK. Since the
internet cannot guarantee the integrity of this message which may not be reliable, AMCK shall not be
liable for this message if modified, changed or falsified.
AMCK Aviation Holdings Ireland Limited is a company incorporated in Ireland with company number 552762
and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

Message

---

| From: | Avril Alcala [avril.alcala@amck.aero] |
|---|---|
| Sent: | 1/20/2020 4:32:41 AM |
| To: | Michael McInerney [michael.mcinerney@amck.aero]; Frontier Airlines Fleet Administration |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=307972a306564466bfbc60b440045c40-Frontier Ai]; Sashikumar Bindu, |
| | Sharath [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=6a2fe09b1e3f4e63b2828192e5303c1d-Sashikumar]; Fanning, Robert |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=8ab5e17c54834972914c6155f556c884-Fanning, Ro] |
| CC: | Contracts [contracts@amck.aero] |
| Subject: | Invoices - Frontier Airlines, Inc. |
| Attachments: | 19RD002633.pdf |

Dear All,

We have not received payment for the attached rental invoice (due Friday 17th January).
Please can you provide an update regarding the payment status.

Thank you,
Avril

Avril Alcala **|** Manager, Contracts Management
M: +353 860 222 768



First Floor, 28-29 Sir John Rogerson's Quay
Dublin, D02 EY80, Ireland
www.AMCK.aero

---

This e-mail message (including any attachments, this "message") is the property of AMCK Aviation Holdings Ireland Limited and/or its affiliates (collectively, "AMCK") and is intended only for use by the addressee. This message is confidential and the information in it may not be disclosed or used except for the purpose for which it has been sent. This message may also be legally privileged. If you have received this message in error, you are on notice of its status and you may not review, print, save, copy, distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete the original and all copies of this message and any attachments from your system. Any views or opinions expressed in this message are those of the author and are not necessarily those of AMCK. Since the internet cannot guarantee the integrity of this message which may not be reliable, AMCK shall not be liable for this message if modified, changed or falsified.
AMCK Aviation Holdings Ireland Limited is a company incorporated in Ireland with company number 552762 and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

CONFIDENTIAL

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD002633 |
| Invoice Date: | 24-Sep-2019 |
| Payment Due Date: | 17-Jan-2020 |
| Asset: | 09068/N358FR/A320-200N |

**Aircraft Lease Agreement dated 19 August 2019 in respect of one Airbus A320-251N aircraft with MSN 9068**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 19-Jan-2020 to 18-Feb-2020 | █████ |
| **Total Amount Due:** | █████ |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | ████████ |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 9068 |

Please ensure bank fees are not deducted from or charged to the above account

Page 1 of 1

CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Michael McInerney [michael.mcinerney@amck.aero] |
| **Sent**: | 2/10/2020 7:51:12 AM |
| **To**: | Frontier Airlines Fleet Administration [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=307972a306564466bfbc60b440045c40-Frontier Ai]; Sashikumar Bindu, Sharath [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6a2fe09b1e3f4e63b2828192e5303c1d-Sashikumar]; Fanning, Robert [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8ab5e17c54834972914c6155f556c884-Fanning, Ro] |
| **CC**: | Contracts [contracts@amck.aero] |
| **Subject**: | RE: Invoices - Frontier Airlines, Inc. |
| **Attachments**: | 20RD000016.pdf |

Dear All,

The invoice attached was due on 7th Feb, however funds have not yet been received.

Please can you provide an update regarding this payment.

Many thanks,
Mike

Michael McInerney | Manager, Contracts Management
M: +353 86 7912182

First Floor
28-29 Sir John Rogerson's Quay
Dublin D02 EY80, Ireland
www.AMCK.aero

_____

This e-mail message (including any attachments, this "message") is the property of AMCK Aviation Holdings Ireland Limited and/or its affiliates (collectively, "AMCK") and is intended only for use by the addressee. This message is confidential and the information in it may not be disclosed or used except for the purpose for which it has been sent. This message may also be legally privileged. If you have received this message in error, you are on notice of its status and you may not review, print, save, copy, distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete the original and all copies of this message and any attachments from your system. Any views or opinions expressed in this message are those of the author and are not necessarily those of AMCK. Since the internet cannot guarantee the integrity of this message which may not be reliable, AMCK shall not be liable for this message if modified, changed or falsified.
AMCK Aviation Holdings Ireland Limited is a company incorporated in Ireland with company number 552762 and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 20RD000016 |
| Invoice Date: | 07-Jan-2020 |
| Payment Due Date: | 07-Feb-2020 |
| Asset: | 08913/N351FR/A320-200N |

**Aircraft Lease Agreement dated 09 May 2019 in respect of one Airbus A320-251N aircraft with MSN 8913**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 09-Feb-2020 to 08-Mar-2020 | ▓▓▓▓▓ |
| **Total Amount Due:** | ▓▓▓▓▓ |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| **Payment Instructions** | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | ▓▓▓▓▓ |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8913 |

Please ensure bank fees are not deducted from or charged to the above account

Page 1 of 1

FRONTIER0003761

Message

| | |
|---|---|
| **From**: | Michael McInerney [michael.mcinerney@amck.aero] |
| **Sent**: | 2/24/2020 8:54:56 AM |
| **To**: | Dovile Kukulskiene [dovile.kukulskiene@amck.aero]; Frontier Airlines Fleet Administration [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=307972a306564466bfbc60b440045c40-Frontier Ai]; Sashikumar Bindu, Sharath [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6a2fe09b1e3f4e63b2828192e5303c1d-Sashikumar]; Fanning, Robert [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8ab5e17c54834972914c6155f556c884-Fanning, Ro]; Contracts [contracts@amck.aero]; Finance [finance@amck.aero] |
| **Subject**: | RE: Invoices - Frontier Airlines, Inc. |
| **Attachments**: | 20RD000012.pdf |

Hi all,

The attached invoice was due for payment on Friday, 21st Feb. Grateful if you could please provide an update on the status of this payment.

Thanks
Mike

-----Original Message-----
From: dovile.kukulskiene@amck.aero <dovile.kukulskiene@amck.aero>
Sent: Tuesday 7 January 2020 15:35
To: fleetadmin@flyfrontier.com; Sharath.Sashikumar@flyfrontier.com; robert.fanning@flyfrontier.com; Contracts <contracts@amck.aero>; Finance <finance@amck.aero>
Subject: Invoices - Frontier Airlines, Inc.

Dear All,

Please find attached your invoice(s).

If you have any questions, please contact us at contracts@amck.aero

Kind Regards,
Contracts Management Team
_____

This e-mail message (including any attachments, this "message") is the property of AMCK Aviation Holdings Ireland Limited and/or its affiliates (collectively, "AMCK") and is intended only for use by the addressee. This message is confidential and the information in it may not be disclosed or used except for the purpose for which it has been sent. This message may also be legally privileged. If you have received this message in error, you are on notice of its status and you may not review, print, save, copy, distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete the original and all copies of this message and any attachments from your system. Any views or opinions expressed in this message are those of the author and are not necessarily those of AMCK. Since the internet cannot guarantee the integrity of this message which may not be reliable, AMCK shall not be liable for this message if modified, changed or falsified.
AMCK Aviation Holdings Ireland Limited is a company incorporated in Ireland with company number 552762 and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 20RD000012 |
| Invoice Date: | 07-Jan-2020 |
| Payment Due Date: | 21-Feb-2020 |
| Asset: | 08857/N350FR/A320-200N |

**Aircraft Lease Agreement dated 23 April 2019 in respect of one Airbus A320-251N aircraft with MSN 8857**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 23-Feb-2020 to 22-Mar-2020 | ███ |
| **Total Amount Due:** | ███ |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | ███ |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 8857 |

Please ensure bank fees are not deducted from or charged to the above account

Page 1 of 1

CONFIDENTIAL