| | |
|---|---|
| **From:** | Yumiko Tani <yumiko.tani@amck.aero> |
| **Sent:** | Sunday, March 15, 2020 7:13 PM |
| **To:** | Lauren Conlyn;Miao, Qingqing |
| **Cc:** | Ernie Yu;Brian Daly;Finance;Contracts;Jane O'Callaghan;Kristijan Kucic;Padraic Dolan;Julian Rouchy-Kelly;Daniel Chai;Ken.Lee@CliffordChance.com;Fanning, Robert;Lambert, Paul M.;Sashikumar Bindu, Sharath;Dexter.Heeter@CliffordChance.com;Patrick.OReilly@CliffordChance.com;Yu Suzuki |
| **Subject:** | RE: Frontier: MSN 1008 - Security Deposit and Rental Invoice |
| **Attachments:** | RE: Frontier: MSN 1008 - Security Deposit and Rental Invoice; RE: Frontier: MSN 1008 - Security Deposit and Rental Invoice |

Dear Lauren and all,

Please be informed that we Vermillion have received the initial rent and security from Frontier with the value on 16th March. Thank you.

| Account set | Bank | Account | Currency | Transaction type | Description | Entry date | Value date | Status | Amount |
|---|---|---|---|---|---|---|---|---|---|
| VERMILLION AVIATION (… | BNPASGSGXXX | 1-43-… | USD | TRF | FRONTIER AIRLINES INC | 16/03/2020 | 16/03/2020 | Intraday | 299880.00 |
| VERMILLION AVIATION (… | BNPASGSGXXX | 01-06-… | USD | TRF | FRONTIER AIRLINES INC | 16/03/2020 | 16/03/2020 | Intraday | 269525.94 |

Best regards,
Yumiko Tani

Yumiko Tani | Contract Management
T: +81-3-6273-4938



18F, Marunouchi Eiraku Building
4-1, Marunouchi, 1-Chome
Chiyoda-ku, Tokyo 100-0005, Japan
www.AMCK.aero

---

**From:** Lauren Conlyn <lauren.conlyn@amck.aero>
**Sent:** Friday, March 13, 2020 2:27 AM
**To:** Miao, Qingqing <MiaoQ@LanePowell.com>
**Cc:** Ernie Yu <ernie.yu@amck.aero>; Brian Daly <brian.daly@amck.aero>; Finance <finance@amck.aero>; Contracts <contracts@amck.aero>; Jane O'Callaghan <jane.ocallaghan@amck.aero>; Kristijan Kucic <kristijan.kucic@amck.aero>; Padraic Dolan <padraic.dolan@amck.aero>; Julian Rouchy-Kelly <julian.rouchy-kelly@amck.aero>; Daniel Chai

<daniel.chai@amck.aero>; Ken.Lee@CliffordChance.com; robert.fanning@flyfrontier.com; Lambert, Paul M. <LambertP@LanePowell.com>; Sharath.Sashikumar@flyfrontier.com; Dexter.Heeter@CliffordChance.com; Patrick.OReilly@CliffordChance.com; Yu Suzuki <yu.suzuki@amck.aero>
**Subject:** Frontier: MSN 1008 - Security Deposit and Rental Invoice

Dear Qingqing,

please now find attached (a) the Security Deposit Invoice; and (b) the first Rental Invoice for payment in respect of MSN 10038.  By way of information:

1. **Security Deposit Invoice** is in the amount of ▮▮▮▮▮▮▮▮▮ as such amount is defined in the Framework Agreement under '*Base Fixed Rental*'; and

2. **Rental Invoice** is in the amount of ▮▮▮▮▮▮▮ having been calculated, and rates set today (12 March 2020), in accordance with Clause 4.1 of the Framework Agreement. Back up for the calculation is also attached.

The figures above will be populated by Clifford Chance into the Lease Agreement at Schedule 6 under '*Basic Rent*' and '*Security*'.

Grateful if you can confirm when you have remitted for payment so that we can confirm receipt before ToT on Monday 16 March 2020.

Please let us know if you have any queries on the above/attached.

Kind regards,
Lauren

Lauren Conlyn | VP, Legal & Transaction Management
M: +353 87 925 8849



First Floor, 28-29 Sir John Rogerson's Quay
Dublin, D02 EY80, Ireland
www.AMCK.aero

This e-mail message (including any attachments, this "message") is the property of AMCK Aviation (Japan) Inc. and/or its affiliates (collectively, "AMCK") and is intended only for use by the addressee. This message is confidential and the information in it may not be disclosed or used except for the purpose for which it has been sent. This message may also be legally privileged. If you have received this message in error, you are on notice of its status and you may not review, print, save, copy, distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete the original and all copies of this message and any attachments from your system. Any views or opinions expressed in this message are those of the author and are not necessarily those of AMCK. Since the internet cannot guarantee the integrity of this message which may not be reliable, AMCK shall not be liable for this message if modified, changed or falsified. AMCK Aviation (Japan) Inc. is a company incorporated in Japan.

# Payment Details Report

**BANK OF AMERICA**

**Company:** Frontier Airlines Inc
**Requester:** Mazutaviciute, Lina
**Run Date:** 13-Mar-2020 3:39:34 PM MDT

## International High Value (Wire)
Payment Category: Urgent/Wire

**Status:** Confirmed By Bank
**Transaction Number:** 203DG1015P820P76

### Debit Account Information

**Debit Bank:** 011900571
**Debit Account:** ▮▮▮▮▮▮0397
**Debit Account Name:** FRN- Operating
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Name:** Vermillion Aviation (Two) Limited
**Beneficiary Address:** NA
**Beneficiary City:** NA
**Beneficiary Postal Code:**
**Beneficiary Country:** SG - Singapore

**Beneficiary Account:** ▮▮▮▮▮▮-06-USD
**Beneficiary Bank ID:** BNPASGSGXXX
BNP Paribas
20 Collyer Quay Tung Centre
Singapore
SG - Singapore
**Beneficiary Email:**
**Beneficiary Mobile Number:**

### Payment Details

**Credit Currency:** USD
**Trade ID:**
**Credit Amount:** ▮▮▮
**Debit Amount:** ▮▮▮
**Purpose of Payment:**

**Value Date:** 13-Mar-2020

### Optional Information

**Sender's Reference Number:** 203DG1015P820P76

**Beneficiary Information:** Invoice 20RD010038
MSN10038/N370FR
First rent

### Additional Routing

**Charges:** Shared
**Intermediary Bank ID:**

**Receiver Information:**

### Control Information

**Input:** lmazutavici
**Approved:** ehauglid
**Initial Confirmation:** WTX:2020031300676166
**Confirmation #:** FEDR:20200313B6B7HU1R017463

**Input Time:** 13-Mar-2020 3:10:56 PM MDT
**Time:** 13-Mar-2020 3:16:59 PM MDT

# Payment Details Report

**BANK OF AMERICA**

**Company:** Frontier Airlines Inc
**Requester:** Mazutaviciute, Lina
**Run Date:** 13-Mar-2020 3:41:04 PM MDT

## International High Value (Wire)
Payment Category: Urgent/Wire

**Status:** Confirmed By Bank
**Transaction Number:** 203DG0741MS10P65

### Debit Account Information

**Debit Bank:** 011900571
**Debit Account:** ███████97
**Debit Account Name:** FRN- Operating
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Name:** Vermillion Aviation (Two) Limited
**Beneficiary Address:** NA
**Beneficiary City:** NA
**Beneficiary Postal Code:**
**Beneficiary Country:** SG - Singapore

**Beneficiary Account:** ████████ USD
**Beneficiary Bank ID:** BNPASGSGXXX
BNP Paribas
20 Collyer Quay Tung Centre
Singapore
SG - Singapore
**Beneficiary Email:**
**Beneficiary Mobile Number:**

### Payment Details

**Credit Currency:** USD
**Trade ID:**
**Credit Amount:** ████
**Debit Amount:**
**Purpose of Payment:**

**Value Date:** 13-Mar-2020

### Optional Information

**Sender's Reference Number:** 203DG0741MS10P65

**Beneficiary Information:** Security deposit
Invoice 20SD010038
MSN10038/N370FR

### Additional Routing

**Charges:** Shared
**Intermediary Bank ID:**

**Receiver Information:**

### Control Information

**Input:** lmazutavici
**Approved:** ehauglid
**Initial Confirmation:** WTX:2020031300676165
**Confirmation #:** FEDR:20200313B6B7HU1R017462

**Input Time:** 13-Mar-2020 3:08:42 PM MDT
**Time:** 13-Mar-2020 3:16:59 PM MDT

| | |
|---|---|
| **From:** | Thwaytes, Spencer |
| **Sent:** | Thursday, April 16, 2020 2:16 PM |
| **To:** | Fanning, Robert; Sashikumar Bindu, Sharath |
| **Cc:** | Hauglid, Erik; Mazutaviciute, Lina |
| **Subject:** | RE: Lease Payments Approval |

Then payment approved.

No need to confirm with Jimmy.

---

**From:** Fanning, Robert <robert.fanning@flyfrontier.com>
**Sent:** Thursday, April 16, 2020 2:15 PM
**To:** Thwaytes, Spencer <Spencer.Thwaytes@flyfrontier.com>; Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>
**Cc:** Hauglid, Erik <Erik.Hauglid@flyfrontier.com>; Mazutaviciute, Lina <Lina.Mazutaviciute@flyfrontier.com>
**Subject:** Re: Lease Payments Approval

Correct, Jimmy is aware this was part of the deal.

---

**From:** Thwaytes, Spencer <Spencer.Thwaytes@flyfrontier.com>
**Sent:** Thursday, April 16, 2020 2:14 PM
**To:** Fanning, Robert <robert.fanning@flyfrontier.com>; Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>
**Cc:** Hauglid, Erik <Erik.Hauglid@flyfrontier.com>; Mazutaviciute, Lina <Lina.Mazutaviciute@flyfrontier.com>
**Subject:** RE: Lease Payments Approval

So the agreement with AMCK doesn't include this aircraft?

---

**From:** Fanning, Robert <robert.fanning@flyfrontier.com>
**Sent:** Thursday, April 16, 2020 2:12 PM
**To:** Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>; Thwaytes, Spencer <Spencer.Thwaytes@flyfrontier.com>
**Cc:** Hauglid, Erik <Erik.Hauglid@flyfrontier.com>; Mazutaviciute, Lina <Lina.Mazutaviciute@flyfrontier.com>
**Subject:** Re: Lease Payments Approval

Approved.

---

**From:** Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>
**Sent:** Thursday, April 16, 2020 1:58 PM
**To:** Fanning, Robert <robert.fanning@flyfrontier.com>; Thwaytes, Spencer <Spencer.Thwaytes@flyfrontier.com>
**Cc:** Hauglid, Erik <Erik.Hauglid@flyfrontier.com>; Mazutaviciute, Lina <Lina.Mazutaviciute@flyfrontier.com>
**Subject:** Lease Payments Approval

Hi Robert and Spencer,

Please approve the following lease payments that are due today. The AMCK aircraft is the one we took in March and we do not have a proposal from [Redacted] for deferrals.

ATTORNEYS'S EYES ONLY                                                                                              FRONTIER0003992

| N370FR | A320neo | 10038 | AMCK | 4/16/2020 | Redacted |
|--------|---------|-------|------|-----------|----------|

Thanks,



**Sharath Sashikumar**
Treasury Manager, Fleet
P: 720-374-4292
E: sharath.sashikumar@flyfrontier.com

ATTORNEYS'S EYES ONLY                                                                                    FRONTIER0003993