| | |
|---|---|
| **From:** | Michael McInerney <michael.mcinerney@amck.aero> |
| **Sent:** | Tuesday, April 7, 2020 8:00 AM |
| **To:** | Frontier Airlines Fleet Administration; Sashikumar Bindu, Sharath; Fanning, Robert |
| **Cc:** | Contracts; Finance |
| **Subject:** | Invoices - Frontier Airlines, Inc. |
| **Attachments:** | 20RD010039.pdf |

Dear All,

Please find attached your invoice(s).

If you have any questions, please contact us at contracts@amck.aero

Kind Regards,
Contracts Management Team

---

This e-mail message (including any attachments, this "message") is the property of AMCK Aviation Holdings Ireland Limited and/or its affiliates (collectively, "AMCK") and is intended only for use by the addressee. This message is confidential and the information in it may not be disclosed or used except for the purpose for which it has been sent. This message may also be legally privileged. If you have received this message in error, you are on notice of its status and you may not review, print, save, copy, distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete the original and all copies of this message and any attachments from your system. Any views or opinions expressed in this message are those of the author and are not necessarily those of AMCK. Since the internet cannot guarantee the integrity of this message which may not be reliable, AMCK shall not be liable for this message if modified, changed or falsified.
AMCK Aviation Holdings Ireland Limited is a company incorporated in Ireland with company number 552762 and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

Vermillion Aviation (Two) Limited
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number:   20RD010039
Invoice Date:     07-Apr-2020
Payment Due Date: 16-Apr-2020
Asset:            10038/N370FR/A320-251N

**Aircraft Lease Agreement dated 30 September 2019 in respect of one Airbus A320-251N aircraft with MSN 10038**

| Description | Amount (USD) |
|---|---|
| Fixed lease Rental covering period 16-Apr-2020 to 15-May-2020 | ■ |
| **Total Amount Due:** | ■ |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Pay To :** | BNP Paribas, Singapore |
| **For the Benefit Of :** | Vermillion Aviation (Two) Limited |
| **Account No :** | ■-06-USD |
| **SWIFT:** | BNPASGSG |
| **Intermediary Bank:** | BNP Paribas New York (SWIFT Code: BNPAUS3N) |

Please ensure bank fees are not deducted from or charged to the above account

Page 1 of 1

CONFIDENTIAL                                                                                     FRONTIER0000152

| | |
|---|---|
| **From:** | ciara.flynn@amck.aero |
| **Sent:** | Thursday, April 30, 2020 3:27 AM |
| **To:** | Frontier Airlines Fleet Administration; Sashikumar Bindu, Sharath; Fanning, Robert; contracts@amck.aero; finance@amck.aero |
| **Subject:** | Invoices - Frontier Airlines, Inc. |
| **Attachments:** | 20RD000454.pdf; 20RD000455.pdf; 20RD000456.pdf; 20RD000463.pdf; 20RD000464.pdf; 20RD000465.pdf |

Dear All,

Please find attached your invoice(s).

If you have any questions, please contact us at contracts@amck.aero

Kind Regards,
Contracts Management Team

CONFIDENTIAL

Vermillion Aviation (Two) Limited
28-29 Sir John Rogerson's Quay
Dublin 2
Ireland

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number:    20RD000454
Invoice Date:      29-Apr-2020
Payment Due Date:  15-May-2020
Asset:             10038/N370FR/A320-200N

Aircraft Lease Agreement dated 16 March 2020 in respect of one Airbus A320-251N aircraft with MSN 10038

| Description | Amount (USD) |
|---|---|
|  |  |
| Fixed lease Rental covering period 16-May-2020 to 15-Jun-2020 | ▮ |
| Total Amount Due: | ▮ |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| Pay To: | BNP Paribas, Singapore |
| For The Benefit Of: | Vermillion Aviation (Two) Limited (USD Collection Account, Singapore) |
| Account No: | ▮-06-USD |
| SWIFT: | BNPASGSG |
| Reference: | Frontier - MSN 10038 |

Please ensure bank fees are not deducted from or charged to the above account

Page 1 of 1

CONFIDENTIAL                                             FRONTIER0000154

Vermillion Aviation (Two) Limited
28-29 Sir John Rogerson's Quay
Dublin 2
Ireland

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 20RD000455 |
| Invoice Date: | 29-Apr-2020 |
| Payment Due Date: | 16-Jun-2020 |
| Asset: | 10038/N370FR/A320-200N |

**Aircraft Lease Agreement dated 16 March 2020 in respect of one Airbus A320-251N aircraft with MSN 10038**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 16-Jun-2020 to 15-Jul-2020 | ▮ |
| **Total Amount Due:** | ▮ |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Pay To:** | BNP Paribas, Singapore |
| **For The Benefit Of:** | Vermillion Aviation (Two) Limited (USD Collection Account, Singapore) |
| **Account No:** | |
| **SWIFT:** | ▮-06-USD |
| **Reference:** | BNPASGSG |
| | Frontier - MSN 10038 |

Please ensure bank fees are not deducted from or charged to the above account

Page 1 of 1

Vermillion Aviation (Two) Limited
28-29 Sir John Rogerson's Quay
Dublin 2
Ireland

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number: 20RD000456
Invoice Date: 29-Apr-2020
Payment Due Date: 16-Jul-2020
Asset: 10038/N370FR/A320-200N

Aircraft Lease Agreement dated 16 March 2020 in respect of one Airbus A320-251N aircraft with MSN 10038

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 16-Jul-2020 to 15-Aug-2020 | ▮ |
| **Total Amount Due:** | ▮ |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Pay To:** | BNP Paribas, Singapore |
| **For The Benefit Of:** | Vermillion Aviation (Two) Limited (USD Collection Account, Singapore) |
| **Account No:** | |
| **SWIFT:** | ▮-06-USD |
| **Reference:** | BNPASGSG |
| | Frontier - MSN 10038 |

Please ensure bank fees are not deducted from or charged to the above account

Page 1 of 1

Vermillion Aviation (Two) Limited
28-29 Sir John Rogerson's Quay
Dublin 2
Ireland

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number:     20RD000463
Invoice Date:       30-Apr-2020
Payment Due Date:   14-Aug-2020
Asset:              10038/N370FR/A320-200N

Aircraft Lease Agreement dated 16 March 2020 in respect of one Airbus A320-251N aircraft with MSN 10038

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 16-Aug-2020 to 15-Sep-2020 | ▮ |
| **Total Amount Due:** | ▮ |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Pay To:** | BNP Paribas, Singapore |
| **For The Benefit Of:** | Vermillion Aviation (Two) Limited (USD Collection Account, Singapore) |
| **Account No:** | ▮ |
| **SWIFT:** | ▮-06-USD |
| **Reference:** | BNPASGSG |
| | Frontier - MSN 10038 |

Please ensure bank fees are not deducted from or charged to the above account

Page 1 of 1

Vermillion Aviation (Two) Limited
28-29 Sir John Rogerson's Quay
Dublin 2
Ireland

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number:     20RD000464
Invoice Date:       30-Apr-2020
Payment Due Date:   16-Sep-2020
Asset:              10038/N370FR/A320-200N

Aircraft Lease Agreement dated 16 March 2020 in respect of one Airbus A320-251N aircraft with MSN 10038

| Description | Amount (USD) |
|---|---|
|  |  |
| Fixed lease Rental covering period 16-Sep-2020 to 15-Oct-2020 |  |
| **Total Amount Due:** |  |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Pay To:** | BNP Paribas, Singapore |
| **For The Benefit Of:** | Vermillion Aviation (Two) Limited (USD Collection Account, Singapore) |
| **Account No:** | |
| **SWIFT:** | ███████████-06-USD |
| **Reference:** | BNPASGSG |
| | Frontier - MSN 10038 |

Please ensure bank fees are not deducted from or charged to the above account

Page 1 of 1

CONFIDENTIAL                                                                    FRONTIER0000158

Vermillion Aviation (Two) Limited
28-29 Sir John Rogerson's Quay
Dublin 2
Ireland

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number:   20RD000465
Invoice Date:     30-Apr-2020
Payment Due Date: 16-Oct-2020
Asset:            10038/N370FR/A320-200N

Aircraft Lease Agreement dated 16 March 2020 in respect of one Airbus A320-251N aircraft with MSN 10038

| Description | Amount (USD) |
| --- | --- |
|  |  |
| Fixed lease Rental covering period 16-Oct-2020 to 15-Nov-2020 | ■ |
| **Total Amount Due:** | ■ |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
| --- | --- |
| **Pay To:** | BNP Paribas, Singapore |
| **For The Benefit Of:** | Vermillion Aviation (Two) Limited (USD Collection Account, Singapore) |
| **Account No:** | ■-06-USD |
| **SWIFT:** | BNPASGSG |
| **Reference:** | Frontier - MSN 10038 |

Please ensure bank fees are not deducted from or charged to the above account

Page 1 of 1

CONFIDENTIAL                                                                                    FRONTIER0000159