**Exhibit 42 – Filed Under Seal**

**Exhibit 42 – Filed Under Seal**