**Exhibit 48 – Filed Under Seal**