Conversation (SMS;Native Messages), 3 messages, 2 parties, over 23 minutes

Parties: +1 720-525-8784 (Owner); Paul Sheridan <+353 86 026 1310>

First Message: 5/1/2020 9:18:07 AM -06:00

Last Message: 5/1/2020 9:41:12 AM -06:00

> +1 720-525-8784
> I had expected a call today. What's the status?
> 5/1/2020 9:18:07 AM -06:00
>
> Status: Sent
> State: Intact

Paul Sheridan <+353 86 026 1310>
We're about to get on a call with the shareholders - it's at 4:30 our time
5/1/2020 9:20:16 AM -06:00

Status: Read
State: Intact

> +1 720-525-8784
> Ok. All this gave us an additional 24 hrs to get this done.
> 5/1/2020 9:41:12 AM -06:00
>
> Status: Sent
> State: Intact

ATTORNEYS'S EYES ONLY                                                                                    FRONTIER0012184