**From:** Hauglid, Erik
**Sent:** Wednesday, May 13, 2020 3:17 PM
**To:** Sashikumar Bindu, Sharath;Mazutaviciute, Lina;Thwaytes, Spencer;Fanning, Robert
**Subject:** RE: AMCK Payments

Wires have been released.

Thanks

**From:** Dempsey, Jimmy <Jimmy.Dempsey@flyfrontier.com>
**Sent:** Wednesday, May 13, 2020 3:15 PM
**To:** Hauglid, Erik <Erik.Hauglid@flyfrontier.com>
**Cc:** Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>; Thwaytes, Spencer <Spencer.Thwaytes@flyfrontier.com>; Fanning, Robert <robert.fanning@flyfrontier.com>; Diamond, Howard <Howard.Diamond@flyfrontier.com>; Mazutaviciute, Lina <Lina.Mazutaviciute@flyfrontier.com>
**Subject:** Re: AMCK Payments

Approved

> On May 13, 2020, at 14:24, Hauglid, Erik <Erik.Hauglid@flyfrontier.com> wrote:
>
> We have the wires ready, just need approval before 330 to release.
>
> Thanks
>
> **From:** Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>
> **Sent:** Wednesday, May 13, 2020 2:01 PM
> **To:** Dempsey, Jimmy <Jimmy.Dempsey@flyfrontier.com>
> **Cc:** Thwaytes, Spencer <Spencer.Thwaytes@flyfrontier.com>; Fanning, Robert <robert.fanning@flyfrontier.com>; Diamond, Howard <Howard.Diamond@flyfrontier.com>; Hauglid, Erik <Erik.Hauglid@flyfrontier.com>; Mazutaviciute, Lina <Lina.Mazutaviciute@flyfrontier.com>
> **Subject:** AMCK Payments
>
> Hi Jimmy,
>
> Please approve the following payments to AMCK in light of recent discussions with them. 14 payments are from April and 3 from May thus far.

|   | A/C Number | AC Model | MSN  | Lessor | Date      | Total Payment |
|---|------------|----------|------|--------|-----------|---------------|
| 1 | N326FR     | A320 neo | 8102 | AMCK   | 5/13/2020 | ███           |
| 2 | N331FR     | A320 neo | 8239 | AMCK   | 5/13/2020 | ███           |
| 3 | N351FR     | A320 neo | 8913 | AMCK   | 5/13/2020 | ███           |
| 4 | N227FR     | A320 ceo | 6184 | AMCK   | 5/13/2020 | ███           |
| 5 | N358FR     | A320 neo | 9068 | AMCK   | 5/13/2020 | ███           |
| 6 | N349FR     | A320 neo | 8766 | AMCK   | 5/13/2020 | ███           |
| 7 | N350FR     | A320 neo | 8857 | AMCK   | 5/13/2020 | ███           |
| 8 | N353FR     | A320 neo | 8977 | AMCK   | 5/13/2020 | ███           |

| # | Tail | Type | MSN | Lessor | Date |
|---|------|------|------|------|------|
| 9 | N716FR | A321 ceo | 7524 | AMCK | 5/13/2020 |
| 10 | N354FR | A320 neo | 9026 | AMCK | 5/13/2020 |
| 11 | N332FR | A320 neo | 8307 | AMCK | 5/13/2020 |
| 12 | N336FR | A320 neo | 8357 | AMCK | 5/13/2020 |
| 13 | N338FR | A320 neo | 8402 | AMCK | 5/13/2020 |
| 14 | N359FR | A320 neo | 9177 | AMCK | 5/13/2020 |
| 15 | N331FR | A320 neo | 8239 | AMCK | 5/13/2020 |
| 16 | N326FR | A320 neo | 8102 | AMCK | 5/13/2020 |
| 17 | N351FR | A320 neo | 8913 | AMCK | 5/13/2020 |
| | Total | | | | |

Thanks,

<image001.png>
**Sharath Sashikumar**
Treasury Manager, Fleet
P: 720-374-4292
E: sharath.sashikumar@flyfrontier.com

CONFIDENTIAL

FRONTIER0008059

# Outgoing Payments Report

**Company:** Frontier Airlines Inc
**Requester:** Saxton, Benjamin
**e Range:** 13-May-2020 - 13-May-2020
**n Date:** 08-Dec-2021 3:41:26 PM MST

**BANK OF AMERICA**

## International High Value (Wire)
Payment Category: Urgent/Wire

| | |
|---|---|
| **Status:** Confirmed By Bank | **Template Name:** Accipiter |
| **Transaction Number:** 205DE033174H0X38 | **Template Code:** 762526 - LP |

### Debit Account Information

**Debit Bank:** 011900571
**Debit Account:** ▇▇▇▇
**Debit Account Name:** FRN- Operating
**Debit Currency:** USD

### Beneficiary Details

| | |
|---|---|
| **Beneficiary Name:** Accipiter Investments Aircraft4 LTD | **Beneficiary Account:** ▇▇▇▇ |
| **Beneficiary Address:** NA | **Beneficiary Bank ID:** BNPAIE2DXXX |
| **Beneficiary City:** NA | BNP Paribas |
| **Beneficiary Postal Code:** | 5 George's Dock IFSC |
| **Beneficiary Country:** IE - Ireland | Dublin |
| | IE - Ireland |
| | **Beneficiary Email:** |
| | **Beneficiary Mobile Number:** |

### Payment Details

| | |
|---|---|
| **Credit Currency:** USD | **Value Date:** 13-May-2020 |
| **Trade ID:** | |
| **Credit Amount:** ▇▇▇▇ | |
| **Debit Amount:** ▇▇▇▇ | |
| **\*Purpose of Payment:** | |

### Optional Information

| | |
|---|---|
| **Sender's Reference Number:** 205DE033174H0X38 | **Beneficiary Information:** ▇▇▇▇ |
| | Invoice Number: 20RD000007 |
| | MSN8102/N326FR |

### Additional Routing

| | |
|---|---|
| **Charges:** Shared | **Receiver Information:** |
| **Intermediary Bank ID:** BNPAUS3NXXX | |
| BNP PARIBAS | |
| THE EQUITABLE BUILDING, 787 SEVENTH | |
| NEW YORK CITY | |
| US - United States of America | |

### Control Information

| | |
|---|---|
| **Input:** lmazutavici | **Input Time:** 13-May-2020 1:03:44 PM MDT |
| **Approved:** ehauglid | **Time:** 13-May-2020 3:16:57 PM MDT |
| **Initial Confirmation:** WTX:WTX:2020051300563035 | |
| **Confirmation #:** FEDR:FEDR:20200513B6B7HU1R013215 | |

## Outgoing Payments Report

**Company:** Frontier Airlines Inc
**Requester:** Saxton, Benjamin
**te Range:** 13-May-2020 - 13-May-2020
**ᴜn Date:** 08-Dec-2021 3:41:26 PM MST

**BANK OF AMERICA**

### International High Value (Wire)
Payment Category: Urgent/Wire

| | |
|---|---|
| **Status:** Confirmed By Bank | **Template Name:** Accipiter |
| **Transaction Number:** 205DE0431P0B2A16 | **Template Code:** 762526 - LP |

**Debit Account Information**

**Debit Bank:** 011900571
**Debit Account:** ███
**Debit Account Name:** FRN- Operating
**Debit Currency:** USD

**Beneficiary Details**

| | |
|---|---|
| **Beneficiary Name:** Accipiter Investments Aircraft4 LTD | **Beneficiary Account:** ███ |
| **Beneficiary Address:** NA | **Beneficiary Bank ID:** BNPAIE2DXXX |
| **Beneficiary City:** NA | BNP Paribas |
| **Beneficiary Postal Code:** | 5 George's Dock IFSC |
| **Beneficiary Country:** IE - Ireland | Dublin |
| | IE - Ireland |
| | **Beneficiary Email:** |
| | **Beneficiary Mobile Number:** |

**Payment Details**

| | |
|---|---|
| **Credit Currency:** USD | **Value Date:** 13-May-2020 |
| **Trade ID:** | |
| **Credit Amount:** | |
| **Debit Amount:** ███ | |
| ***Purpose of Payment:** | |

**Optional Information**

| | |
|---|---|
| **Sender's Reference Number:** 205DE0431P0B2A16 | **Beneficiary Information:** ███ |
| | Invoice Number: 20RD000011 |
| | MSN8239/N331FR |

**Additional Routing**

| | |
|---|---|
| **Charges:** Shared | **Receiver Information:** |
| **Intermediary Bank ID:** BNPAUS3NXXX | |
| BNP PARIBAS | |
| THE EQUITABLE BUILDING, 787 SEVENTH | |
| NEW YORK CITY | |
| US - United States of America | |

**Control Information**

| | |
|---|---|
| **Input:** lmazutavici | **Input Time:** 13-May-2020 1:04:54 PM MDT |
| **Approved:** ehauglid | **Time:** 13-May-2020 3:16:57 PM MDT |
| **Initial Confirmation:** WTX:WTX:2020051300563053 | |
| **Confirmation #:** FEDR:FEDR:20200513B6B7HU3R013386 | |

# Outgoing Payments Report

**Company:** Frontier Airlines Inc
**Requester:** Saxton, Benjamin
**'e Range:** 13-May-2020 - 13-May-2020
**.n Date:** 08-Dec-2021 3:41:26 PM MST

**BANK OF AMERICA**

## International High Value (Wire)
Payment Category: Urgent/Wire

**Status:** Confirmed By Bank
**Transaction Number:** 205DE07046KD0A50

**Template Name:** Accipiter
**Template Code:** 762526 - LP

### Debit Account Information
**Debit Bank:** 011900571
**Debit Account:** [redacted]
**Debit Account Name:** FRN- Operating
**Debit Currency:** USD

### Beneficiary Details
**Beneficiary Name:** Accipiter Investments Aircraft4 LTD
**Beneficiary Address:** NA
**Beneficiary City:** NA
**Beneficiary Postal Code:**
**Beneficiary Country:** IE - Ireland

**Beneficiary Account:** [redacted]
**Beneficiary Bank ID:** BNPAIE2DXXX
BNP Paribas
5 George's Dock IFSC
Dublin
IE - Ireland
**Beneficiary Email:**
**Beneficiary Mobile Number:**

### Payment Details
**Credit Currency:** USD
**Trade ID:**
**Credit Amount:** [redacted]
**Debit Amount:** [redacted]
***Purpose of Payment:**

**Value Date:** 13-May-2020

### Optional Information
**Sender's Reference Number:** 205DE07046KD0A50

**Beneficiary Information:** [redacted]
Invoice Number: 20RD000019
MSN8913/N351FR

### Additional Routing
**Charges:** Shared
**Intermediary Bank ID:** BNPAUS3NXXX
BNP PARIBAS
THE EQUITABLE BUILDING, 787 SEVENTH
NEW YORK CITY
US - United States of America

**Receiver Information:**

### Control Information
**Input:** lmazutavici
**Approved:** ehauglid
**Initial Confirmation:** WTX:WTX:2020051300563045
**Confirmation #:** FEDR:FEDR:20200513B6B7HU3R013385

**Input Time:** 13-May-2020 1:07:20 PM MDT
**Time:** 13-May-2020 3:16:57 PM MDT

# Outgoing Payments Report

**Company:** Frontier Airlines Inc
**Requester:** Saxton, Benjamin
**te Range:** 13-May-2020 - 13-May-2020
**n Date:** 08-Dec-2021 3:41:26 PM MST

**BANK OF AMERICA**

## International High Value (Wire)
Payment Category: Urgent/Wire

| | |
|---|---|
| **Status:** Confirmed By Bank | **Template Name:** Accipiter |
| **Transaction Number:** 205DD402001B1D75 | **Template Code:** 762526 - LP |

### Debit Account Information

**Debit Bank:** 011900571
**Debit Account:** ■
**Debit Account Name:** FRN- Operating
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Name:** Accipiter Investments Aircraft4 LTD
**Beneficiary Address:** NA
**Beneficiary City:** NA
**Beneficiary Postal Code:**
**Beneficiary Country:** IE - Ireland

**Beneficiary Account:** ■
**Beneficiary Bank ID:** BNPAIE2DXXX
BNP Paribas
5 George's Dock IFSC
Dublin
IE - Ireland
**Beneficiary Email:**
**Beneficiary Mobile Number:**

### Payment Details

**Credit Currency:** USD
**Trade ID:**
**Credit Amount:** ■
**Debit Amount:** ■
**\*Purpose of Payment:**

**Value Date:** 13-May-2020

### Optional Information

**Sender's Reference Number:** 205DD402001B1D75

**Beneficiary Information:** ■
Invoice Number: 19RD002969
MSN6184/N227FR

### Additional Routing

**Charges:** Shared
**Intermediary Bank ID:** BNPAUS3NXXX
BNP PARIBAS
THE EQUITABLE BUILDING, 787 SEVENTH
NEW YORK CITY
US - United States of America

**Receiver Information:**

### Control Information

**Input:** lmazutavici
**Approved:** ehauglid
**Initial Confirmation:** WTX:WTX:2020051300563063
**Confirmation #:** FEDR:FEDR:20200513B6B7HU3R013395

**Input Time:** 13-May-2020 12:40:31 PM MDT
**Time:** 13-May-2020 3:16:57 PM MDT

# Outgoing Payments Report

**Company:** Frontier Airlines Inc
**Requester:** Saxton, Benjamin
**te Range:** 13-May-2020 - 13-May-2020
**Jn Date:** 08-Dec-2021 3:41:26 PM MST

**BANK OF AMERICA**

## International High Value (Wire)
Payment Category: Urgent/Wire

| | |
|---|---|
| **Status:** Confirmed By Bank | **Template Name:** Accipiter |
| **Transaction Number:** 205DD41135PD0L37 | **Template Code:** 762526 - LP |

### Debit Account Information

**Debit Bank:** 011900571
**Debit Account:** 3▮▮▮▮▮▮
**Debit Account Name:** FRN- Operating
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Name:** Accipiter Investments Aircraft4 LTD
**Beneficiary Address:** NA
**Beneficiary City:** NA
**Beneficiary Postal Code:**
**Beneficiary Country:** IE - Ireland

**Beneficiary Account:** ▮▮▮▮▮▮
**Beneficiary Bank ID:** BNPAIE2DXXX
BNP Paribas
5 George's Dock IFSC
Dublin
IE - Ireland
**Beneficiary Email:**
**Beneficiary Mobile Number:**

### Payment Details

**Credit Currency:** USD
**Trade ID:**
**Credit Amount:**
**Debit Amount:** ▮▮▮▮▮▮
**\*Purpose of Payment:**

**Value Date:** 13-May-2020

### Optional Information

**Sender's Reference Number:** 205DD41135PD0L37

**Beneficiary Information:** ▮▮▮▮▮▮
Invoice Number: 20RD000020
MSN9068/N358FR

### Additional Routing

**Charges:** Shared
**Intermediary Bank ID:** BNPAUS3NXXX
BNP PARIBAS
THE EQUITABLE BUILDING, 787 SEVENTH
NEW YORK CITY
US - United States of America

**Receiver Information:**

### Control Information

**Input:** lmazutavici
**Approved:** ehauglid
**Initial Confirmation:** WTX:WTX:2020051300563042
**Confirmation #:** FEDR:FEDR:20200513B6B7HU1R013220

**Input Time:** 13-May-2020 12:41:28 PM MDT
**Time:** 13-May-2020 3:16:57 PM MDT

# Outgoing Payments Report

**Company:** Frontier Airlines Inc
**Requester:** Saxton, Benjamin
**e Range:** 13-May-2020 - 13-May-2020
**.n Date:** 08-Dec-2021 3:41:26 PM MST

**BANK OF AMERICA**

## International High Value (Wire)
Payment Category: Urgent/Wire

| | |
|---|---|
| **Status:** Confirmed By Bank | **Template Name:** Accipiter |
| **Transaction Number:** 205DD464715D1B17 | **Template Code:** 762526 - LP |

### Debit Account Information

**Debit Bank:** 011900571
**Debit Account:** ███████
**Debit Account Name:** FRN- Operating
**Debit Currency:** USD

### Beneficiary Details

| | |
|---|---|
| **Beneficiary Name:** Accipiter Investments Aircraft4 LTD | **Beneficiary Account:** ███████ |
| **Beneficiary Address:** NA | **Beneficiary Bank ID:** BNPAIE2DXXX |
| **Beneficiary City:** NA | BNP Paribas |
| **Beneficiary Postal Code:** | 5 George's Dock IFSC |
| **Beneficiary Country:** IE - Ireland | Dublin |
| | IE - Ireland |
| | **Beneficiary Email:** |
| | **Beneficiary Mobile Number:** |

### Payment Details

| | |
|---|---|
| **Credit Currency:** USD | **Value Date:** 13-May-2020 |
| **Trade ID:** | |
| **Credit Amount:** ███ | |
| **Debit Amount:** ███ | |
| ***Purpose of Payment:** | |

### Optional Information

| | |
|---|---|
| **Sender's Reference Number:** 205DD464715D1B17 | **Beneficiary Information:** ███████ |
| | Invoice Number: 19RD003104 |
| | MSN8766/N349FR |

### Additional Routing

| | |
|---|---|
| **Charges:** Shared | **Receiver Information:** |
| **Intermediary Bank ID:** BNPAUS3NXXX | |
| BNP PARIBAS | |
| THE EQUITABLE BUILDING, 787 SEVENTH | |
| NEW YORK CITY | |
| US - United States of America | |

### Control Information

| | |
|---|---|
| **Input:** lmazutavici | **Input Time:** 13-May-2020 12:47:02 PM MDT |
| **Approved:** ehauglid | **Time:** 13-May-2020 3:16:57 PM MDT |
| **Initial Confirmation:** WTX:WTX:2020051300563036 | |
| **Confirmation #:** FEDR:FEDR:20200513B6B7HU1R013216 | |

# Outgoing Payments Report

**Company:** Frontier Airlines Inc
**Requester:** Saxton, Benjamin
**e Range:** 13-May-2020 - 13-May-2020
**n Date:** 08-Dec-2021 3:41:26 PM MST

**BANK OF AMERICA**

## International High Value (Wire)
Payment Category: Urgent/Wire

**Status:** Confirmed By Bank
**Transaction Number:** 205DD4822JNG1154

**Template Name:** Accipiter
**Template Code:** 762526 - LP

### Debit Account Information

**Debit Bank:** 011900571
**Debit Account:** [redacted]
**Debit Account Name:** FRN- Operating
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Name:** Accipiter Investments Aircraft4 LTD
**Beneficiary Address:** NA
**Beneficiary City:** NA
**Beneficiary Postal Code:**
**Beneficiary Country:** IE - Ireland

**Beneficiary Account:** [redacted]
**Beneficiary Bank ID:** BNPAIE2DXXX
BNP Paribas
5 George's Dock IFSC
Dublin
IE - Ireland
**Beneficiary Email:**
**Beneficiary Mobile Number:**

### Payment Details

**Credit Currency:** USD
**Trade ID:**
**Credit Amount:** [redacted]
**Debit Amount:** [redacted]
***Purpose of Payment:**

**Value Date:** 13-May-2020

### Optional Information

**Sender's Reference Number:** 205DD4822JNG1154

**Beneficiary Information:** [redacted]
Invoice Number: 20RD000014
MSN8857/N350FR

### Additional Routing

**Charges:** Shared
**Intermediary Bank ID:** BNPAUS3NXXX
BNP PARIBAS
THE EQUITABLE BUILDING, 787 SEVENTH
NEW YORK CITY
US - United States of America

**Receiver Information:**

### Control Information

**Input:** lmazutavici
**Approved:** ehauglid
**Initial Confirmation:** WTX:WTX:2020051300563039
**Confirmation #:** FEDR:FEDR:20200513B6B7HU4R013046

**Input Time:** 13-May-2020 12:51:46 PM MDT
**Time:** 13-May-2020 3:16:57 PM MDT

# Outgoing Payments Report

**Company:** Frontier Airlines Inc
**Requester:** Saxton, Benjamin
**Date Range:** 13-May-2020 - 13-May-2020
**Run Date:** 08-Dec-2021 3:41:26 PM MST

**BANK OF AMERICA**

## International High Value (Wire)
Payment Category: Urgent/Wire

| | |
|---|---|
| **Status:** Confirmed By Bank | **Template Name:** Accipiter |
| **Transaction Number:** 205DD5227QKG0693 | **Template Code:** 762526 - LP |

### Debit Account Information

**Debit Bank:** 011900571
**Debit Account:** ███████
**Debit Account Name:** FRN- Operating
**Debit Currency:** USD

### Beneficiary Details

| | |
|---|---|
| **Beneficiary Name:** Accipiter Investments Aircraft4 LTD | **Beneficiary Account:** ███████ |
| **Beneficiary Address:** NA | **Beneficiary Bank ID:** BNPAIE2DXXX |
| **Beneficiary City:** NA | BNP Paribas |
| **Beneficiary Postal Code:** | 5 George's Dock IFSC |
| **Beneficiary Country:** IE - Ireland | Dublin |
| | IE - Ireland |
| | **Beneficiary Email:** |
| | **Beneficiary Mobile Number:** |

### Payment Details

| | |
|---|---|
| **Credit Currency:** USD | **Value Date:** 13-May-2020 |
| **Trade ID:** | |
| **Credit Amount:** ███ | |
| **Debit Amount:** ███ | |
| ***Purpose of Payment:** | |

### Optional Information

| | |
|---|---|
| **Sender's Reference Number:** 205DD5227QKG0693 | **Beneficiary Information:** ███████ |
| | Invoice Number: 19RD003110 |
| | MSN8977/N353FR |

### Additional Routing

| | |
|---|---|
| **Charges:** Shared | **Receiver Information:** |
| **Intermediary Bank ID:** BNPAUS3NXXX | |
| BNP PARIBAS | |
| THE EQUITABLE BUILDING, 787 SEVENTH | |
| NEW YORK CITY | |
| US - United States of America | |

### Control Information

| | |
|---|---|
| **Input:** lmazutavici | **Input Time:** 13-May-2020 12:52:48 PM MDT |
| **Approved:** ehauglid | **Time:** 13-May-2020 3:16:57 PM MDT |
| **Initial Confirmation:** WTX:WTX:2020051300563047 | |
| **Confirmation #:** FEDR:FEDR:20200513B6B7HU2R012952 | |

# Outgoing Payments Report

**Company:** Frontier Airlines Inc
**Requester:** Saxton, Benjamin
**e Range:** 13-May-2020 - 13-May-2020
**n Date:** 08-Dec-2021 3:41:26 PM MST

**BANK OF AMERICA**

## International High Value (Wire)
Payment Category: Urgent/Wire

**Status:** Confirmed By Bank
**Transaction Number:** 205DD5800PBH1816

**Template Name:** Accipiter
**Template Code:** 762526 - LP

### Debit Account Information

**Debit Bank:** 011900571
**Debit Account:** [redacted]
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Name:** Accipiter Investments Aircraft4 LTD
**Beneficiary Address:** NA
**Beneficiary City:** NA
**Beneficiary Postal Code:**
**Beneficiary Country:** IE - Ireland

**Beneficiary Account:** [redacted]
**Beneficiary Bank ID:** BNPAIE2DXXX
BNP Paribas
5 George's Dock IFSC
Dublin
IE - Ireland
**Beneficiary Email:**
**Beneficiary Mobile Number:**

### Payment Details

**Credit Currency:** USD
**Trade ID:**
**Credit Amount:** [redacted]
**Debit Amount:** [redacted]
***Purpose of Payment:**

**Value Date:** 13-May-2020

### Optional Information

**Sender's Reference Number:** 205DD5800PBH1816

**Beneficiary Information:** [redacted]
Invoice Number: 20RD000221
MSN7524/N716FR

### Additional Routing

**Charges:** Shared
**Intermediary Bank ID:** BNPAUS3NXXX
BNP PARIBAS
THE EQUITABLE BUILDING, 787 SEVENTH
NEW YORK CITY
US - United States of America

**Receiver Information:**

### Control Information

**Input:** Imazutavici
**Approved:** ehauglid
**Initial Confirmation:** WTX:WTX:2020051300563037
**Confirmation #:** FEDR:FEDR:20200513B6B7HU1R013217

**Input Time:** 13-May-2020 12:58:21 PM MDT
**Time:** 13-May-2020 3:16:57 PM MDT

# Outgoing Payments Report

**BANK OF AMERICA**

**Company:** Frontier Airlines Inc
**Requester:** Saxton, Benjamin
**te Range:** 13-May-2020 - 13-May-2020
**un Date:** 08-Dec-2021 3:41:26 PM MST

## International High Value (Wire)
Payment Category: Urgent/Wire

**Status:** Confirmed By Bank
**Transaction Number:** 205DD590869B0H03
**Template Name:** Accipiter
**Template Code:** 762526 - LP

### Debit Account Information

**Debit Bank:** 011900571
**Debit Account:** ▮
**Debit Account Name:** FRN- Operating
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Name:** Accipiter Investments Aircraft4 LTD
**Beneficiary Address:** NA
**Beneficiary City:** NA
**Beneficiary Postal Code:**
**Beneficiary Country:** IE - Ireland

**Beneficiary Account:** ▮
**Beneficiary Bank ID:** BNPAIE2DXXX
BNP Paribas
5 George's Dock IFSC
Dublin
IE - Ireland
**Beneficiary Email:**
**Beneficiary Mobile Number:**

### Payment Details

**Credit Currency:** USD
**Trade ID:**
**Credit Amount:**
**Debit Amount:** ▮
**\*Purpose of Payment:**

**Value Date:** 13-May-2020

### Optional Information

**Sender's Reference Number:** 205DD590869B0H03

**Beneficiary Information:** ▮
Invoice Number: 19RD003116
MSN9026/N354FR

### Additional Routing

**Charges:** Shared
**Intermediary Bank ID:** BNPAUS3NXXX
BNP PARIBAS
THE EQUITABLE BUILDING, 787 SEVENTH
NEW YORK CITY
US - United States of America

**Receiver Information:**

### Control Information

**Input:** lmazutavici
**Approved:** ehauglid
**Initial Confirmation:** WTX:WTX:2020051300563055
**Confirmation #:** FEDR:FEDR:20200513B6B7HU3R013390

**Input Time:** 13-May-2020 12:59:25 PM MDT
**Time:** 13-May-2020 3:16:57 PM MDT

# Outgoing Payments Report

**Company:** Frontier Airlines Inc
**Requester:** Saxton, Benjamin
**te Range:** 13-May-2020 - 13-May-2020
**n Date:** 08-Dec-2021 3:41:26 PM MST

**BANK OF AMERICA**

## International High Value (Wire)
Payment Category: Urgent/Wire

**Status:** Confirmed By Bank
**Transaction Number:** 205DE0008RCG0O61

**Template Name:** Accipiter
**Template Code:** 762526 - LP

### Debit Account Information

**Debit Bank:** 011900571
**Debit Account:** [redacted]
**Debit Account Name:** FRN- Operating
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Name:** Accipiter Investments Aircraft4 LTD
**Beneficiary Address:** NA
**Beneficiary City:** NA
**Beneficiary Postal Code:**
**Beneficiary Country:** IE - Ireland

**Beneficiary Account:** [redacted]
**Beneficiary Bank ID:** BNPAIE2DXXX
BNP Paribas
5 George's Dock IFSC
Dublin
IE - Ireland
**Beneficiary Email:**
**Beneficiary Mobile Number:**

### Payment Details

**Credit Currency:** USD
**Trade ID:**
**Credit Amount:** [redacted]
**Debit Amount:** [redacted]
**\*Purpose of Payment:**

**Value Date:** 13-May-2020

### Optional Information

**Sender's Reference Number:** 205DE0008RCG0O61

**Beneficiary Information:** [redacted]
Invoice Number: 19RD003086
MSN8307/N332FR

### Additional Routing

**Charges:** Shared
**Intermediary Bank ID:** BNPAUS3NXXX
BNP PARIBAS
THE EQUITABLE BUILDING, 787 SEVENTH
NEW YORK CITY
US - United States of America

**Receiver Information:**

### Control Information

**Input:** lmazutavici
**Approved:** ehauglid
**Initial Confirmation:** WTX:WTX:2020051300563070
**Confirmation #:** FEDR:FEDR:20200513B6B7HU1R013229

**Input Time:** 13-May-2020 1:00:29 PM MDT
**Time:** 13-May-2020 3:16:57 PM MDT

# Outgoing Payments Report

**Company:** Frontier Airlines Inc
**Requester:** Saxton, Benjamin
**e Range:** 13-May-2020 - 13-May-2020
**n Date:** 08-Dec-2021 3:41:26 PM MST

**BANK OF AMERICA**

## International High Value (Wire)
Payment Category: Urgent/Wire

| | |
|---|---|
| **Status:** Confirmed By Bank | **Template Name:** Accipiter |
| **Transaction Number:** 205DE0058HZH0D76 | **Template Code:** 762526 - LP |

### Debit Account Information

**Debit Bank:** 011900571
**Debit Account:** [redacted]
**Debit Account Name:** FRN- Operating
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Name:** Accipiter Investments Aircraft4 LTD
**Beneficiary Address:** NA
**Beneficiary City:** NA
**Beneficiary Postal Code:**
**Beneficiary Country:** IE - Ireland

**Beneficiary Account:** [redacted]
**Beneficiary Bank ID:** BNPAIE2DXXX
BNP Paribas
5 George's Dock IFSC
Dublin
IE - Ireland
**Beneficiary Email:**
**Beneficiary Mobile Number:**

### Payment Details

**Credit Currency:** USD
**Trade ID:**
**Credit Amount:** [redacted]
**Debit Amount:** [redacted]
**\*Purpose of Payment:**

**Value Date:** 13-May-2020

### Optional Information

**Sender's Reference Number:** 205DE0058HZH0D76

**Beneficiary Information:** [redacted]
Invoice Number: 19RD003092
MSN8357/N336FR

### Additional Routing

**Charges:** Shared
**Intermediary Bank ID:** BNPAUS3NXXX
BNP PARIBAS
THE EQUITABLE BUILDING, 787 SEVENTH
NEW YORK CITY
US - United States of America

**Receiver Information:**

### Control Information

**Input:** lmazutavici
**Approved:** ehauglid
**Initial Confirmation:** WTX:WTX:2020051300563043
**Confirmation #:** FEDR:FEDR:20200513B6B7HU1R013221

**Input Time:** 13-May-2020 1:01:19 PM MDT
**Time:** 13-May-2020 3:16:57 PM MDT

## Outgoing Payments Report

**Company:** Frontier Airlines Inc
**Requester:** Saxton, Benjamin
**'e Range:** 13-May-2020 - 13-May-2020
**.n Date:** 08-Dec-2021 3:41:26 PM MST

**BANK OF AMERICA**

### International High Value (Wire)
Payment Category: Urgent/Wire

**Status:** Confirmed By Bank
**Transaction Number:** 205DE0150HNG1H11

**Template Name:** Accipiter
**Template Code:** 762526 - LP

#### Debit Account Information

**Debit Bank:** 011900571
**Debit Account:**
**Debit Account Name:** FRN- Operating
**Debit Currency:** USD

#### Beneficiary Details

**Beneficiary Name:** Accipiter Investments Aircraft4 LTD
**Beneficiary Address:** NA
**Beneficiary City:** NA
**Beneficiary Postal Code:**
**Beneficiary Country:** IE - Ireland

**Beneficiary Account:**
**Beneficiary Bank ID:** BNPAIE2DXXX
BNP Paribas
5 George's Dock IFSC
Dublin
IE - Ireland
**Beneficiary Email:**
**Beneficiary Mobile Number:**

#### Payment Details

**Credit Currency:** USD
**Trade ID:**
**Credit Amount:**
**Debit Amount:**
**\*Purpose of Payment:**

**Value Date:** 13-May-2020

#### Optional Information

**Sender's Reference Number:** 205DE0150HNG1H11

**Beneficiary Information:**
Invoice Number: 19RD003098
MSN8402/N338FR

#### Additional Routing

**Charges:** Shared
**Intermediary Bank ID:** BNPAUS3NXXX
BNP PARIBAS
THE EQUITABLE BUILDING, 787 SEVENTH
NEW YORK CITY
US - United States of America

**Receiver Information:**

#### Control Information

**Input:** lmazutavici
**Approved:** ehauglid
**Initial Confirmation:** WTX:WTX:2020051300563034
**Confirmation #:** FEDR:FEDR:20200513B6B7HU1R013214

**Input Time:** 13-May-2020 1:02:02 PM MDT
**Time:** 13-May-2020 3:16:57 PM MDT

## Outgoing Payments Report

**Company:** Frontier Airlines Inc
**Requester:** Saxton, Benjamin
  te Range: 13-May-2020 - 13-May-2020
  ⌐n Date: 08-Dec-2021 3:41:26 PM MST

**BANK OF AMERICA**

### International High Value (Wire)
Payment Category: Urgent/Wire

| | |
|---|---|
| **Status:** Confirmed By Bank | **Template Name:** Accipiter |
| **Transaction Number:** 205DE0238AIG0U67 | **Template Code:** 762526 - LP |

**Debit Account Information**

- **Debit Bank:** 011900571
- **Debit Account:** ███
- **Debit Account Name:** FRN- Operating
- **Debit Currency:** USD

**Beneficiary Details**

- **Beneficiary Name:** Accipiter Investments Aircraft4 LTD
- **Beneficiary Address:** NA
- **Beneficiary City:** NA
- **Beneficiary Postal Code:**
- **Beneficiary Country:** IE - Ireland

- **Beneficiary Account:** ███
- **Beneficiary Bank ID:** BNPAIE2DXXX
  BNP Paribas
  5 George's Dock IFSC
  Dublin
  IE - Ireland
- **Beneficiary Email:**
- **Beneficiary Mobile Number:**

**Payment Details**

- **Credit Currency:** USD
- **Trade ID:**
- **Credit Amount:** ███
- **Debit Amount:** ███
- **\*Purpose of Payment:**

**Value Date:** 13-May-2020

**Optional Information**

- **Sender's Reference Number:** 205DE0238AIG0U67

- **Beneficiary Information:** ███
  Invoice Number: 19RD002906
  MSN9177/N359FR

**Additional Routing**

- **Charges:** Shared
- **Intermediary Bank ID:** BNPAUS3NXXX
  BNP PARIBAS
  THE EQUITABLE BUILDING, 787 SEVENTH
  NEW YORK CITY
  US - United States of America

**Receiver Information:**

**Control Information**

- **Input:** lmazutavici
- **Approved:** ehauglid
- **Initial Confirmation:** WTX:WTX:2020051300563041
- **Confirmation #:** FEDR:FEDR:20200513B6B7HU1R013219

- **Input Time:** 13-May-2020 1:02:52 PM MDT
- **Time:** 13-May-2020 3:16:57 PM MDT

## Outgoing Payments Report

**Company:** Frontier Airlines Inc
**Requester:** Saxton, Benjamin
**te Range:** 13-May-2020 - 13-May-2020
**₋n Date:** 08-Dec-2021 3:41:26 PM MST

**BANK OF AMERICA**

### International High Value (Wire)
Payment Category: Urgent/Wire

**Status:** Confirmed By Bank
**Transaction Number:** 205DD3751JNG0P69

**Template Name:** Accipiter
**Template Code:** 762526 - LP

#### Debit Account Information

**Debit Bank:** 011900571
**Debit Account:** ▮
**Debit Account Name:** FRN- Operating
**Debit Currency:** USD

#### Beneficiary Details

**Beneficiary Name:** Accipiter Investments Aircraft4 LTD
**Beneficiary Address:** NA
**Beneficiary City:** NA
**Beneficiary Postal Code:**
**Beneficiary Country:** IE - Ireland

**Beneficiary Account:** ▮
**Beneficiary Bank ID:** BNPAIE2DXXX
BNP Paribas
5 George's Dock IFSC
Dublin
IE - Ireland
**Beneficiary Email:**
**Beneficiary Mobile Number:**

#### Payment Details

**Credit Currency:** USD
**Trade ID:**
**Credit Amount:** ▮
**Debit Amount:** ▮
**\*Purpose of Payment:**

**Value Date:** 13-May-2020

#### Optional Information

**Sender's Reference Number:** 205DD3751JNG0P69

**Beneficiary Information:** ▮
Invoice Number: 20RD000010
MSN8239/N331FR

#### Additional Routing

**Charges:** Shared
**Intermediary Bank ID:** BNPAUS3NXXX
BNP PARIBAS
THE EQUITABLE BUILDING, 787 SEVENTH
NEW YORK CITY
US - United States of America

**Receiver Information:**

#### Control Information

**Input:** lmazutavici
**Approved:** ehauglid
**Initial Confirmation:** WTX:WTX:2020051300563044
**Confirmation #:** FEDR:FEDR:20200513B6B7HU1R013224

**Input Time:** 13-May-2020 12:38:24 PM MDT
**Time:** 13-May-2020 3:16:57 PM MDT

# Outgoing Payments Report

**Company:** Frontier Airlines Inc
**Requester:** Saxton, Benjamin
**e Range:** 13-May-2020 - 13-May-2020
**⏎n Date:** 08-Dec-2021 3:41:26 PM MST

**BANK OF AMERICA**

## International High Value (Wire)
Payment Category: Urgent/Wire

**Status:** Confirmed By Bank
**Transaction Number:** 205DE0538ANB0212

**Template Name:** Accipiter
**Template Code:** 762526 - LP

### Debit Account Information

**Debit Bank:** 011900571
**Debit Account:** ███
**Debit Account Name:** FRN- Operating
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Name:** Accipiter Investments Aircraft4 LTD
**Beneficiary Address:** NA
**Beneficiary City:** NA
**Beneficiary Postal Code:**
**Beneficiary Country:** IE - Ireland

**Beneficiary Account:** ███
**Beneficiary Bank ID:** BNPAIE2DXXX
BNP Paribas
5 George's Dock IFSC
Dublin
IE - Ireland
**Beneficiary Email:**
**Beneficiary Mobile Number:**

### Payment Details

**Credit Currency:** USD
**Trade ID:**
**Credit Amount:** ███
**Debit Amount:** ███
**\*Purpose of Payment:**

**Value Date:** 13-May-2020

### Optional Information

**Sender's Reference Number:** 205DE0538ANB0212

**Beneficiary Information:** ███
Invoice Number: 20RD000008
MSN8102/N326FR

### Additional Routing

**Charges:** Shared
**Intermediary Bank ID:** BNPAUS3NXXX
BNP PARIBAS
THE EQUITABLE BUILDING, 787 SEVENTH
NEW YORK CITY
US - United States of America

**Receiver Information:**

### Control Information

**Input:** lmazutavici
**Approved:** ehauglid
**Initial Confirmation:** WTX:WTX:2020051300563040
**Confirmation #:** FEDR:FEDR:20200513B6B7HU1R013218

**Input Time:** 13-May-2020 1:06:23 PM MDT
**Time:** 13-May-2020 3:16:57 PM MDT

# Outgoing Payments Report

**Company:** Frontier Airlines Inc
**Requester:** Saxton, Benjamin
**'e Range:** 13-May-2020 - 13-May-2020
**.n Date:** 08-Dec-2021 3:41:26 PM MST

**BANK OF AMERICA**

## International High Value (Wire)
Payment Category: Urgent/Wire

**Status:** Confirmed By Bank
**Transaction Number:** 205DD39064XB0J62

**Template Name:** Accipiter
**Template Code:** 762526 - LP

### Debit Account Information

**Debit Bank:** 011900571
**Debit Account:** ▮
**Debit Account Name:** FRN- Operating
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Name:** Accipiter Investments Aircraft4 LTD
**Beneficiary Address:** NA
**Beneficiary City:** NA
**Beneficiary Postal Code:**
**Beneficiary Country:** IE - Ireland

**Beneficiary Account:** ▮
**Beneficiary Bank ID:** BNPAIE2DXXX
BNP Paribas
5 George's Dock IFSC
Dublin
IE - Ireland
**Beneficiary Email:**
**Beneficiary Mobile Number:**

### Payment Details

**Credit Currency:** USD
**Trade ID:**
**Credit Amount:** ▮
**Debit Amount:** ▮
**\*Purpose of Payment:**

**Value Date:** 13-May-2020

### Optional Information

**Sender's Reference Number:** 205DD39064XB0J62

**Beneficiary Information:** ▮
Invoice Number: 20RD000018
MSN8913/N351FR

### Additional Routing

**Charges:** Shared
**Intermediary Bank ID:** BNPAUS3NXXX
BNP PARIBAS
THE EQUITABLE BUILDING, 787 SEVENTH
NEW YORK CITY
US - United States of America

**Receiver Information:**

### Control Information

**Input:** lmazutavici
**Approved:** ehauglid
**Initial Confirmation:** WTX:WTX:2020051300563038
**Confirmation #:** FEDR:FEDR:20200513B6B7HU3R013384

**Input Time:** 13-May-2020 12:39:36 PM MDT
**Time:** 13-May-2020 3:16:57 PM MDT