**From:** Michael McInerney <michael.mcinerney@amck.aero>
**Sent:** Monday, June 29, 2020 10:26 AM
**To:** Frontier Airlines Fleet Administration; Sashikumar Bindu, Sharath; Fanning, Robert
**Cc:** Contracts
**Subject:** RE: Invoices - Frontier Airlines, Inc.
**Attachments:** 19RD003118.pdf

Hi Frontier team,

The attached invoice is now showing as outstanding. Can you please provide an update on the status of the payment.

Thanks,
Mike

-----Original Message-----
From: michael.mcinerney@amck.aero <michael.mcinerney@amck.aero>
Sent: Tuesday 26 November 2019 11:09
To: fleetadmin@flyfrontier.com; Sharath.Sashikumar@flyfrontier.com; robert.fanning@flyfrontier.com; Contracts <contracts@amck.aero>; Finance <finance@amck.aero>
Subject: Invoices - Frontier Airlines, Inc.

Dear All,

Please find attached your invoice(s).

If you have any questions, please contact us at contracts@amck.aero

Kind Regards,
Contracts Management Team

This e-mail message (including any attachments, this "message") is the property of AMCK Aviation Holdings Ireland Limited and/or its affiliates (collectively, "AMCK") and is intended only for use by the addressee. This message is confidential and the information in it may not be disclosed or used except for the purpose for which it has been sent. This message may also be legally privileged. If you have received this message in error, you are on notice of its status and you may not review, print, save, copy, distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete the original and all copies of this message and any attachments from your system. Any views or opinions expressed in this message are those of the author and are not necessarily those of AMCK. Since the internet cannot guarantee the integrity of this message which may not be reliable, AMCK shall not be liable for this message if modified, changed or falsified.
AMCK Aviation Holdings Ireland Limited is a company incorporated in Ireland with company number 552762 and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

EXHIBIT
McInerney
29
3-11-2022

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 19RD003118 |
| Invoice Date: | 25-Nov-2019 |
| Payment Due Date: | 26-Jun-2020 |
| Asset: | 09026/N354FR/A320-200N |

**Aircraft Lease Agreement dated 28 June 2019 in respect of one Airbus A320-251N aircraft with MSN 9026**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 28-Jun-2020 to 27-Jul-2020 | [redacted] |
| **Total Amount Due:** | [redacted] |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| **Payment Instructions** | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | [redacted] 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 9026 |

Please ensure bank fees are not deducted from or charged to the above account

**From:** Michael McInerney <michael.mcinerney@amck.aero>
**Sent:** Monday, July 6, 2020 3:27 AM
**To:** Avril Alcala;Sashikumar Bindu, Sharath
**Cc:** Contracts;Dovile Kukulskiene;Fanning, Robert
**Subject:** RE: Invoices - Frontier Airlines, Inc. - June / July
**Attachments:** 20RD000669.pdf

Hi Sharath,

I hope you had a nice 4th weekend.

The attached invoice was due for payment on Thursday, 2nd July.

Grateful if you could please provide an update.

Thanks,
Mike

---

**From:** Avril Alcala <avril.alcala@amck.aero>
**Sent:** Friday 19 June 2020 17:13
**To:** Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>; Michael McInerney <michael.mcinerney@amck.aero>
**Cc:** Contracts <contracts@amck.aero>; Dovile Kukulskiene <dovile.kukulskiene@amck.aero>; Fanning, Robert <robert.fanning@flyfrontier.com>
**Subject:** RE: Invoices - Frontier Airlines, Inc. - June / July

Dear Sharath,

Please find attached all invoices due to 31st July. The excel sheet attached provides a breakdown.

As there were a number of August invoices also issued on 27th May I will compile a separate email for all August invoices to ensure that nothing has been missed.
In future we will send all invoices for the month ahead for all aircraft together.

Kind regards,
Avril

---

**From:** Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>
**Sent:** 19 June 2020 16:16
**To:** Avril Alcala <avril.alcala@amck.aero>; Michael McInerney <michael.mcinerney@amck.aero>
**Cc:** Contracts <contracts@amck.aero>; Dovile Kukulskiene <dovile.kukulskiene@amck.aero>; Fanning, Robert <robert.fanning@flyfrontier.com>
**Subject:** RE: Invoices - Frontier Airlines, Inc.

Avril and Michael,

Please send over the invoice for MSN 9068 for June. Going forward, kindly send over the invoices compiled for the entire month for all the aircraft.

This invoice is due today and we are yet to receive it. Please send over soon for us to make payment effective today.

Thanks,

**Sharath Sashikumar**
Treasury Manager, Fleet
P: 720-374-4292
E: sharath.sashikumar@flyfrontier.com

---

**From:** Avril Alcala <avril.alcala@amck.aero>
**Sent:** Monday, January 20, 2020 4:33 AM
**To:** Michael McInerney <michael.mcinerney@amck.aero>; Frontier Airlines Fleet Administration <FleetAdmin@flyfrontier.com>; Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>; Fanning, Robert <robert.fanning@flyfrontier.com>
**Cc:** Contracts <contracts@amck.aero>
**Subject:** Invoices - Frontier Airlines, Inc.

Dear All,

We have not received payment for the attached rental invoice (due Friday 17th January).
Please can you provide an update regarding the payment status.

Thank you,
Avril

Avril Alcala | Manager, Contracts Management
M: +353 860 222 768

First Floor, 28-29 Sir John Rogerson's Quay
Dublin, D02 EY80, Ireland
www.AMCK.aero

---

This e-mail message (including any attachments, this "message") is the property of AMCK Aviation Holdings Ireland Limited and/or its affiliates (collectively, "AMCK") and is intended only for use by the addressee. This message is confidential and the information in it may not be disclosed or used except for the purpose for which it has been sent. This message may also be legally privileged. If you have received this message in error, you are on notice of its status and you may not review, print, save, copy, distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete the original and all copies of this message and any attachments from your system. Any views or opinions expressed in this message are those of the author and are not necessarily those of AMCK. Since the internet cannot guarantee the integrity of this message which may not be reliable, AMCK shall not be liable for this message if modified, changed or falsified.
AMCK Aviation Holdings Ireland Limited is a company incorporated in Ireland with company number 552762 and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

This e-mail message (including any attachments, this "message") is the property of AMCK Aviation Holdings Ireland Limited and/or its affiliates (collectively, "AMCK") and is intended only for use by the addressee. This message is confidential and the information in it may not be disclosed or used except for the purpose for which it has been sent. This message may also be legally privileged. If you have received this message in error, you are on notice of its status and you may not review, print, save, copy, distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete the original and all copies of this message and any attachments from your system. Any views or opinions expressed in this message are those of the author and are not necessarily those of AMCK. Since the internet cannot guarantee the integrity of this message which may not be reliable, AMCK shall not be liable for this message if modified, changed or falsified.
AMCK Aviation Holdings Ireland Limited is a company incorporated in Ireland with company number 552762 and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

Accipiter Investments Aircraft 4 Limited
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 20RD000669 |
| Invoice Date: | 27-May-2020 |
| Payment Due Date: | 02-Jul-2020 |
| Asset: | 08239/N331FR/A320-200N |

**Aircraft Lease Agreement dated 5 June 2018 in respect of Airbus A320-251N aircraft with MSN 8239**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 05-Jul-2020 to 04-Aug-2020 | [redacted] |
| **Total Amount Due:** | [redacted] |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | [redacted] 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier MSN 8239 |

Please ensure bank fees are not deducted from or charged to the above account

---

**From:** Michael McInerney <michael.mcinerney@amck.aero>
**Sent:** Monday, July 20, 2020 8:47 AM
**To:** Avril Alcala;Sashikumar Bindu, Sharath
**Cc:** Contracts;Dovile Kukulskiene;Fanning, Robert
**Subject:** RE: Invoices - Frontier Airlines, Inc. - June / July
**Attachments:** 20RD000689.pdf

Hi Sharath,

The attached invoice is outstanding since Friday, 17th July.

Can you please provide an update when you get a chance.

Thanks,
Mike

**From:** Avril Alcala <avril.alcala@amck.aero>
**Sent:** Friday 19 June 2020 17:13
**To:** Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>; Michael McInerney <michael.mcinerney@amck.aero>
**Cc:** Contracts <contracts@amck.aero>; Dovile Kukulskiene <dovile.kukulskiene@amck.aero>; Fanning, Robert <robert.fanning@flyfrontier.com>
**Subject:** RE: Invoices - Frontier Airlines, Inc. - June / July

Dear Sharath,

Please find attached all invoices due to 31st July. The excel sheet attached provides a breakdown.

As there were a number of August invoices also issued on 27th May I will compile a separate email for all August invoices to ensure that nothing has been missed.
In future we will send all invoices for the month ahead for all aircraft together.

Kind regards,
Avril

**From:** Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>
**Sent:** 19 June 2020 16:16
**To:** Avril Alcala <avril.alcala@amck.aero>; Michael McInerney <michael.mcinerney@amck.aero>
**Cc:** Contracts <contracts@amck.aero>; Dovile Kukulskiene <dovile.kukulskiene@amck.aero>; Fanning, Robert <robert.fanning@flyfrontier.com>
**Subject:** RE: Invoices - Frontier Airlines, Inc.

Avril and Michael,

Please send over the invoice for MSN 9068 for June. Going forward, kindly send over the invoices compiled for the entire month for all the aircraft.

This invoice is due today and we are yet to receive it. Please send over soon for us to make payment effective today.

Thanks,

**Sharath Sashikumar**
Treasury Manager, Fleet
P: 720-374-4292
E: sharath.sashikumar@flyfrontier.com

---

**From:** Avril Alcala <avril.alcala@amck.aero>
**Sent:** Monday, January 20, 2020 4:33 AM
**To:** Michael McInerney <michael.mcinerney@amck.aero>; Frontier Airlines Fleet Administration <FleetAdmin@flyfrontier.com>; Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>; Fanning, Robert <robert.fanning@flyfrontier.com>
**Cc:** Contracts <contracts@amck.aero>
**Subject:** Invoices - Frontier Airlines, Inc.

Dear All,

We have not received payment for the attached rental invoice (due Friday 17th January).
Please can you provide an update regarding the payment status.

Thank you,
Avril

Avril Alcala | Manager, Contracts Management
M: +353 860 222 768

First Floor, 28-29 Sir John Rogerson's Quay
Dublin, D02 EY80, Ireland
www.AMCK.aero

This e-mail message (including any attachments, this "message") is the property of AMCK Aviation Holdings Ireland Limited and/or its affiliates (collectively, "AMCK") and is intended only for use by the addressee. This message is confidential and the information in it may not be disclosed or used except for the purpose for which it has been sent. This message may also be legally privileged. If you have received this message in error, you are on notice of its status and you may not review, print, save, copy, distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete the original and all copies of this message and any attachments from your system. Any views or opinions expressed in this message are those of the author and are not necessarily those of AMCK. Since the internet cannot guarantee the integrity of this message which may not be reliable, AMCK shall not be liable for this message if modified, changed or falsified.
AMCK Aviation Holdings Ireland Limited is a company incorporated in Ireland with company number 552762 and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

This e-mail message (including any attachments, this "message") is the property of AMCK Aviation Holdings Ireland Limited and/or its affiliates (collectively, "AMCK") and is intended only for use by the addressee. This message is confidential and the information in it may not be disclosed or used except for the purpose for which it has been sent. This message may also be legally privileged. If you have received this message in error, you are on notice of its status and you may not review, print, save, copy, distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete the original and all copies of this message and any attachments from your system. Any views or opinions expressed in this message are those of the author and are not necessarily those of AMCK. Since the internet cannot guarantee the integrity of this message which may not be reliable, AMCK shall not be liable for this message if modified, changed or falsified.
AMCK Aviation Holdings Ireland Limited is a company incorporated in Ireland with company number 552762 and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

**Accipiter Investments Aircraft 4 Limited**
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

Invoice Number: 20RD000689
Invoice Date: 27-May-2020
Payment Due Date: 17-Jul-2020
Asset: 09068/N358FR/A320-200N

**Aircraft Lease Agreement dated 19 August 2019 in respect of one Airbus A320-251N aircraft with MSN 9068**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 19-Jul-2020 to 18-Aug-2020 | [redacted] |
| **Total Amount Due:** | [redacted] |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | [redacted] 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 9068 |

Please ensure bank fees are not deducted from or charged to the above account

**From:** Michael McInerney <michael.mcinerney@amck.aero>
**Sent:** Monday, July 20, 2020 8:47 AM
**To:** Avril Alcala; Sashikumar Bindu, Sharath
**Cc:** Contracts; Dovile Kukulskiene; Fanning, Robert
**Subject:** RE: Invoices - Frontier Airlines, Inc. - June / July
**Attachments:** 20RD000689.pdf

Hi Sharath,

The attached invoice is outstanding since Friday, 17th July.

Can you please provide an update when you get a chance.

Thanks,
Mike

---

**From:** Avril Alcala <avril.alcala@amck.aero>
**Sent:** Friday 19 June 2020 17:13
**To:** Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>; Michael McInerney <michael.mcinerney@amck.aero>
**Cc:** Contracts <contracts@amck.aero>; Dovile Kukulskiene <dovile.kukulskiene@amck.aero>; Fanning, Robert <robert.fanning@flyfrontier.com>
**Subject:** RE: Invoices - Frontier Airlines, Inc. - June / July

Dear Sharath,

Please find attached all invoices due to 31st July. The excel sheet attached provides a breakdown.

As there were a number of August invoices also issued on 27th May I will compile a separate email for all August invoices to ensure that nothing has been missed.
In future we will send all invoices for the month ahead for all aircraft together.

Kind regards,
Avril

---

**From:** Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>
**Sent:** 19 June 2020 16:16
**To:** Avril Alcala <avril.alcala@amck.aero>; Michael McInerney <michael.mcinerney@amck.aero>
**Cc:** Contracts <contracts@amck.aero>; Dovile Kukulskiene <dovile.kukulskiene@amck.aero>; Fanning, Robert <robert.fanning@flyfrontier.com>
**Subject:** RE: Invoices - Frontier Airlines, Inc.

Avril and Michael,

Please send over the invoice for MSN 9068 for June. Going forward, kindly send over the invoices compiled for the entire month for all the aircraft.

This invoice is due today and we are yet to receive it. Please send over soon for us to make payment effective today.

Thanks,



**Sharath Sashikumar**
Treasury Manager, Fleet
P: 720-374-4292
E: sharath.sashikumar@flyfrontier.com

---

**From:** Avril Alcala <avril.alcala@amck.aero>
**Sent:** Monday, January 20, 2020 4:33 AM
**To:** Michael McInerney <michael.mcinerney@amck.aero>; Frontier Airlines Fleet Administration <FleetAdmin@flyfrontier.com>; Sashikumar Bindu, Sharath <Sharath.Sashikumar@flyfrontier.com>; Fanning, Robert <robert.fanning@flyfrontier.com>
**Cc:** Contracts <contracts@amck.aero>
**Subject:** Invoices - Frontier Airlines, Inc.

Dear All,

We have not received payment for the attached rental invoice (due Friday 17th January).
Please can you provide an update regarding the payment status.

Thank you,
Avril

Avril Alcala | Manager, Contracts Management
M: +353 860 222 768




First Floor, 28-29 Sir John Rogerson's Quay
Dublin, D02 EY80, Ireland
www.AMCK.aero

---

This e-mail message (including any attachments, this "message") is the property of AMCK Aviation Holdings Ireland Limited and/or its affiliates (collectively, "AMCK") and is intended only for use by the addressee. This message is confidential and the information in it may not be disclosed or used except for the purpose for which it has been sent. This message may also be legally privileged. If you have received this message in error, you are on notice of its status and you may not review, print, save, copy, distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete the original and all copies of this message and any attachments from your system. Any views or opinions expressed in this message are those of the author and are not necessarily those of AMCK. Since the internet cannot guarantee the integrity of this message which may not be reliable, AMCK shall not be liable for this message if modified, changed or falsified.
AMCK Aviation Holdings Ireland Limited is a company incorporated in Ireland with company number 552762 and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

---

This e-mail message (including any attachments, this "message") is the property of AMCK Aviation Holdings Ireland Limited and/or its affiliates (collectively, "AMCK") and is intended only for use by the addressee. This message is confidential and the information in it may not be disclosed or used except for the purpose for which it has been sent. This message may also be legally privileged. If you have received this message in error, you are on notice of its status and you may not review, print, save, copy, distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete the original and all copies of this message and any attachments from your system. Any views or opinions expressed in this message are those of the author and are not necessarily those of AMCK. Since the internet cannot guarantee the integrity of this message which may not be reliable, AMCK shall not be liable for this message if modified, changed or falsified.
AMCK Aviation Holdings Ireland Limited is a company incorporated in Ireland with company number 552762 and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

Accipiter Investments Aircraft 4 Limited
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 20RD000689 |
| Invoice Date: | 27-May-2020 |
| Payment Due Date: | 17-Jul-2020 |
| Asset: | 09068/N358FR/A320-200N |

**Aircraft Lease Agreement dated 19 August 2019 in respect of one Airbus A320-251N aircraft with MSN 9068**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 19-Jul-2020 to 18-Aug-2020 | |
| **Total Amount Due:** | |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010

| Payment Instructions | |
|---|---|
| **Account Bank:** | BNP Paribas |
| **Account Name:** | Accipiter Investments Aircraft 4 Limited |
| **Account Number:** | 00128 |
| **SWIFT Code:** | BNPAIE2D |
| **IBAN:** | IE35BNPA99020640270128 |
| **Intermediate Bank:** | BNPAUS3N/020019275900110 |
| **Reference:** | Frontier - MSN 9068 |

Please ensure bank fees are not deducted from or charged to the above account

---

**From:** Michael McInerney <michael.mcinerney@amck.aero>
**Sent:** Tuesday, September 8, 2020 9:13 AM
**To:** Dovile Kukulskiene; Frontier Airlines Fleet Administration; Sashikumar Bindu, Sharath; Fanning, Robert
**Cc:** Contracts
**Subject:** RE: Invoices - Frontier Airlines, Inc.
**Attachments:** 20RD001152.pdf

Hi Frontier team,

The attached invoice was due for payment on Friday, 4th Sept.

Can you please provide an update on the status of the payment.

Thanks,
Mike

-----Original Message-----
From: dovile.kukulskiene@amck.aero <dovile.kukulskiene@amck.aero>
Sent: Friday 7 August 2020 09:45
To: fleetadmin@flyfrontier.com; Sharath.Sashikumar@flyfrontier.com; robert.fanning@flyfrontier.com; Contracts <contracts@amck.aero>; Finance <finance@amck.aero>
Subject: Invoices - Frontier Airlines, Inc.

Dear All,

Please find attached your invoice(s).

If you have any questions, please contact us at contracts@amck.aero

Kind Regards,
Contracts Management Team

---

This e-mail message (including any attachments, this "message") is the property of AMCK Aviation Holdings Ireland Limited and/or its affiliates (collectively, "AMCK") and is intended only for use by the addressee. This message is confidential and the information in it may not be disclosed or used except for the purpose for which it has been sent. This message may also be legally privileged. If you have received this message in error, you are on notice of its status and you may not review, print, save, copy, distribute or otherwise use this message; please notify us immediately by reply e-mail and then delete the original and all copies of this message and any attachments from your system. Any views or opinions expressed in this message are those of the author and are not necessarily those of AMCK. Since the internet cannot guarantee the integrity of this message which may not be reliable, AMCK shall not be liable for this message if modified, changed or falsified.
AMCK Aviation Holdings Ireland Limited is a company incorporated in Ireland with company number 552762 and its registered office is at 28-29 Sir John Rogerson's Quay, Dublin 2, Ireland.

Accipiter Investments Aircraft 4 Limited
c/o Accipiter Holdings DAC
28/29 Sir John Rogerson's Quay
Dublin 2
Ireland

VAT NO: 3485480GH

# Invoice

**Frontier Airlines, Inc.**
4545 Airport Way
Denver
Colorado
United States of America
80239

| | |
|---|---|
| Invoice Number: | 20RD001152 |
| Invoice Date: | 07-Aug-2020 |
| Payment Due Date: | 04-Sep-2020 |
| Asset: | 08102/N326FR/A320-200N |

**Aircraft Lease Agreement dated 6 March 2018 in respect of one Airbus A320-251N aircraft with MSN 8102**

| Description | Amount (USD) |
|---|---|
| | |
| Fixed lease Rental covering period 06-Sep-2020 to 05-Oct-2020 | [redacted] |
| **Total Amount Due:** | [redacted] |

Lease outside scope of Irish VAT in accordance with Section 35(2) VAT Consolidation Act 2010.

| Payment Instructions | |
|---|---|
| Account Bank: | BNP Paribas |
| Account Name: | Accipiter Investments Aircraft 4 Limited |
| Account Number: | [redacted] 00128 |
| SWIFT Code: | BNPAIE2D |
| IBAN: | IE35BNPA99020640270128 |
| Intermediate Bank: | BNPAUS3N/020019275900110 |
| Reference: | Frontier - MSN 8102 |

Please ensure bank fees are not deducted from or charged to the above account