Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------
FRONTIER AIRLINES, INC,

                    Plaintiff,

          vs.                     Case No.:
                                  1:20-CV-09713-
                                  LLS
AMCK AVIATION HOLDINGS IRELAND
LIMITED, ACCIPITER INVESTMENT 4
LIMITED, VERMILLION AVIATION
(TWO) LIMITED, WELLS FARGO TRUST
COMPANY, N.A., solely in its
capacity as OWNER TRUSTEE, and
UMB BANK, N.A., solely in its
capacity as OWNER TRUSTEE,
                    Defendants.
------------------------------

                         April 1, 2022
                         10:00 a.m. CDT

     Remote video-teleconference deposition of
SHARATH SASHIKUMAR BINDU, taken by Defendants, held
at Peoria, Illinois, pursuant to notice, before
Elizabeth F. Tobin, a Registered Professional
Reporter and Notary Public of the State of New
York.
JOB NO. 5155647

Page 2

1

2   A P P E A R A N C E S:

3

4   On behalf of the Plaintiff:

5       LANE POWELL, P.C.

6       601 S.W. Second Avenue, Suite 2100

7       Portland, Oregon 97204

8       503.778.2100

9       BY:   DAVID G. HOSENPUD, ESQ.

10            hosenpudd@lanepowell.com

11            (via video-teleconference)

12

13  On behalf of the Defendants:

14      CLIFFORD CHANCE, LLP

15      31 West 52nd Street

16      New York, New York 10019-6131

17      212.878.8000

18      BY:   JOHN P. ALEXANDER, ESQ.

19            john.alexander@cliffordchance.com

20            GEGE WANG, ESQ. CMW

21            gege.wang@cliffordchance.com

22            (via video-teleconference)

23

24

25

1                    S. Sashikumar Bindu

2    were also negotiating with Airbus after this point

3    in time.

4        Q.    Did anyone at Frontier instruct you not

5    to make payments to AMCK after April 21st, 2020?

6        A.    I can't recall.

7        Q.    Did you make any change to your tracker

8    to reflect an extension of rent payments during

9    April 2020?

10        A.    No.   There was an assumption on the

11    deferral because we had to generate a separate file

12    that would account for deferred rent between all of

13    our lessors.   So there was another tracker that was

14    keeping track of normal payments but also what

15    deferrals would look like and what the repayment

16    period was, which is what we were negotiating with,

17    with all of our lessors at the time.

18        Q.    Just to make sure I understand, you said

19    you did not update your lease file tracker document,

20    but you referenced another document that tracked

21    deferrals?

22        A.    We had to create a document that would

23    show us what the deferrals would look like and what

24    the repayment periods would look like depending on

25    different terms we got with different lessors.

S. Sashikumar Bindu

1

2      Q.     What was that document called, if you

3  know?

4      A.     I think I called it interest calc file,

5  from memory.

6      Q.     Did you prepare that document for each of

7  your lessors or was it one document for many

8  lessors?

9      A.     It was one document that had all of our

10  lessors' individual tabs in it.

11      Q.     Do you recall including any information

12  about the 14 original leases with AMCK in that

13  interest calc file?

14      A.     I'm sure AMCK was part of the file

15  because, again, it was a model built to analyze what

16  the interest would be with deferring rent payments.

17      Q.     So the interest calc file would show --

18  strike that.

19          The interest calc file reflected your

20  calculations of what interest payments would have

21  been if there were a deferral for any number of

22  lessors; is that correct?

23      A.     Yes.

24      Q.     Was there any document that you managed

25  that indicated the payment dates for any AMCK 14

S. Sashikumar Bindu

1
2     financial terms of those agreements?
3         A.    Yes.
4         Q.    The interrogatory goes on stating,
5     "Plaintiff claims damages related to its agreements
6     with CDB Aviation and Jackson Square Aviation, which
7     agreements specifically reduced purchase price per
8     aircraft, increased rent per aircraft, and provided
9     less favorable return condition provisions, less
10    favorable early termination options and less
11    favorable on-watch burden."
12            Do you see that?
13        A.    Yes.
14        Q.    What I'd like to do is go through each of
15    those items one at a time.
16            So the first item listed there is an
17    increased -- strike that.
18            The first items listed there is a reduced
19    purchase price per aircraft.
20            Do you see that?
21        A.    Yes.
22        Q.    What does that mean?
23        A.    It means, compared to what the purchase
24    price would have been under AMACK -- or AMCK --
25    please strike that.

Page 109

S. Sashikumar Bindu

2          Compared to the purchase price with AMCK,
3   the purchase price we got with CDB Aviation and
4   Jackson Square were reduced under the sale-leaseback
5   agreement.
6      Q.    Do you recall what purchase price AMCK
7   had agreed to pay?
8      A.    I believe it was 51 million.
9      Q.    Do you recall what purchase price CDB
10  Aviation agreed to pay?
11     A.    48 and-a-half million.
12     Q.    How about Jackson Square Aviation?
13     A.    I believe they were 49 million.
14     Q.    You said it's a reduced purchase price in
15  connection with the sale-leaseback transaction.
16          What was being purchased?
17     A.    The lessor is purchasing the aircraft
18  from us to lease it back to us.
19     Q.    So the purchase price was an amount that
20  would have been paid to Frontier?
21     A.    In a manner of speaking, yes.
22     Q.    You said in a manner of speaking.  Would
23  you put it in different words?
24     A.    Typically, Airbus is involved in the
25  transaction, as well, when we take delivery of the

S. Sashikumar Bindu

1    S. Sashikumar Bindu
2    aircraft.   The sale-leaseback happens as of closing
3    with Airbus.   So it happens as a facet of the
4    payment that would have to go to Airbus and the
5    payment that the lessor is making to us.   And so
6    those happen at the same time when we do the
7    sale-leaseback transaction.
8        Q.    So an increased purchase price would
9    generate more profit for Frontier on a transaction;
10   is that right?
11       A.    Correct.
12       Q.    And decreased purchase price would result
13   in lower profit on a transaction; correct?
14       A.    Correct.
15       Q.    The next item that's listed here is an
16   increased rent per aircraft.
17             Do you see that?
18       A.    Yes.
19       Q.    What does that item of damage to Frontier
20   mean?
21       A.    It means the monthly rent we would have
22   paid AMCK would have been significantly less than
23   the monthly rent we would pay -- or ended up paying
24   with CDB Aviation and Jackson Square Aviation.
25       Q.    So the monthly rent for the lease

Page 111

1                    S. Sashikumar Bindu
2    agreements with CDB Aviation is a higher monthly
3    rent than that under the leases with AMCK?
4         A.     That's correct.
5         Q.     And the monthly rent on the lease
6    agreements with Jackson Square Aviation is a higher
7    monthly rent than the rent would have been with
8    leases with AMCK; is that correct?
9         A.     That's correct.
10        Q.     Those monthly rent amounts are paid on a
11   monthly basis going forward; is that right?
12        A.     Yes.
13        Q.     Frontier didn't pay all that monthly
14   rental amount upfront, did it?
15        A.     No.
16        Q.     How long is the term of the CDB Aviation
17   leases?
18        A.     144 months.
19        Q.     And how long is the term of the Jackson
20   Square Aviation leases?
21        A.     144 months, as well.
22        Q.     So the higher monthly rent amount is paid
23   over the life of that 144-month term; correct?
24        A.     Yes.
25        Q.     The next item on the list here is less

S. Sashikumar Bindu

1

2  favorable return condition provisions.

3          Do you see that?

4      A.     Yes.

5      Q.     What does that mean?

6      A.     In general, you have to return the

7  aircraft at a certain condition at the end of every

8  lease back to your lessor.  Not all of it equates

9  directly to payments you would make, but more so

10  some of them could be an increased burden at the end

11  of the lease when we have to return the aircraft

12  with certain specific conditions to restore the

13  airplane in a certain way.  And when you compare the

14  return condition provisions we negotiated with AMCK

15  to what we ended up with with CDB Aviation and

16  Jackson Square, they were less favorable compared to

17  AMCK.

18      Q.     Do you know which specific conditions

19  were less favorable?

20      A.     I don't recall which exact provision it

21  is, no.

22      Q.     Have you calculated any dollar amount of

23  harm related to those return conditions?

24      A.     Not directly and, not to skip a step, but

25  only with -- as it relates to the on-watch burden

Page 113

1                    S. Sashikumar Bindu
2    that is listed there, as well, which is one of the
3    return conditions under those deals.
4         Q.    The third item we're looking at here,
5    less favorable term conditions, that would actually
6    include the last item on the list, the less
7    favorable on-watch burden; is that right?
8         A.    Yes.
9         Q.    You said you did calculate a dollar
10   amount regarding on-watch burden?
11        A.    Yes, as it related to CDB Aviation.
12        Q.    What is an on-watch burden?
13        A.    So, it's more to do with how the trend of
14   the engines installed on the aircraft are at the end
15   of the lease and directly linking that to what the
16   return condition of that engine needs to be at the
17   end.  So it's a probability item that you have to
18   consider that says there is a chance that this
19   engine could be a bad trend that could result in us
20   having that burden.  So I think in the damages what
21   we've assumed was that that burden would be
22   something we'd get on one of the aircraft of the
23   three that we had with CDB because we did a three
24   aircraft sale-leaseback with them, which is what
25   you'll see in the damages for them.

Page 114

S. Sashikumar Bindu

Q.    Did you have any reason to believe that the engine could be bad or this is just an estimate of what might happen?

A.    It's based on experience and what we think could happen.

Q.    Do you have any understanding currently that there is a problem with the engines for any of these leases?

A.    We have ongoing issues with the engines that we work with the manufacturers on.  So it becomes an expectation, frankly, in a 12-year lease term on what the engine is going to look like in 12 years' time.

Q.    What about the on-watch provisions related to the CDB Aviation leases are worse than the leases with AMCK would have been?

A.    CDB Aviation had a specific carve-out that related to on-watch as far as the expectation of the engine being in a certain way at return, which, as I recall, were not part of the AMCK lease. And so it creates an increased burden.

Q.    Did you calculate a dollar amount associated with that increased burden?

A.    Yes.

1                     S. Sashikumar Bindu

2          Q.     What is that amount?

3          A.     I don't recall the exact dollar amount,

4     but I think it's part of the calculations that were

5     submitted.

6          Q.     We have covered the reduced purchase

7     price, the increased rent, and less favorable return

8     conditions.   Let's look at the next item on the

9     list:   Less favorable early termination options.

10              Do you see that?

11         A.     Yes.

12         Q.     What does that refer to?

13         A.     The AMCK deal had a provision for an

14    early termination option at the end of year 8 for

15    those leases and that option was not part of the

16    agreements with CDB Aviation and Jackson Square

17    Aviation.

18         Q.     The early termination option was an

19    option that Frontier had under the AMCK leases?

20         A.     Yes.

21         Q.     Did you calculate a dollar amount

22    associated with the harm from less favorable early

23    termination options?

24         A.     I don't believe so, no.

25         Q.     In the next sentence, the response

Page 116

1                    S. Sashikumar Bindu

2    states, "Damages associated with plaintiff's

3    agreement with CDB Aviation, total approximately

4    $31,313,400."

5                 Do you see that?

6         A.    Yes.

7         Q.    So that that figure reflects the five

8    items of damages that we just went through?

9         A.    Yes.

10        Q.    As to the increased rent per aircraft, do

11   you know if that amount is discounted to present

12   value in this figure?

13        A.    In this figure, I don't believe so, no.

14        Q.    Do you know if the increased rent per

15   aircraft were discounted to present value what the

16   damages associated with plaintiff's agreement with

17   CDB Aviation would be?

18        A.    I don't offhand, but I think that was

19   part of the file that was provided, as well.

20        Q.    The interrogatory then states, "Damages

21   associated with plaintiff's agreement with Jackson

22   Square Aviation total approximately $21,866,100."

23                 Do you see that?

24        A.    Yes.

25        Q.    Does that include all of the items of

1                    S. Sashikumar Bindu

2    damages we discussed above?

3        A.      Yes.

4        Q.      As to increased rent amount, is that

5    figure discounted to present value in that

6    $21.8 million figure?

7        A.      Not in that number, no.

8        Q.      Taking the damages from the CDB Aviation

9    agreement and the Jackson Square Aviation agreement,

10   it looks like approximately over 53 -- a little over

11   $53 million.

12           Is that roughly right?

13       A.      Yes.

14       Q.      In the next sentence it says, "Plaintiff

15   incurred such damages in or around June 2020."

16           Do you see that?

17       A.      Yes.

18       Q.      I believe you explained earlier that the

19   Jackson Square Aviation contract wasn't entered

20   until later in 2020; is that correct?

21       A.      My recollection of it.

22       Q.      So Frontier's damages associated with the

23   Jackson Square Aviation agreements actually came

24   later than June; is that right?

25       A.      Again, I may be wrong, but my

Page 118

S. Sashikumar Bindu

1
2   recollection of it, yes.
3           MR ALEXANDER:   Let's put up the next
4       exhibit, which will be Exhibit 24.   It's a
5       document with Bates Number Frontier 008478.
6           (Sashikumar Exhibit 24, 10/7/20 email
7       with attachment; 2 pages, marked for
8       identification.)
9       Q.    This is an email from you to Spencer
10  Thwaytes and copying Robert Fanning, the subject,
11  "AMCK damages."
12          Do you see that?
13      A.    Yes.
14          MR ALEXANDER:   Can we go to the next
15      page, please.
16      Q.    You referred to a damages file earlier.
17          Is this the file you were talking about?
18      A.    Yes.
19      Q.    In the top left of this document, it
20  looks like a chart that compares the AMCK, CDB, and
21  JSA contracts; is that right?
22      A.    Yes.
23      Q.    And JSA is Jackson Square Aviation?
24      A.    That's correct.
25          MR ALEXANDER:   Let's put up the next

Page 119

1          S. Sashikumar Bindu

2     document, which will be Exhibit 25, which is an

3     enlarged version of this chart.  And we may

4     already have that up on the screen.

5              (Sashikumar Exhibit 25, damages document,

6     marked for identification.)

7     Q.     This enlarged document is Exhibit 25.

8  What I'd like to do, Mr. Sashikumar is walk through

9  this chart a little bit.

10             On the left column, it shows thousands of

11 dollars per aircraft, rent and PP only.

12             Do you see that?

13    A.     Yes.

14    Q.     And then below that is purchase price and

15 below that is B/W to AMCK.

16             Do you see that?

17    A.     Yes.

18    Q.     B/W, does that mean better or worse?

19    A.     That's correct.

20    Q.     So in this purchase price section of the

21 chart, it shows a purchase price for AMCK of

22 $51 million times five aircraft, and a purchase

23 price for CDB of $48.5 million for three aircraft,

24 and a purchase price of $49 million for JSA with two

25 aircraft.

Page 120

1                         S. Sashikumar Bindu

2              Is that right?

3        A.       Correct.

4        Q.       Those are the figures you use to

5    calculate the reduced purchase price figure we spoke

6    about earlier; is that right?

7        A.       That's correct.

8        Q.       In the next section of the chart, it

9    shows, in the first several lines there, rent

10   amounts.  So there's a final eight-year rent for the

11   AMCK contracts.

12             What does that mean?

13       A.       It's the effective rent that we would

14   have paid under the AMCK contract.

15       Q.       What do you mean by "effective rent"?

16       A.       There is a swap rate adjustment metric in

17   the lease agreements based on base rent and an

18   adjustment based on swap rates that get you to an

19   effective rent.

20       Q.       Below that is a reference to four-year

21   extension rent for the AMCK contracts.

22             What does that refer to?

23       A.       It refers to basically a rent that we

24   would have been able to negotiate with them for the

25   last four years of the lease, again, based on our

Page 121

S. Sashikumar Bindu

1

2 experience for an airplane that's eight years old at

3 the time and what we think will be a conservative

4 number for that four-year rent.

5     Q.    The next row shows final 12-year rent,

6 and this row only applies to CDB and JSA; correct?

7     A.    Yes.

8     Q.    What does the information in this row

9 refer to?

10     A.    It refers to the final rent amounts under

11 the CDB agreement and the Jackson Square agreement

12 for the 12-year lease we have with them.

13     Q.    So those are monthly rent amounts

14 reflected there?

15     A.    Yes.

16     Q.    So, for the CDB agreements, the monthly

17 rent was approximately 315,000 and change; is that

18 right?

19     A.    That's correct.

20     Q.    And for JSA, it's approximately 325,000

21 and change; is that right?

22     A.    That's correct.

23     Q.    Below that is a row for nominal rent.

24         Do you see that?

25     A.    Yes.

1                S. Sashikumar Bindu

2        Q.     And that lists figures for each of the

3   AMCK, CDB, and JSA contracts, right?

4        A.     Correct.

5        Q.     And that is just the sum of all rent owed

6   over the life of the contract; is that right?

7        A.     Yes.

8        Q.     In the next row, it shows nominal better

9   or worse to AMCK and it shows for CDB Aviation

10  approximately $7.4 million worse in connection with

11  the CDB contracts and approximately $8.9 million

12  worse in connection with the JSA contracts; is that

13  right?

14       A.     Yes.

15       Q.     And then below that is a row for NPV

16  rent.

17              Does NPV refer to net present value?

18       A.     It does.

19       Q.     And it lists figures for each of the

20  contracts there; is that right?

21       A.     Yes.

22       Q.     And the row below that, it shows net

23  present value better or worse to AMCK, and it shows

24  for the CDB contracts, those are approximately

25  $4.1 million worse than the AMCK contract; right?

Page 123

1                     S. Sashikumar Bindu

2        A.      Yes.

3        Q.      And for JSA, it's approximately

4   $4.9 million worse than the AMCK contract; correct?

5        A.      Yes.

6        Q.      Below that is a reference to on-watch

7   burden, which you testified about earlier.

8        A.      Yes.

9        Q.      And for the on-watch burden nominal,

10  there's a $475,252 figure; is that right?

11       A.      Yes.

12       Q.      And that's the amount you calculated

13  based on your estimate of the different on-watch

14  burden terms of the CDB contracts; is that right?

15       A.      That's correct.

16       Q.      The next is on-watch burden NPV, which

17  includes a figure of $143,857.

18               Do you see that?

19       A.      Yes.

20       Q.      And that's the on-watch burden discounted

21  to present value; right?

22       A.      Correct.

23       Q.      Because this is an issue that would only

24  arise at the end of the lease term if it arises,

25  correct?

Page 124

1                       S. Sashikumar Bindu

2          A.     That's correct.

3          Q.     In the section below that, it shows

4    thousands per aircraft, rent and PP only, and it

5    shows nominal and NPV totals better or worse for the

6    CDB and JSA contracts; is that right?

7          A.     Yes.

8          Q.     In the section below that, it shows a

9    similar calculation but for five aircraft.

10               Do you see that?

11         A.     Yes.

12         Q.     And it shows that the CDB contracts were

13   at a nominal total $31,313,440.04 worse than the

14   AMCK contracts; is that right?

15         A.     Around $0.40, but, yes.

16         Q.     Oh.  Yes.  Noted.

17               And then, for the JSA contracts, it shows

18   a nominal total of $21,866,107.50 worse than the

19   AMCK contracts; is that right?

20         A.     Yes.

21         Q.     So the nominal total better or worse to

22   AMCK is negative $53,179,547.80; is that right?

23         A.     Yes.

24         Q.     So that's roughly the figure in the

25   interrogatory response that totaled about

```
                                              Page 125
 1                    S. Sashikumar Bindu
 2     $53 million; is that right?
 3          A.     That's correct.
 4          Q.     In the row below that, it shows NPV total
 5     better or worse to AMCK, and it shows that the CDB
 6     contracts are worse by $21,329,485.80; is that
 7     right?
 8          A.     20,329,000, but yes.
 9          Q.     For the JSA contracts, the chart shows
10     that those are $13,974,244.90; is that right?
11          A.     Yes.
12          Q.     So the total net present value amount by
13     which those contracts are worse than the AMCK
14     contracts in your calculation are $34,303,730.80; is
15     that correct?
16          A.     Yes.
17          Q.     There's a note below this chart which
18     says, "Note:  Discount rate is assumed to be
19     10 percent."
20                 Do you see that?
21          A.     Yes.
22          Q.     Is 10 percent the standard rate you use
23     to discount to net present value?
24          A.     Typically, yes.
25          Q.     It says in the line below that, "Return
```

Page 130

1

2                    CERTIFICATE

3

4    STATE OF NEW YORK )

5                     ) ss.

6    COUNTY OF SUFFOLK)

7

8          I, Elizabeth F. Tobin, a Registered

9    Professional Reporter and Notary Public within and

10   for the State of New York, do hereby certify:

11         That Sharath Sashikumar Bindu, the

12   witness whose deposition is hereinbefore set forth,

13   was duly sworn by me remotely and that such

14   deposition is a true record of the testimony given

15   by such witness.

16         I further certify that I am not related

17   to any of the parties to this action by blood or

18   marriage and that I am in no way interested in the

19   outcome of this matter.

20

21

22

23              ELIZABETH F. TOBIN, RPR

24

25