```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF NEW YORK
 3
 4   FRONTIER AIRLINES, INC.,       )
                                    )
 5              Plaintiff,          )
                                    )
 6   vs.                           ) Case No. 1:20-cv-09713-LLS
                                    )
 7   AMCK AVIATION HOLDINGS         )
     IRELAND LIMITED, ACCIPITER    )
 8   INVESTMENT 4 LIMITED,          )
     VERMILLION AVIATION (TWO)      )
 9   LIMITED, WELLS FARGO TRUST    )
     COMPANY, N.A., solely in its )
10   capacity as OWNER TRUSTEE,    )
     and UMB BANK, N.A., solely    )
11   in its capacity as OWNER      )
     TRUSTEE,                       )
12                                  )
                Defendants.         )
13                                  )
14
15         VIDEOTAPED VIDEOCONFERENCE DEPOSITION
16                      OF
17                  FRANCIS LEE
18
19
20
        (All participants appeared via videoconference.)
21
22
23
24   DATE:  APRIL 29, 2022 (HONG KONG TIME)
25   REPORTED BY:  Lori L. Thielmann, RPR, CCR #21-0014
```

Page 1

Francis Lee - April 28, 2022

| | | |
|---|---|---|
| 1 | wouldn't think that it's a fixed number that decide -- | 08:22:09 |
| 2 | that a lessor can use to decide whether to do it or not. | 08:22:14 |
| 3 | Q.  Okay.  I'm going to get into some exhibits a | 08:22:17 |
| 4 | little bit later on and maybe you can help me understand | 08:22:21 |
| 5 | that process a little better. | 08:22:23 |
| 6 | A.  Yeah. | 08:22:25 |
| 7 | Q.  So but conceptually what you're saying is that | 08:22:25 |
| 8 | if you have an airlines with a lower credit on the scale | 08:22:28 |
| 9 | that is used by CK Assets or AMCK, you're going to be | 08:22:33 |
| 10 | looking for a higher rate of return due to the risk? | 08:22:40 |
| 11 | A.  That's generally the case that we analyze | 08:22:45 |
| 12 | investment. | 08:22:47 |
| 13 | Q.  Did you have any role in analyzing any | 08:22:47 |
| 14 | information relating to the Carlyle transaction? | 08:22:56 |
| 15 | A.  I was involved in that transaction. | 08:23:00 |
| 16 | MR. ALEXANDER:  I'm going to object. | 08:23:06 |
| 17 | Just -- David, sorry.  I'm going to object at this | 08:23:07 |
| 18 | point.  David, I think you have our position on this.  I | 08:23:10 |
| 19 | think Jeff stated it yesterday or the other day.  I'll | 08:23:14 |
| 20 | reiterate it.  We don't believe that the questioning | 08:23:17 |
| 21 | into the Carlyle transaction is appropriate.  It's not | 08:23:19 |
| 22 | at issue in this lawsuit.  We've given you some leeway | 08:23:22 |
| 23 | in the past, but you already have a separate lawsuit | 08:23:26 |
| 24 | about that issue now, and so we don't think it's | 08:23:30 |
| 25 | appropriate to continue with questioning on that topic | 08:23:32 |

Page 18

Francis Lee - April 28, 2022

| | | |
|---|---|---|
| 1 | here and so I would ask you to please move on. | 08:23:34 |
| 2 | MR. HOSENPUD:  Yeah, I'll move on, but I'm | 08:23:36 |
| 3 | going to ask some questions about the Defendants in this | 08:23:38 |
| 4 | case, so you can state your objections if you're going | 08:23:40 |
| 5 | to adhere to them.  If not, then I'll ask my questions | 08:23:44 |
| 6 | to make my record. | 08:23:47 |
| 7 | BY MR. HOSENPUD: | 08:23:49 |
| 8 | Q.  Is -- are you familiar with the entity known as | 08:23:50 |
| 9 | Vermillion (Two) Limited? | 08:23:53 |
| 10 | A.  I'm aware of the entity, Vermillion (Two), but | 08:23:56 |
| 11 | I wouldn't say I'm familiar with it.  It's one of the | 08:24:00 |
| 12 | entities that we use to hold aircraft. | 08:24:03 |
| 13 | Q.  Okay.  And is it still being used to hold | 08:24:06 |
| 14 | aircraft? | 08:24:09 |
| 15 | A.  The completion -- I mean, the transaction with | 08:24:10 |
| 16 | Carlyle is complete.  If I understand correctly, the | 08:24:13 |
| 17 | entity is now under Carlyle, so for that question you | 08:24:16 |
| 18 | may need to talk to Carlyle. | 08:24:19 |
| 19 | Q.  So the ownership has transferred to Carlyle of | 08:24:21 |
| 20 | that entity? | 08:24:25 |
| 21 | A.  Yeah, the transaction is complete. | 08:24:25 |
| 22 | Q.  All right.  And would the same be true of | 08:24:27 |
| 23 | Accipiter? | 08:24:32 |
| 24 | A.  What -- | 08:24:33 |
| 25 | Q.  Yes -- maybe I can do this.  I'm going to have | 08:24:36 |

Page 19

Francis Lee - April 28, 2022

| | | |
|---|---|---|
| 1 | THE WITNESS:  Some entities were | 08:26:44 |
| 2 | transferred, some entities were not. | 08:26:46 |
| 3 | BY MR. HOSENPUD: | 08:26:46 |
| 4 | Q.  Okay.  So my focus is on Vermillion Aviation | 08:26:49 |
| 5 | (Two) Limited, and it's not shown on this chart, but is | 08:26:56 |
| 6 | that entity still part of CK Asset Holdings? | 08:26:59 |
| 7 | A.  Well, if that is the entity holding the | 08:27:05 |
| 8 | Frontier aircraft, I would expect the entity to have | 08:27:09 |
| 9 | been transferred.  You need to verify these facts, | 08:27:12 |
| 10 | David.  If that's the case, it would be under Carlyle | 08:27:15 |
| 11 | and that would be a question for Carlyle. | 08:27:18 |
| 12 | Q.  Same question for Accipiter Investments (Four) | 08:27:20 |
| 13 | Limited. | 08:27:26 |
| 14 | A.  Same answer. | 08:27:26 |
| 15 | Q.  Okay. | 08:27:28 |
| 16 | A.  I tried to help and need to verify if they're | 08:27:32 |
| 17 | the aircraft holding entity of the relevant aircraft. | 08:27:35 |
| 18 | Q.  I want you to assume for those questions that | 08:27:39 |
| 19 | they are the aircraft holding entity.  So is your answer | 08:27:42 |
| 20 | that those would have been transferred? | 08:27:48 |
| 21 | A.  Well, I need to double check on that because | 08:27:50 |
| 22 | there are many -- as I said, there are many Accipiter | 08:27:55 |
| 23 | entities.  There are many Vermillion entities.  I need | 08:28:01 |
| 24 | to be -- | 08:28:05 |
| 25 | Q.  Let me do it this way.  If Vermillion -- | 08:28:05 |

Page 21

Francis Lee - April 28, 2022

| | | |
|---|---|---|
| 1 | A.  Okay -- | 08:28:17 |
| 2 | Q.  -- Aviation -- if Vermillion Aviation (Two) | 08:28:18 |
| 3 | Limited was the aircraft holding entity, is it your | 08:28:22 |
| 4 | testimony that it was transferred? | 08:28:30 |
| 5 | MR. ALEXANDER:  Objection to the form. | 08:28:32 |
| 6 | BY MR. HOSENPUD: | 08:28:34 |
| 7 | Q.  You can answer. | 08:28:34 |
| 8 | A.  Yeah, if they were the aircraft holding entity | 08:28:35 |
| 9 | of the relevant aircraft, they were -- the entity would | 08:28:40 |
| 10 | have been transferred to Carlyle. | 08:28:44 |
| 11 | Q.  Okay.  Same question for Accipiter Investments | 08:28:46 |
| 12 | (Four) Limited.  If it was -- | 08:28:50 |
| 13 | A.  If it was -- | 08:28:52 |
| 14 | Q.  -- one of the entities holding the aircraft, | 08:28:52 |
| 15 | would it have been transferred? | 08:28:56 |
| 16 | A.  Yes. | 08:28:58 |
| 17 | MR. ALEXANDER:  Objection to the form. | 08:28:59 |
| 18 | BY MR. HOSENPUD: | 08:29:00 |
| 19 | Q.  Okay.  And is AMCK Aviation still in existence? | 08:29:00 |
| 20 | A.  AMCK -- sorry, which entity? | 08:29:10 |
| 21 | Q.  AMCK Aviation. | 08:29:12 |
| 22 | A.  AMCK Aviation?  Well, as I understand -- | 08:29:14 |
| 23 | Q.  The Dublin entity. | 08:29:20 |
| 24 | A.  The Ireland entity.  Is it in existence?  Yes. | 08:29:22 |
| 25 | Q.  And is it operating at this time? | 08:29:27 |

Page 22

Francis Lee - April 28, 2022

| | | |
|---|---|---|
| 1 | A.  Yes, it has employees at this point in time. | 08:29:31 |
| 2 | Q.  And it has aircraft that it is servicing? | 08:29:35 |
| 3 | A.  We have a servicing agreement.  It shouldn't | 08:29:39 |
| 4 | have aircraft at this point because they were sold. | 08:29:44 |
| 5 | Q.  But it has a servicing agreement? | 08:29:50 |
| 6 | A.  I don't know if there's anything left lately | 08:29:53 |
| 7 | but it has employees today. | 08:30:00 |
| 8 | Q.  Are you aware of any wind-down activity winding | 08:30:02 |
| 9 | down its business? | 08:30:07 |
| 10 | A.  No, no current plan to do that.  We still have | 08:30:10 |
| 11 | employees there. | 08:30:14 |
| 12 | Q.  Have some employees left as of now? | 08:30:14 |
| 13 | A.  Yeah. | 08:30:21 |
| 14 | Q.  Is the entity working with a much smaller | 08:30:22 |
| 15 | employee base? | 08:30:27 |
| 16 | A.  Yes, could be 50/50.  I mean, maybe we have | 08:30:28 |
| 17 | half of our colleagues left after the completion. | 08:30:36 |
| 18 | Q.  Is Mr. Sheridan still with AMCK Aviation? | 08:30:39 |
| 19 | A.  I think he has left. | 08:30:45 |
| 20 | Q.  Is Ms. Jane O'Callaghan still with AMCK | 08:30:46 |
| 21 | Aviation? | 08:30:51 |
| 22 | A.  I think she has left. | 08:30:51 |
| 23 | Q.  To your knowledge, is Mr. Ronan Murphy still | 08:30:53 |
| 24 | with AMCK Aviation? | 08:30:58 |
| 25 | A.  To my knowledge, I think he also left. | 08:30:59 |

Page 23

Francis Lee - April 28, 2022

```
1              C E R T I F I C A T E

2

3       I, LORI L. THIELMANN, Oregon CSR Number 21-0014,

4    Washington CSR Number 21002182, do hereby certify that

5    prior to the commencement of the examination, FRANCIS

6    LEE, was duly remotely sworn by me to testify to the

7    truth, the whole truth, and nothing but the truth.

8         I DO FURTHER CERTIFY that the foregoing is a

9    verbatim transcript of the testimony as taken

10   stenographically by me at the time, place, and on the

11   date hereinbefore set forth to the best of my ability.

12        I DO FURTHER CERTIFY that I am neither a

13   relative, nor employee, nor attorney, nor counsel of any

14   of the parties to this action, and that I am neither a

15   relative, nor employee of such attorney or counsel, and

16   that I am not financially interested in the action.

17

18         WITNESS WHEREOF, I have hereunto set my hand and

19   seal this 12th day of May, 2022.

20

21

22

               LORI L. THIELMANN, RPR, CCR

23             Oregon License No. 21-0014

               Washington License No. 21002182

24

25

                                          Page 113
```