```
 1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF NEW YORK
 2

 3      FRONTIER AIRLINES, INC.,       )
                                       )
 4                  Plaintiff,         )
                                       )
 5           vs.                       )  Case No.
                                       )  1:20-cv-09713-LLS
 6      AMCK AVIATION HOLDINGS         )
        IRELAND LIMITED, ACCIPITER     )
 7      INVESTMENT 4 LIMITED,          )
        VERMILLION AVIATION (TWO)      )
 8      LIMITED, WELLS FARGO TRUST     )
        COMPANY, N.A., solely in its   )
 9      capacity as OWNER TRUSTEE,     )
        and UMB BANK, N.A., solely     )
10      in its capacity as OWNER       )
        TRUSTEE,                       )
11                                     )
                    Defendants.        )
12                                     )

13

14        VIDEO-RECORDED VIDEOCONFERENCED DEPOSITION OF
15                    GERALD LAI CHEE MA
16             Taken in behalf of Plaintiff
17                        * * *
18                   April 27, 2022
19                   London, England
20

21

22

23

24      SINEAD R. WILDER, RPR, CSR, CCR
25      Court Reporter
```

Page 1

```
 1       A.   Oh.  Airplane mode.  Okay.                    07:00:20
 2       Q.   And -- and I -- during the course of          07:00:22
 3  this deposition, I ask that you not send or
 4  receive any text messages while questioning is
 5  going on.
 6            Will you agree to that, sir?                  07:00:32
 7       A.   Yes.                                          07:00:34
 8       Q.   Thank you.                                    07:00:35
 9            Do you have any documents that are            07:00:37
10  present with you in the conference room?
11       A.   No.                                           07:00:43
12       Q.   What is your position, sir, at               07:00:46
13  CK Assets?
14       A.   I am one of the executive committee           07:00:50
15  members at CKA.
16       Q.   Now, I neglected to give you some             07:00:55
17  preliminary guidance or instructions, and I will
18  do so now.
19            You realize you are in an informal            07:01:02
20  setting.  It is likely a conference room at the
21  hotel.  Is that accurate, sir?
22       A.   I am in the conference room of a              07:01:09
23  business office of one of my divisions.
24       Q.   Thank you.                                    07:01:15
25            I want you to understand that the oath        07:01:16
```

Page 11

| | | |
|---|---|---|
| 1 | you've taken is the same as if you were before a | |
| 2 | court of law. | |
| 3 | Do you understand that, sir? | 07:01:23 |
| 4 | A.    Yes, I do. | 07:01:24 |
| 5 | Q.    Since that is the case, if there are any | 07:01:24 |
| 6 | questions I ask you that confuse you in any way, | |
| 7 | or you simply do not understand those questions, | |
| 8 | will you please ask me to rephrase or restate the | |
| 9 | question so that you do understand it? | |
| 10 | A.    I will.  And thank you. | 07:01:39 |
| 11 | Q.    So I think I broke when you said you are | 07:01:44 |
| 12 | a member of the executive committee.  Did I hear | |
| 13 | that correctly? | |
| 14 | A.    Yes, you did. | 07:01:49 |
| 15 | Q.    And who else is on the executive | 07:01:50 |
| 16 | committee currently? | |
| 17 | A.    Well, we have over ten members at the | 07:01:56 |
| 18 | CKA executive committee. | |
| 19 | Do you want the names of all of them? | 07:02:02 |
| 20 | Q.    I don't think it will be necessary. | 07:02:05 |
| 21 | But is Victor Li, the chairman, also | 07:02:07 |
| 22 | part of that executive committee? | |
| 23 | A.    He is. | 07:02:12 |
| 24 | Q.    And Mr. Li has a given name of -- I'm | 07:02:13 |
| 25 | going to not pronounce it correctly -- but | |

Page 12

```
 1    T-Z-A-R -- K-U-O-I?
 2         A.   Yes.                                        07:02:24
 3         Q.   And how would you pronounce -- how would    07:02:25
 4    you pronounce it, sir?
 5         A.   Oh.  Just call him Victor.  That's his      07:02:28
 6    first name.
 7         Q.   And his last name is Li?                    07:02:32
 8         A.   Yes.                                        07:02:34
 9         Q.   Thank you.                                  07:02:34
10              Does -- did Lillian Kiang --                07:02:38
11    K-I-A-N-G -- sit on the executive committee while
12    she was with CKAH?
13         A.   No.  Lillian was part of my team.           07:02:48
14         Q.   Okay.  And what team did you manage at      07:02:54
15    the time -- or teams?
16         A.   Are you referring to my general             07:03:02
17    responsibilities?
18         Q.   I am.                                       07:03:04
19         A.   I have a rather broad role at the           07:03:08
20    company, so finance, treasury, investments,
21    business development, IT would be under my care.
22              And for business development, we call it    07:03:24
23    corporate business development, or in short, CBD.
24    And Lillian is part of that team.
25         Q.   Okay.  And those are the initials I --      07:03:37
```

Page 13

| | | |
|---|---|---|
| 1 | that are sometimes shown in your email address, | |
| 2 | CBD in -- in parentheses? | |
| 3 | A.   Sometimes, yeah. | 07:03:45 |
| 4 | Q.   Okay.  And who -- who else was part of | 07:03:47 |
| 5 | that corporate business development team? | |
| 6 | A.   Relevant to this proceeding, it would be | 07:03:54 |
| 7 | Francis Lee. | |
| 8 | Q.   Anybody -- any -- anybody else, like | 07:04:00 |
| 9 | Sophia Lau?  Is she part of that team? | |
| 10 | A.   She is. | 07:04:06 |
| 11 | Q.   Okay.  And what is the function of the | 07:04:07 |
| 12 | investment committee, generally speaking? | |
| 13 | A.   Investment committee is a subcommittee | 07:04:15 |
| 14 | under the executive committee responsible for -- | |
| 15 | for discussing -- discuss -- discussing investment | |
| 16 | proposals, as you would imagine, put forth to the | |
| 17 | committee by various divisions. | |
| 18 | Q.   And so it -- would it be accurate to | 07:04:33 |
| 19 | state that all investment proposals come up | |
| 20 | through the investment committee, notwithstanding | |
| 21 | which division it pertains to, i.e., real estate | |
| 22 | or aviation or British pubs? | |
| 23 | A.   Not all.  Depending on the nature, I | 07:04:52 |
| 24 | will say, regular part of -- a regular course of | |
| 25 | business, amount not too large, different for | |

Page 14

```
 1          A.    Yes.  I'm still a director.                  07:12:06
 2          Q.    And is the AMCK Aviation entity              07:12:11
 3    operational at this time?
 4          A.    Yes.                                         07:12:17
 5          Q.    What activities does it engage in?           07:12:19
 6          A.    Just to clarify, you're referring to         07:12:22
 7    AMCK Irish -- Ireland Hold -- AS -- AMCK Holdings
 8    DAC, Incorporated in Ireland?
 9                Yes.                                         07:12:37
10          Q.    I am.                                        07:12:38
11          A.    Yes.  It is a servicer of -- of two          07:12:38
12    aircraft.
13          Q.    Servicer of two aircraft?                    07:12:44
14          A.    Aircraft, yes.                               07:12:45
15          Q.    And who owns those aircraft?                 07:12:53
16          A.    A rel -- related entity to the CK Group.     07:12:55
17          Q.    Would that be Accipiter or Vermillion?       07:12:59
18          A.    No.  It's a separate entity.                 07:13:03
19          Q.    And I take it that those two aircraft        07:13:06
20    were not part of the sale to Carlyle Group?
21          A.    No.  No.                                     07:13:16
22          Q.    Okay.  I'm sorry.  It was the way I          07:13:19
23    asked my question.  We may not have connected.
24                Is it correct that those two aircraft        07:13:25
25    are -- were not part of the sale to the Carlyle
```

| | | |
|---|---|---|
| 1 | Group? | |
| 2 | A.   Yes.  You're correct. | 07:13:30 |
| 3 | Q.   Thank you, sir. | 07:13:31 |
| 4 |      So as it stands at this point, AMCK | 07:13:38 |
| 5 | Aviation doesn't play any role in servicing the | |
| 6 | aircraft that were sold to an entity controlled by | |
| 7 | the Carlyle Group; is that correct? | |
| 8 | A.   Apart from post-completion-related minor | 07:13:58 |
| 9 | support, you're correct. | |
| 10 | Q.   And is there any plan to wind AMCK | 07:14:08 |
| 11 | Aviation down and discontinue its business? | |
| 12 | A.   No such plans at this time. | 07:14:15 |
| 13 | Q.   Okay. | 07:14:24 |
| 14 |      MR. HOSENPUD:  Mr. Videographer, could | 07:14:28 |
| 15 | you please put up Exhibit 1 for the witness. | |
| 16 | Q.   (By Mr. Hosenpud) I'm going to be | 07:14:37 |
| 17 | showing you some exhibits throughout this | |
| 18 | deposition, sir.  Just let me know if you have any | |
| 19 | difficult see -- difficulty seeing them.  We'll | |
| 20 | try to make them as large as we can. | |
| 21 |      (Deposition Exhibit 1 marked for | |
| 22 |       identification.) | |
| 23 |      MR. HOSENPUD:  And do I have control? | 07:14:47 |
| 24 |      (Video recording interrupted due to | |
| 25 |       videographer being disconnected from | |

|   |   |   |
|---|---|---|
| 1 |         MR. HOSENPUD:  Yeah, we'll go off the | 07:16:00 |
| 2 | record. | |
| 3 |         THE VIDEOGRAPHER:  We're off the record. | 07:16:12 |
| 4 | It's 7:16 a.m. | |
| 5 |         (A recess was taken from 7:16 a.m. to | |
| 6 |         7:19 a.m.) | |
| 7 |         THE VIDEOGRAPHER:  Okay.  We're back on | 07:19:31 |
| 8 | the record.  It's 7:19 a.m. | |
| 9 |    Q.   (By Mr. Hosenpud) All right.  Mr. Ma, | 07:19:35 |
| 10 | I'm showing you Exhibit 1 to your deposition.  And | |
| 11 | it is marked AMCK011807. | |
| 12 |         And this represents itself to be a | 07:19:55 |
| 13 | corporate structure chart as of January 27, 2020. | |
| 14 |         Have you had a chance to look this over | 07:20:04 |
| 15 | briefly? | |
| 16 |    A.   Briefly, yes. | 07:20:08 |
| 17 |    Q.   Okay.  Which, from your memory, are the | 07:20:09 |
| 18 | aircraft operating companies within this corporate | |
| 19 | chart? | |
| 20 |    A.   Aircraft -- when you say, Aircraft | 07:20:23 |
| 21 | operating companies, you mean aircraft leasing -- | |
| 22 | the servicer? | |
| 23 |    Q.   No.  The -- the servicer I understood | 07:20:33 |
| 24 | was AMCK Aviation; is that correct? | |
| 25 |    A.   Yes. | 07:20:38 |

| | | |
|---|---|---|
| 1 | would dormant companies normally would be wind up. | |
| 2 | But this shouldn't be.  Yeah. | |
| 3 |     Q.   All right.  Same question on Accipiter | 12:16:08 |
| 4 | Investment 4 Limited, another defendant in this | |
| 5 | lawsuit.  Is it in existence? | |
| 6 |     A.   It should -- yes, it should be, to -- to | 12:16:18 |
| 7 | the best of my knowledge. | |
| 8 |     Q.   And is there any relationship to | 12:16:21 |
| 9 | CK Asset? | |
| 10 |     A.   I'm not sure. | 12:16:24 |
| 11 |     Q.   Are there any plans to wind Accipiter | 12:16:26 |
| 12 | Investment 4 Limited down? | |
| 13 |     A.   To the best of my -- well, based on what | 12:16:33 |
| 14 | I can recollect, at the present time should be no. | |
| 15 |     MR. HOSENPUD:  Thank you.  Nothing | 12:16:40 |
| 16 | further. | |
| 17 |     MR. BUTLER:  All right.  I have no | 12:16:41 |
| 18 | questions myself, so I think we're finished. | |
| 19 |     MR. HOSENPUD:  We are. | 12:16:45 |
| 20 |     Enjoy your evening. | 12:16:45 |
| 21 |     THE WITNESS:  Thank you -- | 12:16:45 |
| 22 |     THE VIDEOGRAPHER:  We're off -- | 12:16:45 |
| 23 |     THE WITNESS:  Thank you very much. | 12:16:45 |
| 24 |     THE VIDEOGRAPHER:  We're off the record. | 12:16:47 |
| 25 | It's 12:16 p.m.  And this concludes today's | |

Page 195

C E R T I F I C A T E

1
2
3        I, Sinead R. Wilder, a Notary Public for
4   Oregon, do hereby certify that, pursuant to
5   stipulation of counsel for the respective parties
6   hereinbefore set forth, GERALD LAI CHEE MA
7   appeared virtually before me at the time and place
8   set forth in the caption hereof; that at said time
9   and place I reported in Stenotype all testimony
10  adduced and other oral proceedings had in the
11  foregoing matter; that thereafter my notes were
12  reduced to typewriting under my direction; and
13  that the foregoing transcript, pages 1 to 196,
14  both inclusive, constitutes a full, true and
15  accurate record of all such testimony adduced and
16  oral proceedings had, and of the whole thereof.
17       Witness my hand and notarial seal at
18  Portland, Oregon, this 5th of May, 2022.
19
20
21
22

        SINEAD R. WILDER
23      Certified Shorthand Reporter
        Certificate No. 13-0426
24      My Commission Expires 12/31/24
25

Page 197