```
 1
 2     UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
 3     ------------------------------------------X
       FRONTIER AIRLINES, INC.,
 4
                                    PLAINTIFF,
 5
 6             -against-      Case No.:
                              1:20-cv-09713-LLS
 7
 8     AMCK AVIATION HOLDINGS IRELAND LIMITED,
       ACCIPITER INVESTMENT 4 LIMITED, VERMILLION
 9     AVIATION (TWO) LIMITED, WELLS FARGO TRUST
       COMPANY, N.A., solely in its capacity as
10     OWNER TRUSTEE, and UMB BANK, N.A., solely
       in its capacity as OWNER TRUSTEE,
11
                                    DEFENDANTS.
12     ------------------------------------------X
13
14                 DATE: March 21, 2022
15                 TIME: 10:34 A.M.
16
17
18           VIDEOTAPED HYBRID DEPOSITION of
19     the Defendant, RONAN MURPHY, taken by the
20     Plaintiff, pursuant to a Subpoena and to
21     the Federal Rules of Civil Procedure, held
22     remotely, at all parties' locations, before
23     Karyn Chiusano, a Notary Public of the
24     State of New York.
25

                                         Page 1
```

```
 1
 2    A P P E A R A N C E S:
 3
 4    LANE POWELL, P.C.
         Attorneys for the Plaintiff
 5       FRONTIER AIRLINES, INC.
         601 SW Second Avenue ~ Suite 2100
 6       Portland, Oregon 97204-3158
         BY: DAVID G. HOSENPUD, ESQ.
 7       hosenpudd@lanepowell.com
 8
      CLIFFORD CHANCE, US, LLP
 9       Attorneys for the Defendants
         AMCK AVIATION HOLDINGS IRELAND LIMITED,
10       ACCIPITER INVESTMENT 4 LIMITED,
         VERMILLION AVIATION (TWO) LIMITED, WELLS
11       FARGO TRUST COMPANY, N.A., solely in its
         capacity as OWNER TRUSTEE, and UMB BANK,
12       N.A., solely in its capacity as
         OWNER TRUSTEE
13       31 West 52nd Street
         New York, New York 10019
14       BY: JOHN P. ALEXANDER, ESQ.
15
16
      ALSO PRESENT:
17       JONATHAN DiFILLIPO, Videographer
         AARON SCHAER, ESQ., Lane Powell, P.C.
18       DARCY DEIBELE, Lane Powell, P.C.
19
20
21              *          *         *
22
23
24
25
```

Page 2

```
 1                  OPENING STATEMENTS
 2         from Clifford Chance, for the
 3         Defendants.
 4              THE WITNESS:  Ronan Murphy from
 5         AMCK Aviation.
 6              THE VIDEOGRAPHER:  Will the
 7         Court Reporter please swear in the
 8         witness?
 9    R O N A N     M U R P H Y, called as a
10    witness, having been first duly sworn by a
11    Notary Public of the State of New York, was
12    examined and testified as follows:
13              THE COURT REPORTER:  Can I
14         kindly have your name, spelling,
15         please?
16              THE WITNESS:  Ronan Murphy,
17         that's, R-O-N-A-N  M-U-R-P-H-Y.
18              THE COURT REPORTER:  Can I
19         kindly have your address, sir?
20              THE WITNESS:  It's 25 The Old
21         Gold Links, Malahide, Dublin K36HK88.
22              THE COURT REPORTER:  Any time
23         you're ready, Mr. Hosenpud.
24    EXAMINATION BY.
25    MR. HOSENPUD:
```

Page 6

```
 1                      RONAN MURPHY
 2          record.
 3                 You may proceed.
 4          Q.    So, to clarify, Mr. Ronan, you
 5    are aware of selling leaseback agreements?
 6          A.    I am familiar with leaseback
 7    procedure.
 8          Q.    My questions to you to clarify
 9    was, first, as a predicate, you indicated
10    that rent deferrals were given to airlines
11    with credit -- internal credit ratings
12    between 3 and above, correct?
13          A.    I believe that to be correct.
14          Q.    My question is now:  Did any of
15    those airlines have sale leaseback
16    agreements that were going to be entered
17    into in 2020?
18          A.    I am not 100 percent sure on
19    that.
20          Q.    What do you understand the
21    situation to be rather than a hundred
22    percent?
23          A.    I do not believe there was any
24    airlines, but there may have been one and
25    the timing of the potential leaseback is
```

Page 28

```
 1                     RONAN MURPHY
 2    what I remain unclear of.
 3          Q.    And by "timing," it was 2020 or
 4    later?
 5          A.    My uncertainty is around
 6    whether we had that commitment with the
 7    airline that I am thinking of at that
 8    moment in time, I can't recall exactly.
 9          Q.    Let me ask it this way:  Are
10    you aware of any sale leaseback agreements
11    whose terms were renegotiated in 2020?
12          A.    I am aware of discussions of
13    terms.  I am not aware of any renegotiated
14    and executed terms on any sale leaseback
15    with any other airline in 2020.
16          Q.    And when you said there were
17    discussion, were there discussions with any
18    airline other than Frontier?
19          A.    I believe there were
20    discussions with other airlines.
21          Q.    How many?
22          A.    To my understanding one or
23    maybe two.
24          Q.    And were any of those airlines
25    in a tier of 3 or greater?
```

Page 29

```
 1                    RONAN MURPHY
 2         A.     Potentially one that I remain
 3   uncertain of like your prior question would
 4   have been in that range of creditor tier.
 5   I -- sorry.
 6         Q.     Go ahead.
 7         A.     I just want to clarify that I
 8   am not sure that we actually had any
 9   standing leaseback commitment or agreement
10   with that them at that moment in time, it
11   is just potential and I am not a hundred
12   percent clear on timing.
13         Q.     Who would be best suited to
14   know that information in your estimation?
15         A.     I think from -- do you mean
16   just pure recollection rather than going
17   back through files, just fully
18   understanding?
19         Q.     Yes.
20         A.     I believe the -- I believe our
21   Chief Commercial Officer would probably be
22   probably the best person.  Albeit, her
23   recollection of the exact moment two years
24   ago could be similar to mine.
25         Q.     And that's Ms. O'Callaghan?
```

Page 30

|   |   |
|---|---|
| 1 | RONAN MURPHY |
| 2 | than 0 and those that have cash for now |
| 3 | will have to be pushed to May and June if |
| 4 | possible." |
| 5 | Did I read that accurately? |
| 6 | A.   You did read that accurately. |
| 7 | Q.   Was that your proposal in terms |
| 8 | of the recommendation to look more |
| 9 | favorably on those seeking to pay 50 |
| 10 | percent rather than nothing? |
| 11 | A.   I don't remember sending this |
| 12 | e-mail at that exact time.  I would agree |
| 13 | that anything in here would appear to be my |
| 14 | view. |
| 15 | Q.   And do you know if AMCK |
| 16 | Aviation was granting deferrals where |
| 17 | airlines paid no rent for a given month? |
| 18 | A.   Yes, we were. |
| 19 | Q.   You go on to state: |
| 20 | "The airlines will no doubt |
| 21 | resist this and say we need it now, but we |
| 22 | need to firm as best we can.  We should not |
| 23 | let any more than 25 to 30 percent of our |
| 24 | monthly revenue cash flows be in deferral |
| 25 | if we can." |

Page 80

```
 1                        RONAN MURPHY
 2         Q.    Did, in fact, 50 to 60 percent
 3   of the carriers come back in three months
 4   seeking another extension?
 5         A.    I do not know the answer to
 6   that.  I never went to check after.
 7         Q.    Do you know if any airlines
 8   received a second extension?
 9         A.    Some airlines might have
10   received second extensions or did -- sorry,
11   I know that we did grant extensions on some
12   deferral.
13         Q.    A second extension?
14         A.    Well, the official deferral
15   being the first?
16         Q.    Yes.
17         A.    Yeah.
18         Q.    Correct.
19         A.    Then yes.
20         Q.    Okay.
21         A.    Second in that definition is
22   how I understand that.
23         Q.    Fair enough.
24               And do you know if any airlines
25   received three extensions, including the
```

Page 82

```
 1                    RONAN MURPHY
 2      first deferral?
 3          A.     Yes, I do know.
 4          Q.     How many?
 5          A.     I do not know the exact number.
 6          Q.     Okay.  Let's look -- let's look
 7   now to the native section.
 8                 (Witness complies.)
 9          Q.     And there's a reference to
10   Frontier.
11                 Are you there?
12          A.     I am.
13          Q.     And there's retractions above
14   Frontier's name so other airlines have been
15   listed, but their information is not
16   showing.
17                 And it shows there are dates
18   across the top, March -- pardon me -- there
19   are months across the top, March through
20   August.  And in Frontier's category in
21   March, it says 270,000.
22                 To what does that refer, if you
23   know?
24          A.     I do not know.
25          Q.     How about April, 550,000, do
```

Page 83

```
 1                    RONAN MURPHY
 2              C E R T I F I C A T E
 3
 4    STATE OF NEW YORK        )
                               : SS.:
 5    COUNTY OF NEW YORK       )
 6
 7          I, KARYN CHIUSANO, a Notary Public
 8    for and within the State of New York, do
 9    hereby certify:
10          That the witness whose examination is
11    hereinbefore set forth was duly sworn and
12    that such examination is a true record of
13    the testimony given by that witness.
14          I further certify that I am not
15    related to any of the parties to this
16    action by blood or by marriage and that I
17    am in no way interested in the outcome of
18    this matter.
19          IN WITNESS WHEREOF, I have hereunto
20    set my hand this 30th day of March, 2022.
21
22
23                        _____
                              KARYN CHIUSANO
24
25
```

Page 151