Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF NEW YORK
 4    ------------------------------------------X
 5    FRONTIER AIRLINES, INC.,
 6                        Plaintiff,
 7         - against -
 8    AMCK AVIATION HOLDINGS IRELAND
      LIMITED, ACCIPITER INVESTMENT 4
 9    LIMITED, VERMILLION AVIATION (TWO)
      LIMITED, WELLS FARGO TRUST COMPANY,
10    N.A., solely in its capacity as OWNER
      TRUSTEE, and UMB BANK, N.A., solely in
11    its capacity as OWNER TRUSTEE,
12                        Defendants.
13    CASE NO.: 1:20-cv-09713-LLS
      ------------------------------------------X
14
15        * * *  C O N F I D E N T I A L * * *
16
17              ZOOM VIDEOCONFERENCE
18
                    March 30, 2022
19                  9:04 a.m.   MDT
20
21          DEPOSITION of SPENCER THWAYTES,
22    before Melissa Gilmore, a Stenographic Reporter
23    and Notary Public of the State of New York.
24
25    Job No. NY5155592
```

Page 2

A P P E A R A N C E S:

LANE POWELL PC

Attorneys for Plaintiff

    601 SW Second Avenue, Suite 2100

    Portland, Oregon 97204-3158

BY:  DAVID G. HOSENPUD, ESQ.

    E-MAIL hosenpudd@lanepowell.com


CLIFFORD CHANCE US LLP

Attorneys for Defendants

    31 West 52nd Street

    New York, New York 10019-6131

BY:  JOHN P. ALEXANDER, ESQ.

    GEGE WANG, ESQ.

    JEFF BUTLER, ESQ. (Afternoon Session Only)

    E-MAIL john.alexander@cliffordchance.com

        gege.wang@cliffordchance.com

        jeff.butler@cliffordchance.com

1          THWAYTES - CONFIDENTIAL
2     Lease Agreements, correct?
3          A.    Frontier is the lessee.
4          Q.    And the lessor is an owner trust
5     entity that's either UMB or Wells Fargo, right?
6          A.    Yes, there's been -- that's correct.
7     There's an owner trustee involved.
8          Q.    Going forward today, I'm going to
9     refer to those 14 Lease Agreements -- or 12 or
10    14, whatever it is, as the 14 Lease Agreements
11    or the 14 original leases.
12               Will you understand what I'm
13    referring to?
14         A.    Yes.
15         Q.    Frontier was required to pay rent in
16    connection with each of those Lease Agreements,
17    correct?
18         A.    Yes.
19         Q.    The rent was due monthly?
20         A.    Yes.
21         Q.    And for each Lease Agreement, would
22    the monthly rent amount be due on the same
23    calendar day each month?
24         A.    I'm not certain, in these leases, if
25    it's the same calendar day each month or

THWAYTES - CONFIDENTIAL

exactly how it was determined which day it was each month.

I assume that it was the same calendar day each month, but I'm not certain.

Q. Did you understand whether there was any grace period associated with rent payments made after a due date?

A. Yes.

Q. And what was your understanding of any applicable grace periods under the Lease Agreements?

A. Under the Lease Agreements, the grace period, after the due date, I believe is three days.

Q. Sorry. You cut out a bit.

Three days you said?

A. Three days. And I would like to add, three business days.

Q. Do you know when a payment would be due if a due date fell on a weekend?

A. You would start -- I believe you would start counting from the first business day -- well, I'm not sure in this lease, frankly, if the -- if the way that it would be

Page 12

1   THWAYTES - CONFIDENTIAL
2   calculated would be starting from the next --
3   from the Monday after the weekend or if the
4   payment would fall on the Friday before the
5   weekend.  I'm not sure in this case -- or in
6   these leases.
7         Q.    As part of your job of overseeing
8   the treasury department, I believe you said you
9   were responsible for overseeing the making of
10  payments on leases, right?
11        A.    I have a team of analysts that put
12  together all of the payments that are due every
13  month for all of the aircraft leases, and every
14  month they bring those payments through an
15  approval process that I'm involved in reviewing
16  and approving, and then a separate -- my
17  treasury team then processes those payments.
18              So my responsibility is making those
19  payments in a timely manner, but I have
20  infrastructure in place to make sure that the
21  payments are done when they are required to be
22  paid.
23        Q.    You mentioned your team.
24              Who on your team had responsibility
25  for leases relating to the AMCK leases that we

1            THWAYTES - CONFIDENTIAL
2      change in the delivery schedule for?
3           A.    Not -- only particular aircraft in
4      relation to periods of time.  So we did not
5      pick and choose aircraft within a period of
6      time.  We just chose the aircraft that were in
7      a period of time.
8           Q.    Let's go back to the first page of
9      this Exhibit 11.
10                So as we spoke about in the first
11     paragraph of this e-mail, you reference the
12     indefinite delay in delivering aircraft MSN
13     9549.
14                And just to confirm, that delay was
15     not the result of any request for a change in
16     schedule by AMCK, correct?
17                MR. HOSENPUD:  Object to the form of
18          the question, assumes facts not in
19          evidence, misstates the document.
20                You can answer.
21          A.    Based off of the notice, the delay
22     was because of a manufacturing issue.
23          Q.    In the second paragraph, you say,
24     "We received verbal notice this afternoon that
25     our financier is uncomfortable funding aircraft

```
                                                    Page 93
 1              THWAYTES - CONFIDENTIAL
 2     deliveries in 2Q 2020, so we anticipate that
 3     Airbus will work with us to manage the timing
 4     of upcoming aircraft deliveries."
 5              Do you see that?
 6         A.   I do.
 7         Q.   Is the financier you're referring to
 8     AMCK?
 9         A.   Yes, I believe so.
10         Q.   Did you get a response to this
11     e-mail?
12         A.   I don't -- I don't recall if I did.
13         Q.   Did anyone at Airbus threaten you
14     with a default under the Purchase Agreement?
15         A.   During this time, when we were in
16     discussions with Airbus about deliveries of
17     aircraft and about making PDP payments, we were
18     told by Airbus numerous times that if we did
19     not fulfill our obligations that we risk being
20     put into default.
21         Q.   Who at Airbus said that?
22         A.   Matt Saks to me.  I'm aware of other
23     correspondence with others that I can't point
24     to but are generally aware of.
25         Q.   When Matt Saks told you, was that
```

Page 94

THWAYTES - CONFIDENTIAL

1
2    over the phone?
3        A.    That was.
4        Q.    You referred to correspondence with
5    others.
6              Do you know if that correspondence
7    was written correspondence?
8        A.    I don't know if it was written or
9    verbal.  I don't know if it was written or
10   verbal.
11             But we were made very aware by
12   Airbus that if we didn't fulfill our
13   obligations that there was a risk of default
14   and that they were taking that very seriously.
15       Q.    In the first paragraph there, you
16   refer to "deferring the scheduled April PDP
17   payment" in the middle of that paragraph.
18             Do you see that?
19       A.    I do.
20       Q.    Was that part of the discussions
21   regarding a change in delivery schedule?
22       A.    No, that was in relation to this
23   aircraft being -- delivery being delayed and
24   the cash inflow that we would have received
25   from this aircraft not happening because of the

Page 193

C E R T I F I C A T E

STATE OF NEW YORK )
                  :ss
COUNTY OF RICHMOND)

       I, MELISSA GILMORE, a Notary Public within and for the State of New York, do hereby certify:

       That SPENCER THWAYTES, the witness whose deposition is hereinbefore set forth, was duly placed under oath by me and that such deposition is a true record of the testimony given by such witness.

       I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

       IN WITNESS WHEREOF, I have hereunto set my hand this 12th day of April, 2022.

*Melissa Gilmore*

_____
   MELISSA GILMORE