**Private and Confidential**

**Corporate Structure Chart as of 27 January 2020**





122836736 v1

CONFIDENTIAL                                                                                                     AMCK011807