ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRONTIER AIRLINES, INC.

Plaintiff,

v.

AMCK AVIATION HOLDINGS IRELAND
LIMITED, ACCIPITER INVESTMENT 4
LIMITED, VERMILLION AVIATION
(TWO) LIMITED, WELLS FARGO TRUST
COMPANY, N.A., solely in its capacity as
OWNER TRUSTEE, and UMB BANK,
N.A., solely in its capacity as OWNER
TRUSTEE,

Defendants.

Case No.: 1:20-cv-09713-LLS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/22

## JOINT ~~PROPOSED~~ Second AMENDED SCHEDULING ORDER

### I. CONFERENCE OF COUNSEL

David G. Hosenpud, counsel for plaintiff, and Jeff Butler, counsel for the defendants, having met and conferred, submit the following proposed amended scheduling order.

### II. CONCISE STATEMENT OF THE ISSUES

This dispute arises out of the parties' negotiations over a request by Plaintiff Frontier Airlines, Inc. ("Frontier") for a deferral of rent on certain aircraft leases. The parties disagree about the nature and content of those negotiations. Following those negotiations, Defendant AMCK Aviation Holdings Ireland Limited ("AMCK") terminated a March 2020 Framework Agreement with Frontier. Frontier seeks damages for defendants' alleged anticipatory repudiation and breach of the Framework Agreement, breach of aircraft lease agreements, violation of covenants and duties, and fraud, and contends that defendants were estopped from issuing the notice of termination. Defendants deny Frontier's claims, contend that the termination of the

Framework Agreement was valid based on an alleged default by Frontier, and dispute plaintiff's entitlement to relief. Defendant AMCK has counterclaimed for attorney fees and other litigation expenses in connection with Frontier's alleged default.

### III. SCHEDULE

**A. Depositions.**

Depositions have been completed in this matter.

**B. Remaining Discovery Schedule.**

The schedule below sets forth the remaining discovery deadlines.

| Description | Proposed Deadline |
| --- | --- |
| Plaintiff's Expert Report | September 9, 2022 |
| Defendant's Expert Report | October 7, 2022 |
| Expert Depositions | October 28, 2022 |
| Dispositive Motions | November 11, 2022 |
| Responses | December 9, 2022 |
| Replies | December 30, 2022 |
| Plaintiff to supply pre-trial order material to defendants | Thirty days following ruling on any dispositive motions, or, if no party files a dispositive motion, Nov. 21, 2022   LLS |
| Pre-trial Order | Forty-five days following the date Plaintiff supplies the pre-trial order material to defendants January 10, 2023 |
| Pre-trial Conference  TBD | ~~January 13, 2023 at 12 noon~~ LLS |

12/14/22

**C. Discovery Plan.**

1. **Limitations placed on discovery, including any protective or confidentiality orders.** The Court has entered a Stipulated Protective Order Regarding Confidential Information and Documents.

2

2. **Discovery issues.** None at this time.

3. **Production of documents.** See above.

4. **Anticipated fields of expert discovery.** Frontier currently anticipates expert testimony on matters relating to damage assessment and calculations. Defendants currently anticipate offering rebuttal expert testimony on any of the foregoing.

D. **Anticipated length of trial; court or jury trial.**

The parties estimate the trial will last 5-6 days. The parties request a bench trial. This Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires.

DATED: July 11, 2022

                                        **LANE POWELL PC**

                                        By: s/David G. Hosenpud
                                        David G. Hosenpud (*pro hac vice*)
                                        601 S.W. Second Avenue, Suite 2100
                                        Portland, Oregon 97204-3158
                                        Telephone:  503.778.21
                                        Facsimile:  503.778.2200
                                        hosenpudd@lanepowell.com

                                        Aaron Schaer, (*pro hac vice*)
                                        1420 Fifth Avenue, Suite 4200
                                        P.O. Box 91302
                                        Seattle, WA  98111-9402
                                        Telephone:  206.223.7103
                                        Facsimile:  206.223.7107
                                        schaera@lanepowell.com

                                        -and-

                                                **BINDER & SCHWARTZ LLP**
Neil S. Binder
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone No.: 212.510.7008
Facsimile No.: 212.510.7299
E-mail: nbinder@binderschwartz.com

*Attorneys for Plaintiff, Frontier Airlines, Inc.*

DATED: July 11, 2022

**CLIFFORD CHANCE US LLP**

By: s/Jeff E. Butler (with consent)
    Jeff E. Butler
    John P. Alexander
    31 West 52nd Street
    New York, New York 10019
    T: 212.878.8205
    F: 212.878.8375
    jeff.butler@cliffordchance.com
    john.alexander@cliffordchance.com

*Attorneys for Defendants*

APPROVED.
DATED: ~~July 11, 2022~~
12/14/22

_____
        Louis L. Stanton
United States District Judge

4