# C L I F F O R D
# C H A N C E

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK, NY 10019-6131

TEL +1 212 878 8000
FAX +1 212 878 8375

www.cliffordchance.com

**BY ECF**

Direct Dial: +1 212 878 8205
E-mail: jeff.butler@cliffordchance.com

The Honorable Louis L. Stanton
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

December 30, 2022

**Re:    *Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited et al.*,**
**20 Civ. 9713 (LLS)**

Your Honor:

Pursuant to Section 2.E of Your Honor's Individual Practices, Defendants respectfully request oral argument with respect to their Motion for Summary Judgment filed on November 11, 2022 (Doc. 93).

Respectfully submitted,

 s/ Jeff E. Butler

Jeff E. Butler