| | |
|---|---|
| From: | Thwaytes, Spencer |
| Sent: | Thursday, April 2, 2020 4:50 PM |
| To: | 'SAKS, Matthew M'; 'BISHOP, Ray' |
| Cc: | Fanning, Robert; Sashikumar Bindu, Sharath |
| Subject: | PDP payments |
| Attachments: | FFT NEO MSN 9549 DS POSTPONEMENT.pdf |

Matt and Ray,

The indefinite delay in delivering aircraft MSN 9549 (see notice attached) is going to ███████████████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████ Accordingly, until such time as normal operations return, we are requesting a deferral of all future PDP payments.

We received verbal notice this afternoon that our financier is uncomfortable funding aircraft deliveries in 2Q 2020, so we anticipate that Airbus will work with us to manage the timing of upcoming aircraft deliveries.

We are available to discuss.

Spencer

**Spencer Thwaytes**
VP and Treasurer – Treasury, Fleet and Strategic Sourcing/Procurement
P: 720.374.4578
M: 850.766.9736
E: spencer.thwaytes@flyfrontier.com



ATTORNEYS'S EYES ONLY

FRONTIER0004009

**EXHIBIT 11**

# AIRBUS

**FROM**
Dustin Martinson
**DATE**
26 March 2020
**OUR REFERENCE**
CT2002829

**COPY TO:**
Ray Bishop
Matthew Saks
Tim Lucas
Ester Baños Capilla

**TO**
FRONTIER AIRLINES, INC.
4545 Airport Way
Denver, CO 80239
USA

**ATTENTION:**
Mr. Howard Diamond
Howard.Diamond@flyfrontier.com
SVP – General Counsel
T: +1 720-374-4367
F: +1 720-374-9297

**COPY TO:**
Michael Patterson - Michael.Patterson@flyfrontier.com
Spencer Thwaytes - Spencer.Thwaytes@flyfrontier.com
Justine Henderson - Justine.Henderson@flyfrontier.com
Thomas Frey - Thomas.Frey@flyfrontier.com
Daniel Shurz - Daniel.Shurz@flyfrontier.com
Joshua Flyr - Joshua.Flyr@flyfrontier.com
Robert Fanning - Robert.Fanning@flyfrontier.com
Sharath Sashikumar - Sharath.Sashikumar@flyfrontier.com

**Subject:** Postponement of the Delivery Schedule – A320 NEO MSN 9549 (the **Aircraft**)

Dear Mr. Diamond,

Reference is made to the notice referenced CT2001289 and dated 19 February 2020 by which Airbus Americas, Inc. (**Airbus**) informed Frontier Airlines, Inc. (**FFT**) about the delivery schedule of the Aircraft (the **Notice**).

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Unfortunately, despite all the efforts made by our teams to resolve the issue on time, we will not be in a position to proceed with the technical acceptance process and the delivery of the Aircraft as indicated in the Notice.

Please note that your team has already been informed about the situation.

Please rest assured that we are taking all actions necessary to recover the situation within the current COVID-19 environment. In the meantime, we will keep your team informed of the technical status of the Aircraft and the way forward.

Kindly accept our sincere apologies for the short notice and for the inconvenience this delay is causing to you and your customers.

We thank you in advance for your understanding and support.

With best regards,

Dustin Martinson
Sales Contracts Manager

**NOTA**: with the exception of the relevant airworthiness authorities' representatives, access to the Aircraft will be restricted to members of the delivery team who are your (Buyer's) employees. Should you intend to delegate the technical acceptance in whole or in part to a third party, please be aware that a participation letter to that effect will have to be consented by Airbus prior to the start of the technical acceptance process. Please disregard this Nota if a participation letter is already in place.

© Airbus Americas, Inc., 2020. All rights reserved. The information in this document may be confidential. This document and its contents may not be disclosed or used by anyone other than the addressee. This document and its content shall not be used for any purpose other than that for which it is supplied.

Airbus Americas, Inc.

Registered office:
2550 Wasser Terrace
Suite 9100
Herndon, VA 20171, USA

ATTORNEYS'S EYES ONLY                                                                                                 FRONTIER0004010