

DAVID G. HOSENPUD
503.778.2141
hosenpudd@lanepowell.com

July 11, 2023

**BY ECF**

The Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY  10007

Re:   *Frontier Airlines v. AMCK Aviation, et al.*, Case No. 1:20-cv-09713-LLS

Dear Judge Stanton:

Pursuant to the Court's July 7, 2023, Order on Plaintiff Frontier Airlines' (Frontier) request to seal certain documents, (*see* Dkt. 124, 121), Frontier requests that the Court seal an updated redacted version of Exhibit 7 of the Hosenpud Declaration (Dkt. 110, 116), publicly with redactions consistent with the Court's July 7, 2023, Order, and under seal without redactions.

Respectfully submitted,

LANE POWELL PC

*s/David G. Hosenpud*

David G. Hosenpud

Attachments:   Exhibit 7 of the Hosenpud Declaration

cc:  Counsel of Record (via ECF)

022510.0155/9436920.2