

**MEMO ENDORSED**

DAVID G. HOSENPUD
503.778.2141
hosenpudd@lanepowell.com

July 11, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/23

**BY ECF**

The Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Frontier Airlines v. AMCK Aviation, et al.*, Case No. 1:20-cv-09713-LLS

Dear Judge Stanton:

Pursuant to the Court's July 7, 2023, Order on Plaintiff Frontier Airlines' (Frontier) request to seal certain documents, (*see* Dkt. 124, 121), Frontier requests that the Court seal an updated redacted version of Exhibit 7 of the Hosenpud Declaration (Dkt. 110, 116), publicly with redactions consistent with the Court's July 7, 2023, Order, and under seal without redactions.

Respectfully submitted,

LANE POWELL PC

s/David G. Hosenpud

David G. Hosenpud

Attachments:  Exhibit 7 of the Hosenpud Declaration

cc: Counsel of Record (via ECF)

022510.0155/9436920.2

*Handwritten endorsement:* As plaintiff requests, the updated version of Exhibit 7 to the Hosenpud Declaration (i.e. the Framework Agreement) is to remain under seal, consistent with the Court's July 7, 2023 order. So Ordered.

Louis L. Stanton
7/11/23

601 S.W. SECOND AVENUE, SUITE 2100 | PORTLAND, OR 97204-3158   P 503.778.2100  F 503.778.2200  LANEPOWELL.COM
A PROFESSIONAL CORPORATION