UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

| | | |
|---|---|---|
| FRONTIER AIRLINES, INC. | Plaintiff, | Case No. 1:20-cv-09713 |
| -against- | | |
| AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE, | Defendant. | |

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Neil S. Binder
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: NB-0959     My State Bar Number is: 2726495

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
FIRM NAME: Binder & Schwartz LLP
FIRM ADDRESS: 366 Madison Avenue, 6th Floor, New York, NY 10017
FIRM TELEPHONE NUMBER: (212)510-7008
FIRM FAX NUMBER: (212)510-7299

NEW FIRM:
FIRM NAME: Binder & Schwartz LLP
FIRM ADDRESS: 675 Third Avenue, 26th Floor, New York, NY 10017
FIRM TELEPHONE NUMBER: (212)510-7008
FIRM FAX NUMBER: (212)510-7299

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 20, 2023

/s/ Neil S. Binder
_____
ATTORNEY'S SIGNATURE