C L I F F O R D
C H A N C E

CLIFFORD CHANCE US LLP

31 WEST 52ND STREET
NEW YORK, NY 10019-6131
TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

BY ECF

Direct Dial: +1 212 878 8205
E-mail: jeff.butler@cliffordchance.com

The Honorable Louis L. Stanton
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

September 21, 2023

Re: *Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited et al.*,
**20 Civ. 9713 (LLS)**

Your Honor:

I write on behalf of Defendants in this matter, and pursuant to Section 3.B of Your Honor's Individual Practices, to request permission to file under seal the Expert Declaration of Rikard de Jounge dated September 20, 2023 (the "de Jounge Declaration"). Defendants are submitting the de Jounge Declaration in accordance with Section 4 of Your Honor's Individual Practices.

The de Jounge Declaration refers to various documents and information that Plaintiff Frontier Airlines, Inc. ("Frontier") has designated "Confidential" or "Highly Confidential" under the Stipulated Protective Order dated January 4, 2022. The referenced material concerns Frontier's claimed damages in this case, including the economic terms of Frontier's contracts with third parties.

Accordingly, Defendants are filing the de Jounge Declaration and its exhibits under seal pursuant to Section 8.4 of the Stipulated Protective Order. Defendants take no position as to whether there is a "most compelling reason" to seal these documents. *See Lugosch v. Pyramid Co.*, 435 F.3d 110, 123 (2d Cir. 2006). If Frontier wishes to keep the above information under seal, Defendants would have no objection to such an application by Frontier.

Respectfully submitted,

 s/ Jeff E. Butler

Jeff E. Butler