CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER

# Appendix 4: Exhibits D-1 to D-16

CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER

Exhibits D-1 to D-16, whose titles are provided below, have been marked Attorney's Eyes Only.

1. Exhibit D-1: Frontier Group Holdings Annual WACC History as Reported by Bloomberg

2. Exhibit D-2: Cash Flows and Details of NPV Calculation for MSN 9549

3. Exhibit D-3: Cash Flows and Details of NPV Calculation for MSN 10031

4. Exhibit D-4: Cash Flows and Details of NPV Calculation for MSN 10089

5. Exhibit D-5: Cash Flows and Details of NPV Calculation for MSN 10384

6. Exhibit D-6: Cash Flows and Details of NPV Calculation for MSN 10452

7. Exhibit D-7: Summary of Net Present Value Calculation – MSN 9549, Using Frontier WACC

8. Exhibit D-8: Cash Flows and Details of Alternate NPV Calculation for MSN 9549, Using Frontier WACC

9. Exhibit D-9: Summary of Net Present Value Calculation – MSN 10031, Using Frontier WACC

10. Exhibit D-10: Cash Flows and Details of Alternate NPV Calculation for MSN 10031, Using Frontier WACC

11. Exhibit D-11: Summary of Net Present Value Calculation – MSN 10089, Using Frontier WACC

12. Exhibit D-12: Cash Flows and Details of Alternate NPV Calculation for MSN 10089, Using Frontier WACC

13. Exhibit D-13: Summary of Net Present Value Calculation – MSN 10384, Using Frontier WACC

14. Exhibit D-14: Cash Flows and Details of Alternate NPV Calculation for MSN 10384, Using Frontier WACC

15. Exhibit D-15: Summary of Net Present Value Calculation – MSN 10452, Using Frontier WACC

16. Exhibit D-16: Cash Flows and Details of Alternate NPV Calculation for MSN 10452, Using Frontier WACC

CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER

Exhibit D-1: Frontier Group Holdings Annual WACC History as Reported by Bloomberg

## Frontier Group Holdings Inc (ULCC US) - L#1518025

| WACC History | | FY 2022 | FY 2021 | FY 2020 | FY 2019 | FY 2016 | FY 2015 |
| 12 Months Ending | | 12/31/2022 | 12/31/2021 | 12/31/2020 | 12/31/2019 | 12/31/2016 | 12/31/2015 |
|---|---|---|---|---|---|---|---|
| **Equity** | | | | | | | |
| Cost of Equity | WACC_COST_EQUITY | 10.4282 | 10.6437 | 8.5468 | 8.4018 | 8.9721 | 9.4066 |
| Weight of Equity | WACC_WEIGHT_OF_EQUITY | 43.3172 | 50.8333 | 10.6092 | 17.7822 | 65.3001 | 60.7460 |
| **+ Debt** | | | | | | | |
| Cost of Debt | WACC_COST_DEBT | 5.5125 | 1.8701 | 1.0445 | 1.9654 | 1.4833 | 1.5033 |
| Weight of Debt | WACC_WEIGHT_OF_DEBT | 56.6828 | 49.1667 | 89.3908 | 82.2178 | 34.6999 | 39.2540 |
| **+ Preferred Equity** | | | | | | | |
| Cost of Pref. Equity | WACC_COST_PFD | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Weight of Pref. Equity | WACC_WEIGHT_OF_PREFERRED_EQUITY | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **WACC** | **WACC** | **7.6418** | **6.3300** | **1.8405** | **3.1099** | **6.3735** | **6.3042** |
| | | | | | | | |
| **Capital Structure** | | | | | | | |
| + Historical Market Cap | HISTORICAL_MARKET_CAP | 2,237.5854 | 2,945.5734 | — | — | — | — |
| + Short Term Debt | BS_ST_BORROW | 622.0000 | 571.0000 | 517.0000 | 537.0000 | 141.0000 | 103.0000 |
| + Long Term Debt | BS_LT_BORROW | 2,306.0000 | 2,278.0000 | 2,095.0000 | 1,969.0000 | 96.0000 | 118.0000 |
| + Preferred Equity and Hybrid Capital | PFD_EQTY_HYBRID_CAPITAL | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total Capital** | **WACC_TOTAL_CAPITAL** | **5,165.5854** | **5,794.5734** | **2,922.0000** | **3,048.0000** | **683.0000** | **563.0000** |
| | | | | | | | |
| **EVA** | | | | | | | |
| + Net Op. Profit | WACC_NET_OPER_PROFIT | -45.0000 | -117.0000 | -365.0000 | 309.0000 | 317.0000 | 233.0000 |
| - Cash Op. Taxes | WACC_CASH_OPER_TAXES | -8.0000 | -42.0000 | -147.0000 | 70.3569 | 116.3671 | 83.7982 |
| + NOPAT | WACC_NOPAT | -37.0000 | -75.0000 | -218.0000 | 238.6431 | 200.6329 | 149.2018 |
| Total Invested Capital | WACC_TOTAL_INV_CAPITAL | 3,448.0000 | 3,383.0000 | 2,928.0000 | 3,059.0000 | 689.0000 | 566.0000 |
| WACC | WACC | 7.6418 | 6.3300 | 1.8405 | 3.1099 | 6.3735 | 6.3042 |
| - Capital Charge | WACC_CAPITAL_CHARGE | 263.4909 | 214.1430 | 53.8886 | 95.1327 | 43.9132 | 35.6820 |
| **Economic Value Added** | **WACC_ECON_VALUE_ADDED** | **-300.4909** | **-289.1430** | **-271.8886** | **143.5104** | **156.7197** | **113.5197** |
| ROIC | WACC_RETURN_ON_INV_CAPITAL | -1.0731 | -2.2170 | -7.4454 | 7.8013 | 29.1194 | 26.3607 |
| EVA Spread | WACC_EVA_SPREAD | -8.7149 | -8.5469 | -9.2858 | 4.6914 | 22.7460 | 20.0565 |

Source: Bloomberg.

CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER

Exhibit D-2: Cash Flows and Details of NPV Calculation for MSN 9549

**Valuation Date:** May 8, 2020

CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER



CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER





CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER

Exhibit D-3: Cash Flows and Details of NPV Calculation for MSN 10031
**Valuation** Date: May 8, 2020

CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER



CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER





CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER

Exhibit D-4: Cash Flows and Details of NPV Calculation for MSN 10089
**Valuation Date: May 8, 2020**

CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER



CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER





Exhibit D-5: Cash Flows and Details of NPV Calculation for MSN 10384

**Valuation** Date: May 8, 2020

CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER



CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER





CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER

Exhibit D-6: Cash Flows and Details of NPV Calculation for MSN 10452

**Valuation Date: May 8, 2020**

CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER



CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER





## Exhibit D-7: Summary of Net Present Value Calculation - MSN 9549, Using Frontier WACC
**After-Tax Thousands of Dollars**

Sources and Notes:

[1]: "CDB Letter of Intent," FRONTIER0011290 at 291; "2020 Framework Agreement," FRONTIER0002829 at 873. [1][C] = [1][A] - [1][B].

[2]: After-tax NPV of [1].  See Appendix table for details. [2][D] = [2][A] - [2][B].

[3]: Sum of Undiscounted Pre-Tax Rent Payments; See Appendix table for details. [3][C] = [3][A] - [3][B].

[4]: After-tax NPV of [3].  See Appendix table for details. [4][D] = [4][A] - [4][B].

[5]: Calculated based on provisions in lease documents. [5][C] = [5][A] - [5][B].

[6]: After-tax NPV of [5].  See Appendix for details. [6][D] = [6][A] - [6][B].

[7]: Sum of the differences in after-tax NPV figures from rows [1], [3], and [5].

[8]: After-tax risk-free rate, based on cumulative yield on U.S. ten-year treasury bonds since the valuation date.

[10] = [7] x (1 + [8]) ^ [9]) - [7].

[11] = [7] + [10].

Totals may not sum due to rounding.

CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER

Exhibit D-8: Cash Flows and Details of Alternate NPV Calculation for MSN 9549, Using Frontier WACC

**Valuation Date: May 8, 2020**

CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER



CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER



Sources and Notes:

[3] =  Number of Days between the Valuation Date of May 8, 2020 and [1] divided by the average number of days in a month (365.25/12)

[4]: "2020 Framework Agreement," FRONTIER0002829 at 873. I assume that the purchase price is paid on the delivery date.

[5]: See, Table D-2 at [9][A].

[6]: See, Table D-2 at [10][A],[11][A],[12][A], and accompanying Sources and Notes.

[7] = [4]*(1-Frontier's 2019 Corporate Tax Rate). To obtain this tax rate, I took Frontier's income tax expenses divided by its income before tax expenses. See, Frontier Form 10-K for 2021, at p. 96.

[8] = [5]*(1-Frontier's 2019 Corporate Tax Rate).

[9] = [6]*(1-Frontier's 2019 Corporate Tax Rate).

[10] = [7]/(1+Monthly Discount Rate)^[3].

[11] = [8]/(1+Monthly Discount Rate)^[3].

[12] = [9]/(1+Monthly Discount Rate)^[3].

[13]: "CDB Letter of Intent," FRONTIER0011290 at 291. I assume that the purchase price is paid on the delivery date.

[14]: See, Table D-2 at [9][B], and accompanying Sources and Notes.

[15]: See, Table D-2 at [10][B],[11][B],[12][B], and accompanying Sources and Notes. Security Deposit partial recovery is assumed to occur at the earliest possible date(s).

[16] = [13]*(1-Frontier's 2019 Corporate Tax Rate). To obtain this tax rate, I took Frontier's income tax expenses divided by its income before tax expenses. See, Frontier Form 10-K for 2021, at p. 96.

[17] = [14]*(1-Frontier's 2019 Corporate Tax Rate).

[18] = [15]*(1-Frontier's 2019 Corporate Tax Rate).

[19] = [7]/(1+Monthly Discount Rate)^[3].

[20] = [8]/(1+Monthly Discount Rate)^[3].

[21] = [9]/(1+Monthly Discount Rate)^[3].

CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER

## Exhibit D-9: Summary of Net Present Value Calculation - MSN 10031, Using Frontier WACC
### After-Tax Thousands of Dollars



Sources and Notes:

[1]: "CDB Letter of Intent," FRONTIER0011290 at 291; "2020 Framework Agreement," FRONTIER0002829 at 873. [1][C] = [1][A] - [1][B].

[2]: After-tax NPV of [1].  See Appendix table for details. [2][D] = [2][A] - [2][B].

[3]: Sum of Undiscounted Pre-Tax Rent Payments; See Appendix table for details. [3][C] = [3][A] - [3][B].

[4]: After-tax NPV of [3].  See Appendix table for details. [4][D] = [4][A] - [4][B].

[5]: Calculated based on provisions in lease documents. [5][C] = [5][A] - [5][B].

[6]: After-tax NPV of [5].  See Appendix for details. [6][D] = [6][A] - [6][B].

[7]: Sum of the differences in after-tax NPV figures from rows [1], [3], and [5].

[8]: After-tax risk-free rate, based on cumulative yield on U.S. ten-year treasury bonds since the valuation date.

[10] = [7] x (1 + [8]) ^ [9]) - [7].

[11] = [7] + [10].

Totals may not sum due to rounding.

CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER

Exhibit D-10: Cash Flows and Details of Alternate NPV Calculation for MSN 10031, Using Frontier WACC
**Valuation Date: May 8, 2020**

CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER



CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER





Exhibit D-11: Summary of Net Present Value Calculation - MSN 10089, Using Frontier WACC

**After-Tax Thousands of Dollars**



CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER

Exhibit D-12: Cash Flows and Details of Alternate NPV Calculation for MSN 10089, Using Frontier WACC

**Valuation Date: May 8, 2020**

CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER



CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER





CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER

Exhibit D-13: Summary of Net Present Value Calculation - MSN 10384, Using Frontier WACC

**After-Tax Thousands of Dollars**



CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER

Exhibit D-14: Cash Flows and Details of Alternate NPV Calculation for MSN 10384, Using Frontier WACC
Valuation Date: May 8, 2020

CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER



CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER





CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER

Exhibit D-15: Summary of Net Present Value Calculation - MSN 10452, Using Frontier WACC
**After-Tax Thousands of Dollars**



Exhibit D-16: Cash Flows and Details of Alternate NPV Calculation for MSN 10452, Using Frontier WACC
**Valuation Date: May 8, 2020**

CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER



CONFIDENTIAL DECLARATION SUBJECT TO THE PROTECTIVE ORDER



