# EXHIBIT A TO PRETRIAL ORDER

Parenthetical references to exhibits and/or Bates numbers in these charts are indicative only. The parties will jointly determine the best version of each exhibit to use at trial.

**A.     Premarked Joint Trial Exhibits.**

| Joint Exhibit | Date | Description |
|---|---|---|
| 1 | 05/29/18 | Framework Agreement between Frontier and Accipiter Holdings DAC, dated May 29, 2018 (Bindu, Ex. 3) |
| 2 | 08/30/18 | Aircraft Lease Agreement between Wells Fargo Trust Company and Frontier Airlines, dated August 30, 2018, for the lease of an Airbus A320 aircraft MSN 8402 (Bindu, Ex. 1) |
| 3 | 08/30/18 | Trust Agreement, dated August 30, 2018, relating to aircraft MSN 8402 (Bindu, Ex. 2) |
| 4 | 08/30/18 | Guaranty, dated August 30, 2018, relating to aircraft MSN 8402 (Bindu, Ex. 4) |
| 5 | 09/10/19 | Letter of Intent signed by Accipiter Holdings, DAC, dated September 10, 2019, to finance six aircraft under the Airbus Agreement. (Dempsey, Ex. 1) |
| 6 | 09/30/19 | Guaranty, dated September 30, 2019, relating to aircraft MSN 9177 |
| 7 | 09/30/19 | Aircraft Lease Agreement between UMB Bank, N.A. and Frontier Airlines, dated September 30, 2019, for the lease of an Airbus A320 aircraft MSN 9177 (Bindu, Ex. 5) |
| 8 | 11/13/19 | November 13, 2019 Email from Dovile Kukulskiene, (FRONTIER0003721; Bindu Dep., Ex. 2) |
| 9 | 11/26/19 | November 26, 2019 Email from Michael McInerney, (FRONTIER0003762; Bindu Dep. Ex. 3) |
| 10 | 01/27/20 | AMCK's organizational chart as of January 27, 2020, produced by AMCK in connection with this litigation (Hosenpud, Ex. 82) AMCK011807 |
| 11 | 03/12/20 | Email from representatives of AMCK, dated March 12, 2020, attaching a document entitled 16.03.2020 – Weekly Report – Final_gc (Hosenpud, Ex. 8) AMCK030052 |
| 12 | 03/12/20 | Emails between AMCK representatives, dated March 12, 2020 (Hosenpud, Ex. 16) AMCK024593 |
| 13 | 03/12/20 | Emails between AMCK representatives, dated March 12, 2020 (Bachrach Dep., Ex. 33) AMCK030173 |
| 14 | 03/13/20 | Wire transfer receipt, dated March 13, 2020, relating to aircraft MSN 10038 (Hosenpud, Ex. 13) FRONTIER0001822 |

| Joint Exhibit | Date | Description |
|---|---|---|
| 15 | 03/13/20 | Emails between AMCK representatives, dated March 13, 2020 (Hosenpud, Ex. 17) AMCK030236 |
| 16 | 03/14/20 | March 14, 2020 text messages between Frontier representatives (FRONTIER0003467; Thwaytes Dep. Ex. 17) |
| 17 | 03/14/20 | Text messages between Frontier and AMCK representatives, dated March 14, 2020 through April 30, 2020 (AMCK016974, FRONTIER0000122) |
| 18 | 03/15/20 | March 15, 2020 text messages between Frontier representatives (FRONTIER0003599; Bindu Dep., Ex. 17) |
| 19 | 03/15/20 | March 15, 2020 text messages between Frontier representatives (FRONTIER0012162; Thwaytes Dep. Ex. 20) |
| 20 | 03/15/20 | March 15, 2020 text messages between Frontier representatives (FRONTIER0012266; Thwaytes Dep. Ex. 21) |
| 21 | 03/16/20 | Amendment No. 8 to the Airbus Purchase Agreement, dated March 16, 2020 (Hosenpud, Ex. 4)  FRONTIER0012243-FRONTIER0012258 |
| 22 | 03/16/20 | March 16, 2020 Email from Spencer Thwaytes (FRONTIER0000238; Bindu Dep., Ex. 7) |
| 23 | 03/16/20 | March 16, 2020 Email from Sharath Sashikumar Bindu (FRONTIER0001938; Bindu Dep. Ex. 16) |
| 24 | 03/16/20 | Framework Agreement that Frontier and AMCK executed, dated March 16, 2020 (Hosenpud, Ex. 7) FRONTIER0001235 |
| 25 | 03/16/20 | Trust Agreement, dated March 16, 2020, relating to aircraft MSN 10038 (Hosenpud, Ex. 11) FRONTIER0001235 |
| 26 | 03/16/20 | Guaranty, dated March 16, 2020, relating to aircraft MSN 10038 (Hosenpud, Ex. 12) AMCK002265 |
| 27 | 03/16/20 | Emails between AMCK representatives, dated March 16, 2020 (Hosenpud, Ex. 14) AMCK005966 |
| 28 | 03/16/20 | Concession request letter that Frontier sent to AMCK, dated March 16, 2020 (Hosenpud, Ex. 15) FRONTIER0000241 |
| 29 | 03/16/20 | Lease Agreement, dated March 16, 2020, relating to aircraft MSN 10038 (Hosenpud, Ex. 10) UMB0004086 |
| 30 | 03/17/20 | Emails between AMCK representatives, dated March 17, 2020 (Bachrach Dep., Ex. 36) AMCK015105 |
| 31 | 03/18/20 | March 18, 2020 Email from Jane O'Callaghan, (FRONTIER0001974; Thwaytes Dep. Ex. 7) |
| 32 | 03/20/20 | Text messages between AMCK representatives, dated March 20, 2020 (Hosenpud, Ex. 3) AMCK025036 |
| 33 | 03/20/20 | Emails between AMCK representatives, dated March 20, 2020, attaching a document titled Rent deferral request.xlsx (Bachrach Dep., Ex. 38) AMCK025108 |
| 34 | 03/20/20 | Emails between AMCK representatives, dated March 20, 2020 (Bachrach Dep., Ex. 39) AMCK025050 |

| Joint Exhibit | Date | Description |
|---|---|---|
| 35 | 03/22/20 | March 22, 2020 text messages between Frontier representatives (FRONTIER0003601; Bindu Dep. Ex. 19) |
| 36 | 03/22/20 | Emails between AMCK and Frontier representatives, dated March 22, 2020 (Hosenpud, Ex. 18) FRONTIER0000243 |
| 37 | 03/23/20 | Emails between AMCK representatives dated March 23, 2020, attaching a document titled Weekly Agenda (Hosenpud, Ex. 20) AMCK019757 |
| 38 | 03/23/20 | Emails between AMCK representatives, dated March 23, 2020, attaching a document titled Rent Deferral Update.msg (Hosenpud, Ex. 21) AMCK025106 |
| 39 | 03/23/20 | Text messages between AMCK representatives, dated March 23, 2020 (Hosenpud, Ex. 24) AMCK018587 |
| 40 | 03/23/20 | Email from Paul Sheridan to Jane O'Callaghan, dated March 23, 2020 (Hosenpud, Ex. 28) AMCK025106 |
| 41 | 03/23/20 | Email between AMCK representatives dated March 23, 2020 (Bachrach Dep. Ex. 41) AMCK016031 |
| 42 | 03/24/20 | Text messages between AMCK representatives, dated March 24, 2020 through May 8, 2020 (Hosenpud, Ex. 46) AMCK018494 |
| 43 | 03/24/20 | Emails between AMCK representatives, dated March 24, 2020. (Hosenpud, Ex. 23) AMCK016069 |
| 44 | 03/24/20 | Emails between AMCK representatives, dated March 24, 2020 (Hosenpud, Ex. 25) AMCK033506 |
| 45 | 03/24/20 | Emails between AMCK representatives, dated March 24, 2020 (Lee Dep., Ex. 5) AMCK033514 |
| 46 | 03/24/20 | Text messages between AMCK representatives, dated March 24, 2020 through April 30, 2020 (Lee Dep., Ex. 34) AMCK018487 |
| 47 | 03/25/20 | March 25, 2020 Email from Qingqing Miao (AMCK016074; O'Callaghan Decl. Ex. 9) |
| 48 | 03/26/20 | March 26, 2020 Email from Jane O'Callaghan (AMCK016298; Bindu Dep. Ex. 13) |
| 49 | 03/26/20 | March 26, 2020 text messages between Frontier representatives (FRONTIER0003603; Bindu Dep. Ex. 14) |
| 50 | 03/30/20 | Emails between AMCK representatives dated March 30, 2020, attaching a document titled Weekly Agenda (McInerney Dep., Ex. 4) AMCK020026 |
| 51 | 03/31/20 | Emails between AMCK and Frontier representatives, dated March 31, 2020 (Fanning Dep., Ex. 5) AMCK016498 |
| 52 | 03/31/20 | Emails between AMCK representatives dated March 31, 2020, attaching a document titled 2020-03-31 Payments Due Report Combined.xlsx (McInerney Dep., Ex. 14) AMCK020022 |

3

| Joint Exhibit | Date | Description |
|---|---|---|
| 53 | 04/01/20 | April 1, 2020 Email from Qingqing Miao (AMCK016504; Thwaytes Dep. Ex. 22) |
| 54 | 04/01/20 | Emails between AMCK representatives, dated April 1, 2020 (Hosenpud, Ex. 30) AMCK016532 |
| 55 | 04/02/20 | Emails between AMCK representatives, dated April 2, 2020 (Hosenpud, Ex. 29) AMCK016588 |
| 56 | 04/02/20 | Email from representatives of Frontier to representatives of Airbus, dated April 2, 2020 (Hosenpud, Ex. 9) FRONTIER0004009 |
| 57 | 04/02/20 | Emails between AMCK representatives, dated April 2, 2020 (Ma Dep., Ex. 5) AMCK033694 |
| 58 | 04/03/20 | April 3, 2020 Email from Paul Sheridan (AMCK016595; Dempsey Dep. Ex. 3) |
| 59 | 04/03/20 | Emails between AMCK representatives, dated April 3, 2020 (Hosenpud, Ex. 57) AMCK031157 |
| 60 | 04/06/20 | April 6, 2020 Email from Robert Fanning, (FRONTIER0000251; Bindu Dep. Ex. 22) |
| 61 | 04/06/20 | April 6, 2020 Email from Jimmy Dempsey, (FRONTIER0000310; Dempsey Dep. Ex. 4 ) |
| 62 | 04/06/20 | April 6, 2020 Email from Jimmy Dempsey (AMCK016618; Sheridan Decl. Ex. 3) |
| 63 | 04/06/20 | April 6, 2020 Email from Paul Sheridan (AMCK016608; Sheridan Decl. Ex. 4) |
| 64 | 04/06/20 | April 6, 2020 Email from Paul Sheridan (AMCK017743; Sheridan Decl. Ex. 5) |
| 65 | 04/06/20 | Emails between AMCK representatives, dated April 6, 2020 (Hosenpud, Ex. 32) AMCK033740 |
| 66 | 04/06/20 | Text message from Sharath Sashikumar Bindu, dated April 6, 2020 (Bindu Dep., Ex. 20) FRONTIER0003606 |
| 67 | 04/06/20 | Text message from Robert Fanning, dated April 6, 2020 (Bindu Dep., Ex. 21) FRONTIER0003607 |
| 68 | 04/06/20 | Email between AMCK representatives, dated April 6, 2020, attaching a document titled 06.04.2020 - Weekly Report - Final.docx (McInerney Dep., Ex. 5) AMCK020226 |
| 69 | 04/06/20 | Text messages between Frontier representatives, dated April 6, 2020 (Dempsey Dep., Exs. 5 & 6) FRONTIER0003480 and FRONTIER0003488 |
| 70 | 04/06/20 | Email between AMCK representatives dated April 6, 2020 (Sheridan Dep. Ex. 22) AMCK016603-AMCK016604 |
| 71 | 04/07/20 | Emails between AMCK representatives, dated April 7, 2020 (Hosenpud, Ex. 19) AMCK033773 |
| 72 | 04/07/20 | Emails from AMCK to Frontier, dated April 7, 2020 and April 30, 2020, attaching invoices for MSN 10038 (Hosenpud, Ex. 36) FRONTIER0000151 |

022510.0155/9517744.1

| Joint Exhibit | Date | Description |
|---|---|---|
| 73 | 04/07/20 | April 7, 2020 text messages between Frontier representatives (FRONTIER0003493 and FRONTIER0012172; Dempsey Dep. Ex. 9) |
| 74 | 04/07/20 | April 7, 2020, text messages between Frontier representatives (FRONTIER0012299; Bindu Dep. Ex. 18) |
| 75 | 04/07/20 | Text messages between Frontier representatives, dated April 7, 2020 (Hosenpud, Ex. 34) FRONTIER00003493 |
| 76 | 04/08/20 | April 8, 2020 Email from Paul Sheridan (AMCK033790; Sheridan Decl. Ex. 6) |
| 77 | 04/09/20 | Emails between AMCK representatives, dated April 9, 2020 (Hosenpud, Ex. 33) AMCK033924 |
| 78 | 04/09/20 | Emails between AMCK representatives, dated April 9, 2020 (Ma Dep., Ex. 13) AMCK016646 |
| 79 | 04/09/20 | Email between AMCK and Frontier representatives, dated April 9, 2020, attaching a document titled 20200408.7524_Frontier Forbearance Letter .docx (Fanning Dep., Ex. 11) AMCK016647 |
| 80 | 04/10/20 | Email between Ma and Franke, dated April 10, 2020 (Ma Dep., Ex. 14) AMCK016663 |
| 81 | 04/11/20 | April 11, 2020 Email from Jimmy Dempsey (FRONTIER0004144-45; Dempsey Dep. Ex. 10) |
| 82 | 04/11/20 | Email between AMCK representatives, dated April 11, 2020, attaching a document titled Monthly Report (Mar 2020) FINAL.pdf (AMCK033956-4023) |
| 83 | 04/13/20 | April 13, 2020 Email from Paul Sheridan (AMCK017773; Sheridan Decl. Ex. 8) |
| 84 | 04/13/20 | Email between AMCK representatives, dated April 13, 2020 (Ma Dep., Ex. 16) AMCK016668 |
| 85 | 04/13/20 | Emails between AMCK and Frontier representatives, dated April 13, 2020 (Hosenpud, Ex. 35) AMCK017769 |
| 86 | 04/14/20 | Email between AMCK representatives, dated April 14, 2020, attaching a document titled 14.04.2020 - Weekly Report - Final.docx (McInerney Dep., Ex. 6) AMCK020344 |
| 87 | 04/14/20 | Email between AMCK representatives, dated April 14, 2020, attaching a document titled 2020.04.14 Payments Due Report Combined.xlsx (McInerney Dep., Ex. 16) AMCK025559 |
| 88 | 04/15/20 | April 15, 2020 Email from Spencer Thwaytes (FRONTIER0003978; Bindu Dep., Ex. 11) |
| 89 | 04/16/20 | Emails between Frontier representatives dated April 16, 2020 (Fanning Dep., Ex. 12) FRONTIER0004084 |
| 90 | 04/16/20 | Emails between AMCK representatives, dated April 16, 2020, attaching a document titled AMCK Forecasts.pptx (Lee Dep., Ex. 14) AMCK034228 (related to Joint Exhibit 103) |

5

| Joint Exhibit | Date | Description |
|---|---|---|
| 91 | 04/17/20 | April 17, 2020 Email from Ray Bishop (FRONTIER0004329-34; Dempsey Dep. Ex. 13) |
| 92 | 04/17/20 | Email between AMCK representatives, dated April 17, 2020, attaching a document titled 2020.04.17 Payments Due Report Combined.xlsx (McInerney Dep., Ex. 17) AMCK025614 |
| 93 | 04/20/20 | April 20, 2020 Email from Jimmy Dempsey (FRONTIER0009068; Thwaytes Dep. Ex. 13) |
| 94 | 04/20/20 | Email between AMCK representatives, dated April 20, 2020, attaching a document titled 20.04.2020 - Weekly Report - Final CM.docx (McInerney Dep., Ex. 7) AMCK020476 |
| 95 | 04/21/20 | Emails between representatives of Frontier and Airbus, dated April 21, 2020 (Hosenpud, Ex. 63) FRONTIER0004261 |
| 96 | 04/22/20 | April 22, 2020 Email from Spencer Thwaytes, (FRONTIER0003998; Bindu Dep. Ex. 12) |
| 97 | 04/22/20 | April 22, 2020 Email from Spencer Thwaytes, (FRONTIER0004005; Thwaytes Dep. Ex. 14) |
| 98 | 04/22/20 | Email between AMCK representatives, dated April 22, 2020, attaching a document titled 2020.04.22 Payments Due Report Combined.xlsx (McInerney Dep., Ex. 18) AMCK020573 |
| 99 | 04/22/20 | Emails between AMCK representatives, dated April 22, 2020 (Lee Dep., Ex. 17) AMCK031409 |
| 100 | 04/22/20 | Minutes of an AMCK board meeting held on April 22, 2020 (Hosenpud, Ex. 37) AMCK041716 |
| 101 | 04/22/20 | Emails between AMCK representatives, dated April 22, 2020 (Hosenpud, Ex. 42) AMCK016911 |
| 102 | 04/22/20 | Text messages between Frontier representatives, dated April 22, 2020 (Dempsey Dep., Ex. 14) FRONTIER0003500 |
| 103 | 04/22/20 | AMCK PowerPoint presentation, dated April 22, 2020 (Lee Dep., Ex. 15) AMCK0342229 (related to Joint Exhibit 90) |
| 104 | 04/23/20 | Text messages between Frontier representatives, dated April 23, 2020 (Dempsey Dep., Ex. 15) FRONTIER0003504 |
| 105 | 04/23/20 | Email between AMCK representatives, dated April 23, 2020, attaching a document titled Budget 2020 - Aircraft Leasing Meeting 2020.01.15 (FINAL from Dublin) - PRM slides.pptx (McInerney Dep., Ex. 26) AMCK025720 |
| 106 | 04/24/20 | Email between AMCK representatives, dated April 24, 2020, attaching a document titled 27.04.2020 - Weekly Report - Final - KW+EF+BF+PK+GC.docx (McInerney Dep., Ex. 8) AMCK031433 |
| 107 | 04/24/20 | Emails between representatives of Frontier and Airbus, dated April 24, 2020, attaching a document titled FFT_AMD9 (Rescheduling)_Draft v1.docx (Hosenpud, Ex. 64) FRONTIER0004289 |

022510.0155/9517744.1

| Joint Exhibit | Date | Description |
|---|---|---|
| 108 | 04/27/20 | Emails between AMCK representatives, dated April 27, 2020 (Hosenpud, Ex. 41) AMCK016922 |
| 109 | 04/27/20 | Emails between AMCK representatives, dated April 27, 2020 (Lee Dep., Ex. 18) AMCK031496 |
| 110 | 04/27/20 | Emails between AMCK representatives, dated April 27, 2020, attaching a document titled 2020-04-27 Payments Due Report Combined (Hosenpud, Ex. 38) AMCK020693 |
| 111 | 04/27/20 | Emails between AMCK and Frontier representatives, dated April 27, 2020 (Hosenpud, Ex. 43) FRONTIER0000338 |
| 112 | 04/27/20 | Emails between AMCK representatives, dated April 27, 2020 (Ma Dep., Ex. 21) AMCK031487 |
| 113 | 04/28/20 | Emails between AMCK representatives, dated April 28, 2020, attaching a document titled 2020-04-28 Payments Due Report Combined (McInerney Dep., Ex. 20) AMCK020768 |
| 114 | 04/28/20 | Emails between AMCK representatives, dated April 28, 2020 (Bachrach Dep., Ex. 45) AMCK031504 |
| 115 | 04/29/20 | Emails between AMCK representatives, dated April 29, 2020, attaching a document titled 2020-04-29 Payments Due Report Combined (McInerney Dep., Ex. 21) AMCK020824 |
| 116 | 04/29/20 | Emails between AMCK representatives, dated April 29, 2020 (Hosenpud, Ex. 67) AMCK016949 |
| 117 | 04/29/20 | Emails between AMCK representatives, dated April 29, 2020, attaching a document titled Aircraft Leasing Meeting - Q1 update.pptx (Ma Dep., Ex. 29) AMCK034664 |
| 118 | 04/30/20 | April 30, 2020 text messages between Frontier representatives (AMCK016974-81; Fanning Dep. Ex. 18) |
| 119 | 04/30/20 | April 30, 2020 text messages between Frontier representatives (FRONTIER0003534) |
| 120 | 04/30/20 | April 30, 2020 Email from Paul Sheridan, (AMCK016957; Dempsey Dep. Ex. 19) |
| 121 | 04/30/20 | Emails between AMCK representatives, dated April 30, 2020 (Hosenpud, Ex. 44) AMCK031594 |
| 122 | 04/30/20 | Emails between AMCK and Frontier representatives, dated April 30, 2020 (Hosenpud, Ex. 45) AMCK017883 |
| 123 | 04/30/20 | Emails between AMCK representatives, dated April 30, 2020 (Hosenpud, Ex. 47) AMCK031600 |
| 124 | 04/30/20 | Emails between representatives of Frontier and Airbus, dated April 30, 2020 (Hosenpud, Ex. 65) FRONTIER0005791 |
| 125 | 05/01/20 | Text messages between representatives of Frontier and Airbus dated May 1, 2020 (FRONTIER0012185-88) |
| 126 | 05/01/20 | May 1, 2020 text messages between Frontier representatives (FRONTIER0012218) |
| 127 | 05/01/20 | Text messages between Frontier and AMCK representatives, dated May 1, 2020 (Hosenpud, Ex. 49) FRONTIER0012184 |

022510.0155/9517744.1

| Joint Exhibit | Date | Description |
|---|---|---|
| 128 | 05/01/20 | Text messages between Frontier representatives, dated May 1, 2020 (Dempsey Dep., Ex. 21) FRONTIER0003542 |
| 129 | 05/01/20 | Emails between AMCK representatives, dated May 1, 2020 (Ma Dep., Ex. 35) AMCK017888 |
| 130 | 05/01/20 | Email between AMCK representatives, dated May 1, 2020, attaching a document titled 2020.05.01 Payments Due Report Combined.xlsx (McInerney Dep., Ex. 23) AMCK021143 |
| 131 | 05/01/20 | PowerPoint presentation titled Aircraft Leasing Meeting - Q1 update.pptx (Ma Dep., Ex. 30) AMCK034666 |
| 132 | 05/04/20 | Amendment No. 9 to the Airbus Purchase Agreement, dated May 4, 2020 (Hosenpud, Ex. 5) FRONTIER0005667-FRONTIER005678 |
| 133 | 05/04/20 | Emails between representatives of Frontier and Airbus, dated May 4, 2020 (Hosenpud, Ex. 66) FRONTIER0003945 |
| 134 | 05/05/20 | May 5, 2020 Email from Ray Bishop, (FRONTIER0005663-78; Bindu Dep., Ex. 9) |
| 135 | 05/05/20 | Emails between AMCK representatives, dated May 5, 2020, attaching a document titled 05.05.2020 – Weekly Report – Final CM.docx (Hosenpud, Ex. 40) AMCK021183 |
| 136 | 05/07/20 | Emails between AMCK representatives, dated May 7, 2020, attaching a document titled AMCK IC paper Frontier and Volaris V1 + JOC.pptx (Bachrach Dep., Ex. 47) AMCK0169996 |
| 137 | 05/08/20 | May 8, 2020 Email from Sharath Sashikumar Bindu (FRONTIER0001057) |
| 138 | 05/08/20 | May 8, 2020 Email from Sharath Sashikumar Bindu (FRONTIER0001060) |
| 139 | 05/08/20 | May 8, 2020 Email from Sharath Sashikumar Bindu (FRONTIER0002225; Bindu Dep. Ex. 4) |
| 140 | 05/08/20 | May 8, 2020 Email from Sharath Sashikumar Bindu (FRONTIER0002238; Bindu Dep. Ex. 1) |
| 141 | 05/08/20 | May 8, 2020 Email from Sharath Sashikumar Bindu (FRONTIER0008105; Fanning Dep. Ex. 17) |
| 142 | 05/08/20 | Emails between AMCK and Frontier representatives, dated May 8, 2020 (Hosenpud, Ex. 48) AMCK017004 |
| 143 | 05/08/20 | Email between AMCK representatives, dated May 8, 2020, attaching a document titled Monthly Report (Apr 2020) V2+ JOC.docx (Hosenpud, Ex. 22) AMCK021321 |
| 144 | 05/08/20 | Email between AMCK representatives, dated May 8, 2020, attaching a document titled 2020-05-08 Payments Due Report Combined.xlsx (McInerney Dep., Ex. 24) AMCK021370 |
| 145 | 05/08/20 | Minutes of the AMCK Board meeting held on May 8, 2020 (Hosenpud, Ex. 50) AMCK018589 |

022510.0155/9517744.1

| Joint Exhibit | Date | Description |
|---|---|---|
| 146 | 05/08/20 | Email from Paul Sheridan, AMCK, to representatives of Frontier, dated May 8, 2020, attaching a document titled 20200508 (Hosenpud, Ex. 51) FRONTIER0001981 |
| 147 | 05/08/20 | Email between AMCK representatives dated May 8, 2020, attaching a document titled Monthly Report (Apr 2020 V2+ JOC.docx) AMCK031666 |
| 148 | 05/09/20 | Letter from Frontier to AMCK, dated May 9, 2020 (Hosenpud, Ex. 52) FRONTIER00000355 |
| 149 | 05/10/20 | May 10, 2020 text messages between Frontier representatives (FRONTIER0012209; Dempsey Dep. Ex. 25) |
| 150 | 05/12/20 | Letter from AMCK to Frontier, dated May 12, 2020 (Hosenpud, Ex. 53) AMCK017969 |
| 151 | 05/13/20 | Letter from Frontier to AMCK, dated May 13, 2020 (Hosenpud, Ex. 54) AMCK017029 |
| 152 | 05/13/20 | Emails between Frontier representatives dated May 13, 2020 (Hosenpud, Ex. 55) FRONTIER0008058 |
| 153 | 05/14/20 | May 14, 2020 Email from Jane O'Callaghan (AMCK017036; O'Callaghan Decl. Ex. 18) |
| 154 | 05/14/20 | Emails between AMCK representatives, dated May 14, 2020, attaching a document titled 2020-05-14 Payments Due Report Combined.xlsx (McInerney Dep., Ex. 27) AMCK021476 |
| 155 | 05/14/20 | May 14, 2020 Email from Michael McInerney (AMCK021476; O'Callaghan Decl. Ex. 17) |
| 156 | 06/02/20 | Email between Frontier representatives, dated June 2, 2020 (Fanning Dep., Ex. 19) FRONTIER0004240 |
| 157 | 06/18/20 | June 18, 2020 Email from Spencer Thwaytes (FRONTIER0008022) |
| 158 | 06/29/20 | Letter from CDB Aviation to Frontier, dated June 29, 2020 (Hosenpud, Ex. 59) FRONTIER0005791 |
| 159 | 07/01/20 | July 1, 2020 Frontier Board Approval Request (FRONTIER0012238; Thwaytes Dep., Ex. 6) |
| 160 | 07/24/20 | Aircraft Sale and Leaseback (SLB) Agreement dated July 24, 2020, relating to aircraft MSN 9549 (Hosenpud, Ex. 2) FRONTIER0011464 |
| 161 | 10/07/20 | October 7, 2020 Email from Sharath Sashikumar Bindu, (FRONTIER0008477) |
| 162 | 10/07/20 | Letter from Jackson Square Aviation to Frontier, dated October 7, 2020 (Hosenpud, Ex. 60) FRONTIER0012136 |
| 163 | 10/07/20 | Email from Sharath Bindu to Spencer Thwaytes, dated October 7, 2020, attaching a document titled AMCK Comparison_10_07_20.xlsx (Hosenpud, Ex. 61) FRONTIER0008478 |

022510.0155/9517744.1

| Joint Exhibit | Date | Description |
|---|---|---|
| 164 | 03/08/21 | Aircraft Lease Agreement between Bank of Utah and Frontier Airlines, Inc. dated March 8, 2021 (MSN 10384) [Frontier0011912] |
| 165 | 03/08/21 | Aircraft Lease Agreement between Bank of Utah and Frontier Airlines, Inc. dated March 8, 2021 (MSN 10452) (Frontier0012024) |
| 166 | 03/26/21 | Email between representatives of JSA and Frontier, dated March 26, 2021, attaching a document titled Frontier MSN 10384 Rent Setting (30-Mar-21).xlsx (De Jounge, Ex. 2) FRONTIER0012398 |
| 167 | 03/29/21 | Email between representatives of JSA and Frontier, dated March 29, 2021, attaching a document titled JSA_10384_3.29.21_confirm.pdf (De Jounge, Ex. 4) FRONTIER0012403 |
| 168 | 04/27/21 | Email between representatives of JSA and Frontier, dated April 27, 2021, attaching a document titled Frontier MSN 10452 Rent Setting (27-Apr-21).xlsx (De Jounge, Ex. 3) FRONTIER0012362 |
| 169 | 04/27/21 | Email between representatives of JSA and Frontier, dated April 27, 2021, attaching documents related to Frontier MSN 10452 first month rent and security deposit (De Jounge, Ex. 5) FRONTIER0012365 |
| 170 | 04/11/20 | Text messages between AMCK and Frontier representatives, dated April 11, 2020 (Dempsey Dep., Ex. 11) FRONTIER0012173 |
| 171 | DEP | March 11, 2022 deposition transcript of Michael McInerney |
| 172 | DEP | March 15, 2022 deposition transcript of Fabian Bachrach |
| 173 | DEP | March 21, 2022 deposition transcript of Ronan Murphy |
| 174 | DEP | March 23, 2022 deposition transcript of Jane O'Callaghan |
| 175 | DEP | March 25, 2022 deposition transcript of Paul Sheridan |
| 176 | DEP | March 30, 2022 deposition transcript of Spencer Thwaytes |
| 177 | DEP | April 1, 2022 deposition transcript of Sharath Sashikumar Bindu |

022510.0155/9517744.1

| Joint Exhibit | Date | Description |
|---|---|---|
| 178 | DEP | April 4, 2022 deposition transcript of Robert Fanning |
| 179 | DEP | April 6, 2022 deposition transcript of James Dempsey |
| 180 | DEP | April 27, 2022 deposition transcript of Gerald Ma |
| 181 | DEP | April 29, 2022 deposition transcript of Francis Lee |
| 182 | DEP | October 25, 2022 deposition transcript of Kevin Neels |
| 183 | DEP | October 27, 2022 deposition transcript of Rikard De Jounge |
| 184 | N/A | Notes from Paul Sheridan (AMCK018472-74) |
| 185 | N/A | Damages calculations (Bindu Dep. Ex. 25) |
| 186 | 04/23/19 | Lessor Guarantee – MSN 8857 |
| 187 | 05/09/19 | Lessor Guarantee – MSN 8913 |
| 188 | 06/27/19 | Lessor Guarantee – MSN 8977 |
| 189 | 06/28/19 | Lessor Guarantee – MSN 9026 |
| 190 | 09/30/11 | Excerpts of Airbus Purchase Agreement dated September 30, 2011 (Hosenpud, Ex. 1) FRONTIER0012406-FRONTIER0012504 |
| 191 | 3/24/20 | Email between AMCK representatives (Hosenpud, Ex. 26, AMCK033503) |
| 192 | Jan. 2020 | Accipiter invoices to Frontier (Thwaytes Dep. Ex. 1, FRONTIER0002245) |

022510.0155/9517744.1

B.  **Premarked Plaintiff's Trial Exhibits.**

| Pltf. Ex. | Date | Description | Defendants' Objections |
|---|---|---|---|
| 1 | 03/24/20 | Emails between AMCK representatives, dated March 24, 2020 (McInerney Dep., Ex. 13) AMCK025221 | The Court has ruled that "the Framework Agreement expressly forbids a waiver by course of conduct." (Opinion & Order, p. 23 n.1.) Fed. R. Evid. 403. |
| 2 | 04/25/20 | Text messages between Frontier representatives, dated April 25, 2020 (Dempsey Dep., Ex. 16) FRONTIER0003510 | Text message conversations should be consolidated to show both sides of conversation. Fed. R. Evid. 901; Fed. R. Evid. 1003. |
| 3 | 04/29/20 | Text messages between Frontier representatives, dated April 29, 2020 (Dempsey Dep., Ex. 18) FRONTIER0012176 | Text message conversations should be consolidated to show both sides of conversation. Fed. R. Evid. 901; Fed. R. Evid. 1003. |
| 4 | 05/01/20 | Emails between AMCK representatives, dated May 1, 2020, attaching a document titled Monthly Report as of 30 Apr 2020 v.2. xlsx  (AMCK021106-21123) | This document is redacted in a way that may cause confusion. Fed. R. Evid. 901; Fed. R. Evid. 1003. |
| 5 | 05/06/20 | Emails between AMCK representatives, dated May 6, 2020. (Hosenpud, Ex. 22) AMCK021321 | The Court has ruled that "the Framework Agreement expressly forbids a waiver by course of conduct." (Opinion & Order, p. 23 n.1.) Fed. R. Evid. 403. |
| 6 | 06/23/20 | Emails between AMCK and Frontier representatives, dated June 23, 2020 (Hosenpud, Ex. 58) AMCK017119 | This document contains inadmissible description of settlement discussions. Fed. R. Evid. 408. |
| 7 | 06/29/20 | Email from AMCK to Frontier representatives, dated June 29, 2020, attaching a document titled 19RD003118 (Hosenpud, Ex. 56) FRONTIER0000167 | The Court has ruled that "the Framework Agreement expressly forbids a waiver by course of conduct." (Opinion & Order, p. 23 n.1.) Fed. R. Evid. 403. |
| 8 | 7/1/19- | "Chase" alerts AMCK sent to Frontier when it believed Frontier had a rent payment that was past due, dated July 1, 2019 to February 24, 2020. (Hosenpud, Ex. 6) FRONTIER0003635-FRONTIER0003621 | The Court has ruled that "the Framework Agreement expressly forbids a waiver by course of conduct." (Opinion & Order, p. 23 n.1.) Fed. R. Evid. 403. |

022510.0155/9517744.1

| Pltf. Ex. | Date | Description | Defendants' Objections |
|---|---|---|---|
| 9 | N/A | Notes from Jane O'Callaghan (AMCK039863-932) | This document contains inadmissible description of settlement discussions. Fed. R. Evid. 408. |

13

C. **Premarked Defendants' Trial Exhibits.**

| Defendants' Exhibit | Date | Description | Plaintiff's Objections |
|---|---|---|---|
| 1 | 03/15/20 | Text message from Spencer Thwaytes (FRONTIER0012259; Thwaytes Dep. Ex. 19) | Hearsay FRE 802 |
| 2 | 04/15/20 | Email from Ray Bishop (FRONTIER0004311; Butler Decl. Ex. 8) | No Objection to Authenticity; All Other Evidentiary Objections Reserved |
| 3 | 03/08/21 | Frontier Group Holdings, Inc.'s Registration Statement on Form S-1 | No Objection to Authenticity; All Other Evidentiary Objections Reserved |
| 4 | 04/29/22 | Frontier's Responses to Second Interrogatories | No Objection to Authenticity; All Other Evidentiary Objections Reserved |
| 5 | 04/29/22 | Frontier's Responses to Requests for Admission | No Objection to Authenticity; All Other Evidentiary Objections Reserved |

022510.0155/9517744.1