

**ORIGINAL**

# LANE POWELL

# MEMO ENDORSED

DAVID G. HOSENPUD
503.778.2141
hosenpudd@lanepowell.com

October 13, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/17/23
```

**BY ECF**

The Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *Frontier Airlines v. AMCK Aviation, et al.*, Case No. 1:20-cv-09713-LLS

Dear Judge Stanton:

At the pretrial conference on October 6, 2023, the Court suggested dates in December for a trial of this matter and advised that the next available trial dates are in March 2024. Counsel for the parties have conferred with their fact witnesses, and have learned that multiple witnesses have conflicts in December that would make a trial in that month unworkable. Accordingly, the parties jointly request that the Court schedule this matter for trial in March 2024. Specifically, we respectfully request that the Court reserve the time from March 18 to March 29, 2024, for trial.

So Ordered
Louis L. Stanton
10/17/23

Respectfully submitted,

LANE POWELL PC

s/ David G. Hosenpud

David G. Hosenpud
Attorneys for Plaintiff

CLIFFORD CHANCE US LLP

s/ Jeff E. Butler (with consent)

Jeff E. Butler
Attorneys for Defendants

cc: Counsel of Record (via ECF)

022510.0155/9540237.2