

ORIGINAL

LANE POWELL

MEMO ENDORSED

February 22, 2024

DAVID G. HOSENPUD
503.778.2141
hosenpudd@lanepowell.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/24

VIA BY ECF

The Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY  10007

Re:   *Frontier Airlines v. AMCK Aviation, et al.*, Case No. 1:20-cv-09713-LLS

Dear Judge Stanton:

Trial in this matter is scheduled before you to begin on March 18, 2024 and continue through March 29, 2024.  The parties learned last week from courtroom staff that the five-week trial scheduled before our trial date has, for unforeseen circumstances, been delayed by two weeks—meaning that our trial may not be able start on March 18 as originally set.  The courtroom staff indicated that the Court had availability for our trial in the month of April.

Counsel for the parties have conferred and have agreed, with the Court's approval, to adjourn this case and to start the trial on April 8, 2024 and continue through April 19, 2024.  Counsel also wish to notify the Court that, due to the trial continuance and to accommodate the schedules of some witnesses, certain witnesses may be called to testify out of order.

So Ordered
Louis L. Stanton
2/23/24

Very truly yours,

LANE POWELL PC

s/ David G. Hosenpud

David G. Hosenpud
Attorneys for Plaintiff


CLIFFORD CHANCE US LLP

s/ Jeff E. Butler (with consent)

Jeff E. Butler
Attorneys for Defendants

cc:   Counsel of Record (via ECF)

022510.0155/9666111.3

601 S.W. SECOND AVENUE, SUITE 2100  I  PORTLAND, OR 97204-3158    P 503.778.2100  F 503.778.2200  LANEPOWELL.COM
A PROFESSIONAL CORPORATION