**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

FRONTIER AIRLINES, INC.,

                    Plaintiff,

-against-

AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,

                    Defendants.

Civ. No. 20-cv-9713 (AT)

---

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the appearance of Minji Reem, filed on December 9, 2020, on behalf of Defendants AMCK Aviation Holdings Ireland Limited, Accipiter Investments Aircraft 4 Limited, Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A., and UMB Bank, N.A., is hereby withdrawn as she has left the firm of Clifford Chance US LLP on September 20, 2023.

**PLEASE TAKE FURTHER NOTICE** that the undersigned's name and law firm affiliation shall be removed from the docket sheet and the Court's electronic filing notification system for this action.

**PLEASE TAKE FURTHER NOTICE** that Jeff E. Butler and John P. Alexander of Clifford Chance US LLP continue to serve as counsel for Defendants AMCK Aviation Holdings Ireland Limited, Accipiter Investments Aircraft 4 Limited, Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A., and UMB Bank, N.A., in this action.

Dated: New York, New York
March 20, 2024

**SCHULTE ROTH & ZABEL LLP**

By: <u>/s/ Minji Reem</u>
Minji Reem

919 Third Avenue
New York, NY 10022
212.756.2000
Minji.Reem@srz.com