ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRONTIER AIRLINES, INC.,

              Plaintiff,

-against-

AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,

              Defendants.

---



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/24

Civ. No. 20-cv-9713 (LLS) (AT)

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the appearance of Minji Reem, filed on December 9, 2020, on behalf of Defendants AMCK Aviation Holdings Ireland Limited, Accipiter Investments Aircraft 4 Limited, Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A., and UMB Bank, N.A., is hereby withdrawn as she has left the firm of Clifford Chance US LLP on September 20, 2023.

**PLEASE TAKE FURTHER NOTICE** that the undersigned's name and law firm affiliation shall be removed from the docket sheet and the Court's electronic filing notification system for this action.

**PLEASE TAKE FURTHER NOTICE** that Jeff E. Butler and John P. Alexander of Clifford Chance US LLP continue to serve as counsel for Defendants AMCK Aviation Holdings Ireland Limited, Accipiter Investments Aircraft 4 Limited, Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A., and UMB Bank, N.A., in this action.

Dated: New York, New York  
       March 20, 2024

SCHULTE ROTH & ZABEL LLP

By: /s/ Minji Reem  
    Minji Reem

919 Third Avenue  
New York, NY 10022  
212.756.2000  
Minji.Reem@srz.com

SO ORDERED:

*Louis L. Stanton*  
U.S.D.J.  
3/20/24

2