UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>　　　　　　　　Defendants. | Case No.: 1:20-cv-09713-LLS<br><br>**PLAINTIFF'S DEPOSITION DESIGNATIONS WITH DEFENDANTS' OBJECTIONS AND PLAINTIFFS' RESPONSES** |

## **PLAINTIFF'S DEPOSITION DESIGNATIONS**

Pursuant to Federal Rule of Civil Procedure 26(a)(3), Plaintiff Frontier Airlines, Inc. submits its Deposition Designations, along with Defendants' Objections and Plaintiff's Responses. Below is the testimony that Frontier expects to present by deposition:

**1.　　Fabian Bachrach – Deposition Date March 15, 2022**

| Fabian Bachrach \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 8:22-25 | | |
| 10:24-11:19 | | |
| 30:6-32:22 | | |
| 58:11-17 | | |
| 74:16-75:20 | | |
| 8:22-25 | | |
| 86:11-23 | | |
| 86:25-87:6 | | |
| 97:4-98:12 | | |

2. **Francis Lee – Deposition Date April 29, 2022**

| Francis Lee \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 7:4-7 | | |
| 7:25-8:1 | | |
| 8:7-8:12 | | |
| 10:6-23 | | |
| 11:10-12:6 | | |
| 13:11-13:25 | 14:1-17 should in fairness be included. | Disagree. FRE 402 Relevance. |
| 14:18-15:4 | 15:5-13 should in fairness be included. | Disagree. FRE 403 Cumulative. |
| 15:14-16:2 | 16:3-17:4 should in fairness be included. | Disagree. FRE 402 Relevance; FRE 403 Wasting Time. |
| 21:25-22:4 | | |
| 22:6-16 | | |
| 24:3-25:9 | | |
| 26:23-28:8 | | |
| 34:13-35:4 | | |
| 38:18-39:6 | | |
| 43:24-45:3 | | |
| 46:1-47:13 | | |
| 47:23-49:3 | | |
| 68:3-16 | | |
| 70:12-17 | | |
| 72:1-77:1 | 77:4-12 should in fairness be included. | Disagree. FRE 402 Relevance; FRE 403 Wasting Time. |
| 77:13-78:16 | | |
| 79:2-4 | | |
| 107:16-108:10 | 108:11-19 should in fairness be included. | Disagree. Move to strike as non-responsive. |

3. **Gerald Ma – Deposition Date April 27, 2022**

| Gerald Ma \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 9:16-19 | | |
| 10:3-4 | | |
| 10:8-9 | | |
| 11:12-15 | | |
| 12:15-23 | | |
| 13:9-24 | | |
| 14:4-17 | | |
| 15:11-14 | | |

| Gerald Ma \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 16:17-17:1 | | |
| 18:4-12 | | |
| 18:22-19:6 | | |
| 19:10-15 | | |
| 19:24-20:1 | | |
| 23:9-24:18 | | |
| 26:9-27:1 | 25:18-26:6 should in fairness be included. | Disagree. Move to strike as non-responsive. |
| 27:12-14 | | |
| 28:8-25 | | |
| 31:10-32:4 | 32:5-14 should in fairness be included. | Disagree. Move to strike as non-responsive. |
| 35:22-36:6 | 36:7-37:5 should in fairness be included. | Disagree. FRE 402 Relevance; FRE 403 Wasting Time. |
| 38:13-20 | | |
| 38:22-24 | | |
| 39:6-12 | | |
| 40:7-40:22 | | |
| 41:17-42:7 | | |
| 44:22-45:23 | | |
| 46:3-48:1 | | |
| 53:17-54:8 | | |
| 54:11-63:6 | | |
| 68:9-25 | | |
| 69:14-70:2 | | |
| 70:7-74:3 | | |
| 75:4-76:3 | | |
| 76:11-77:4 | | |
| 78:5-23 | | |
| 80:24-81:14 | | |
| 81:17-82:10 | Document discussed has not been identified as a trial exhibit. | Disagree. Identical text is included in Joint Trial Ex. 78. |
| 83:13-84:2 | | |
| 84:5-85:7 | | |
| 85:13-88:11 | | |
| 90:3-91:3 | | |
| 92:13-93:24 | | |
| 96:6-13 | | |
| 96:24-98:17 | | |
| 100:13-102:5 | | |
| 102:16-103:6 | | |
| 104:23-106:16 | | |

3

| Gerald Ma \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 107:21-109:11 | | |
| 110:16-20 | | |
| 110:22-111:11 | | |
| 111:13-24 | | |
| 112:12-113:21 | Document discussed has not been identified as a trial exhibit | Disagree. This is Joint Trial Ex. 101. |
| 114:17-116:23 | | |
| 117:5-20 | | |
| 118:6-15 | | |
| 118:19-120:21 | | |
| 122:1-21 | | |
| 125:7-10 | | |
| 125:24-127:2 | This is an incomplete question without an answer and should be withdrawn | Scrivener's error corrected and resolves objection. |
| 131:2-7 | 130:8-25 should in fairness be included. | Disagree. Move to strike as non-responsive. |
| 136:20-138:25 | | |
| 139:9-140:15 | 139:1-6 should in fairness be included. | Disagree. Move to strike as non-responsive. |
| 144:12-145:10 | | |
| 145:14-146:9 | | |
| 146:25-149:16 | | |
| 150:13-153:2 | | |
| 154:1-158:15 | | |
| 158:22-161:10 | | |
| 162:8-164:6 | | |
| 165:3-166:1 | | |
| 168:14-20 | | |
| 171:2-23 | | |
| 172:24-173:15 | | |
| 174:4-175:5 | | |
| 175:7-176:2 | | |
| 177:2-178:6 | 176:3-24 should in fairness be included. | Disagree. Move to strike as non-responsive. |
| 177:2-12 | | |
| 177:14-178:6 | | |
| 178:23-179:2 | | |
| 180:2-181:1 | | |
| 182:21-183:25 | | |

022510.0155/9701349.1

4. **Michael McInerney – Deposition Date March 11, 2022**

| Michael McInerney Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 10:1-4 | | |
| 12:18-14:5 | | |
| 14:13-15:25 | | |
| 16:1-16 | | |
| 19:3-20:21 | | |
| 21:2-22:1 | | |
| 23:5-11 | 22:9-23:4 should in fairness be included. | Disagree. FRE 402 Relevance; FRE 403 Wasting Time. |
| 23:22-24:8 | 23:12-21 should in fairness be included | Disagree. FRE 402 Relevance; FRE 403 Wasting Time. |
| 26:3-17 | | |
| 27:22-24 | | |
| 28:23-29:16 | | |
| 31:21-32:14 | | |
| 38:14-21 | | |
| 40:15-21 | | |
| 42:18-43:15 | | |
| 50:3-9 | | |
| 51:5-11 | | |
| 52:8-14 | | |
| 53:25-54:4 | | |
| 55:22-56:11 | | |
| 59:7-60:2 | | |
| 62:19-25 | | |
| 63:19-63:24 | | |
| 66:3-67:12 | | |
| 69:1-71:21 | | |
| 94:25-95:10 | | |
| 95:15-96:21 | | |
| 96:23-97:15 | | |
| 97:18-99:18 | | |
| 99:20-100:22 | | |
| 103:4-105:13 | | |
| 108:21-109:15 | | |
| 131:24-132:3 | | |
| 132:5-12 | | |
| 134:1-19 | | |

5. **Ronan Murphy – Deposition Date March 21, 2022**

| Ronan Murphy \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 6:9-12 | | |
| 8:24-10:2 | | |
| 10:19-11:5 | | |
| 12:17-25 | | |
| 16:4-17 | | |
| 17:22-18:3 | | |
| 18:7-19:2 | | |
| 19:5-18 | | |
| 21:2-4 | | |
| 21:22-23:2 | | |
| 26:13-27:7 | | |
| 51:22-52:10 | | |
| 55:15-25 | | |
| 77:6-16 | Document discussed has not been identified as a trial exhibit | Testimony is relevant and admissible. |
| 78:4-22 | Document discussed has not been identified as a trial exhibit | Testimony is relevant and admissible. |
| 79:18-83:5 | Document discussed has not been identified as a trial exhibit | Testimony is relevant and admissible. |
| 92:10-94:25 | | |
| 106:9-10 | Document discussed has not been identified as a trial exhibit | Testimony is relevant and admissible. |
| 108:19-110:24 | Document discussed has not been identified as a trial exhibit; 102:9-103:10 should in fairness be included. | Testimony is relevant and admissible; Willing to add 102:9-15, other portions excluded under FRE 403 Wasting Time. |
| 135:21-136:4 | Document discussed has not been identified as a trial exhibit | Testimony is relevant and admissible. |
| 136:20-137:18 | Document discussed has not been identified as a trial exhibit; 136:5-19 should in fairness be included | Testimony is relevant and admissible; FRE 403 Wasting Time. |

022510.0155/9701349.1

**6.     Jane O'Callaghan – Deposition Date March 23, 2022**

| Jane O'Callaghan Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 6:7-11 | | |
| 7:4-13 | | |
| 9:2-12 | | |
| 9:22-11:3 | | |
| 11:7-12:2 | | |
| 17:4-18:10 | | |
| 19:19-23:5 | | |
| 25:3-19 | Document discussed has not been identified as a trial exhibit | Testimony is relevant and admissible. |
| 33:6-38:6 | | |
| 38:13-40:11 | | |
| 41:23-42:5 | | |
| 44:15-45:21 | | |
| 52:19-53:14 | | |
| 55:11-56:5 | | |
| 56:15-58:7 | | |
| 62:8-22 | | |
| 63:11-64:24 | | |
| 65:2-8 | | |
| 66:4-67:22 | | |
| 68:7-70:21 | | |
| 70:22-71:11 | | |
| 72:4-76:4 | | |
| 78:12-80:19 | | |
| 82:3-84:25 | | |
| 86:23-91:6 | Document discussed has not been identified as a trial exhibit | Testimony is relevant and admissible. |
| 94:3-17 | Document discussed has not been identified as a trial exhibit | Testimony is relevant and admissible. |
| 95:16-97:5 | Document discussed has not been identified as a trial exhibit | Testimony is relevant and admissible. |
| 97:14-15 | Document discussed has not been identified as a trial exhibit | Testimony is relevant and admissible. |
| 97:22-99:4 | Document discussed has not been identified as a trial exhibit | Testimony is relevant and admissible. |
| 101:19-104:16 | | |

| Jane O'Callaghan \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 104:24-106:4 | Document discussed has not been identified as a trial exhibit | Testimony is relevant and admissible. |
| 107:25-110:22 | | |
| 111:5-112:10 | | |
| 112:17-117:20 | | |
| 118:14-120:9 | | |
| 120:20-121:25 | | |
| 123:15-125:7 | | |
| 125:8-128:4 | 128:5-128:22 should in fairness be included. | Disagree. FRE 402 Relevance; FRE 403 Wasting Time. |
| 128:23-133:10 | | |
| 133:13-135:3 | | |
| 137:3-138:4 | | |
| 138:11-19 | | |
| 139:4-144:23 | | |
| 145:8-146:6 | | |
| 147:12-148:12 | | |
| 148:19-150:20 | Document discussed has not been identified as a trial exhibit | Testimony is relevant and admissible. |
| 151:18-152:8 | | |
| 153:9-154:8 | | |
| 161:4-162:19 | | |
| 169:18-170:14 | | |
| 170:19-177:4 | | |
| 178:18-179:25 | Document discussed has not been identified as a trial exhibit | Testimony is relevant and admissible. |
| 180:8-20 | | |
| 181:10-184:3 | | |
| 184:15-187:22 | | |
| 188:2 | | |
| 192:2-11 | | |
| 194:8-196:3 | 195:23-196:3 This is a question without answer and should be withdrawn. | Disagree. The question continues and completes at 197:8-10, which is designated below along with the answer at 197:11-13. |
| 197:8-13 | | |
| 202:14-18 | | |

022510.0155/9701349.1

| Jane O'Callaghan \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 204:10-14 | | |
| 205:18-209:15 | 209:16-209:24 should in fairness be included | Disagree. Move to strike as non-responsive. |
| 210:4-8 | | |
| 210:15-24 | 210:25-211:8 and 211:14-18 should in fairness be included. | Disagree. FRE 402 Relevance; FRE 403 Wasting Time, Confusing. |
| 211:19 | | |
| 212:16-216:3 | | |
| 217:2-221:9 | | |
| 222:9-13 | | |
| 222:24-223:19 | | |
| 224:21-226:10 | | |
| 229:4-7 | | |
| 239:8-240:10 | Document discussed has not been identified as a trial exhibit | Testimony is relevant and admissible. |
| 240:22-25 | Document discussed has not been identified as a trial exhibit | Testimony is relevant and admissible. |
| 245:9-247:4 | Inadmissible under Federal Rule of Evidence 408. | Disagree. FRE 408 does not preclude this exhibit. Contents of this exhibit are already part of the case record. Any such objection has been waived. |
| 248:18-254:16 | Inadmissible under Federal Rule of Evidence 408. | Disagree. FRE 408 does not preclude this exhibit. Contents of this exhibit are already part of the case record. Any such objection has been waived. |
| 256:19-24 | | |
| 257:2-8 | | |
| 257:16-259:21 | | |

022510.0155/9701349.1

DATED: March 25, 2024

**LANE POWELL PC**

By: s/David G. Hosenpud
David G. Hosenpud (*pro hac vice*)
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone No.: 503.778.2100
Facsimile No.: 503.778.2200
E-mail: hosenpudd@lanepowell.com

Aaron Schaer, (*pro hac vice*)
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7103
Facsimile: 206.223.7107
E-mail: schaera@lanepowell.com

-and-

**BINDER & SCHWARTZ LLP**
Neil S. Binder
675 Third Avenue, 26th Floor
New York, New York 10017
Telephone No.: 212.510.7008
Facsimile No.: 212.510.7299
E-mail: nbinder@binderschwartz.com

*Attorneys for Plaintiff, Frontier Airlines, Inc.*

022510.0155/9701349.1