UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.<br><br>      Plaintiff,<br><br>v.<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>      Defendants. | Case No.: 1:20-cv-09713-LLS<br><br>**PLAINTIFF'S AMENDED DEPOSITION DESIGNATIONS WITH DEFENDANTS' OBJECTIONS AND PLAINTIFF'S RESPONSES** |

**PLAINTIFF'S AMENDED DEPOSITION DESIGNATIONS**

Pursuant to Federal Rule of Civil Procedure 26(a)(3), Plaintiff Frontier Airlines, Inc. submits its Amended Deposition Designations, along with Defendants' Objections and Plaintiff's Responses. Below is the testimony that Frontier expects to present by deposition:

1. **Fabian Bachrach – Deposition Date March 15, 2022**

| Fabian Bachrach \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 8:22-25 | | |
| 10:24-11:19 | | |
| 30:6-32:22 | | |
| 58:11-17 | | |
| 74:16-75:20 | | |
| 8:22-25 | | |
| 86:11-23 | | |
| 86:25-87:6 | | |
| 97:4-98:12 | | |

2. **Francis Lee – Deposition Date April 29, 2022**

| Francis Lee \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 7:4-7 | | |
| 7:25-8:1 | | |
| 8:7-8:12 | | |
| 10:6-23 | | |
| 11:10-12:6 | | |
| 13:11-13:25 | | |
| 14:18-15:4 | | |
| 15:14-16:2 | | |
| 21:25-22:4 | | |
| 22:6-16 | | |
| 24:3-25:9 | | |
| 26:23-28:8 | | |
| 34:13-35:4 | | |
| 38:18-39:6 | | |
| 43:24-45:3 | | |
| 46:1-47:13 | | |
| 47:23-49:3 | | |
| 68:3-16 | | |
| 70:12-17 | | |
| 72:1-77:1 | | |
| 77:13-78:16 | | |
| 79:2-4 | | |
| 107:16-108:10 | | |

3. **Gerald Ma – Deposition Date April 27, 2022**

| Gerald Ma \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 9:16-19 | | |
| 10:3-4 | | |
| 10:8-9 | | |
| 11:12-15 | | |
| 12:15-23 | | |
| 13:9-24 | | |
| 14:4-17 | | |
| 15:11-14 | | |
| 16:17-17:6 | | |
| 18:4-12 | | |
| 18:22-19:6 | | |
| 19:10-15 | | |
| 19:24-20:1 | | |
| 23:9-24:18 | | |
| 26:9-27:1 | 25:18-26:6 should in | Disagree. Move to strike |

2

| Gerald Ma \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
|  | fairness be included. | as non-responsive. |
| 27:12-14 |  |  |
| 28:8-25 |  |  |
| 31:10-32:4 | 32:5-14 should in fairness be included. | Disagree. Move to strike as non-responsive. |
| 40:7-40:22 |  |  |
| 41:17-42:7 |  |  |
| 46:3-48:1 |  |  |
| 55:4-60:19 |  |  |
| 60:21-22 |  |  |
| 68:9-25 |  |  |
| 69:14-70:2 |  |  |
| 70:7-74:3 |  |  |
| 75:4-76:3 |  |  |
| 76:11-77:4 |  |  |
| 78:5-23 |  |  |
| 80:24-81:14 |  |  |
| 83:13-84:2 |  |  |
| 84:5-85:7 |  |  |
| 85:13-88:11 |  |  |
| 92:13-93:24 |  |  |
| 96:6-13 |  |  |
| 96:24-98:17 |  |  |
| 100:13-102:5 |  |  |
| 102:16-103:6 |  |  |
| 104:23-106:16 |  |  |
| 107:21-109:11 |  |  |
| 110:16-20 |  |  |
| 110:22-111:11 |  |  |
| 111:13-24 |  |  |
| 115:7-116:23 |  |  |
| 117:5-20 |  |  |
| 118:6-15 |  |  |
| 118:19-120:21 |  |  |
| 125:7-10 |  |  |
| 125:24-127:2 |  |  |
| 131:2-7 |  |  |
| 136:20-138:25 |  |  |
| 139:9-140:15 |  |  |
| 144:12-145:10 |  |  |
| 145:14-146:9 |  |  |
| 146:25-149:16 |  |  |
| 150:13-153:2 |  |  |
| 154:1-158:15 |  |  |

022510.0155/9713937.2

| Gerald Ma \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 158:22-161:10 | | |
| 162:8-164:6 | | |
| 165:3-166:1 | | |
| 168:14-20 | | |
| 171:2-23 | | |
| 172:24-173:15 | | |
| 174:4-175:5 | | |
| 175:7-176:2 | | |
| 177:2-177:12 | | |
| 177:15-178:6 | | |
| 178:23-179:2 | | |
| 180:2-181:1 | | |
| 182:21-183:25 | | |

4.   **Michael McInerney – Deposition Date March 11, 2022**

| Michael McInerney \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 10:1-4 | | |
| 12:18-14:5 | | |
| 14:13-15:25 | | |
| 16:1-16 | | |
| 19:3-20:21 | | |
| 21:2-22:1 | | |
| 23:5-11 | | |
| 23:22-24:8 | 23:12-21 should in fairness be included | Disagree. FRE 402 Relevance; FRE 403 Wasting Time. |
| 26:3-17 | | |
| 27:22-24 | | |
| 28:23-29:16 | | |
| 31:21-32:14 | | |
| 38:14-21 | | |
| 40:15-21 | | |
| 42:18-43:15 | | |
| 50:3-9 | | |
| 51:5-11 | Incomplete question without an answer. | Disagree. 51:5-11 is a preface. The relevant question follows at 52:8-14 (which was designated).<br><br>FRE 402 Relevance; FRE 403 Wasting Time, |

4

| Michael McInerney \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| | | Confusing. |
| 52:8-14 | | |
| 53:25-54:4 | | |
| 55:22-56:11 | | |
| 59:7-60:2 | | |
| 62:19-25 | | |
| 63:19-63:24 | | |
| 66:3-67:12 | | |
| 69:1-71:6 | | |
| 71:9-21 | | |
| 94:25-95:10 | | |
| 95:15-96:21 | | |
| 96:23-97:15 | | |
| 97:18-99:18 | | |
| 99:20-100:22 | | |
| 103:4-105:13 | | |
| 108:21-109:15 | | |
| 131:24-132:3 | | |
| 132:5-12 | | |
| 134:1-19 | | |

5. **Ronan Murphy – Deposition Date March 21, 2022**

| Ronan Murphy \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 6:9-12 | | |
| 8:24-10:2 | | |
| 10:19-11:5 | | |
| 12:17-25 | | |
| 16:4-17 | | |
| 17:22-18:3 | | |
| 18:7-19:2 | | |
| 19:5-18 | | |
| 21:2-4 | | |
| 21:22-23:2 | | |
| 26:13-27:7 | | |
| 51:22-52:10 | | |
| 55:15-25 | | |
| 77:6-16 | Document discussed has not been identified as a trial exhibit. OK if document is not displayed during testimony. | Will not display document during testimony. |

022510.0155/9713937.2

| Ronan Murphy \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 78:4-22 | Document discussed has not been identified as a trial exhibit. OK if document is not displayed during testimony. | Will not display document during testimony. |
| 79:18-83:5 | Document discussed has not been identified as a trial exhibit. OK if document is not displayed during testimony. | Will not display document during testimony. |
| 92:10-94:25 | | |
| 106:9-10 | Document discussed has not been identified as a trial exhibit. OK if document is not displayed during testimony. | Will not display document during testimony. |
| 108:19-110:24 | Document discussed has not been identified as a trial exhibit.  OK if document is not displayed during testimony. | Will not display document during testimony. |
| 135:21-136:4 | Document discussed has not been identified as a trial exhibit. OK if document is not displayed during testimony. | Will not display document during testimony. |
| 136:20-137:18 | Document discussed has not been identified as a trial exhibit. OK if document is not displayed during testimony. | Will not display document during testimony. |

6.     Jane O'Callaghan – Deposition Date March 23, 2022

| Jane O'Callaghan \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 6:7-11 | | |
| 7:4-13 | | |

| Jane O'Callaghan \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 9:2-12 | | |
| 9:22-11:3 | | |
| 11:7-12:2 | | |
| 17:4-18:10 | | |
| 19:19-21:15 | | |
| 33:6-38:6 | | |
| 66:4-67:22 | | |
| 68:7-70:21 | | |
| 70:22-71:11 | | |
| 75:25-76:4 | | |
| 78:12-80:19 | | |
| 83:12-84:25 | | |
| 88:5-91:6 | | |
| 94:3-17 | Document discussed has not been identified as a trial exhibit  Ok if document is not displayed during testimony. | Will not display document during testimony. |
| 95:16-97:5 | Document discussed has not been identified as a trial exhibit | Will not display document during testimony. |
| 97:22-99:4 | Document discussed has not been identified as a trial exhibit. OK if document is not displayed during testimony. | Will not display document during testimony. |
| 104:24-106:4 | Document discussed has not been identified as a trial exhibit. OK if document is not displayed during testimony. | Will not display document during testimony. |
| 107:25-110:22 | | |
| 111:5-112:10 | | |
| 112:17-117:20 | | |
| 118:14-120:9 | | |
| 120:20-121:25 | | |
| 123:15-125:7 | | |
| 125:8-128:11 | | |
| 128:23-133:10 | | |
| 133:13-135:3 | | |

022510.0155/9713937.2

| Jane O'Callaghan \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 137:3-138:4 | | |
| 138:11-19 | | |
| 139:4-144:23 | | |
| 145:8-146:6 | | |
| 147:12-148:12 | | |
| 148:19-150:20 | Document discussed has not been identified as a trial exhibit. OK if document is not displayed during testimony. | Will not display document during testimony. |
| 151:18-152:8 | | |
| 153:9-154:8 | | |
| 161:4-162:19 | | |
| 170:19-177:4 | | |
| 180:8-20 | | |
| 181:10-184:3 | | |
| 184:15-187:22 | | |
| 188:2 | | |
| 194:8-196:3 | 195:23-196:3 is a question without answer that was withdrawn at 196:6. | Disagree. 195:23-196:3 is a preface. The relevant question follows at 197:8-10 (which was designated).<br><br>FRE 402 Relevance; FRE 403 Wasting Time, Confusing. |
| 197:8-13 | | |
| 202:14-18 | | |
| 204:10-14 | | |
| 205:18-209:24 | | |
| 210:4-8 | | |
| 210:15-24 | | |
| 211:19 | | |
| 212:16-216:3 | Document discussed has not been identified as a trial exhibit. OK if document is not displayed during testimony. | Will not display document during testimony. |
| 217:2-221:9 | | |
| 222:9-13 | | |

8

| Jane O'Callaghan \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 222:24-223:19 | | |
| 224:21-226:10 | | |
| 229:4-7 | | |
| 245:9-247:4 | Inadmissible under Federal Rule of Evidence 408. | Disagree. FRE 408 does not preclude this exhibit. Contents of this exhibit are already part of the case record. Any such objection has been waived. |
| 248:18-254:16 | Inadmissible under Federal Rule of Evidence 408. | Disagree. FRE 408 does not preclude this exhibit. Contents of this exhibit are already part of the case record. Any such objection has been waived. |
| 256:19-24 | | |
| 257:2-8 | | |
| 257:16-259:21 | | |

022510.0155/9713937.2

DATED:  April 5, 2024

                **LANE POWELL PC**

By: s/David G. Hosenpud
    David G. Hosenpud (*pro hac vice*)
    601 SW Second Avenue, Suite 2100
    Portland, Oregon  97204-3158
    Telephone No.:  503.778.2100
    Facsimile No.:  503.778.2200
    E-mail:  hosenpudd@lanepowell.com

    Aaron Schaer, (*pro hac vice*)
    1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
    Seattle, WA  98111-9402
    Telephone:  206.223.7103
    Facsimile:  206.223.7107
    E-mail:  schaera@lanepowell.com

    -and-

**BINDER & SCHWARTZ LLP**
Neil S. Binder
675 Third Avenue, 26th Floor
New York, New York  10017
Telephone No.:  212.510.7008
Facsimile No.:  212.510.7299
E-mail:  nbinder@binderschwartz.com

*Attorneys for Plaintiff Frontier Airlines, Inc.*

022510.0155/9713937.2