UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.<br><br>      Plaintiff,<br><br>v.<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>      Defendants. | Case No.: 1:20-cv-09713-LLS<br><br>**PLAINTIFF'S SECOND AMENDED DEPOSITION DESIGNATIONS WITH DEFENDANTS' OBJECTIONS AND PLAINTIFF'S RESPONSES** |

## PLAINTIFF'S SECOND AMENDED DEPOSITION DESIGNATIONS

Pursuant to Federal Rule of Civil Procedure 26(a)(3), Plaintiff Frontier Airlines, Inc. submits its Second Amended Deposition Designations, along with Defendants' Objections and Plaintiff's Responses. Below is the testimony that Frontier presented by deposition:

1.  Fabian Bachrach – Deposition Date March 15, 2022

| Fabian Bachrach \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 8:22-25 | | |
| 10:24-11:19 | | |
| 30:6-32:22 | | |
| 58:11-17 | | |
| 74:16-75:20 | | |
| 86:11-23 | | |
| 86:25-87:6 | | |
| 97:4-98:12 | | |

2.  Francis Lee – Deposition Date April 29, 2022

| Francis Lee \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 7:4-7 | | |
| 7:25-8:1 | | |

| Francis Lee \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 8:7-8:12 | | |
| 10:6-16 | | |
| 11:10-19 | | |
| 13:11-13:25 | | |
| 34:13-35:4 | | |
| 46:1-47:13 | | |
| 70:12-17 | | |
| 73:4-74:15 | | |
| 75:8-18 | | |
| 77:13-78:16 | | |

3.     **Gerald Ma – Deposition Date April 27, 2022**

| Gerald Ma \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 9:16-19 | | |
| 10:3-4 | | |
| 10:8-9 | | |
| 11:12-15 | | |
| 12:15-23 | | |
| 13:9-24 | | |
| 14:4-17 | | |
| 15:11-14 | | |
| 16:17-17:6 | | |
| 18:4-12 | | |
| 18:22-19:6 | | |
| 19:10-15 | | |
| 19:24-20:1 | | |
| 23:9-24:18 | | |
| 26:9-27:1 | | |
| 27:12-14 | | |
| 28:8-25 | | |
| 31:10-32:4 | | |
| 40:7-40:22 | | |
| 41:17-42:7 | | |
| 46:3-48:1 | | |
| 55:4-60:19 | | |
| 60:21-22 | | |
| 68:9-25 | | |
| 69:14-70:2 | | |
| 70:7-74:3 | | |
| 75:4-76:3 | | |
| 76:11-77:4 | | |
| 78:5-23 | | |

022510.0155/9725899.1

| Gerald Ma \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 80:24-81:14 | | |
| 83:13-84:2 | | |
| 84:5-85:7 | | |
| 85:13-88:11 | | |
| 92:13-93:24 | | |
| 96:6-13 | | |
| 96:24-98:17 | | |
| 100:13-102:5 | | |
| 102:16-103:6 | | |
| 104:23-106:16 | | |
| 107:21-109:11 | | |
| 110:16-20 | | |
| 110:22-111:11 | | |
| 111:13-24 | | |
| 115:7-116:23 | | |
| 117:5-20 | | |
| 118:6-15 | | |
| 118:19-120:21 | | |
| 125:7-10 | | |
| 125:24-127:2 | | |
| 131:2-7 | | |
| 136:20-138:25 | | |
| 139:9-140:15 | | |
| 144:12-145:10 | | |
| 145:14-146:9 | | |
| 146:25-149:16 | | |
| 150:13-153:2 | | |
| 154:1-158:15 | | |
| 158:22-161:10 | | |
| 162:8-164:6 | | |
| 165:3-166:1 | | |
| 168:14-20 | | |
| 171:2-23 | | |
| 172:24-173:15 | | |
| 174:4-175:5 | | |
| 175:7-176:2 | | |
| 177:2-177:12 | | |
| 177:15-178:6 | | |
| 178:23-179:2 | | |
| 180:2-181:1 | | |
| 182:21-183:25 | | |

022510.0155/9725899.1

**4.    Michael McInerney – Deposition Date March 11, 2022**

| Michael McInerney \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 10:1-4 | | |
| 12:18-14:5 | | |
| 14:13-14:24 | | |
| 19:3-20:21 | | |
| 21:2-22:1 | | |
| 23:5-11 | | |
| 23:22-24:8 | | |
| 26:3-17 | | |
| 27:22-24 | | |
| 28:23-29:16 | | |
| 38:14-21 | | |
| 40:15-21 | | |
| 42:18-43:15 | | |
| 50:3-9 | | |
| 51:5-11 | | |
| 52:8-14 | | |
| 53:25-54:4 | | |
| 55:22-56:5 | | |
| 59:7-60:2 | | |
| 62:19-25 | | |
| 63:19-63:24 | | |
| 66:3-67:12 | | |
| 69:1-21 | | |
| 70:10-71:2 | | |
| 71:11-21 | | |
| 94:25-95:10 | | |
| 95:15-95:24 | | |
| 98:11-99:18 | | |
| 99:20-100:22 | | |
| 103:4-104:4 | | |
| 104:17-105:13 | | |
| 108:21-109:15 | | |
| 131:24-132:3 | | |
| 132:5-12 | | |
| 134:1-19 | | |

**5.    Ronan Murphy – Deposition Date March 21, 2022**

| Ronan Murphy \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 6:9-12 | | |
| 8:24-10:2 | | |

| Ronan Murphy \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 10:19-11:5 | | |
| 12:17-25 | | |
| 16:4-17 | | |
| 17:22-18:3 | | |
| 18:7-19:2 | | |
| 19:5-18 | | |
| 21:2-4 | | |
| 21:22-23:2 | | |
| 26:13-27:7 | | |
| 51:22-52:10 | | |
| 55:15-25 | | |
| 77:6-16 | Document discussed has not been identified as a trial exhibit. OK if document is not displayed during testimony. | Will not display document during testimony. |
| 78:4-22 | Document discussed has not been identified as a trial exhibit. OK if document is not displayed during testimony. | Will not display document during testimony. |
| 79:18-83:5 | Document discussed has not been identified as a trial exhibit. OK if document is not displayed during testimony. | Will not display document during testimony. |
| 92:10-94:25 | | |
| 106:9-10 | Document discussed has not been identified as a trial exhibit. OK if document is not displayed during testimony. | Will not display document during testimony. |
| 108:19-110:24 | Document discussed has not been identified as a trial exhibit. OK if document is not displayed during testimony. | Will not display document during testimony. |

5

| Ronan Murphy | Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 135:21-136:4 | Document discussed has not been identified as a trial exhibit. OK if document is not displayed during testimony. | Will not display document during testimony. |
| 136:20-137:18 | Document discussed has not been identified as a trial exhibit. OK if document is not displayed during testimony. | Will not display document during testimony. |

6. **Jane O'Callaghan – Deposition Date March 23, 2022**

| Jane O'Callaghan | Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 6:7-11 | | |
| 7:4-13 | | |
| 9:2-12 | | |
| 9:22-11:3 | | |
| 17:20-18:10 | | |
| 19:19-21:15 | | |
| 66:4-67:22 | | |
| 68:7-70:21 | | |
| 70:22-71:11 | | |
| 75:25-76:4 | | |
| 78:12-80:19 | | |
| 88:5-91:6 | | |
| 94:3-17 | Document discussed has not been identified as a trial exhibit  Ok if document is not displayed during testimony. | Will not display document during testimony. |
| 95:16-97:5 | Document discussed has not been identified as a trial exhibit | Will not display document during testimony. |
| 97:22-99:4 | Document discussed has not been identified as a trial exhibit. OK if document is not displayed during testimony. | Will not display document during testimony. |

| Jane O'Callaghan \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 104:24-106:4 | Document discussed has not been identified as a trial exhibit. OK if document is not displayed during testimony. | Will not display document during testimony. |
| 107:25-110:22 | | |
| 112:17-117:20 | | |
| 118:14-120:9 | | |
| 120:20-121:25 | | |
| 123:15-125:7 | | |
| 125:8-128:11 | | |
| 128:23-133:10 | | |
| 133:13-135:3 | | |
| 138:11-19 | | |
| 139:4-144:23 | | |
| 145:8-146:6 | | |
| 147:12-148:12 | | |
| 148:19-150:20 | Document discussed has not been identified as a trial exhibit. OK if document is not displayed during testimony. | Will not display document during testimony. |
| 151:18-152:8 | | |
| 153:9-154:8 | | |
| 161:4-162:19 | | |
| 170:19-177:4 | | |
| 180:8-20 | | |
| 181:10-182:21 | | |
| 184:15-187:22 | | |
| 188:2 | | |
| 202:14-18 | | |
| 204:10-14 | | |
| 205:18-209:24 | | |
| 210:4-8 | | |
| 210:15-24 | | |
| 211:19 | | |

022510.0155/9725899.1

| Jane O'Callaghan \| Page:Line | Defendants' Objection | Plaintiff's Response |
|---|---|---|
| 212:16-213:2 | Document discussed has not been identified as a trial exhibit. OK if document is not displayed during testimony. | Will not display document during testimony. |
| 217:2-221:9 | | |
| 222:9-13 | | |
| 222:24-223:19 | | |
| 224:21-226:3 | | |
| 229:4-7 | | |
| 245:9-247:4 | | |
| 248:18-254:16 | | |
| 256:19-24 | | |

DATED: May 7, 2024

**LANE POWELL PC**

By: s/David G. Hosenpud
David G. Hosenpud (*pro hac vice*)
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone No.: 503.778.2100
Facsimile No.: 503.778.2200
E-mail: hosenpudd@lanepowell.com

Aaron Schaer, (*pro hac vice*)
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7103
Facsimile: 206.223.7107
E-mail: schaera@lanepowell.com

-and-

**BINDER & SCHWARTZ LLP**
Neil S. Binder
675 Third Avenue, 26th Floor
New York, New York 10017
Telephone No.: 212.510.7008
Facsimile No.: 212.510.7299
E-mail: nbinder@binderschwartz.com

*Attorneys for Plaintiff Frontier Airlines, Inc.*

022510.0155/9725899.1