## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC. | Case No.: 1:20-cv-09713-LLS |
| Plaintiff, | |
| v. | |
| AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE, | |
| Defendants. | |

## AMENDED EXHIBIT A TO JOINT PRETRIAL ORDER

Attached is the parties' Amended Exhibit A to Joint Pretrial Order with a column indicating which documents were received by the Court, including an exhibit not on the original list.

022510.0155/9728275.1

DATED:  May 7, 2024

                **LANE POWELL PC**

By: s/ David G. Hosenpud
   David G. Hosenpud (*pro hac vice*)
   601 SW Second Avenue, Suite 2100
   Portland, Oregon  97204-3158
   Telephone No.:  503.778.2100
   Facsimile No.:  503.778.2200
   E-mail:  hosenpudd@lanepowell.com

   Aaron Schaer, (*pro hac vice*)
   1420 Fifth Avenue, Suite 4200
   P.O. Box 91302
   Seattle, WA  98111-9402
   Telephone:  206.223.7103
   Facsimile:  206.223.7107
   E-mail:  schaera@lanepowell.com

   -and-

**BINDER & SCHWARTZ LLP**
Neil S. Binder
675 Third Avenue, 26th Floor
New York, New York  10017
Telephone No.:  212.510.7008
Facsimile No.:  212.510.7299
E-mail:  nbinder@binderschwartz.com

*Attorneys for Plaintiff, Frontier Airlines, Inc.*

DATED:  May 7, 2024

                **CLIFFORD CHANCE US LLP**

By  s/ John P. Alexander
   Jeff E. Butler
   John P. Alexander
   31 West 52nd Street
   New York, NY  10019

   *Attorneys for Defendants*

022510.0155/9728275.1