## AMENDED EXHIBIT A TO PRETRIAL ORDER

A.  Premarked Joint Trial Exhibits.

| Joint Ex | Date | Description | Received |
|---|---|---|---|
| 1 | 05/29/18 | Framework Agreement between Frontier Airlines and Accipiter Holdings DAC | X |
| 2 | 08/30/18 | Aircraft Lease Agreement between Wells Fargo Trust Company and Frontier Airlines for the lease of an Airbus A320 aircraft MSN 8402 (AMCK000748-AMCK000910) | X |
| 3 | 08/30/18 | Trust Agreement between Accipiter Investments and Wells Fargo Trust Company relating to aircraft MSN 8402 | X |
| 4 | 08/30/18 | Guaranty between Frontier Airlines and Accipiter Holdings DAC relating to aircraft MSN 8402 (AMCK000911-AMCK000917) | X |
| 5 | 09/10/19 | Letter of Intent signed by Accipiter Holdings DAC to finance six aircraft under the Airbus Agreement | X |
| 6 | 09/30/19 | Guaranty between Frontier Airlines and Accipiter Investments relating to aircraft MSN 9177 (AMCK002094-AMCK002100) | |
| 7 | 09/30/19 | Aircraft Lease Agreement between UMB Bank, N.A. and Frontier Airlines for the lease of an Airbus A320 aircraft MSN 9177 (AMCK002094- AMCK002100) | |
| 8 | 11/13/19 | Email from Dovile Kukulskiene enclosing Invoices – Frontier Airlines Inc. (FRONTIER0003721-FRONTIER0003735) | |
| 9 | 11/26/19 | Email from Michael McInerney enclosing Invoices – Frontier Airlines Inc. (FRONTIER0003762-FRONTIER0003799) | X |
| 10 | 01/27/20 | AMCK's corporate structure chart as of January 27, 2020, produced by AMCK in connection with this litigation (AMCK011807) | X |
| 11 | 03/12/20 | Email from Graham Cooley to Katie McCarthy attaching a document titled 16.03.2020 – Weekly Report – Final_gc (AMCK030052-AMCK030099) | |
| 12 | 03/12/20 | Email from Ronan Murphy to Edwin Fusco and Jane O'Callaghan re SAS Current situation – appeal for assistance (AMCK024593-AMCK024595) | |
| 13 | 03/12/20 | Email from Ronan Murphy to Fabian Bachrach and Jane O'Callaghan re SAS Current situation – appeal for assistance (AMCK030173-AMCK030175) | |
| 14 | 03/13/20 | 3/15/20 Email from Yumiko Tani re Frontier: MSN 1008 Security Deposit and Rental Invoice (FRONTIER0001822-FRONTIER0001823); 3/13/20 Wire transfer receipt relating to aircraft MSN 10038 (FRONTIER0001828, | |

| Joint Ex | Date | Description | Received |
|---|---|---|---|
|  |  | FRONTIER0001931); 4/16/20 Email from Spencer Thwaytes re Lease Payment Approval (FRONTIER0003992- FRONTIER0003993) |  |
| 15 | 03/13/20 | Email from Fabian Bachrach to Jane O'Callaghan re 738 available from AMCK – flybondi (AMCK030236-AMCK030240) |  |
| 16 | 03/14/20 | Text messages from Spencer Thwaytes (FRONTIER0003467) |  |
| 17 | 03/14/20 | Text messages between Robert Fanning and Jane O'Callaghan dated March 14, 2020 through May 5, 2020 (AMCK016974-AMCK016981, FRONTIER0000122) | X |
| 18 | 03/15/20 | Text messages between Sharath Sashikumar Bindu, Paul Lambert, Spencer Thwaytes and Robert Fanning (FRONTIER0003599) |  |
| 19 | 03/15/20 | Text messages between Spencer Thwaytes and Robert Fanning (FRONTIER0012162-FRONTIER0012163) | X |
| 20 | 03/15/20 | Text messages between Jimmy Dempsey, Spencer Thwaytes and Robert Fanning (FRONTIER0012266) |  |
| 21 | 03/16/20 | Amendment No. 8 to the A320 Airbus Purchase Agreement between Airbus and Frontier Airlines (FRONTIER0012243-FRONTIER0012258) | X |
| 22 | 03/16/20 | Email from Spencer Thwaytes to Jane O'Callaghan, Robert Fanning, Sharath Sashikumar Bindu and Paul Lambert re delivery of MSN 10038 (FRONTIER0000238-FRONTIER0000239) | X |
| 23 | 03/16/20 | Email from Sharath Sashikumar Bindu attaching concession request letter from Spencer Thwaytes to Jane O'Callaghan (FRONTIER0001938-FRONTIER0001940) |  |
| 24 | 03/16/20 | Framework Agreement between Frontier Airlines and AMCK Aviation (FRONTIER0002829-FRONTIER0002873) | X |
| 25 | 03/16/20 | Trust Agreement between Vermillion Aviation and UMB Bank relating to aircraft MSN 10038 (FRONTIER0001235-FRONTIER0001254) | X |
| 26 | 03/16/20 | Guaranty between Vermillion Aviation and Frontier Airlines relating to aircraft MSN 10038 (AMCK002265-AMCK002271) | X |
| 27 | 03/16/20 | Email between Michael McInerney and Ronan Murphy re Frontier MSN 10038 (AMCK005966-AMCK005967) | X |
| 28 | 03/16/20 | Concession request letter from Spencer Thwaytes to Jane O'Callaghan (FRONTIER0000241-FRONTIER0000242) | X |

| Joint Ex | Date | Description | Received |
|---|---|---|---|
| 29 | 03/16/20 | Lease Agreement between UMB Bank and Frontier Airlines relating to aircraft MSN 10038 (UMB0004086-UMB0004249) | X |
| 30 | 03/17/20 | Email from Jane O'Callaghan to Ronan Murphy re concession request letter (AMCK015105-AMCK015110) | X |
| 31 | 03/18/20 | Email from Jane O'Callaghan to Spencer Thwaytes re concession request letter (FRONTIER0001974-FRONTIER0001976) | |
| 32 | 03/20/20 | Text messages between James Hunt and Michael McInerney (AMCK025036-AMCK025037) | |
| 33 | 03/20/20 | Emails between Hugh O'Brien and AMCK representatives attaching a document titled Rent deferral request.xlsx (AMCK025108-AMCK025109) | |
| 34 | 03/20/20 | Emails between Jane O'Callaghan and AMCK representatives re rent deferral request (AMCK025050-AMCK025051) | |
| 35 | 03/22/20 | Text messages between Sharath Sashikumar Bindu and Robert Fanning (FRONTIER0003601) | |
| 36 | 03/22/20 | Email from Spencer Thwaytes to Jane O'Callaghan re concession request letter (FRONTIER0000243-FRONTIER0000245) | X |
| 37 | 03/23/20 | Emails between AMCK representatives attaching a document titled 23.03.2020 – Weekly Report – Final.docx (AMCK019757-AMCK019804) | X |
| 38 | 03/23/20 | Email from Ciara Flynn to Avril Alcala and Michael McInerney attaching a document titled Rent Deferral Update.msg (AMCK025106-AMCK025109) | X |
| 39 | 03/23/20 | Text messages of Sophia Lau (AMCK018587) | X |
| 40 | 03/23/20 | Email from Paul Sheridan to Jane O'Callaghan re Frontier (AMCK016004) | |
| 41 | 03/23/20 | Email from Jane O'Callaghan to Fabian Bachrach and Barbara FitzGerald re Merx portfolio (AMCK016031-AMCK016032) | |
| 42 | 03/24/20 | Text messages of Gerald Ma dated March 24, 2020 through May 8, 2020 (AMCK018494-AMCK018507) | X |
| 43 | 03/24/20 | Email from Jane O'Callaghan to Avril Alcala re concession request letter (AMCK016069-AMCK016070) | |
| 44 | 03/24/20 | Email from Ronan Kelleher to Paul Sheridan re funding (AMCK033506-AMCK033507) | X |
| 45 | 03/24/20 | Email between Ronan Kelleher to AMCK representatives re forecast (AMCK033514-AMCK033515) | |
| 46 | 03/24/20 | Text messages of Francis Lee dated March 24, 2020 through April 30, 2020 (AMCK018487-AMCK018493) | X |

| Joint Ex | Date | Description | Received |
|---|---|---|---|
| 47 | 03/25/20 | Email from Qingqing Miao to Jane O'Callaghan attaching draft rent deferral and waiver agreement (AMCK016074-AMCK016082) | X |
| 48 | 03/26/20 | Email from Jane O'Callaghan to Robert Fanning, Spencer Thwaytes and Sharath Sashikumar Bindu re rent deferral request and upcoming 5 x A320neo SLB deliveries (AMCK016298-AMCK016299) | X |
| 49 | 03/26/20 | Text messages between Sharath Sashikumar Bindu and Robert Fanning (FRONTIER0003603) | |
| 50 | 03/30/20 | Emails between AMCK representatives attaching a document titled 30.03.2020 – Weekly Report – Final.docx (AMCK020026-AMCK020070) | |
| 51 | 03/31/20 | Email from Jane O'Callaghan to Robert Fanning, Spencer Thwaytes and Sharath Sashikumar Bindu re rent deferral request and upcoming 5 x A320neo SLB deliveries (AMCK016498-AMCK016499) | X |
| 52 | 03/31/20 | Email from Michael McInerney to AMCK representatives attaching a document titled 2020-03-31 Payments Due Report Combined.xlsx (AMCK020022-AMCK020025) | X |
| 53 | 04/01/20 | Email from Qingqing Miao to Jane O'Callaghan re rent deferral request and upcoming 5 x A320neo SLB deliveries attaching Omnibus lease payment and waiver agreements (AMCK016504-AMCK016531) | X |
| 54 | 04/01/20 | Email from Paul Sheridan to Jane O'Callaghan re frontier (AMCK016532-AMCK016533) | X |
| 55 | 04/02/20 | Email from Jane O'Callaghan to Paul Sheridan re rent deferral request and upcoming 5 x A320neo SLB deliveries (AMCK016588-AMCK016590) | X |
| 56 | 04/02/20 | Email from Spencer Thwaytes to Matthew Saks and Ray Bishop attaching postponement of the delivery schedule – A320 Neo MSN 9549 (FRONTIER0004009-FRONTIER0004010) | X |
| 57 | 04/02/20 | Email from Paul Sheridan to Gerald Ma and Francis Lee (AMCK033694) | |
| 58 | 04/03/20 | Email from Paul Sheridan to Jimmy Dempsey re deferrals (AMCK016595) | X |
| 59 | 04/03/20 | Email from Jane O'Callaghan to Paul Sheridan (AMCK031157) | |
| 60 | 04/06/20 | Email from Robert Fanning to Sharath Sashikumar Bindu re deferral (FRONTIER0000251-FRONTIER0000253) | X |
| 61 | 04/06/20 | Email from Jimmy Dempsey to Paul Sheridan re deferrals (FRONTIER0000310-FRONTIER0000311) | X |

| Joint Ex | Date | Description | Received |
|---|---|---|---|
| 62 | 04/06/20 | Email from Jimmy Dempsey to Paul Sheridan re deferrals (AMCK016618-AMCK016619) | X |
| 63 | 04/06/20 | Email from Paul Sheridan to Jimmy Dempsey re deferrals (AMCK016608-AMCK016609) | X |
| 64 | 04/06/20 | Email from Paul Sheridan to Gerald Ma, Francis Lee and Lillian Kiang re deferrals (AMCK017743-AMCK017745) | X |
| 65 | 04/06/20 | Email from Paul Sheridan to Gerald Ma, Francis Lee and Lillian Kiang re deferrals (AMCK033740-AMCK033742) | X |
| 66 | 04/06/20 | Text message from Robert Fanning to Sharath Sashikumar Bindu (FRONTIER0003606) | X |
| 67 | 04/06/20 | Text message from Robert Fanning to Sharath Sashikumar Bindu (FRONTIER0003607) | X |
| 68 | 04/06/20 | Email between AMCK representatives attaching a document titled 06.04.2020 - Weekly Report - Final.docx (AMCK020226-AMCK020269) | X |
| 69 | 04/06/20 | Text messages between Spencer Thwaytes and Robert Fanning (FRONTIER0003480-FRONTIER0003482 FRONTIER0003488-FRONTIER0003489) | X |
| 70 | 04/06/20 | Email from Paul Sheridan to Jane O'Callaghan re deferrals (AMCK016603-AMCK016604) | |
| 71 | 04/07/20 | Email from Lillian King to Paul Sheridan re deferrals (AMCK033773-AMCK033777) | X |
| 72 | 04/07/20 | Email from Michael McInerney and Ciara Flynn to Frontier, dated April 7, 2020 and April 30, 2020, attaching invoices for MSN 10038 (FRONTIER0000151-FRONTIER0000159) | X |
| 73 | 04/07/20 | Text messages between Jimmy Dempsey, Spencer Thwaytes and Robert Fanning (FRONTIER0003493 and FRONTIER0012172) | X |
| 74 | 04/07/20 | Text messages between Sharath Sashikumar Bindu and Robert Fanning (FRONTIER0012299-FRONTIER0012302) | |
| 75 | 04/07/20 | Text messages between Jimmy Dempsey, Spencer Thwaytes and Robert Fanning (FRONTIER0003493, FRONTIER0012172) | |
| 76 | 04/08/20 | Email from Paul Sheridan to Gerald Ma re deferrals (AMCK033790-AMCK033793) | X |
| 77 | 04/09/20 | Email from Gerald Ma to Lillian Kiang, Francis Lee and Paul Sheridan re deferrals (AMCK033924-AMCK033928) | X |
| 78 | 04/09/20 | Email from Paul Sheridan to Gerald Ma re email for Bill Franke (AMCK016646) | X |
| 79 | 04/09/20 | Email from Jane O'Callaghan to Robert Fanning, Sharath Sashikumar Bindu and Spencer Thwaytes attaching a document titled 20200408.7524_Frontier Forbearance Letter .docx (AMCK016647-AMCK016652) | X |

| Joint Ex | Date | Description | Received |
|---|---|---|---|
| 80 | 04/10/20 | Email from Gerald Ma to Bill Franke re Frontier/Volaris – AMCK partnership (AMCK016663) | X |
| 81 | 04/11/20 | Email from Jimmy Dempsey to Sharath Sashikumar Bindu re per our discussion this morning (FRONTIER0004144-FRONTIER0004145) | X |
| 82 | 04/11/20 | Email from Yusuke Kawata to Paul Sheridan attaching a document titled Monthly Report (Mar 2020) FINAL.pdf (AMCK033956-4023) | |
| 83 | 04/13/20 | Email from Jimmy Dempsey to Paul Sheridan re deferrals (AMCK017773-AMCK017775) | X |
| 84 | 04/13/20 | Email from Gerald Ma to Paul Sheridan re email for Bill Franke (AMCK016668-AMCK016670) | X |
| 85 | 04/13/20 | Email from Paul Sheridan to Jimmy Dempsey re deferrals (AMCK017769-AMCK017772) | X |
| 86 | 04/14/20 | Email from Michael McInerney to AMCK representatives attaching a document titled 14.04.2020 - Weekly Report - Final.docx (AMCK020344-AMCK020387) | X |
| 87 | 04/14/20 | Email from Michael McInerney to AMCK representatives attaching a document titled 2020.04.14 Payments Due Report Combined.xlsx (AMCK025559-AMCK025561) | X |
| 88 | 04/15/20 | Email from Spencer Thwaytes to Ashok Shah, Thomas Fey and Sharath Sashikumar Bindu attaching a document titled FFT – Airbus Delivery Schedule Scenario_15April2020.xlsx (FRONTIER0003978-FRONTIER0003985) | X |
| 89 | 04/16/20 | Email from Robert Fanning to Sharath Sashikumar Bindu and Spencer Thwaytes re lease payments approval (FRONTIER0004084-FRONTIER0004085) | X |
| 90 | 04/16/20 | Email from Ronan Kelleher to Paul Sheridan attaching a document titled AMCK Forecasts.pptx and Accipiter Forecasts.pptx (AMCK034228) (related to Joint Exhibit 103) | |
| 91 | 04/17/20 | Email from Ray Bishop to Jimmy Dempsey, Spencer Thwaytes and Christopher Jones attaching a document titled FFT – Airbus Delivery Schedule Scenario_17April2020.xlsx (FRONTIER0004329- FRONTIER0004334) | X |
| 92 | 04/17/20 | Email from Michael McInerney to AMCK representatives attaching a document titled 2020.04.17 Payments Due Report Combined.xlsx (AMCK025614-AMCK025617) | X |
| 93 | 04/20/20 | Email from Jimmy Dempsey to Ray Bishop, Spencer Thwaytes and Christopher Jones attaching a document titled Airbus SDM Change_0417_V2.xlsx (FRONTIER0009068-FRONTIER0009076) | |

| Joint Ex | Date | Description | Received |
|---|---|---|---|
| 94 | 04/20/20 | Email from Avril Alcala to Gareth McCarthy attaching a document titled 20.04.2020 - Weekly Report - Final CM.docx (AMCK020476-AMCK020520) | X |
| 95 | 04/21/20 | Email from Christopher Jones to Jimmy Dempsey, Ray Bishop, and Spencer Thwaytes re per our discussion this morning (FRONTIER0004281-FRONTIER0004284) | X |
| 96 | 04/22/20 | Email from Spencer Thwaytes to Robert Fanning and Sharath Sashikumar Bindu re per our discussion this morning (FRONTIER0003998-FRONTIER0004004) | |
| 97 | 04/22/20 | Email from Spencer Thwaytes to Jimmy Dempsey re per our discussion this morning (FRONTIER0004005-FRONTIER0004008) | |
| 98 | 04/22/20 | Email from Michael McInerney to AMCK representatives attaching a document titled 2020.04.22 Payments Due Report Combined.xlsx (AMCK020573-AMCK020576) | X |
| 99 | 04/22/20 | Email from Gerald Ma to Jane O'Callaghan re update (AMCK031409-AMCK031411) | X |
| 100 | 04/22/20 | Minutes of an AMCK board meeting (AMCK041716-AMCK041735) | X |
| 101 | 04/22/20 | Email from Jane O'Callaghan to Paul Sheridan re Frontier – thoughts (AMCK016911-AMCK016912) | X |
| 102 | 04/22/20 | Text messages between Jimmy Dempsey and Robert Fanning (FRONTIER0003500, FRONTIER0003502) | |
| 103 | 04/22/20 | AMCK 12-month forecasts PowerPoint presentation (AMCK0342229-AMCK0342240) (related to Joint Exhibit 90) | |
| 104 | 04/23/20 | Text messages between Robert Fanning and Spencer Thwaytes (FRONTIER0003504) | X |
| 105 | 04/23/20 | Email to Lukas Pawlowski attaching a document titled Budget 2020 - Aircraft Leasing Meeting 2020.01.15 (FINAL from Dublin) - PRM slides.pptx (AMCK025720-AMCK025749) | |
| 106 | 04/24/20 | Email from Graham Cooley to AMCK representatives attaching a document titled 27.04.2020 - Weekly Report - Final - KW+EF+BF+PK+GC.docx (AMCK031433-AMCK031480) | |
| 107 | 04/24/20 | Email from Ray Bishop to Christopher Jones, Jimmy Dempsey and Spencer Thwaytes and attaching a document titled FFT_AMD9 (Rescheduling)_Draft v1.docx (FRONTIER0004289-FRONTIER0004295) | |
| 108 | 04/27/20 | Email from Mike Egashira to Jane O'Callaghan, Seiji Yokoyama and Kenichi Watanabe re Weekly Opportunities | X |

| Joint Ex | Date | Description | Received |
|---|---|---|---|
| | | List Call – Tuesday 27th April 2020 (AMCK016922-AMCK016923) | |
| 109 | 04/27/20 | Email from Paul Sheridan to Gerald Ma and Francis Lee re Call on Frontier and Volaris (AMCK031496) | |
| 110 | 04/27/20 | Email from Michael McInerney to AMCK representatives attaching a document titled 2020-04-27 Payments Due Report Combined (AMCK020693-AMCK020696) | X |
| 111 | 04/27/20 | Email from Paul Sheridan to Jimmy Dempsey re Deferrals (FRONTIER0000338-FRONTIER0000342) | X |
| 112 | 04/27/20 | Email from Kenichi Watanabe to Jane O'Callaghan re Call (AMCK031487) | X |
| 113 | 04/28/20 | Email from Michael McInerney to AMCK representatives attaching a document titled 2020-04-28 Payments Due Report Combined (AMCK020768-AMCK020771) | X |
| 114 | 04/28/20 | Email from Fabian Bachrach to Jane O'Callaghan re Latam (AMCK031504) | |
| 115 | 04/29/20 | Email from Michael McInerney to AMCK representatives attaching a document titled 2020-04-29 Payments Due Report Combined (AMCK020824-AMCK020827) | X |
| 116 | 04/29/20 | Email from Paul Sheridan to Jane O'Callaghan re Frontier discussion this evening (AMCK016949-AMCK016950) | X |
| 117 | 04/29/20 | Email from Eoin Dunford to Paul Sheridan, Ronan Kelleher and Christine Davin attaching a document titled Aircraft Leasing Meeting - Q1 update.pptx (AMCK034664-AMCK034665) | |
| 118 | 04/30/20 | Text messages between Jane O'Callaghan and Robert Fanning (AMCK016974- AMCK016981) | |
| 119 | 04/30/20 | Text messages between Spencer Thwaytes and Robert Fanning (FRONTIER0003534-FRONTIER0003535, FRONTIER012179) | |
| 120 | 04/30/20 | Email from Paul Sheridan to Jimmy Dempsey re deferrals (AMCK016957-AMCK016961) | X |
| 121 | 04/30/20 | Email from Jane O'Callaghan to Paul Sheridan and Gerald Ma re Call on Frontier (AMCK031594-AMCK031599) | X |
| 122 | 04/30/20 | Email from Jimmy Dempsey to Paul Sheridan re Deferrals (AMCK017883-AMCK017887) | X |
| 123 | 04/30/20 | Email from Jane O'Callaghan to Fabian Bachrach re Call on Frontier and Volaris (AMCK031600-AMCK031605) | X |
| 124 | 04/30/20 | Email from Ray Bishop to Paul Lambert re Frontier Amendment No. 9 attaching documents titled FFT _AMD9 (Rescheduling)_DRAFT v2.docx; Compare - FFT _AMD9 (Rescheduling)_(LP Redline)(V.2 4-30-20}_versus V2.docx (FRONTIER0005791-FRONTIER0005802) | X |

| Joint Ex | Date | Description | Received |
|---|---|---|---|
| 125 | 05/01/20 | Text messages between Jimmy Dempsey and Christopher Jones (FRONTIER0012185, FRONTIER0012187-FRONTIER0012188) | |
| 126 | 05/01/20 | Text messages between Sharath Sashikumar Bindu and Spencer Thwaytes (FRONTIER0012218-FRONTIER0012226) | |
| 127 | 05/01/20 | Text messages of Paul Sheridan (FRONTIER0012184) | X |
| 128 | 05/01/20 | Text messages between Spencer Thwaytes and Robert Fanning (FRONTIER0003542) | X |
| 129 | 05/01/20 | Email from Ronan Kelleher to Paul Sheridan re Frontier call with CK (AMCK017888) | |
| 130 | 05/01/20 | Email from Michael McInerney to AMCK representatives attaching a document titled 2020.05.01 Payments Due Report Combined.xlsx (AMCK021143-AMCK021146) | |
| 131 | 05/01/20 | CK Asset Holding Limited - PowerPoint presentation titled Aircraft Leasing Meeting - Q1 update.pptx (AMCK034666-AMCK034702) | |
| 132 | 05/04/20 | Amendment No. 9 to the Airbus Purchase Agreement (FRONTIER0005667-FRONTIER005678) | |
| 133 | 05/04/20 | Email from Paul Lambert to Ray Bishop re Frontier Amendment No. 9 attaching documents titled FFT_AMD9 (Rescheduling)_DRAFT v3. (LP Redline)(5-4-20).pdf; FFT_AMD9 (Rescheduling)_DRAFT v3. (LP CLEAN)(5-4-20).docx (FRONTIER0003945-FRONTIER0003950) | |
| 134 | 05/05/20 | Email from Ray Bishop to Paul Lambert re Airbus signature attaching documents titled FFT _AMD9 (Rescheduling)_EXECUTION with Counter Signatures.pdf (FRONTIER0005663-FRONTIER0005678) | X |
| 134A | 05/05/20 | Text messages between Robert Fanning and Jane O'Callaghan re shareholder stance dated May 5, 2020. (FRONTIER0000122) | |
| 135 | 05/05/20 | Email from Avril Alcala to AMCK representatives attaching a document titled 05.05.2020 – Weekly Report – Final CM.docx (AMCK021183-AMCK021227) | X |
| 136 | 05/07/20 | Email from Jane O'Callaghan to Fabian Bachrach re Frontier IC paper – for comments attaching a document titled AMCK IC paper Frontier and Volaris V1 + JOC.pptx (AMCK016996-AMCK016998) | X |
| 137 | 05/08/20 | Email from Sharath Sashikumar Bindu to Robert Fanning enclosing Invoices – Frontier Airlines Inc. (FRONTIER0001057-FRONTIER0001059) | |

| Joint Ex | Date | Description | Received |
|---|---|---|---|
| 138 | 05/08/20 | Email from Sharath Sashikumar Bindu to Robert Fanning enclosing Invoices – Frontier Airlines Inc. (FRONTIER0001060-FRONTIER0001078) | X |
| 139 | 05/08/20 | Email from Sharath Sashikumar Bindu to Robert Fanning enclosing Invoices – Frontier Airlines Inc. (FRONTIER0002225-FRONTIER0002227) | |
| 140 | 05/08/20 | Email from Sharath Sashikumar Bindu to Robert Fanning enclosing Invoices – Frontier Airlines Inc. (FRONTIER0002238- FRONTIER0002256) | |
| 141 | 05/08/20 | Email from Sharath Sashikumar Bindu to James Mach, Spencer Thwaytes, Robert Fanning and Thomas Frey re A320 NEO MSN 9549 - N368 attaching a document titled Airbus SDM Change_0S0S.xlsx (FRONTIER0008105-FRONTIER0008112) | |
| 142 | 05/08/20 | Email from Jimmy Dempsey to Paul Sheridan re deferrals (AMCK017004-AMCK017009) | X |
| 143 | 05/08/20 | WITHDRAWN | |
| 144 | 05/08/20 | Email from Michael McInerney to AMCK representatives attaching a document titled 2020-05-08 Payments Due Report Combined.xlsx (AMCK021370-AMCK021373) | X |
| 145 | 05/08/20 | Minutes of the AMCK Board meeting (AMCK018589-AMCK018595) | X |
| 146 | 05/08/20 | Email from Paul Sheridan to Spencer Thwaytes and Howard Diamond re AMCK – notice attaching a document titled 20200508 Notice (FRONTIER0001981-FRONTIER0001985) | X |
| 147 | 05/08/20 | Email from Jane O'Callaghan to Katie McCarthy attaching a document titled Monthly Report (Apr 2020 V2+ JOC.docx) (AMCK031666-AMCK031681) | X |
| 148 | 05/09/20 | Letter from Howard Diamond to AMCK re Notice of Termination of the Framework Agreement dated as of March 15, 2020 between Frontier Airlines, Inc. and AMCK (FRONTIER0000335-FRONTIER0000337) | X |
| 149 | 05/10/20 | Text messages between Jimmy Dempsey and Robert Fanning (FRONTIER0012209-FRONTIER0012210) | X |
| 150 | 05/12/20 | Letter from Ernie Yu to Howard Diamond re Framework Agreement dated as of March 16, 2020 (AMCK017969-AMCK017970) | X |
| 151 | 05/13/20 | Letter from Howard Diamond to Ernie Yu re your 5/12/20 letter Howard Diamond (AMCK017029-AMCK017031) | X |
| 152 | 05/13/20 | Email from Erik Hauglid to Sharath Sashikumar Bindu, Lina Mazutaviciute, Spencer Thwaytes and Robert Fanning re AMCK Payments (FRONTIER0008058- | X |

| Joint Ex | Date | Description | Received |
|---|---|---|---|
|  |  | FRONTIER0008059); Wire transfer receipts (FRONTIER0012145-FRONTIER0012161) |  |
| 153 | 05/14/20 | Email from Jane O'Callaghan to Fabian Bachrach and Yu Suzuki re outstanding rents (AMCK017036) |  |
| 154 | 05/14/20 | Email from Michael McInerney to AMCK representatives attaching a document titled 2020-05-14 Payments Due Report Combined.xlsx (AMCK021476-AMCK021479) |  |
| 155 | 05/14/20 | Email from Michael McInerney to AMCK representatives attaching a document titled 2020-05-14 Payments Due Report Combined.xlsx (AMCK021476-AMCK021479) |  |
| 156 | 06/02/20 | Email from Robert Fanning to Jimmy Dempsey attaching a document titled CDB Aviation's Frontier Airlines SLB proposal for three (3) new A320-200N (2-June-2020).pdf (FRONTIER0004240-FRONTIER0004243) | X |
| 157 | 06/18/20 | Email from Spencer Thwaytes to Sharath Sashikumar Bindu re financing terms for 3 x July 2020 A320neo (FRONTIER0008022-FRONTIER0008024) | X |
| 158 | 06/29/20 | Letter of Intent from CDB Aviation to Robert Fanning (FRONTIER0011290- FRONTIER0011321) | X |
| 159 | 07/01/20 | Frontier Board Approval Request – Aircraft Financing (FRONTIER0012238-FRONTIER0012242) |  |
| 160 | 07/24/20 | Aircraft Sale and Leaseback (SLB) Agreement relating to aircraft MSN 9549 (FRONTIER0011464-FRONTIER0011499) | X |
| 161 | 10/07/20 | Email from Spencer Thwaytes to Sharath Sashikumar Bindu re AMCK Damages (FRONTIER0008477) |  |
| 162 | 10/07/20 | Letter of Intent from Jackson Square Aviation to Jimmy Dempsey (FRONTIER0012136-FRONTIER0012144) | X |
| 163 | 10/07/20 | Email from Sharath Sashikumar Bindu to Spencer Thwaytes attaching a document re AMCK Damages titled AMCK Comparison_10_07_20.xlsx (FRONTIER0008478-FRONTIER0008479) | X |
| 164 | 03/08/21 | Aircraft Lease Agreement between Bank of Utah and Frontier Airlines, Inc. - MSN 10384 (FRONTIER0011912-FRONTIER0012023) | X |
| 165 | 03/08/21 | Aircraft Lease Agreement between Bank of Utah and Frontier Airlines, Inc. - MSN 10452 (FRONTIER0012024-FRONTIER0012135) |  |
| 166 | 03/26/21 | Email from John Yanney to Sharath Sashikumar Bindu, Sruti Prakash and Robert Fanning attaching a document titled Frontier MSN 10384 Rent Setting (30-Mar-21).xlsx (FRONTIER0012398-FRONTIER0012400) | X |

| Joint Ex | Date | Description | Received |
|---|---|---|---|
| 167 | 03/29/21 | Email from Sharath Sashikumar Bindu to John Yanney, Sruti Prakash and Robert Fanning re Frontier MSN 10384 Rent Setting attaching payment confirmation titled JSA_10384_3.29.21_confirm.pdf (FRONTIER0012403-FRONTIER0012405), Email from Renee Phelps to Robert Fanning and Sharath Sashikumar Bindu re Invoice attaching fixed rent invoice titled Jackson Square Aviation_10384-FX-20210331.pdf (FRONTIER0012327-FRONTIER0012328) | X |
| 168 | 04/27/21 | Email from John Yanney to Sharath Sashikumar Bindu and Robert Fanning re Rent Setting for Thursday's delivery attaching a document titled Frontier MSN 10452 Rent Setting (27-Apr-21).xlsx (FRONTIER0012362-FRONTIER0012364), Email from Sharath Sashikumar Bindu to John Yanney and Robert Fanning re Rent Setting for Thursday's delivery (FRONTIER0012358-FRONTIER0012359) | X |
| 169 | 04/27/21 | Email from Deanna Martin to John Yanney, Sharath Sashikumar Bindu, Robert Fanning and Sruti Prakash attaching invoices related to Frontier MSN 10452 first month rent and security deposit (FRONTIER0012365-FRONTIER0012367), 4/28/21 Email from Sharath Sashikumar Bindu to Deanna Martin, John Yanney, Robert Fanning and Sruti Prakash attaching payment confirmation (FRONTIER0012370-FRONTIER0012373) | X |
| 170 | 04/11/20 | Text message from Jimmy Dempsey to Paul Sheridan (FRONTIER0012173) | X |
| 171 | 03/11/22 | Deposition transcript of Michael McInerney | X |
| 172 | 03/15/22 | Deposition transcript of Fabian Bachrach | X |
| 173 | 03/21/22 | Deposition transcript of Ronan Murphy | X |
| 174 | 03/23/22 | Deposition transcript of Jane O'Callaghan | X |
| 175 | 03/25/22 | Deposition transcript of Paul Sheridan | |
| 176 | 03/30/22 | Deposition transcript of Spencer Thwaytes | |
| 177 | 04/01/22 | Deposition transcript of Sharath Sashikumar Bindu | |
| 178 | 04/04/22 | Deposition transcript of Robert Fanning | |
| 179 | 04/06/22 | Deposition transcript of James Dempsey | |
| 180 | 04/27/22 | Deposition transcript of Gerald Ma | X |
| 181 | 04/29/22 | Deposition transcript of Francis Lee | X |
| 182 | 10/25/22 | Deposition transcript of Kevin Neels | |
| 183 | 10/27/22 | Deposition transcript of Rikard De Jounge | |
| 184 | N/A | Notes from Paul Sheridan (AMCK018472- AMCK018474) | |
| 185 | 10/07/20 | AMCK damages calculations (FRONTIER0008479) | |

| Joint Ex | Date | Description | Received |
|---|---|---|---|
| 186 | 04/23/19 | Guaranty between Frontier Airlines and Accipiter Investments relating to aircraft MSN 8857 (AMCK001249-AMCK001255) | |
| 187 | 05/09/19 | Guaranty between Frontier Airlines and Accipiter Investments relating to aircraft MSN 8913 (AMCK001418-AMCK001424) | |
| 188 | 06/27/19 | Guaranty between Frontier Airlines and Accipiter Investments relating to aircraft MSN 8977 (AMCK001587-AMCK001593) | |
| 189 | 06/28/19 | Guaranty between Frontier Airlines and Accipiter Investments relating to aircraft MSN 9026 (AMCK001756-AMCK001762) | |
| 190 | 09/30/11 | A320 Airbus Purchase Agreement between Airbus and Republic Airways (FRONTIER0012406-FRONTIER0012556) | X |
| 191 | 03/24/20 | Email between from Ronan Kelleher to Paul Sheridan re funding (AMCK033503) | |
| 192 | Jan. 2020 | Accipiter invoices to Frontier dated 1/7/20 (FRONTIER0002242-FRONTIER0002243, FRONTIER0002245-FRONTIER0002246, FRONTIER0002249, FRONTIER0002253-FRONTIER0002255), 11/12/19 (FRONTIER0003726, FRONTIER0003733), 11/25/19 (FRONTIER0003767, FRONTIER0003773, FRONTIER0003779, FRONTIER0003785, FRONTIER0003791, FRONTIER0003797), 3/19/20 (FRONTIER0002227) | X |

B. **Premarked Plaintiff's Trial Exhibits.**

| Pltf. Ex. | Date | Description | Defendants' Objections | Admitted |
|---|---|---|---|---|
| 1 | 03/24/20 | Emails (March 24, 2020), between AMCK representatives (McInerney Dep., Ex. 13) AMCK025221 | The Court has ruled that "the Framework Agreement expressly forbids a waiver by course of conduct." (Opinion & Order, p. 23 n.1.) Fed. R. Evid. 403. | |
| 2 | 04/25/20 | Text Messages (April 25, 2020) between Frontier representatives (Dempsey Dep., Ex. 16) FRONTIER0003510 | Text message conversations should be consolidated to show both sides of conversation. Fed. R. Evid. 901; Fed. R. Evid. 1003. | X |
| 3 | 04/29/20 | Text Messages (April 29, 2020), between Frontier representatives (Dempsey Dep., Ex. 18) FRONTIER0012176 | Text message conversations should be consolidated to show both sides of conversation. Fed. R. Evid. 901; Fed. R. Evid. 1003. | |
| 4 | 05/01/20 | Emails (May 1, 2020), between AMCK representatives attaching a document titled Monthly Report as of 30 Apr 2020 v.2. xlsx (AMCK021106-21123) | This document is redacted in a way that may cause confusion. Fed. R. Evid. 901; Fed. R. Evid. 1003. | |
| 5 | 05/06/20 | Emails between AMCK representatives, dated May 6, 2020. (Hosenpud, Ex. 22) AMCK021321 | This document is not relevant. Fed. R. Evid. 403. The Court has ruled that "the Framework Agreement expressly forbids a waiver by course of conduct." (Opinion & Order, p. 23 n.1.) | |
| 6 | 06/23/20 | Emails (June 23, 2020), between AMCK and Frontier representatives AMCK017119 | This document contains inadmissible description of settlement discussions. Fed. R. Evid. 408. | X |

| Pltf. Ex. | Date | Description | Defendants' Objections | Admitted |
|---|---|---|---|---|
| 7 | 06/29/20 | Email (June 29, 2020), from AMCK to Frontier representatives attaching a document titled 19RD003118. FRONTIER0000167 | The Court has ruled that "the Framework Agreement expressly forbids a waiver by course of conduct." (Opinion & Order, p. 23 n.1.) Fed. R. Evid. 403. | X |
| 8 | 7/1/19- | "Chase" alerts AMCK sent to Frontier when it believed Frontier had a rent payment that was past due, dated July 1, 2019 to February 24, 2020. (Hosenpud, Ex. 6) FRONTIER0003635-FRONTIER0003621 | The Court has ruled that "the Framework Agreement expressly forbids a waiver by course of conduct." (Opinion & Order, p. 23 n.1.) Fed. R. Evid. 403. | X |
| 9 | N/A | Notes from Jane O'Callaghan (AMCK039863-932) | This document contains inadmissible description of settlement discussions. Fed. R. Evid. 408. | |
| 10 | 7/24/20 | Aircraft Lease Agreement between Frontier Airlines and Wilmington Trust Company relating to aircraft MSN 9549 (FRONTIER0011322-463) | | X |
| 11 | 4/30/20 | Email exchanges between AMCK representatives re Call on Frontier and Volaris. AMCK034778 0 AMCK034782 | | X |

C. **Premarked Defendants' Trial Exhibits.**

| Defs' Exs. | Date | Description | Plaintiff's Objections | Admitted |
|---|---|---|---|---|
| 1 | 03/15/20 | Text Message (March 15, 2020), from Spencer Thwaytes (FRONTIER0012259; Thwaytes Dep., Ex. 19) | Hearsay FRE 802 | X |
| 2 | 04/15/20 | Email (April 15, 2020), from Ray Bishop (FRONTIER0004311; Butler Decl. Ex. 8) | No Objection to Authenticity; All Other Evidentiary Objections Reserved | |
| 3 | 03/08/21 | Frontier Group Holdings, Inc.'s Registration Statement on Form S-1 | No Objection to Authenticity; All Other Evidentiary Objections Reserved | |
| 4 | 04/29/22 | Frontier's Responses to Second Interrogatories | No Objection to Authenticity; All Other Evidentiary Objections Reserved | |
| 5 | 04/29/22 | Frontier's Responses to Requests for Admission | No Objection to Authenticity; All Other Evidentiary Objections Reserved | |