O4C3FROF

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

FRONTIER AIRLINES, INC.,

              Plaintiff,

         v.                             20 Civ. 9713 (LLS)

AMCK AVIATION HOLDINGS IRELAND
LIMITED, ACCIPITER INVESTMENT
4 LIMITED, VERMILLION AVIATION
(TWO) LIMITED,

              Defendants.

------------------------------x
                                        Bench Trial

                                        New York, N.Y.
                                        April 12, 2024
                                        11:00 a.m.

Before:

               HON. LOUIS L. STANTON,

                                        District Judge

                       APPEARANCES

LANE POWELL PC
     Attorneys for Plaintiff
BY:  DAVID G. HOSENPUD
     AARON SCHAER

CLIFFORD CHANCE US LLP
     Attorneys for Defendants
BY:  JEFF E. BUTLER
     JOHN P. ALEXANDER
```

O4C3FROF

1           (Trial resumed; in open court)
2           THE COURT:  Good morning.
3           MR. HOSENPUD:  Good morning, your Honor.  Your Honor,
4   today we have one deposition, it will last the entire session
5   for today, two hours.  And I will now be moving to introduce
6   the deposition exhibits that are going to be referenced in the
7   course of the deposition, if that's acceptable to the Court.
8           THE COURT:  Okay.
9           MR. HOSENPUD:  And then just as a clean up situation,
10  counsel and I will be discussing and comparing the deposition
11  excerpts so that we can then move to introduce those excerpts
12  into the record at the appropriate time before the close of
13  evidence.
14          THE COURT:  Yes.
15          MR. HOSENPUD:  Thank you, sir.
16          So at this time, plaintiff moves to introduce Joint
17  Exhibit 10, 39, 42, 44, 46, 65, 71, 76, 77, 78, 80, 84, 99,
18  100, 101, 108, 112, 116, 121, and 145.
19          MR. BUTLER:  No objection, your Honor.
20          THE COURT:  Fine.  They're received.
21          (Joint Exhibits 10, 39, 42, 44, 46, 65, 71, 76, 77,
22  78, 80, 84, 99, 100, 101, 108, 112, 116, 121, 145 received in
23  evidence)
24          (Videotaped deposition of Gerald Ma played)
25          MR. HOSENPUD:  Excuse us, your Honor.  The monitors

O4C3FROF

1    went to sleep and we wanted to wake them up and we had a glitch
2    in relation to that, so we're trying to wake the monitors back
3    up.
4             THE COURT:  Understandable.
5             MR. HOSENPUD:  Technical difficulty.  I apologize.
6             THE COURT:  Fascinating story.
7             MR. SCHAER:  It appears this is frozen.
8             (Videotaped deposition of Gerald Ma played)
9             MR. HOSENPUD:  Your Honor, that concludes the video
10   deposition.  I appreciate the Court's patience in letting it
11   flow through to the end.
12            THE COURT:  Have a nice weekend.  I'll see you at 11
13   Monday morning.
14            MR. BUTLER:  Thank you, your Honor.
15            MR. HOSENPUD:  Thank you, your Honor.
16            (Adjourned until April 15, 2024, at 11 a.m.)
17
18
19
20
21
22
23
24
25

```
                            JOINT EXHIBITS

Exhibit No.                                              Received

 10, 39, 42, 44, 46, 65, 71, . . . . . . . . . . . 2

          76, 77, 78, 80, 84, 99, 100,

            101, 108, 112, 116, 121, 145
```