UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRONTIER AIRLINES, INC.,

                Plaintiff,

v.

AMCK AVIATION HOLDINGS IRELAND LIMITED, et al.,

                Defendants.

Case No. 20 Civ. 9713 (LLS)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the New York office of CLIFFORD CHANCE US LLP is no longer located at 31 West 52nd Street and has moved to the following address:

CLIFFORD CHANCE US LLP
Two Manhattan West
375 9th Avenue
New York, NY 10001

All telephone numbers and email addresses remain the same.

Dated: June 25, 2024

                CLIFFORD CHANCE US LLP

              S/ Jeff E. Butler

              Jeff E. Butler
              John P. Alexander
              Two Manhattan West
              375 9th Avenue
              New York, NY 10001
              (212) 878-8000
              Jeff.butler@cliffordchance.com
              John.alexander@cliffordchance.com

              Attorneys for Defendants