UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE, <br><br> Defendants. | 20 Civ. 9713 (LLS) <br><br> NOTICE OF MOTION TO AMEND THE JUDGMENT |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendants AMCK Aviation Holdings Ireland Limited, Accipiter Investments Aircraft 4 Limited, and Vermillion Aviation (Two) Limited ("Defendants"), hereby respectfully move this Court, before the Honorable Louis L. Stanton, United States District Judge for the Southern District of New York, for reconsideration of the Opinion & Order dated June 14, 2024 pursuant to Local Civil Rule 6.3 and to amend the Judgment dated June 17, 2024 pursuant to Rule 59 of the Federal Rules of Civil Procedure.

Dated: June 25, 2024

                                                  Respectfully submitted,

                                                     s/ Jeff E. Butler

                                                 Jeff E. Butler
                                                 John P. Alexander
                                                 Giannina Crosby
                                                 CLIFFORD CHANCE US LLP
                                                 Two Manhattan West
                                                 375 9th Avenue
                                                 New York, New York 10001

                                                 *Attorneys for Defendants*