ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/1/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
FRONTIER AIRLINES, INC.,

               Plaintiff,        20 Civ. 9713 (LLS)

    - against -                  ORDER

AMCK AVIATION HOLDINGS IRELAND
LIMITED, ACCIPITER INVESTMENT 4
LIMITED, VERMILLION AVIATION
(TWO) LIMITED, WELLS FARGO TRUST
COMPANY, N.A., solely in its
capacity As OWNER TRUSTEE, and
UMB BANK, N.A., solely in its
capacity as OWNER TRUSTEE,

              Defendants.
- - - - - - - - - - - - - - - - - - -X

    Defendants' June 25, 2024 Motion to Amend the Judgment (Dkt. No. 173) is granted. The Clerk is directed to amend the June 17, 2024 Judgment (Dkt. No. 171) to award 9% interest from April 8, 2024, instead of May 8, 2020. The Court's June 14, 2024 Opinion & Order (Dkt. No. 170) is amended accordingly.

    So ordered.

Dated:  New York, New York
       July 1, 2024

                                                 *Louis L. Stanton*
                                             LOUIS L. STANTON
                                                 U.S.D.J.