UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC. | Case No.: 1:20-cv-09713-LLS |
| Plaintiff, | |
| v. | |
| AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE, | |
| Defendants. | |

**PLAINTIFF FRONTIER AIRLINES, INC.'S NOTICE OF
MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES**

**PLEASE TAKE NOTICE** that, pursuant to the Court's June 14, 2024, Order (Dkt. 170) and June 17, 2024, Judgment (Dkt. 171) finding Defendants AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, and Vermillion Aviation (Two) Limited (collectively, Defendants) "liable to Frontier for all losses, fees, costs, and expenses – including attorneys' fees – under the Original Leases and the Framework Agreement," Plaintiff Frontier Airlines, Inc. (Frontier) hereby moves this Court before the Honorable Louis L. Stanton, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21C, New York, New York 10007, on a date and time to be determined by the Court, for an order granting Frontier's motion for attorney's fees and costs, which combined total $2,581.727.09, ordering Defendants to pay Frontier this amount, and for such other relief as this Court may deem just and proper.

022510.0155/9791222.1

**PLEASE TAKE FURTHER NOTICE** that additional fees and costs incurred in connection with prosecuting this application or responding to any post-trial filings made by Defendants shall be sought in a supplemental filing.

**PLEASE TAKE FURTHER NOTICE** that, in support of its motion, Frontier will rely on the brief and the supporting Declaration of David G. Hosenpud, including exhibits, all of which are being electronically filed on this date.

DATED: July 1, 2024

                                       **LANE POWELL PC**

                                       By:  s/ David G. Hosenpud
                                          David G. Hosenpud (*pro hac vice*)
                                          601 SW Second Avenue, Suite 2100
                                          Portland, Oregon 97204-3158
                                          Telephone No.: 503.778.2100
                                          Facsimile No.: 503.778.2200
                                          E-mail: hosenpudd@lanepowell.com

                                          Aaron Schaer, (*pro hac vice*)
                                          1420 Fifth Avenue, Suite 4200
                                          P.O. Box 91302
                                          Seattle, WA 98111-9402
                                          Telephone: 206.223.7103
                                          Facsimile: 206.223.7107
                                          E-mail: schaera@lanepowell.com

                                          -and-

                                       **BINDER & SCHWARTZ LLP**
                                         Neil S. Binder
                                         675 Third Avenue, 26th Floor
                                         New York, New York 10017
                                         Telephone No.: 212.510.7008
                                         Facsimile No.: 212.510.7299
                                         E-mail: nbinder@binderschwartz.com

                                       *Attorneys for Plaintiff, Frontier Airlines, Inc.*

022510.0155/9791222.1