# LANE POWELL



# David

**David G. Hosenpud** | Shareholder

Portland
D 503.778.2141
hosenpudd@lanepowell.com

*David Hosenpud represents clients in the defense of class action and individual discrimination suits in both federal and state courts. His class action experience includes defending clients in lawsuits alleging wage and hour, and Title III violations under the Americans with Disabilities Act.*

David has extensive jury trial, court trial and arbitration experience.

His other commercial litigation experience includes:

- Multi-million dollar claims involving breach of contract and fiduciary duties;
- Letter of credit and securitization litigation;
- Tortious interference with contract and business relations;
- Non-competition actions; and
- Misappropriation of confidential and trade secret information.

David has been described by *Chambers® USA's Guide to America's Leading Lawyers for Business* as "a litigator whose practice combines labor and employment and general litigation. Areas of focus include the defense of discrimination claims, wrongful discharge and class actions. He advises on employment termination, leave disputes and whistle-blower retaliation claims."

*Chambers®* sources said that "he is practical, understands the business side of claims, is easy to work with and communicates well."

## Practices & Industries

Class Actions
Commercial Litigation
Labor, Employment & Benefits
Transportation
Wage & Hour
Class Action Readiness Panel

## Education

University of Oregon, J.D., 1983
- *Oregon Law Review*, Editor in Chief

University of California at Santa Barbara, B.A., with highest honors, 1978

© 2024 Lane Powell PC. Lane Powell & LP logo, Reg. U.S. Pat. & Tm. Off.

Exhibit 1
Page 1 of 13

# LANE POWELL

David G. Hosenpud

## Accreditation

Legal Lean Sigma® and Project Management Yellow Belt Certification

## Admissions

Oregon

California

U.S. District Court, District of Oregon

U.S. District Court, Central, Eastern and Southern Districts of California

## Honors

*Chambers® USA: America's Leading Lawyers for Business*, Labor & Employment (2010-2024)

*The Best Lawyers in America©*, Commercial Litigation, Employment Management, Labor & Employment Litigation, Mass Tort Litigation/Class Actions Defendants (2006-2024); Labor and Employment (2006-2014)

"Oregon Super Lawyer," Thomson Reuters, Employment Litigation: Defense (2006-2017)

"Portland Lawyer of the Year" *Best Lawyers®*, Mass Tort Litigation/Class Actions Defendants (2013)

*AV Preeminent ®* in Martindale-Hubbell *®* Peer Review Ratings™

## Experience

**Joni Summers v. Extendicare Homes, Inc.**
Case No. 3:11-cv-128-BR | Portland, Oregon
Represented the defendant against a claim brought by a former employee who alleged whistleblowing violations and wrongful discharge.

**Deter v. Sterling Savings Bank**
Defended Sterling Savings Bank against a charge, filed with the Oregon Bureau of Labor and Industries, in which a former employee alleged discrimination, retaliation and wrongful termination due to sex/pregnancy and her use of the Oregon Family Leave Act.

**Espinoza v. Evergreen Helicopters, Inc.**
Case No. A147028
Defended Evergreen Helicopters against eight wrongful death cases arising out of a helicopter crash in Peru.

**Johnson-Bari v. Sterling Savings Bank**
Multnomah County Circuit Court Portland, Oregon
Defended the insured, Sterling Bank, to a favorable jury verdict in which the plaintiff alleged discrimination and wrongful termination based on her perceived sexual orientation.

## Community Involvement

Federal Bar Association, Member

Oregon Association of Defense Counsel, Former Member

Oregon Law Institute, Former Board Member

*Oregon Litigation Journal,* Past Associate Editor

© 2024 Lane Powell PC. Lane Powell & LP logo, Reg. U.S. Pat. & Tm. Off.

Exhibit 1
Page 2 of 13

# LANE POWELL



# Paul

**Paul Lambert** | Shareholder

Seattle
D 206.223.7724
lambertp@lanepowell.com

*As former Deputy General Counsel and Vice President for US Airways, Inc., Paul Lambert is a seasoned aviation attorney. He advises clients in the acquisition, disposition, operation, leasing and financing of new and pre-owned aircrafts.*

Paul regularly negotiates transactions with the world's largest airlines, airports, banks, aircraft lessors and finance companies, airframe, engine and avionics manufacturers and aircraft service facilities. He also assists clients on structuring and documenting debt and lease workouts and the enforcement of creditor's right. Paul is a member of the International Society of Transport Aircraft Trading and serves on the Legislative Committee of the Pacific Northwest Business Aviation Association.

In addition to his work in the aviation industry, Paul is an experienced business attorney and counsels clients on corporate SEC filings, issuance of new corporate debt, corporate equity incentive plans and ethics policy compliance.

## Practices & Industries

Corporate, Securities, and M&A

Transportation

## Education

Columbia Law School, J.D., 1987

- *Columbia Business Law Review,* Articles Editor

Brigham Young University, B.S., Economics, *cum laude*, 1984

## Admissions

Washington

Arizona

New York

## Professional Experience

Aero Law Group PC, Attorney (2010-2017)

US Airways, Inc.
- Vice President, Legal Affairs and Deputy General Counsel (2008-2009)
- Vice President, Corporate Real Estate (2004-2008)

America West Airlines, Inc., Senior Director and Associate General Counsel (2001-2004)

Franchise Finance Corporation of America, Vice President and Associate General Counsel (1993-2001)

Snell & Wilmer, LLP, Associate Attorney (1987-1993)

**LANE POWELL**

Paul Lambert

## Community Involvement

International Society of Transport Aircraft Trading, Member

Pacific Northwest Business Aviation Association, Legislative Committee

Washington State Bar Association, Member

© 2024 Lane Powell PC. Lane Powell & LP logo, Reg. U.S. Pat. & Tm. Off.

**Exhibit 1
Page 4 of 13**

# LANE POWELL



# Qingqing

**Qingqing Miao** | Shareholder

Seattle
D 206.223.7031
miaoq@lanepowell.com

Qingqing Miao is a business attorney with a focus on general business and aviation transactions. Qingqing represents U.S. and foreign airlines, aircraft lessors, private aircraft owners, and banks on a range of transactions from fleet management matters to aviation equipment financing, leasing, sale, and deal restructuring. She also advises business clients in various industries including life science, real estate, and manufacturing on business matters including company formation, legal risk management, contract drafting, dispute resolution, and mergers and acquisitions.

In addition, Qingqing also has extensive experience in immigration and has represented employers and foreign workers in work visa and green card petitions, including EB-1A, EB-2NIW, EB-1C, PERM, EB-5, H-1B, O-1, E-1/2, TN, and L-1.

Born and raised in China, her clients are often involved in cross-border transactions. Qingqing is particularly well-equipped to handle those involving the U.S. and China.

## Practices & Industries

Corporate, Securities, and M&A

Immigration

Transportation

Securities & Corporate Governance Litigation

## Education

Lewis & Clark Law School, J.D., 2010
- Scholar List
- Asian Pacific American Law Students Association, Secretary and Event Planner (2007-2010)

Peking University, B.A., English Literature and Linguistics, 2007
- *Peking University Press*, Editor and Translator (2005-2007)

## Professional Experience

Lane Powell PC
- Shareholder (2021-Present)
- Associate (2015-2021)

Ellis, Li & McKinstry PLLC, Of Counsel (2014-2015)

© 2024 Lane Powell PC. Lane Powell & LP logo, Reg. U.S. Pat. & Tm. Off.

Exhibit 1
Page 5 of 13

**LANE POWELL**

Qingqing Miao

- "21st Century Macao Star Cup" National English Speaking Contest, Second Prize

Shatz Law Group PLLC, Of Counsel (2011-2014)

Peng & Weber, PLLC, Law Clerk (2010-2011)

U.S. Department of Energy, Bonneville Power Administration, Law Clerk (2008-2010)

### Admissions
Washington

## Community Involvement

American Immigration Lawyers Association, Washington Chapter
- Chair, Executive Committee (2017-2018)
- Vice Chair, Executive Committee (2016-2017)
- Treasurer, Executive Committee (2015-2016)
- Program Chair, Executive Committee (2014-2015)
- Sub-committee Chair, CLE Committee (2012-Present)
- Vice Chair and Chair, Pro Bono Committee (2012-2014)

### Languages
Chinese (Mandarin) - Fluent

### Honors
Fellow, American Bar Foundation

"Ones to Watch," *Best Lawyers*®, Corporate (2021-2022)

*The Best Lawyers in America©*, Corporate Law (2023-2024)

"Washington Rising Star," Thomson Reuters, Aviation & Aerospace (2022); Business/Corporate (2013-2021)

Collaborative Bar Leadership Academy (2015)

Asian Bar Association of Washington
- Secretary and Member, Board of Directors (2012-Present)
- Chair, Small and Solo Committee (2012-2015)

Washington State Bar Association
- Member, Executive Committee, International Practice Section (2017-Present)
- Member, Continuing Legal Education Committee (2011-2017)
- Co-Chair, Continuing Legal Education Committee (2015-2016)
- Member, International Section

American Bar Association
- International Law Section, International Investment and Development Committee
  - Co-Chair (2018-2019)
  - Vice Chair (2015-2018)
- Member, International Law Section (2011-Present)
- Collaborative Bar Leadership Academy, Class of 2015

Seattle Chongqing Sister City Association, Secretary (2010-2017)

King County Bar Association, Member

### LinkedIn
qingqingmiao/

© 2024 Lane Powell PC. Lane Powell & LP logo, Reg. U.S. Pat. & Tm. Off.

Exhibit 1
Page 6 of 13

# LANE POWELL



# Aaron

**Aaron Schaer** | Shareholder

Seattle
D 206.223.7103
schaera@lanepowell.com

**Aaron Schaer counsels clients on matters involving complex commercial litigation, class actions, health care law, aviation disputes, and product liability.**

Clients appreciate Aaron's objective and resolute approach to solving problems, as well as his ability to efficiently identify the pivotal issues and potential strategies in each case. Aaron ensures that he has a deep understanding of each client's unique needs to best tailor his recommendations.

## Practices & Industries

Class Actions

Commercial Litigation

Fiduciary Litigation

Investigations, Compliance & White Collar

Nonprofit & Social Enterprise

Securities & Corporate Governance Litigation

Transportation

Business Dispute Resolution

## Education

University of Michigan Law School, J.D., *cum laude*, 2015

- *Michigan Journal of Environmental and Administrative Law*, Articles Editor

## Professional Experience

U.S. District Court, Western District of Washington, Law Clerk to the Honorable James L. Robart (2017-2019)

U.S. District Court, Southern District of Texas, Law Clerk to the Honorable Janis Graham Jack (2015-2016)

Federal Defender Office, Eastern District of Michigan, Intern (2014)

U.S. District Court, District of Oregon, Judicial Extern to the Honorable Robert E. Jones (2013)

Columbia Riverkeeper, Intern (2013)

Natural Resources Defense Council, Paralegal (2010-2012)

U.S. District Court, Eastern District of Michigan, Judicial Extern to the Honorable Bernard A. Friedman (2007)

## Community Involvement

International Association of Defense Counsel, Member (2023-Present)

Frankel Jewish Academy, Board of Trustees (2021-Present)

© 2024 Lane Powell PC. Lane Powell & LP logo, Reg. U.S. Pat. & Tm. Off.

Exhibit 1
Page 7 of 13

**LANE POWELL**

Aaron Schaer

- Faculty Research Assistant
- Graduate Student Instructor, The Arab-Israeli Conflict
- Distinguished Instructor Award
- Henry M. Campbell Moot Court, Third Place Overall, Best Preliminary Round Brief, Best Quarterfinalist Oralist

Michigan State University, B.A., *cum laude*, 2009

- B.A., Political Theory & Constitutional Democracy, *cum laude*
- Teaching Assistant, Globalization and Stability

Hebrew University, Rothberg International School , 2004-2005

Michigan Innocence Clinic, Student Attorney (2014-2015)

Michigan Unemployment Insurance Project, Student Attorney (2013-2014)

Bread for the City, Employment Justice Center, Volunteer (2010-2012)

## Admissions

Washington

Michigan

U.S. District Court, Western District of Washington

## Languages

Hebrew - Conversational

## Honors

"Ones to Watch," *Best Lawyers®,* Commercial Litigation (2021-2024); Administrative/Regulatory (2023-2024)

"Washington Rising Star," Thomson Reuters, Business Litigation (2022-2023)

© 2024 Lane Powell PC. Lane Powell & LP logo, Reg. U.S. Pat. & Tm. Off.

Exhibit 1
Page 8 of 13

**LANE POWELL**

Aaron Schaer

**LinkedIn**

aaron-schaer-91437211/

© 2024 Lane Powell PC. Lane Powell & LP logo, Reg. U.S. Pat. & Tm. Off.

**Exhibit 1
Page 9 of 13**

# LANE POWELL



# Hari

Hari Kumar | Associate

Seattle
D 206.223.7072
kumarh@lanepowell.com

Hari Kumar is a litigation attorney with a focus on insurance coverage and commercial liability matters throughout Washington, California, and Oregon.

His experience includes:

• Litigating complex insurance coverage matters, including environmental, employment, and construction defect claims;

• Advising on government compliance investigations from various state and federal agencies;

• Litigating privacy issues related to the GDPR, the CCPA, and HIPAA; and

• Advising on legal and regulatory matters for state and national antitrust regulations and intellectual property matters.

## Professional Experience

Duane Morris LLP, Associate (2021-2023)

Selman Leichenger, LLP, Associate (2019-2021)

DKM Law Group, Associate (2018-2019)

California Third District Court of Appeal, Judicial Extern for The Hon. William Murray (2016)

## Community Involvement

Washington Defense Trial Lawyers Association, Member (2023-Present)

Joint Asian Judicial Evaluations Committee
- Co-Chair (2024-Present)
- Member (2019-2024)

## Practices & Industries

Commercial Litigation

Electronic Discovery, Technology & Strategy

Transportation

## Education

University of California, Davis School of Law, J.D., with King Hall Public Service and Pro Bono Certificates, 2017

- *Journal of International Law and Policy*, Senior Articles Editor

University of Oxford, M.S., 2014

University of St. Andrews, B.S., 2011

## Admissions

Washington

© 2024 Lane Powell PC. Lane Powell & LP logo, Reg. U.S. Pat. & Tm. Off.

Exhibit 1
Page 10 of 13

**LANE POWELL**

Hari Kumar

California

Oregon

**LinkedIn**

hari-kumar-94265558/

Northwest Justice Project Debt Relief Clinic, Volunteer (2021-Present)

South Asian Bar Alliance of Washington
- Board Director (2023-Present)
- Member (2019-2023)

Washington Leadership Institute, Fellow (2023)

© 2024 Lane Powell PC. Lane Powell & LP logo, Reg. U.S. Pat. & Tm. Off.

**Exhibit 1
Page 11 of 13**

# Holland & Knight



## Sarah Molinoff
ASSOCIATE

Sarah.Molinoff@hklaw.com

Portland
503.517.2912

**PRACTICE**
Litigation and Dispute Resolution

**INDUSTRY**
Healthcare & Life Sciences

**Sarah Molinoff** is an attorney in Holland & Knight's Portland office and a member of the firm's Litigation and Dispute Resolution Practice. Ms. Molinoff represents clients in complex commercial disputes, including in the securities, contract, fraud, environmental and maritime contexts.

Ms. Molinoff has defended financial institutions in class actions and in responding to regulatory investigations. She has experience assisting clients at all stages of trial and appellate litigation in state and federal court as well as disputes in arbitration, including evaluating litigation risks, preparing and answering lawsuits, serving and responding to discovery, preparing for depositions, arguing dispositive motions, managing litigation teams, mediation, preparing for trial, appeals and negotiating settlements.

Ms. Molinoff also defends and advises clients as they navigate enforcement actions, and has experience with criminal trials and investigations by the U.S. Department of Justice (DOJ), Consumer Financial Protection Bureau (CFPB) and Office of the Comptroller of the Currency (OCC). Ms. Molinoff has leveraged her broad regulatory and white collar experience in her representation of startups, with a focus on emerging technology and financial technology companies. She also possesses a deep knowledge of the federal appellate system.

Previously, Ms. Molinoff served as a judicial law clerk to the Honorable Victor Marrero of the U.S. District Court for the Southern District of New York and the Honorable Jane R. Roth of the U.S. Court of Appeals for the Third Circuit. She also practiced at a large international law firm in New York City. During law school, she interned at the U.S. Attorney's Office for the Southern District of New York and served as an executive editor of the *New York University Law Review*.

## Credentials

**Education**

- New York University School of Law, J.D.
- Oxford University, M.St.
- Harvard University, A.B., *cum laude*

**Bar Admissions/Licenses**

- New York
- Oregon

Attorney Advertising. Copyright © 1996–2024 Holland & Knight LLP. All rights reserved.

Exhibit 1
Page 12 of 13

**Holland & Knight**

**Court Admissions**

- All State Courts in Oregon
- All State Courts in New York
- U.S. District Court for the Southern District of New York
- U.S. Court of Appeals for the Third Circuit

**Honors & Awards**

- *The Best Lawyers in America* guide, Portland Commercial Litigation Ones to Watch, 2023, 2024
- Rising Star, Oregon *Super Lawyers* magazine, 2023

# Publications

- Internal Investigations: Disclosures to External Auditors, *LexisNexis*, November 9, 2023

Attorney Advertising. Copyright © 1996–2024 Holland & Knight LLP. All rights reserved.

**Exhibit 1**
**Page 13 of 13**