

**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill***
 *link at lanepowell.com or call*
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                      July 17, 2020
Attn Accounts Payable                              Invoice No.  3831097
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com

Matter:  022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

CURRENT CHARGES - see attached                                   $23,115.85

TOTAL AMOUNT DUE                                                 $23,115.85

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

◆ **Anchorage** *(907) 277-9511*   ◆ **Portland** *(503) 778-2100*  ◆ **Seattle** *(206) 223-7000*

*For Our Current Seminars and Other Events, Visit <u>lanepowell.com</u> and Click on <u>News & Events</u>*

**Exhibit 2**
**Page 1 of 251**

# LANE POWELL

**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
Use **pay my bill**
 link at lanepowell.com or call
(206) 223-6288

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                       July 17, 2020
Attn Accounts Payable                          Invoice No.  3831097
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com

FOR PROFESSIONAL SERVICES RENDERED THROUGH  06/30/20

Matter:  022510.000155

AMCK Aviation Dispute

| | | | |
|---|---|---|---|
| REDACTED | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ | REDACTED ▓ |
| | | ▓▓▓▓▓▓▓▓▓ | |
| | | ▓▓▓▓▓▓▓ | |
| | | ▓▓▓▓▓▓▓▓▓ | |
| | | ▓▓▓▓▓▓▓▓▓▓ | |
| | | ▓▓▓▓▓▓▓▓▓▓ | |
| | | ▓▓▓▓▓▓▓▓▓▓ | |
| 06/09/2020 | P. Lambert | Call with H. Diamond; review file documents and correspondence; call with D. Hosenpud; emails to D. Hosenpud; work on legal memo regarding AMCK dispute | 2.80 |
| 06/10/2020 | P. Lambert | Research re AMCK dispute; work on memo; emails to B. Mares and D. Hosenpud; email to H. Diamond | 3.40 |
| 06/10/2020 | Q. Miao | Continue to draft AMCK memo; analyze the NY laws and conduct further research on waiver, etc. | 8.70 |
| 06/11/2020 | P. Lambert | Work on AMCK memo; email to D. Hosenpud; review case emails to Q. Miao; email to H. Diamond | 3.90 |
| 06/11/2020 | P. Hawkes | Analysis and strategy with D. Hosenpud re potential claims relating to aircraft lease agreement termination | 0.50 |
| REDACTED | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ | ▓ |
| | | ▓▓▓▓▓▓▓▓▓ | |

**Exhibit 2**

Our File:  022510.000155                                                              Page:  2

Frontier Airlines, Inc.                                                      July 17, 2020

REDACTED

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/12/2020 | P. Lambert | Email to D. Hosenpud; work on memo re AMCK case; review cases; calls with Q. Miao; email to H. Diamond; emails to Q. Miao | 4.30 |
| 06/12/2020 | Q. Miao | Revise the memo; analyze the attorney's fees and jurisdiction questions; conduct further legal research on the issues; telephone call with D. Hosenpud re: federal court vs state court, attorney's fees through guarantee, etc.; telephone calls with P. Lambert re: research findings, NY rules regarding attorney's fees | 5.30 |
| 06/17/2020 | P. Lambert | Email to J. Dempsey; analysis of AMCK account issues | 0.80 |
| 06/18/2020 | P. Lambert | Calls with Q. Miao and S. Bindu re AMCK issues; work on draft email to J. O'Callahan; review LOI; calls with R. Fanning and S. Thwaytes | 1.40 |
| 06/19/2020 | D. Hosenpud | Revise email negotiating a business resolution to dispute with AMCK | 0.50 |
| 06/19/2020 | P. Lambert | Revise email to J. O'Callahan; email to J. Dempsey; calls with S. Thwaytes and R. Fanning; revise memo re AMCK case; emails to H. Diamond and S. Thwaytes; email to D. Hosenpud | 1.80 |

REDACTED

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/22/2020 | P. Lambert | Calls with S. Thwaytes and H. Diamond re AMCK issues | 0.50 |
| 06/23/2020 | D. Hosenpud | Status update concerning negotiations with AMCK and alternative Lessor | 0.10 |
| 06/23/2020 | P. Lambert | Call with D. Hosenpud; email to D. Hosenpud re AMCK issues | 0.40 |

REDACTED

TOTAL HOURS                                                                           44.50

**Exhibit 2**
**Page 3 of 251**

Our File:  022510.000155                                                    Page:  3

Frontier Airlines, Inc.                                              July 17, 2020


OUR FEE                                                              $23,115.85

### RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Hosenpud | 0.60 | 616.50 | 369.90 |
| P. Lambert | 19.30 | 625.00 | 12,062.50 |
| P. Hawkes | 0.50 | 544.50 | 272.25 |
| Q. Miao | 24.10 | 432.00 | 10,411.20 |
| Total all Timekeepers | 44.50 | | 23,115.85 |


TOTAL THIS INVOICE                                                   $23,115.85

**Exhibit 2**
**Page 4 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
Use **pay my bill**
 link at lanepowell.com or call
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                    August 20, 2020
Attn Accounts Payable                          Invoice No.  3832910
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com

Matter:  022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

CURRENT CHARGES - see attached                                $594.25

PREVIOUS BALANCE as of July 17, 2020                     $23,115.85

TOTAL AMOUNT DUE                                              $23,710.10

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

⬥ **Anchorage** *(907) 277-9511*   ⬥ **Portland** *(503) 778-2100*  ⬥ **Seattle** *(206) 223-7000*

*For Our Current Seminars and Other Events, Visit* <u>*lanepowell.com*</u> *and Click on* <u>*News & Events*</u>

**Exhibit 2**
**Page 5 of 251**

# LANE POWELL

**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use* **pay my bill**
*link at lanepowell.com or call*
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                              August 20, 2020
Attn Accounts Payable                                      Invoice No.  3832910
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com

FOR PROFESSIONAL SERVICES RENDERED THROUGH  07/31/20

Matter:  022510.000155

AMCK Aviation Dispute

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 06/09/2020 | R. Mares | Telephone conference with David Hosenpud and Qingqing Miao to analyze causes of action related to COVID related lease deferrals and AMCK default notice | 0.90 |
| 07/02/2020 | P. Lambert | Emails to H. Diamond and D. Hosenpud | 0.40 |
| | | TOTAL HOURS | 1.30 |

OUR FEE                                                                      $594.25

## RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---------------------|--------------|-----------------|-------------|
| P. Lambert | 0.40 | 625.00 | 250.00 |
| R. Mares | 0.90 | 382.50 | 344.25 |
| Total all Timekeepers | 1.30 | | 594.25 |

TOTAL THIS INVOICE                                             $594.25

**Exhibit 2**
**Page 6 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* [Redacted]
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
Use **pay my bill**
 link at lanepowell.com or call
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.
Attn Accounts Payable
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com

October 22, 2020
Invoice No.  3837360

Matter:   022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

| | |
|---|---:|
| CURRENT CHARGES - see attached | $22,324.85 |
| PREVIOUS BALANCE as of August 20, 2020 | $23,710.10 |
| LESS PAYMENTS RECEIVED | ($23,710.10) |
| TOTAL AMOUNT DUE | $22,324.85 |

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

◆ **Anchorage** *(907) 277-9511*   ◆ **Portland** *(503) 778-2100*  ◆ **Seattle** *(206) 223-7000*

*For Our Current Seminars and Other Events, Visit* <u>lanepowell.com</u> *and Click on* <u>News & Events</u>

**Exhibit 2**
**Page 7 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA no. 121000248*
*Account No.* ⬛Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill***
*link at lanepowell.com or call*
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                      October 22, 2020
Attn Accounts Payable                              Invoice No.  3837360
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com

FOR PROFESSIONAL SERVICES RENDERED THROUGH  09/30/20

Matter:   022510.000155

AMCK Aviation Dispute

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/17/2020 | P. Lambert | Email to D. Hosenpud; review correspondence re AMCK dispute | 0.30 |
| 08/19/2020 | P. Lambert | Telephone calls with H. Diamond and D. Hosenpud re letter to AMCK and complaint; review memo re possible litigation | 1.10 |
| 08/19/2020 | Q. Miao | Telephone call with D. Hosenpud re AMCK complaint, CISG issues, etc.; conduct further research to confirm the application of CISG; email exchanges with B. Nichols | 1.60 |
| 08/26/2020 | P. Lambert | Telephone call with D. Hosenpud re AMCK complaint | 0.30 |
| 08/27/2020 | D. Hosenpud | Review draft AMCK complaint and revise | 2.30 |
| 08/28/2020 | D. Hosenpud | Continue to revise AMCK complaint | 3.30 |
| 08/28/2020 | P. Lambert | Telephone call with H. Diamond re AMCK action | 0.30 |
| 08/30/2020 | Q. Miao | Continue to revise the AMCK complaint | 6.30 |
| 09/01/2020 | D. Hosenpud | Review and revise complaint against AMCK | 3.90 |
| 09/01/2020 | Q. Miao | Conference with P. Lambert re status of the complaint, REDACTED ⬛⬛⬛⬛⬛; continue to revise the complaint; confer with D. Hosenpud re revisions to the complaint; conduct further research on | 5.80 |

**Exhibit 2**
**Page 8 of 251**

Our File: 022510.000155                                                                    Page: 2

Frontier Airlines, Inc.                                                          October 22, 2020

anticipatory breach

| 09/02/2020 | P. Lambert | Work on cover letter to AMCK; review cases; work on draft complaint | 2.80 |
| 09/02/2020 | P. Lambert | Work on AMCK complaint; email to Q. Miao; call with Q. Miao and D. Hosenpud | 1.50 |
| 09/02/2020 | Q. Miao | Conference with D. Hosenpud re revisions to the complaint; continue to revise the complaint | 4.90 |
| 09/03/2020 | D. Hosenpud | Strategy re revisions to complaint; review complaint edits, revise same | 1.10 |
| 09/03/2020 | P. Lambert | Telephone call with M. Miao; further edits to AMCK Complaint; emails to D. Hosenpud; emails to H. Diamond | 1.80 |
| 09/03/2020 | Q. Miao | Conference with D. Hosenpud re revisions to the complaint; continue to revise the complaint | 0.10 |
| 09/03/2020 | Q. Miao | Conference with P. Lambert re revisions to the complaint; continue to revise the complaint; revise the complaint | 2.40 |
| 09/17/2020 | P. Lambert | Emails to H. Diamond and D. Hosenpud; review correspondence and draft complaint | 0.30 |
| 09/29/2020 | D. Hosenpud | Prepare for conference call with P. Lambert, J. Dempsey Frontier CFO; H. Diamand Frontier GC re AMCK demand letter and complaint; telephone conference call re same | 1.50 |
| 09/29/2020 | P. Lambert | Telephone call with J. Dempsey, H. Diamond and D. Hosenpud re AMCK litigation and demand; call with D. Hosenpud; telephone call with S. Bindu re damages calculations | 0.80 |

                                              TOTAL HOURS                         42.40


OUR FEE                                                                      $22,324.85

**Exhibit 2**
**Page 9 of 251**

Our File:  022510.000155                                                          Page:  3

Frontier Airlines, Inc.                                                    October 22, 2020

### RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Hosenpud | 12.10 | 616.50 | 7,459.65 |
| P. Lambert | 9.20 | 625.00 | 5,750.00 |
| Q. Miao | 21.10 | 432.00 | 9,115.20 |
| Total all Timekeepers | 42.40 | | 22,324.85 |

TOTAL THIS INVOICE                                                    $22,324.85

**Exhibit 2**
**Page 10 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
Use **pay my bill**
link at lanepowell.com or call
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                November 18, 2020
Attn Accounts Payable                              Invoice No.  3839099
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com

Matter:   022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

CURRENT CHARGES - see attached                                $6,610.15

PREVIOUS BALANCE as of October 22, 2020                      $22,324.85

TOTAL AMOUNT DUE                                             $28,935.00

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

◆ **Anchorage** *(907) 277-9511*  ◆ **Portland** *(503) 778-2100* ◆ **Seattle** *(206) 223-7000*

*For Our Current Seminars and Other Events, Visit <u>lanepowell.com</u> and Click on <u>News & Events</u>*

**Exhibit 2**
**Page 11 of 251**

**LANE POWELL**

*Wire Transfer Information:*
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.*  Redacted
*Swift Code: WFBIUS6S*

*Pay by e-Check, Visa, or MC:*
*Use pay my bill*
*link at lanepowell.com or call*
*(206) 223-6288*

*Remit Payments To:*

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                   November 18, 2020
Attn Accounts Payable                           Invoice No.  3839099
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com

FOR PROFESSIONAL SERVICES RENDERED THROUGH  10/31/20

Matter:   022510.000155

AMCK Aviation Dispute

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 06/09/2020 | D. Hosenpud | Telephone conference regarding client's litigation options and issues to address (.7); analysis of issues to be addressed in memorandum regarding case analysis and legal theories to pursue (.6); review critical documents forming the background facts of the dispute with AMCK (3.5) | 4.80 |
| 06/10/2020 | D. Hosenpud | Conference telephone call re legal themes to address in AMCK litigation analysis memo | 0.20 |
| 06/11/2020 | D. Hosenpud | Review factual and legal analysis re potential claims against AMCK; revise same (3.2); further analysis and strategy re potential claims and recommendation to client (.6) | 3.80 |
| 06/18/2020 | D. Hosenpud | Review AMCK's proposal to finance 3 aircraft to establish AMCK damages; telephone conference with P. Lambert re same | 0.30 |
| 10/08/2020 | P. Lambert | Telephone call with H. Diamond re AMCK dispute; email to Q. Miao re same | 0.40 |
| 10/13/2020 | P. Lambert | Email to D. Hosenpud re AMCK dispute | 0.20 |
| 10/14/2020 | P. Lambert | Email to H. Diamond re AMCK; review revision in letter to AMCK General Counsel; telephone call with H. Diamond | 0.50 |
| 10/15/2020 | P. Lambert | Emails to D. Hosenpud and S. Muir re AMCK | 0.30 |

**Exhibit 2**
**Page 12 of 251**

Our File:  022510.000155                                                    Page:  2

Frontier Airlines, Inc.                                              November 18, 2020

supporting information

10/19/2020    P. Lambert         Review correspondence re AMCK dispute              0.20

                                 TOTAL HOURS                                       10.70

OUR FEE                                                                      $6,610.15

RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Hosenpud | 9.10 | 616.50 | 5,610.15 |
| P. Lambert | 1.60 | 625.00 | 1,000.00 |
| Total all Timekeepers | 10.70 | | 6,610.15 |

TOTAL THIS INVOICE                                                          $6,610.15

**Exhibit 2**
**Page 13 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
Use **pay my bill**
 link at lanepowell.com or call
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.
Attn Accounts Payable
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com

December 21, 2020
Invoice No.  3841402

Matter:   022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

| | |
|---|---|
| CURRENT CHARGES - see attached | $20,238.15 |
| PREVIOUS BALANCE as of November 18, 2020 | $28,935.00 |
| TOTAL AMOUNT DUE | $49,173.15 |

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

◆ **Anchorage** *(907) 277-9511*   ◆ **Portland** *(503) 778-2100*  ◆ **Seattle** *(206) 223-7000*

*For Our Current Seminars and Other Events, Visit* <u>lanepowell.com</u> *and Click on* <u>News & Events</u>

**Exhibit 2**
**Page 14 of 251**

**LANE POWELL**

*Wire Transfer Information:*
Wells Fargo Bank
ABA No. 121000248
Account No. Redacted
Swift Code: WFBIUS6S

*Pay by e-Check, Visa, or MC:*
Use **pay my bill**
 link at lanepowell.com or call
(206) 223-6288

*Remit Payments To:*

P.O. Box 91302
Seattle, WA
98111-9402
Attn  Cash Receipts
Fax: (206) 223-7107

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                   December 21, 2020
Attn Accounts Payable                          Invoice No.  3841402
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/30/20

Matter:   022510.000155

AMCK Aviation Dispute

| | | | |
|---|---|---|---|
| 11/02/2020 | P. Lambert | Email to H. Diamond; email to D. Hosenpud; review complaint re damages | 0.60 |
| REDACTED | ▨▨▨ | ▨▨▨▨▨▨ ▨▨▨▨ | ▨ |
| REDACTED | ▨▨▨ | ▨▨▨▨▨▨ ▨▨▨ | ▨ |
| 11/10/2020 | D. Hosenpud | Telephone conference with N. Binder local counsel re case and filing of the complaint. | 0.30 |
| 11/10/2020 | P. Lambert | Telephone calls with H. Diamond, D. Hosenpud and Q. Miao; emails to H. Diamond; telephone call with S. Bindu; email to D. Hosenpud | 1.10 |
| 11/11/2020 | D. Hosenpud | Review and revise complaint | 1.90 |
| 11/11/2020 | Q. Miao | Email exchanges with D. Hosenpud re the status of aircraft placement and draft complaint | 0.30 |
| 11/12/2020 | D. Hosenpud | Further revisions to the complaint | 2.60 |
| 11/12/2020 | Q. Miao | Telephone calls with D. Hosenpud et al. re revisions to the complaint; revise the complaint sections relating to the guarantee claims; review and revise the updated complaints | 1.70 |
| 11/13/2020 | D. Hosenpud | Analysis of damage allegations REDACTED ▨▨▨▨▨▨▨▨▨ (.3); final revisions to | 1.00 |

**Exhibit 2**
**Page 15 of 251**

Our File: 022510.000155                                                                 Page: 2

Frontier Airlines, Inc.                                                    December 21, 2020

|            |             | complaint (.5) correspondence with local counsel re complaint and filing (.2) | |
|------------|-------------|---------------------------------------------------------------------------------|------|
| 11/13/2020 | P. Lambert  | Calls with D. Hosenpud and S. Bindu; review complaint; email to D. Hosenpud | 1.70 |
| 11/16/2020 | D. Hosenpud | Correspondence with co-counsel re filing complaint (.1); draft corporate disclosure statement and provide to co-counsel for filing (.3) | 0.40 |
| 11/17/2020 | D. Hosenpud | Review and revise co-counsel's edits to the complaint (1.1); confer with co-counsel re changes (.8); analysis of service of process on Accipiter and Vermillion based on Guarantees (.2) | 2.10 |
| REDACTED   |             |                                                                                 |      |
| 11/17/2020 | Q. Miao     | Telephone call with D. Hosenpud re revising the complaint; email exchange with P. Lambert et al. re service of process of the guarantors | 1.50 |
| 11/18/2020 | D. Hosenpud | Review summonses for service on defendants (.3); correspondence with local counsel re third claim for relief and filing summons and complaint today. (,2); review existing document record and analyze document requests to propound following the court ordered Rule 26 conference (1.5); determine witness interviews (.4) | 2.40 |
| REDACTED   |             |                                                                                 |      |
| 11/18/2020 | Q. Miao     | Telephone calls with D. Hosenpud re revising the complaint, litigation strategy, key witnesses, and next step; email exchange with P. Lambert et al. re service of process of the guarantors | 2.40 |
| 11/19/2020 | D. Hosenpud | Correspondence with co-counsel re Judge Analisa Torres; review J. Torres individual practice guidelines | 0.60 |
| 11/19/2020 | P. Lambert  | Review and revise litigation hold notices; email to H. Diamond; email to D. Hosenpud | 0.70 |
| 11/19/2020 | Q. Miao     | Draft preservation notice and litigation hold memos; continue to organize the email and record files; telephone call with P. Lambert re revising the preservation notice and memos; draft cover email | 3.20 |
| 11/20/2020 | D. Hosenpud | Correspondence with client re ESI preservation. | 0.10 |

**Exhibit 2**
**Page 16 of 251**

Our File:  022510.000155                                                          Page:  3

Frontier Airlines, Inc.                                          December 21, 2020

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/20/2020 | P. Lambert | Emails to H. Diamond and D. Hosenpud | 0.40 |
| 11/20/2020 | Q. Miao | Telephone call with D. Hosenpud re expert, strategy, jury trial, etc; conduct research regarding the parent company of AMCK; review the mid-year report of AMCK's parent company to collect useful information that would help establish Frontier's claims; email exchanges with D. Hosenpud re notable fact findings, expert suggestions, etc | 3.20 |
| 11/23/2020 | D. Hosenpud | Analysis and strategy re potential admissions in AMCK Parent corporations 2020 interim report and financial articles | 0.50 |
| 11/23/2020 | Q. Miao | Telephone call with D. Hosenpud re expert, strategy, jury trial, etc.; conduct research regarding the parent company of AMCK; review the financial statements (2019 and 2020) of AMCK's parent company to further analyze strategy; continue to review and analyze additional news articles and available information about AMCK's parent company; telephone call with D. Hosenpud re strategy and additional information; email exchange with D. Hosenpud re summary of findings and key points for discovery | 4.90 |
| 11/23/2020 | J. Johnson | Using public records databases, PitchBook, BvD Orbis, Bloomberg, and open web, search for telephone numbers for Vermillion Aviation (Two) Limited or Accipiter Investments Aircraft 4 Limited, for T. Garcia | 1.00 |
| 11/24/2020 | D. Hosenpud | Analysis of Shareholder representations in 2020 Interim report to potentially challenge representations made by AMCK to Frontier during lease deferral negotiations (.4); phone conference with co-counsel re J. Torres (.2) | 0.60 |
| 11/24/2020 | P. Lambert | Telephone call with D. Hosenpud; review correspondence | 0.30 |
| 11/24/2020 | Q. Miao | Email exchanges with D. Hosenpud re additional information to consider regarding Frontier's position | 0.50 |

TOTAL HOURS                                                              38.70

OUR FEE                                                                 $20,238.15

**Exhibit 2**
**Page 17 of 251**

Frontier Airlines, Inc.                                                      December 21, 2020

### RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Hosenpud | 12.50 | 616.50 | 7,706.25 |
| P. Lambert | 7.50 | 625.00 | 4,687.50 |
| Q. Miao | 17.70 | 432.00 | 7,646.40 |
| J. Johnson | 1.00 | 198.00 | 198.00 |
| Total all Timekeepers | 38.70 | | 20,238.15 |

TOTAL THIS INVOICE                                                            $20,238.15

**Exhibit 2**
**Page 18 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
Use **pay my bill**
 link at lanepowell.com or call
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                    January 25, 2021
Attn Accounts Payable                        Invoice No.  3843296
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com

Matter:  022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

CURRENT CHARGES - see attached                              $29,713.95

PREVIOUS BALANCE as of December 21, 2020                    $49,173.15

LESS PAYMENTS RECEIVED                                     ($22,324.85)

TOTAL AMOUNT DUE                                            $56,562.25

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

◆ **Anchorage** *(907) 277-9511*  ◆  **Portland** *(503) 778-2100*  ◆  **Seattle** *(206) 223-7000*

*For Our Current Seminars and Other Events, Visit **lanepowell.com** and Click on **News & Events***

**Exhibit 2**
**Page 19 of 251**

**LANE POWELL**

**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill***
*link at lanepowell.com or call*
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                          January 25, 2021
Attn Accounts Payable                               Invoice No.  3843296
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com


FOR PROFESSIONAL SERVICES RENDERED THROUGH  12/31/20



Matter:   022510.000155

AMCK Aviation Dispute


| Date | Name | Description | Hours |
|---|---|---|---|
| 12/01/2020 | D. Hosenpud | Correspondence with opposing counsel re telephone conference to discuss service and potential extension (.2); further analysis of potential discovery to propound (,7); review court's civil case management plan re discovery, ADR, depositions,expert discovery (.3) | 1.20 |
| 12/01/2020 | P. Lambert | Telephone call with R. Fanning re AMCK dispute; email to D. Hosenpud | 0.30 |
| 12/01/2020 | Q. Miao | Telephone call with D. Hosenpud re  further information regarding the loan facility, timeline, etc.; conduct further research on information regarding loan facility and AMCK's operational status | 1.70 |
| 12/02/2020 | D. Hosenpud | Draft RFP; telephone conference with opposing counsel re extension and court procedures | 4.40 |
| 12/02/2020 | P. Lambert | Emails to H. Diamond and D. Hosenpud re AMCK dispute | 0.30 |
| 12/02/2020 | P. Hawkes | Telephone conference with opposing counsel to discuss case scheduling and related matters | 0.60 |
| 12/02/2020 | Q. Miao | Telephone call with D. Hosenpud re request for production and the proper time scope; | 1.30 |
| 12/03/2020 | D. Hosenpud | Preliminary preparation of first RFP (.5) review correspondence from opposing counsel re requested | 0.90 |

**Exhibit 2**
**Page 20 of 251**

Our File:  022510.000155                                                                    Page:  2

Frontier Airlines, Inc.                                                          January 25, 2021

|            |              | extension (.1); Correspondence with client re status of service, extension request, preparation of discovery and internal interviews (.3) | |
|------------|--------------|---|---|
| 12/04/2020 | D. Hosenpud  | Analysis of possible MAC defense | 1.90 |
| 12/04/2020 | Q. Miao      | Conduct legal research regarding NY law on MAC and its impact on Frontier's claims; draft summary of research findings | 4.50 |
| 12/04/2020 | D. Deibele   | Review court's preferences particularly re discovery deadlines | 0.30 |
| 12/08/2020 | D. Hosenpud  | Draft first Request for Production | 1.50 |
| 12/08/2020 | P. Lambert   | Emails to Q. Miao and D. Hosenpud re AMCK litigation; telephone call with R. Fanning re same | 0.40 |
| 12/08/2020 | Q. Miao      | Continue to review background information to search for information and data that could help develop discovery requests; email exchange with D. Hosenpud et al. re additional information discovered about AMCK parent company's state of the company meeting | 0.70 |
| 12/09/2020 | D. Hosenpud  | Additional fact development for first request for production | 2.00 |
| 12/11/2020 | D. Hosenpud  | Review information re Judge Louis Stanton's individual practice requirements and pre-trial order | 0.30 |
| 12/14/2020 | Q. Miao      | Telephone call with D. Hosenpud re  framework agreement history and RFP relating to deferral requests; search and review additional background and news materials regarding the parent company, etc.; email exchange with D. Hosenpud re  RFP | 0.90 |
| 12/18/2020 | D. Hosenpud  | Correspondence with client re scheduling interviews | 0.50 |
| 12/18/2020 | P. Lambert   | Telephone call  with R. Fanning and D. Hosenpud re AMCK litigation | 0.40 |
| 12/21/2020 | D. Hosenpud  | Telephone conference with R. Fanning re background facts, conversations, text messages with AMCK | 1.20 |
| 12/22/2020 | D. Hosenpud  | Review text messages between R. Fanning and Jane O'Callihan of AMCK (1.1); draft additional requests for production based on the text communications from AMCK(.5) | 1.60 |
| 12/22/2020 | P. Lambert   | Telephone call with R. Fanning regarding AMCK litigation | 0.30 |

**Exhibit 2**
**Page 21 of 251**

Our File: 022510.000155                                                         Page: 3

Frontier Airlines, Inc.                                                    January 25, 2021

| 12/22/2020 | D. Deibele | E-mail exchanges with D. Hosenpud and Lighthouse re conflict check, potential collection in Colorado; respond to D. Hosenpud question re text message collections | 0.50 |
| 12/28/2020 | D. Hosenpud | Phone conference with S. Sashikumar re dealings with AMCK and in particular the period preceding the notice of default, relevant emails, and text messages if any | 0.40 |
| REDACTED | | | |

|  | TOTAL HOURS | 28.60 |
| --- | --- | --- |

| OUR FEE | $15,605.15 |
| --- | --- |

**COSTS ADVANCED**

| 12/09/2020 | Certificate of good standing - - Supreme Court | 1.00 |
| 12/12/2020 | Professional services - - BINDER & SCHWARTZ LLP through 11/30/2020 | 13,176.00 |
| 12/12/2020 | Bank wire fee - - BINDER & SCHWARTZ LLP 12/12/2020 wire 9175 | 5.50 |
| 12/21/2020 | Process service - - Nationwide Process Service Inc Re: WELLS FARGO TRUST COMPANY, NA soley in its capacity as OWERS TRUSTEE 12/3/20 | 240.66 |
| 12/21/2020 | Process service - - Nationwide Process Service Inc Re: AMCK AVIATION HOLDINGS IRELAND LIMITED 12/1/20 | 240.39 |
| 12/21/2020 | Process service - - Nationwide Process Service Inc Re: UMB BANK, N.A. soley in its capacity as OWNER TRUSTEE 12/2/20 | 281.33 |
|  | Messenger and courier service | 163.92 |

| TOTAL COSTS ADVANCED | $ 14,108.80 |
| --- | --- |

**Exhibit 2**
**Page 22 of 251**

Our File:  022510.000155                                            Page:  4

Frontier Airlines, Inc.                                      January 25, 2021


## RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Hosenpud | 15.90 | 616.50 | 9,802.35 |
| P. Lambert | 1.70 | 625.00 | 1,062.50 |
| P. Hawkes | 0.60 | 544.50 | 326.70 |
| Q. Miao | 9.60 | 432.00 | 4,147.20 |
| D. Deibele | 0.80 | 333.00 | 266.40 |
| Total all Timekeepers | 28.60 | | 15,605.15 |

TOTAL THIS INVOICE                                              $29,713.95

**Exhibit 2**
**Page 23 of 251**



*Wire Transfer Information:*
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

*Pay by e-Check, Visa, or MC:*
*Use pay my bill*
*link at lanepowell.com or call*
*(206) 223-6288*

*Remit Payments To:*

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.
Attn Accounts Payable
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com

February 20, 2021
Invoice No.  3844786

Matter:   022510.000155

AMCK Aviation Dispute

Summary of Account

CURRENT CHARGES - see attached                              $17,162.63

PREVIOUS BALANCE as of January 25, 2021               $49,952.10

LESS PAYMENTS RECEIVED                                         ($20,238.15)

TOTAL AMOUNT DUE                                                    $46,876.58

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

⬥ **Anchorage** *(907) 277-9511*   ⬥ **Portland** *(503) 778-2100*   ⬥ **Seattle** *(206) 223-7000*

*For Our Current Seminars and Other Events, Visit* **lanepowell.com** *and Click on* **News & Events**

**Exhibit 2**
**Page 24 of 251**

**LANE POWELL**

*Wire Transfer Information:*
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

*Pay by e-Check, Visa, or MC:*
*Use pay my bill*
*link at lanepowell.com or call*
*(206) 223-6288*

Remit Payments To:

P.O. Box 91302
Seattle, WA
98111-9402
Attn Cash Receipts
Fax: (206) 223-7107

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                          February 20, 2021
Attn Accounts Payable                               Invoice No.  3844786
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com

FOR PROFESSIONAL SERVICES RENDERED THROUGH  01/31/21

Matter:   022510.000155

AMCK Aviation Dispute

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 01/04/2021 | D. Hosenpud | Review court scheduling order and individual practices | 0.30 |
| 01/05/2021 | P. Lambert | Telephone call with R. Fanning; email to D. Hosenpud re AMCK litigation | 0.30 |
| 01/06/2021 | P. Lambert | Emails to H. Diamond and D. Hosenpud; call with R. Fanning re AMCK litigation | 0.40 |
| REDACTED | | | |
| 01/06/2021 | S. Molinoff | Telephone conference with D. Hosenpud re case materials | 0.70 |
| 01/07/2021 | P. Lambert | Telephone call with R. Fanning; email to H. Diamond re AMCK litigation | 0.50 |
| 01/08/2021 | S. Molinoff | Review complaint | 1.60 |
| 01/11/2021 | S. Molinoff | Review framework agreement and lease agreement | 5.00 |
| 01/18/2021 | S. Molinoff | Conduct legal research re waiver of rights under contract | 0.40 |
| 01/19/2021 | S. Molinoff | Conduct legal research on contract claim | 0.30 |
| 01/21/2021 | S. Molinoff | Conduct legal research on contract claim; telephone conference with D. Hosenpud re same | 3.80 |

**Exhibit 2**
**Page 25 of 251**

Our File:  022510.000155                                                      Page:  2

Frontier Airlines, Inc.                                          February 20, 2021

| 01/22/2021 | S. Molinoff | Conduct legal research on contract claim | 0.60 |
| 01/24/2021 | D. Deibele | Respond to D. Hosenpud e-mail re telephone collection | 0.10 |
| 01/25/2021 | D. Deibele | E-mail exchange with Lighthouse re collecting cell telephone | 0.10 |
| 01/26/2021 | P. Lambert | Review correspondence from Wells Fargo; conference call with D. Hosenpud re AMCK litigation | 0.90 |
| 01/26/2021 | Q. Miao | Confer with P. Lambert, D. Hosenpud re litigation strategy, etc.; conduct research on the claims on Wells Fargo as OT, additional claims, case regarding fraud/negligent mis presentation; email exchange with D. Hosenpud re the same | 5.30 |
| 01/27/2021 | S. Molinoff | Conduct legal research on opposition motion | 3.80 |
| 01/27/2021 | D. Deibele | Telephone conference with D. Hosenpud re cell phone collection; e-mail exchange with Lighthouse re same | 0.30 |
| 01/28/2021 | P. Lambert | Email to D. Hosenpud re AMCK litigation | 0.20 |
| 01/28/2021 | S. Molinoff | Conduct legal research on opposition motion | 7.10 |
| 01/28/2021 | D. Deibele | Telephone conference with K. Beatty and S. Hanson re cell phone collection process; e-mail D. Hosenpud re same | 0.40 |
| 01/29/2021 | D. Hosenpud | Review legal analysis regarding AMCK waiver of payment deadlines giving rise to alleged default (.4); review motion to dismiss and analyze arguments. (.5); correspondence with R. Fanning re collection of cell phone text messages (.1) | 1.00 |
| 01/29/2021 | P. Lambert | Review motion filed by AMCK | 0.60 |
| 01/29/2021 | S. Molinoff | Draft memorandum on legal research on opposition motion | 1.70 |
| 01/29/2021 | D. Deibele | Coordinate collection of R. Fanning cell phone | 0.20 |
| 01/30/2021 | S. Molinoff | Draft opposition motion | 2.00 |
| 01/31/2021 | S. Molinoff | Draft opposition motion | 3.20 |

TOTAL HOURS      41.00

**Exhibit 2**
**Page 26 of 251**

Our File:  022510.000155                                                                Page:  3

Frontier Airlines, Inc.                                                        February 20, 2021


OUR FEE                                                                              $17,117.00

COSTS ADVANCED

REDACTED

TOTAL COSTS ADVANCED                                                              REDACTED

## RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Hosenpud | 1.30 | 648.00 | 842.40 |
| P. Lambert | 2.90 | 625.00 | 1,812.50 |
| Q. Miao | 5.50 | 459.00 | 2,524.50 |
| S. Molinoff | 30.20 | 382.50 | 11,551.50 |
| D. Deibele | 1.10 | 351.00 | 386.10 |
| | | | |
| Total all Timekeepers | 41.00 | | 17,117.00 |


TOTAL THIS INVOICE                                                                  $17,162.63

**Exhibit 2**
**Page 27 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
Use **pay my bill**
 link at lanepowell.com or call
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                              March 29, 2021
Attn Accounts Payable                                      Invoice No.  3847212
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H


Matter:   022510.000155

AMCK Aviation Dispute


<u>Summary of Account</u>


CURRENT CHARGES - see attached                           $45,220.77

PREVIOUS BALANCE as of February 20, 2021                 $46,876.58

TOTAL AMOUNT DUE                                         $92,097.35


**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**


*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*


♦ **Anchorage** (907) 277-9511  ♦ **Portland** (503) 778-2100 ♦ **Seattle** (206) 223-7000


*For Our Current Seminars and Other Events, Visit <u>lanepowell.com</u> and Click on <u>News & Events</u>*


**Exhibit 2**
**Page 28 of 251**

# LANE POWELL

**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.*  Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
Use **pay my bill**
 link at lanepowell.com or call
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                      March 29, 2021
Attn Accounts Payable                               Invoice No.  3847212
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

FOR PROFESSIONAL SERVICES RENDERED THROUGH  02/28/21

Matter:  022510.000155

AMCK Aviation Dispute

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/01/2021 | S. Molinoff | Draft opposition motion | 6.30 |
| 02/02/2021 | S. Molinoff | Draft opposition motion | 4.80 |
| 02/03/2021 | D. Hosenpud | Preliminary review draft opposition to motion to dismiss | 1.10 |
| REDACTED | | | |
| 02/03/2021 | S. Molinoff | Draft opposition brief; telephone conference with D. Hosenpud re same | 5.60 |
| 02/04/2021 | Q. Miao | Revise and annotate the response to motion for partial dismissal | 6.40 |
| 02/04/2021 | S. Molinoff | Revise opposition motion; email with D. Hosenpud re same | 2.70 |
| 02/05/2021 | D. Hosenpud | Analysis of case law and review of all operative agreements to support response to motion to dismiss | 5.50 |
| 02/05/2021 | P. Lambert | Telephone call with H. Diamond and D. Hosenpud re AMCK litigation status and opposition brief; review pleadings | 0.80 |

**Exhibit 2**
**Page 29 of 251**

Our File:  022510.000155                                                                    Page:  2

Frontier Airlines, Inc.                                                          March 29, 2021

| 02/05/2021 | Q. Miao | Confer with D. Hosenpud re: motion to dismiss response strategy and theories; conduct further research on theories to hold a non-party liable under a contract; email exchanges with D. Hosenpud re: the same | 2.50 |
|---|---|---|---|
| 02/07/2021 | D. Hosenpud | Revise response to motion to dismiss. | 2.70 |
| 02/07/2021 | S. Molinoff | Revise opposition brief | 0.40 |
| 02/08/2021 | D. Hosenpud | Telephone conference with opposing counsel re extension of deadline to respond to motion to dismiss. | 0.30 |
| 02/08/2021 | P. Hawkes | Review complaint and motion to dismiss in preparation for telephone call with opposing counsel (0.8); telephone conference with opposing counsel re scheduling issues (0.3); telephone conference with D. Hosenpud re procedural issues re motion to dismiss and amendment of complaint (0.2) | 1.30 |
| 02/08/2021 | S. Molinoff | Review edits to opposition brief; revise same | 4.60 |
| 02/09/2021 | D. Hosenpud | Draft motion to extend deadlines for opposition to motion to dismiss (.3); review and revise opposition brief (.7) | 1.00 |
| 02/09/2021 | Q. Miao | Continue to revise the response to motion of partial dismissal | 3.40 |
| 02/09/2021 | S. Molinoff | Email and teleconference with D. Hosenpud and Q. Miao re opposition brief | 0.80 |
| 02/10/2021 | D. Hosenpud | Prepare letter motion for extension of deadlines (.4); further revisions to opposition to motion to dismiss (2.1) | 2.50 |
| 02/10/2021 | Q. Miao | Confer with D. Hosenpud et al. re: response strategies and legal theories | 1.00 |
| 02/10/2021 | S. Molinoff | Teleconference with D. Hosenpud and Q. Miao re opposition brief; conduct legal research re same | 1.60 |
| 02/12/2021 | P. Lambert | Email to H. Diamond re AMCK litigation; email to D. Hosenpud | 0.20 |
| 02/15/2021 | P. Lambert | Email update to H. Diamond; email to D. Hosenpud re AMCK matter | 0.20 |
| 02/16/2021 | S. Molinoff | Revise opposition brief | 3.00 |
| 02/17/2021 | Q. Miao | Continue to revise and annotate the motion response; conduct further research on the covenant of good | 3.90 |

**Exhibit 2**
**Page 30 of 251**

Our File: 022510.000155                                                          Page: 3

Frontier Airlines, Inc.                                                March 29, 2021

faith and fair dealing claim

| | | | |
|---|---|---|---|
| 02/17/2021 | S. Molinoff | Email with D. Hosenpud and Q. Miao re opposition draft | 0.10 |
| 02/18/2021 | D. Hosenpud | Further revisions to opposition to motion to dismiss. | 1.80 |
| REDACTED | | | |
| 02/18/2021 | Q. Miao | Continue to revise and annotate the motion response; conduct further research on anticipatory breach and quiet enjoyment covenant | 2.50 |
| 02/18/2021 | S. Molinoff | Review edits to opposition brief | 0.20 |
| 02/19/2021 | D. Hosenpud | Audit letter response | 0.50 |
| 02/19/2021 | P. Lambert | Work on reply brief; email to D. Hosenpud | 0.80 |
| 02/19/2021 | S. Molinoff | Revise opposition motion (2.0); telephone conference with D. Hosenpud and Q. Miao re same (0.1) | 2.10 |
| 02/21/2021 | S. Molinoff | Revise opposition motion | 4.70 |
| 02/22/2021 | D. Hosenpud | Review of next draft of opposition to MTD for final comments/edits | 1.10 |
| 02/22/2021 | P. Lambert | Email to D. Hosenpud; telephone call with Q. Miao; review revised reply brief | 0.80 |
| 02/22/2021 | Q. Miao | Continue to revise and annotate the motion response; conduct further research on motion to dismiss standard, etc. | 1.60 |
| 02/22/2021 | S. Molinoff | Revise opposition brief (2.0); email with D. Hosenpud and Q. Miao re same (0.2) | 2.20 |
| 02/23/2021 | D. Hosenpud | Discussion re final revisions to opposition to MTD. | 0.80 |
| 02/23/2021 | P. Lambert | Review opposition brief | 0.90 |
| 02/23/2021 | Q. Miao | Confer with D. Hosenpud et al. re: motion response and revisions; review H. Diamond's edits | 1.10 |
| 02/23/2021 | S. Molinoff | Revise opposition brief | 1.30 |
| 02/24/2021 | D. Hosenpud | Telephone conference with Sharaf re argument in opposition to partial motion to dismiss (.2); analysis of information re cure payment timing and favorable inferences for case (.2); revise opposition to partial motion to dismiss (.4) | 0.40 |
| 02/24/2021 | P. Lambert | Telephone call with D. Hosenpud re reply memorandum | 0.80 |

**Exhibit 2**
**Page 31 of 251**

Our File:  022510.000155                                                          Page:  4

Frontier Airlines, Inc.                                                    March 29, 2021

| 02/24/2021 | Q. Miao | Confer with D. Hosenpud et al. re: motion response and revisions; review H. Diamond's edits | 0.90 |
| 02/24/2021 | S. Molinoff | Revise opposition brief and telephone conference with D. Hosenpud and Q. Miao re same | 1.40 |
| 02/25/2021 | Q. Miao | Revise and review motion response filing | 0.30 |
| 02/25/2021 | S. Molinoff | Revise opposition brief and email and telephone correspondence with D. Hosenpud and Q. Miao re same | 3.10 |
| 02/26/2021 | S. Molinoff | Email and teleconference with D. Hosenpud and T. Garcia re finalizing opposition motion | 0.90 |
| 02/26/2021 | K. Crane | Review requested brief cites with Drafting Assistant and obtain a Westcheck report for cite checking for T. Garcia | 0.50 |

TOTAL HOURS                                                        95.90


OUR FEE                                                            $44,750.70


COSTS ADVANCED

Court Document Charge                                                16.20
Lumos Discovery Svcs, a Division of LP                              453.87

TOTAL COSTS ADVANCED                                              $ 470.07

RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Hosenpud | 17.70 | 648.00 | 11,469.60 |
| P. Lambert | 5.40 | 625.00 | 3,375.00 |
| P. Hawkes | 1.30 | 553.50 | 719.55 |
| Q. Miao | 25.20 | 459.00 | 11,566.80 |
| S. Molinoff | 45.80 | 382.50 | 17,518.50 |
| K. Crane | 0.50 | 202.50 | 101.25 |
| Total all Timekeepers | 95.90 | | 44,750.70 |

**Exhibit 2**
**Page 32 of 251**

Our File:  022510.000155                                                    Page:  5

Frontier Airlines, Inc.                                              March 29, 2021


TOTAL THIS INVOICE                                                    $45,220.77

**Exhibit 2**
**Page 33 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill***
*link at lanepowell.com or call*
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                                 May 26, 2021
Attn Accounts Payable                                    Invoice No.  3851733
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

Matter:   022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

| | |
|---|---|
| CURRENT CHARGES - see attached | $3,501.83 |
| PREVIOUS BALANCE as of March 29, 2021 | $92,097.35 |
| LESS PAYMENTS RECEIVED | ($46,876.58) |
| TOTAL AMOUNT DUE | $48,722.60 |

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

◆ **Anchorage** *(907) 277-9511* ◆ **Portland** *(503) 778-2100* ◆ **Seattle** *(206) 223-7000*

*For Our Current Seminars and Other Events, Visit <u>lanepowell.com</u> and Click on <u>News & Events</u>*

**Exhibit 2**
**Page 34 of 251**

**LANE POWELL**

*Wire Transfer Information:*
*Wells Fargo Bank*
*ABA no. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

*Pay by e-Check, Visa, or MC:*
*Use pay my bill*
*link at lanepowell.com or call*
*(206) 223-6288*

*Remit Payments To:*

P.O. Box 91302
Seattle, WA
98111-9402
Attn  Cash Receipts
Fax: (206) 223-7107

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                          May 26, 2021
Attn Accounts Payable                                  Invoice No.  3851733
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

FOR PROFESSIONAL SERVICES RENDERED THROUGH  04/30/21

Matter:   022510.000155

AMCK Aviation Dispute

| REDACTED | | | |
|---|---|---|---|
| 03/12/2021 | S. Molinoff | Review reply brief | 0.20 |
| 03/12/2021 | J. Johnson | Using Westlaw, download full text of cases cited in briefs, for T. Garcia | 1.00 |
| 03/15/2021 | D. Hosenpud | Review Reply; email client re same. | 0.30 |
| 03/15/2021 | P. Lambert | Review pleadings; email to D. Hosenpud | 0.80 |
| 03/15/2021 | S. Molinoff | Email and telephone conference with D. Hosenpud re reply motion | 0.40 |
| REDACTED | | | |
| 03/19/2021 | S. Molinoff | Review local and individual rules for upcoming deadlines and discovery conferences (0.5); email with D. Hosenpud re same (0.1) | 0.60 |
| 03/23/2021 | P. Lambert | Review correspondence and pleadings | 0.70 |
| 03/30/2021 | S. Molinoff | Email correspondence with Q. Miao re good faith claim | 0.10 |

TOTAL HOURS                                      5.00

**Exhibit 2**

Our File:  022510.000155                                          Page:  2

Frontier Airlines, Inc.                                          May 26, 2021


OUR FEE                                                          $2,394.15


COSTS ADVANCED

| | | |
|---|---|---|
| 11/25/2020 | Filing fee - FF - COURTS/USDC-OR - Pro hac vice admission to SDNY - Merchant category code: 9399 | 19.00 |
| 03/24/2021 | Professional services - - BINDER & SCHWARTZ LLP | 977.50 |
| | Court Document Charge | 34.00 |
| | Messenger and courier service | 77.18 |

TOTAL COSTS ADVANCED                                          $ 1,107.68


### RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Hosenpud | 0.30 | 648.00 | 194.40 |
| P. Lambert | 2.40 | 625.00 | 1,500.00 |
| S. Molinoff | 1.30 | 382.50 | 497.25 |
| J. Johnson | 1.00 | 202.50 | 202.50 |
| Total all Timekeepers | 5.00 | | 2,394.15 |


TOTAL THIS INVOICE                                              $3,501.83


**Exhibit 2**
**Page 36 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill***
*link at lanepowell.com or call*
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.  
Attn Accounts Payable  
4545 Airport Way  
Denver CO  80239  
Via email: APinvoices@flyfrontier.com  
Department #762520-105-40000H

June 29, 2021  
Invoice No.  3854037

Matter:   022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

| | |
|---|---|
| CURRENT CHARGES - see attached | $4,369.20 |
| PREVIOUS BALANCE as of May 26, 2021 | $48,722.60 |
| TOTAL AMOUNT DUE | $53,091.80 |

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*  
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

◆ **Anchorage** *(907) 277-9511*   ◆ **Portland** *(503) 778-2100*  ◆ **Seattle** *(206) 223-7000*

*For Our Current Seminars and Other Events, Visit <u>lanepowell.com</u> and Click on <u>News & Events</u>*

**Exhibit 2**
**Page 37 of 251**

**LANE POWELL**

_Wire Transfer Information:_
_Wells Fargo Bank_
_ABA No. 121000248_
_Account No._ Redacted
_Swift Code: WFBIUS6S_

_Pay by e-Check, Visa, or MC:_
_Use **pay my bill**_
_link at lanepowell.com or call_
_(206) 223-6288_

_Remit Payments To:_

_P.O. Box 91302_
_Seattle, WA_
_98111-9402_
_Attn  Cash Receipts_
_Fax: (206) 223-7107_

_Identification No. 20-2071651_

Frontier Airlines, Inc.                                          June 29, 2021
Attn Accounts Payable                                    Invoice No.  3854037
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

FOR PROFESSIONAL SERVICES RENDERED THROUGH  05/31/21

Matter:  022510.000155

AMCK Aviation Dispute

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 05/05/2021 | P. Lambert | Review order; email to D. Hosenpud; call with R. Fanning | 0.40 |
| 05/05/2021 | Q. Miao | Review the order denying the motion to dismiss | 0.30 |
| 05/05/2021 | S. Molinoff | Review order denying motion to dismiss | 0.20 |
| 05/05/2021 | S. Molinoff | Email with D. Hosenpud re Rule 26 conference | 0.10 |
| 05/06/2021 | S. Molinoff | Email and telephone conference with D. Hosenpud and defendants' counsel re Rule 26 conference | 0.20 |
| 05/10/2021 | P. Lambert | Email to D. Hosenpud re discovery issues | 0.20 |
| 05/10/2021 | S. Molinoff | Email with D. Hosenpud re Rule 26 conference | 0.10 |
| 05/10/2021 | S. Molinoff | Email and telephone conference with D. Hosenpud re Rule 26 conference | 1.00 |
| 05/12/2021 | D. Hosenpud | Prepare for and conduct Rule 25(f) conference. | 1.60 |
| 05/12/2021 | S. Molinoff | Telephone conference with D. Hosenpud re Rule 26 conference | 0.60 |
| 05/12/2021 | S. Molinoff | Teleconference with D. Hosenpud and defendants' counsel re discovery and Rule 26(f) conferral | 1.00 |
| 05/17/2021 | K. Dunn | Locate resources on cross-border litigation and discovery, including discovery under the EU General Data Protection Regulation, for D. Deibele | 1.00 |

**Exhibit 2**
**Page 38 of 251**

Our File:  022510.000155                                                    Page:  2

Frontier Airlines, Inc.                                                     June 29, 2021

| 05/19/2021 | S. Molinoff | Email and telephone conference with D. Hosenpud re answers to complaint | 0.40 |
| 05/21/2021 | P. Lambert | Email to D. Hosenpud re AMCK status and discovery issues | 0.20 |
| 05/21/2021 | S. Molinoff | Review answers to complaint | 0.10 |
| 05/24/2021 | D. Hosenpud | Prepare proposed case discovery/expert discovery deadlines for case. | 0.50 |
| 05/24/2021 | S. Molinoff | Email with D. Hosenpud re proposed deadlines | 0.20 |
| 05/25/2021 | S. Molinoff | Review proposed schedule for discovery deadlines | 0.10 |
| 05/30/2021 | S. Molinoff | Review answer and counterclaims in preparation for drafting answer | 0.20 |

TOTAL HOURS        8.40

OUR FEE                                                                     $3,807.50

COSTS ADVANCED

| 05/24/2021 | Professional services - - BINDER & SCHWARTZ LLP rendered through 03/31/2021 | 561.00 |
| | Court Document Charge | 0.70 |

TOTAL COSTS ADVANCED                                                        $ 561.70

RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Hosenpud | 2.10 | 648.00 | 1,360.80 |
| P. Lambert | 0.80 | 625.00 | 500.00 |
| Q. Miao | 0.30 | 459.00 | 137.70 |
| S. Molinoff | 4.20 | 382.50 | 1,606.50 |
| K. Dunn | 1.00 | 202.50 | 202.50 |
| Total all Timekeepers | 8.40 | | 3,807.50 |

**Exhibit 2**
**Page 39 of 251**

Our File:  022510.000155                                                              Page:  3

Frontier Airlines, Inc.                                                          June 29, 2021


TOTAL THIS INVOICE                                                                $4,369.20

**Exhibit 2**
**Page 40 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
Use **pay my bill**
 link at lanepowell.com or call
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                        July 31, 2021
Attn Accounts Payable                              Invoice No.  3856234
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

Matter:   022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

CURRENT CHARGES - see attached                          $21,595.89

PREVIOUS BALANCE as of June 29, 2021                   $53,091.80

LESS PAYMENTS RECEIVED                                ($45,220.77)

TOTAL AMOUNT DUE                                        $29,466.92

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

⬧ **Anchorage** *(907) 277-9511* ⬧ **Portland** *(503) 778-2100* ⬧ **Seattle** *(206) 223-7000*

*For Our Current Seminars and Other Events, Visit <u>lanepowell.com</u> and Click on <u>News & Events</u>*

**Exhibit 2**
**Page 41 of 251**

**LANE POWELL**

**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill***
*link at lanepowell.com or call*
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                    July 31, 2021
Attn Accounts Payable                              Invoice No.  3856234
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H


FOR PROFESSIONAL SERVICES RENDERED THROUGH  06/30/21


Matter:  022510.000155

AMCK Aviation Dispute


| 06/01/2021 | S. Molinoff | Draft notice of withdrawal and answer to counterclaim | 1.60 |
|---|---|---|---|
| 06/02/2021 | D. Hosenpud | Review and revise answer to counterclaim | 0.80 |
| REDACTED | | | |
| 06/02/2021 | Q. Miao | Confer with P. Lambert re the deferral request letter; review files | 0.30 |
| 06/02/2021 | S. Molinoff | Revise answer to counterclaim; telephone conference with D. Hosenpud re same | 1.20 |
| 06/02/2021 | J. Johnson | Using PACER, find example of motion for withdrawal of an attorney including accompanying declaration in the Southern district of New York, for S. Dubrule | 0.50 |
| 06/03/2021 | S. Molinoff | Revise answer to counterclaim | 0.70 |
| 06/04/2021 | D. Hosenpud | Review court order regarding rule 16 conference (.7); analysis of potential expert and field of expertise for case (.5); review and correspondence with Sharath re additional email data re payment reminders from AMCK to show course of dealing (.3); review revised answer (.4) | 1.80 |
| 06/04/2021 | Q. Miao | Review answer and counterclaims; verify the factual | 3.70 |

**Exhibit 2**
**Page 42 of 251**

Our File:  022510.000155                                                                 Page:  2

Frontier Airlines, Inc.                                                              July 31, 2021

|  |  |  |  |
|---|---|---|---|
|  |  | assertions; email exchanges with S. Molinoff re factual assertions, accuracy and suggested response; confer with D. Hosenpud re expert witness topics and potential experts |  |
| 06/04/2021 | S. Molinoff | Revise answer to counterclaim; email with D. Hosenpud resame | 3.30 |
| 06/07/2021 | D. Hosenpud | Revise Answer to Counterclaim (.8); analysis of potential expert topics (.3) | 1.10 |
| 06/07/2021 | P. Lambert | Calls with D. Hosenpud; call with S. Thwaytes re experts in AMCK case | 0.60 |
| 06/07/2021 | S. Molinoff | Revise answer to counterclaim; email with D. Hosenpud re same | 1.00 |
| 06/08/2021 | D. Hosenpud | Final edits to answer to defendants' counterclaim | 0.50 |
| 06/08/2021 | Q. Miao | Review and revise Frontier's answer to the counterclaims; confer with S. Molinoff, et al. re factual assertions, accuracy and suggested response | 1.50 |
| 06/08/2021 | S. Molinoff | Revise answer to counterclaim; email and telephone conference with D. Hosenpud and Q. Miao re same | 1.60 |
| 06/09/2021 | D. Hosenpud | Correspondence with client re case status | 0.20 |
| 06/09/2021 | P. Lambert | Call with D. Hosenpud; email to S. Thwaytes re AMCK case | 0.40 |
| 06/09/2021 | S. Molinoff | Finalize answer to counterclaim; telephone conference with Q. Miao re docusigning | 0.20 |
| 06/11/2021 | D. Hosenpud | Analysis of potential experts (.4); review expert qualifications and contact the same (1.0) | 1.40 |
| 06/11/2021 | P. Lambert | Calls with D. Hosenpud and S. Thwaytes re AMCK case | 0.40 |
| 06/11/2021 | S. Molinoff | Email correspondence with D. Hosenpud re initial disclosures | 0.10 |
| 06/14/2021 | D. Hosenpud | Interview Tom Weir to potentially retain him as expert | 0.80 |
| 06/14/2021 | P. Lambert | Conference call with J. Weir and D. Hosenpud re expert witness testimony | 1.00 |
| 06/15/2021 | D. Hosenpud | Review and analysis of initial disclosures (.5); correspondence with opposing counsel re case deadlines and extending the date for initial disclosures (.2) | 0.70 |

**Exhibit 2**
**Page 43 of 251**

Our File:  022510.000155                                                          Page:  3

Frontier Airlines, Inc.                                                      July 31, 2021

| 06/15/2021 | S. Molinoff | Draft initial disclosures (1.4); email and telephone conference with D. Hosenpud re same (.4) | 1.80 |
|---|---|---|---|
| 06/16/2021 | D. Hosenpud | Work on initial disclosures | 0.90 |
| 06/16/2021 | Q. Miao | Email exchange with D. Hosenpud re initial disclosure and identity of the potential witnesses | 0.30 |
| 06/16/2021 | S. Molinoff | Revise scheduling order and initial disclosures; email with D. Hosenpud and Q. Miao re same | 1.10 |
| 06/18/2021 | P. Lambert | Email to H. Diamond and S. Thwaytes | 0.20 |
| 06/21/2021 | D. Hosenpud | Correspondence with H. Diamond re expert communications | 0.20 |
| 06/22/2021 | D. Hosenpud | Review and revise joint proposed scheduling order (.4); telephone conference with expert (.5) | 0.90 |
| 06/22/2021 | S. Molinoff | Revise and finalize proposed scheduling order and initial disclosures | 1.30 |
| 06/23/2021 | D. Hosenpud | Revise concise statement of issues in draft Joint Scheduling Order (.7); correspondence with opposing counsel re Joint Scheduling Order (.1) | 0.80 |
| 06/23/2021 | S. Molinoff | Revise initial disclosures | 0.70 |
| 06/24/2021 | S. Molinoff | Email with D. Hosenpud re initial disclosures | 0.10 |
| 06/25/2021 | S. Molinoff | Revise pretrial scheduling order | 0.60 |
| 06/28/2021 | D. Hosenpud | Review AMCK revisions to Joint scheduling order; revise same | 1.20 |
| 06/28/2021 | P. Lambert | Call with R. Fanning; call with D. Hosenpud and S. Bindu; email to D. Hosenpud | 0.50 |
| 06/28/2021 | Q. Miao | Confer with D. Hosenpud re the date of execution of the Framework Agreement | 0.20 |
| 06/28/2021 | S. Molinoff | Review exemplar pretrial orders in cases before Judge Stanton and revise pretrial order | 1.50 |
| 06/28/2021 | K. Crane | Search for proposed joint scheduling orders before Judge Stantion in SDNY with Westlaw Dockets, Litigation Analytics and Pacer for S. Molinoff | 0.40 |
| 06/29/2021 | D. Hosenpud | Correspondence with opposing counsel re Joint Scheduling Order | 0.10 |
| 06/29/2021 | P. Lambert | Calls with R. Fanning; emails to H. Diamond and D. Hosenpud re AMCK case | 0.60 |
| 06/29/2021 | S. Molinoff | Review defendants' initial disclosures | 0.10 |

**Exhibit 2**
**Page 44 of 251**

Our File: 022510.000155                                                Page: 4

Frontier Airlines, Inc.                                              July 31, 2021

| 06/30/2021 | D. Hosenpud | Conference call re strategy to respond to AMCK CFO text message(.5); further analysis re evidentiary use of text message (.1); telephone conference with expert Tom Weir re areas of testimony (.9); review revisions to Joint Scheduling order and propose additional edits (.2) | 1.70 |
| 06/30/2021 | P. Lambert | Call with J. Dempsey, H. Diamond, D. Hosenpud and R. Fanning | 1.00 |
| 06/30/2021 | S. Molinoff | Review opposing counsel's revisions to pretrial order | 0.80 |

TOTAL HOURS 42.80

OUR FEE                                                            $21,382.80

COSTS ADVANCED

| 12/09/2020 | Filing fee -  COURTS/USDC-NY-S - David Hosenpud's pro hac vice application | 200.00 |
| | Court Document Charge | 13.09 |

TOTAL COSTS ADVANCED                                              $ 213.09

### RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Hosenpud | 13.10 | 648.00 | 8,488.80 |
| P. Lambert | 5.10 | 625.00 | 3,187.50 |
| Q. Miao | 6.00 | 459.00 | 2,754.00 |
| S. Molinoff | 17.70 | 382.50 | 6,770.25 |
| K. Crane | 0.40 | 202.50 | 81.00 |
| J. Johnson | 0.50 | 202.50 | 101.25 |
| Total all Timekeepers | 42.80 | | 21,382.80 |

TOTAL THIS INVOICE                                                $21,595.89

**Exhibit 2**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill***
*link at lanepowell.com or call*
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.
Attn Accounts Payable
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

August 31, 2021
Invoice No.  3858392

Matter:  022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

| | |
|---|---|
| CURRENT CHARGES - see attached | $19,558.65 |
| PREVIOUS BALANCE as of July 31, 2021 | $29,466.92 |
| TOTAL AMOUNT DUE | $49,025.57 |

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

◆ **Anchorage** *(907) 277-9511*  ◆ **Portland** *(503) 778-2100*  ◆ **Seattle** *(206) 223-7000*

*For Our Current Seminars and Other Events, Visit **lanepowell.com** and Click on **News & Events***

**Exhibit 2**
**Page 46 of 251**

**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use* **pay my bill**
 *link at lanepowell.com or call*
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

# LANE POWELL

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                         August 31, 2021
Attn Accounts Payable                               Invoice No.  3858392
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

FOR PROFESSIONAL SERVICES RENDERED THROUGH  07/31/21

Matter:  022510.000155

AMCK Aviation Dispute

| | | | |
|---|---|---|---|
| 07/01/2021 | S. Molinoff | Email with D. Hosenpud re civil case status conference | 0.20 |
| 07/02/2021 | S. Molinoff | Review Judge Stanton's orders re civil case status conference | 0.20 |
| 07/06/2021 | Q. Miao | Review and analyze the 2020 Annual Report released by AMCK's parent company; email exchange with D. Hosenpud et al. re information of interest from the Annual Report | 1.20 |
| 07/07/2021 | D. Hosenpud | Review pleadings; prepare for status conference hearing; travel to status conference hearing | 7.90 |
| 07/09/2021 | D. Hosenpud | Prepare for and appear at Rule 16 conference hearing; meeting with opposing counsel re settlement discussions | 2.50 |
| 07/10/2021 | D. Hosenpud | Review pleadings and draft discovery documents; travel from NY; review subpoenas | 8.20 |
| 07/12/2021 | D. Hosenpud | Strategy re status conference and discovery to propound (.3); telephone conference with P. Lambert and R. Fanning re AMCK contact (.7) | 1.00 |
| 07/12/2021 | P. Lambert | Calls with H. Diamond and D. Hosenpud; conference; email to H. Diamond; telephone conference with R. Fanning and D. Hieu re AMCK | 0.80 |

**Exhibit 2**
**Page 47 of 251**

Our File:  022510.000155                                                                                   Page:  2

Frontier Airlines, Inc.                                                                            August 31, 2021

|            |              | settlement discussions | |
|------------|--------------|------------------------|------|
| 07/12/2021 | S. Molinoff  | Telephone conference with D. Hosenpud re civil case status conference and discovery requests | 0.40 |
| 07/12/2021 | S. Molinoff  | Email with D. Hosenpud re witness subpoenas | 0.10 |
| 07/13/2021 | S. Molinoff  | Review email correspondence with Q. Miao re AMCK report | 0.20 |
| 07/14/2021 | D. Hosenpud  | Correspondence with opposing counsel re discussions between clients; correspondence with client re same; analyze timing for and continue to prepare document discovery | 0.60 |
| 07/14/2021 | S. Molinoff  | Draft interrogatories and requests for production; review text message exchanges re rent deferrals | 3.00 |
| 07/15/2021 | S. Molinoff  | Revise interrogatories and requests for production; email correspondence with D. Hosenpud re same | 0.40 |
| 07/16/2021 | D. Hosenpud  | Final review of propounded discovery; correspondence with client re lack of response from opposing counsel re discussions between principals | 0.40 |
| 07/16/2021 | S. Molinoff  | Revise and finalize requests for production and interrogatories; serve requests for production and interrogatories | 1.20 |
| 07/23/2021 | D. Hosenpud  | Review AMCK's first RFP and First Set of Interrogatories (.7); correspondence with client re estimate of expert expense, propounded discovery, and gathering ESI (.3); correspondence with expert re topics for consideration and scheduling conference call re same (.2) | 1.20 |
| 07/23/2021 | S. Molinoff  | Email with LP team re discovery requests | 0.10 |
| 07/26/2021 | S. Molinoff  | Email with T. Garcia re interrogatory responses | 0.10 |
| 07/26/2021 | S. Molinoff  | Conduct legal research on overseas depositions | 0.30 |
| 07/27/2021 | S. Molinoff  | Review form interrogatory and document production responses | 0.20 |
| 07/28/2021 | S. Molinoff  | Conduct legal research on overseas depositions | 2.00 |
| 07/28/2021 | D. Deibele   | Review court's website; email S. Molinoff re SDNY discovery practices | 0.30 |
| 07/29/2021 | S. Molinoff  | Conduct legal research on Hague Convention and depositions; email with D. Hosenpud re same | 2.50 |
| 07/29/2021 | D. Deibele   | Confer with D. Hosenpud re discovery strategy, data | 0.30 |

**Exhibit 2**
**Page 48 of 251**

Our File:  022510.000155                                                Page:  3

Frontier Airlines, Inc.                                           August 31, 2021

to be collected; contact Lighthouse re its data security
standards and personnel in Denver

TOTAL HOURS                                        35.30

OUR FEE                                                        $19,557.05

COSTS ADVANCED

    Postage                                          1.60

TOTAL COSTS ADVANCED                                     $ 1.60

### RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Hosenpud | 21.80 | 648.00 | 14,126.40 |
| P. Lambert | 0.80 | 625.00 | 500.00 |
| Q. Miao | 1.20 | 459.00 | 550.80 |
| S. Molinoff | 10.90 | 382.50 | 4,169.25 |
| D. Deibele | 0.60 | 351.00 | 210.60 |
| Total all Timekeepers | 35.30 | | 19,557.05 |

TOTAL THIS INVOICE                                        $19,558.65

**Exhibit 2**
**Page 49 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill**
link at lanepowell.com or call
(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                       September 22, 2021
Attn Accounts Payable                                      Invoice No.  3859977
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

Matter:   022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

CURRENT CHARGES - see attached                              $19,735.10

PREVIOUS BALANCE as of August 31, 2021                     $49,025.57

LESS PAYMENTS RECEIVED                                     ($21,595.89)

TOTAL AMOUNT DUE                                            $47,164.78

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

⬩ **Anchorage** (907) 277-9511  ⬩ **Portland** (503) 778-2100 ⬩ **Seattle** (206) 223-7000

*For Our Current Seminars and Other Events, Visit <u>lanepowell.com</u> and Click on <u>News & Events</u>*

**Exhibit 2**
**Page 50 of 251**

*Wire Transfer Information:*
*Wells Fargo Bank*
*ABA No. 121000248*
Account No. Redacted
*Swift Code: WFBIUS6S*

*Pay by e-Check, Visa, or MC:*
*Use pay my bill*
*link at lanepowell.com or call*
*(206) 223-6288*

*Remit Payments To:*

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

**LANE POWELL**

Frontier Airlines, Inc.
Attn Accounts Payable
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

September 22, 2021
Invoice No.  3859977

FOR PROFESSIONAL SERVICES RENDERED THROUGH  08/31/21

Matter:  022510.000155

AMCK Aviation Dispute

REDACTED

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/02/2021 | S. Molinoff | Draft protective order; email with D. Hosenpud re protective order; email with deposition service companies re overseas depositions | 2.40 |
| 08/03/2021 | S. Molinoff | Review price estimates for overseas deposition services; email correspondence with overseas deposition service providers | 0.80 |
| 08/04/2021 | D. Hosenpud | Analysis of legal theory to compel CK Assets testimony based on its involvement in decision making regarding compliance with terms of 2020 Framework Agreement; review and revise protective order | 1.20 |
| 08/05/2021 | D. Hosenpud | Telephone conference with Consilio to discuss logistics for collection process and security protocols; correspondence with client re same | 0.60 |
| 08/05/2021 | S. Molinoff | Email with D. Hosenpud re setting up database | 0.10 |
| 08/05/2021 | D. Deibele | E-mail exchanges with E. Fiducia re data collection, security protocols; telephone conference with D. Hosenpud re vendor options; forward Lighthouse and Consilio information to D. Hosenpud | 0.50 |

**Exhibit 2**
**Page 51 of 251**

Our File: 022510.000155                                                              Page: 2

Frontier Airlines, Inc.                                            September 22, 2021

| 08/06/2021 | D. Hosenpud | Correspondence with ESI vendor and client CTO re coordinating ESI discovery | 0.20 |
|---|---|---|---|
| 08/06/2021 | S. Molinoff | Email with D. Hosenpud re document review database | 0.20 |
| 08/07/2021 | S. Molinoff | Email with D. Hosenpud re remote deposition service companies | 0.70 |
| 08/08/2021 | S. Molinoff | Draft responses to interrogatory requests | 1.10 |
| 08/09/2021 | D. Hosenpud | Review interrogatory responses (.4); telephone conference re e-discovery with Frontier and Consilio (1.1); analysis of discovery data to produce (.5) | 2.00 |
| 08/09/2021 | P. Lambert | Review file correspondence re discovery and issues; email to D. Hosenpud | 0.40 |
| 08/09/2021 | S. Molinoff | Video conference with database service providers; telephone conference with D. Hosenpud re data collection and discovery responses | 1.70 |
| 08/11/2021 | D. Hosenpud | Revise Protective Order (.2); telephone conference with R. Fanning re discovery (.4) | 0.60 |
| 08/11/2021 | P. Lambert | Telephone call with R. Fanning; email to D. Hosenpud; review file documents | 0.40 |
| 08/11/2021 | S. Molinoff | Revise protective order; email with D. Hosenpud re same | 0.40 |
| 08/13/2021 | D. Hosenpud | Correspondence with ESI vendor re data gathering time frame, and privilege communications | 0.30 |
| 08/13/2021 | Q. Miao | Email exchange with S. Moniloff re additional facts relating to the negotiations of LOI and the Framework Agreement | 0.20 |
| 08/13/2021 | S. Molinoff | Email with Q. Miao re letter of intent and damages question | 0.30 |
| 08/16/2021 | S. Molinoff | Review interrogatory responses | 0.10 |
| 08/16/2021 | D. Deibele | Email exchanges re vendor selection, contract re same | 0.20 |
| 08/17/2021 | D. Hosenpud | Analysis of responses to interrogatories | 0.60 |
| 08/17/2021 | S. Molinoff | Email and telephone conference with D. Hosenpud and Q. Miao re letter of intent and damages | 1.30 |
| 08/17/2021 | D. Deibele | Email exchanges re transfer of R. Fanning data | 0.60 |
| 08/18/2021 | D. Hosenpud | Analysis of responses to interrogatories (.5); review | 0.90 |

**Exhibit 2**
**Page 52 of 251**

Our File:  022510.000155                                                      Page:  3

Frontier Airlines, Inc.                                              September 22, 2021

| | | Consilio ESI contract and correspondence with Consilio re revisions (.2); correspondence with Consilio re ESI collection(.2) | |
|---|---|---|---|
| REDACTED | ▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓ |
| | | ▓▓▓▓▓▓ | |
| 08/18/2021 | Q. Miao | Email exchange with S. Moniloff re additional facts relating to the negotiations of LOI and the Framework Agreement | 1.20 |
| 08/18/2021 | S. Molinoff | Email and telephone conference with D. Hosenpud, Q. Miao, and P. Lambert re letter of intent and damages | 0.90 |
| 08/18/2021 | D. Deibele | Review client documents for ways to narrow the collection of historical documents; revise memo re proposed defensive discovery; forward same to D. Hosenpud and S. Moniloff for review and revision | 1.10 |
| 08/19/2021 | D. Hosenpud | Review and revise responses to defendants' first set of interrogatories and first RFP | 1.00 |
| 08/19/2021 | D. Hosenpud | Analysis of the scope of e-discovery and date ranges (.2); review and revise responses to AMCK's first request for production and first set of interrogatories (.6) | 0.80 |
| 08/19/2021 | Q. Miao | Conduct further research on "Lillian Kiang" per D. Hosenpud's inquiries | 0.50 |
| 08/19/2021 | S. Molinoff | Revise responses to requests for production and interrogatories; email with D. Hosenpud and Q. Miao re same | 4.10 |
| 08/20/2021 | D. Hosenpud | Review and revise responses to interrogatories and RFP; review proposed ESI data gathering and search protocol | 0.80 |
| 08/20/2021 | Q. Miao | Email exchange with S. Molinoff re other shareholders/executives of CK Assets; conduct further research re other executives that may be involved | 0.70 |
| 08/20/2021 | S. Molinoff | Revise interrogatory and discovery request responses; email and telephone conference with D. Hosenpud re same | 1.70 |
| 08/20/2021 | D. Deibele | Email exchange with D. Hosenpud re additional data sources to consider | 0.20 |
| 08/23/2021 | D. Hosenpud | Analysis of ESI discovery protocol and advise ESI vendor re same (,8); correspondence with Sharath re | 1.00 |

**Exhibit 2**
**Page 53 of 251**

Our File:  022510.000155                                                          Page:  4

Frontier Airlines, Inc.                                          September 22, 2021

|            |              | interrogatory verification (.1); telephone conference with H. Diamond REDACTED (.1) |       |
|------------|--------------|-----------------------------------------------------------------------------------|-------|
| 08/23/2021 | S. Molinoff  | Finalize and serve responses to interrogatories and document requests             | 0.70  |
| 08/23/2021 | D. Deibele   | Telephone conference with D. Hosenpud and S. Molinoff re discovery plan; forward ESI instructions and proposed production specifications to attorneys for review | 0.60  |
| 08/24/2021 | S. Molinoff  | Email with D. Deibele re database setup                                           | 0.10  |
| 08/24/2021 | D. Deibele   | Respond to Consilio questions re data processing, database access, etc.; forward proposed production specifications to Consilio for review; email S. Molinoff re same | 0.30  |
| 08/25/2021 | S. Molinoff  | Email correspondence with D. Hosenpud and D. Deibele re database and document collection | 0.20  |
| 08/25/2021 | D. Deibele   | Email exchanges with Consilio re database access; telephone conference with D. Hosenpud re R. Fanning text messages; briefly review Fanning text messages; follow up with Consilio re same | 0.90  |
| 08/27/2021 | D. Hosenpud  | Review Fanning text messages for production.                                      | 0.70  |
| 08/30/2021 | D. Hosenpud  | Telephone conference with Sharath re verification page and clarification of interrogatory response. | 0.20  |
| 08/30/2021 | S. Molinoff  | Email with D. Hosenpud and D. Deibele re document collection and review           | 0.10  |
| 08/30/2021 | D. Deibele   | Review email exchanges re ESI collection; email Xact/Consilio re reducing data; email exchanges re R. Fanning text message review | 0.60  |
| 08/31/2021 | D. Hosenpud  | Address matters relating to ESI discovery                                         | 0.80  |
| 08/31/2021 | P. Lambert   | Telephone call with D. Hosenpud re AMCF discovery                                  | 0.30  |
| 08/31/2021 | S. Molinoff  | Email with D. Deibele re text message review                                      | 0.30  |
| 08/31/2021 | D. Deibele   | Telephone conference with D. Hosenpud re discovery strategy; participate in telephone call with Consilio personnel re same; review R. Fanning text messages for production and information to be used to cull email data; prepare evidence log, cast of characters and begin work on search terms | 1.10  |

TOTAL HOURS                                   39.60

**Exhibit 2**
**Page 54 of 251**

Our File:  022510.000155                                                                Page:  5

Frontier Airlines, Inc.                                                      September 22, 2021


OUR FEE                                                                          $18,662.10


COSTS ADVANCED

    Court Document Charge                                                      0.50
    Lumos Discovery Svcs, a Division of LP                                  1,072.50

TOTAL COSTS ADVANCED                                                        $ 1,073.00


RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Hosenpud | 11.70 | 648.00 | 7,581.60 |
| P. Lambert | 1.50 | 625.00 | 937.50 |
| Q. Miao | 3.10 | 459.00 | 1,422.90 |
| S. Molinoff | 17.20 | 382.50 | 6,579.00 |
| D. Deibele | 6.10 | 351.00 | 2,141.10 |
| Total all Timekeepers | 39.60 | | 18,662.10 |


TOTAL THIS INVOICE                                                          $19,735.10


**Exhibit 2**
**Page 55 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use* **pay my bill**
*link at lanepowell.com or call*
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.
Attn Accounts Payable
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

October 20, 2021
Invoice No.  3861693

Matter:   022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

| | |
|---|---:|
| CURRENT CHARGES - see attached | $5,076.46 |
| PREVIOUS BALANCE as of September 22, 2021 | $47,164.78 |
| LESS PAYMENTS RECEIVED | ($47,164.78) |
| TOTAL AMOUNT DUE | $5,076.46 |

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

⬥ **Anchorage** *(907) 277-9511*  ⬥ **Portland** *(503) 778-2100*  ⬥ **Seattle** *(206) 223-7000*

*For Our Current Seminars and Other Events, Visit* <u>lanepowell.com</u> *and Click on* <u>News & Events</u>

**Exhibit 2**
**Page 56 of 251**

# LANE POWELL

**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use pay my bill*
*link at lanepowell.com or call*
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                     October 20, 2021
Attn Accounts Payable                               Invoice No.  3861693
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H


FOR PROFESSIONAL SERVICES RENDERED THROUGH  09/30/21



Matter:  022510.000155

AMCK Aviation Dispute


| | | | |
|---|---|---|---|
| 09/02/2021 | S. Molinoff | Email with D. Hosenpud and D. Deibele re database and document review | 0.10 |
| 09/02/2021 | D. Deibele | Email Consilio team re upcoming production, guidance re tagging preferences; forward chat summary and sentence text messages to D. Hosenpud for guidance and decision re production | 0.40 |
| 09/06/2021 | D. Deibele | Follow up with D. Hosenpud and Consilio re upcoming production | 0.20 |
| 09/07/2021 | P. Lambert | Telephone calls with R. Fanning re Amck Litigation; email to D. Hosenpud | 0.40 |
| 09/07/2021 | D. Deibele | Prepare documents for production; email exchanges with Consilio re upcoming production, tagging preferences, etc.; revise and forward production specifications | 0.30 |
| 09/08/2021 | D. Hosenpud | Review NDA (.4); correspondence with client (.2). | 0.60 |
| 09/08/2021 | S. Molinoff | Email correspondence with D. Hosenpud, D. Deibele, and defendants' counsel re protective order, verification of interrogatory responses, and production | 0.80 |
| 09/08/2021 | D. Deibele | Telephone conference with and email exchanges with D. Hosenpud re production specifications, upcoming | 0.40 |

**Exhibit 2**
**Page 57 of 251**

Our File:  022510.000155                                                    Page:  2

Frontier Airlines, Inc.                                          October 20, 2021

|            |             | production and protective order |        |
|------------|-------------|---------------------------------|--------|
| 09/09/2021 | P. Lambert  | Telephone call with R. Fanning; email to  D. Hosenpud re AMCK litigation | 0.40 |
| 09/09/2021 | S. Molinoff | Email correspondence with D. Hosenpud and defendants' counsel re protective order; email correspondence with D. Deibele re production | 0.30 |
| 09/09/2021 | D. Deibele  | Email exchanges with Consilio re upcoming production, additional documents to be produced, changes to fields to be produced | 0.30 |
| 09/10/2021 | S. Molinoff | Email and telephone conference with D. Deibele re production to defendants | 0.40 |
| 09/10/2021 | D. Deibele  | Multiple email exchanges with Consilio staff re production; transmit production to opposing counsel; revise production log | 1.30 |
| 09/14/2021 | D. Hosenpud | Follow up on collection of telephone data with J. Dempsey, S. Thwaytes, and S. Sashikumar | 0.40 |
| 09/17/2021 | S. Molinoff | Email correspondence with database vendor re email collection | 0.10 |
| 09/21/2021 | D. Hosenpud | Correspondence with Consilio re date search and custodian parameters. | 0.30 |
| 09/21/2021 | S. Molinoff | Email correspondence with D. Deibele and vendor re protective order, production specifications, and document collection | 0.30 |
| 09/28/2021 | S. Molinoff | Email correspondence with D. Deibele re document review | 0.10 |
| 09/28/2021 | D. Deibele  | Follow up with Consilio re status of ESI | 0.10 |
|            |             | TOTAL HOURS | 7.20 |

OUR FEE                                                          $3,198.65

COSTS ADVANCED

| 06/14/2021 | Air fare - AFL - Lawyers Travel - Attend Court Status in NY 07/07/2021-07/10/2021 [696.81 + 35.00] | 731.71 |
|------------|---------------------------------------------------------------------------------------------------|--------|
| 07/02/2021 | Air fare - AFL - Alaska Airlines - Attend Court Status in NY 07/07/2021-07/10/2021 [98.99+ 35.00] | 133.99 |

**Exhibit 2**
**Page 58 of 251**

Our File:  022510.000155                                                                                    Page:  3

Frontier Airlines, Inc.                                                                              October 20, 2021

| | | |
|---|---|---|
| 07/07/2021 | Taxicab - TA - Tlc - Attend Court Status in NY 07/07/2021-07/10/2021 | 72.60 |
| 07/08/2021 | Meals while traveling - MT - Doordash - Attend Court Status in NY 07/07/2021-07/10/2021 | 32.52 |
| 07/08/2021 | Meals while traveling - MT - Doordash - Attend Court Status in NY 07/07/2021-07/10/2021 | 12.72 |
| 07/08/2021 | Meals while traveling - MT - Blue Bottle Coffee - Attend Court Status in NY 07/07/2021-07/10/2021 | 6.72 |
| 07/08/2021 | Meals while traveling - MT - Downtown Yogurt - Attend Court Status in NY 07/07/2021-07/10/2021 | 10.60 |
| 07/09/2021 | Meals while traveling - MT - Blue Bottle Coffee - Attend Court Status in NY 07/07/2021-07/10/2021 | 10.42 |
| 07/09/2021 | Meals while traveling - MT - L'Arte Del Gelator - Attend Court Status in NY 07/07/2021-07/10/2021 | 7.48 |
| 07/09/2021 | Meals while traveling - MT - Doordash - Attend Court Status in NY 07/07/2021-07/10/2021 | 28.74 |
| 07/10/2021 | Travel expense - TRL - Conrad - Attend Court Status in NY 07/07/2021-07/10/2021 | 196.92 |
| 07/10/2021 | Travel expense - TRL - Conrad - Attend Court Status in NY 07/07/2021-07/10/2021 | 412.34 |
| 07/10/2021 | Meals while traveling - MT - Olde Glory Coffee - Attend Court Status in NY 07/07/2021-07/10/2021 | 10.50 |
| 07/10/2021 | Taxicab - TA - Curb Taxi - Attend Court Status in NY 07/07/2021-07/10/2021 | 80.59 |
| 07/10/2021 | Travel expense - TRL - PDX Airport Parking - Attend Court Status in NY 07/07/2021-07/10/2021 | 93.00 |
| 07/10/2021 | Meals while traveling - MT - Hudson News - Attend Court Status in NY 07/07/2021-07/10/2021 | 3.29 |
| 07/10/2021 | Meals while traveling - MT - Hudson News - Attend Court Status in NY 07/07/2021-07/10/2021 | 3.72 |
| 07/10/2021 | Meals while traveling - MT - Doordash - Attend Court Status in NY 07/07/2021-07/10/2021 | 29.95 |

TOTAL COSTS ADVANCED                                                                          $ 1,877.81

**Exhibit 2**
**Page 59 of 251**

Our File:  022510.000155                                                    Page:  4

Frontier Airlines, Inc.                                        October 20, 2021

RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---------------------|--------------|-----------------|-------------|
| D. Hosenpud | 1.30 | 648.00 | 842.40 |
| P. Lambert | 0.80 | 625.00 | 500.00 |
| S. Molinoff | 2.10 | 382.50 | 803.25 |
| D. Deibele | 3.00 | 351.00 | 1,053.00 |
| Total all Timekeepers | 7.20 | | 3,198.65 |

TOTAL THIS INVOICE                                             $5,076.46

**Exhibit 2**
**Page 60 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
Use **pay my bill**
 link at lanepowell.com or call
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                          November 30, 2021
Attn Accounts Payable                                  Invoice No.  3864726
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

Matter:   022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

CURRENT CHARGES - see attached                                    $15,845.45

PREVIOUS BALANCE as of October 20, 2021                            $5,076.46

LESS PAYMENTS RECEIVED                                            ($5,076.46)

TOTAL AMOUNT DUE                                                   $15,845.45

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

⬥ **Anchorage** *(907) 277-9511*  ⬥ **Portland** *(503) 778-2100* ⬥ **Seattle** *(206) 223-7000*

*For Our Current Seminars and Other Events, Visit <u>lanepowell.com</u> and Click on <u>News & Events</u>*

**Exhibit 2**
**Page 61 of 251**

**LANE POWELL**

*Wire Transfer Information:*
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

*Pay by e-Check, Visa, or MC:*
*Use pay my bill*
 *link at lanepowell.com or call*
*(206) 223-6288*

*Remit Payments To:*

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                              November 30, 2021
Attn Accounts Payable                                         Invoice No.  3864726
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H


FOR PROFESSIONAL SERVICES RENDERED THROUGH  10/31/21



Matter:  022510.000155

AMCK Aviation Dispute

| 10/04/2021 | D. Hosenpud | Analysis of discovery issues | 0.30 |
|---|---|---|---|
| 10/04/2021 | S. Molinoff | Telephone conference with D. Hosenpud re discovery schedule | 0.40 |
| 10/05/2021 | S. Molinoff | Email with Q. Miao re attorney recommendation in Hong Kong | 0.10 |
| 10/06/2021 | S. Molinoff | Email correspondence with D. Deibele re search terms | 0.10 |
| 10/07/2021 | D. Hosenpud | Phone conference with Spencer Thwaytes re data recovery kit, and correspondence with Consilio re efforts to locate the same as well as need to re-image Spencer's phone | 0.50 |
| 10/07/2021 | S. Molinoff | Email correspondence with D. Deibele re search terms | 0.10 |
| 10/07/2021 | D. Deibele | Email exchanges with Consilio re discovery strategy, phone collection, etc.; update evidence log, cast of characters and discovery plan | 1.40 |
| 10/08/2021 | P. Lambert | Telephone call with D. Hosenpud re discovery in Hong Kong | 0.20 |
| 10/08/2021 | S. Molinoff | Email correspondence with LP team and vendor re loading documents onto database | 0.20 |

**Exhibit 2**
**Page 62 of 251**

Our File:  022510.000155                                                                    Page:  2

Frontier Airlines, Inc.                                                          November 30, 2021

| | | | |
|---|---|---|---|
| 10/08/2021 | D. Deibele | Email exchanges with Consilio and D. Hosenpud re date range | 0.30 |
| 10/11/2021 | D. Deibele | Respond to D. Hosenpud question re scope of data being loaded into Relativity, culling process | 0.20 |
| 10/12/2021 | D. Hosenpud | Status re ESI gathering and search terms | 0.30 |
| 10/12/2021 | S. Molinoff | Email correspondence with LP team re search terms and document review | 0.20 |
| 10/12/2021 | D. Deibele | Confer with D. Hosenpud and S. Molinoff re discovery; follow up with Consilio re status of email data; email exchanges re S. Thwaytes phone collection | 0.40 |
| 10/13/2021 | S. Molinoff | Telephone conference with D. Hosenpud and D. Deibele re onboarding associate; telephone conference with A. Schaer re case status | 0.20 |
| 10/13/2021 | A. Schaer | Phone call with D. Hosenpud to discuss case background and strategy to determine ability to assist on matter | 0.20 |
| 10/13/2021 | D. Deibele | Review preliminary search results; email exchanges with D. Hosenpud and Consilio re same; begin drafting a list of potentially privileged terms | 2.10 |
| 10/14/2021 | S. Molinoff | Review and revise privilege term sheet | 0.20 |
| 10/14/2021 | A. Schaer | Phone call with D. Hosenpud to discuss case background and next steps, especially as it relates to moving forward with ensuring adequate discovery | 0.50 |
| 10/14/2021 | D. Deibele | Resume work on list of potentially privileged terms; confer with S. Molinoff re same; revise list accordingly; email exchanges with Consilio re next steps; review key agreements for names to include in search for responsive documents | 3.30 |
| 10/15/2021 | S. Molinoff | Review and revise document review coding panel | 0.20 |
| 10/15/2021 | D. Deibele | Draft coding panel and circulate same for attorney review; email exchanges with Consilio re search strategy; resume work on search terms | 1.80 |
| 10/18/2021 | D. Hosenpud | Review/revise preliminary coding for ESI discovery; analysis of potential issues with novation of WF to UMB as trustee | 0.70 |
| 10/18/2021 | P. Lambert | Telephone call with D. Hosenpud and Q. Miao; conference call with R. Fanning | 0.40 |

**Exhibit 2**
**Page 63 of 251**

Our File: 022510.000155                                                                   Page: 3

Frontier Airlines, Inc.                                                           November 30, 2021

REDACTED �b▬▬       ▬▬▬▬▬▬▬▬▬▬▬▬▬▬       ▬▬
                                   ▬▬▬▬▬▬▬▬▬▬▬▬▬
                                   ▬▬▬▬▬▬▬▬▬▬▬
                                   ▬▬▬▬▬▬▬▬▬▬▬
                                   ▬▬▬▬▬▬▬

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/18/2021 | S. Molinoff | Email correspondence with D. Hosenpud re revisions to coding panel; email correspondence with A. Hummell re motion to withdraw | 0.10 |
| 10/18/2021 | D. Deibele | Email exchanges with Consilio re data processed to date; review D. Hosenpud coding layout revisions and confer re same | 0.40 |
| 10/19/2021 | P. Lambert | Telephone call with D. Hosenpud re litigation issues | 0.20 |
| 10/19/2021 | Q. Miao | Email exchanges with D. Hosenpud et al. re owner trustee | 0.20 |
| 10/19/2021 | A. Schaer | Analyze complaint, key negotiation letters/emails, the framework agreement, and defendants' motion to dismiss and related briefing in order to learn case background and prepare for further case work, including handling discovery disputes | 5.80 |
| 10/19/2021 | D. Deibele | Begin analyzing client data and explore ways to find responsive documents and reduce the overall review set; isolate documents dated 2016-June 2019, email exchanges with Consilio re same | 1.80 |
| 10/20/2021 | D. Deibele | Review domain list, analyze client data and explore ways to find responsive documents and reduce the overall review set; email D. Hosenpud and S. Molinoff re same | 3.20 |
| 10/21/2021 | A. Schaer | Analyze court order and discovery responses and correspond with D. Hosenpud re same; work on obtaining credentials to review defendants' document productions | 2.10 |
| 10/21/2021 | D. Deibele | Email exchanges with Consilio re database; confer with A. Schaer re productions to date | 0.40 |
| 10/22/2021 | D. Hosenpud | Strategy analysis re next steps re discovery; correspondence with opposing counsel re outstanding protective order and meet and confer | 0.90 |
| 10/22/2021 | A. Schaer | Analyze documents produced by defendants in response to requests for production; meet with D. Hosenpud re status and next steps in case, especially as it relates to discovery, defendants' document | 1.80 |

**Exhibit 2**
**Page 64 of 251**

Our File:  022510.000155                                          Page:  4

Frontier Airlines, Inc.                                    November 30, 2021

|            |              | production, and entering a protective order |      |
| 10/25/2021 | A. Schaer    | Analyze correspondence from opposing counsel J. Butler re protective order, expert topics, and ESI specifications, and correspond with D. Hosenpud re same | 0.20 |
| 10/26/2021 | A. Schaer    | Meet with D. Deibele to discuss status, next steps, and strategy with discovery | 0.80 |
| 10/26/2021 | A. Schaer    | Work on pro hac vice materials and application for filing with court | 0.50 |
| 10/26/2021 | D. Deibele   | Telephone conference with A. Schaer re discovery strategy and next steps; update chart re search strategy | 1.10 |
| 10/27/2021 | A. Schaer    | Further work on pro hac vice application materials | 0.30 |
| 10/28/2021 | D. Hosenpud  | Prepare for and conduct meet and confer | 0.80 |
| 10/28/2021 | A. Schaer    | Meet with D. Hosenpud to work on topics and strategy for meet and confer with opposing counsel; follow up correspondence with D. Deibele to discuss next steps with discovery | 0.60 |
| 10/28/2021 | A. Schaer    | Meet and confer with opposing counsel re protective order, status of discovery, expert reports, and ESI protocol, and follow up conversation with D. Hosenpud re same | 0.60 |
| 10/29/2021 | Q. Miao      | Email exchanges with D. Hosenpud et al. re owner trustee | 0.10 |
| 10/29/2021 | A. Schaer    | Work on analyzing and adding to discovery search terms in order to move forward discovery work and document productions, and correspond with D. Deibele and D. Hosenpud re same | 1.30 |
| 10/29/2021 | D. Deibele   | Create chronology of key events per complaint; revise search terms and coding layout | 1.70 |

|            |              | TOTAL HOURS      | 39.80 |

|            |              | OUR FEE          | $15,845.45 |

**Exhibit 2**
**Page 65 of 251**

Our File:  022510.000155                                                                   Page:  5

Frontier Airlines, Inc.                                                        November 30, 2021

RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Hosenpud | 3.50 | 648.00 | 2,268.00 |
| P. Lambert | 0.80 | 625.00 | 500.00 |
| Q. Miao | 0.90 | 459.00 | 413.10 |
| S. Molinoff | 1.80 | 382.50 | 688.50 |
| A. Schaer | 14.70 | 382.50 | 5,622.75 |
| D. Deibele | 18.10 | 351.00 | 6,353.10 |
| Total all Timekeepers | 39.80 | | 15,845.45 |

TOTAL THIS INVOICE                                                             $15,845.45

**Exhibit 2**
**Page 66 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
Use **pay my bill**
 link at lanepowell.com or call
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                              December 28, 2021
Attn Accounts Payable                                          Invoice No.  3866621
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H


Matter:   022510.000155

AMCK Aviation Dispute


<u>Summary of Account</u>


CURRENT CHARGES - see attached                                     $41,753.80

PREVIOUS BALANCE as of November 30, 2021                          $15,845.45

TOTAL AMOUNT DUE                                                   $57,599.25


**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**


*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*


◆ **Anchorage** *(907) 277-9511*   ◆ **Portland** *(503) 778-2100*  ◆ **Seattle** *(206) 223-7000*


*For Our Current Seminars and Other Events, Visit* <u>lanepowell.com</u> *and Click on* <u>News & Events</u>

**Exhibit 2**
**Page 67 of 251**

**LANE POWELL**

*Wire Transfer Information:*
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

*Pay by e-Check, Visa, or MC:*
*Use **pay my bill***
 *link at lanepowell.com or call*
*(206) 223-6288*

*Remit Payments To:*

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                      December 28, 2021
Attn Accounts Payable                               Invoice No.  3866621
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H


FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/30/21



Matter:  022510.000155

AMCK Aviation Dispute


| 11/01/2021 | A. Schaer | Work on search terms and key individuals to search for on phones in order to discover responsive and relevant evidence | 0.30 |
|---|---|---|---|
| 11/01/2021 | D. Deibele | Follow up with Consilio re status of phone data; confer with A. Schaer re search terms | 0.40 |
| 11/02/2021 | D. Hosenpud | Strategy and analysis re responses to discovery | 0.70 |
| 11/02/2021 | A. Schaer | Further work analyzing Defendants discovery requests in order to determine search terms and confidentiality concerns, in preparation for producing next round of documents (2.0); review collected documents to determine further ways to narrow and specify search terms in preparation for producing next round of documents (.3) | 2.30 |
| 11/02/2021 | D. Deibele | Review and analyze client documents; email exchanges with Consilio re deduplication | 1.80 |
| 11/03/2021 | D. Hosenpud | Review search terms to facilitate production of documents and develop evidence (1.0); correspondence with Sharath re additional discovery (.2) | 1.20 |
| 11/03/2021 | Q. Miao | Email exchanges with D. Hosenpud et al. re owner trustee | 0.30 |

**Exhibit 2**
**Page 68 of 251**

Our File:  022510.000155                                                              Page:  2

Frontier Airlines, Inc.                                                    December 28, 2021

| | | | |
|---|---|---|---|
| 11/03/2021 | A. Schaer | Draft email for D. Hosenpud to send S. Sashikumar in order to obtain information on outstanding discovery (.7); review documents in order to better tailor search terms in anticipation of producing documents in discovery (1.4); meet with D. Hosenpud and D. Deibele re narrowing search terms and producing documents (1.2) | 3.30 |
| 11/03/2021 | D. Deibele | Email exchanges with Consilio re search term lists, discovery strategy; finalize and forward list of potentially privileged terms so that the corresponding documents are withheld from production | 0.40 |
| 11/04/2021 | D. Hosenpud | Analysis of additional ESI search terms to limit the scope of discovery | 0.30 |
| 11/04/2021 | A. Schaer | Analyze documents collected in order to determine appropriate search terms to make document searches and production more efficient, and correspond re same with D. Hosenpud (2.4); finalize pro hac vice filings and file with court (.7) | 3.10 |
| 11/04/2021 | D. Deibele | Review search term reports and corresponding documents; email exchanges with Consilio re same and re suggestions re false privilege hits; work on list of domains to exclude from further processing | 1.90 |
| 11/05/2021 | A. Schaer | Correspond with D. Hosenpud re case action items to discuss with opposing counsel (.3); analyze documents in database and update list of excluded terms in order to produce documents to defendants in response to discovery requests (.9); meet with D. Deibele to work on upcoming document production and refining search terms (.5); work on updating pro hac vice filing with court (.2) | 1.90 |
| 11/05/2021 | D. Deibele | Telephone conference with A. Schaer re document production strategy; resume work on elimination searches | 2.10 |
| 11/09/2021 | A. Schaer | Attention to correspondence with discovery vendor re terms and domain names to exclude from collected documents in preparation for producing documents (.3); correspond with D. Hosenpud re outstanding case items including protective order, ESI protocol, and depositions (.2); analyze key case documents, including contracts with alternate financing third parties and concession request letter (.5); further work on determining search terms, as well as confidentiality and privilege designations, for | 1.30 |

**Exhibit 2**
**Page 69 of 251**

Our File: 022510.000155

Page: 3

Frontier Airlines, Inc.

December 28, 2021

| | | upcoming document production (.3) | |
|---|---|---|---|
| 11/09/2021 | D. Deibele | Follow up with Consilio re use of analytics; continue testing searches on review set to reduce the documents to be processed or considered going forward; update memo re discovery strategy; email exchange with A. Schaer re same; update list of domains to be excluded, forward same to Consilio | 3.60 |
| 11/10/2021 | A. Schaer | Work on updating search terms for document production | 0.40 |
| 11/10/2021 | D. Deibele | Continue work on search terms; confer with A. Schaer re same; forward inclusion and exclusionary terms to Consilio to apply to the data set; update log of persons/companies at issue, acronyms, key events and other data important to determining responsiveness | 3.20 |
| 11/11/2021 | Q. Miao | Email exchanges with D. Deibele re search terms for discovery production and review | 0.70 |
| 11/11/2021 | A. Schaer | Prepare for and participate in discovery meeting with Consilio and D. Deibele (1.5); review of search term results from Consilio and work on next steps with document review and production (.4) | 1.90 |
| 11/11/2021 | D. Deibele | Telephone conference with A. Schaer and Consilio team re use of analytics, production strategy; review search term reports; continue testing search terms; consult Q. Miao re search terms | 3.10 |
| 11/12/2021 | Q. Miao | Email exchanges with D. Deibele re search terms; confer with D. Hosenpud re HK local counsel and discovery issues; conduct research on discovery issues relating to HK resident/entity; email exchanges with HK based firm re serving subpoenas to HK based non-party witnesses | 1.80 |
| 11/12/2021 | A. Schaer | Analyze search term hit results and work on further modifying document search terms to ensure proper documents are being identified and confidentiality concerns are being flagged in documents (2.2); review correspondence from opposing counsel re protective order, ESI agreement, depositions, and arranging a status conference with the court, and work with D. Hosenpud on responses to same (.5) | 2.70 |
| 11/12/2021 | D. Deibele | Telephone conference with A. Schaer re search terms; confer with Q. Miao re search terms; forward revised terms to Consilio for processing | 0.80 |

**Exhibit 2**
**Page 70 of 251**

Our File: 022510.000155                                                        Page: 4

Frontier Airlines, Inc.                                        December 28, 2021

| | | | |
|---|---|---|---|
| 11/15/2021 | D. Hosenpud | Review correspondence from Hong Kong counsel re deposition process through Hague Convention and scope of assistance | 0.20 |
| 11/15/2021 | A. Schaer | Analyze prior discussions between the parties on ESI production specifications, and work with D. Hosenpud and D. Deibele re addressing defendants' proposed upcoming ESI production formatting issues (.4); analyze prior research re serving deposition notices on shareholders in Hong Kong, conduct further research, and correspond with D. Hosenpud re same (1.3); work with D. Deibele and Consilio to run search terms in preparation for document review and production (.4) | 2.10 |
| 11/15/2021 | D. Deibele | Email exchanges re document status; review search term lists; confer re next steps | 1.20 |
| 11/16/2021 | D. Hosenpud | Strategy re ESI search terms and predictive coding; discuss process to identify MSN#'s for aircraft that were to be purchased by AMCK, but were required to be purchased by JSA due to AMCK's breach of the 2020 framework agreement | 1.50 |
| 11/16/2021 | Q. Miao | Email exchanges with D. Deibele re search terms; confer with D. Hosenpud re HK local counsel and discovery issues; conduct research on discovery issues relating to HK resident/entity; email exchanges with HK based firm re serving subpoenas to HK based non-party witnesses | 2.20 |
| 11/16/2021 | A. Schaer | Meet with D. Hosenpud and D. Deibele to work on document review methodology and coding in preparation for producing documents | 1.30 |
| 11/16/2021 | D. Deibele | Summarize document requests; review and code documents for responsiveness, confidentiality and privilege to prime machine learning; lengthy discussion with D. Hosenpud and A. Schaer re same; summarize issues observed during initial batch and forward same to attorneys for comment | 5.80 |
| 11/17/2021 | Q. Miao | Email exchanges with D. Deibele re search terms; confer with D. Hosenpud re HK local counsel and discovery issues; conduct research on discovery issues relating to HK resident/entity; email exchanges with HK based firm re serving subpoenas to HK based non-party witnesses | 0.10 |
| 11/17/2021 | A. Schaer | Review analysis from Q. Miao re MSN numbers at | 0.60 |

**Exhibit 2**
**Page 71 of 251**

Our File: 022510.000155                                                                      Page: 5

Frontier Airlines, Inc.                                                          December 28, 2021

|            |              |                                                                                                                                                                                                                                 |      |
|------------|--------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
|            |              | issue in lawsuit (.3); correspond with D. Deibele re coding, responsiveness, and confidentiality of certain documents in the review database (.3)                                                                                |      |
| 11/17/2021 | D. Deibele   | Continue reviewing and coding documents; summarize coding decisions and circulate to attorneys for review                                                                                                                        | 5.70 |
| 11/18/2021 | A. Schaer    | Analyze defendants' edits to protective order and correspond with D. Hosenpud re same                                                                                                                                            | 0.80 |
| 11/18/2021 | D. Deibele   | Continue reviewing and coding documents; email D. Hosenpud and Consilio re status of review, next steps                                                                                                                          | 8.50 |
| 11/19/2021 | A. Schaer    | Review documents for responsiveness, privilege, and confidentiality in preparation for producing to defendants                                                                                                                  | 2.60 |
| 11/19/2021 | D. Deibele   | Continue reviewing and coding documents for responsiveness, confidentiality and privilege to prime machine learning; update attorneys re status; confer re treatment of invoices re other lease agreements; email exchanges with Consilio | 6.70 |
| 11/22/2021 | A. Schaer    | Review documents for responsiveness, privilege, and confidentiality in preparation for producing to defendants and to assist in machine learning ability in order to select most responsive documents, and correspond with D. Hosenpud and D. Deibele re same | 5.10 |
| 11/23/2021 | D. Hosenpud  | Correspondence with HK counsel re procedure for taking evidence                                                                                                                                                                 | 0.30 |
| 11/23/2021 | A. Schaer    | Correspondence with Consilio re document review results in preparation for next steps in document review and production                                                                                                          | 0.50 |
| 11/24/2021 | D. Hosenpud  | Zoom conference with ESI vendor to discuss scope of documents for review and protocols for organizing, reviewing and selection for production; conference call re same, revisions to protective order, and motion to secure shareholder testimony | 2.40 |
| 11/24/2021 | A. Schaer    | Work with D. Hosenpud and Consilio on document review next steps, and further work with D. Hosenpud on edits to protective order (2.2); correspond with opposing counsel re edits and updates to protective order (.3); review documents for responsiveness, privilege, and confidentiality, in anticipation of production (1.9) | 4.40 |

**Exhibit 2**
**Page 72 of 251**

Our File:  022510.000155                                                    Page:  6

Frontier Airlines, Inc.                                              December 28, 2021

| 11/25/2021 | A. Schaer | Review documents for responsiveness, privilege, and confidentiality in preparation for producing to defendants | 1.60 |
| 11/26/2021 | A. Schaer | Review documents for responsiveness, privilege, and confidentiality in preparation for producing to defendants | 3.20 |
| 11/29/2021 | D. Hosenpud | Analysis of ESI discovery regarding relevance and confidentiality designation | 0.40 |
| 11/29/2021 | A. Schaer | Review documents for responsiveness, privilege, and confidentiality in preparation for producing to defendants, and correspond with D. Hosenpud re same | 5.20 |
| 11/30/2021 | D. Hosenpud | Correspondence with client re securing the testimony of AMCK's shareholder representatives. | 0.40 |
| 11/30/2021 | A. Schaer | Review documents for responsiveness, privilege, and confidentiality in preparation for producing to defendants | 4.40 |

TOTAL HOURS                                             106.70

OUR FEE                                                              $41,743.80

COSTS ADVANCED

| 10/27/2021 | Certificate of good standing - MICHIGAN SUPREME COURT - Pro Hac Vice motion | 10.00 |

TOTAL COSTS ADVANCED                                                 $ 10.00

**Exhibit 2**
**Page 73 of 251**

Our File:  022510.000155                                                          Page:  7

Frontier Airlines, Inc.                                          December 28, 2021

RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Hosenpud | 7.40 | 648.00 | 4,795.20 |
| Q. Miao | 5.10 | 459.00 | 2,340.90 |
| A. Schaer | 49.00 | 382.50 | 18,742.50 |
| D. Deibele | 45.20 | 351.00 | 15,865.20 |
| Total all Timekeepers | 106.70 | | 41,743.80 |

TOTAL THIS INVOICE                                                    $41,753.80

**Exhibit 2**
**Page 74 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
Use **pay my bill**
 link at lanepowell.com or call
(206) 223-6288

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                    January 20, 2022
Attn Accounts Payable                         Invoice No.  3867965
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

Matter:  022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

| | |
|---|---|
| CURRENT CHARGES - see attached | $135,478.25 |
| PREVIOUS BALANCE as of December 28, 2021 | $81,703.55 |
| LESS PAYMENTS RECEIVED | ($15,845.45) |
| TOTAL AMOUNT DUE | $201,336.35 |

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

◆ **Anchorage** *(907) 277-9511* ◆ **Portland** *(503) 778-2100* ◆ **Seattle** *(206) 223-7000*

*For Our Current Seminars and Other Events, Visit* <u>lanepowell.com</u> *and Click on* <u>News & Events</u>

**Exhibit 2**

# LANE POWELL

*Wire Transfer Information:*
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

*Pay by e-Check, Visa, or MC:*
*Use pay my bill*
*link at lanepowell.com or call*
*(206) 223-6288*

*Remit Payments To:*

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.
Attn Accounts Payable
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

January 20, 2022
Invoice No.  3867965

FOR PROFESSIONAL SERVICES RENDERED THROUGH  12/31/21

Matter:  022510.000155

AMCK Aviation Dispute

| | | | |
|---|---|---|---|
| 12/01/2021 | D. Hosenpud | Correspondence with client re retention of Hong Kong counsel (.2); ESI Document review for production (5.7) | 5.90 |
| 12/01/2021 | Q. Miao | Confer with D. Hosenpud re relevant documents | 0.20 |
| 12/01/2021 | A. Schaer | Review documents for responsiveness, privilege, and confidentiality in preparation for producing to defendants; correspond with D. Hosenpud re same | 3.30 |
| 12/02/2021 | D. Hosenpud | ESI analysis | 0.40 |
| 12/02/2021 | A. Schaer | Telephone call with D. Hosenpud to discuss document production issues, including how to code certain responsive, confidential documents | 0.50 |
| 12/03/2021 | D. Hosenpud | ESI and other discovery re damages and deferral agreements | 2.30 |
| 12/03/2021 | P. Lambert | Review discovery requests | 0.50 |
| 12/03/2021 | Q. Miao | Confer with D. Hosenpud re relevant documents | 2.40 |
| 12/03/2021 | A. Schaer | Review documents for responsiveness, privilege, and confidentiality in preparation for producing to defendants | 4.20 |
| 12/04/2021 | Q. Miao | Organize documents relating to deferral & the SLBA deals with JSA & CDB; email exchange with D. | 0.50 |

**Exhibit 2**
**Page 76 of 251**

Our File: 022510.000155                                                                          Page: 2

Frontier Airlines, Inc.                                                             January 20, 2022

| | | | |
|---|---|---|---|
| | | Hosenpud re recorders requested and course of dealing evidence | |
| 12/06/2021 | D. Hosenpud | Analysis of discovery issues re AEO production | 2.40 |
| 12/06/2021 | P. Lambert | Conference calls with D. Hosenpud, L. Shigakigiki and H. Diamond; review documents | 1.10 |
| 12/06/2021 | A. Schaer | Work on document review considerations and strategy with D. Hosenpud, D. Deibele, and P. Lambert (1.5); review documents for responsiveness, privilege, and confidentiality in preparation for producing to defendants, and correspond with D. Hosenpud re same (1.6) | 3.10 |
| 12/06/2021 | D. Deibele | Long conference with D. Hosenpud and A. Schaer re document review status and strategy; telephone conference with Consilio re active learning project; revise coding panel; analyze text messages, test and suggest search strategy; instruct Consilio re upcoming production; conferences re protecting Airbus communications and other sensitive issues; review and code documents for production; transmit AMCK's production to Consilio for processing; forward final CDB and JSA agreements to Consilio to load into the database | 6.60 |
| 12/07/2021 | D. Hosenpud | Conference call with Airbus re production of Amendment 9 and correspondence relating to it (.3); Further analysis of ESI production (1.0); phone conference with Sharath Shashikumar re electronic discovery and catch-up payment documentation (.5) | 1.80 |
| 12/07/2021 | P. Lambert | Conference call with L. Shigakikagi and D. Hosenpud; review discovery documents; telephone call with L. Shigakikagi; telephone call with H. Diamond re Airbus document disclosure issues | 1.10 |
| 12/07/2021 | A. Schaer | Review documents for responsiveness, privilege, and confidentiality in preparation for producing to defendants (1.6); work with D. Hosenpud about issues related to protective order (.4); meet with P. Lambert, D. Hosenpud, and L. Shigakigaki to work on upcoming document production (.3); work with D. Hosenpud and D. Deibele on document production considerations (1.1) | 3.40 |
| 12/07/2021 | D. Deibele | Conferences and email exchanges re document review; locate and code documents re catch up payment; update discovery memo and evidence log; | 6.40 |

**Exhibit 2**
**Page 77 of 251**

Our File:  022510.000155                                                                                          Page:  3

Frontier Airlines, Inc.                                                                                January 20, 2022

|  |  |  |  |
|---|---|---|---|
|  |  | email exchanges with D. Hosenpud and A. Schaer re review; email exchanges with Consilio re production; summarize production status and possible next steps, forward same to attorneys for review and guidance; review views |  |
| 12/08/2021 | D. Hosenpud | ESI review and coding for production | 6.00 |
| 12/08/2021 | P. Lambert | Email to D. Hosenpud; review discovery request and emails | 0.80 |
| 12/08/2021 | Q. Miao | Review documents for production; email exchange with D. Hosenpud re the relevance of select documents | 0.20 |
| 12/08/2021 | A. Schaer | Draft letter to opposing counsel addressing outstanding discovery issues and seeking stipulation on document production deadline (1.5); further work on discovery and document review in preparation for document production (.6) | 2.10 |
| 12/08/2021 | D. Deibele | Create batches of text messages for easier review; confer with D. Hosenpud and A. Schaer re 12/10 production; email exchanges with Consilio re analytics; email D. Hosenpud and A. Schaer; review documents for production; confer with Consilio re production | 4.20 |
| 12/09/2021 | D. Hosenpud | ESI document review (7.9); Phone conference with S. Thwaytes re impact of delivery deferral agreement with Airbus (.3) | 8.20 |
| 12/09/2021 | A. Schaer | Review documents for responsiveness, privilege, and confidentiality in preparation for producing to defendants, and meet with D. Hosenpud and D. Deibele re same (4.7); correspond with opposing counsel re stipulation to extend document production deadline (.2) | 4.90 |
| 12/09/2021 | D. Deibele | Continue reviewing documents for production; conferences and email exchanges with D. Hosenpud and A. Schaer re same; organize data for ease of review; forward documents to Consilio to be added to the database; consult D. Hosenpud re privilege issue; proof batches reviewed by attorneys for confidentiality designations; redact documents in preparation for production | 8.90 |
| 12/10/2021 | D. Hosenpud | Continue ESI review and confer re significance of communications in various email/text messages | 4.50 |

**Exhibit 2**
**Page 78 of 251**

Our File:  022510.000155                                                                Page:  4

Frontier Airlines, Inc.                                                            January 20, 2022

| 12/10/2021 | P. Lambert | Telephone call with D. Hosenpud; telephone call with Q. Miao; review documents | 0.80 |
|---|---|---|---|
| 12/10/2021 | Q. Miao | Review documents for production; email exchange with D. Hosenpud re the relevance of select documents | 0.60 |
| 12/10/2021 | A. Schaer | Work on stipulated motion to extend document production deadline and work with opposing counsel to finalize and file with the court (1.9); review documents for responsiveness, privilege, and confidentiality in preparation for producing to defendants (.3) | 2.20 |
| 12/10/2021 | D. Deibele | Continue reviewing documents for production; conferences and email exchanges with D. Hosenpud and A. Schaer re same; perform quality checks on production; email exchanges with Consilio re production; revise production; transmit production to counsel for defendants; email exchanges with Consilio re UMB production, additional Frontier documents and other issues | 9.20 |
| 12/13/2021 | D. Hosenpud | ESI review and analysis | 5.20 |
| 12/13/2021 | A. Schaer | Analyze court order extending discovery deadline and correspond with D. Hosenpud and D. Deibele re same (.2); telephone call with D. Hosenpud to discuss document coding strategy for document review (.2); review documents for responsiveness, privilege, and confidentiality in preparation for producing to defendants (2.1); attention to correspondence and analysis from Consilio re next steps in document review (.3) | 2.80 |
| 12/13/2021 | D. Deibele | Review documents for possible production; email exchanges with D. Hosenpud and A. Schaer re same; confer with Consilio analytics team re TAR results to date, batching additional documents | 7.20 |
| 12/14/2021 | D. Hosenpud | ESI review for privilege and production | 5.30 |
| 12/14/2021 | A. Schaer | Review documents for responsiveness, privilege, and confidentiality in preparation for producing to defendants | 2.10 |
| 12/14/2021 | D. Deibele | Search text messages; email exchanges re search results; instruct Consilio to image potential production | 1.10 |
| 12/15/2021 | D. Hosenpud | Analysis of follow up discovery ESI steps (1.6); | 2.60 |

**Exhibit 2**
**Page 79 of 251**

Our File:  022510.000155                                                    Page:  5

Frontier Airlines, Inc.                                              January 20, 2022

|            |             | review production set (1.0)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                |        |
|------------|-------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|
| 12/15/2021 | A. Schaer   | Review documents for responsiveness, privilege, and confidentiality in preparation for producing to defendants (1.8); work with D. Hosenpud and D. Deibele re status and next steps with document review and production (1.3)                                                                                                                                                                                                                                                                                  | 3.10   |
| 12/15/2021 | D. Deibele  | Email exchanges with J. Alexander re access to Wells Fargo production; continue reviewing documents for production; long conference with D. Hosenpud and A. Schaer re responsive criteria, treatment of JSA and other sensitive documents; segregate confidential and responsive documents, instruct Consilio to image same                                                                                                                                                                                     | 4.00   |
| 12/16/2021 | D. Hosenpud | ESI document review for privilege, production and requiring Airbus approval                                                                                                                                                                                                                                                                                                                                                                                                                                   | 4.80   |
| 12/16/2021 | Q. Miao     | Confer with D. Hosenpud re document review; review documents for production; email exchange with D. Hosenpud re comments to the document                                                                                                                                                                                                                                                                                                                                                                      | 1.20   |
| 12/16/2021 | A. Schaer   | Review documents for responsiveness, privilege, and confidentiality in preparation for producing to defendants, and analyze correspondence with D. Hosenpud, D. Deibele, and Consilio re same                                                                                                                                                                                                                                                                                                                 | 2.40   |
| 12/16/2021 | D. Deibele  | Email exchanges with Consilio analytics team re potentially responsive documents; answer D. Hosenpud questions re coding history; set up additional searches for review; respond to Consilio questions re upcoming production; assist with locating payment letters; redact documents to conceal sensitive financial information; locate and segregate Airbus documents D. Hosenpud coded not responsive; instruct Consilio re imaging next set of documents to be produced; email exchanges with J. Alexander re Wells Fargo production; respond to D. Hosenpud concern re document production; set up searches of the AMCK and UMB productions; email K. Chocholek re updating TAR model | 9.40   |
| 12/17/2021 | D. Hosenpud | ESI review                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                   | 5.40   |
| 12/17/2021 | Q. Miao     | Email exchanges with D. Hosenpud, et al. re comments to the document; review production documents                                                                                                                                                                                                                                                                                                                                                                                                            | 0.90   |
| 12/17/2021 | A. Schaer   | Correspond with D. Hosenpud and Q. Miao re potential additional damages based on time of aircraft                                                                                                                                                                                                                                                                                                                                                                                                            | 2.90   |

**Exhibit 2**
**Page 80 of 251**

Our File: 022510.000155                                                                                    Page: 6

Frontier Airlines, Inc.                                                                     January 20, 2022

|            |             |                                                                                                                                                                                                                                                                         |      |
|------------|-------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
|            |             | purchase (.3); review documents for responsiveness, privilege, and confidentiality in preparation for producing to defendants (2.6)                                                                                                                                      |      |
| 12/17/2021 | D. Deibele  | Conferences and email exchanges with D. Hosenpud and Consilio re document production; answer D. Hosenpud questions re coding history; review batches of likely responsive documents; telephone conference with E. Fiducia re expectations; transmit supplemental production to counsel for defendants; email exchange with Consilio analytics team re TAR status | 3.50 |
| 12/18/2021 | A. Schaer   | Correspond with D. Hosenpud and D. Deibele re document production considerations, especially related to confidentiality                                                                                                                                                  | 0.30 |
| 12/19/2021 | A. Schaer   | Review documents for responsiveness, privilege, and confidentiality in preparation for producing to defendants                                                                                                                                                          | 3.00 |
| 12/20/2021 | D. Hosenpud | ESI review and coding                                                                                                                                                                                                                                                    | 3.70 |
| 12/20/2021 | P. Lambert  | Exchanges with Q. Miao and D. Hosenpud re document production issues                                                                                                                                                                                                     | 0.30 |
| 12/20/2021 | Q. Miao     | Email exchanges with D. Hosenpud et al. re relevance of a specific document, potential issues relating to production                                                                                                                                                     | 0.30 |
| 12/20/2021 | A. Schaer   | Review documents for responsiveness, privilege, and confidentiality in preparation for producing to defendants, and attention to correspondence from D. Hosenpud and D. Deibele re same                                                                                  | 0.90 |
| 12/20/2021 | D. Deibele  | Review documents for production; reorganize Relativity data as requested; email attorneys re additional categories of potentially responsive documents; instruct Consilio to image the searches that contain responsive documents; email exchanges with Consilio re collection strategy, dearth of documents before June 1, 2019 | 5.60 |
| 12/21/2021 | D. Hosenpud | ESI review                                                                                                                                                                                                                                                               | 4.20 |
| 12/21/2021 | Q. Miao     | Email exchanges with D. Hosenpud et al. re additional information re a specific discovery document                                                                                                                                                                       | 1.10 |
| 12/21/2021 | A. Schaer   | Correspondence with D. Hosenpud and Q. Miao re document production issues and considerations (.5); review documents for responsiveness, privilege, and                                                                                                                    | 1.40 |

**Exhibit 2**
**Page 81 of 251**

Frontier Airlines, Inc.                                              January 20, 2022

| | | confidentiality in preparation for producing to defendants (.9) | |
|---|---|---|---|
| 12/21/2021 | D. Deibele | Email exchange with Consilio re analysis of data collected for 2016-2019; answer questions re production of other lessor documents; work on cleaning up confidentiality and redaction tags; respond to J. Alexander email re FRONTIER002 production; email Consilio re imaging additional documents | 2.40 |
| 12/22/2021 | D. Hosenpud | ESI document review and coding | 5.20 |
| 12/22/2021 | Q. Miao | Email exchanges with D. Hosenpud et al. re content and significance of a series of documents; review related documents | 0.50 |
| 12/22/2021 | A. Schaer | Review AMCK's document production to learn case background and uncover evidence that could support our case, and correspond with D. Hosenpud and D. Deibele re general document production status and next steps | 4.00 |
| 12/22/2021 | D. Deibele | Telephone conference with D. Hosenpud and E. Fiducia re concerns; telephone conference with D. Hosenpud and A. Schaer re review status, next steps; multiple email exchanges with Consilio re AMCK production; set up offensive review coding panel; assist D. Hosenpud with hot documents; compare Sharath documents to production sets; forward updated FRONTIER002 files to J. Alexander; continue conforming confidentiality and redaction tags in preparation for production | 7.30 |
| 12/23/2021 | D. Hosenpud | ESI analysis | 0.80 |
| 12/23/2021 | D. Hosenpud | ESI Analysis, review and coding | 2.60 |
| 12/23/2021 | Q. Miao | Email exchanges with D. Hosenpud et al. re document production | 1.00 |
| 12/23/2021 | A. Schaer | Review documents for responsiveness, privilege, and confidentiality in preparation for producing to defendants, as well as review AMCK's document production to learn case background and uncover evidence that could support our case (5.1); analyze defendants' correspondence re their supplemental document production and correspond with D. Hosenpud and D. Deibele re same (.3) | 5.40 |
| 12/23/2021 | D. Deibele | Email exchanges with Consilio re imaging | 9.30 |

**Exhibit 2**
**Page 82 of 251**

Our File: 022510.000155                                                                 Page:  8

Frontier Airlines, Inc.                                                     January 20, 2022

|  |  | documents, rebuilding search index; conform coding; redact documents in preparation for production; receive and transmit supplemental AMCK production; telephone conference with D. Hosenpud re redaction of sensitive documents; review documents in preparation for production |  |
|---|---|---|---|
| 12/24/2021 | P. Lambert | Telephone call with R. Fanning re pending AMCK portfolio sale; emails to D. Hosenpud re pending sale of AMCK portfolio; review news articles re sale of AMCK portfolio | 0.80 |
| 12/24/2021 | A. Schaer | Review AMCK's document production to learn case background and uncover evidence that could support our case | 1.80 |
| 12/25/2021 | A. Schaer | Review AMCK's document production to learn case background and uncover evidence that could support our case | 2.50 |
| 12/26/2021 | D. Hosenpud | Analysis of supplemental discovery requests necessary to address new development of AMCK sale of aircraft fleet; analyze issues re fraudulent conveyance | 1.00 |
| 12/27/2021 | D. Hosenpud | Continue ESI Review; Discussion re 2nd RFP to develop potential fraudulent conveyance evidence | 5.80 |
| 12/27/2021 | Q. Miao | Email exchanges with D. Hosenpud et al. re document production | 0.20 |
| 12/27/2021 | A. Schaer | Document review, and analysis of defendants' document review metadata fields, and correspond with D. Hosenpud and D. Deibele re same (2.2); fraudulent conveyance case review (.9); draft additional set of requests for production to defendants re and correspondence with D. Hosenpud re same (2.8); correspond with N. Binder re incorporating potential fraudulent conveyance and similar causes of action (.2) | 6.10 |
| 12/27/2021 | D. Deibele | Telephone conference with D. Hosenpud; email exchanges with Consilio re status of active learning project; set up searches requested by D. Hosenpud; analyze AMCK production; extract names of possible AMCK custodians; consult D. Hosenpud and A. Schaer re active learning status, cutoff number, and email to J. Alexander re missing metadata; email J. Alexander re Custodian field; redact documents in preparation for production; continue coding | 5.90 |

**Exhibit 2**
**Page 83 of 251**

Our File:  022510.000155                                                          Page:  9

Frontier Airlines, Inc.                                              January 20, 2022

|  |  | Responsive documents for confidentiality, issues and redactions; email Consilio re imaging additional documents; confer with D. Hosenpud re Airbus redactions; locate documents D. Hosenpud coded from Further Review to a responsiveness category |  |
| --- | --- | --- | --- |
| 12/28/2021 | D. Hosenpud | Fraudulent conveyance analysis and discussion (1.6); ESI review of additional responsive documents (4.0) | 5.60 |
| 12/28/2021 | P. Lambert | Telephone call with D. Hosenpud re sale of portfolio issue; review leases | 1.20 |
| 12/28/2021 | Q. Miao | Confer with D. Hosenpud et al. re the upcoming merger of AMCK; review documents for production per D. Hosenpud's request | 0.70 |
| 12/28/2021 | A. Schaer | Review AMCK's document production to learn case background and uncover evidence that could support our case (3.3); Conference call with D. Hosenpud, N. Binder, and T. Harvey re possible fraudulent conveyance claims (.8); further work drafting second set of discovery requests to AMCK (.4) | 4.50 |
| 12/28/2021 | D. Deibele | Redact documents in preparation for production; email exchanges with Consilio analytics team re TAR status, next steps; review additional batches, including elusion batches; follow up re status of search for pre-2019 data; email J. Alexander re Custodian data; confer with attorneys re cutoff; respond to D. Hosenpud questions re documents previously coded as Further Review; review bucket 1, bucket 2 and elusion batches | 7.80 |
| 12/29/2021 | D. Hosenpud | Final ESI review | 0.70 |
| 12/29/2021 | Q. Miao | Email exchange with D. Hosenpud re comments to the documents; review documents for production per D. Hosenpud's request | 0.30 |
| 12/29/2021 | A. Schaer | Review of Frontier's documents in anticipation of producing, and work with D. Hosenpud and D. Deibele re same (2.4); work on finalizing protective order and corresponding with opposing counsel re same (.8); review AMCK's document production to learn case background and uncover evidence that could support our case (1.2) | 4.40 |
| 12/29/2021 | D. Deibele | Continue reviewing elusion batches; multiple email with Consilio re active learning results; redact documents in preparation for production; confirm all Responsive documents have confidentiality coding; | 7.90 |

**Exhibit 2**
**Page 84 of 251**

Our File:  022510.000155                                                          Page:  10

Frontier Airlines, Inc.                                              January 20, 2022

|  |  | check not responsive documents for redactions; email exchanges re documents to be imaged; analyze AMCK metadata fields; search UMB and WF productions for relevant aircraft MSNs, report findings to D. Hosenpud and A. Schaer; telephone conference with D. Hosenpud re collection of ESI prior to June 2019; summarize review from start to finish for attorney and client edification |  |
| REDACTED |  |  |  |
| 12/30/2021 | A. Schaer | Review AMCK's document production to learn case background and uncover evidence that could support our case (1.3); review documents marked for redaction to determine necessary redactions in preparation for producing to defendants (.2) | 1.50 |
| 12/30/2021 | A. Schaer | Work on finalizing and filing protective order with court | 0.70 |
| 12/30/2021 | D. Deibele | Email exchanges with Consilio re images, redactions; continue reviewing documents to conform coding and redact sensitive information; email D. Hosenpud and A. Schaer re same and re guidance for certain documents | 6.10 |
| REDACTED |  |  |  |
| REDACTED |  |  |  |

TOTAL HOURS          289.90

OUR FEE                                                          $132,389.15

COSTS ADVANCED

| 08/12/2021 | Professional services - BINDER & SCHWARTZ LLP - 10600 | 689.50 |
| 11/04/2021 | Filing fee - New York Southern District Court Pro Hac Vice filing fee | 200.00 |
| 11/30/2021 | Professional services - XACT DATA DISCOVERY - November Data Hosting - XDD008758 | 2,189.60 |
| 12/17/2021 | Certificate of good standing - Michigan Supreme Court | 10.00 |

**Exhibit 2**
**Page 85 of 251**

Our File:  022510.000155                                                    Page:  11

Frontier Airlines, Inc.                                              January 20, 2022

TOTAL COSTS ADVANCED                                                 $ 3,089.10

## RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Hosenpud | 84.40 | 648.00 | 54,691.20 |
| P. Lambert | 7.10 | 625.00 | 4,437.50 |
| Q. Miao | 12.10 | 459.00 | 5,553.90 |
| A. Schaer | 73.50 | 382.50 | 28,113.75 |
| D. Deibele | 112.80 | 351.00 | 39,592.80 |
| Total all Timekeepers | 289.90 | | 132,389.15 |

TOTAL THIS INVOICE                                                   $135,478.25

**Exhibit 2**
**Page 86 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use* **pay my bill**
*link at lanepowell.com or call*
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.
Attn Accounts Payable
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

February 15, 2022
Invoice No.  3869525

Matter:   022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

| | |
|---|---|
| CURRENT CHARGES - see attached | $63,243.85 |
| PREVIOUS BALANCE as of January 20, 2022 | $177,232.05 |
| LESS PAYMENTS RECEIVED | ($41,753.80) |
| TOTAL AMOUNT DUE | $198,722.10 |

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

◆ **Anchorage** *(907) 277-9511*  ◆ **Portland** *(503) 778-2100*  ◆ **Seattle** *(206) 223-7000*

*For Our Current Seminars and Other Events, Visit* <u>lanepowell.com</u> *and Click on* <u>News & Events</u>

**Exhibit 2**
**Page 87 of 251**

**LANE POWELL**

**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill***
*link at lanepowell.com or call*
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.
Attn Accounts Payable
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

February 15, 2022
Invoice No.  3869525

FOR PROFESSIONAL SERVICES RENDERED THROUGH  01/31/22

Matter:  022510.000155

AMCK Aviation Dispute

| Date | Name | Description | Hours |
|---|---|---|---|
| 01/03/2022 | D. Hosenpud | Review and revise letter that emphasizes Frontier's contract rights under lease paragraph 20.2(a) to accompany second RFP (.8); review final collection of documents for redactions and production (3,2) | 4.00 |
| 01/03/2022 | Q. Miao | Email exchanges with D. Hosenpud re document review | 0.30 |
| 01/03/2022 | A. Schaer | Work on drafting letter to AMCK re second set of discovery requests and potential asset transfer to Carlyle, and correspond with D. Hosenpud re same (1.2); work with D. Hosenpud on coding documents for potential production (.3); review documents requiring redactions before production and correspond with D. Deibele re same (1.2) | 2.70 |
| 01/04/2022 | A. Schaer | Review AMCK's document production to learn case background and uncover evidence that could support our case (2.8); meet with D. Hosenpud and D. Deibele to discuss issues related to document productions, metadata, discovery strategy, and follow up work re same (.8); finalize letter and second set of discovery requests to opposing counsel re Carlyle asset sale (.8) | 4.40 |
| 01/04/2022 | D. Deibele | Prepare documents for production: confirm coding, redact as needed; confer with D. Hosenpud and A. | 4.10 |

**Exhibit 2**
**Page 88 of 251**

Our File:  022510.000155                                                                 Page:  2

Frontier Airlines, Inc.                                            February 15, 2022

|            |               | Schaer re redactions, responsive criteria; convert documents to images and redact same; email Consilio re privilege log coding layout; review D. Hosenpud notes re documents to be produced, revise coding as requested |      |
|------------|---------------|---------|------|
| 01/05/2022 | P. Lambert    | Review discovery request documents; email to D. Hosenpud | 0.80 |
| 01/05/2022 | A. Schaer     | Review Frontier documents in preparation for producing to AMCK (.5); review AMCK's document production to learn case background and uncover evidence that could support our case (1.8); work on moving for relief related to defendants not providing proper metadata, and correspond with L. Marquez-Garrett and D. Deibele re same (.4) | 2.70 |
| 01/05/2022 | D. Deibele    | Confer with D. Hosenpud, A. Schaer and L. Marquez-Garrett re follow up re AMCK production; review and revise letter re same; continue preparing documents for production; confer with A. Schaer re contradictory coding and metadata redactions; email exchanges with Consilio re additional images; email L. Marquez-Garrett re case background, metadata produced by both parties | 4.70 |
| 01/06/2022 | D. Hosenpud   | Strategy re AMCK's failure to produce metadata | 0.50 |
| 01/06/2022 | A. Schaer     | Correspond with L. Marquez-Garrett on history of meet and confers and conversations with opposing counsel re including metadata in document productions (.3); review AMCK's document production to learn case background and uncover evidence that could support our case (3.7); work with L. Marquez-Garrett and D. Hosenpud on securing sufficient metadata from defendants related to their document productions (.6); work on redactions to documents in preparation for producing to defendants and correspond with D. Deibele re same (1.2) | 5.80 |
| 01/06/2022 | D. Deibele    | Finish preparing documents for production; email exchanges with Consilio re same; confer with D. Hosenpud, A. Schaer and L. Marquez-Garrett re AMCK metadata; consult XDD Analytics re use of machine learning on defendants' productions; confer with D. Hosenpud re Frontier production, documents of interest | 5.60 |
| 01/07/2022 | D. Hosenpud   | Correspondence with opposing counsel re discovery production deadline (.2); analysis of issues with | 0.70 |

**Exhibit 2**
**Page 89 of 251**

Our File: 022510.000155                                                                    Page: 3

Frontier Airlines, Inc.                                                    February 15, 2022

|  |  |  |  |
|---|---|---|---|
|  |  | regard to Frontier ESI production (.2); address the failure of AMCK to include standard metadata fields in its production (.3) |  |
| 01/07/2022 | A. Schaer | Work with D. Hosenpud on strategy for extending discovery deadline in order for defendants to respond to second set of discovery requests (.4); analyze updated metadata provided by defendants and attention to correspondence re same (.3) | 0.70 |
| 01/07/2022 | D. Deibele | Email exchanges with Consilio re production specifications; forward AMCK overlay to Consilio for processing; analyze AMCK DAT overlay; advise attorneys re same; confer re response to continued production deficiencies; confer with Analytics team re applying machine learning to defendants productions; respond to D. Hosenpud questions re documents coding not responsive | 5.00 |
| 01/09/2022 | D. Deibele | Email exchanges with Consilio re production | 0.30 |
| 01/10/2022 | D. Hosenpud | Contested motion to enlarge time for document production (.9); correspondence with opposing counsel in an attempt to confer (.1) | 1.00 |
| 01/10/2022 | A. Schaer | Review AMCK's document production to learn case background and uncover evidence that could support our case (1.3); draft letter motion to court re extending discovery deadline, work with D. Hosenpud re same, correspond with opposing counsel re same, and work on filing with court (4.5) | 5.80 |
| 01/10/2022 | D. Deibele | Email exchanges with Consilio re production; continue analyzing AMCK DAT overlay; begin setting up searches in anticipation of AMCK depositions; quality check production; confer with D. Hosenpud re same; transmit FRONTIER004 to counsel for defendants; review correspondence re discovery extension; confer re follow up with AMCK re metadata | 5.80 |
| 01/11/2022 | A. Schaer | Review AMCK's document production to learn case background and uncover evidence that could support our case | 4.10 |
| 01/11/2022 | D. Deibele | Confer with Consilio re metadata overlay; analyze AMCK original and overlay DAT files; review correspondence from AMCK's counsel; search database for publication mentioned in most recent letter from AMCK's counsel; consult Consilio re | 4.10 |

**Exhibit 2**
**Page 90 of 251**

Our File: 022510.000155                                   Page:   4

Frontier Airlines, Inc.                                       February 15, 2022

|  |  |  |  |
|---|---|---|---|
|  |  | using active learning model on defendant's productions; consult L. Marquez-Garrett re discovery dispute |  |
| 01/12/2022 | A. Schaer | Review AMCK's document production to learn case background and uncover evidence that could support our case (1.4); telephone call with D. Hosenpud and D. Deibele re outstanding discovery issues re defendants' production of metadata, and next steps with depositions (.7) | 2.10 |
| 01/12/2022 | D. Deibele | Analyze AMCK original and overlay DAT files; conferences with D. Hosenpud and A. Schaer re AMCK production, privilege log, comparison of AMCK original and overlay DAT files; revise offensive review coding panel as requested | 3.00 |
| 01/13/2022 | A. Schaer | Review AMCK's document production to learn case background and uncover evidence that could support our case | 2.20 |
| 01/13/2022 | D. Deibele | Email exchanges with Consilio re overlay; draft letter to AMCK's counsel re overlay; conferences with D. Hosenpud, L. Marquez-Garrett and A. Schaer re same; search AMCK data as requested; complete comparison of AMKC original and overlay data; forward same to attorneys for review | 5.10 |
| 01/14/2022 | D. Hosenpud | Further analysis of AMCK metadata issues | 0.40 |
| 01/14/2022 | A. Schaer | Work on letter to opposing counsel re deficiencies with metadata, and correspond with D. Hosenpud and D. Deibele re same | 1.70 |
| 01/14/2022 | D. Deibele | Draft letter to counsel for AMCK re missing metadata; confer with L. Marquez-Garrett re same; search database and revise letter to include specific examples of missing metadata and the overlay's impact; conferences with D. Hosenpud re same; respond to attorney questions re Frontier production and why the missing metadata is critical | 4.30 |
| 01/17/2022 | A. Schaer | Review AMCK's document production to learn case background and uncover evidence that could support our case | 3.50 |
| 01/18/2022 | A. Schaer | Review AMCK's document production to learn case background and uncover evidence that could support our case | 1.70 |
| 01/18/2022 | D. Deibele | Draft email to client re collecting additional data; | 1.70 |

**Exhibit 2**
**Page 91 of 251**

Our File:  022510.000155                                                    Page:  5

Frontier Airlines, Inc.                                          February 15, 2022

| | | | |
|---|---|---|---|
| | | conferences with D. Hosenpud and A. Schaer re same; revise email | |
| 01/19/2022 | D. Hosenpud | Review AMCK key documents for deposition exhibits | 5.30 |
| 01/19/2022 | Q. Miao | Review the corporate organization chart from AMCK | 0.20 |
| 01/19/2022 | A. Schaer | Review AMCK's document production to learn case background and uncover evidence that could support our case | 1.80 |
| 01/19/2022 | D. Deibele | Review AMCK response to January 14 letter re production deficiencies; confer with A. Schaer and D. Hosenpud re tagging AMCK documents | 0.40 |
| 01/20/2022 | A. Schaer | Analyze response letter from opposing counsel re metadata fields to provide and correspond with L. Marquez-Garrett, D. Deibele, and D. Hosenpud re same (.4); review AMCK's document production to learn case background and uncover evidence that could support our case (1.1); telephone call with D. Hosenpud to discuss hot documents found in document review and case strategy (.4) | 1.90 |
| 01/20/2022 | D. Deibele | Review letter from AMCK's counsel; respond to attorney questions re impact of metadata AMCK will not produce; email exchanges with D. Hosenpud and Consilio re preparing binders of hot documents for D. Hosenpud; download, print and organize voluminous documents | 5.60 |
| 01/21/2022 | D. Deibele | Download most recent AMCK overlay; forward same to Consilio for processing | 0.40 |
| 01/23/2022 | A. Schaer | Review AMCK's document production to learn case background and uncover evidence that could support our case | 1.40 |
| 01/24/2022 | D. Hosenpud | Selection of deposition exhibits | 3.40 |
| 01/24/2022 | D. Deibele | Follow up with Consilio re metadata overlay | 0.20 |
| 01/25/2022 | D. Hosenpud | Identify deposition exhibits and trial themes | 2.60 |
| 01/25/2022 | A. Schaer | Review AMCK's document production to learn case background and uncover evidence that could support our case (1.1); attention to updated metadata provided by defendants and correspondence re addressing further deficiencies with same (.3) | 1.40 |
| 01/25/2022 | D. Deibele | Follow up with Consilio re loading third overlay; analyze same; email attorneys re data still missing; | 2.80 |

**Exhibit 2**
**Page 92 of 251**

Our File:  022510.000155                                                                 Page:  6

Frontier Airlines, Inc.                                                        February 15, 2022

| | | | |
|---|---|---|---|
| | | confer with D. Hosenpud re conflict between dates reflected in email strings; email exchanges re impact of missing data and potential responses | |
| 01/26/2022 | D. Hosenpud | Further analysis of missing metadata | 0.30 |
| 01/26/2022 | A. Schaer | Review AMCK's document production to learn case background and uncover evidence that could support our case and correspond with D. Hosenpud, L. Marquez-Garrett, and D. Deibele re continuing issues with AMCK's production | 1.70 |
| 01/26/2022 | D. Deibele | Analyze AMCK overlay; confer with L. Marquez-Garrett re same; respond to D. Hosenpud questions re impact of missing data; review and categorize documents; contact Consilio re time spent on AMCK overlays | 1.60 |
| 01/27/2022 | A. Schaer | Review AMCK's document production to learn case background and uncover evidence that could support our case | 1.50 |
| 01/28/2022 | D. Hosenpud | Case law analysis for deposition topics (1.9); strategy re depositions (.8) | 2.70 |
| 01/28/2022 | A. Schaer | Review AMCK's document production to learn case background and uncover evidence that could support our case (1.0); telephone call with D. Hosenpud to discuss case strategy re metadata, depositions, and case themes (.8) | 1.80 |
| 01/28/2022 | D. Deibele | Email exchanges re response to AMCK's most recent letter, expenditures due to continued production deficiencies | 0.60 |
| 01/29/2022 | A. Schaer | Review AMCK's document production to learn case background and uncover evidence that could support our case | 2.20 |
| 01/30/2022 | A. Schaer | Review AMCK's document production to learn case background and uncover evidence that could support our case | 1.30 |
| 01/31/2022 | D. Hosenpud | Review case law re waiver/estoppel for depositions | 3.00 |
| 01/31/2022 | A. Schaer | Review AMCK's document production to learn case background and uncover evidence that could support our case | 3.00 |

TOTAL HOURS        135.90

**Exhibit 2**
**Page 93 of 251**

Our File:  022510.000155                                                        Page:  7

Frontier Airlines, Inc.                                              February 15, 2022


OUR FEE                                                                  $61,831.85


COSTS ADVANCED

01/20/2022    Professional services - BINDER & SCHWARTZ LLP - For          1,412.00
              Professional Services Rendered through December 31,2021 -
              INV#10743

TOTAL COSTS ADVANCED                                                    $ 1,412.00

### RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Hosenpud | 23.90 | 648.00 | 15,487.20 |
| P. Lambert | 0.80 | 625.00 | 500.00 |
| Q. Miao | 0.50 | 522.00 | 261.00 |
| A. Schaer | 55.40 | 441.00 | 24,431.40 |
| D. Deibele | 55.30 | 382.50 | 21,152.25 |
| Total all Timekeepers | 135.90 | | 61,831.85 |

TOTAL THIS INVOICE                                                        $63,243.85

**Exhibit 2**
**Page 94 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
Use **pay my bill**
 link at lanepowell.com or call
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.
Attn Accounts Payable
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

March 16, 2022
Invoice No.  3871717

Matter:   022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

| | |
|---|---:|
| CURRENT CHARGES - see attached | $91,064.95 |
| PREVIOUS BALANCE as of February 15, 2022 | $198,722.10 |
| LESS PAYMENTS RECEIVED | ($198,722.10) |
| TOTAL AMOUNT DUE | $91,064.95 |

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

⬥ **Anchorage** *(907) 277-9511*  ⬥ **Portland** *(503) 778-2100*  ⬥ **Seattle** *(206) 223-7000*

*For Our Current Seminars and Other Events, Visit* <u>lanepowell.com</u> *and Click on* <u>News & Events</u>

**Exhibit 2**
**Page 95 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
Use **pay my bill**
 link at lanepowell.com or call
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                                     March 16, 2022
Attn Accounts Payable                                          Invoice No.  3871717
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H


FOR PROFESSIONAL SERVICES RENDERED THROUGH  02/28/22



Matter:  022510.000155

AMCK Aviation Dispute


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/01/2022 | D. Hosenpud | Deposition theme analysis (.2); document review for deposition exhibits (4.1). | 4.30 |
| 02/01/2022 | A. Schaer | Review AMCK's document production to learn case background and uncover evidence that could support our case (1.6); work with D. Hosenpud and D. Deibele on status of discovery, case themes, and issues related to confidentiality of defendants' production (.9) | 2.50 |
| 02/01/2022 | D. Deibele | Follow up with A. Schaer re review of defendants' productions; multiple conferences with D. Hosenpud and A. Schaer re AMCK redaction issues | 0.50 |
| REDACTED | ▆▆ | ▆▆▆▆▆▆▆ | ▆ |
| 02/02/2022 | D. Hosenpud | Telephone conference with P. Lambert re Frontier conversation with Carlyle concerning the AMCK transaction (.2); further document review for deposition exhibits (2.2); Analysis and strategy re potential claims for fraudulent conveyance arising | 3.00 |

**Exhibit 2**
**Page 96 of 251**

Our File:  022510.000155                                                                 Page:  2

Frontier Airlines, Inc.                                                          March 16, 2022

|            |             | out of the Carlyle/AMCK transaction (.6) |      |
| ---------- | ----------- | --- | --- |
| 02/02/2022 | P. Lambert  | Conference calls with R. Fanning; R. Korn and S. Bindu; email to D. Hosenpud; conference call with D. Hosenpud; review documents and correspondence | 1.60 |
| 02/03/2022 | D. Hosenpud | Analysis of status of AMCK novation and theories to demand documents | 1.10 |
| 02/03/2022 | P. Lambert  | Conference call with S. Bindu; review correspondence from AMCK counsel, leases and AMCK public filings; email; review and analysis of AMCK lease language | 1.60 |
| REDACTED   |             |     |      |
| 02/04/2022 | D. Hosenpud | Correspondence with client J. Dempsey, S. Thwaytes, R. Fanning, and S. Sashshikumar re deposition scheduling, preparation and further correspondence with client re depositions (.2); continue with deposition preparations (3.5) | 3.70 |
| REDACTED   |             |     |      |
| 02/04/2022 | D. Deibele  | Conferences with D. Hosenpud re potential deposition exhibits; organize hot Frontier documents; format additional AMCK hot documents for printing and use as exhibits | 3.80 |
| 02/06/2022 | D. Hosenpud | Continue selection of deposition exhibits from AMCK production | 1.00 |
| 02/06/2022 | D. Deibele  | Compare AMCK hot document binders to Relativity export to conform paper and electronic versions; organize electronic binders; download and format Wells Fargo documents for ease of use at deposition | 3.70 |
| 02/07/2022 | D. Hosenpud | Further analysis of deposition exhibits | 1.10 |
| 02/07/2022 | A. Schaer   | Analyze AMCK's responses and objections to second set of discovery requests and consider strategy for addressing same | 0.30 |
| 02/07/2022 | D. Deibele  | Coordinate preparation of binders of hot Frontier documents | 0.40 |
| 02/08/2022 | D. Hosenpud | Identify deponents for examination (.7); continue to analyze deposition exhibits for witness examination and preparation (5.9) | 6.60 |

**Exhibit 2**
**Page 97 of 251**

Our File: 022510.000155                                                    Page: 3

Frontier Airlines, Inc.                                              March 16, 2022

| REDACTED | ▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓ |
|---|---|---|---|
| | | ▓▓▓▓ | |
| 02/08/2022 | D. Deibele | Confer with D. Hosenpud re deposition preparations; search for references to the HK shareholders in AMCK's production; combine and organize potential deposition exhibits; email exchange with Consilio re redaction error; search Frontier text messages for references to AMCK or Airbus | 2.80 |
| 02/08/2022 | E. Murozono | Review and prepare documents for production | 4.00 |
| 02/09/2022 | G. Fox | Analyze defendant transaction structure and potential judgment collectability risks and options to mitigate same (.7); meeting with D. Hosenpud re ability to impose conditions on transaction or review documentation and risks of transaction to Frontier (.3); draft analysis re same (.1) | 1.10 |
| 02/09/2022 | D. Hosenpud | Analysis of CK assets transaction with Carlyle Group to determine if there is any basis to challenge same for fraudulent conveyance (.7); analysis of deposition timing and process as well as additional discovery to propound (1.0); further development of deposition exhibits and deposition themes (3.6); | 5.30 |
| 02/09/2022 | P. Lambert | Conference calls with R. Fanning and D. Hosenpud; email to D. Hosenpud; revise letter to AMCK; email to R. Fanning re AMCK litigation | 0.50 |
| REDACTED | ▓ | ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓ |
| | | ▓▓▓▓▓▓ | |
| 02/09/2022 | A. Schaer | Telephone call with D. Hosenpud re case status and next steps in moving forward with depositions | 0.40 |
| 02/09/2022 | D. Deibele | Confer with D. Hosenpud re potential deposition exhibits; organize records as requested; revise redactions; email exchanges with Consilio re re-producing certain documents; update list of potential AMCK exhibits | 2.30 |
| 02/09/2022 | E. Murozono | Review and prepare documents for production | 1.40 |
| 02/10/2022 | G. Fox | Complete and draft analysis re CK Asset transaction and Frontier rights and potential course of action re same | 1.80 |
| 02/10/2022 | D. Hosenpud | Analysis of Carlyle Group transaction impact of Frontier's lease rights (.5); continue analysis of | 4.80 |

**Exhibit 2**
**Page 98 of 251**

Our File: 022510.000155                                                                  Page: 4

Frontier Airlines, Inc.                                                          March 16, 2022

|  |  |  |  |
|---|---|---|---|
|  |  | deposition exhibits (3.1); correspondence with opposing counsel re depositions/schedule, potential challenge to deponents identified, and meet and confer conference call (.6); Correspondence with clients re deposition dates (.1); telephone conference with R. Fanning re deposition dates, theories, and testimony (.5) |  |
| 02/10/2022 | D. Deibele | Assist D. Hosenpud with potential deposition exhibits, conferences re same; research the first appearance of R. Murphy and F. Bachrach in AMCK's production; telephone conference with D. Hosenpud re producing overlay for redacted documents | 2.80 |
| 02/11/2022 | D. Hosenpud | Further development of deposition exhibits for AMCK depositions | 3.70 |
| 02/11/2022 | D. Deibele | Assist D. Hosenpud with organizing potential deposition exhibits | 4.90 |
| 02/13/2022 | D. Deibele | Email T. Garcia re deposition scheduling and logistics | 0.10 |
| 02/14/2022 | D. Hosenpud | Correspondence with expert to schedule conference call for status update (.1); conference call with opposing counsel to discuss deposition dates and appearances (.6); strategy and analysis re motion to compel AMCK directors' depositions given their role in deciding critical issues involved in case (.6); continue document analysis for depositions and preparation (2.9); correspondence with opposing counsel re discovery deficiencies (.3) | 4.50 |
| 02/14/2022 | A. Schaer | Prepare for and participate in conference call with AMCK re depositions, and follow up work with D. Hosenpud re same | 1.70 |
| 02/14/2022 | D. Deibele | Confer with T. Garcia re deposition scheduling; revise chart re same; email exchange with D. Hosenpud re third-party discovery; organize electronic binders as requested; research AMCK production of minutes or other communications with its Board, collect same for D. Hosenpud review | 5.40 |
| 02/15/2022 | D. Hosenpud | Identify documents for deposition preparation of both AMCK depositions and Frontier depositions | 5.50 |
| 02/15/2022 | P. Lambert | Review and analysis of leases; analysis of Novation enforcement strategy | 0.40 |

**Exhibit 2**
**Page 99 of 251**

Our File: 022510.000155                                                      Page: 5

Frontier Airlines, Inc.                                              March 16, 2022

| 02/15/2022 | Q. Miao | Confer with D. Hosenpud re additional facts surrounding the deferral | 1.10 |
|---|---|---|---|
| 02/15/2022 | D. Deibele | Respond to D. Hosenpud questions re forbearance letter, board minutes; locate, download and organize potential exhibits | 2.60 |
| 02/16/2022 | D. Hosenpud | Correspondence with opposing counsel re status conference and deposition dates (.2); continue to review deposition exhibits (1.9); telephone conference with T. Weir expert re status of case (.6); conference call with co-counsel regarding depositions (.4); telephone conference with R. Fanning re depositions and preparation (.5); telephone conference with S. Sashikumar re depositions and prep (.2); correspondence with J. Dempsey re deposition scheduling, and evidence developed re AMCK and its REDACTED (.4) | 4.20 |
| 02/16/2022 | P. Lambert | Conference call with D. Hosenpud; review assignment clause re AMCK Lease; email to D. Hosenpud | 0.70 |
| REDACTED | | | |
| 02/16/2022 | D. Deibele | Assist D. Hosenpud with deposition preparations: organize documents, transmit potential exhibits to clients for review | 1.90 |
| 02/17/2022 | D. Hosenpud | Review and revise deposition notices (.4); correspondence with opposing counsel re scheduling and re deposition notices, and involving court to settle dispute re director/shareholder depositions (.9); review response from opposing counsel re deficient discovery (.2); review text messages for deposition preparation (1.3) | 2.80 |
| 02/17/2022 | A. Schaer | Work with D. Hosenpud re issues related to depositions of AMCK and Frontier employees and directors, and work on letter to opposing counsel re same | 0.90 |
| 02/17/2022 | D. Deibele | Segregate Frontier text messages re AMCK/Airbus for D. Hosenpud review; revise coding panel; confer re deposition logistics; update board minutes collection | 2.10 |
| 02/18/2022 | D. Hosenpud | Review outstanding requests for production to respond to opposing counsel's position re | 1.40 |

Exhibit 2
Page 100 of 251

Our File:  022510.000155                                                      Page:  6

Frontier Airlines, Inc.                                         March 16, 2022

|  |  |  |  |
|---|---|---|---|
|  |  | supplementing discovery (1.0); coordinate with client re depositions and deposition preparation conferences (.4) |  |
| 02/18/2022 | A. Schaer | Work with D. Hosenpud re deposition scheduling, court motion practice re potential protective order, and related discovery issues | 0.70 |
| 02/18/2022 | D. Deibele | Organize Frontier text messages; multiple email exchanges re deposition logistics and scheduling | 1.10 |
| 02/21/2022 | D. Hosenpud | Analysis of Framework Agreement/ lease agreement and strategy to support breach of good faith and fair dealing claim | 3.50 |
| 02/21/2022 | A. Schaer | Work with D. Hosenpud re potential notice requirements in underlying contracts and other case strategy issues | 0.90 |
| 02/22/2022 | D. Hosenpud | Correspondence with client re deposition availability and dates (.2); review email from opposing counsel re alleged production deficiencies of Frontier and analyze the same (.3); develop additional documents for deposition preparation (.2) | 0.70 |
| REDACTED | ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ |
| REDACTED | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ |
| 02/22/2022 | A. Schaer | Analyze correspondence from opposing counsel re issues with discovery, and work with D. Hosenpud and D. Deibele re responding to same | 0.30 |
| 02/22/2022 | D. Deibele | Respond to D. Hosenpud questions re production of text messages; research questions posed by J. Alexander re Frontier production | 0.40 |
| 02/23/2022 | D. Hosenpud | Prepare for meet and confer with opposing counsel (1.2); meet and confer (.7); follow up on discovery demanded by defendant (.9); analysis of master agreement and amendments (2.0); continue deposition preparation (1.0) | 5.80 |
| 02/23/2022 | P. Lambert | Review correspondence and discovery issues; conference call with Q. Miao re Novation agreements | 0.70 |
| 02/23/2022 | Q. Miao | Confer with D. Hosenpud re Airbus Purchase Agreement for document production, order history, Framework Agreement default term; review and redact the Airbus agreement | 3.80 |

**Exhibit 2**
**Page 101 of 251**

Our File: 022510.000155                                                    Page: 7

Frontier Airlines, Inc.                                            March 16, 2022

| 02/23/2022 | A. Schaer | Work on deposition scheduling, case extensions, and potential further written discovery (1.2); prepare for meet and confer with opposing counsel re deposition schedules and outstanding discovery issues (.9); analyze Framework Agreement to determine potential claims and defenses related to events of default and notice provisions (1.9); meet and confer with opposing counsel re deposition schedules and outstanding discovery issues (1.0); meet with D. Deibele to work on outstanding discovery issues (.4) | 5.40 |
|---|---|---|---|
| 02/23/2022 | D. Deibele | Research AMCK email re production of one-sided text messages; confer with D. Hosenpud re response to AMCK email re same; email exchanges with Consilio re same; telephone conference with A. Schaer re same; respond to D. Hosenpud questions re redactions; search database for 2011 Airbus agreement; research production of Airbus Amendment No. 8 | 4.10 |
| 02/24/2022 | D. Hosenpud | Review and revise deposition notices for AMCK depositions (.3); contact new expert for potential engagement (.2); Preliminary review of redactions of Frontier/Airbus master agreement (.3). correspondence with opposing counsel re Frontier deposition dates (.1) | 0.90 |
| 02/24/2022 | P. Lambert | Emails to D. Hosenpud and Q. Miao; work on demand letter | 0.80 |
| 02/24/2022 | Q. Miao | Confer with D. Hosenpud re: Airbus Purchase Agreement for document production, order history, Framework Agreement default term; review and redact the Airbus agreement | 2.30 |
| 02/24/2022 | A. Schaer | Attention to correspondence re discovery issues concerning text message from Frontier personnel (.3); telephone call with D. Hosenpud to discuss depositions and case strategy (.6) | 0.90 |
| 02/24/2022 | D. Deibele | Continued exchanges with Consilio re one-sided text message conversations, potential impact on production; assemble text messages for transmittal to client | 0.90 |
| 02/25/2022 | D. Hosenpud | Conference with clients re overall themes and deposition prep (2.4); analysis and strategy re next steps (.4) | 2.80 |
| REDACTED | �box | �box | �box |

**Exhibit 2**
**Page 102 of 251**

Our File: 022510.000155                                                          Page: 8

Frontier Airlines, Inc.                                                    March 16, 2022

REDACTED

| | | | |
|---|---|---|---|
| 02/25/2022 | A. Schaer | Analyze Airbus Purchase Agreement as well as proposed redactions in anticipation of producing to defendants (2.1); meet with J. Dempsey, R. Fanning, S. Sashikumar, S. Thwaytes, and D. Hosenpud re case background and deposition preparation, and follow up correspondence with D. Hosenpud (2.9) | 5.00 |
| 02/25/2022 | D. Deibele | Annotate evidence log to include the telephone numbers and personal emails of key witnesses; complete analysis of incomplete text messages including assembling both pieces of the conversations at issue and estimating the impact on the documents produced | 3.40 |
| 02/26/2022 | A. Schaer | Work drafting joint letter requesting an extension to the fact discovery cutoff deadline with the court, and correspond re same with D. Hosenpud | 0.80 |
| 02/27/2022 | D. Hosenpud | Revise proposed joint letter to the court re discovery extension | 0.40 |
| 02/27/2022 | A. Schaer | Analyze edits to joint letter motion to court, and correspond re same with D. Hosenpud | 0.30 |
| 02/28/2022 | D. Hosenpud | Identify documents to support opposition to defendants' letter motion for protective order to prevent the depositions of Gerald Ma and Francis Lee (1.2); review Power Point prepared for Frontier board for redaction and production (.3); Identify additional deposition exhibits (.9) | 2.40 |
| 02/28/2022 | P. Lambert | Email to D. Hosenpud re novation and discovery issues | 0.20 |
| 02/28/2022 | Q. Miao | Confer with D. Hosenpud re Airbus Purchase Agreement for document production, order history, Framework Agreement default term; review and redact the Airbus agreement | 0.60 |
| 02/28/2022 | A. Schaer | Analyze background and credentials for potential expert witness, D. Lockhart, as well as other proposed expert witnesses (.3); analyze documents produced related to certain board decks to resolve outstanding discovery dispute between parties, and correspond with D. Hosenpud re same (1.6) | 1.90 |
| 02/28/2022 | D. Deibele | Confer with D. Hosenpud re deposition preparations, impact of AMCK metadata fields; search for potential deposition exhibits; multiple email | 3.30 |

**Exhibit 2**
**Page 103 of 251**

Our File:  022510.000155                                                                                    Page:  9

Frontier Airlines, Inc.                                                                       March 16, 2022

exchanges with Consilio re identifying duplicates, combining date fields, email threading, etc.; email D. Hosenpud re potential approaches to identifying deposition exhibits

| | |
|---|---|
| TOTAL HOURS | 173.50 |

| | |
|---|---|
| OUR FEE | $90,569.95 |

COSTS ADVANCED

| | | |
|---|---|---|
| 02/09/2022 | Professional services - BINDER & SCHWARTZ LLP - Professional services rendered through January 31,2022 - INV#10752 | 495.00 |

| | |
|---|---|
| TOTAL COSTS ADVANCED | $ 495.00 |

### RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| G. Fox | 3.80 | 625.50 | 2,376.90 |
| D. Hosenpud | 69.50 | 648.00 | 45,036.00 |
| P. Lambert | 9.40 | 625.00 | 5,875.00 |
| Q. Miao | 16.90 | 522.00 | 8,821.80 |
| A. Schaer | 22.00 | 441.00 | 9,702.00 |
| D. Deibele | 46.50 | 382.50 | 17,786.25 |
| E. Murozono | 5.40 | 180.00 | 972.00 |
| Total all Timekeepers | 173.50 | | 90,569.95 |

| | |
|---|---|
| TOTAL THIS INVOICE | $91,064.95 |

**Exhibit 2**
**Page 104 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use pay my bill*
*link at lanepowell.com or call*
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                          April 30, 2022
Attn Accounts Payable                               Invoice No.  3874704
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

REVISED INVOICE
(Replaces Original Invoice No. 3874685)

Matter:  022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

CURRENT CHARGES - see attached                                    $212,028.08

PREVIOUS BALANCE as of March 16, 2022                              $91,064.95

TOTAL AMOUNT DUE                                                   $303,093.03

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

◆ *Anchorage (907) 277-9511* ◆ *Portland (503) 778-2100* ◆ *Seattle (206) 223-7000*

*For Our Current Seminars and Other Events, Visit <u>lanepowell.com</u> and Click on <u>News & Events</u>*

**Exhibit 2**
**Page 105 of 251**



Wire Transfer Information:
Wells Fargo Bank
ABA No. 121000248
Account No.  Redacted
Swift Code: WFBIUS6S

Pay by e-Check, Visa, or MC:
Use pay my bill
 link at lanepowell.com or call
(206) 223-6288

Remit Payments To:

P.O. Box 91302
Seattle, WA
98111-9402
Attn  Cash Receipts
Fax: (206) 223-7107

Identification No. 20-2071651

Frontier Airlines, Inc.                                     April 30, 2022
Attn Accounts Payable                          Invoice No.  3874704
4545 Airport Way
Denver CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

FOR PROFESSIONAL SERVICES RENDERED THROUGH  03/31/22

Matter:  022510.000155

AMCK Aviation Dispute

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/01/2022 | D. Hosenpud | Analysis and strategy re pending outstanding discovery, discovery extension, motion to compel, and response to defendants' supplementation request (.8); continue selection of McInerney deposition exhibits (2.3) | 3.10 |
| 03/01/2022 | A. Schaer | Meet with D. Hosenpud and D. Deibele re next steps with deposition preparations (.8); work on updating and finalizing joint letter request extension to fact discovery deadline (.3) | 1.10 |
| 03/01/2022 | D. Deibele | Assist D. Hosenpud with searches for M. McInerney; conferences with Consilio re finding and removing duplicate families; set up coding layout for potential deposition witnesses; review and redact Airbus Agreement in preparation for production; analyze data fields provided by AMCK; email exchanges with Consilio re creating a Sort Date Time field to allow chronological sorting; analyze Airbus Amendment No. 8 agreements already produced and redact final to match | 5.70 |
| 03/02/2022 | D. Hosenpud | Review documents for McInerney deposition (2.8); Review and analyze letter motion for protective order, strategy for response, review case law cited and identify communications to summarize in letter response in opposition (2.3); review documents for | 6.70 |

Exhibit 2
Page 106 of 251

Our File: 022510.000155                                                                    Page: 2

Frontier Airlines, Inc.                                                          April 30, 2022

|  |  | deposition exhibits for Ma, Lee, Sheridan and O'Callaghan (1.6) |  |
|---|---|---|---|
| 03/02/2022 | A. Schaer | Analyze defendants' letter motion to court re depositions of shareholders and correspond with D. Hosenpud re addressing same and distinguishing the caselaw defendants cited in their letter motion | 0.60 |
| 03/02/2022 | D. Deibele | Create searches for potential exhibits to G. Ma and K. Lee depositions; organize M. McInerney exhibits selected by D. Hosenpud | 1.00 |
| 03/03/2022 | D. Hosenpud | Address motion for protective order; review and develop Bachrach exhibits (.7); review and develop Murphy exhibits (1.0); draft letter motion to file exhibits under seal (.6) | 2.30 |
| 03/03/2022 | A. Schaer | Work on letter motion to court re sealing exhibits in connection with response to defendants' letter motion for a protective order | 0.40 |
| 03/03/2022 | D. Deibele | Reorganize Lee and Ma documents; confer with D. Hosenpud re Bachrach and Murphy documents; search for potential O'Callaghan and Sheridan exhibits; redact 2011 Airbus Agreement per A. Schaer and Q. Maio suggestions | 0.40 |
| 03/04/2022 | D. Hosenpud | Review and revise motions to seal exhibits supporting Response to Request for Protective order; review and revised response to request for pre-conference on motion for protective order; identify Sheridan deposition exhibits | 4.90 |
| REDACTED |  |  |  |
| 03/04/2022 | A. Schaer | Draft response letter to defendants' letter motion for a protective order; work with D. Hosenpud re same | 5.30 |
| 03/04/2022 | D. Deibele | Confer with E. Murozono re redactions to 2011 Airbus agreement; confer with T. Garcia re filing motion under seal, assist with exhibits to same; update casedata and Relativity folders of Sheridan and O'Callaghan exhibits; consult D. Hosenpud re pool from which to draw exhibits for Frontier depositions | 2.10 |
| 03/04/2022 | E. Murozono | Compare and confirm redactions to highly sensitive purchase agreement between Airbus and Frontier | 0.90 |

**Exhibit 2**
**Page 107 of 251**

Our File: 022510.000155                                                                    Page: 3

Frontier Airlines, Inc.                                                            April 30, 2022


| 03/04/2022 | K. Crane | Review requested letter and cite check with Westlaw for T. Garcia | 0.20 |
|---|---|---|---|
| REDACTED | | | |
| 03/06/2022 | D. Hosenpud | Review and select O'Callaghan deposition exhibits (1.2); analysis of novation case law in the 2nd Circuit and N.Y. state court re share sale of holding company triggering novation (3.1) | 4.30 |
| 03/07/2022 | D. Hosenpud | McInerney deposition (3.0); Dempsey document review for deposition preparation (3.4); further analysis of novation issue (.4) | 6.80 |
| REDACTED | | | |
| 03/07/2022 | A. Schaer | Analyze caselaw re potential novation from AMCK to Carlyle and correspond with D. Hosenpud re legal implications of same | 1.90 |
| 03/07/2022 | D. Deibele | Create searches for Dempsey and Fanning documents for D. Hosenpud; review, revise McInerney search as requested; download, organize, reformat and rename potential McInerney exhibits | 4.60 |
| 03/08/2022 | D. Hosenpud | Review Fanning, Thwaytes, and Sashikumar documents for deposition preparation exhibits (6.2); McInerney Deposition Preparation (3.5) | 9.70 |
| REDACTED | | | |
| 03/08/2022 | Q. Miao | Confer with D. Hosenpud re deposition preparation, Framework Agreement default term; review documents produced for summary judgment defense strategy and the potential preliminary injunction motion | 3.50 |
| 03/08/2022 | A. Schaer | Analyze PowerPoint presentation explaining details of deal terms between AMCK and Carlyle; analyze differences between asset sale and equity sale to determine possible remedies re AMCK and Carlyle transaction | 0.50 |
| 03/08/2022 | D. Deibele | Multiple conferences with D. Hosenpud re deposition | 5.80 |

**Exhibit 2**
**Page 108 of 251**

Our File:  022510.000155                                                              Page:  4

Frontier Airlines, Inc.                                                          April 30, 2022

| | | | |
|---|---|---|---|
| | | exhibits; email exchanges re deposition logistics; reformat Excel spreadsheets for ease of use during deposition; craft searches for additional Frontier deponents; update database tags to reflect current witness and deposition exhibit designations; revise potential McInerney exhibits as requested; download and organize potential Bachrach exhibits | |
| 03/08/2022 | M. Mathis | Assist with organizing potential exhibits to Murphy deposition | 0.20 |
| 03/08/2022 | M. Mathis | Assist with organizing potential exhibits to Fabian deposition | 0.30 |
| 03/09/2022 | D. Hosenpud | McInerney Dep prep with analysis re questions for other deponents | 8.20 |
| 03/09/2022 | Q. Miao | Confer with D. Hosenpud re deposition preparation, Framework Agreement default term; review documents produced for summary judgment defense strategy and the potential preliminary injunction motion | 0.10 |
| 03/09/2022 | A. Schaer | Analyze May 5 weekly report re evidence of AMCK's earlier plans to declare default, and correspond with D. Hosenpud re same (.4); meet with D. Hosenpud and D. Deibele to discuss next steps with depositions and AMCK/Carlyle transaction (.9) | 1.30 |
| 03/09/2022 | D. Deibele | Confer with D. Hosenpud and A. Schaer re pending Carlyle transaction, deposition preparations and response to email from AMCK's counsel re discovery issues; assist D. Hosenpud with McInerney exhibits including research distribution lists; organize same for ease of use during deposition; email exchanges with T. Garcia and Veritext re deposition logistics; begin reviewing potential Fanning exhibits to remove duplicates; research metadata associated with May 8, 2020 notice of termination; reformat excel spreadsheets for legibility and ease of use; search for and combine weekly agenda and cover email; coordinate preparation of exhibit binder | 6.30 |
| 03/10/2022 | D. Hosenpud | Continue McInerney deposition outline (1.5); prepare Bachrach deposition exhibits (1.9); prepare Murphy deposition exhibits (1.6); prepare Sheridan Exhibits (2.6) | 7.60 |
| 03/10/2022 | D. Deibele | Conferences with D. Hosenpud re potential exhibits to several depositions; confer with L. Peralta re | 2.90 |

**Exhibit 2
Page 109 of 251**

Our File: 022510.000155                                                    Page: 5

Frontier Airlines, Inc.                                              April 30, 2022

|            |              | mechanics of presenting exhibits via Zoom; review potential exhibits to remove duplicates; prepare and provide court reporter with McInerney exhibit index and instructions re Excel files | |
|------------|--------------|-------------------------------------------------------------------------------------------------------------------------------------------------|------|
| 03/11/2022 | D. Hosenpud  | Deposition of Michael McInerney | 5.00 |
| 03/11/2022 | A. Schaer    | Attend deposition of M. McInerney, and follow up correspondence with D. Hosenpud re same | 5.10 |
| 03/11/2022 | D. Deibele   | Assist with McInerney exhibits; search for documents re shareholder attitude as requested | 0.80 |
| 03/12/2022 | D. Hosenpud  | Prepare O'Callaghan Dep Exhibits | 3.50 |
| REDACTED   |              |  |  |
| 03/13/2022 | D. Hosenpud  | Bachrach Deposition Preparation | 3.50 |
| REDACTED   |              |  |  |
| 03/13/2022 | D. Deibele   | Assist D. Hosenpud with Bachrach, O'Callaghan and Sheridan exhibits; find and format metadata for draft O'Callaghan email; reformat Excel files; rename potential exhibits for D. Hosenpud use; coordinate preparation of exhibit binders | 7.80 |
| 03/14/2022 | D. Hosenpud  | Ronan Murphy exhibits and deposition outline: 10:00-12:15; 12:45-2:30; 3:30-3:48; 3:52-6:00; 7:30-9:24 | 8.30 |
| REDACTED   |              |  |  |
| 03/14/2022 | A. Schaer    | Attention to correspondence from D. Hosenpud re upcoming depositions of AMCK representatives and corresponding exhibits (.3); analyze amendments to Airbus Purchase Agreement to determine next steps in production to defendants, as well as draft response to identified discovery deficiencies (4.1) | 4.40 |
| 03/14/2022 | D. Deibele   | Assist D. Hosenpud with Bachrach and other exhibits; multiple conferences with T. Garcia and Veritext re access to prior exhibits, access to same and other logistical issues; review and respond to A. Schaer proposed response to AMCK's 2/22 email re Frontier production; prepare 2011 and executed Amendment No. 8 for production; conferences with J. Walter re McInerney exhibits; draft exhibit log; forward potential Bachrach exhibits to court reporter; | 2.90 |

**Exhibit 2**
**Page 110 of 251**

Our File:  022510.000155                                                              Page:  6

Frontier Airlines, Inc.                                                          April 30, 2022

redact Airbus agreement

| REDACTED | ░░░ | ░░░░░░░░░ | ░░ |
| | | ░░░░░░░ | |
| | | ░░░░░░░ | |
| | | ░░░░░░░ | |
| | | ░░ | |

| 03/15/2022 | D. Hosenpud | Deposition of Fabian Bachrach (3.0); conferral with opposing counsel re discovery (.4); Sheridan deposition outline (2.5); O'Callaghan deposition outline (1.0) | 6.90 |

| REDACTED | ░░░░ | ░░░░░░░░░ | ░░ |
| | | ░░░░ | |
| ░░░ | ░░░░ | ░░░░░░░ | ░░ |
| | | ░░░░░ | |

| 03/15/2022 | A. Schaer | Attend F. Bachrach deposition and follow up correspondence with D. Hosenpud | 3.80 |

| 03/15/2022 | D. Deibele | Observe beginning of F. Bachrach deposition to confirm exhibit display working as hoped; conferences re deposition logistics including exhibit display; prepare Murphy exhibits | 3.30 |

| REDACTED | ░░ | ░░░░░░░░ | ░░ |
| | | ░░░░░ | |

| 03/16/2022 | D. Hosenpud | O'Callaghan deposition exhibits and outline (2.9); review second set of discovery propounded by defendants (.5) | 3.40 |

| REDACTED | ░░░░ | ░░░░░░░ | ░░ |

| 03/16/2022 | Q. Miao | Review RFA and ROGs from AMCK; confer with D. Hosenpud re response strategy | 1.30 |

| 03/16/2022 | A. Schaer | Work with D. Hosenpud re preparing for further AMCK depositions | 0.30 |

| 03/16/2022 | D. Deibele | Follow up with Veritext re exhibits marked at depositions; conferences with T. Garcia re deposition logistics; assist D. Hosenpud with Murphy, O'Callaghan and other exhibits as requested | 3.10 |

| 03/17/2022 | D. Hosenpud | Sheridan/O'Callaghan depositions outlines and themes | 4.90 |

| REDACTED | ░░░░ | ░░░░░░░ | ░░ |
| | | ░░ | |

**Exhibit 2**
**Page 111 of 251**

Our File:  022510.000155                                                                 Page:  7

Frontier Airlines, Inc.                                                          April 30, 2022

| REDACTED | ▨ | ▨ ▨ | ▨ |
| 03/17/2022 | A. Schaer | Further work addressing AMCK's outstanding discovery issues and correspond with D. Hosenpud and D. Deibele re same (.9); update redactions in Airbus Purchase Agreement and send to D. Hosenpud for further handling with Airbus (.3) | 1.20 |
| 03/17/2022 | D. Deibele | Assist D. Hosenpud with preparations for AMCK depositions: organize potential exhibits; coordinate Murphy exhibit printing; multiple email exchanges with E. Day and T. Garcia re presenting exhibits in New York; search for metadata, related documents and other issues as requested | 2.40 |
| 03/18/2022 | G. Fox | Review and comment on letter (.7); telephone conferences with D. Hosenpud and C. Huber re same (.3); email to team re letter (.1) | 1.10 |
| 03/18/2022 | D. Hosenpud | O'Callaghan deposition preparation | 2.90 |
| REDACTED | ▨ | ▨ ▨ | ▨ |
| REDACTED | ▨ | ▨ | ▨ |
| REDACTED | ▨ | ▨ | ▨ |
| 03/18/2022 | A. Schaer | Work with D. Hosenpud on issues related to AMCK/Carlyle transaction and pursuing related documents in discovery (.3); work with D. Deibele on addressing AMCK discovery issues and draft response to opposing counsel re all parties' outstanding discovery issues (1.5) | 1.80 |
| 03/18/2022 | D. Deibele | Conferences with D. Hosenpud re exhibits; organize same; coordinate printing for ease of D. Hosenpud use; prepare supplemental production; email exchanges with Consilio re same; confer with A. Schaer re production format; update Relativity tags re confidentiality; work on deposition exhibit index | 3.10 |
| 03/19/2022 | D. Hosenpud | Travel to NY and prepare for depositions | 9.80 |
| 03/20/2022 | D. Hosenpud | Outline O'Callaghan deposition testimony | 4.30 |
| 03/20/2022 | D. Deibele | Prepare supplemental production; prepare O'Callaghan and Sheridan exhibits; confer with D. Hosenpud re same; reformat exhibit for legibility | 2.20 |
| 03/21/2022 | D. Hosenpud | Deposition of Ronan Murphy (5.0); Continue to | 7.20 |

**Exhibit 2**
**Page 112 of 251**

Our File: 022510.000155                                                          Page: 8

Frontier Airlines, Inc.                                                           April 30, 2022

|  |  | identify exhibits for O'Callaghan deposition (1.7); strategy with co-counsel re the Carlyle transaction (.5) |  |
| REDACTED | �b▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇ |
| ▇▇▇ | ▇▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇ |
| 03/21/2022 | A. Schaer | Assist D. Hosenpud in preparing for AMCK depositions (.3); work with D. Deibele on upcoming document production to AMCK re outstanding discovery issues (.2); attend deposition of R. Murphy (4.6); analyze notice of potential default to AMCK re Carlyle transaction (.2) | 5.30 |
| 03/21/2022 | D. Deibele | Upload exhibits to Veritext; log into Murphy deposition in case assistance is needed; forward exhibits to court reporter; email exchanges with E. Day re exhibits for O'Callaghan deposition | 2.20 |
| 03/22/2022 | D. Hosenpud | Prepare O'Callaghan deposition outline and exhibits (7.0); Incorporate AMCK April 2020 Board Minutes produced 3/22/22 and incorporate into examination (.7) | 7.70 |
| REDACTED | ▇▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇ | ▇ |
| ▇▇▇ | ▇▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇ |
| 03/22/2022 | A. Schaer | Analysis of newly produced April 2020 AMCK board minutes and correspond with D. Hosenpud re same | 0.40 |
| 03/22/2022 | D. Deibele | Confer with D. Hosenpud re exhibit changes; email E. Day re same; forward AMCK supplemental production to Consilio; email A. Schaer re O'Callaghan exhibits that might be challenged; coordinate printing Sheridan exhibits; upload O'Callaghan exhibits, forward same to court reporter | 3.00 |
| 03/23/2022 | D. Hosenpud | Prepare for and conduct O'Callaghan deposition | 8.00 |
| REDACTED | ▇▇▇ | ▇▇▇▇▇▇▇▇▇▇▇ | ▇ |
| ▇▇▇ | ▇▇▇ | ▇▇▇▇▇▇▇▇▇▇▇ | ▇ |

**Exhibit 2**
**Page 113 of 251**

Our File: 022510.000155                                                                    Page: 9

Frontier Airlines, Inc.                                                            April 30, 2022

REDACTED

| | | | |
|---|---|---|---|
| 03/23/2022 | A. Schaer | Analyze letter to Carlyle re pending asset sale with AMCK, and work with D. Hosenpud re strategy and considerations for addressing same (.4); attend deposition of J. O'Callaghan, and follow up correspondence with D. Hosenpud re same (7.2); finalize and produce additional documents to AMCK to resolve outstanding discovery disputes (.3); analyze court's order denying defendants' motion for a protective order, and work on updating deposition notices for G. Ma and F. Lee in light of same (.4) | 8.30 |
| 03/23/2022 | D. Deibele | Email O'Callaghan exhibits to court reporter; follow up re same; respond to A. Schaer questions re AMCK's production of text messages; email exchange with Consilio re uploading data | 0.60 |
| 03/24/2022 | D. Hosenpud | Prepare for deposition of Paul Sheridan | 7.40 |
| REDACTED | | | |
| REDACTED | | | |
| 03/24/2022 | Q. Miao | Confer with P. Lambert re org chart of AMCK and related parties; email exchange with D. Hosenpud re lease documents for MSN10038; conduct further research for securities disclosure | 1.70 |
| 03/24/2022 | A. Schaer | Work with D. Hosenpud on considerations and strategy for defending upcoming Frontier depositions (.5); work with opposing counsel on re-arranging Frontier deposition dates (.2) | 0.70 |
| 03/24/2022 | D. Deibele | Confer with D. Hosenpud re Sheridan exhibits; telephone conference with D. Hosenpud re AMCK production of J. O'Callaghan's handwritten notes, search for same; review documents tagged for Frontier witnesses to remove duplicates | 0.90 |
| REDACTED | | | |
| 03/25/2022 | D. Hosenpud | Deposition of Paul Sheridan | 6.50 |
| 03/25/2022 | P. Lambert | Email to D. Schoeggl; telephone calls with H. Diamond and J. Dempsey; email to D. Hosenpud; telephone call with D. Hosenpud re deposition; | 1.60 |

**Exhibit 2**
**Page 114 of 251**

Our File: 022510.000155                                                                    Page: 10

Frontier Airlines, Inc.                                                              April 30, 2022

|  |  |  |  |
|---|---|---|---|
|  |  | review transcript; email to H. Diamond; review organizational chart and HK stock exchange deal public filing |  |
| REDACTED |  |  |  |
| 03/25/2022 | A. Schaer | Attend Paul Sheridan deposition and follow up correspondence with D. Hosenpud re same | 5.50 |
| 03/25/2022 | D. Deibele | Confer with E. Day and D. Hosenpud re depositions; confer with D. Hosenpud re AMCK production of O'Callaghan notes; resume removing duplicates from Frontier search folders in Relativity | 2.30 |
| 03/26/2022 | D. Hosenpud | Analysis of testimony and prepare for upcoming depositions | 8.70 |
| 03/28/2022 | D. Hosenpud | Deposition preparation for S. Thwaytes and S. Sashikumar (2.4); conference call with NY counsel to discuss options for prejudgment action re lease rights associated with the Carlyle transaction (1.8) | 4.20 |
| REDACTED |  |  |  |
| REDACTED |  |  |  |
| REDACTED |  |  |  |
| 03/28/2022 | A. Schaer | Work with opposing counsel re arranging upcoming Frontier depositions (.3); work on compiling, organizing, and culling deposition preparation materials for Frontier witnesses (2.6); research anticipatory repudiation and fraud claims, and legal considerations when the claims are pled together (1.2); analyze prior discovery requests to determine if we requested AMCK's organization chart (.2) | 4.30 |
| 03/28/2022 | D. Deibele | Finish updating Relativity re deposition exhibits; telephone conference with A. Schaer re preparations for Frontier depositions; segregate text messages re Frontier executives; confer with D. Hosenpud re same | 2.30 |

**Exhibit 2**
**Page 115 of 251**

Our File:  022510.000155                                                     Page:  11

Frontier Airlines, Inc.                                              April 30, 2022


| 03/29/2022 | D. Hosenpud | Preparation of Spencer Thwaytes for deposition | 5.90 |
| REDACTED | | | |
| | | | |
| 03/29/2022 | A. Schaer | Deposition preparation meeting with S. Thwaytes and D. Hosenpud | 6.70 |
| 03/29/2022 | D. Deibele | Assist with preparations for S. Thwaytes and S. Bindu depositions; respond to D. Hosenpud questions re search criteria; review and tag additional records to be used during deposition preparations | 0.40 |
| 03/30/2022 | D. Hosenpud | Defend S. Thwaytes deposition | 5.50 |
| REDACTED | | | |
| | | | |
| 03/30/2022 | A. Schaer | Correspond with D. Hosenpud re issues that may come up in deposition re timing of rent payments due and requests for admission, as well as debriefing S. Thwaytes deposition | 0.90 |
| 03/30/2022 | D. Deibele | Assist D. Hosenpud with deposition preparations | 0.20 |
| 03/31/2022 | D. Hosenpud | Deposition preparation for S. Sashikumar | 4.20 |
| REDACTED | | | |
| | | | |
| 03/31/2022 | A. Schaer | Work with D. Deibele on updating document production to AMCK, and correspond with D. Hosenpud re same (.3); deposition preparation session with S. Sashikumar and D. Hosenpud (4.6); correspond with D. Hosenpud re opposing counsel's response to update confidentiality designations in documents (.2) | 5.10 |
| 03/31/2022 | D. Deibele | Apply additional redactions as requested, email exchange with Consilio re same; assist with preparations for S. Bindu deposition; update Relativity re exhibits marked to date; process S. Thwaytes exhibits | 0.70 |

**Exhibit 2**
**Page 116 of 251**

Our File:  022510.000155                                                    Page:  12

Frontier Airlines, Inc.                                                April 30, 2022


TOTAL HOURS                                    364.90


OUR FEE                                        $202,428.85


COSTS ADVANCED

| 02/28/2022 | Professional services - XACT DATA DISCOVERY - Data Services - INV#XDD015686 | 2,736.40 |
| 03/10/2022 | Air fare - Travel to New York to conduct depositions | 1,167.20 |
| 03/25/2022 | Deposition fee - Veritext Corporate Services, Inc. - Deposition: Witness: Michael McInerney - INV#5669606 | 1,733.45 |
| 03/30/2022 | Deposition fee - Veritext Corporate Services, Inc. - Deposition Witness: AMCK Aviation Holdings Ireland Limited Paul Sheridan - INV#5677140 | 2,781.68 |
| 03/30/2022 | Deposition fee - Veritext Corporate Services, Inc. - Deposition: Witness: Michael McInemey - INV#5677560 | 1,157.50 |
| | Delivery charge | 23.00 |

TOTAL COSTS ADVANCED                                    $ 9,599.23

### RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| G. Fox | 4.50 | 625.50 | 2,814.75 |
| D. Hosenpud | 171.40 | 648.00 | 111,067.20 |
| P. Lambert | 15.40 | 625.00 | 9,625.00 |
| D. Schoeggl | 20.30 | 697.50 | 14,159.25 |
| Q. Miao | 19.50 | 522.00 | 10,179.00 |
| A. Schaer | 64.90 | 441.00 | 28,620.90 |
| D. Deibele | 67.00 | 382.50 | 25,627.50 |
| M. Mathis | 0.50 | 144.00 | 72.00 |
| E. Murozono | 0.90 | 180.00 | 162.00 |
| K. Crane | 0.20 | 202.50 | 40.50 |
| E. Lundeen | 0.30 | 202.50 | 60.75 |
| Total all Timekeepers | 364.90 | | 202,428.85 |


TOTAL THIS INVOICE                                    $212,028.08


**Exhibit 2**
**Page 117 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
Use **pay my bill**
 link at lanepowell.com or call
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.
Attn Accounts Payable
4545 Airport Way
Denver, CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

June 30, 2022
Invoice No.  3878482

Matter:   022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

| | |
|---|---|
| CURRENT CHARGES - see attached | $190,719.82 |
| PREVIOUS BALANCE as of April 30, 2022 | $303,093.03 |
| LESS PAYMENTS RECEIVED | ($91,064.95) |
| LESS TRUST ACCOUNT FUNDS | ($18,614.70) |
| TOTAL AMOUNT DUE | $384,133.20 |

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

♦ **Anchorage** *(907) 277-9511*  ♦ **Portland** *(503) 778-2100* ♦  **Seattle** *(206) 223-7000*

*For Our Current Seminars and Other Events, Visit* <u>lanepowell.com</u> *and Click on* <u>News & Events</u>

**Exhibit 2**
**Page 118 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill**
 link at lanepowell.com or call*
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                           June 30, 2022
Attn Accounts Payable                                    Invoice No.  3878482
4545 Airport Way
Denver, CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

FOR PROFESSIONAL SERVICES RENDERED THROUGH  05/31/22

Matter:  022510.000155

AMCK Aviation Dispute

| | | | |
|---|---|---|---|
| 04/01/2022 | D. Hosenpud | Defend Sharath Sashikumar deposition; correspondence with opposing counsel re designating portions of testimony as attorneys' eyes only and re return of document subject to attorneys eyes only confidentiality designation due to inadvertent production | 2.70 |
| REDACTED | | | |
| 04/01/2022 | Q. Miao | Email exchanges with D. Hosenpud re expert witness | 0.30 |
| 04/01/2022 | A. Schaer | Correspond with D. Hosenpud re confidentiality designations of deposition transcripts pursuant to the protective order and analysis of protective order re same | 0.50 |
| 04/01/2022 | D. Deibele | Email court reporter re early access to marked exhibits; label S. Thwaytes exhibits for use during deposition preparation; coordinate re-production of document with additional redactions; label S. Bindu deposition exhibits; assist D. Hosenpud with forwarding exhibits to client | 2.90 |
| 04/03/2022 | D. Hosenpud | Deposition preparation with R. Fanning | 5.20 |
| 04/03/2022 | A. Schaer | Participate in R. Fanning deposition preparation meeting | 3.10 |

**Exhibit 2**
**Page 119 of 251**

Our File: 022510.000155                                                    Page: 2

Frontier Airlines, Inc.                                                    June 30, 2022

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 04/04/2022 | D. Hosenpud | Defend R. Fanning deposition; Deposition preparation for J. Dempsey and identify additional exhibits for review | 7.90 |
| REDACTED | | | |
| 04/04/2022 | Q. Miao | Confer with P. Lambert re identities of guarantors, counterparty to the framework agreement and net worth requirement | 0.10 |
| 04/04/2022 | A. Schaer | Analyze Defendant's second set of discovery requests and begin work on objecting and responding to same | 1.80 |
| 04/05/2022 | D. Hosenpud | Prepare for and confer with J. Dempsey re deposition preparation | 4.60 |
| REDACTED | | | |
| 04/05/2022 | A. Schaer | Attend J. Dempsey deposition preparation meeting with J. Dempsey and D. Hosenpud | 3.40 |
| 04/05/2022 | D. Deibele | Confer with Consilio re whether it can provide a log of J. Dempsey's April 2020 telephone calls; follow up with court reporter re Thwaytes and Bindu depositions | 0.50 |
| 04/06/2022 | D. Hosenpud | Defend J. Dempsey deposition; conference call with D. Deibele re exhibits | 3.80 |
| REDACTED | | | |
| 04/06/2022 | A. Schaer | Conference call with D. Hosenpud to discuss J. | 0.90 |

**Exhibit 2**
**Page 120 of 251**

Our File:  022510.000155                                                      Page:  3

Frontier Airlines, Inc.                                                    June 30, 2022

|            |            | Dempsey deposition testimony and next steps in case, including extending discovery deadlines in light of need to alter deposition dates for CKA shareholders; work on responding to Defendants' discovery requests |      |
|------------|------------|---|------|
| 04/06/2022 | D. Deibele | Telephone conference with D. Hosenpud re exhibit organization; revise as requested | 0.40 |
| 04/07/2022 | P. Lambert | Conference calls with Q. Miao and R. Fanning re AMCK litigation and Carlyle novation issues | 0.50 |
| REDACTED   | �altered    | ▭▭▭▭▭▭▭▭▭▭ ▭▭▭▭▭ | ▭ |
| ▭▭▭ ▭▭    | ▭▭▭        | ▭▭▭▭▭▭▭▭▭▭▭ ▭▭▭▭▭▭▭▭▭▭▭ ▭▭▭▭▭▭▭ ▭▭▭▭ | ▭ |
| 04/07/2022 | D. Deibele | Follow up with D. Hosenpud and A. Schaer re replacing Exhibit 6 with the further redacted version; set up searches for B. Biffle and R. Kelleher; adjust Ma and Lee searches as requested; construct search for J. Dempsey texts during the key date range then refine search criteria | 2.40 |
| REDACTED   | ▭▭▭        | ▭▭▭▭▭▭▭▭▭▭ ▭▭▭▭ | ▭ |
| ▭▭▭ ▭▭    | ▭▭▭        | ▭▭▭▭▭▭▭▭▭▭▭ ▭▭ | ▭ |
| ▭▭▭ ▭▭    | ▭▭▭        | ▭▭▭▭▭▭▭▭ ▭▭▭▭▭▭▭▭▭ ▭▭▭▭▭▭▭▭▭ ▭▭▭▭▭▭▭▭▭ ▭▭▭▭▭▭▭ | 3.70 |
| 04/08/2022 | D. Deibele | Update Ma and Lee searches as requested | 0.40 |
| REDACTED   | ▭▭▭        | ▭▭▭▭▭▭▭▭▭▭ ▭▭ | ▭ |
| ▭▭▭ ▭▭    | ▭▭▭        | ▭▭▭▭▭▭▭▭▭ ▭▭▭▭▭▭▭ ▭▭▭▭ ▭▭▭▭▭▭▭ ▭▭▭▭▭ | |

**Exhibit 2**
**Page 121 of 251**

Our File:  022510.000155                                          Page:  4

Frontier Airlines, Inc.                                          June 30, 2022

REDACTED ▆▆▆▆  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆  ▆▆

▆▆▆▆  ▆▆▆▆  ▆▆▆▆▆▆▆▆▆▆▆▆▆  ▆▆
              ▆▆▆▆

04/12/2022   D. Hosenpud   Correspondence with opposing counsel re the change     0.20
                           of dates for the depositions of G. Ma and F. Lee;
                           coordinate change of dates

REDACTED ▆▆▆▆  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆  ▆60
              ▆▆▆▆▆▆▆▆▆▆▆▆▆
              ▆▆▆▆▆▆▆▆▆

04/13/2022   D. Hosenpud   Review and refine exhibits for upcoming depositions    0.90

REDACTED ▆▆▆▆  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆  ▆▆
              ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
      ▆▆▆▆  ▆▆▆▆  ▆▆▆▆▆▆▆▆▆▆  ▆▆

04/13/2022   A. Schaer     Work on responses and objections to Defendants'        1.70
                           requests for admission

REDACTED ▆▆▆▆  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆
              ▆▆▆▆▆▆▆▆▆▆▆▆▆
              ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
              ▆▆▆▆▆▆▆▆▆▆▆▆▆
              ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
              ▆▆▆▆▆▆

      ▆▆▆▆  ▆▆▆▆  ▆▆▆▆▆▆  ▆▆
      ▆▆▆▆  ▆▆▆▆  ▆▆▆▆▆▆▆▆▆  ▆▆
              ▆▆▆▆▆▆

04/14/2022   A. Schaer     Further work drafting responses and objections to      4.50
                           defendants' requests for admission, including analysis
                           of operative contract documents to address same

04/14/2022   D. Deibele    Assist D. Hosenpud with preparations for Ma            1.70
                           deposition; update deposition exhibit index; process
                           exhibits and transcripts; follow up with court reporter
                           re same; draft email re confidentiality and source
                           information for excerpts marked at Frontier
                           depositions

04/15/2022   D. Hosenpud   Continued review of deposition exhibits for Messers    3.10
                           Ma and Lee

**Exhibit 2**
**Page 122 of 251**

Our File:  022510.000155                                                                     Page:  5

Frontier Airlines, Inc.                                                                  June 30, 2022

| REDACTED | ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ |
| | | ▓▓▓▓▓▓▓▓▓ | |
| ▓▓▓ | ▓▓▓ | ▓▓▓▓▓▓▓▓ | ▓▓ |
| | | ▓▓▓▓▓▓▓▓▓▓ | |
| 04/15/2022 | A. Schaer | Correspond with D. Hosenpud re upcoming case deadlines and strategies for addressing same, and discuss court deadlines and requirements with court clerk, especially related to filing conclusions of fact | 0.80 |
| 04/15/2022 | D. Deibele | Assist D. Hosenpud with Ma deposition preparations; work on deposition exhibit log | 1.10 |
| REDACTED | ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ |
| | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| | | ▓▓▓▓ | |
| ▓▓▓ | ▓▓▓ | ▓▓▓▓▓▓▓▓▓ | ▓▓ |
| | | ▓▓▓▓▓▓▓▓▓▓▓▓ | |
| | | ▓▓▓▓▓▓▓▓▓▓▓▓ | |
| | | ▓▓▓▓▓ | |
| 04/18/2022 | A. Schaer | Further work drafting objections and responses to defendants' requests for admission and second set of interrogatories, and correspond with D. Hosenpud and Q. Miao re same; meet with D. Deibele to discuss action items in the case, including upcoming depositions | 3.40 |
| 04/18/2022 | D. Deibele | Confer with A. Schaer re upcoming depositions; update database re documents marked at depositions; reduce potential Lee exhibits as instructed; coordinate printing of Lee and Ma exhibits for D. Hosenpud use; draft email and related documents to AMCK's counsel re misleading exhibits | 3.60 |
| REDACTED | ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ |
| | | ▓▓▓▓▓▓▓▓▓ | |
| | | ▓▓▓▓▓▓▓ | |
| ▓▓▓ | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ |
| ▓▓▓ | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓ | ▓▓ |
| | | ▓▓▓▓▓▓▓▓▓ | |
| | | ▓▓▓▓▓▓▓▓▓ | |
| | | ▓▓▓▓▓ | |
| 04/19/2022 | A. Schaer | Further work on objections and responses to requests | 3.40 |

**Exhibit 2**
**Page 123 of 251**

Our File:  022510.000155                                                      Page:  6

Frontier Airlines, Inc.                                                    June 30, 2022

|            |              |                                                                                                                               |      |
|------------|--------------|-------------------------------------------------------------------------------------------------------------------------------|------|
|            |              | for admission; meet with D. Hosenpud and D. Deibele to discuss next steps with depositions, discovery responses, and general case strategy |      |
| 04/19/2022 | D. Deibele   | Telephone conference with D. Hosenpud and A. Schaer re upcoming deadlines, case strategy                                      | 0.40 |
| REDACTED   | ▆▆▆▆▆        | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆                                     | ▆▆   |
| ▆▆▆▆▆      | ▆▆▆▆▆        | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆                                                                                        | ▆▆   |
| ▆▆▆▆       | ▆▆▆▆▆        | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆                                                                                   | ▆▆   |
| 04/20/2022 | A. Schaer    | Further work updating responses and objections to requests for admission, including legal research into different damages allowed for different causes of action | 3.20 |
| REDACTED   | ▆▆▆▆▆▆       | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆                                                            | ▆▆   |
| 04/21/2022 | D. Hosenpud  | Review and revise Responses to Requests for Admissions; final selection of exhibits                                          | 7.60 |
| REDACTED   | ▆▆▆▆▆        | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆                                                                                    | ▆▆   |
| ▆▆▆▆▆      | ▆▆▆▆▆        | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆                                                                                                                | ▆▆   |
| ▆▆▆▆       | ▆▆▆▆         | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆                                                                                       | ▆▆   |
| 04/21/2022 | A. Schaer    | Work on drafting objections and responses to defendants' second set of interrogatories; work with D. Hosenpud on updating responses to requests for admission | 3.50 |
| 04/21/2022 | D. Deibele   | Telephone conference with D. Hosenpud with preparations for Ma and Lee depositions; assist with                              | 1.10 |

**Exhibit 2**
**Page 124 of 251**

Our File:  022510.000155                                                                          Page:  7

Frontier Airlines, Inc.                                                                      June 30, 2022

| | | searches, organize exhibits | |
|---|---|---|---|
| 04/22/2022 | A. Schaer | Update responses and objections to requests for admission and interrogatories, and further legal research into answering same | 1.30 |
| 04/22/2022 | D. Deibele | Review D. Hosenpud working binders, prepare electronic versions of Ma and Lee exhibits; update D. Hosenpud binders | 3.70 |
| 04/24/2022 | D. Hosenpud | Outline Gerald Ma deposition themes/questions | 5.10 |
| 04/25/2022 | D. Hosenpud | Continue to outline Gerald Ma deposition themes and questions; Outline Francis Lee deposition themes/questions | 12.20 |
| 04/25/2022 | A. Schaer | Work on updating objections and responses to requests for admission and interrogatories and conducting further legal research into same | 5.20 |
| 04/25/2022 | D. Deibele | Revise Ma exhibit; code potential trial exhibits, forward search to D. Hosenpud and A. Schaer | 1.20 |
| 04/26/2022 | D. Hosenpud | Develop themes and questions for Lee deposition | 0.70 |
| 04/26/2022 | D. Deibele | Upload Ma deposition exhibits | 0.30 |
| 04/27/2022 | D. Hosenpud | Gerald Ma Deposition and analysis post deposition | 5.80 |
| 04/27/2022 | A. Schaer | Attend G. Ma deposition; further work on finalizing requests for admission and interrogatories, and correspond re same with Q. Miao | 6.20 |
| 04/28/2022 | D. Hosenpud | Prepare and conduct deposition of Francis Lee | 4.60 |
| REDACTED | ▒▒▒ | ▒▒▒▒▒▒▒▒▒▒▒ ▒▒▒▒▒▒ | ▒▒ |
| ▒▒▒ | ▒▒▒ | ▒▒▒▒▒▒▒▒▒▒ | ▒▒ |
| 04/28/2022 | A. Schaer | Work on finalizing objections and responses to interrogatories and requests for admission in light of Q. Miao feedback; attend F. Lee deposition and follow up correspondence with D. Hosenpud re same | 4.40 |
| 04/28/2022 | D. Deibele | Transmit Lee exhibits to court reporter | 0.10 |
| 04/29/2022 | D. Hosenpud | Final review of Request for Admission responses and Responses to Second Set of Interrogatories | 0.70 |
| REDACTED | ▒▒▒ | ▒▒▒▒▒▒▒▒▒ | ▒▒ |
| 04/29/2022 | A. Schaer | Finalize objections and responses to interrogatories and requests for production, correspond with Q. Miao | 0.80 |

**Exhibit 2**
**Page 125 of 251**

Our File:  022510.000155                                                                           Page:  8

Frontier Airlines, Inc.                                                                      June 30, 2022

|            |              | re same, and work on serving on opposing counsel |      |
|------------|--------------|--------------------------------------------------------|------|
| 04/29/2022 | D. Deibele   | Telephone conference with D. Hosenpud re deposition testimony, trial exhibits, deadlines | 0.40 |
| 05/03/2022 | D. Hosenpud  | Develop timeline of critical evidence in anticipation of dispositive motions | 3.90 |
| REDACTED   | ▒▒▒▒         | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ | ▒▒ |
|            | ▒▒▒▒         | ▒▒▒▒▒▒▒▒▒▒▒▒ | ▒▒ |
| 05/04/2022 | D. Hosenpud  | Continue to develop key evidence timeline for opposition to dispositive motions | 2.20 |
| REDACTED   | ▒▒▒▒         | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ | ▒▒ |
|            |              | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ |      |
|            |              | ▒▒▒▒ |      |
|            | ▒▒▒▒         | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ | ▒▒ |
|            | ▒▒▒▒         | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ | ▒▒ |
|            |              | ▒▒▒▒▒▒▒▒▒▒▒ |      |
|            | ▒▒▒▒         | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ | ▒▒ |
|            |              | ▒▒▒▒▒▒ |      |
|            | ▒▒▒▒         | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒ | ▒▒ |
|            | ▒▒▒▒         | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ | ▒▒ |
| 05/05/2022 | A. Schaer    | Begin review of deposition transcript from M. McInerney in preparation for next steps in case | 0.70 |
| 05/06/2022 | A. Schaer    | Further analysis of McInerney deposition transcript in preparation for next steps in case | 1.50 |
| 05/10/2022 | A. Schaer    | Analyze deposition transcript of F. Bachrach and take notes in preparation for next steps in case | 2.90 |
| 05/12/2022 | A. Schaer    | Analyze R. Murphy deposition transcript and take notes in preparation for next steps in case); correspond with potential damages expert to see if his firm can help calculate damages | 3.00 |
| 05/13/2022 | A. Schaer    | Correspond with D. Hosenpud on case status and next steps | 0.40 |
| 05/13/2022 | D. Deibele   | Download G. Ma deposition video | 0.20 |
| REDACTED   | ▒▒▒▒         | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ | ▒▒ |
|            |              | ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ |      |

**Exhibit 2**
**Page 126 of 251**

Our File:  022510.000155                                                                     Page:  9

Frontier Airlines, Inc.                                                              June 30, 2022


REDACTED

05/16/2022    A. Schaer      Finish analysis of R. Murphy deposition transcript      3.90
                            and begin analysis of J. O'Callaghan deposition
                            transcript in preparation for next steps in case;
                            correspond with D. Hosenpud about potential
                            damages expert

05/17/2022    D. Hosenpud    Further development of evidentiary timeline             3.50

REDACTED

05/17/2022    A. Schaer      Further analysis of J. O'Callaghan deposition           1.40
                            transcript in preparation for next steps in case;
                            correspond with D. Hosenpud re case extension and
                            next steps

05/18/2022    D. Hosenpud    Client update and summary of testimony/evidence;        2.20
                            telephone conference with Howard Diamond re case
                            status

05/18/2022    A. Schaer      Further analysis of deposition transcript of J.         1.90
                            O'Callaghan in preparation for next steps in case;
                            attention to correspondence from D. Hosenpud to J.
                            Dempsey and H. Diamond re findings from
                            depositions of CK Assets representatives

05/19/2022    D. Hosenpud    Complete Evidence Timeline to support opposition to     2.30
                            msj and trial themes

REDACTED

**Exhibit 2**
**Page 127 of 251**

Our File:  022510.000155                                                              Page:  10

Frontier Airlines, Inc.                                                              June 30, 2022

| | | REDACTED | |
|---|---|---|---|
| REDACTED | | | |
| REDACTED | | | |
| | | | |
| 05/23/2022 | D. Hosenpud | Review and revise executive summary | 0.90 |
| 05/23/2022 | P. Lambert | Review and revise summary of lawsuits; emails to A. Schaer and D. Hosenpud | 0.80 |
| REDACTED | | | |
| 05/23/2022 | A. Schaer | Work on drafting summary of case status and claims in preparation for negotiations with Carlyle; begin review of P. Sheridan deposition transcript | 4.90 |
| REDACTED | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 05/24/2022 | A. Schaer | Further work reviewing P. Sheridan deposition transcript in preparation for next steps in case | 0.70 |
| 05/25/2022 | D. Hosenpud | Review and revise summary related to the fraudulent conveyance claim; strategy re lawsuit in which to assert such claim | 0.70 |

**Exhibit 2**
**Page 128 of 251**

Our File:  022510.000155                                                   Page:  11

Frontier Airlines, Inc.                                                    June 30, 2022

REDACTED

05/25/2022    A. Schaer       Further analysis and note taking of P. Sheridan        1.80
                              deposition transcript in preparation for next steps in
                              the case

REDACTED

REDACTED

05/26/2022    A. Schaer       Further review of P. Sheridan deposition transcript in   4.00
                              preparation for next steps in case; work on filling in
                              case timeline with updates from deposition
                              transcripts and exhibits

REDACTED

05/30/2022    D. Hosenpud     Review analysis re amending complaint in Lawsuit 2      0.60
                              and viability of fraudulent conveyance claim

REDACTED

                              TOTAL HOURS                              288.10

OUR FEE                                                               $156,788.80

**Exhibit 2**
**Page 129 of 251**

Our File:  022510.000155                                                                 Page:  12

Frontier Airlines, Inc.                                                          June 30, 2022

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 03/21/2022 | Meals while traveling - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | 12.35 |
| 03/21/2022 | Taxicab - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | 70.00 |
| 03/21/2022 | Taxicab - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | 67.85 |
| 03/21/2022 | Air fare - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | 30.00 |
| 03/22/2022 | Meals while traveling - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | 13.55 |
| 03/22/2022 | Meals while traveling - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | 12.35 |
| 03/23/2022 | Meals while traveling - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | 12.35 |
| 03/23/2022 | Meals while traveling - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | 10.13 |
| 03/24/2022 | Meals while traveling - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | 6.99 |
| 03/25/2022 | Meals while traveling - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | 12.64 |
| 03/25/2022 | Meals while traveling - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | 18.94 |
| 03/25/2022 | Meals while traveling - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | 125.51 |
| 03/26/2022 | Taxicab - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | 84.00 |
| 03/26/2022 | Meals while traveling - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | 3.85 |
| 03/26/2022 | Meals while traveling - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | 20.17 |
| 03/26/2022 | Taxicab - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | 74.22 |
| 03/26/2022 | Air fare - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | 30.00 |
| 03/26/2022 | Meals while traveling - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | 6.99 |
| 03/28/2022 | Travel expense - Lodging in New York for depositions | 3,020.88 |
| 03/31/2022 | Deposition fee - Veritext Corporate Services, Inc. - Deposition Witness: Ronan Murphy - INV#5677824 | 735.00 |
| 03/31/2022 | Deposition fee - Veritext Corporate Services, Inc. - Deposition Witness: Fabian Bachrach - INV#5680307 | 1,102.10 |

**Exhibit 2**
**Page 130 of 251**

Our File: 022510.000155                                                                     Page: 13

Frontier Airlines, Inc.                                                              June 30, 2022

| | | |
|---|---|---|
| 03/31/2022 | Deposition fee - Veritext Corporate Services, Inc. - Deposition Witness: AMCK Aviation Holdings Ireland Limited Paul Sheridan - INV#5681751 | 822.50 |
| 03/31/2022 | Deposition fee - Veritext Corporate Services, Inc. - Depositions Witness: Jane O'Callaghan - INV#5683986 | 900.00 |
| 03/31/2022 | Deposition fee - Veritext Corporate Services, Inc. - Deposition Witness Ronan Murphy - INV#5684035 | 1,347.25 |
| 04/04/2022 | Deposition fee - Veritext Corporate Services, Inc. - Depositions Witness: Fabian Bachrach - INV#5690635 | 915.00 |
| 04/06/2022 | Deposition fee - Veritext Corporate Services, Inc. - Deposition Witness: Jane O'Callaghan - INV#5692784 | 2,240.75 |
| 04/12/2022 | Professional services - BINDER & SCHWARTZ LLP - For Professional services rendered through March 31,2022 - INV#10822 | 13,339.17 |
| 04/13/2022 | Deposition fee - Veritext Corporate Services, Inc. - Depositions Witness; Sharath Sashikumar Bindu - INV#5709430 | 908.60 |
| 04/14/2022 | Deposition fee - Veritext Corporate Services, Inc. - Depositions Witness: Robert Fanning - INV#5712888 | 1,003.60 |
| 04/27/2022 | Air fare - Travel to New York for Status Conference with Judge Stanton | 797.20 |
| 05/06/2022 | Deposition fee - Veritext Corporate Services, Inc. - Depositions Witness: Francis Lee - INV#5764353 | 405.00 |
| 05/06/2022 | Deposition fee - Veritext Corporate Services, Inc. - Depositions Witness: Gerald Lai Chee Ma - INV#5764727 | 1,873.50 |
| 05/12/2022 | Deposition fee - Veritext Corporate Services, Inc. - Depositions Witness: Francis Lee - INV#5777832 | 1,153.20 |
| 05/13/2022 | Deposition fee - Veritext Corporate Services, Inc. - Proceeding Type: Depositions Witness: Gerald Lai Chee Ma - INV#5780639 | 1,292.50 |
| 05/16/2022 | Records obtained from COMPANIES REGISTRATION OF - Records Requested for Client | 2.61 |
| 05/16/2022 | Records obtained from CURRENCY CONVERSION FEE - Currency Conversion Fee - Client Records Requested | 0.03 |
| 05/16/2022 | Records obtained from COMPANIES REGISTRATION OF - obtain Irish company documents re Accipiter for P. Lambert and Q. Miao | 271.05 |
| 05/16/2022 | Records obtained from CURRENCY CONVERSION FEE - fee for obtaining Irish company documents re Accipiter for P. Lambert and Q. Miao | 2.71 |
| 05/17/2022 | Records obtained from COMPANIES REGISTRATION OF - Obtain Irish company documents re AMCK for P. Lambert and Q. Miao | 388.55 |
| 05/17/2022 | Records obtained from CURRENCY CONVERSION FEE - fee for obtaining Irish company documents re Accipiter Investments for P. Lambert and Q. Miao | 1.90 |
| 05/17/2022 | Records obtained from CURRENCY CONVERSION FEE - fee for obtaining Irish company documents re Vermillion for P. Lambert and Q. Miao | 3.89 |
| 05/17/2022 | Records obtained from COMPANIES REGISTRATION OF - Obtain Irish company documents re Accipiter Investments for P. Lambert and Q. Miao | 190.10 |

Exhibit 2
Page 131 of 251

Our File:  022510.000155                                                                 Page:  14

Frontier Airlines, Inc.                                                          June 30, 2022

| | | |
|---|---|---:|
| 05/17/2022 | Records obtained from COMPANIES REGISTRATION OF - Obtaining Irish company documents re Vermillion for P. Lambert and Q. Miao | 419.89 |
| 05/17/2022 | Records obtained from CURRENCY CONVERSION FEE - fee for obtaining Irish company documents re Vermillion for P. Lambert and Q. Miao | 4.20 |
| 05/17/2022 | Records obtained from DATO CAPITAL REPORT - Records Requested for Client | 54.05 |
| 05/17/2022 | Records obtained from CURRENCY CONVERSION FEE - Currency Conversion Fee - Records Requested for Client | 0.54 |
| 05/17/2022 | Records obtained from COMPANIES REGISTRATION OF - Records Requested for Client | 2.61 |
| 05/17/2022 | Records obtained from CURRENCY CONVERSION FEE - Currency Conversion Fee - Records Requested for Client | 0.03 |
| 05/17/2022 | Records obtained from COMPANIES REGISTRATION OF - Records Requested for Client | 2.61 |
| 05/17/2022 | Records obtained from CURRENCY CONVERSION FEE - Currency Conversion Fee - Records Requested for Client | 0.03 |
| 05/17/2022 | Records obtained from CURRENCY CONVERSION FEE - Currency Conversion Fee - Client Records Order Request | 0.65 |
| 05/17/2022 | Records obtained from DATO CAPITAL REPORT - Client Records Order Request | 65.14 |
| | Delivery charge | 52.29 |

TOTAL COSTS ADVANCED                                                          $ 33,931.02

### RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| D. Hosenpud | 84.00 | 648.00 | 54,432.00 |
| P. Lambert | 30.10 | 625.00 | 18,812.50 |
| D. Schoeggl | 11.70 | 697.50 | 8,160.75 |
| E. Kodesch | 0.90 | 630.00 | 567.00 |
| Q. Miao | 63.40 | 522.00 | 33,094.80 |
| A. Schaer | 75.70 | 441.00 | 33,383.70 |
| D. Deibele | 20.40 | 382.50 | 7,803.00 |
| S. Nichol | 0.40 | 342.00 | 136.80 |
| T. Stephenson | 1.50 | 265.50 | 398.25 |
| Total all Timekeepers | 288.10 | | 156,788.80 |

TOTAL THIS INVOICE                                                            $190,719.82

**Exhibit 2**
**Page 132 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
Use **pay my bill**
 link at lanepowell.com or call
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.
Attn:  Accounts Payable
4545 Airport Way
Denver, CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

July 15, 2022
Invoice No.  3879327

Matter:  022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

| | |
|---|---|
| CURRENT CHARGES - see attached | $37,872.82 |
| PREVIOUS BALANCE as of June 30, 2022 | $402,747.90 |
| LESS PAYMENTS RECEIVED | ($18,614.70) |
| LESS TRUST ACCOUNT FUNDS | ($6,885.80) |
| TOTAL AMOUNT DUE | $415,120.22 |

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

◆ **Anchorage** (907) 277-9511  ◆ **Portland** (503) 778-2100 ◆ **Seattle** (206) 223-7000

*For Our Current Seminars and Other Events, Visit* <u>lanepowell.com</u> *and Click on* <u>News & Events</u>

**Exhibit 2**
**Page 133 of 251**



*Wire Transfer Information:*
*Wells Fargo Bank*
*ABA No. 121000248*
Account No.  Redacted
*Swift Code: WFBIUS6S*

***Pay by e-Check, Visa, or MC:***
Use **pay my bill**
 link at lanepowell.com or call
*(206) 223-6288*

*Remit Payments To:*

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                              July 15, 2022
Attn:  Accounts Payable                                    Invoice No.  3879327
4545 Airport Way
Denver, CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

FOR PROFESSIONAL SERVICES RENDERED THROUGH  06/30/22

Matter:  022510.000155

AMCK Aviation Dispute

REDACTED

06/02/2022     D. Hosenpud     Teams strategy meeting with H. Diamond, J.          0.50
                               Dempsey, D. Schoeggl, and P. Sheridan to discuss
                               strategy for amending claims in lawsuit 2

REDACTED

06/03/2022     P. Lambert      Email to D. Hosenpud; telephone call with Q. Miao;   0.60
                               review documents

REDACTED

**Exhibit 2**
**Page 134 of 251**

Our File: 022510.000155                                                Page: 2

Frontier Airlines, Inc.                                          July 15, 2022

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 06/03/2022 | A. Schaer | Work on updating case timeline with important events supporting key claims | 2.80 |
| 06/06/2022 | A. Schaer | Legal research and work on writeup and analysis of legal claims in case in preparation for likely motion for summary judgment from AMCK | 4.30 |
| 06/07/2022 | A. Schaer | Further legal research and work on writeup and analysis of legal claims in case in preparation for likely motion for summary judgment from AMCK (3.9); work on obtaining deposition transcripts for S. Thwaytes and J. Dempsey (.2) | 4.10 |
| 06/07/2022 | D. Deibele | Email exchange with A. Schaer re missing Dempsey and Thwaytes transcripts | 0.20 |
| 06/08/2022 | A. Schaer | Further legal research and work on writeup and analysis of legal claims in case in preparation for likely motion for summary judgment from AMCK | 2.90 |
| REDACTED | | | |
| 06/09/2022 | A. Schaer | Further legal research and work on writeup and analysis of legal claims in case in preparation for likely motion for summary judgment from AMCK | 1.10 |
| 06/09/2022 | D. Deibele | Follow up with Veritext re missing transcripts | 0.10 |
| 06/10/2022 | A. Schaer | Work on updating and finalizing draft analysis of legal claims in case in preparation for likely motion for summary judgment from AMCK | 5.30 |
| REDACTED | | | |
| 06/13/2022 | D. Hosenpud | Review and revise legal analysis of claims in anticipation of MSJ | 1.90 |
| REDACTED | | | |
| 06/13/2022 | A. Schaer | Incorporate and address edits from D. Hosenpud to legal claims analysis, and add additional sections to document in preparation for potential motion for summary judgment from AMCK | 1.70 |
| 06/14/2022 | A. Schaer | Further work updating draft analysis of legal claims in case in preparation for likely motion for summary judgment from AMCK | 2.20 |

**Exhibit 2**
**Page 135 of 251**

Our File:  022510.000155                                                Page:  3

Frontier Airlines, Inc.                                                July 15, 2022


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/15/2022 | D. Hosenpud | Further review of legal/factual analysis for opposition to defendants' anticipated msj | 1.10 |
| REDACTED | ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | ▮ |
| 06/15/2022 | A. Schaer | Further work updating draft analysis of legal claims in case in preparation for likely motion for summary judgment from AMCK | 1.30 |
| 06/16/2022 | D. Hosenpud | Strategy and analysis re arguments to advance in opposition to anticipated msj | 1.20 |
| REDACTED | ▮▮▮ | ▮▮▮▮▮▮ | ▮ |
| 06/16/2022 | A. Schaer | Further work updating draft analysis of legal claims in case in preparation for likely motion for summary judgment from AMCK (1.1); meet with D. Hosenpud and D. Deibele to discuss legal analysis, case status, and next steps (1.0) | 2.10 |
| 06/16/2022 | D. Deibele | Telephone conference with D. Hosenpud and A. Schaer re draft legal analysis and summary judgment motion; preparations for same | 1.10 |
| REDACTED | ▮▮▮▮ | ▮▮▮▮▮▮▮▮ | ▮ |
| ▮▮▮ | ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮ | ▮ |
| 06/17/2022 | A. Schaer | Update draft analysis of legal claims in case in preparation for likely motion for summary judgment from AMCK, and correspond with D. Hosenpud re same | 1.60 |
| REDACTED | ▮▮▮ | ▮▮▮▮▮▮▮ | ▮ |
| REDACTED | ▮▮▮▮ | ▮▮▮▮▮▮▮▮ | ▮ |
| ▮▮▮ | ▮▮▮▮ | ▮▮▮▮▮▮ | |
| 06/22/2022 | D. Hosenpud | Correspondence with expert re retention and claims in case | 0.30 |

**Exhibit 2**
**Page 136 of 251**

Our File:  022510.000155                                                                Page:  4

Frontier Airlines, Inc.                                                          July 15, 2022

REDACTED

06/29/2022    D. Hosenpud       Correspondence with expert                              0.10

REDACTED

06/30/2022    D. Deibele        Email exchanges re database access; download            0.30
                                documents tagged as potential trial exhibits but not
                                marked as deposition exhibits for ease of D.
                                Hosenpud review

                                TOTAL HOURS                                            68.80


OUR FEE                                                                          $35,419.75


COSTS ADVANCED

04/30/2022    Professional services - Oregon Certified Interpreters Network Inc. -      341.12
              Cantonese Interpreter - INV#00626-A
06/13/2022    Charge for transcript - Veritext Corporate Services, Inc. - Deposition  1,132.50
              Witness: Spencer Thwaytes - INV#5840922
06/13/2022    Charge for transcript - Veritext Corporate Services, Inc. - Deposition    979.45
              Witness: James Dempsey - INV#5842749

TOTAL COSTS ADVANCED                                                            $ 2,453.07


**Exhibit 2**
**Page 137 of 251**

Our File:  022510.000155                                                          Page:  5

Frontier Airlines, Inc.                                                          July 15, 2022

RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Hosenpud | 5.10 | 648.00 | 3,304.80 |
| P. Lambert | 10.30 | 625.00 | 6,437.50 |
| D. Schoeggl | 2.40 | 697.50 | 1,674.00 |
| Q. Miao | 19.90 | 522.00 | 10,387.80 |
| A. Schaer | 29.40 | 441.00 | 12,965.40 |
| D. Deibele | 1.70 | 382.50 | 650.25 |
| Total all Timekeepers | 68.80 | | 35,419.75 |

TOTAL THIS INVOICE                                                               $37,872.82

**Exhibit 2**
**Page 138 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill***
*link at lanepowell.com or call*
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                    August 15, 2022
Attn:  Accounts Payable                          Invoice No.  3881624
4545 Airport Way
Denver, CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

Matter:  022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

| | |
|---|---|
| CURRENT CHARGES - see attached | $14,759.10 |
| PREVIOUS BALANCE as of July 15, 2022 | $422,006.02 |
| LESS PAYMENTS RECEIVED | ($6,885.80) |
| TOTAL AMOUNT DUE | $429,879.32 |

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

⬥ **Anchorage** *(907) 277-9511* ⬥ **Portland** *(503) 778-2100* ⬥ **Seattle** *(206) 223-7000*

*For Our Current Seminars and Other Events, Visit **<u>lanepowell.com</u>** and Click on **<u>News & Events</u>***

**Exhibit 2**
**Page 139 of 251**



*Wire Transfer Information:*
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

*Pay by e-Check, Visa, or MC:*
*Use pay my bill*
*link at lanepowell.com or call*
*(206) 223-6288*

*Remit Payments To:*

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                  August 15, 2022
Attn:  Accounts Payable                          Invoice No.  3881624
4545 Airport Way
Denver, CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

FOR PROFESSIONAL SERVICES RENDERED THROUGH  07/31/22

Matter:  022510.000155

AMCK Aviation Dispute

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/01/2022 | D. Hosenpud | Conference call with expert to discuss case and anticipated testimony | 0.70 |
| REDACTED | | | |
| 07/08/2022 | D. Hosenpud | Correspondence with expert re data analysis; telephone conference with opposing counsel re deadlines; analyze data to provide expert | 0.40 |
| 07/08/2022 | Q. Miao | Confer with D. Hosenpud re documents for damage expert to review; email exchange with D. Deibele re document collection and review; review deposition transcript of S. Sashikumar | 0.90 |
| 07/08/2022 | D. Deibele | Review email re K. Neels engagement; respond to T. Garcia questions re same; confer with Q. Miao re documents to be provided to expert K. Neels | 0.50 |
| REDACTED | | | |
| 07/11/2022 | Q. Miao | Confer with D. Hosenpud re documents for damage expert to review; email exchange with D. Deibele re document collection and review; review deposition transcript of S. Sashikumar | 4.50 |

**Exhibit 2**
**Page 140 of 251**

Our File:  022510.000155                                                      Page:  2

Frontier Airlines, Inc.                                               August 15, 2022

| | | | |
|---|---|---|---|
| 07/11/2022 | D. Deibele | Assist Q. Miao in locating materials to be provided to K. Neels; confer re whether to provide documents not produced to defendants | 0.60 |
| REDACTED | ▆▆▆ | ▆▆▆▆▆▆▆▆▆▆ ▆▆▆ | ▆ |
| 07/12/2022 | D. Deibele | Upload additional deposition transcripts for K. Neels review | 1.10 |
| REDACTED | ▆▆▆ | ▆▆▆▆▆▆▆▆ ▆▆▆ | ▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆▆▆▆ ▆▆▆ | ▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆▆▆▆▆ ▆▆▆ | ▆ |
| 07/13/2022 | D. Deibele | Download and circulate ruling re motion to relate cases | 0.10 |
| REDACTED | ▆▆ | ▆▆▆▆▆▆▆▆ ▆▆▆ | ▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆▆▆▆ ▆▆▆ | ▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆▆▆▆▆ ▆▆▆ | ▆ |
| 07/14/2022 | Q. Miao | Review court order denying consolidation; update and organize documents for K. Neels (damage expert); email exchange with K. Neels | 3.90 |
| 07/14/2022 | D. Deibele | Email exchanges re Brattle engagement letter | 0.30 |
| REDACTED | ▆▆▆ | ▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆ ▆▆▆ | ▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆▆▆▆▆ ▆▆▆ | ▆ |
| 07/15/2022 | Q. Miao | Review court order denying consolidation; update and organize documents for K. Neels (damage expert); email exchange with K. Neels; analyze new issues relating to the acquisition of Wells Fargo Trust by Computer Share and if new claim should be added | 1.40 |
| 07/15/2022 | D. Deibele | Review June 17 draft re legal claims and begin | 1.40 |

**Exhibit 2**
**Page 141 of 251**

Our File:  022510.000155                                                    Page:  3

Frontier Airlines, Inc.                                           August 15, 2022

assembling documents cited therein (potential
summary judgment exhibits)

REDACTED

| 07/20/2022 | Q. Miao | Review court order denying consolidation; update and organize documents for K. Neels (damage expert); email exchange with K. Neels | 0.50 |
| 07/25/2022 | P. Lambert | Email to H. Diamond; review correspondence; analysis of transfer issue | 0.70 |
| 07/25/2022 | Q. Miao | Email exchange with K. Neels re: deposition transcript | 0.10 |

REDACTED

TOTAL HOURS                                                              26.50

OUR FEE                                                            $14,759.10

### RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Hosenpud | 1.10 | 648.00 | 712.80 |
| P. Lambert | 5.40 | 625.00 | 3,375.00 |
| D. Schoeggl | 4.60 | 697.50 | 3,208.50 |
| Q. Miao | 11.30 | 522.00 | 5,898.60 |
| D. Deibele | 4.00 | 382.50 | 1,530.00 |
| S. Nichol | 0.10 | 342.00 | 34.20 |
| Total all Timekeepers | 26.50 | | 14,759.10 |

TOTAL THIS INVOICE                                                $14,759.10

**Exhibit 2**
**Page 142 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
Use **pay my bill**
 link at lanepowell.com or call
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                  September 27, 2022
Attn:  Accounts Payable                              Invoice No.  3884515
4545 Airport Way
Denver, CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H


Matter:   022510.000155

AMCK Aviation Dispute


<u>Summary of Account</u>


CURRENT CHARGES - see attached                          $91,507.43

PREVIOUS BALANCE as of August 15, 2022                 $429,879.32

TOTAL AMOUNT DUE                                       $521,386.75


**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**


*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*


◆ **Anchorage** *(907) 277-9511*  ◆ **Portland** *(503) 778-2100*  ◆ **Seattle** *(206) 223-7000*


*For Our Current Seminars and Other Events, Visit* <u>lanepowell.com</u> *and Click on* <u>News & Events</u>

**Exhibit 2**
**Page 143 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use* **pay my bill**
*link at lanepowell.com or call*
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                      September 27, 2022
Attn:  Accounts Payable                              Invoice No.  3884515
4545 Airport Way
Denver, CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

FOR PROFESSIONAL SERVICES RENDERED THROUGH  08/31/22

Matter:  022510.000155

AMCK Aviation Dispute

| | | | |
|---|---|---|---|
| REDACTED | | | |
| 08/10/2022 | D. Hosenpud | Phone conference with expert re background facts, focus of damage report and timing. | 1.00 |
| REDACTED | | | |
| 08/11/2022 | Q. Miao | Attend call with damage expert re: damage report, important facts; update entity summary for K. Neels | 1.80 |
| 08/11/2022 | D. Deibele | Respond to D. Hosenpud questions re materials provided to K. Neels | 0.30 |
| 08/12/2022 | D. Hosenpud | Correspondence with expert re timing of calculation of damages, interest, and ancillary expenses arising renegotiation of aircraft purchases with cure Lessors | 0.70 |
| 08/12/2022 | D. Deibele | Search for MSN 10038 closing documents, download same in anticipation of transmittal to expert | 0.90 |
| 08/15/2022 | D. Hosenpud | Review outline for report provided by expert (.3); Correspondence with expert to supplement documents provided for review (.2) | 0.50 |
| 08/15/2022 | Q. Miao | Confer with D. Hosenpud re: an erroneous delivery document produced by UMB; email exchanges with D. Hosenpud re: correct PAA Consent; review the records confirming the authenticity of the document | 0.50 |

**Exhibit 2**
**Page 144 of 251**

Our File:  022510.000155                                              Page:  2

Frontier Airlines, Inc.                                    September 27, 2022

| | | | |
|---|---|---|---|
| 08/15/2022 | D. Deibele | Prepare list of documents provided to K. Neels; search for additional lease documents as requested | 1.10 |
| 08/16/2022 | D. Hosenpud | Correspondence with expert re additional documents for review to support expert opinion | 0.50 |
| 08/16/2022 | D. Deibele | Locate lease agreement and other documents for transmittal to expert K. Neels | 0.40 |
| 08/17/2022 | D. Deibele | Assist D. Hosenpud with documents for K. Neels review | 0.30 |
| 08/19/2022 | Q. Miao | Email exchanges with damage expert re: rent for 10038 | 0.10 |
| 08/21/2022 | Q. Miao | Email exchange with K. Neels re: dates of lease agreements and delivery dates; review documents to confirm | 0.30 |
| 08/25/2022 | D. Hosenpud | Phone conference with Experts, Sharath and Qingqing; phone conference with Sharath | 0.80 |
| 08/25/2022 | Q. Miao | Attend call with S. Sashikumar and the damage experts to go over numbers; email exchange with K. Neels re: their questions about AD cost sharing and whether that should be considered for damage calculation | 0.90 |
| REDACTED | ▆▆▆▆ | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆ | ▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆▆▆ | ▆▆ |
| 08/29/2022 | A. Schaer | Analyze emails with expert witness and other case related emails, as well as court filings over prior two months, to catch up on current case status in preparation for further work on matter | 1.00 |
| 08/30/2022 | D. Hosenpud | Strategy re next steps with expert report, dispositive motion response, and pre-trial deadlines. | 0.20 |
| REDACTED | ▆▆▆▆ | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆ | ▆▆ |
| ▆▆▆ | ▆▆▆▆ | ▆▆▆▆▆▆▆▆▆ | ▆▆ |
| 08/30/2022 | A. Schaer | Meet with D. Hosenpud to discuss case status and next steps (.3); review prior claims analysis and factual support for each claim in preparation for further work on matter (1.0); analyze prior case filings, including Judge's chamber rules, to determine next steps in preparing for experts, dispositive | 2.10 |

**Exhibit 2**
**Page 145 of 251**

Our File:  022510.000155                                                      Page:  3

Frontier Airlines, Inc.                                        September 27, 2022

motions, and trial (.6); attention to correspondence
with expert witness re status and next steps with
expert report (.2)

REDACTED

TOTAL HOURS                                    23.90


OUR FEE                                                              $13,436.75


COSTS ADVANCED

| | | |
|---|---|---|
| 03/08/2022 | Professional services - BINDER & SCHWARTZ LLP - For Professional Services rendered through February 28, 2022 - INV#10798 | 1,188.00 |
| 05/11/2022 | Professional services - BINDER & SCHWARTZ LLP - For professional services rendered through April 30, 2022 - INV#10882 | 29,433.71 |
| 06/13/2022 | Professional services - BINDER & SCHWARTZ LLP - For Professional Services rendered through May 31,2022 - INV#10929 | 16,488.47 |
| 07/14/2022 | Professional services - BINDER & SCHWARTZ LLP - Professional services rendered through June 30, 2022 - INV#10949 | 27,108.00 |
| 08/22/2022 | Professional services - BINDER & SCHWARTZ LLP - For professional services - INV#10994 | 3,852.50 |

TOTAL COSTS ADVANCED                                        $ 78,070.68

**Exhibit 2**
**Page 146 of 251**

Our File: 022510.000155                                    Page: 4

Frontier Airlines, Inc.                              September 27, 2022

### RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Hosenpud | 3.70 | 648.00 | 2,397.60 |
| P. Lambert | 5.00 | 625.00 | 3,125.00 |
| D. Schoeggl | 3.70 | 697.50 | 2,580.75 |
| Q. Miao | 5.40 | 522.00 | 2,818.80 |
| A. Schaer | 3.10 | 441.00 | 1,367.10 |
| D. Deibele | 3.00 | 382.50 | 1,147.50 |
| Total all Timekeepers | 23.90 | | 13,436.75 |

TOTAL THIS INVOICE                                          $91,507.43

**Exhibit 2**
**Page 147 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill***
*link at lanepowell.com or call*
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.
Attn:  Accounts Payable
4545 Airport Way
Denver, CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

October 19, 2022
Invoice No.  3886024

Matter:   022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

| | |
|---|---|
| CURRENT CHARGES - see attached | $21,720.70 |
| PREVIOUS BALANCE as of September 27, 2022 | $546,887.25 |
| LESS PAYMENTS RECEIVED | ($440,620.72) |
| TOTAL AMOUNT DUE | $127,987.23 |

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

⬥ **Anchorage** *(907) 277-9511*  ⬥ **Portland** *(503) 778-2100*  ⬥ **Seattle** *(206) 223-7000*

*For Our Current Seminars and Other Events, Visit **lanepowell.com** and Click on **News & Events***

**Exhibit 2**
**Page 148 of 251**



*Wire Transfer Information:*
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

*Pay by e-Check, Visa, or MC:*
*Use pay my bill*
*link at lanepowell.com or call*
*(206) 223-6288*

*Remit Payments To:*

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                          October 19, 2022
Attn:  Accounts Payable                                Invoice No.  3886024
4545 Airport Way
Denver, CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H


FOR PROFESSIONAL SERVICES RENDERED THROUGH  09/30/22



Matter:  022510.000155

AMCK Aviation Dispute


| | | | |
|---|---|---|---|
| 09/01/2022 | D. Deibele | Search for JSA invoices re planes AMCK had agreed to lease | 0.70 |
| 09/02/2022 | Q. Miao | Email exchange with K. Neels re questions re the termination notice | 0.10 |
| 09/02/2022 | D. Deibele | Email exchanges with Consilio re database shutdown, access to native files; extract text of target documents and forward same to D. Hosenpud for expert review | 1.20 |
| 09/05/2022 | D. Hosenpud | Review and analyze expert report | 1.60 |
| 09/05/2022 | D. Deibele | Assist with documents in support of expert report - JSA invoices | 0.60 |
| 09/06/2022 | D. Hosenpud | Prepare for and conduct conference call with experts re revisions to expert report; follow up on monetizing for damages purposes the early termination option | 1.50 |
| 09/06/2022 | Q. Miao | Confer with K. Neels et al. re damage report; email exchange with T. Harvey et al. re damage issues relating to the jurisdictional challenge; confer with P. Lambert re the same; email exchanges with K. Neels (damage expert) re Framework Agreement exhibit and early termination content | 2.90 |
| 09/06/2022 | A. Schaer | Analyze draft expert report in order to provide edits | 1.70 |

**Exhibit 2**
**Page 149 of 251**

Our File: 022510.000155                                                    Page: 2

Frontier Airlines, Inc.                                            October 19, 2022

| | | and feedback to include in final version | |
|---|---|---|---|
| 09/06/2022 | D. Deibele | Locate documents for expert review | 0.30 |
| 09/07/2022 | D. Hosenpud | Correspondence with expert to clarify elements of expert opinion | 0.60 |
| REDACTED | | | |
| REDACTED | | | |
| 09/07/2022 | D. Deibele | Assist D. Hosenpud with locating executed lease | 0.10 |
| 09/08/2022 | D. Hosenpud | Phone conference with Sharath re redelivery terms and early termination option; revise report based on the same; phone conferences with expert re revisions to report; review and revise final expert report; review and revise final expert report | 2.40 |
| 09/08/2022 | A. Schaer | Analyze updated expert report and provide edits and feedback in preparation for finalizing and filing, as well as mark for Attorneys' Eyes Only confidentiality, and correspond with D. Hosenpud re same | 3.60 |
| REDACTED | | | |
| 09/09/2022 | A. Schaer | Work on finalizing expert report, including with redactions for AEO material | 1.80 |
| 09/09/2022 | D. Deibele | Assist with K. Neels report transmittal | 0.10 |
| REDACTED | | | |
| | | | |
| 09/15/2022 | D. Hosenpud | Conference call with experts and Sharath to discuss valuation of Early Termination Option | 0.80 |
| REDACTED | | | |
| 09/15/2022 | A. Schaer | Prepare for and participate in meeting with Sharath, experts, and D. Hosenpud re remaining issues in damages calculations, and follow-up correspondence with D. Hosenpud re same | 1.10 |
| REDACTED | | | |

**Exhibit 2**
**Page 150 of 251**

Our File: 022510.000155                                                                 Page: 3

Frontier Airlines, Inc.                                                           October 19, 2022

REDACTED

| 09/22/2022 | D. Hosenpud | Correspondence with client re status and deadlines | 0.20 |
| 09/22/2022 | A. Schaer | Correspond with D. Hosenpud re potential alignment of deadlines to file a response to AMCK's dispositive motion and the filing of our initial contentions | 0.20 |
| 09/23/2022 | A. Schaer | Correspond with D. Hosenpud re our expert report and best strategies for relaying conclusions therein | 0.20 |

TOTAL HOURS                                                       32.10

OUR FEE                                                         $17,565.70

COSTS ADVANCED

| 09/16/2022 | Professional services - BINDER & SCHWARTZ LLP - For Professional Services Rendered Through August 31, 2022 - INV#11019 | 4,155.00 |

TOTAL COSTS ADVANCED                                            $ 4,155.00

RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Hosenpud | 7.10 | 648.00 | 4,600.80 |
| P. Lambert | 10.00 | 625.00 | 6,250.00 |
| Q. Miao | 3.40 | 522.00 | 1,774.80 |
| A. Schaer | 8.60 | 441.00 | 3,792.60 |
| D. Deibele | 3.00 | 382.50 | 1,147.50 |
| Total all Timekeepers | 32.10 | | 17,565.70 |

TOTAL THIS INVOICE                                              $21,720.70

**Exhibit 2**
**Page 151 of 251**



*Wire Transfer Information:*
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* ▓Redacted▓
*Swift Code: WFBIUS6S*

*Pay by e-Check, Visa, or MC:*
*Use pay my bill*
*link at lanepowell.com or call*
*(206) 223-6288*

*Remit Payments To:*

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.
Attn:  Accounts Payable
4545 Airport Way
Denver, CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

November 15, 2022
Invoice No.  3887788

Matter:  022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

| | |
|---|---|
| CURRENT CHARGES - see attached | $49,826.05 |
| PREVIOUS BALANCE as of October 19, 2022 | $127,987.23 |
| LESS PAYMENTS RECEIVED | ($14,759.10) |
| TOTAL AMOUNT DUE | $163,054.18 |

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

◆ *Anchorage (907) 277-9511* ◆ *Portland (503) 778-2100* ◆ *Seattle (206) 223-7000*

*For Our Current Seminars and Other Events, Visit <u>lanepowell.com</u> and Click on <u>News & Events</u>*

**Exhibit 2**
**Page 152 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill***
*link at lanepowell.com or call*
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                                November 15, 2022
Attn:  Accounts Payable                                          Invoice No.  3887788
4545 Airport Way
Denver, CO  80239
Via email: APinvoices@flyfrontier.com
Department #762520-105-40000H

FOR PROFESSIONAL SERVICES RENDERED THROUGH  10/31/22

Matter:  022510.000155

AMCK Aviation Dispute

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/07/2022 | D. Hosenpud | Preliminary review of defendants' expert report; correspondence with Dr. Neels re defendants' expert report | 1.20 |
| 10/07/2022 | D. Deibele | Download, unencrypt and circulate De Jounge expert report | 0.20 |
| 10/09/2022 | A. Schaer | Analysis of AMCK expert report and correspond with D. Hosenpud re same | 1.10 |
| 10/11/2022 | P. Lambert | Analysis of expert damage report issues | 0.40 |
| 10/12/2022 | D. Hosenpud | Conference call with Experts re counterpoints to the Defense expert report | 0.90 |
| 10/12/2022 | A. Schaer | Work on response to AMCK expert report, especially related to miscalculations of JSA invoices | 0.30 |
| 10/13/2022 | P. Lambert | Review expert's damage analysis; emails to D. Hosenpud re same | 0.80 |
| 10/13/2022 | D. Deibele | Email exchanges with Consilio re access issues; research production scope and identification of JSA MSN numbers; compare documents D. Hosenpud provided to K. Neels to production; telephone conference with E. Lundeen and K. Crane re expert research | 1.60 |
| 10/13/2022 | K. Crane | Search for cases and articles involving expert Rikard | 0.70 |

**Exhibit 2**
**Page 153 of 251**

Frontier Airlines, Inc.

November 15, 2022

|            |             | De Jounge with Westlaw, Lexis and Google for D. Hosenpud |      |
|------------|-------------|----------------------------------------------------------|------|
| 10/14/2022 | P. Lambert  | Review expert's damage analysis; email to D. Hosenpud    | 0.80 |
| 10/14/2022 | A. Schaer   | Work on determining proper JSA payment terms in order to respond to AMCK's expert report, including whether there needs to be a supplemental document production | 1.20 |
| 10/14/2022 | D. Deibele  | Email exchanges with D. Hosenpud; telephone conference with A. Schaer re production of JSA invoices and other documents provided to K. Neels; email exchange with K. Crane re De Jounge research | 1.20 |
| 10/14/2022 | K. Crane    | Search for information on expert Rikard De Jounge with Westlaw, Lexis and Google for D. Hosenpud | 0.30 |
| 10/15/2022 | D. Hosenpud | Supplemental production re expert report | 1.90 |
| 10/15/2022 | A. Schaer   | Work on supplemental document production re JSA invoices to counteract AMCK's expert report undervaluing those leases | 3.10 |
| 10/15/2022 | D. Deibele  | Telephone conference with D. Hosenpud and A. Schaer re scope of prior productions, date of collection, relevant date range and other issues; craft and run searches to facilitate decisions re production of JDSA and CDB documents outside the agreed date range; communicate with Consilio re supplemental production | 2.10 |
| 10/17/2022 | D. Hosenpud | Review and revise correspondence to opposing counsel re supplemental production; review heavily redacted Airbus Agreement for production; telephone conference with expert re themes for Dr. Neel's deposition and opposing expert themes; Correspondence with opposing counsel re depositions | 1.80 |
| 10/17/2022 | P. Lambert  | Review correspondence and expert report | 0.60 |
| 10/17/2022 | Q. Miao     | Confer and communicate with D. Hosenpud re opposing expert's calculation error and next step | 0.40 |
| 10/17/2022 | A. Schaer   | Draft letter to AMCK counsel re supplementing document production to address AMCK's expert report undervaluing JSA invoices, as well as work on producing properly redacted Airbus Purchase Agreement | 6.90 |

**Exhibit 2**
**Page 154 of 251**

Our File:  022510.000155                                                                 Page:  3

Frontier Airlines, Inc.                                                        November 15, 2022

| 10/17/2022 | D. Deibele | Email exchanges with Consilio re another rush production; prepare documents to be sent to K. Neels; confer with T. Garcia re same; email exchanges with A. Schaer and T. Garcia re production of Airbus Purchase Agreement | 0.70 |
|---|---|---|---|
| 10/18/2022 | D. Hosenpud | Strategy for expert depositions and pre-trial submissions; Review timeline of events for evidence to support pretrial contentions | 2.20 |
| 10/18/2022 | A. Schaer | Work on arranging expert depositions and strategy for preparing for same | 0.70 |
| 10/18/2022 | D. Deibele | Email exchange with Consilio re request for a chain of custody log; compare K. Neels Appendix 3 to expert folder to confirm all Frontier documents relied upon have been produced; download and circulate load file version of Airbus Purchase Agreement production; respond to A. Schaer question re production of Airbus Purchase Agreement; prepare documents for K. Neels review | 1.30 |
| 10/19/2022 | D. Hosenpud | Prepare status update to client | 0.40 |
| 10/19/2022 | A. Schaer | Analyze protective order re who can review expert report in order to provide report to H. Diamond and correspond with D. Hosenpud re same | 0.30 |
| 10/20/2022 | D. Hosenpud | Phone conference with expert re deposition preparation and re potential challenges; strategy re pre-trial order submissions; Identify Pre-Trial Order exhibits | 3.10 |
| 10/20/2022 | A. Schaer | Work on further production of documents to AMCK, as well as demand that AMCK provide their expert report with an appropriate confidentiality designation so that we can share with Frontier; analyze discrepancy between two expert reports, and meet with D. Hosenpud and experts re same and addressing discrepancies in deposition; work on schedule for compiling and submitting pretrial order, witness reports, and proposed voir dire, and analyze impacts on dispositive motion briefing schedule to ensure we gain advantage in briefing | 4.50 |
| 10/21/2022 | D. Hosenpud | Prepare for expert deposition; telephone conferences with Spencer and Sharath re discount rate issues; correspondence with H. Diamond re status update | 3.20 |
| 10/21/2022 | Q. Miao | Confer and communicate with D. Hosenpud re opposing expert's calculation error and strategies to | 2.00 |

**Exhibit 2**
**Page 155 of 251**

Our File: 022510.000155                                                                      Page: 4

Frontier Airlines, Inc.                                                          November 15, 2022

|  |  |  |  |  |
|---|---|---|---|---|
| | | | challenge it; review other AMCK leases' rent fixing language; email exchange with D. Hosenpud re ways to challenge the calculation in the opposing experts' report | |
| 10/21/2022 | A. Schaer | | Work on preparing for expert depositions, and review of prior R. De Jounge article in preparation for same | 0.60 |
| 10/23/2022 | A. Schaer | | Analyze prior writings from R. De Jounge in preparation for expert deposition | 0.60 |
| 10/24/2022 | D. Hosenpud | | Expert deposition preparation | 3.10 |
| 10/24/2022 | A. Schaer | | Prepare for expert deposition of R. De Jounge, including by meeting with D. Hosenpud and N. Powers to discuss same | 3.30 |
| 10/25/2022 | D. Hosenpud | | Defend deposition of K. Neels and confer with him post deposition re supplementation; prepare for De Jounge deposition | 6.90 |
| 10/25/2022 | P. Lambert | | Review revised expert report; email to D. Hosenpud | 0.50 |
| 10/25/2022 | A. Schaer | | Work with D. Hosenpud on expert damage calculations and analysis; analyze potential model jury instructions that could apply to case, focusing on instructions relating to net present value of damages calculations and conduct further legal research on same | 2.40 |
| 10/25/2022 | D. Deibele | | Email exchange re F. Fisher research; organize search results | 0.50 |
| 10/25/2022 | K. Crane | | Search for information on expert Franklin M. Fisher and orders related to his testimony from Westlaw and Lexis for D. Hosenpud | 1.00 |
| 10/26/2022 | D. Hosenpud | | 7:30-9:30 conference with expert re challenges to defendants' expert opinion; prepare for De Jounge deposition | 7.40 |
| 10/26/2022 | P. Lambert | | Analysis of expert report; confer with Q. Miao re response to AMCK | 1.20 |
| 10/26/2022 | Q. Miao | | Confer and communicate with D. Hosenpud re opposing expert's calculation error and strategies to challenge it; review other AMCK leases' rent fixing language; email exchange with D. Hosenpud re ways to challenge the calculation in the opposing experts' report | 0.30 |
| 10/26/2022 | A. Schaer | | Compile exhibits for use in expert deposition; meet with D. Hosenpud and N. Powers to prepare for | 3.90 |

**Exhibit 2**
**Page 156 of 251**

Our File: 022510.000155                                                                    Page: 5

Frontier Airlines, Inc.                                                      November 15, 2022

|            |             | expert deposition, and further work re same; work on supplemental production to provide further proof of JSA invoices |      |
|------------|-------------|------------------------------------------------------------------------------------------------------------------------|------|
| 10/26/2022 | D. Deibele  | Confer with A. Schaer re production of JSA invoices; prepare supplemental production; email exchanges with Consilio re same | 0.50 |
| 10/27/2022 | D. Hosenpud | Deposition preparation and deposition of defendants' expert; conference call with Frontier's experts to discuss testimony of Defendants' expert and to determine the use of additional information re Frontier's publicly disclosed quarterly WACC rates | 5.80 |
| 10/27/2022 | A. Schaer   | Participate in deposition of AMCK expert witness, R. De Jounge; work on further document production re expert documents and calculations of damages; work with K. Neels and N. Powers re evaluating deposition testimony of AMCK's expert witness | 5.20 |
| 10/28/2022 | D. Hosenpud | Review and revise supplemental expert report                                                                           | 3.10 |
| 10/28/2022 | A. Schaer   | Work on updating expert report calculating damages, and coordinating same with N. Powers and D. Hosenpud              | 1.40 |

                                   TOTAL HOURS                              93.60


OUR FEE                                                            $49,823.65


COSTS ADVANCED

              Postage                                                          2.40

TOTAL COSTS ADVANCED                                                       $ 2.40

**Exhibit 2**
**Page 157 of 251**

Our File:  022510.000155                                                            Page:  6

Frontier Airlines, Inc.                                              November 15, 2022

RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Hosenpud | 41.00 | 648.00 | 26,568.00 |
| P. Lambert | 4.30 | 625.00 | 2,687.50 |
| Q. Miao | 2.70 | 522.00 | 1,409.40 |
| A. Schaer | 35.50 | 441.00 | 15,655.50 |
| D. Deibele | 8.10 | 382.50 | 3,098.25 |
| K. Crane | 2.00 | 202.50 | 405.00 |
| Total all Timekeepers | 93.60 | | 49,823.65 |

TOTAL THIS INVOICE                                                      $49,826.05

**Exhibit 2**
**Page 158 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
Use **pay my bill**
 link at lanepowell.com or call
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.
Attn  Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO 80239
Via email: APinvoices@flyfrontier.com

December 22, 2022
Invoice No.  3890924

Matter:   022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

| | |
|---|---|
| CURRENT CHARGES - see attached | $102,453.75 |
| PREVIOUS BALANCE as of November 15, 2022 | $163,054.18 |
| LESS PAYMENTS RECEIVED | ($113,228.13) |
| TOTAL AMOUNT DUE | $152,279.80 |

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

◆ **Anchorage** *(907) 277-9511* ◆ **Portland** *(503) 778-2100* ◆ **Seattle** *(206) 223-7000*

*For Our Current Seminars and Other Events, Visit* <u>lanepowell.com</u> *and Click on* <u>News & Events</u>

**Exhibit 2**
**Page 159 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill***
 *link at lanepowell.com or call*
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                          December 22, 2022
Attn  Accounts Payable                                      Invoice No.  3890924
Department #762520-105-40000H
4545 Airport Way
Denver, CO 80239
Via email: APinvoices@flyfrontier.com

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/30/22

Matter:  022510.000155

AMCK Aviation Dispute

| | | | |
|---|---|---|---|
| 11/01/2022 | Q. Miao | Confer and communicate with D. Hosenpud re opposing expert's calculation error and status of the case | 0.20 |
| 11/02/2022 | A. Schaer | Work on drafting proposed findings of ultimate fact per court's scheduling order | 2.30 |
| 11/07/2022 | A. Schaer | Further work drafting proposed findings of ultimate fact, and consolidating supporting evidence, per court's scheduling order | 2.10 |
| 11/10/2022 | A. Schaer | Further work drafting proposed findings of ultimate fact, and consolidating supporting evidence, per court's scheduling order | 4.30 |
| 11/11/2022 | A. Schaer | Further work drafting proposed findings of ultimate fact, and consolidating supporting evidence, including analysis of prior deposition transcripts to incorporate cites | 5.80 |
| 11/11/2022 | D. Deibele | Download, circulate and confer re AMCK's summary judgment motion | 0.40 |
| 11/13/2022 | D. Hosenpud | Review memo in support of msj; review proposed findings of ultimate fact | 1.50 |
| 11/14/2022 | D. Deibele | Process documents in support of motion for summary judgment; follow up with AMCK's counsel re access | 0.20 |

**Exhibit 2**
**Page 160 of 251**

Our File:  022510.000155                                                     Page:  2

Frontier Airlines, Inc.                                          December 22, 2022

|  |  | to documents filed under seal; conferences with K. Crane re conflicting pretrial order, potential sources of clarification |  |
|---|---|---|---|
| 11/14/2022 | K. Crane | Search Courtlink for recent Scheduling Orders related to Pre-trial deadlines before Judge Stanton in USDC Southern District of NY for D. Deibele | 0.80 |
| 11/14/2022 | E. Lundeen | Obtain cases from opening brief table of authorities for D. Hosenpud | 0.50 |
| 11/15/2022 | A. Schaer | Analyze AMCK's motion for summary judgment and correspond with D. Hosenpud re same and strategy for responding | 2.30 |
| 11/16/2022 | A. Schaer | Analyze prior deposition transcripts in preparation for MSJ response and filing proposed findings of ultimate fact per court's order | 4.70 |
| 11/17/2022 | P. Lambert | Review and analysis of defendant's motion for summary judgment | 1.20 |
| 11/17/2022 | A. Schaer | Further work analyzing prior deposition transcripts in preparation for MSJ response and filing proposed findings of ultimate fact per court's order | 4.40 |
| 11/17/2022 | D. Deibele | Telephone conference with A. Schaer; review draft statement of ultimate facts; begin pulling documents in support of same | 3.60 |
| 11/18/2022 | A. Schaer | Further work analyzing deposition transcripts in preparation for submitting contentions and responding to motion for summary judgment | 5.20 |
| 11/18/2022 | D. Deibele | Assist A. Schaer with documents in support of findings of ultimate facts; load depositions in to TextMap for easier and more accurate searches | 4.00 |
| 11/19/2022 | D. Hosenpud | Revise Ultimate Findings of Fact | 2.30 |
| 11/19/2022 | A. Schaer | Work on updating proposed findings of ultimate fact, incorporating additional contentions and evidence | 2.10 |
| 11/20/2022 | A. Schaer | Work on updating proposed findings of ultimate fact, incorporating additional contentions and evidence, and begin preparing for service | 3.70 |
| 11/21/2022 | D. Hosenpud | Further revisions to findings of ultimate fact | 2.20 |
| REDACTED | ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ |
|  |  | ▓▓▓▓▓▓▓▓▓▓▓ |  |
| 11/21/2022 | Q. Miao | Confer with A. Schaer re status of the summary | 1.00 |

**Exhibit 2**
**Page 161 of 251**

Our File:  022510.000155                                                                Page:  3

Frontier Airlines, Inc.                                                        December 22, 2022

| | | judgement and factual stipulation | |
|---|---|---|---|
| 11/21/2022 | A. Schaer | Finalize proposed findings of ultimate fact and work on serving to opposing counsel | 5.30 |
| REDACTED | | | |
| 11/28/2022 | A. Schaer | Analyze SDNY local rules re motions for summary judgment to ensure compliance with same; analyze AMCK's MSJ filings in preparation to work on opposition to motion for summary judgment | 1.10 |
| 11/29/2022 | D. Hosenpud | Review defendants' motion for summary judgment, case law, develop counter arguments and evidence in support | 8.90 |
| 11/29/2022 | A. Schaer | Analyze cases cited in AMCK memorandum of law in support of MSJ and begin work on preparing response statement of undisputed facts; meet with D. Hosenpud to discuss strategy for responding to AMCK's MSJ | 3.50 |
| 11/29/2022 | D. Deibele | Confer with A. Schaer re exhibits to motion for summary judgment response and/or ultimate findings of fact; locate and organize same | 1.80 |
| 11/30/2022 | D. Hosenpud | Prepare MSJ Response themes and develop authority | 6.60 |
| 11/30/2022 | A. Schaer | Further analyze cases cited in AMCK memorandum of law in support of MSJ and work on response statement of undisputed facts; meet with D. Hosenpud, D. Deibele, and T. Garcia to discuss approach for responding to AMCK's MSJ | 5.80 |
| 11/30/2022 | D. Deibele | Participate in conference call with A. Schaer, D. Hosenpud and T. Garcia re response to summary judgment motion, exhibits to ultimate findings of fact and other issues; search for complete copy of the 2020 Framework Agreement | 1.60 |

TOTAL HOURS       91.90

OUR FEE                                                                        $44,767.75

COSTS ADVANCED

**Exhibit 2**
**Page 162 of 251**

Our File:  022510.000155                                                                          Page:  4

Frontier Airlines, Inc.                                                          December 22, 2022

| | | |
|---|---|---:|
| 10/19/2022 | Professional services - BINDER & SCHWARTZ LLP - For Professional Services Rendered through September 30,2022 - INV#11057 | 24,025.00 |
| 11/15/2022 | Professional services - BINDER & SCHWARTZ LLP - For Professional services rendered through October 31,2022 - INV#11085 | 33,661.00 |

**TOTAL COSTS ADVANCED**                                               $ 57,686.00

### RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| D. Hosenpud | 21.50 | 648.00 | 13,932.00 |
| P. Lambert | 3.70 | 625.00 | 2,312.50 |
| Q. Miao | 1.20 | 522.00 | 626.40 |
| A. Schaer | 52.60 | 441.00 | 23,196.60 |
| D. Deibele | 11.60 | 382.50 | 4,437.00 |
| K. Crane | 0.80 | 202.50 | 162.00 |
| E. Lundeen | 0.50 | 202.50 | 101.25 |
| Total all Timekeepers | 91.90 | | 44,767.75 |

**TOTAL THIS INVOICE**                                                 $102,453.75

**Exhibit 2**
**Page 163 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
Use **pay my bill**
 link at lanepowell.com or call
(206) 223-6288

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.
Attn  Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO 80239
Via email: APinvoices@flyfrontier.com

January 13, 2023
Invoice No.  3891965

Matter:  022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

| | |
|---|---|
| CURRENT CHARGES - see attached | $138,020.60 |
| PREVIOUS BALANCE as of December 22, 2022 | $152,279.80 |
| TOTAL AMOUNT DUE | $290,300.40 |

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

⬥ **Anchorage** (907) 277-9511  ⬥ **Portland** (503) 778-2100 ⬥ **Seattle** (206) 223-7000

*For Our Current Seminars and Other Events, Visit lanepowell.com and Click on News & Events*

**Exhibit 2**
**Page 164 of 251**



Wire Transfer Information:
Wells Fargo Bank
ABA No. 121000248
Account No.  Redacted
Swift Code: WFBIUS6S

Pay by e-Check, Visa, or MC:
Use pay my bill
 link at lanepowell.com or call
(206) 223-6288

Remit Payments To:

P.O. Box 91302
Seattle, WA
98111-9402
Attn  Cash Receipts
Fax: (206) 223-7107

Identification No. 20-2071651

Frontier Airlines, Inc.                                          January 13, 2023
Attn  Accounts Payable                                    Invoice No.  3891965
Department #762520-105-40000H
4545 Airport Way
Denver, CO 80239
Via email: APinvoices@flyfrontier.com

FOR PROFESSIONAL SERVICES RENDERED THROUGH  12/31/22

Matter:  022510.000155

AMCK Aviation Dispute

| 12/01/2022 | D. Hosenpud | Work on legal arguments for memo in opposition; review revise 56.1 statement | 9.50 |
| 12/01/2022 | P. Lambert | Email to D. Hosenpud; review documents; telephone call with Q. Miao; review motion for summary judgment; telephone call with R. Fanning re same | 0.90 |
| 12/01/2022 | Q. Miao | Confer with D. Hosenpud re lease documents relating to the aircraft | 0.50 |
| 12/01/2022 | A. Schaer | Work on statement of material facts in connection with opposition to motion for summary judgment, and correspond with D. Hosenpud re same | 7.70 |
| 12/01/2022 | D. Deibele | Confer with T. Garcia re requirements for upcoming summary judgment response | 0.20 |
| 12/02/2022 | D. Hosenpud | MSJ facts and law development | 6.90 |
| 12/02/2022 | Q. Miao | Confer with D. Hosenpud re legal research regarding suing non-party for contract breach; conduct legal research; summarize research findings | 5.50 |
| 12/02/2022 | A. Schaer | Further work drafting statement of disputed material facts in connection with opposition to motion for summary judgment; correspond with clerk of court re page limits for upcoming memorandum of law in support of opposition to motion for summary | 6.60 |

**Exhibit 2**
**Page 165 of 251**

Our File: 022510.000155                                                                Page: 2

Frontier Airlines, Inc.                                                    January 13, 2023

| | | judgment | |
|---|---|---|---|
| 12/02/2022 | D. Deibele | Assist with response to summary judgment motion: review LCR 56.1 draft and assemble potential exhibits; respond to D. Hosenpud question re filing deadlines; assist with response to court reporter request re De Jounge deposition | 5.10 |
| 12/03/2022 | D. Hosenpud | MSJ facts and law development | 4.60 |
| 12/03/2022 | A. Schaer | Work on drafting memorandum of law in opposition to AMCK's MSJ, focusing on factual background section | 4.20 |
| 12/03/2022 | D. Deibele | Assist with response to summary judgment motion: review LCR 56.1 draft and assemble potential exhibits; review database for additional relevant document; coordinate with Consilio to have documents imaged; organize "deferral" documents in chronological order | 10.20 |
| 12/04/2022 | D. Hosenpud | Prepare insert for Response; vet draft memo fact and law section to provide additional evidence and law | 9.60 |
| 12/04/2022 | A. Schaer | Further work on drafting memorandum of law in opposition to AMCK's MSJ, focusing on factual background section and beginning legal argument section, as well as work on response disputed factual contentions for LCR 56.1 responses | 6.80 |
| 12/04/2022 | D. Deibele | Assist with response to summary judgment motion: review draft memo of law and assemble potential exhibits; review CJK depositions for references to the Carlyle transaction and/or PDP/PP | 6.20 |
| 12/05/2022 | D. Hosenpud | Continue working on MSJ response, exhibits and declarations | 9.50 |
| 12/05/2022 | Q. Miao | Confer with D. Hosenpud re opposition memo; continue to conduct research re holding non-signatory liable to a multiple-document contract liable; summarize research findings | 4.60 |
| 12/05/2022 | A. Schaer | Further work on drafting memorandum of law in opposition to AMCK's MSJ, focusing on legal argument sections for breach of contract, anticipatory repudiation, covenant of good faith and fair dealing, and that all named defendants are proper parties; work on drafting declaration for J. Dempsey; work on LCR 56.1 responses, as well as organizing and updated exhibits to be filed in support of all | 12.70 |

**Exhibit 2**
**Page 166 of 251**

Our File: 022510.000155                                                                Page: 3

Frontier Airlines, Inc.                                                            January 13, 2023

| | | opposition documents | |
|---|---|---|---|
| 12/05/2022 | D. Deibele | Assist with opposition to AMCK's motion for summary judgment: review memo and LCR 56.1 drafts; track down potential exhibits; organize documents as requested; email exchanges with D. Hosenpud, A. Schaer and T. Garcia re same; search for and collect documents re AMCK's April 2020 invoices, Frontier payments as of March 2020 and other issues; work on D. Hosenpud declaration; arrange for Consilio to promote and image documents not produced | 7.20 |
| 12/05/2022 | E. Lundeen | Obtain multiple cases from Westlaw for D. Hosenpud | 0.50 |
| 12/06/2022 | D. Hosenpud | Revise Sharath declaration and correspondence with Sharath; revise memo on opposition to defendants' msj | 3.90 |
| 12/06/2022 | D. Miller | Confer with A. Schaer re research and review project | 0.70 |
| 12/06/2022 | A. Schaer | Further work on drafting memorandum of law in opposition to AMCK's MSJ, LCR 56.1 responses, declarations, and compiling and organizing exhibits for same | 12.80 |
| 12/06/2022 | D. Deibele | Assist with opposition to AMCK's motion for summary judgment: review drafts; track down potential exhibits; organize documents as requested; email exchanges with D. Hosenpud, A. Schaer and T. Garcia re same | 6.80 |
| 12/07/2022 | D. Hosenpud | Motion for Summary Judgment Briefing; review documents | 5.70 |
| 12/07/2022 | Q. Miao | Review and annotate the summary judgment opposition brief; conduct research on quiet enjoyment | 2.50 |
| 12/07/2022 | D. Miller | Research to find necessary support for key propositions in our summary judgment motion; check citations for and review summary judgment motion draft | 8.50 |
| 12/07/2022 | A. Schaer | Further work on drafting memorandum of law in opposition to AMCK's MSJ, LCR 56.1 responses, declarations, and compiling and organizing exhibits for same; meet with D. Hosenpud, D. Deibele, and T. Garcia to strategize for upcoming filing | 10.50 |

**Exhibit 2**
**Page 167 of 251**

Our File: 022510.000155                                                                Page: 4

Frontier Airlines, Inc.                                                        January 13, 2023

| 12/07/2022 | D. Deibele | Assist with opposition to AMCK's motion for summary judgment: review drafts; track down potential exhibits; organize documents as requested; email exchanges with D. Hosenpud, A. Schaer and T. Garcia re same; confer with T. Garcia re descriptive names required by Judge Stanton; segregated S. Bindu April 2020 email; confer with T. Garcia, D. Hosenpud and A. Schaer re filing logistics; assist D. Hosenpud with reference to April 2020 payments; review D. Hosenpud declaration; consult D. Hosenpud re reducing exhibit size to comply with filing limitations; follow up re whether all exhibits need to be cited in either pleadings; extract deposition testimony cited in pleadings | 8.70 |
| 12/08/2022 | D. Hosenpud | Prepare Exhibits for MSJ Response; Prepare Fanning Declaration; Prepare Dempsey Declaration | 11.60 |
| REDACTED | ▉▉▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉▉ |
| 12/08/2022 | Q. Miao | Continue to conduct research re quiet enjoyment | 0.40 |
| 12/08/2022 | D. Miller | Cite check and edit motion for summary judgment | 7.50 |
| 12/08/2022 | A. Schaer | Further work on drafting memorandum of law in opposition to AMCK's MSJ, LCR 56.1 responses, declarations, and compiling and organizing exhibits for same | 12.50 |
| 12/08/2022 | D. Deibele | Assist with opposition to AMCK's motion for summary judgment: review drafts; track down potential exhibits; organize documents as requested; email exchanges with D. Hosenpud, A. Schaer and T. Garcia re same; resume highlighting deposition excerpts; compare deposition sites to 12/6 drafts to make sure nothing was inadvertently dropped; multiple conferences with D. Hosenpud and A. Schaer re exhibits; advise A. Schaer all documents in support of the opposition must be cited in the LCR 5465.1; confer with D. Hosenpud re redactions; transfer D. Hosenpud proposed redactions to electronic documents; conferences with T. Garcia and J. Crown re filing logistics | 14.40 |
| 12/09/2022 | D. Hosenpud | Final revisions to Memo in Opp; Rule 56.1 Statement of Material Facts; declarations and exhibits to support opposition to summary judgment; revise letter motion to Judge Stanton re sealing pleadings and exhibits | 10.90 |

**Exhibit 2**
**Page 168 of 251**

Our File:  022510.000155                                                                    Page:  5

Frontier Airlines, Inc.                                                          January 13, 2023

| | | | |
|---|---|---|---|
| 12/09/2022 | P. Lambert | Work on opposition to motion to dismiss; emails to D. Hosenpud re same; review research included in same | 3.10 |
| 12/09/2022 | Q. Miao | Continue to conduct research regarding quiet enjoyment; email exchange with D. Hosenpud et al. re quiet enjoyment argument | 1.30 |
| 12/09/2022 | D. Miller | Final review and proofreading of motion for summary judgment memorandum of law; final review and proof reading of paragraphs 1-37 of our responses to their statements of material facts statement of material facts | 2.90 |
| 12/09/2022 | A. Schaer | Further work on drafting memorandum of law in opposition to AMCK's MSJ, LCR 56.1 responses, declarations, and compiling and organizing exhibits for same; draft letter motion to seal and identify exhibits to seal in connection with same | 11.40 |
| 12/09/2022 | D. Deibele | Assist with opposition to AMCK's motion for summary judgment: review drafts; track down potential exhibits; organize documents as requested; email exchanges with D. Hosenpud, A. Schaer and T. Garcia re same; confer with T. Garcia, D. Hosenpud and A. Schaer re filing logistics; compare memo and LCR 56.1 to exhibits to confirm all exhibits, pages and lines are included; revise exhibits as needed; coordinate with J. Crown to proof LCR 56.1; finalize confidential redactions; redact exhibits; save and convert public and judge's copy of exhibits; assist T. Garcia as needed | 12.40 |
| 12/12/2022 | A. Schaer | Work with D. Hosenpud on strategy for reaching out to opposing counsel re phone conference with the court on upcoming case deadlines | 0.20 |
| 12/13/2022 | A. Schaer | Correspond with D. Hosenpud re confirming upcoming case deadlines with chambers and opposing counsel | 0.20 |
| 12/13/2022 | D. Deibele | Review email for client documents not submitted to Consilio; follow up with D. Hosenpud and A. Schaer re same; telephone conference with D. Hosenpud re trial exhibit list | 1.50 |
| 12/14/2022 | D. Hosenpud | Phone conference with judicial clerk re clarification of scheduling order; correspondence with opposing counsel re same; correspondence with expert re pre-trial submission requirements | 0.70 |

**Exhibit 2**
**Page 169 of 251**

Our File: 022510.000155                                                          Page: 6

Frontier Airlines, Inc.                                               January 13, 2023

| 12/14/2022 | D. Deibele | Telephone conference with D. Hosenpud re trial deadlines; search for and compile documents as requested - utilization reports, text messages, etc.; confer with T. Garcia re pretrial filings | 1.60 |
|---|---|---|---|
| 12/15/2022 | D. Hosenpud | Review court order on motion to seal documents; analysis of court's amended scheduling order | 1.20 |
| 12/15/2022 | A. Schaer | Analyze court order re sealing of certain documents and updating case schedule, and work with D. Hosenpud re responding to same; phone call with D. Deibele to work on redacting certain documents that the court ordered could not be filed under seal in their entirety | 1.90 |
| 12/15/2022 | D. Deibele | Confer with T. Garcia re preparing Frontier's trial exhibit list; telephone conference with A. Schaer re redacting exhibits to summary judgment opposition | 0.60 |
| 12/16/2022 | D. Deibele | Attend conference call with Frontier experts re discount methodology; respond to N. Powers email | 0.80 |
| 12/19/2022 | A. Schaer | Correspond with D. Hosenpud re next steps in redacting exhibits identified by the court for sealing and general strategy for upcoming case events | 0.40 |
| 12/28/2022 | A. Schaer | Work on redactions of exhibits to file with court in response to order re motion to seal | 1.40 |
| 12/29/2022 | D. Deibele | Review and annotate order re supplemental redactions and segregate documents to be redacted | 0.60 |
| 12/30/2022 | A. Schaer | Analyze AMCK's reply brief in support of its motion for summary judgment and take notes re same in preparation for next steps in case, including potential oral argument on the motion; work on redactions of exhibits to file with court in response to order re motion to seal | 2.40 |
| 12/31/2022 | A. Schaer | Work on redactions of exhibits to file with court in response to order re motion to seal | 4.10 |

TOTAL HOURS                                     286.40

OUR FEE                                                           $137,997.50

COSTS ADVANCED

**Exhibit 2**
**Page 170 of 251**

Our File: 022510.000155                                                                 Page: 7

Frontier Airlines, Inc.                                              January 13, 2023

| | | |
|---|---|---|
| 12/08/2022 | Meals while traveling - SQ *GREAT HARVEST PDX - Meeting meals | 22.10 |
| | Court Document Charge | 1.00 |

**TOTAL COSTS ADVANCED**                                                    $ 23.10

### RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Hosenpud | 74.10 | 648.00 | 48,016.80 |
| P. Lambert | 5.30 | 625.00 | 3,312.50 |
| Q. Miao | 14.80 | 522.00 | 7,725.60 |
| D. Miller | 19.60 | 378.00 | 7,408.80 |
| A. Schaer | 95.80 | 441.00 | 42,247.80 |
| D. Deibele | 76.30 | 382.50 | 29,184.75 |
| E. Lundeen | 0.50 | 202.50 | 101.25 |
| Total all Timekeepers | 286.40 | | 137,997.50 |

**TOTAL THIS INVOICE**                                                $138,020.60

**Exhibit 2**
**Page 171 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill***
*link at lanepowell.com or call*
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.
Attn  Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO 80239
Via email: APinvoices@flyfrontier.com

February 13, 2023
Invoice No.  3893952

Matter:  022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

| | |
|---|---:|
| CURRENT CHARGES - see attached | $47,752.70 |
| PREVIOUS BALANCE as of January 13, 2023 | $290,300.40 |
| LESS PAYMENTS RECEIVED | ($49,826.05) |
| TOTAL AMOUNT DUE | $288,227.05 |

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

◆ **Anchorage** *(907) 277-9511* ◆ **Portland** *(503) 778-2100* ◆ **Seattle** *(206) 223-7000*

*For Our Current Seminars and Other Events, Visit <u>lanepowell.com</u> and Click on <u>News & Events</u>*

**Exhibit 2**
**Page 172 of 251**



*Wire Transfer Information:*
*Wells Fargo Bank*
*ABA no. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

*Pay by e-Check, Visa, or MC:*
*Use pay my bill*
*link at lanepowell.com or call*
*(206) 223-6288*

*Remit Payments To:*

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                                                    February 13, 2023
Attn  Accounts Payable                                                               Invoice No.  3893952
Department #762520-105-40000H
4545 Airport Way
Denver, CO 80239
Via email: APinvoices@flyfrontier.com

FOR PROFESSIONAL SERVICES RENDERED THROUGH  01/31/23

Matter:  022510.000155

AMCK Aviation Dispute

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/03/2023 | A. Schaer | Redactions to certain exhibits identified by the court and correspond with D. Hosenpud re strategy for filing updated versions with the court | 2.90 |
| 01/03/2023 | D. Deibele | Confer with T. Garcia, A. Schaer and D. Hosenpud re redacting exhibits in support of opposition to motion for summary judgment; review order re redactions; begin redacting exhibits | 2.10 |
| 01/04/2023 | D. Hosenpud | Review exhibit redactions for re-submission of exhibits to court for redaction approval. | 1.00 |
| 01/04/2023 | A. Schaer | Further work on redactions to certain exhibits identified by the court and correspond with D. Hosenpud re strategy for filing updated versions with the court | 1.80 |
| 01/04/2023 | D. Deibele | Resume work on trial exhibit list | 0.60 |
| 01/05/2023 | A. Schaer | Draft letter motion to court in order to seal certain exhibits in response to court order re same | 2.10 |
| 01/05/2023 | D. Deibele | Resume work on exhibits to be redacted; confer with A. Schaer re same | 1.60 |
| 01/06/2023 | A. Schaer | Work on finalizing redactions and letter response to court to seal documents in preparation for court filing | 1.30 |
| 01/06/2023 | D. Deibele | Redact and convert exhibits to S. Bindu, J. Dempsey | 3.70 |

**Exhibit 2**
**Page 173 of 251**

Our File: 022510.000155                                                                 Page: 2

Frontier Airlines, Inc.                                                    February 13, 2023

|            |              | and D. Hosenpud declarations; multiple conferences re same |      |
|------------|--------------|------------------------------------------------------------|------|
| 01/09/2023 | D. Hosenpud  | Review Reply | 0.70 |
| 01/10/2023 | D. Hosenpud  | Analysis of Reply and points to make in Oral Argument if granted. | 1.30 |
| 01/10/2023 | A. Schaer    | Analyze AMCK reply brief and cases cited therein, and correspond with D. Hosenpud re strategy for addressing same, especially if case reaches oral argument | 1.80 |
| 01/10/2023 | D. Deibele   | Resume work on trial exhibit list; organize potential exhibits | 1.30 |
| 01/11/2023 | A. Schaer    | Analyze cases related to waiver of contractual obligations and corresponding notice and cure requirements to respond to AMCK's arguments in its reply brief, especially in the event of oral argument | 1.60 |
| 01/11/2023 | D. Deibele   | Work on trial exhibit list | 1.10 |
| 01/11/2023 | K. Freestad  | Emails with D. Deibele re file preparation project; prepare trial exhibits documents | 1.20 |
| 01/17/2023 | E. Lundeen   | Obtain cases from two briefs for T. Garcia | 0.60 |
| 01/18/2023 | D. Deibele   | Resume work on trial exhibit list | 1.10 |
| REDACTED   |              |  |  |

TOTAL HOURS                                                                  28.00

OUR FEE                                                                 $13,174.20

COSTS ADVANCED

| 12/07/2022 | Professional services - BINDER & SCHWARTZ LLP - Professional services rendered through November 30, 2022 - INV#11119 | 34,578.50 |
|------------|------------|------------|

TOTAL COSTS ADVANCED                                                    $ 34,578.50

**Exhibit 2**
**Page 174 of 251**

Our File: 022510.000155                                                      Page: 3

Frontier Airlines, Inc.                                          February 13, 2023

RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Hosenpud | 3.20 | 679.50 | 2,174.40 |
| A. Schaer | 11.50 | 508.50 | 5,847.75 |
| D. Deibele | 11.50 | 409.50 | 4,709.25 |
| K. Freestad | 1.20 | 261.00 | 313.20 |
| E. Lundeen | 0.60 | 216.00 | 129.60 |
| Total all Timekeepers | 28.00 | | 13,174.20 |

TOTAL THIS INVOICE                                                $47,752.70

**Exhibit 2**
**Page 175 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill***
*link at lanepowell.com or call*
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.
Attn  Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO 80239
Via email: APinvoices@flyfrontier.com

March 13, 2023
Invoice No.  3896233

Matter:  022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

| | |
|---|---:|
| CURRENT CHARGES - see attached | $6,436.10 |
| PREVIOUS BALANCE as of February 13, 2023 | $288,227.05 |
| LESS PAYMENTS RECEIVED | ($240,474.35) |
| TOTAL AMOUNT DUE | $54,188.80 |

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

*◆ Anchorage (907) 277-9511  ◆ Portland (503) 778-2100 ◆ Seattle (206) 223-7000*

*For Our Current Seminars and Other Events, Visit <u>lanepowell.com</u> and Click on <u>News & Events</u>*

**Exhibit 2**
**Page 176 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
Use **pay my bill**
 link at lanepowell.com or call
*(206) 223-6288*

**Remit Payments To:**

P.O. Box 91302
Seattle, WA
98111-9402
Attn  Cash Receipts
Fax: (206) 223-7107

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                      March 13, 2023
Attn  Accounts Payable                              Invoice No.  3896233
Department #762520-105-40000H
4545 Airport Way
Denver, CO 80239
Via email: APinvoices@flyfrontier.com

FOR PROFESSIONAL SERVICES RENDERED THROUGH  02/28/23

Matter:   022510.000155

AMCK Aviation Dispute

| 02/03/2023 | A. Schaer | Analyze experts' updated analysis re discounting damages to present net value and correspond with D. Hosenpud re same | 0.60 |
|---|---|---|---|
| 02/06/2023 | P. Lambert | Telephone conference with D. Hosenpud; review correspondence | 0.50 |
| REDACTED | | | |
| 02/09/2023 | D. Hosenpud | Review voicemail from opposing counsel re potential settlement discussions; correspondence with client re same | 0.40 |
| REDACTED | | | |
| 02/10/2023 | D. Hosenpud | Strategy re analysis of settlement ranges (.7); phone conference with opposing counsel regarding AMCK's proposal for settlement demand from Frontier (.4) | 1.10 |
| 02/10/2023 | A. Schaer | Work with D. Hosenpud on settlement analysis and strategy for addressing same with AMCK/Carlyle, review of D. Hosenpud summary of call with AMCK counsel and next steps in settlement | 0.90 |

**Exhibit 2**
**Page 177 of 251**

Our File: 022510.000155                                                      Page: 2

Frontier Airlines, Inc.                                            March 13, 2023

| 02/13/2023 | A. Schaer | Correspond with D. Hosenpud re next steps in settlement discussions | 0.40 |
|---|---|---|---|
| 02/16/2023 | D. Hosenpud | Conference call with client to discuss potential settlement demand; analysis of data to prepare demand | 0.50 |
| 02/16/2023 | A. Schaer | Prepare for and participate in conference with J. Dempsey, H. Diamond, and R. Fanning to discuss settlement talks and strategy and next steps with same | 1.40 |
| 02/17/2023 | D. Hosenpud | Analysis of potential settlement ranges | 0.70 |
| 02/17/2023 | A. Schaer | Work on settlement offer analysis, including review of all attorney's fees and costs spent in relevant cases, and correspondence with D. Hosenpud re same | 1.90 |
| 02/21/2023 | D. Hosenpud | Further analysis of damages ranges to propose in response to opposing counsels request for damages demand | 0.40 |
| 02/21/2023 | A. Schaer | Correspond with D. Hosenpud re further considerations for settlement counteroffer | 0.40 |
| 02/27/2023 | A. Schaer | Correspond with D. Hosenpud re settlement negotiation strategy | 0.30 |

                                      TOTAL HOURS                    11.50

OUR FEE                                                        $6,436.10

                              RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Hosenpud | 3.10 | 679.50 | 2,106.45 |
| P. Lambert | 0.50 | 625.00 | 312.50 |
| A. Schaer | 7.90 | 508.50 | 4,017.15 |
| Total all Timekeepers | 11.50 | | 6,436.10 |

TOTAL THIS INVOICE                                             $6,436.10

**Exhibit 2**
**Page 178 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
Use **pay my bill**
 link at lanepowell.com or call
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.
Attn  Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO 80239
Via email: APinvoices@flyfrontier.com

April 20, 2023
Invoice No.  3899193

Matter:   022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

| | |
|---|---|
| CURRENT CHARGES - see attached | $4,428.45 |
| PREVIOUS BALANCE as of March 13, 2023 | $54,188.80 |
| LESS PAYMENTS RECEIVED | ($47,752.70) |
| TOTAL AMOUNT DUE | $10,864.55 |

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

⬧ **Anchorage** *(907) 277-9511*  ⬧ **Portland** *(503) 778-2100* ⬧ **Seattle** *(206) 223-7000*

*For Our Current Seminars and Other Events, Visit* <u>lanepowell.com</u> *and Click on* <u>News & Events</u>

**Exhibit 2**
**Page 179 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill**
 link at lanepowell.com or call
(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                              April 20, 2023
Attn  Accounts Payable                                      Invoice No.  3899193
Department #762520-105-40000H
4545 Airport Way
Denver, CO 80239
Via email: APinvoices@flyfrontier.com

FOR PROFESSIONAL SERVICES RENDERED THROUGH  03/31/23

Matter:  022510.000155

AMCK Aviation Dispute

| | | | |
|---|---|---|---|
| 03/01/2023 | A. Schaer | Attention to feedback from D. Hosenpud on recent settlement discussions with counsel for AMCK | 0.20 |
| 03/02/2023 | A. Schaer | Correspond with D. Hosenpud re updates in settlement negotiations with AMCK's counsel | 0.20 |
| REDACTED | | | |
| 03/10/2023 | A. Schaer | Analyze D. Hosenpud update on status of settlement negotiations and consider strategy re same | 0.30 |
| REDACTED | | | |
| 03/21/2023 | D. Hosenpud | Phone conference with J. Butler re settlement discussions between client principals (.4); phone conference with H. Diamond re discussion with opposing counsel (.3); Conference call with P. Lambert and H. Diamond re parallel conversations with Carlyle business and litigation counsel and strategies to respond (.4) | 1.10 |
| 03/22/2023 | D. Hosenpud | Phone conference with opposing counsel re the requirement that Carlyle provide a significant counteroffer prior to meeting between principals (.2); phone conference with P. Lambert re discussion with | 0.60 |

**Exhibit 2**
**Page 180 of 251**

Our File:  022510.000155                                                                          Page:  2

Frontier Airlines, Inc.                                                                    April 20, 2023

|  |  | opposing counsel and message to provide Milbank business counsel for consistency of communication (.2); strategy analysis regarding the determining whether any counteroffer meets client criteria (.2) |  |
| 03/22/2023 | A. Schaer | Phone call with D. Hosenpud re status of settlement negotiations and next steps re same | 0.40 |
| 03/23/2023 | D. Hosenpud | Phone conference with o/c re counteroffer (.2); phone conference with H. Diamond to discuss Carlyle counteroffer (.1); phone conference with H. Diamond re client's position on counteroffer and meeting (.1) | 0.40 |
| 03/23/2023 | A. Schaer | Calls with D. Hosenpud to discuss status and updates re settlement discussions | 0.30 |
| 03/24/2023 | D. Hosenpud | Phone conference with opposing counsel re counteroffer; correspondence with H. Diamond re same | 0.40 |
| 03/27/2023 | D. Hosenpud | Correspondence with opposing counsel re settlement discussions during the meeting scheduled for 3/28/23; correspondence with client | 0.20 |
| REDACTED | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ |
| 03/31/2023 | D. Hosenpud | Discussions re settlement valuation; phone conference with H. Diamond re the same; phone conference with J. Butler to clarify communications at settlement meeting among the parties' principals; follow up phone conference with J. Butler communicating Frontier's settlement counteroffer. | 1.00 |
| 03/31/2023 | A. Schaer | Call with D. Hosenpud re settlement and work on updating settlement analysis to provide a counteroffer to AMCK/Carlyle | 1.40 |

TOTAL HOURS      7.30

OUR FEE                                                                                   $4,428.45

**Exhibit 2**
**Page 181 of 251**

Our File: 022510.000155                                                Page: 3

Frontier Airlines, Inc.                                               April 20, 2023


### RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| G. Fox | 0.20 | 670.50 | 134.10 |
| D. Hosenpud | 4.00 | 679.50 | 2,718.00 |
| A. Schaer | 3.10 | 508.50 | 1,576.35 |
| Total all Timekeepers | 7.30 | | 4,428.45 |

TOTAL THIS INVOICE                                                    $4,428.45

**Exhibit 2**
**Page 182 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
Use **pay my bill**
 link at lanepowell.com or call
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.
Attn  Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO 80239
Via email: APinvoices@flyfrontier.com

May 23, 2023
Invoice No.  3901723

Matter:   022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

| | |
|---|---|
| CURRENT CHARGES - see attached | $8,583.30 |
| PREVIOUS BALANCE as of April 20, 2023 | $10,864.55 |
| LESS PAYMENTS RECEIVED | ($10,864.55) |
| LESS TRUST ACCOUNT FUNDS | ($8,583.30) |
| TOTAL AMOUNT DUE | $0.00 |

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

◆ **Anchorage** *(907) 277-9511* ◆ **Portland** *(503) 778-2100* ◆ **Seattle** *(206) 223-7000*

*For Our Current Seminars and Other Events, Visit* <u>lanepowell.com</u> *and Click on* <u>News & Events</u>

**Exhibit 2**
**Page 183 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill***
*link at lanepowell.com or call*
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.
Attn  Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO 80239
Via email: APinvoices@flyfrontier.com

May 23, 2023
Invoice No.  3901723

FOR PROFESSIONAL SERVICES RENDERED THROUGH  04/30/23

Matter:  022510.000155

AMCK Aviation Dispute

| REDACTED | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| 04/07/2023 | A. Schaer | Analyze recent correspondence re settlement discussions, as well as draft novation settlement agreement, and correspond with D. Hosenpud re same | 0.80 |
| 04/10/2023 | D. Hosenpud | Email to client status of negotiations in pending litigation | 0.40 |
| 04/10/2023 | A. Schaer | Analysis of updates in settlement discussions with AMCK/Carlyle | 0.30 |
| 04/11/2023 | D. Hosenpud | Discussions with opposing counsel; damage assessment for client | 1.00 |
| 04/11/2023 | A. Schaer | Telephone call with D. Hosenpud re current settlement status and strategy, as well as work on updating case valuation analysis | 1.30 |
| 04/12/2023 | D. Hosenpud | Correspondence with H. Diamond providing update on settlement discussions and case assessment | 0.40 |

**Exhibit 2**
**Page 184 of 251**

Our File:  022510.000155                                                                         Page:  2

Frontier Airlines, Inc.                                                                        May 23, 2023

| | | | |
|---|---|---|---|
| 04/13/2023 | A. Schaer | Telephone call with D. Hosenpud re status of settlement negotiations and strategy for responding to counsel for AMCK/Carlyle | 0.20 |
| 04/20/2023 | D. Hosenpud | Conference call with J. Butler to articulate Frontier's position re further negotiations and emphasizing that a formal counteroffer must be received from defendants to continue negotiations | 0.20 |
| 04/25/2023 | A. Schaer | Analyze discussions between parties on guarantee negotiations and work with D. Hosenpud on potential impacts to settlement | 0.60 |
| 04/27/2023 | D. Hosenpud | Telephone conference with opposing counsel re AMCK counteroffer; telephone conference with H. Diamond re status of negotiations and fees/costs to date; analysis of fees and costs. | 0.80 |
| REDACTED | �altered | ▬▬▬▬ | ▬ |

TOTAL HOURS                                                                                          13.40

OUR FEE                                                                                         $8,583.30

RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| G. Fox | 0.50 | 670.50 | 335.25 |
| D. Hosenpud | 2.80 | 679.50 | 1,902.60 |
| A. Schaer | 3.70 | 508.50 | 1,881.45 |
| D. Schoeggl | 6.40 | 697.50 | 4,464.00 |
| Total all Timekeepers | 13.40 | | 8,583.30 |

TOTAL THIS INVOICE                                                                             $8,583.30

**Exhibit 2**
**Page 185 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
Use **pay my bill**
 link at lanepowell.com or call
*(206) 223-6288*

**Remit Payments To:**

*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.
Attn  Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO 80239
Via email: APinvoices@flyfrontier.com

July 13, 2023
Invoice No.  3906128

Matter:  022510.000155

AMCK Aviation Dispute

<u>Summary of Account</u>

| | |
|---|---|
| CURRENT CHARGES - see attached | $12,239.55 |
| PREVIOUS BALANCE as of May 23, 2023 | $8,583.30 |
| LESS PAYMENTS RECEIVED | ($8,583.30) |
| TOTAL AMOUNT DUE | $12,239.55 |

**PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT**

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

⬧ **Anchorage** (907) 277-9511  ⬧ **Portland** (503) 778-2100 ⬧ **Seattle** (206) 223-7000

*For Our Current Seminars and Other Events, Visit* <u>lanepowell.com</u> *and Click on* <u>News & Events</u>

**Exhibit 2**
**Page 186 of 251**



*Wire Transfer Information:*
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

***Pay by e-Check, Visa, or MC:***
Use **pay my bill**
 link at lanepowell.com or call
(206) 223-6288

***Remit Payments To:***

P.O. Box 91302
Seattle, WA
98111-9402
Attn  Cash Receipts
Fax: (206) 223-7107

*Identification No. 20-2071651*

Frontier Airlines, Inc.                                          July 13, 2023
Attn  Accounts Payable                                  Invoice No.  3906128
Department #762520-105-40000H
4545 Airport Way
Denver, CO 80239
Via email: APinvoices@flyfrontier.com

FOR PROFESSIONAL SERVICES RENDERED THROUGH  06/30/23

Matter:  022510.000155

AMCK Aviation Dispute

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/09/2023 | A. Schaer | Meet with D. Hosenpud to discuss recent updates in related cases, potential impact on current case, and strategies for addressing same relating to Lawsuit 1 | 0.50 |
| 06/15/2023 | A. Schaer | Correspond with D. Hosenpud re drafting mediation statement for upcoming mediation re lawsuit 1 | 0.20 |
| 06/16/2023 | A. Schaer | Begin work on drafting mediation statement for upcoming mediation re lawsuit 1 | 1.50 |
| 06/18/2023 | A. Schaer | Correspond with D. Hosenpud re status and next steps with mediation statement | 0.20 |
| REDACTED | | | |
| 06/20/2023 | A. Schaer | Further work with D. Hosenpud re status and next steps with mediation statement | 0.40 |
| REDACTED | | | |
| 06/21/2023 | D. Hosenpud | Review and revise mediation brief. | 1.20 |
| REDACTED | | | |
| 06/26/2023 | A. Schaer | Correspond with D. Hosenpud re updates in settlement and mediation discussions and communicating with court re status of dispositive motion | 0.40 |

**Exhibit 2**
**Page 187 of 251**

Our File:  022510.000155                                                    Page:  2

Frontier Airlines, Inc.                                                July 13, 2023


| | | | |
|---|---|---|---|
| 06/28/2023 | D. Hosenpud | Respond to case valuation questions from mediator | 0.40 |
| 06/28/2023 | A. Schaer | Work on obtaining exhibits for D. Schoeggl to use during mediation and correspondence with D. Schoeggl and D. Hosenpud re same | 0.90 |

TOTAL HOURS                                                                    18.70


OUR FEE                                                                   $12,239.55

### RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Hosenpud | 1.60 | 679.50 | 1,087.20 |
| A. Schaer | 4.10 | 508.50 | 2,084.85 |
| D. Schoeggl | 13.00 | 697.50 | 9,067.50 |
| Total all Timekeepers | 18.70 | | 12,239.55 |


TOTAL THIS INVOICE                                                       $12,239.55

**Exhibit 2**
**Page 188 of 251**



*Wire Transfer Information:*
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

***Pay by e-Check, Visa, or MC:***
*Use **pay my bill now** link*
*at lanepowell.com or*
*call (206) 223-6288*

*Remit Payments To:*
*Lane Powell PC*
*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn: Cash Receipts*
*Fax: (206) 223-7107*

**Identification No. 20-2071651**

Frontier Airlines, Inc.
Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO  80239
Email: apinvoices@flyfrontier.com

| | |
|---|---|
| Invoice Date | August 17, 2023 |
| Invoice Number | 3907472 |
| Client Matter ID | 022510.000155 |

Total Fees: $35,793.40

Total Costs: $0.00

**TOTAL AMOUNT DUE  THIS INVOICE:** **$35,793.40**

PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT

***Payment Due Upon Receipt***
***A Monthly Interest Charge May Accrue On Unpaid Invoices***

· **Anchorage** (907) 277-9511 · **Portland** (503) 778-2100 · **Seattle** (206) 223-7000

For Our Current Seminars and Other Events, Visit lanepowell.com and Click on News & Events

**Exhibit 2**
**Page 189 of 251**

# LANE POWELL

***Wire Transfer Information:***
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. Redacted*
*Swift Code: WFBIUS6S*

***Pay by e-Check, Visa, or MC:***
*Use* **pay my bill now** *link*
*at lanepowell.com or*
*call (206) 223-6288*

***Remit Payments To:***
*Lane Powell PC*
*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn: Cash Receipts*
*Fax: (206) 223-7107*

**Identification No. 20-2071651**

Frontier Airlines, Inc.
Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO  80239
Email: apinvoices@flyfrontier.com

| | |
|---|---|
| Invoice Date | August 17, 2023 |
| Invoice Number | 3907472 |
| Client Matter ID | 022510.000155 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2023

RE: AMCK Aviation Dispute

| Date | Professional | Narrative | Hours |
|---|---|---|---|
| 07/06/2023 | D. Hosenpud | Review court opinion on the motion for summary judgment (1.0); correspondence with client re same (.2); analysis of settlement strategy and evidence in light of ruling (1.1); Teams conference call with Howard Diamond, Dave Schoeggl, Paul Lambert re next steps (.7) | 3.00 |
| 07/06/2023 | A. Schaer | Analyze court order re MSJ and, consider strategy and next steps, and correspondence with D. Hosenpud, D. Schoeggl, P. Lambert re same | 2.50 |
| 07/07/2023 | A. Schaer | Analyze proposed terms of settlement agreement and correspond with D. Hosenpud re next steps | 0.30 |
| 07/09/2023 | A. Schaer | Analyze updates re settlement discussions and preparing for trial (.3); draft letter motion to court re sealing of exhibits from motion for summary judgment in response to court's July 7 order re same (.6) | 0.90 |
| 07/10/2023 | D. Deibele | Assist T. Garcia with revision of redactions on D. Hosenpud declaration exhibit | 0.50 |
| 07/10/2023 | A. Schaer | Further work on letter motion to seal updated exhibits to file with court (.4); correspondence with D. Hosenpud re considerations for including evidence at trial (.3) | 0.70 |
| 07/11/2023 | A. Schaer | Analyze court and judge rules re pretrial meeting and deadlines in light of case heading towards trial after summary judgment order | 0.50 |
| REDACTED | | | |

**Exhibit 2**
**Page 190 of 251**

| 07/11/2023 | D. Deibele | Confer with Docketing re pre-trial order materials | 0.20 |
|---|---|---|---|
| 07/12/2023 | D. Hosenpud | Trial preparation-- exhibit review for trial selection | 2.80 |
| 07/12/2023 | D. Deibele | Review correspondence re expert statement requirements; determine expert statement deadline; circulate draft trial documents | 0.50 |
| 07/13/2023 | D. Hosenpud | Trial preparation--exhibit review | 0.50 |
| 07/14/2023 | D. Deibele | Review Judge Stanton's preferences; create calendar of trial deadlines; organize documents produced and prior pleadings for reference while preparing trial documents | 1.30 |
| 07/17/2023 | A. Schaer | Analyze court's recent MSJ order again to determine areas of focus as we move forward with trial (2.0); meet with D. Hosenpud and D. Deibele to go over upcoming case deadlines and strategies for handling same (1.2) | 3.20 |
| 07/17/2023 | D. Hosenpud | Strategy re pre-trial filings | 1.80 |
| 07/17/2023 | D. Deibele | Participate in team meeting re trial strategy and preparations; circulate O'Callaghan handwritten notes; search for G. Ma document re tone to use with Frontier; compile discovery requests and responses; create trial prep folders in CaseData and segregate documents by category; confirm I have collected all text messages produced by AMCK; refine Relativity searches for key documents | 2.40 |
| 07/18/2023 | A. Schaer | Analyze initial MSJ filings, as well as case developments re preliminary injunction order in companion case, in preparation for drafting pretrial submissions | 3.60 |
| 07/19/2023 | A. Schaer | Further analysis of initial MSJ filings in preparation for work on pretrial submission | 1.20 |
| 07/20/2023 | D. Hosenpud | Evidence review for pre-trial filings | 2.70 |
| 07/20/2023 | A. Schaer | Begin work drafting proposed findings of ultimate fact (3.5); analyze transcript of J. Dempsey for use in upcoming proposed findings of ultimate fact and trial preparations, with a focus on negotiations surrounding month-to-month agreement (3.0) | 6.50 |
| 07/21/2023 | A. Schaer | Finish analyzing J. Dempsey transcript for pretrial submissions work (.9); analyze deposition transcript of P. Sheridan for pretrial submissions work (2.6); correspond with D. Hosenpud re status updates and considerations for pretrial submission (.3); further drafting of proposed findings of ultimate facts (.4) | 4.20 |
| 07/21/2023 | D. Hosenpud | Continue to analyze evidence necessary for pre-trial documents and trial | 2.10 |
| 07/24/2023 | D. Hosenpud | Review preliminary draft of findings of ultimate facts and annotate same with potential supplementation | 1.90 |
| 07/25/2023 | A. Schaer | Finish review of Sheridan deposition transcript for potential inclusion into proposed findings of ultimate fact (1.4); analyze J. O'Callaghan deposition transcript in preparation for pretrial submissions and trial (2.1) | 3.50 |
| 07/26/2023 | A. Schaer | Finish analyzing O'Callaghan deposition transcript for potential inclusion in proposed findings of ultimate fact (2.0); work on proposed findings of ultimate fact and call with D. Hosenpud re same (1.5); analyze other | 4.10 |

**Exhibit 2**
**Page 191 of 251**

| | | | |
|---|---|---|---|
| | | proposed findings of fact from other cases in front of same judge to determine best template for moving forward (.6) | |
| 07/26/2023 | D. Hosenpud | Review and revise  Findings and Conclusions | 2.60 |
| 07/27/2023 | A. Schaer | Analyze other proposed findings of ultimate fact to determine what court is looking for in upcoming pleading (.4); further work drafting proposed findings of ultimate facts (.7) | 1.10 |
| 07/28/2023 | A. Schaer | Further work drafting proposed findings of ultimate fact and correspondence with D. Hosenpud re same | 3.30 |
| 07/28/2023 | D. Hosenpud | Review Ma deposition for fact contentions | 0.90 |
| 07/30/2023 | D. Hosenpud | Review and revise Proposed Findings of Fact with citations added | 1.20 |
| 07/31/2023 | A. Schaer | Update proposed findings of ultimate fact | 4.20 |
| 07/31/2023 | D. Deibele | Research JSA and CBD documents provided to K. Neels | 0.90 |

Total Hours:                                                                                                                67.00

Total Fees:                                                                                                              35,793.40

RATE SUMMARY

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Darcy Deibele | 5.80 | 409.50 | $2,375.10 |
| David G. Hosenpud | 19.50 | 615.00 | $11,992.50 |
| Paul Lambert | 1.90 | 625.00 | $1,187.50 |
| Aaron Schaer | 39.80 | 508.50 | $20,238.30 |
| | 67.00 | | $35,793.40 |

TOTAL FEES AND COSTS:                                                                  $        35,793.40

**TOTAL AMOUNT DUE THIS INVOICE:**                                          **$        35,793.40**

**Exhibit 2**
**Page 192 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill now** link*
*at lanepowell.com or*
*call (206) 223-6288*

**Remit Payments To:**
*Lane Powell PC*
*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn: Cash Receipts*
*Fax: (206) 223-7107*

**Identification No. 20-2071651**

Frontier Airlines, Inc.
Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO  80239
Email: apinvoices@flyfrontier.com

| | |
|---|---|
| Invoice Date | September 28, 2023 |
| Invoice Number | 3911059 |
| Client Matter ID | 022510.000155 |

Total Fees:                                                           $28,431.00

Total Costs:                                                            $102.07

**TOTAL AMOUNT DUE  THIS INVOICE:**                    **$28,533.07**

PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

· **Anchorage** (907) 277-9511 · **Portland** (503) 778-2100 · **Seattle** (206) 223-7000

For Our Current Seminars and Other Events, Visit lanepowell.com and Click on News & Events

**Exhibit 2**
**Page 193 of 251**

LANE POWELL

**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill now** link*
*at lanepowell.com or*
*call (206) 223-6288*

**Remit Payments To:**
*Lane Powell PC*
*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn: Cash Receipts*
*Fax: (206) 223-7107*

**Identification No. 20-2071651**

Frontier Airlines, Inc.
Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO  80239
Email: apinvoices@flyfrontier.com

| | |
|---|---|
| Invoice Date | September 28, 2023 |
| Invoice Number | 3911059 |
| Client Matter ID | 022510.000155 |

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2023

RE: AMCK Aviation Dispute

| Date | Professional | Narrative | Hours |
|------|-------------|-----------|-------|
| 08/01/2023 | A. Schaer | Work on drafting proposed findings of ultimate fact to exchange with AMCK per court's pretrial orders | 6.10 |
| 08/02/2023 | A. Schaer | Further work updating proposed findings of ultimate fact to exchange with AMCK per court's pretrial order | 0.70 |
| 08/02/2023 | D. Hosenpud | Revise Proposed Findings of Ultimate Facts | 1.00 |
| 08/03/2023 | D. Hosenpud | Further revisions to Proposed Findings of Ultimate Facts | 0.50 |
| 08/03/2023 | A. Schaer | Further work updating proposed findings of ultimate fact, ensuring citations are accurate, and work with D. Hosenpud re same | 2.30 |
| 08/07/2023 | A. Schaer | Work on finalizing proposed findings of ultimate fact to serve on opposing counsel per court's pretrial order | 1.90 |
| 08/07/2023 | D. Hosenpud | Final review of Proposed Findings of Ultimate Fact | 0.40 |
| 08/09/2023 | D. Deibele | Respond to P. Lambert questions (via T. Garcia) re CK Assets witnesses | 0.20 |
| 08/09/2023 | A. Schaer | Correspond with P. Lambert re initial disclosures filed in case, as well as prior CKAH individuals subject to depositions | 0.30 |
| 08/10/2023 | A. Schaer | Correspond with T. Garcia re initial disclosures in matter in order to coordinate work on other Frontier cases | 0.20 |

**Exhibit 2**
**Page 194 of 251**

| 08/15/2023 | A. Schaer | Meet with experts and D. Hosenpud to go over upcoming expert submission in relation to pretrial report, and further work to find other expert report submissions to Judge Stanton in connection with prior trials | 0.80 |
| 08/15/2023 | D. Hosenpud | Conference call with expert re declaration; | 0.40 |
| 08/16/2023 | D. Deibele | Email exchanges re pre-trial deadlines; research examples of joint trial exhibit lists; review J. Stanton dockets for same | 1.10 |
| 08/16/2023 | A. Schaer | Analyze prior court dockets of Judge Stanton to determine expert disclosure requirements, as well as work on analysis and correspondence to opposing counsel re agreeing to pre-trial submission deadlines | 1.90 |
| 08/17/2023 | A. Schaer | Correspond with opposing counsel re pretrial submissions | 0.40 |
| 08/22/2023 | A. Schaer | Work with D. Hosenpud to go over expert affidavit considerations and responses to AMCK's proposed findings of fact, and meet with expert witnesses re same | 1.80 |
| 08/22/2023 | D. Hosenpud | Analysis of Ultimate Fact Contentions and Defendants counter contentions; (1.2) Teams Conference with Expert re Testimony (.3); Analysis of case law re extrinsic evidence relevant to Frontier's contentions (2.5) | 4.00 |
| 08/23/2023 | A. Schaer | Begin work on responding to AMCK's proposed findings of ultimate fact per court's pretrial orders | 2.10 |
| 08/24/2023 | A. Schaer | Work on responding to proposed findings of fact (1.6); meet and confer with opposing counsel re same (.8); work with expert on upcoming affidavit and expert submission (.5) | 2.90 |
| 08/24/2023 | D. Hosenpud | Continue to review Findings of Ultimate facts and AMCK's counter findings (.5)Teams call with opposing counsel to discuss pre-trial submissions (1.0); Teams Call with Experts re contents of declaration (.5) Analysis of executive summary for expert declaration (.4) | 2.40 |
| 08/25/2023 | A. Schaer | Further work drafting responses to AMCK's proposed findings of fact per court's pretrial order | 3.70 |
| 08/28/2023 | A. Schaer | Further work responding to AMCK's proposed findings of fact, review of case law re waiver and extrinsic evidence to determine terms of contract, work with D. Hosenpud re same, and serve on opposing counsel | 4.40 |
| 08/28/2023 | D. Hosenpud | Final review and revisions of draft of Joint Statement of Ultimate facts | 4.20 |
| 08/28/2023 | Q. Miao | Confer with A. Schaer re stipulation of facts | 0.20 |
| 08/29/2023 | A. Schaer | Work on joint trial exhibit list to provide to AMCK per court's pretrial order | 2.70 |
| 08/29/2023 | D. Hosenpud | Review Bachrach testimony for potential deposition designations | 1.50 |
| 08/30/2023 | A. Schaer | Work on joint trial exhibit list to provide to opposing counsel per court's pretrial order, and correspondence with D. Hosenpud re same | 2.80 |
| 08/30/2023 | D. Hosenpud | Review documents for exhibit list (.9); continue to review depositions for evidence (.6) | 1.50 |
| 08/30/2023 | D. Deibele | Locate potential trial exhibit as requested by A. Schaer | 0.50 |

**Exhibit 2**
**Page 195 of 251**

Total Hours:                                                                                      52.90

Total Fees:                                                                                  28,431.00

RATE SUMMARY

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Darcy Deibele | 1.80 | 409.50 | $737.10 |
| David G. Hosenpud | 15.90 | 615.00 | $9,778.50 |
| Qingqing Miao | 0.20 | 589.50 | $117.90 |
| Aaron Schaer | 35.00 | 508.50 | $17,797.50 |
| | 52.90 | | $28,431.00 |

DISBURSEMENTS

|  |  |  |
|---|---|---|
| | Postage | 2.07 |
| 08/08/2023 | Agent Fee | 100.00 |

Total Disbursements:                                                                          102.07

TOTAL FEES AND COSTS:                                                    $        28,533.07

**TOTAL AMOUNT DUE THIS INVOICE:**                                       $        **28,533.07**

**Exhibit 2**
**Page 196 of 251**



*Wire Transfer Information:*
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

*Pay by e-Check, Visa, or MC:*
*Use **pay my bill now** link*
*at lanepowell.com or*
*call (206) 223-6288*

*Remit Payments To:*
*Lane Powell PC*
*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn: Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Frontier Airlines, Inc.
Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO  80239
Email: apinvoices@flyfrontier.com

| | |
|---|---|
| Invoice Date | October 18, 2023 |
| Invoice Number | 3912439 |
| Client Matter ID | 022510.000155 |

Total Fees:                                                                                    $87,225.15

Total Costs:                                                                                    $662.80

**TOTAL AMOUNT DUE THIS INVOICE:**                                    **$87,887.95**

PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

• **Anchorage** (907) 277-9511 • **Portland** (503) 778-2100 • **Seattle** (206) 223-7000

For Our Current Seminars and Other Events, Visit lanepowell.com and Click on News & Events

**Exhibit 2**
**Page 197 of 251**

# LANE POWELL

**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use* **pay my bill now** *link*
*at lanepowell.com or*
*call (206) 223-6288*

**Remit Payments To:**
*Lane Powell PC*
*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn: Cash Receipts*
*Fax: (206) 223-7107*

**Identification No. 20-2071651**

| | | |
|---|---|---|
| Frontier Airlines, Inc. | Invoice Date | October 18, 2023 |
| Accounts Payable | Invoice Number | 3912439 |
| Department #762520-105-40000H | Client Matter ID | 022510.000155 |
| 4545 Airport Way | | |
| Denver, CO  80239 | | |
| Email: apinvoices@flyfrontier.com | | |

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2023

RE: AMCK Aviation Dispute

| Date | Professional | Narrative | Hours |
|---|---|---|---|
| 09/01/2023 | D. Hosenpud | Review deposition transcripts to designate trial testimony | 1.90 |
| 09/05/2023 | D. Hosenpud | Status update to Howard Diamond | 0.20 |
| 09/05/2023 | D. Hosenpud | Preliminary review of Frontier proposed exhibits | 0.70 |
| 09/05/2023 | A. Schaer | Work on drafting and updating joint exhibit list for pretrial submissions | 4.60 |
| 09/06/2023 | A. Schaer | Further work drafting proposed trial exhibits and adding citations per judge's pretrial orders, and send to opposing counsel | 7.10 |
| 09/06/2023 | D. Hosenpud | Analysis of exhibits for trial and exhibit list (2.1); phone conference with expert re declaration (.7) | 2.80 |
| 09/07/2023 | D. Deibele | Collect potential trial exhibits and number same to match draft trial exhibit list | 2.30 |
| 09/08/2023 | D. Deibele | Respond to D. Hosenpud question re Ma deposition exhibits | 0.30 |
| 09/08/2023 | D. Hosenpud | Outline Ma deposition testimony for trial in the event he fails to appear in person | 4.70 |
| 09/08/2023 | A. Schaer | Update exhibits and citations associated with joint trial exhibit list | 0.40 |

**Exhibit 2**
**Page 198 of 251**

| | | | |
|---|---|---|---|
| 09/08/2023 | K. Martinez | Provided Judge Stanton profile, docket research and sample jury instructions pulled from Westlaw for T. Garcia | 0.50 |
| 09/11/2023 | D. Hosenpud | Continue outlining Gerald Ma deposition excerpts (2.1) Exhibit review and selection (2.4) | 4.50 |
| 09/12/2023 | D. Hosenpud | Exhibit review for upcoming trial | 2.80 |
| 09/12/2023 | D. Deibele | Participate in team call re trial preparations, deposition designations, joint trial exhibit list and purpose of documents on Frontier's exhibit list; review L. Stanton's practices; search database for AMCK text messages and other documents as requested; review draft proposed findings of fact; review joint chart of trial exhibits | 4.50 |
| 09/12/2023 | A. Schaer | Work on updating joint proposed exhibit list to comply with court's pretrial order deadlines | 3.20 |
| 09/13/2023 | A. Schaer | Correspond with opposing counsel re joint trial exhibit list, and correspondence with D. Hosenpud re sending trial subpoenas for AMCK witnesses | 0.40 |
| 09/13/2023 | D. Hosenpud | Conference call with co-counsel re pre-trial filing matters(.3); review and revise expert affidavit (1.6) | 1.90 |
| 09/14/2023 | D. Hosenpud | Prepare for and conference call with expert (1.2); | 1.20 |
| 09/14/2023 | A. Schaer | Work with experts to go over affidavit to submit to court with pretrial submissions | 1.40 |
| 09/15/2023 | D. Deibele | Instruct O. Gomez re assembling Frontier transcripts and exhibits; confer with A. Schaer re additional Frontier exhibits | 0.30 |
| 09/17/2023 | D. Deibele | Find and organize potential trial exhibits requested by AMCK's counsel | 1.40 |
| 09/17/2023 | D. Hosenpud | Review and analyze AMCK's designated exhibits | 3.60 |
| 09/17/2023 | A. Schaer | Update and correct exhibit citations in proposed pretrial exhibit list | 0.20 |
| 09/18/2023 | E. Lundeen | Determine when funds of a wire transfer are deemed available for D. Deibele | 1.00 |
| 09/18/2023 | D. Deibele | Prepare second set of AMCK's proposed exhibits in numerical order; locate exhibit with incorrect description; confer with D. Hosenpud and A. Schaer re request to return inadvertently produced document;  trial exhibits; respond to requests during conferral with AMCK's counsel re trial preparations; coordinate with E. Lundeen to research wire transfer fund availability; research whether any Lane Powell attorneys are familiar with the topic | 4.70 |
| 09/18/2023 | A. Schaer | Analyze AMCK's disclosure of joint trial exhibits and work on responding to same with counter-findings | 5.90 |
| 09/18/2023 | B. Kiolbasa | Conduct preliminary analysis of New York Uniform Commercial Code re timing of receipt of lease payments | 0.40 |
| 09/18/2023 | D. Hosenpud | Conferral with opposing counsel re contentions and exhibits (2.2); conference call with expert re declaration (1.4); analysis of wire transfer funds available case law (.9) | 4.50 |

**Exhibit 2**
**Page 199 of 251**

| | | | |
|---|---|---|---|
| 09/19/2023 | D. Hosenpud | Review final expert report (.7) Review and analyze joint trial exhibits, objections to Frontier exhibits, and objections to defendants' exhibits. (9.8) | 10.50 |
| 09/19/2023 | D. Deibele | Revise trial exhibit lists and comparison chart of proposed findings of fact; search for complete conversations of text messages in both parties proposed exhibits; prepare supplemental production; compare AMCK's proposed exhibits to exhibits cited in its statement of facts; determine whether the proposed exhibits include all attachments; inquire re handling of attorneys eyes only documents; respond to question re redactions; locate and organize proposed exhibits; multiple conferences with A. Schaer, D. Hosenpud and T. Garcia re trial preparations | 8.70 |
| 09/19/2023 | A. Schaer | Work on drafting trial brief on disputed issues of law as well as pretrial order | 7.30 |
| 09/19/2023 | B. Kiolbasa | Analyze provisions of New York's Uniform Commercial Code re payment dispute with lessor | 3.80 |
| 09/20/2023 | E. Lundeen | Obtain examples of trial briefs filed in SDNY before the Honorable Louis L. Stanton for T. Garcia | 0.50 |
| 09/20/2023 | D. Deibele | Revise trial exhibit list to place documents in chronological order; preserve exhibit numbers on list circulated to AMCK; reorganize physical exhibits to match list for ease of attorney review; revise list multiple times in response to AMCK additions, changes in trial strategy and  to avoid duplication; confer with D. Hosenpud and A. Schaer re trial exhibits; respond to T. Garcia questions re trial documents; separate exhibits lists into three categories - joint, plaintiff and defendants; add objections to defendant and plaintiff lists; fill in trial exhibit cites in pretrial order; draft list of defendants exhibits since one has not been provided by AMCK's counsel | 9.30 |
| 09/20/2023 | A. Schaer | Further work drafting trial brief and other pretrial submissions, and correspondence with opposing counsel re submissions | 9.90 |
| 09/20/2023 | D. Hosenpud | Review exhibit list (3.8); Review pre-trial findings (7.4); Review and preliminary revisions to trial brief (2.3) | 13.50 |
| 09/21/2023 | D. Hosenpud | Review joint, plaintiff's and defendants' exhibit lists to identify additional exhibits (5.4); Review and revise trial brief (4.0) | 9.40 |
| 09/21/2023 | D. Deibele | ON AT 6:48, OFF AT 6 PM Assist with pretrial filings: review and edit pretrial order; revise trial exhibit list multiple times; conferences re trial exhibits; rename electronic exhibits to conform to most recent list; | 10.70 |
| 09/21/2023 | A. Schaer | Work on and finalize all pretrial filings and submit with court, as well as internal team correspondence, and correspondence with opposing counsel re same | 11.20 |
| 09/21/2023 | Q. Miao | Confer with A. Schaer re: stipulation of facts | 1.50 |
| 09/22/2023 | D. Deibele | Follow up with D. Hosenpud re materials to be sent to defense witnesses and format of physical exhibits | 0.30 |
| 09/22/2023 | D. Hosenpud | Develop further evidintiary argument to hold Vermillion and Accipiter liable for damages in the breach of the Framework Agreement claim | 1.50 |
| 09/25/2023 | D. Deibele | Prepare trial preparation materials for Frontier witnesses and K. Neels, upload same to FTP link and forward link information to T. Garcia; review SDNY local rules for pretrial conference expectations; email D. Hosenpud and A. Schaer re exhibits for pretrial conference, trial presentation and | 1.20 |

**Exhibit 2**
**Page 200 of 251**

witness availability

| 09/26/2023 | D. Deibele | Confer re preparations for October 6 hearing, trial exhibit preparation | 0.20 |
|---|---|---|---|
| 09/26/2023 | A. Schaer | Correspond with D. Hosenpud re preparing for pretrial hearing with court | 0.40 |

Total Hours:                                                                                      167.30

Total Fees:                                                                                    87,225.15

RATE SUMMARY

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Darcy Deibele | 43.90 | 409.50 | $17,977.05 |
| David G. Hosenpud | 63.70 | 615.00 | $39,175.50 |
| Brian Kiolbasa | 4.20 | 558.00 | $2,343.60 |
| Emily Lundeen | 1.50 | 216.00 | $324.00 |
| Katherine Martinez | 0.50 | 216.00 | $108.00 |
| Qingqing Miao | 1.50 | 570.00 | $855.00 |
| Aaron Schaer | 52.00 | 508.50 | $26,442.00 |
| | 167.30 | | $87,225.15 |

DISBURSEMENTS

| 09/11/2023 | Vendor: David G. Hosenpud Invoice#: 3730599909150806 Date: 9/15/2023   - 9/11/2023 - Travel to NY for Status ConfApproved. | 612.80 |
|---|---|---|
| 09/11/2023 | Vendor: David G. Hosenpud Invoice#: 3730599909150806 Date: 9/15/2023   - 9/11/2023 - Travel to NY for Status ConfApproved. | 50.00 |

Total Disbursements:                                                                           662.80

TOTAL FEES AND COSTS:                                                        $        87,887.95

**TOTAL AMOUNT DUE THIS INVOICE:**                                   **$        87,887.95**

**Exhibit 2**
**Page 201 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill now** link*
*at lanepowell.com or*
*call (206) 223-6288*

**Remit Payments To:**
*Lane Powell PC*
*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn: Cash Receipts*
*Fax: (206) 223-7107*

**Identification No. 20-2071651**

Frontier Airlines, Inc.
Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO  80239
Email: apinvoices@flyfrontier.com

| | |
|---|---|
| Invoice Date | November 13, 2023 |
| Invoice Number | 3914003 |
| Client Matter ID | 022510.000155 |

Total Fees: $42,573.00

Total Costs: $3,679.96

**TOTAL AMOUNT DUE THIS INVOICE:**  **$46,252.96**

PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

· **Anchorage** (907) 277-9511 · **Portland** (503) 778-2100 · **Seattle** (206) 223-7000

For Our Current Seminars and Other Events, Visit lanepowell.com and Click on News & Events

**Exhibit 2**
**Page 202 of 251**

# LANE POWELL

**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. Redacted*
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use pay my bill now  link*
*at lanepowell.com or*
*call (206) 223-6288*

**Remit Payments To:**
*Lane Powell PC*
*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn: Cash Receipts*
*Fax: (206) 223-7107*

**Identification No. 20-2071651**

Frontier Airlines, Inc.
Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO  80239
Email: apinvoices@flyfrontier.com

| | |
|---|---|
| Invoice Date | November 13, 2023 |
| Invoice Number | 3914003 |
| Client Matter ID | 022510.000155 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2023

RE: AMCK Aviation Dispute

| Date | Professional | Narrative | Hours |
|---|---|---|---|
| 10/02/2023 | D. Hosenpud | Analysis of NY case law re tax gross up | 3.00 |
| 10/02/2023 | D. Deibele | Assist M. Perry with preparations for pretrial conference | 0.60 |
| 10/02/2023 | A. Schaer | Prepare for and meet with expert re motion to exclude expert testimony filed by defendants | 1.30 |
| 10/03/2023 | A. Schaer | Research into NY law involving considering taxation as well as follow up call with D. Hosenpud and N. Powers re same | 3.30 |
| 10/03/2023 | D. Deibele | Assist D. Hosenpud with K. Neels trial preparation | 0.10 |
| 10/03/2023 | D. Hosenpud | Phone conference with Nick Powers and Aaron Schaer re Dr. Neels declaration and opinion re gross up for taxes; analysis of case law (.3) | 1.30 |
| 10/04/2023 | D. Hosenpud | Conference call with experts to discuss after tax gross up issue (.6); analysis of arguments at status conference (.4) | 1.00 |
| 10/04/2023 | A. Schaer | Further work on, and correspondence with D. Hosenpud re, research into considering taxes for a damages award | 2.40 |
| 10/05/2023 | A. Schaer | Analyze pretrial filings in preparation for conference with court and meet with experts re same | 3.60 |
| 10/05/2023 | D. Hosenpud | Review pretrial filings and expert report to develop counter arguments to the challenge to Kevin Neels opinion and travel to NY | 8.40 |

**Exhibit 2**
**Page 203 of 251**

| 10/06/2023 | A. Schaer | Prepare for and participate in status conference meeting with court re trial scheduling and other case issues | 5.50 |
| 10/06/2023 | D. Hosenpud | Prepare for and attend status conference | 7.70 |
| 10/07/2023 | D. Hosenpud | Analysis of trial preparation issues; travel to Portland | 13.80 |
| 10/09/2023 | D. Deibele | Confer with D. Hosenpud, A. Schaer and T. Garcia re Pretrial Conference, trial preparations; respond to questions re Lee and Ma deposition videos; circulate timeline for use as potential demonstrative exhibit; research SDNY court room presentation options; email D. Hosenpud and A. Schaer re exhibit format and state of agreement with AMCK's counsel re joint or large exhibits | 6.30 |
| 10/09/2023 | A. Schaer | Meet with trial team to discuss pretrial hearing with court and next steps in preparing for trial | 0.70 |
| 10/09/2023 | D. Hosenpud | Trial preparation conference | 0.70 |
| 10/10/2023 | A. Schaer | Meet with H. Diamond to discuss trial dates and strategy, and follow up work re same | 0.80 |
| 10/10/2023 | D. Hosenpud | Teams call with Howard Diamond, Jimmy Dempsey, Robert Fanning and Sharath Sashikumar re trial logistics | 0.80 |
| 10/10/2023 | D. Deibele | Prepare final versions of Defendant, Plaintiff and Joint trial exhibits; revise exhibit list to correct typos and note where an unnumbered page has been added for legibility; confer re unpaid Consilio invoices | 4.80 |
| 10/11/2023 | D. Deibele | Continue formatting trial exhibits; supplement exhibits with illegible pages; conferences re Consilio invoices; conferences with T. Garcia and J. Hall re preparing binders for use at trial | 6.40 |
| 10/12/2023 | D. Deibele | Review a few minutes of the  F. Lee video in VLC Media and OnCue; confer with D. Brown, Veritext re removal of date and time; follow up with Docketing re pretrial deadlines | 1.10 |
| 10/13/2023 | A. Schaer | Work on letter motion to court resetting trial for March 2024 | 0.40 |
| 10/13/2023 | D. Hosenpud | Correspondence with opposing counsel re unavailability of witnesses and re notifying the court that the parties request a March 2024 trial date (.5); correspondence with expert and client re same (.3); Draft letter motion for adjournment of trial date from December 2023 to March 2024. (.6); Phone conference with Spencer Thwaytes re testimony in March 2024 and themes to discuss in testimony (.4); Correspondence with Spencer Thwaytes re deposition and exhibits (.2); correspondence with opposing counsel re Letter Motion for Adjournment (.3) | 2.30 |
| 10/16/2023 | D. Deibele | Conferences with Veritext re synced videos, display options and editing costs | 0.20 |
| 10/17/2023 | A. Schaer | Analyze court order re setting trial and correspond with D. Hosenpud re transcript of recent court hearing | 0.20 |
| 10/17/2023 | D. Deibele | Confer with D. Brown re Lee and Ma deposition videos | 0.10 |

**Exhibit 2**
**Page 204 of 251**

| 10/30/2023 | D. Deibele | Confirm Lee and Ma videos no longer have the date and time superimposed over the transcript | 0.20 |
| 10/31/2023 | A. Schaer | Meet with experts to go over potential testimony and preparing for any Daubert challenge and follow up work with D. Hosenpud re same | 1.20 |
| 10/31/2023 | D. Hosenpud | Prepare for and conduct Zoom call with expert to prepare strategy for challenge to tax gross up of damage calculations | 1.00 |

Total Hours:                                                                                  79.20

Total Fees:                                                                               42,573.00

### RATE SUMMARY

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Darcy Deibele | 19.80 | 409.50 | $8,108.10 |
| David G. Hosenpud | 40.00 | 615.00 | $24,600.00 |
| Aaron Schaer | 19.40 | 508.50 | $9,864.90 |
| | 79.20 | | $42,573.00 |

### DISBURSEMENTS

| | | |
|---|---|---|
| | Delivery Charge | 318.93 |
| 09/27/2023 | Transportation-C - Credit Card - Roundtrip Flight from Michigan to NYC during a business trip for client. - INV#3796552110270803 | 547.80 |
| 09/28/2023 | Hotel - Lodging - Millennium Hotels and Resorts - Hotel during a business trip for client. - INV#3796552110270803 | 381.03 |
| 10/05/2023 | Client  - Meals - Paradies Shops, Portland, OR - Travel to New York to Attend Pretrial Conference - INV#3789846910240801 | 5.49 |
| 10/05/2023 | Lodging - Millennium, New York - Travel to New York to Attend Pretrial Conference - INV#3789846910240801 | 864.61 |
| 10/05/2023 | Transportation-C - Lyft - Travel to New York to Attend Pretrial Conference - INV#3789846910240801 | 95.75 |
| 10/05/2023 | Transportation-C - Lyft - Travel to New York to Attend Pretrial Conference - INV#3789846910240801 | 46.90 |
| 10/05/2023 | Client  - Meals - Rosemary's - Meal during a business trip for client. - INV#3796552110270803 | 59.28 |
| 10/05/2023 | Client  - Meals - Starbucks - Meal during a business trip for client. - INV#3796552110270803 | 8.53 |
| 10/06/2023 | Client  - Meals - Vino e Grano - Travel to New York to Attend Pretrial Conference - INV#3789846910240801 | 93.00 |
| 10/06/2023 | Client  - Meals - America GC Terminal 7 - Travel to New York to Attend Pretrial Conference - INV#3789846910240801 | 16.32 |
| 10/06/2023 | Client  - Meals - George's Restaurant, New York - Travel to New York to Attend Pretrial Conference - INV#3789846910240801 | 47.04 |
| 10/06/2023 | Client  - Meals - Blue Bottle Coffee - Travel to New York to Attend Pretrial Conference - INV#3789846910240801 | 6.44 |
| 10/06/2023 | Client  - Meals - Sweetgreen - Meal during a business trip for client. - INV#3796552110270803 | 19.49 |
| 10/06/2023 | Client  - Meals - Siena NYC - Meal during a business trip for client. - INV#3796552110270803 | 4.99 |
| 10/06/2023 | Client  - Meals - Siena NYC - Meal during a business trip for client. - | 18.17 |

**Exhibit 2**
**Page 205 of 251**

Client Matter ID: 022510.000155                                                    Page: 4

DISBURSEMENTS

|  |  |  |
|---|---|---|
|  | INV#3796552110270803 |  |
| 10/06/2023 | Client  - Meals - Starbucks - Meal during a business trip for client. - INV#3796552110270803 | 13.89 |
| 10/06/2023 | Hotel - Lodging - Millennium Hotels and Resorts - Hotel initial fee during a business trip for client. - INV#3796552110270803 | 42.67 |
| 10/07/2023 | Transportation-C - Lyft - Transportation from and to the airport in NYC during business trip for client. - INV#3796552110270803 | 136.27 |
| 10/07/2023 | Client  - Meals - SSP America, JFK, New York - Travel to New York to Attend Pretrial Conference - INV#3789846910240801 | 20.00 |
| 10/07/2023 | Client  - Meals - Blue Bottle Coffee - Travel to New York to Attend Pretrial Conference - INV#3789846910240801 | 13.83 |
| 10/07/2023 | Transportation-C - Lyft - Travel to New York to Attend Pretrial Conference - INV#3789846910240801 | 59.07 |
| 10/07/2023 | Transportation-C - Lytf - Travel to New York to Attend Pretrial Conference - INV#3789846910240801 | 84.58 |
| 10/08/2023 | Transportation-C - Lyft - Transportation to the airport during business trip for client. - INV#3796552110270803 | 61.99 |
| 10/08/2023 | Transportation-C - Lyft - Transportation during a business trip for a client. - INV#3796552110270803 | 25.14 |
| 10/10/2023 | Transportation-C - Lyft - Transportation from airport to the hotel during business trip for client. - INV#3796552110270803 | 13.75 |
| 10/10/2023 | Court Reporter - Veritext - Deposition Witness' Francis Lee - INV#6899234 | 305.00 |
| 10/18/2023 | Deposition Fee - Veritext - deposition Witness: Gerald Lai Chee Ma, Edited - INV#6918632 | 185.00 |
| 10/18/2023 | Deposition Fee - Veritext - Deposition  Witness: Francis Lee, Edited - INV#6918626 | 185.00 |

Total Disbursements:                                                                   3,679.96

TOTAL FEES AND COSTS:                                              $      46,252.96

**TOTAL AMOUNT DUE THIS INVOICE:**                        $      **46,252.96**

**Exhibit 2**
**Page 206 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use pay my bill now link*
*at lanepowell.com or*
*call (206) 223-6288*

**Remit Payments To:**
*Lane Powell PC*
*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn: Cash Receipts*
*Fax: (206) 223-7107*

**Identification No. 20-2071651**

Frontier Airlines, Inc.
Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO  80239
Email: apinvoices@flyfrontier.com

| | |
|---|---|
| Invoice Date | December 19, 2023 |
| Invoice Number | 3916936 |
| Client Matter ID | 022510.000155 |

| | |
|---|---|
| Total Fees: | $1,624.90 |
| Total Costs: | $0.20 |
| **TOTAL AMOUNT DUE THIS INVOICE:** | **$1,625.10** |

PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

· **Anchorage** (907) 277-9511 · **Portland** (503) 778-2100 · **Seattle** (206) 223-7000

For Our Current Seminars and Other Events, Visit lanepowell.com and Click on News & Events

**Exhibit 2**
**Page 207 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use* **pay my bill now** *link*
*at lanepowell.com or*
*call (206) 223-6288*

**Remit Payments To:**
*Lane Powell PC*
*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn: Cash Receipts*
*Fax: (206) 223-7107*

**Identification No. 20-2071651**

Frontier Airlines, Inc.
Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO  80239
Email: apinvoices@flyfrontier.com

| | |
|---|---|
| Invoice Date | December 19, 2023 |
| Invoice Number | 3916936 |
| Client Matter ID | 022510.000155 |

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2023

RE: AMCK Aviation Dispute

| Date | Professional | Narrative | Hours |
|---|---|---|---|
| REDACTED | | | |
| | | | |
| 11/09/2023 | D. Hosenpud | Strategy re responding to subpoena/30(b)(6) notice in cases 2-3 | 1.30 |
| REDACTED | | | |

| | |
|---|---|
| Total Hours: | 2.70 |
| Total Fees: | 1,624.90 |

RATE SUMMARY

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| David G. Hosenpud | 1.60 | 615.00 | $984.00 |
| Paul Lambert | 0.70 | 625.00 | $437.50 |
| Aaron Schaer | 0.40 | 508.50 | $203.40 |
| | 2.70 | | $1,624.90 |

DISBURSEMENTS

| | |
|---|---|
| Court Document Charge | 0.20 |

**Exhibit 2**
**Page 208 of 251**

Total Disbursements:                                                                          0.20

TOTAL FEES AND COSTS:                                                       $        1,625.10

**TOTAL AMOUNT DUE THIS INVOICE:**                              **$        1,625.10**

**Exhibit 2**
**Page 209 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use* **pay my bill now** *link*
*at lanepowell.com or*
*call (206) 223-6288*

**Remit Payments To:**
*Lane Powell PC*
*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn: Cash Receipts*
*Fax: (206) 223-7107*

**Identification No. 20-2071651**

Frontier Airlines, Inc.
Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO  80239
Email: apinvoices@flyfrontier.com

| | |
|---|---|
| Invoice Date | January 17, 2024 |
| Invoice Number | 3918483 |
| Client Matter ID | 022510.000155 |

| | |
|---|---|
| Total Fees: | $226.70 |
| Total Costs: | $0.00 |
| **TOTAL AMOUNT DUE THIS INVOICE:** | **$226.70** |

PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

· **Anchorage** (907) 277-9511 · **Portland** (503) 778-2100 · **Seattle** (206) 223-7000

For Our Current Seminars and Other Events, Visit lanepowell.com and Click on News & Events

**Exhibit 2**
**Page 210 of 251**

# LANE POWELL

**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill now**  link*
*at lanepowell.com or*
*call (206) 223-6288*

**Remit Payments To:**
*Lane Powell PC*
*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn: Cash Receipts*
*Fax: (206) 223-7107*

**Identification No. 20-2071651**

Frontier Airlines, Inc.
Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO  80239
Email: apinvoices@flyfrontier.com

| | |
|---|---|
| Invoice Date | January 17, 2024 |
| Invoice Number | 3918483 |
| Client Matter ID | 022510.000155 |

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2023

RE: AMCK Aviation Dispute

| Date | Professional | Narrative | Hours |
|---|---|---|---|
| 12/21/2023 | P. Lambert | Email to D. Hosenpud re AMCK case issues / trial prep | 0.20 |
| 12/28/2023 | A. Schaer | Correspond with D. Hosenpud re moving forward with trial preparations | 0.20 |
| Total Hours: | | | 0.40 |
| Total Fees: | | | 226.70 |

RATE SUMMARY

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Paul Lambert | 0.20 | 625.00 | $125.00 |
| Aaron Schaer | 0.20 | 508.50 | $101.70 |
| | 0.40 | | $226.70 |

| | | |
|---|---|---|
| TOTAL FEES AND COSTS: | $ | 226.70 |
| **TOTAL AMOUNT DUE THIS INVOICE:** | **$** | **226.70** |

**Exhibit 2**
**Page 211 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill now** link*
*at lanepowell.com or*
*call (206) 223-6288*

**Remit Payments To:**
*Lane Powell PC*
*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn: Cash Receipts*
*Fax: (206) 223-7107*

**Identification No. 20-2071651**

Frontier Airlines, Inc.
Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO  80239
Email: apinvoices@flyfrontier.com

| | |
|---|---|
| Invoice Date | February 14, 2024 |
| Invoice Number | 3920693 |
| Client Matter ID | 022510.000155 |

Total Fees: $20,666.10

Total Costs: $3,074.83

**TOTAL AMOUNT DUE THIS INVOICE:** **$23,740.93**

PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

· **Anchorage** (907) 277-9511 · **Portland** (503) 778-2100 · **Seattle** (206) 223-7000

For Our Current Seminars and Other Events, Visit lanepowell.com and Click on News & Events

**Exhibit 2**
**Page 212 of 251**

# LANE POWELL

**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use* **pay my bill now** *link*
*at lanepowell.com or*
*call (206) 223-6288*

**Remit Payments To:**
*Lane Powell PC*
*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn: Cash Receipts*
*Fax: (206) 223-7107*

**Identification No. 20-2071651**

Frontier Airlines, Inc.
Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO  80239
Email: apinvoices@flyfrontier.com

| | |
|---|---|
| Invoice Date | February 14, 2024 |
| Invoice Number | 3920693 |
| Client Matter ID | 022510.000155 |

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2024

RE: AMCK Aviation Dispute

| Date | Professional | Narrative | Hours |
|------|-------------|-----------|-------|
| 01/08/2024 | D. Deibele | Respond to D. Hosenpud request re electronic exhibit display | 0.10 |
| 01/10/2024 | D. Deibele | Participate in trial prep call with D. Hosenpud and A. Schaer - witness preparation, video excerpts, deposition designations, etc.; create chart of pretrial tasks and circulate to T. Garcia for input | 1.70 |
| 01/10/2024 | A. Schaer | Meet with D. Hosenpud and D. Deibele to work on strategy for preparing for trial | 0.90 |
| 01/11/2024 | D. Deibele | Circulate detailed list of pretrial tasks to A. Schaer for review and revision; email S. Muir, Frontier, for information regarding electronic display of exhibits during witness preparation sessions | 0.30 |
| 01/11/2024 | D. Hosenpud | Trial planning meeting(1.0); correspondence with Client regarding preparation and trial logistics (.4) | 1.40 |
| 01/11/2024 | A. Schaer | Meet with Frontier team to discuss trial preparations and follow up work with D. Hosenpud re same | 1.50 |
| 01/12/2024 | D. Deibele | Participate in team call re trial preparations, materials needed in the court room and use of courtroom technology; update list of pretrial tasks | 1.10 |
| 01/12/2024 | D. Hosenpud | Trial planning discussion | 0.50 |
| 01/12/2024 | A. Schaer | Work on preparations and organization for pretrial deadlines, and correspondence with H. Diamond re same | 0.90 |
| 01/18/2024 | D. Deibele | Confer with N. Leonard re technology needs during trial | 0.20 |

**Exhibit 2**
**Page 213 of 251**

| 01/19/2024 | D. Deibele | Confer with D. Hosenpud re trial preparations including need to revise excerpts of deposition testimony re other witnesses | 0.10 |
|---|---|---|---|
| 01/19/2024 | D. Hosenpud | Identify excerpts from Bachrach deposition for use at trial | 1.70 |
| REDACTED | | | |
| 01/22/2024 | A. Schaer | Work on designating deposition transcript excerpts for trial re G. Ma and correspondence with D. Hosenpud re same | 2.90 |
| 01/23/2024 | D. Hosenpud | Deposition designations and Exhibit review | 2.50 |
| 01/23/2024 | D. Deibele | Revisit email re trial exhibits, demonstratives and other matters re outstanding issues;  telephone conference with K. Dawson re arrangements for war room in hotel; begin selecting documents to keep in the courtroom; circulate proposed changes to the local rules; create chart tracking trial deadlines; confirm D. Hosenpud's hard copy of key text messages matches electronic version | 2.40 |
| 01/23/2024 | A. Schaer | Finish trial deposition transcript designations for G. Ma and begin designations for F. Lee | 2.80 |
| 01/24/2024 | D. Deibele | Contact court technology department; confer with N. Leonard re technology needs; review proposed revisions to trial exhibits and update exhibit list for ease of reference | 0.90 |
| 01/24/2024 | A. Schaer | Continue review of F. Lee and F. Bachrach deposition transcripts to make suggested designations for use at trial | 3.10 |
| 01/25/2024 | D. Hosenpud | Outline testimony of Francis Lee and Michael McInerney | 3.40 |
| 01/25/2024 | D. Deibele | Confer with N. Leonard re technical needs while in New York | 0.20 |
| 01/25/2024 | A. Schaer | Work on deposition transcripts designations for M. McInerney for potential use at trial | 2.30 |
| 01/26/2024 | D. Hosenpud | Strategy re identifying video testimony for trial | 0.40 |
| 01/26/2024 | A. Schaer | Call with D. Hosenpud re strategy for deposition designations for use at trial | 0.60 |
| 01/29/2024 | D. Deibele | Telephone conference with S. Ciampa, SDNY technologist, re trial presentation options; email E. Day, Binder Schwartz, re trial logistics; review Judge Stanton's practices | 0.50 |
| 01/30/2024 | D. Hosenpud | Identify sections of Ma deposition for presentation at trial | 2.40 |
| 01/30/2024 | D. Deibele | Prepare agenda for team meeting | 0.30 |
| 01/31/2024 | D. Hosenpud | Review and outline Thwaytes deposition and determine trial themes | 1.90 |

Total Hours:                                                                                                            37.60

Total Fees:                                                                                                         20,666.10

**Exhibit 2**
**Page 214 of 251**

<u>RATE SUMMARY</u>

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Darcy Deibele | 7.80 | 409.50 | $3,194.10 |
| David G. Hosenpud | 14.80 | 615.00 | $9,102.00 |
| Aaron Schaer | 15.00 | 558.00 | $8,370.00 |
| | 37.60 | | $20,666.10 |

<u>DISBURSEMENTS</u>

| 01/12/2024 | Transportation-C - Delta Air Lines - Travel to Frontier headquarters for trial and witness preparation - INV#3927008301230801 | 416.21 |
|---|---|---|
| 01/12/2024 | Transportation-C - World Travel - Travel to Denver, CO for trial witness preparation - INV#3927250601230801 | 426.20 |
| 01/12/2024 | Transportation-C - World Travel - Travel to New York, NY for trial beginning March 18, 2023 - INV#3927251201230801 | 1,116.21 |
| 01/12/2024 | Travel Wi-Fi – AGENT FEE   8900867087015 - Travel to/from New York for trial - INV#3951672702012224 | 50.00 |
| 01/12/2024 | Travel Wi-Fi - DELTA AIR - Travel to/from New York for trial - INV#3951672702030803 | 1,066.21 |

Total Disbursements:                                                                                      3,074.83

TOTAL FEES AND COSTS:                                                                 $       23,740.93

**TOTAL AMOUNT DUE THIS INVOICE:**                                          $       **23,740.93**

**Exhibit 2**
**Page 215 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use pay my bill now  link*
*at lanepowell.com or*
*call (206) 223-6288*

**Remit Payments To:**
*Lane Powell PC*
*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn: Cash Receipts*
*Fax: (206) 223-7107*

**Identification No. 20-2071651**

Frontier Airlines, Inc.
Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO  80239
Email: apinvoices@flyfrontier.com

| | |
|---|---|
| Invoice Date | March 18, 2024 |
| Invoice Number | 3924770 |
| Client Matter ID | 022510.000155 |

Total Fees:                                                                                    $94,846.35

Total Costs:                                                                                    $1,572.18

**TOTAL AMOUNT DUE THIS INVOICE:**                                    **$96,418.53**

PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

· **Anchorage** (907) 277-9511 · **Portland** (503) 778-2100 · **Seattle** (206) 223-7000

For Our Current Seminars and Other Events, Visit lanepowell.com and Click on News & Events

**Exhibit 2**
**Page 216 of 251**

# LANE POWELL

**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. Redacted*
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill now**  link*
*at lanepowell.com or*
*call (206) 223-6288*

**Remit Payments To:**
*Lane Powell PC*
*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn: Cash Receipts*
*Fax: (206) 223-7107*

**Identification No. 20-2071651**

Frontier Airlines, Inc.
Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO  80239
Email: apinvoices@flyfrontier.com

| | |
|---|---|
| Invoice Date | March 18, 2024 |
| Invoice Number | 3924770 |
| Client Matter ID | 022510.000155 |

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 29, 2024

RE: AMCK Aviation Dispute

| Date | Professional | Narrative | Hours |
|---|---|---|---|
| 02/01/2024 | A. Schaer | Read through transcript and create deposition designations for R. Murphy in preparation for trial and use in lieu of live witness testimony | 2.40 |
| 02/01/2024 | D. Hosenpud | S. Thwaytes dep annotation | 1.90 |
| 02/02/2024 | D. Hosenpud | Outline Sharath Bindu dep topics for testimony | 2.20 |
| 02/05/2024 | D. Deibele | Participate in team call re trial strategy; update internal deadlines; prepare supplemental trial exhibit; confer with D. Hosenpud re McInerney deposition designations; conferences with T. Garcia re trial logistics | 2.20 |
| 02/05/2024 | A. Schaer | Begin to read through transcript and create deposition designations for J. O'Callaghan in preparation for trial and use in lieu of live witness testimony | 1.70 |
| 02/05/2024 | A. Schaer | Meet with D. Hosenpud, D. Deibele, and T. Garcia to discuss next steps in trial preparation | 0.70 |
| 02/05/2024 | D. Hosenpud | Trial planing meeting (.5); outline Sharath deposition and develop themes (.9) | 1.50 |
| 02/06/2024 | D. Deibele | Assist with deposition designations; confer with T. Harvey re use of electronic devices during trial and other court preferences | 1.10 |
| 02/06/2024 | A. Schaer | Further work read through transcript and creating deposition designations for J. O'Callaghan in preparation for trial and use in lieu of live witness testimony | 2.10 |
| 02/06/2024 | D. Hosenpud | Sharath deposition annotation for trial themes | 1.30 |

**Exhibit 2**
**Page 217 of 251**

Client Matter ID: 022510.000155                                                                                    Page: 2

| 02/07/2024 | A. Schaer | Further work reading through transcript and creating deposition designations for J. O'Callaghan in preparation for trial and use in lieu of live witness testimony, and preparing list of useful exhibits re same, and begin doing same with transcript of P. Sheridan | 3.30 |
| --- | --- | --- | --- |
| 02/07/2024 | D. Hosenpud | O'Callaghan deposition annotations | 3.70 |
| 02/08/2024 | D. Deibele | Assist A. Schaer and D. Hosenpud with trial exhibits | 0.30 |
| 02/08/2024 | A. Schaer | Read through transcript and create deposition designations for P. Sheridan in preparation for trial and use in lieu of live witness testimony, and prepare list of useful exhibits re same | 1.50 |
| 02/08/2024 | D. Hosenpud | Annotation of Jane O'Callahan deposition | 3.50 |
| 02/12/2024 | D. Deibele | Participate in team call re trial preparations; telephone conference with M. Lee, courtroom deputy; prepare deposition designations; update contact list; assist S. Thwaytes with deposition and text messages; coordinate preparation of hard copies of designations for D. Hosenpud review | 4.90 |
| 02/12/2024 | A. Schaer | Finish reviewing P. Sheridan deposition transcript for potential trial designations (.8); meet with D. Hosenpud, D. Deibele, and T. Garcia re trial prep strategy and next steps with same (.9); meet with expert to work on potential supplements to the expert report (.5); correspond with opposing counsel re exchanging witness transcript designations (.2) | 2.40 |
| 02/12/2024 | D. Hosenpud | Deposition designations; teams Meeting with Expert; Trial preparation meeting | 3.30 |
| 02/13/2024 | D. Deibele | Prepare tentative witness schedule; confer with T. Hadley re trial logistics; update exhibit binders; confer with D. Hosenpud re deposition videos; extract deposition citations from pretrial order; process and analyze supplemental AMCK production; confer with T. Garcia re ordering additional deposition videos; review G. Ma deposition designations | 5.90 |
| 02/13/2024 | A. Schaer | Work on going through and aligning deposition transcript designations done by myself and D. Hosenpud to finalize same for all of AMCK's witnesses | 3.80 |
| 02/13/2024 | D. Hosenpud | Sheridan deposition annotation | 4.10 |
| 02/14/2024 | D. Deibele | Confer with D. Hosenpud and A. Schaer re G. Ma and M. McInerney deposition designations; compare highlighted transcripts to A. Schaer list, noting discrepancies  for attorney review and resolution; prepare O'Callaghan designations | 4.10 |
| 02/14/2024 | A. Schaer | Further work going through and aligning deposition transcript designations done by myself and D. Hosenpud to finalize same for all of AMCK's witnesses | 4.40 |
| 02/14/2024 | D. Hosenpud | Sheridan deposition annotation (4.1); review final designations for McInerney (2.4); outline O'Callaghan deposition for trial testimony (.8) | 7.30 |
| 02/15/2024 | D. Deibele | Telephone conference with T. Harvey and T. Garcia re trial logistics, order allowing cell phones in the courthouse, etc.; revise order as directed | 0.80 |
| 02/15/2024 | A. Schaer | Further work going through and aligning deposition transcript designations done by myself and D. Hosenpud to finalize same for all of AMCK's witnesses | 6.10 |

**Exhibit 2**
**Page 218 of 251**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/15/2024 | D. Hosenpud | Deposition designations (3.5).; review and revise expert addendum (.7); | 4.20 |
| 02/16/2024 | D. Deibele | Compare typed deposition designations to highlighted transcripts noting differences; edit lists to aid in finalizing pleading; participate in team meeting re designations; assist with supplemental Neels report; add designations to witness prep folders | 5.70 |
| 02/16/2024 | A. Schaer | Finalize and serve deposition designations and supplemental expert report on opposing counsel | 3.90 |
| 02/16/2024 | D. Hosenpud | Determine deposition designations of non-appearing witnesses for use as evidence at trial (3.0) | 3.00 |
| 02/18/2024 | D. Hosenpud | O'Callaghan deposition outline and exhibit determination | 1.60 |
| 02/19/2024 | A. Schaer | Begin review of client deposition transcripts to prepare them for examination at trial and general work on trial strategy and themes | 0.80 |
| 02/19/2024 | D. Hosenpud | Correspondence with Dr. Kevin Neels re trial preparation and areas of examination(.6); continue annotation of Fanning deposition (1.9) | 2.70 |
| 02/20/2024 | D. Deibele | Organize trial binder; confer with D. Hosenpud re sending links to Frontier witnesses | 1.20 |
| 02/20/2024 | A. Schaer | Further work analyzing client deposition transcripts to prepare them for examination at trial and general work on trial strategy and themes (2.1); work with opposing counsel on updating trial date in light of court's schedule change (.2) | 2.30 |
| 02/20/2024 | D. Hosenpud | Fanning Dep Annotation (6.1);   trial planning arrangements (.8); | 6.90 |
| 02/21/2024 | D. Deibele | Revise application to bring electronic devices into the courthouse | 0.30 |
| 02/21/2024 | A. Schaer | Work on case considerations re determining new dats for trial in light of competing schedule conflicts | 0.50 |
| 02/21/2024 | D. Hosenpud | Outline Dempsey deposition | 4.70 |
| 02/22/2024 | D. Deibele | Confer with D. Hosenpud re deposition designations; load data into OnCue; prepare F. Lee video excerpts and begin work on G. Ma; conferences with T. Garcia re Murphy deposition video and other issues | 6.90 |
| 02/22/2024 | A. Schaer | Further work analyzing client deposition transcripts to prepare them for examination at trial and general work on trial strategy and themes | 2.90 |
| 02/22/2024 | A. Schaer | Work on issues related to updating trial date and call with opposing call re same (.9); work on addressing potential challenge to expert testimony (.9) | 1.80 |
| 02/22/2024 | D. Hosenpud | 8:45-10:18 strategy re expert testimony (1.5); conference call with opposing counsel re trial scheduling (.3); | 1.80 |
| 02/23/2024 | D. Deibele | Revise draft trial schedule to add video run times; download R. Murphy deposition video; continue work with OnCue documents and G. Ma and J. O'Callaghan video excerpts | 4.70 |
| 02/23/2024 | A. Schaer | Further work analyzing client deposition transcripts to prepare them for examination at trial and general work on trial strategy and themes | 0.70 |

**Exhibit 2**
**Page 219 of 251**

| 02/25/2024 | D. Deibele | Prepare clips of O'Callaghan and Murphy deposition videos | 3.00 |
|---|---|---|---|
| 02/26/2024 | D. Deibele | Confer with D. Hosenpud and A. Schaer re trial preparations; update tentative schedule; resume preparing clips of deposition videos | 5.10 |
| 02/26/2024 | A. Schaer | Meet with D. Hosenpud and D. Deibele to work through case issues and next steps in preparing for trial (.4); further work analyzing client deposition transcripts to prepare them for examination at trial and general work on trial strategy and themes (.4) | 0.80 |
| 02/26/2024 | D. Hosenpud | Annotate  Dempsey deposition and themes | 6.30 |
| 02/27/2024 | D. Deibele | Revise trial exhibit list; update electronic and paper binders; confer with D. Hosenpud re exhibit issues, witness preparation and other concerns; circulate draft amended exhibit and deposition designation lists; confer with Impact IT re technology needs during trial; fine tune video clips | 3.70 |
| 02/27/2024 | A. Schaer | Further work analyzing client deposition transcripts to prepare them for examination at trial and general work on trial strategy and themes (1.3); work on presentation of claims and themes for trial to provide to clients at upcoming trial preparation meeting (2.8) | 4.10 |
| 02/27/2024 | D. Hosenpud | Identify and outline exhibits for each Frontier witness and for cross examination | 7.20 |
| 02/28/2024 | A. Schaer | Further work analyzing client deposition transcripts to prepare them for examination at trial and general work on trial strategy and themes (1.5); meet with experts to work on potential areas of attack from opposing side at trial (.9) | 2.40 |
| 02/28/2024 | D. Hosenpud | Review exhibits for use with specific witnesses (3.0); teams meeting with experts (.8) | 3.80 |
| 02/29/2024 | D. Hosenpud | Continue selection of exhibits for witness preparation | 5.90 |

Total Hours:                                                                                                      175.40

Total Fees:                                                                                                      94,846.35

## RATE SUMMARY

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Darcy Deibele | 49.90 | 409.50 | $20,434.05 |
| David G. Hosenpud | 76.90 | 615.00 | $47,293.50 |
| Aaron Schaer | 48.60 | 558.00 | $27,118.80 |
| | 175.40 | | $94,846.35 |

## DISBURSEMENTS

| 02/06/2024 | Transportation-C - World Travel - Travel to Denver to meet with client for pre-trial preparation - INV#3960202510216806 | 144.00 |
|---|---|---|
| 02/12/2024 | Transportation-C - JKSJOH - the plane ticket to New York to attend trial in the Frontier case - INV#3970302202140805 | 561.20 |
| 02/14/2024 | Deposition Fee - Veritext - Deposition Witness: Jane OCallaghan - INV#7185873 | 473.00 |
| 02/26/2024 | Deposition Fee - Veritext - Deposition Witness: Ronan Murphy - | 494.00 |

**Exhibit 2**
**Page 220 of 251**

DISBURSEMENTS

|  |  |  |
|---|---|---|
| | INV#7207400 | |
| 02/27/2024 | Transportation-C - DELTA AIR - Cancelled flight to New York for trial support - INV#4009112103150805 | -1,066.21 |
| 02/28/2024 | Transportation-C - DELTA AIR - Travel to New York to support Trial Team - INV#4005287903150805 | 916.19 |
| 02/28/2024 | Professional Services - AGENT FEE   8900869531635 - Travel to New York to support Trial Team - INV#4005287903150805 | 50.00 |

Total Disbursements:                                                                                         1,572.18

TOTAL FEES AND COSTS:                                                               $        96,418.53

**TOTAL AMOUNT DUE THIS INVOICE:**                                    **$        96,418.53**

**Exhibit 2**
**Page 221 of 251**



*Wire Transfer Information:*
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

*Pay by e-Check, Visa, or MC:*
*Use **pay my bill now** link*
*at lanepowell.com or*
*call (206) 223-6288*

*Remit Payments To:*
*Lane Powell PC*
*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn: Cash Receipts*
*Fax: (206) 223-7107*

**Identification No. 20-2071651**

Frontier Airlines, Inc.
Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO  80239
Email: apinvoices@flyfrontier.com

| | |
|---|---|
| Invoice Date | April 22, 2024 |
| Invoice Number | 3928211 |
| Client Matter ID | 022510.000155 |

Total Fees: $281,888.85

Total Costs: $13,486.52

**TOTAL AMOUNT DUE THIS INVOICE:** **$295,375.37**

PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

· **Anchorage** (907) 277-9511 · **Portland** (503) 778-2100 · **Seattle** (206) 223-7000

For Our Current Seminars and Other Events, Visit lanepowell.com and Click on News & Events

**Exhibit 2**
**Page 222 of 251**

**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. Redacted*
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use pay my bill now  link*
 *at lanepowell.com or*
 *call (206) 223-6288*

**Remit Payments To:**
*Lane Powell PC*
*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn: Cash Receipts*
*Fax: (206) 223-7107*

**Identification No. 20-2071651**

Frontier Airlines, Inc.
Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO  80239
Email: apinvoices@flyfrontier.com

| | |
|---|---|
| Invoice Date | April 22, 2024 |
| Invoice Number | 3928211 |
| Client Matter ID | 022510.000155 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2024

RE: AMCK Aviation Dispute

| Date | Professional | Narrative | Hours |
|---|---|---|---|
| 03/01/2024 | A. Schaer | Work on finalizing presentation to present to clients at meeting in Denver to cover case themes and strategy (.8); further work analyzing client deposition transcripts to prepare them for examination at trial and general work on trial strategy and themes (1.5) | 2.30 |
| 03/01/2024 | D. Hosenpud | Outline Fanning Direct | 7.80 |
| 03/01/2024 | D. Deibele | Review AMCK response to deposition designations; research whether certain deposition exhibits are included in the trial exhibits; endure search delays due to database latency; multiple email exchanges with Consilio staff re same; confer re witness preparations; revise joint exhibit list; continue work fine tuning video excerpts to remove pauses | 3.40 |
| 03/02/2024 | D. Deibele | Attempt to determine whether certain deposition exhibits are among the joint or plaintiff trial exhibits; delays due to database latency; multiple email exchanges with Consilio staff re same | 4.90 |
| 03/02/2024 | D. Hosenpud | Identify Dempsey exhibits for examination and preparation for cross examination | 4.20 |
| 03/02/2024 | A. Schaer | Work on prepping for client meeting and mock examinations of S. Thwaytes and S. Sashikumar | 4.20 |
| 03/03/2024 | A. Schaer | Work on preparing for client meeting and mock examinations of S. Thwaytes and S. Sashikumar | 1.20 |
| 03/03/2024 | D. Hosenpud | Fanning testimony outline | 2.70 |

**Exhibit 2**
**Page 223 of 251**

| 03/04/2024 | D. Hosenpud | Outline Dempsey examination | 5.90 |
|---|---|---|---|
| 03/04/2024 | A. Schaer | Work on drafting mock direct examination of S. Thwaytes, including analysis of all potential exhibits to use during questioning, and updates to exhibits to ensure proper documents are used at trial | 6.70 |
| 03/04/2024 | D. Deibele | Assist with preparations for witness meetings in Denver; research whether Schedule 6 to the lease agreements was produced; revise trial exhibit list; update tentative witness schedule during trial; email exchange with Consilio re latency; submit application to bring electronics into the courtroom | 2.20 |
| 03/05/2024 | A. Schaer | Further work drafting mock direct examinations for S. Thwaytes and S. Sashikumar, covering all exhibits in the case to determine which should be used with these witnesses, as well as further preparations for meeting with client team in Denver | 9.60 |
| 03/05/2024 | D. Deibele | Telephone conference with M. Lee, courtroom deputy re trial schedule; confer with Impact IT (Binder's IT vendor) re technical support during trial including monitors and a printer; update internal exhibit list to add deposition exhibit citations | 1.70 |
| 03/05/2024 | D. Hosenpud | Travel to Denver and preparation for Frontier witness examination | 9.40 |
| 03/06/2024 | D. Hosenpud | Trial preparation overview and exhibit review for client trial witness team | 9.50 |
| 03/06/2024 | A. Schaer | Prepare for and meet with client team in Denver to go over case strategy, themes, discuss key exhibits and background information re same, and work on preparing for mock examinations of S. Thwaytes and S. Sashikumar | 13.90 |
| 03/06/2024 | D. Deibele | Prepare for trial: assist with client access to deposition transcripts and exhibits; confer with courthouse technology staff re courtroom setup | 0.40 |
| 03/07/2024 | A. Schaer | Prepare for and meet with client team in Denver to go over case strategy, themes, discuss key exhibits and background information re same, and conduct mock examinations of S. Thwaytes and S. Sashikumar | 13.70 |
| 03/07/2024 | D. Deibele | Respond to J. Alexander email with revised Joint Trial Ex. 100; confer with D. Hosenpud re redactions requested by AMCK | 0.90 |
| 03/07/2024 | D. Hosenpud | Prepare for Jimmy Dempsey preliminary outline of trial testimony (2.7); trial testimony mock up for Spencer Thwaytes, Jimmy Dempsey, and Sharath Sashikumar (10.1) | 12.80 |
| 03/08/2024 | D. Hosenpud | Fanning trial testimony preparation (4.0); travel to Portland (4.6) | 8.60 |
| 03/08/2024 | D. Deibele | Prepare for trial: confer with D. Hosenpud and A. Schaer re demonstrative exhibits; consider alternatives to Impact IT | 0.80 |
| 03/08/2024 | A. Schaer | Prepare for and meet with R. Fanning REDACTED and further work on preparing for trial in light of recent team meetings | 7.60 |
| 03/11/2024 | A. Schaer | Work on trial preparation, including consideration of demonstrative exhibits, analysis of joint exhibits to determine use at trial to determine which should be included in witness examinations and whether any need to be updated, and follow up correspondence with S. Thwaytes and S. Sashikumar re our expert's opinions related to WACC | 5.60 |
| 03/11/2024 | D. Deibele | Prepare for trial: confer with A. Schaer re trial preparations, particularly demonstrative exhibits; confer with J.Hudson re adding trial exhibit numbers to timeline; email Impact IT re request for estimate; work on video excerpts | 2.60 |

**Exhibit 2**
**Page 224 of 251**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/12/2024 | A. Schaer | Analyze joint trial exhibits for consideration of inclusion in trial presentation | 3.50 |
| 03/12/2024 | D. Deibele | Prepare for trial: compare trial exhibits to documents mentioned in deposition designations; confer re responses to fairness objections; excerpt deposition videos to match deposition designations | 1.10 |
| 03/12/2024 | D. Hosenpud | Outline Sheridan deposition testimony (5.6), and calls with Aaron Schaer to discuss evidence issues (.5) | 6.10 |
| 03/13/2024 | D. Hosenpud | Outline Sheridan deposition and develop cross examination themes | 7.30 |
| 03/13/2024 | A. Schaer | Further work analyzing joint trial exhibits for consideration of inclusion in trial presentation (4.8); coordinate case team to do further research into legal issues and prepare pocket briefs to be ready at trial (.6) | 5.40 |
| 03/13/2024 | H. Mechling | Analyze the legal issues implicated by the summary judgment motion in preparation for legal research | 0.20 |
| 03/13/2024 | D. Deibele | Confer with A. Schaer and N. Leonard re technology needs during trial; confer re redaction of Thwaytes deposition exhibit in joint trial exhibits; confirm 24 hour access to Binder's office has been arranged; update list of vendor contact information; edit deposition videos | 2.00 |
| 03/14/2024 | A. Schaer | Continue analysis joint trial exhibits for consideration of inclusion in trial presentation | 5.90 |
| 03/14/2024 | D. Deibele | Prepare for trial: order P. Sheridan deposition video; search Relativity for the memo mentioned in AMCK's May 2020 meeting minutes; confer with A. Schaer re results; coordinate printing and delivery resources in NY; confer with A. Schaer re MSJ briefing and other reference materials to have in the court room; excerpt deposition videos to match deposition designations; organize summary judgment briefing prior to printing in New York | 3.10 |
| 03/14/2024 | D. Hosenpud | Continue outlining Sheridan deposition for cross examination | 5.10 |
| 03/15/2024 | A. Schaer | Work on finishing review of trial exhibits for consideration on how to assess at trial (3.8); meet with S. Thwaytes re damages and use of proper net present value (.8); meet with team to discuss legal research support needed and projects to complete (1.0) | 5.60 |
| 03/15/2024 | D. Deibele | Consolidate logistical information; order expedited video of P. Sheridan deposition; draft demonstrative exhibit; export deposition designation videos for attorney review; assist A. Schaer with potential exhibits; confer re metadata indicating G. Ma created meeting minutes | 1.40 |
| 03/15/2024 | H. Mechling | Analyze legal issues discussed in the summary judgment briefing in preparation for drafting legal briefs on those issues | 1.50 |
| 03/15/2024 | H. Kumar | Analyze New York case law in addition to statutes regarding analyzing whether a contract can be entered into when there is ambiguous terms (analyzed approximately sixty pages of documents) | 2.40 |
| 03/15/2024 | D. Miller | Meeting to discuss pending research work and other issues | 1.00 |
| 03/16/2024 | A. Schaer | Work on creating demonstrative exhibits for use at trial and correspond with D. Hosenpud re same | 3.60 |
| 03/17/2024 | A. Schaer | Further work on creating demonstrative exhibits and updating video deposition designations for presentation at trial | 3.10 |

**Exhibit 2**
**Page 225 of 251**

| 03/17/2024 | D. Deibele | Organize summary judgment briefing and determine which version, redacted or sealed, to include in trial set | 1.70 |
|---|---|---|---|
| 03/18/2024 | D. Hosenpud | Continue analysis of Sheridan exhibits and examination themes (4.5); Annotate Defendants' Expert Deposition Rikard DeJounge (2.8) | 7.30 |
| 03/18/2024 | A. Schaer | Work on updating video deposition designations for presentation at trial | 5.90 |
| 03/18/2024 | D. Deibele | Assist A. Schaer with potential trial exhibits; respond to D. Hosenpud question re JT 159 | 0.70 |
| 03/18/2024 | H. Mechling | Continue analyzing the legal issues discussed in the summary judgment briefing (2.1); develop strategy drafting briefs relating to waiver of contractual rights (1.0) | 3.10 |
| 03/19/2024 | A. Schaer | Work on video dep designations for presentation at trial (4.4); review AMCK trial brief to work on addressing legal issues raised in same (2.1); work on creating demonstrative exhibits (1.1) | 7.60 |
| 03/19/2024 | D. Deibele | Prepare for trial: confer with C. Helsing re timeline; organize deposition transcripts and other materials to be printed in New York; search for the rest of the conversation depicted in PX2 and PX 3; confer with A. Schaer re deposition designations; revise deposition designations; assist with preparing K. Neels for testimony;  download and circulate the video of P. Sheridan's deposition; calculate the length of testimony via video; respond to A. Schaer question re exhibits without attachments | 1.60 |
| 03/19/2024 | H. Mechling | Analyze the case law on waiver of contractual rights and consider whether evidence of intent can be offered at trial despite the court's exclusion of evidence going to the parties' course of conduct | 7.60 |
| 03/19/2024 | H. Kumar | Analyze New York case law in addition to statutes regarding analyzing how parties can show their intent to be bound even though a formal contract is not entered (analyzed approximately sixty pages of documents) | 2.80 |
| 03/19/2024 | D. Miller | Team meeting re research projects | 0.50 |
| 03/19/2024 | D. Hosenpud | DeJounge annotation (8.1); conference call with Expert re further support for report and attacking DeJounge credibility; status meeting re case; review research re waiver (.5) | 8.60 |
| 03/20/2024 | D. Hosenpud | REDACTED    Concise case summary (4.7); vet revisions to deposition designations (1.9) | 6.60 |
| 03/20/2024 | D. Deibele | Analyze proposed timeline, experiment with formatting same for clarity; edit deposition videos; confer with T. Garcia re revisions to deposition designations and exhibit list; conferences re trial logistics | 2.00 |
| 03/20/2024 | H. Kumar | Analyze New York case law in addition to statutes regarding analyzing when a jury must decide  ambiguous terms in a contract instead of a judge (analyzed approximately seventy pages of documents) | 2.90 |
| 03/20/2024 | A. Schaer | Work on drafting and creating demonstrative exhibits for use at trial (3.3); work on case write-up of case and document summarizing trial themes and exhibits (2.6) | 5.90 |
| 03/21/2024 | A. Schaer | Work on drafting direct examination of S. Thwaytes, and correspondence with S. Thwaytes and S. Sashikumar re WACC figures provided in Bloomberg and implications for case | 4.70 |
| 03/21/2024 | D. Deibele | Review and confer with C. Helsing re demonstrative timeline; confer re deposition designations; revise draft pleading to delete pages and lines no longer needed; incorporate AMCK's objections then forward to D. Hosenpud | 2.10 |

**Exhibit 2**
**Page 226 of 251**

| | | for response; confer with N. Leonard re trial technology needs and arrangements | |
|---|---|---|---|
| 03/21/2024 | D. Hosenpud | Review designations for AMCK witnesses and revise (1.8); review specific designations for O'Callaghan (1.7); review AMCK additions and objections to all of the deposition testimony (3.8) | 7.30 |
| 03/22/2024 | D. Hosenpud | Outline comprehensive Dempsey examination | 8.20 |
| 03/22/2024 | A. Schaer | Work on drafting direct examination of S. Thwaytes, as well as work on narrowing deposition designations in light of timing of videos | 5.40 |
| 03/22/2024 | D. Deibele | Search Relativity for evidence of Frontier's alleged offer; email exchanges with Consilio re database access; update electronic trial binder with correspondence re interpreters, deposition designations, redactions and other topics that may come up during trial; resume work on video excerpts; confer with C. Helsing re timeline demonstrative exhibit, suggest revisions to same; confer with D. Hosenpud and A. Schaer re adding Schedule 6 to the trial exhibits | 5.10 |
| 03/23/2024 | A. Schaer | Further work drafting S. Thwaytes direct examination as well as updating deposition designations | 5.20 |
| 03/23/2024 | D. Hosenpud | Deposition  designations of AMCK witnesses  and review of defendants' objections and fairness additions (5.5); continue outlining Dempsey direct and Fanning direct timelines (2.0) | 7.50 |
| 03/23/2024 | D. Deibele | Update trial exhibit binders; resume searching Relativity for evidence of Frontier's alleged offer; confer with A. Schaer re trial needs; begin trimming video excerpts in response to revisions to deposition designations | 4.60 |
| 03/24/2024 | D. Deibele | Continue  trimming video excerpts in response to revisions to deposition designations; calculate new run time; confer with A. Schaer and D. Hosenpud re trial preparations including designations, exhibits to be exchanged; proof demonstrative timeline against trial exhibits; edit timeline to more accurately depict the order of same day events; consolidate original deposition designations, AMCK objections and Frontier's response to AMCK; search for documents re Frontier's alleged offer to AMCK then forward results to D. Hosenpud for review | 7.70 |
| 03/24/2024 | D. Hosenpud | Fanning direct testimony outline (8.2); Dempsey time line reconciliation (2.5) | 10.70 |
| 03/24/2024 | A. Schaer | Further work drafting S. Thwaytes direct examination, updating deposition designations, and analyzing court's prior order on MSJ to consider its impacts on trial presentation of evidence | 4.80 |
| 03/25/2024 | A. Schaer | Work on S. Thwaytes direct examination, work on finishing and updating dep designations and filing same with court, and work on updating exhibits to use in trial presentation | 8.80 |
| 03/25/2024 | D. Deibele | Prepare for trial: search Relativity for responses to certain trial exhibits; email to NIN re war room set up; revise deposition designations; conferences with D. Hosenpud and A. Schaer  re same; assist with supplemental trial exhibits; research and respond to AMCK allegations re depositions not included in trial exhibits; finalize deposition designations; slash video excerpts accordingly and calculate new running time | 9.20 |
| 03/25/2024 | H. Kumar | Analyze New York case law in statutes regarding contract terms related to ambiguous terms in a contract and their enforceability (analyzed approximately thirty pages of documents) | 3.80 |

**Exhibit 2**
**Page 227 of 251**

| 03/25/2024 | H. Kumar | Analyze New York case law in statutes regarding waivers being ambiguous terms in a contract and their enforceability (analyzed approximately fifty pages of documents) | 1.60 |
|---|---|---|---|
| 03/25/2024 | D. Hosenpud | Finalize deposition designations (2.8); Fanning examination outline (2.8) | 5.60 |
| 03/26/2024 | D. Hosenpud | Dempsey examination outline | 7.90 |
| 03/26/2024 | A. Schaer | Work on demonstrative exhibit re AMCK internal documents, drafting direct examination for S. Sashikumar, and correcting issues with joint trial exhibits to ensure proper presentation at trial as well as correspondence with opposing counsel re same | 7.90 |
| 03/26/2024 | D. Deibele | Prepare for trial: confer with N. Leonard re WIFI access; email exchanges with the court deputy re setting up April 5; prepare supplemental trial exhibits; multiple conferences re revisions to trial exhibits; update court exhibit sets; coordinate shipping of same to New York; locate and organize exhibits for R. Fanning and S. Thwaytes direct examinations; confer with A. Schaer re exhibits to which color copies were added; gather exhibits to support demonstrative re AMCK internal communications re month-to-month deferral; redact exhibits as requested;  download AMCK's version of the joint trial exhibits and analyze the differences between the sets; alert attorneys to reasons AMCK version won't work: pagination, lack of deposition stickers, etc.; confer with D. Hosenpud and A. Schaer re same; respond to A. Schaer questions re trial exhibits including missing attachments; conferences re which to supplement and which to leave as is | 12.10 |
| 03/27/2024 | A. Schaer | Work on demonstrative exhibits (.6); work on updating S. Thwaytes direct examination and meet with S. Thwaytes to work on same (4.9) | 5.50 |
| 03/27/2024 | D. Deibele | Prepare for trial: confirm conference room and office space; assist with exhibits to J. Dempsey direct examination; consult re handling of objections in deposition designations; revise demonstrative re aircraft ranking and delivery dates; confirm court room and war room arrangements; forward materials to Transperfect for printing: ELMO sets, MSJ briefing, etc.; revise timeline demonstrative to more accurately represent chronology of events; confer with A. Schaer re same; create notebooks in OnCue to mimic direct examination outlines; continue refining videos to remove long pauses and other distractions; consult re additional demonstratives | 10.70 |
| 03/27/2024 | H. Mechling | Analyze legal issues relating to waiver and statue of frauds (.5) | 0.50 |
| 03/27/2024 | D. Hosenpud |  Prepare Dempsey exhibits/deposition cites outline for testimony (5.2); Zoom call with Spencer Thwaytes to review testimony (2.1) | 7.30 |
| 03/28/2024 | D. Hosenpud | Annotate Expert Kevin Neels deposition  for direct examination (6.3); work on Dempsey exhibit and exam outline (2.4); analyze demonstrative exhibits (1.2) | 9.90 |
| 03/28/2024 | A. Schaer | Further work creating demonstrative exhibits for trial (1.1); work on drafting and updating direct examination for S. Sashikumar (7.2) | 8.30 |
| 03/28/2024 | D. Deibele | Prepare for trial: confirm appointments with IT vendor, Transperfect, courtroom deputy and delivery service; coordinate billing as needed; respond to Transperfect questions re printing projects; continue fine tuning videos to remove pauses and other distractions; revise our joint trial exhibits if AMCK's version includes pages we want; transmit our version of the joint | 6.40 |

**Exhibit 2**
**Page 228 of 251**

| | | | |
|---|---|---|---|
| | | trial exhibits to AMCK's counsel; revise weekly report demonstrative to include excerpts from trial exhibits; create OnCue witness notebooks for J. Dempsey, R. Fanning and K. Neels | |
| 03/28/2024 | H. Mechling | Analyze whether intent is relevant to the express waiver analysis or whether intent is only relevant to waivers resulting from course of conduct (1.6); analyze whether the statute of frauds applies to waivers and consider whether any exceptions to the statute of frauds are applicable here (3.3) | 4.90 |
| 03/29/2024 | A. Schaer | Work on S. Sashikumar direct examination and meet with S. Sashikumar re same (5.1); prepare for and meet and confer with opposing counsel re deposition designations and joint trial exhibits, and follow up work re same (1.3); work on issues re WACC calculations and AMCK's expert's analysis (1.1) | 7.50 |
| 03/29/2024 | D. Deibele | Prepare for trial: collect and organize joint trial exhibits with significant differences; participate in call with AMCK's counsel re joint trial exhibits; begin replacing highlighted exhibits; update trial binder and coordinate second copy of same; confer with Transperfect re additional printing projects; forward Word version of deposition designations as filed to AMCK's counsel for review and/or revision; continue editing videos in OnCue; inquire re whether to order trial transcripts; annotate deposition designations with deposition and trial exhibit numbers | 9.70 |
| 03/29/2024 | H. Kumar | Prepare motion in limine regarding introducing extrinsic evidence to the jury regarding the applicable waiver | 2.80 |
| 03/29/2024 | H. Mechling | Analyze the statute of frauds and related case law and consider whether waiver of contractual rights is governed by the statute of frauds | 3.90 |
| REDACTED | ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ |
| 03/30/2024 | A. Schaer | Work on updating S. Thwaytes direct examination, further narrowing of deposition designations for presentation at trial, and updating of legal briefs for use at trial | 7.70 |
| 03/30/2024 | D. Deibele | Prepare for trial: prepare joint trial exhibits without highlighting as agreed; update electronic exhibits; update OnCue database; forward revised exhibits to D. Hosenpud for transmittal to AMCK's counsel; | 4.40 |
| 03/30/2024 | D. Hosenpud | Outline Sheridan cross examination (5.4); revise deposition designations (1.8) | 7.20 |
| 03/30/2024 | H. Mechling | Analyze the New York U.C.C. provisions governing oral modifications to contracts and consider Frontier's best arguments for avoiding the statute of frauds | 4.30 |
| 03/31/2024 | A. Schaer | Work on updating S. Sashikumar direct examination and work on further narrowing of deposition designations for presentation at trial | 3.80 |
| 03/31/2024 | D. Hosenpud | Further revisions to Deposition designations (2.0); continue outlining Sheridan cross examination (7.8) | 9.80 |
| 03/31/2024 | D. Deibele | Prepare for trial: review AMCK objections to joint trial exhibits; draft response to same; revise and replace exhibits within reason; research SDNY local practices and the court's practices re handling exhibits; edit transcripts to match deposition designations; work on editing video to add exhibits and trim to designations as of today; update electronic trial binder; confer re demonstrative exhibits | 7.50 |

Total Hours:                                                                                                   519.20

Total Fees:                                                                                                 281,888.85

**Exhibit 2**
**Page 229 of 251**

RATE SUMMARY

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Darcy Deibele | 110.00 | 409.50 | $45,045.00 |
| David G. Hosenpud | 183.30 | 615.00 | $112,729.50 |
| Hari Kumar | 16.30 | 513.00 | $8,361.90 |
| Paul Lambert | 1.20 | 625.00 | $750.00 |
| Harlan Mechling | 26.00 | 513.00 | $13,338.00 |
| Daniel Miller | 1.50 | 481.50 | $722.25 |
| Aaron Schaer | 180.90 | 558.00 | $100,942.20 |
| | 519.20 | | $281,888.85 |

DISBURSEMENTS

| | | |
|---|---|---|
| | Delivery Charge | 455.36 |
| | Court Document Charge | 4.30 |
| 03/01/2024 | Transportation-C - World Travel - Travel to New York for Trial - INV#3998836003290807 | 966.19 |
| 03/03/2024 | Transportation-C - Lyft - Travel to Denver to conduct pre-trial prep with clients - INV#4046571204012134 | 64.88 |
| 03/05/2024 | Professional Services - World Travel, Inc. - Professional Services - INV#0694859 | 400.00 |
| 03/05/2024 | Client  - Meals - Bonefish Grill - expenses related to trip to Frontier headquarters for trial preparation - INV#4015412803150805 | 35.44 |
| 03/05/2024 | Transportation-C - Lyft - expenses related to trip to Frontier headquarters for trial preparation - INV#4015412803150805 | 57.52 |
| 03/05/2024 | Transportation-C - Lyft - expenses related to trip to Frontier headquarters for trial preparation - INV#4015412803150805 | 28.88 |
| 03/05/2024 | Transportation-C - Lyft - expenses related to trip to Frontier headquarters for trial preparation - INV#4015412803150805 | 30.44 |
| 03/06/2024 | Transportation-C - Lyft - expenses related to trip to Frontier headquarters for trial preparation - INV#4015412803150805 | 25.70 |
| 03/06/2024 | Client  - Meals - Mercantile - expenses related to trip to Frontier headquarters for trial preparation - INV#4015412803150805 | 13.76 |
| 03/07/2024 | Client  - Meals - Portland Roasting - Travel to Denver to conduct pre-trial prep with clients - INV#4046571204012134 | 9.43 |
| 03/07/2024 | Client  - Meals - Asian Bistro - Travel to Denver to conduct pre-trial prep with clients - INV#4046571204012134 | 60.74 |
| 03/07/2024 | Client  - Meals - Montana Grill - Travel to Denver to conduct pre-trial prep with clients - INV#4046571204012134 | 78.64 |
| 03/07/2024 | Client  - Meals - Urban sombrero - Travel to Denver to conduct pre-trial prep with clients - INV#4046571204012134 | 12.17 |
| 03/07/2024 | Transportation-C - Denver Airport - Travel to Denver to conduct pre-trial prep with clients - INV#4046571204012134 | 16.19 |
| 03/07/2024 | Transportation-C - Worldwide Travel - Travel to Denver to conduct pre-trial prep with clients - INV#4046571204012134 | 50.00 |
| 03/07/2024 | Lodging - Hampton Inns - Travel to Denver to conduct pre-trial prep with clients - INV#4046571204012134 | 536.99 |
| 03/08/2024 | Transportation-C - Delta - expenses related to trip to Frontier headquarters for trial preparation - INV#4015412803150805 | 369.99 |

**Exhibit 2**
**Page 230 of 251**

Client Matter ID: 022510.000155                                                                      Page: 9

DISBURSEMENTS

| | | |
|---|---|---:|
| 03/08/2024 | Lodging - Hampton Inn - expenses related to trip to Frontier headquarters for trial preparation - INV#4015412803150805 | 535.95 |
| 03/08/2024 | Transportation-C - Lyft - expenses related to trip to Frontier headquarters for trial preparation - INV#4015412803150805 | 87.70 |
| 03/08/2024 | Transportation-C - Lyft - Travel to Denver to conduct pre-trial prep with clients - INV#4046571204012134 | 53.41 |
| 03/19/2024 | Deposition Fee - Veritext - Deposition Witness: Paul Sheridan - INV#7267718 | 390.00 |
| 03/20/2024 | Professional Services - SMARTSOURCE COMPUTER & AU - CM# 022510.0155  Frontier Airlines v. AMCK Trial in New York City, computer monitors/printer rental - INV#4038499304040800 | 1,560.66 |
| 03/31/2024 | Outside Photocopies - Transperfect Legal Solutions - Voluminous printing and binder making for trial - INV#254985 | 7,642.18 |

Total Disbursements:                                                                                13,486.52

TOTAL FEES AND COSTS:                                                          $        295,375.37

**TOTAL AMOUNT DUE THIS INVOICE:**                                    **$        295,375.37**

**Exhibit 2**
**Page 231 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill now** link*
*at lanepowell.com or*
*call (206) 223-6288*

**Remit Payments To:**
*Lane Powell PC*
*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn: Cash Receipts*
*Fax: (206) 223-7107*

**Identification No. 20-2071651**

Frontier Airlines, Inc.
Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO  80239
Email: apinvoices@flyfrontier.com

| | |
|---|---|
| Invoice Date | May 16, 2024 |
| Invoice Number | 3930843 |
| Client Matter ID | 022510.000155 |

Total Fees: $360,973.40

Total Costs: $40,750.03

**TOTAL AMOUNT DUE THIS INVOICE:**  **$401,723.43**

PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

· **Anchorage** (907) 277-9511 · **Portland** (503) 778-2100 · **Seattle** (206) 223-7000

For Our Current Seminars and Other Events, Visit lanepowell.com and Click on News & Events

**Exhibit 2**
**Page 232 of 251**

# LANE POWELL

**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use pay my bill now link*
*at lanepowell.com or*
*call (206) 223-6288*

**Remit Payments To:**
*Lane Powell PC*
*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn: Cash Receipts*
*Fax: (206) 223-7107*

**Identification No. 20-2071651**

Frontier Airlines, Inc.
Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO  80239
Email: apinvoices@flyfrontier.com

| | |
|---|---|
| Invoice Date | May 16, 2024 |
| Invoice Number | 3930843 |
| Client Matter ID | 022510.000155 |

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2024

RE: AMCK Aviation Dispute

| Date | Professional | Narrative | Hours |
|---|---|---|---|
| 04/01/2024 | D. Deibele | Continued conferences with A. Schaer and T. Garcia re hotel arrangements; confer with T. Garcia and J. Fang re trial boxes, borrowing Binder & Schwartz materials, etc.; organize trial binder; update transcripts highlighted to match deposition designations; coordinate printing in New York of AMCK deposition transcripts and other reference materials; compare deposition exhibits to joint trial exhibits; revise exhibit list to clarify bates ranges; confer with D. Hosenpud and A. Schaer re joint exhibit formatting - deposition stickers, additional pages, footers, etc.; assist A. Schaer with lease agreement; analyze the transcripts associated with 61 joint trial exhibits that were marked as deposition exhibits to determine whether the bates numbers were included; respond to J. Fang questions | 9.00 |
| 04/01/2024 | A. Schaer | Analyze pretrial filings in preparation for trial, work through resolving joint deposition disputes with opposing side, and re-read deposition transcript of expert K. Neels to determine areas to explore on direct examination with S. Sashikumar | 6.20 |
| 04/01/2024 | H. Kumar | Prepare brief for judge regarding that when a month to month waiver term that is ambiguous a party may rely on extrinsic evidence | 2.70 |
| 04/01/2024 | D. Hosenpud | REDACTED sheridan/expert Kevin Neels | 8.60 |
| 04/02/2024 | H. Mechling | Analyze AMCK's arguments re statute of frauds (.5); analyze the court's order re statute of frauds (.6); draft brief re oral waivers and statute of frauds (.8) | 1.90 |
| 04/02/2024 | D. Hosenpud | Work on and outline expert testimony re damages calculations; identify issues with DeJounge testimony re damages calculations | 9.40 |

**Exhibit 2**
**Page 233 of 251**

| 04/02/2024 | D. Deibele | Prepare for trial: email Transperfect re printing exhibits for Dempsey and Fanning direct examination, respond to questions re same; review and revise joint exhibits in response to latest email from J. Alexander; email exchanges re monitor, printer, furniture and other war room needs; confer with D. Hosenpud re additional materials needed during trial; coordinate shipping of same; review additional deposition designations requested by AMCK; assist R. Fanning with trial preparations; | 10.70 |
| 04/02/2024 | A. Schaer | Work on demonstrative exhibits to use during trial (2.4); case law research on waiver standards to support and direct questioning during trial (1.9); further work drafting and updating direct examinations of S. Thwaytes and S. Sashikumar for trial (2.4) | 6.70 |
| 04/03/2024 | A. Schaer | Further work on direct examinations of S. Thwaytes and S. Sashikumar, as well as analysis of prior pleadings and orders in the case, in preparation for trial | 12.20 |
| 04/03/2024 | D. Hosenpud | Travel to NY and review DeJounge  deposition for cross examination; prepare Dr. Neels examination | 8.40 |
| 04/03/2024 | D. Deibele | Travel to NY for trial - flight, flight delays, rush hour traffic | 10.00 |
| 04/03/2024 | D. Deibele | Prepare for trial: conferences re hotel choice and options; prepare response to J. Alexander email with new complaints about the joint trial exhibits; coordinate printing of prep materials for J. Dempsey and R. Fanning, Joint trial exhibits and other materials; conferences with T. Garcia and Transperfect re same; order food and water for the trial team; respond to J. Fang questions | 1.30 |
| 04/03/2024 | H. Mechling | Continue drafting brief on statute of frauds and waiver | 3.40 |
| 04/04/2024 | H. Mechling | Draft brief on the relevance of intent to the assessment of express waivers | 5.10 |
| 04/04/2024 | D. Hosenpud | Prepare for Fanning and Dempsey examination | 11.30 |
| 04/04/2024 | D. Deibele | Prepare for trial: revise exhibits; update exhibit sets; assist with witness preparations; coordinate delivery of boxes and other materials to the court and hotel; assist D. Hosenpud with De Jounge cross-examination; assist D. Hosenpud and A. Schaer as requested; follow up with Transperfect re printing projects; forward revised exhibits to Transperfect for printing; incorporate AMCK objections into joint exhibit list and suggest responses to same; organize materials by delivery address | 11.80 |
| 04/04/2024 | A. Schaer | Work on S. Sashikumar and S. Thwaytes direct examinations, updating and creating new demonstrative exhibits, coordinating with opposing counsel re updates to our deposition designations and the joint trial exhibits, and other general trial preparation | 11.20 |
| 04/04/2024 | D. Deibele | Multiple conferences re missing boxes; confer re insurance and other requirements for Need It Now to transport trial boxes from Binder's offices | 0.40 |
| 04/05/2024 | D. Deibele | Prepare for trial: confer with the court's IT staff re use of courtroom technology; update court exhibit sets; coordinate exhibit delivery; set up court room; assist D. Hosenpud and A. Schaer as needed; confer with client re trial; confer with hotel staff re difficulty maintaining an internet connection and impact of extreme lag; revise and circulate trial exhibit list (Amended Exhibit A) for transmission to AMCK's counsel and the court; | 9.00 |

**Exhibit 2**
**Page 234 of 251**

| | | coordinate printing of S. Thwaytes prep materials; consult Transperfect re lead time needed to produce foam core demonstrative exhibits; email exchanges with J. Fang re furniture and equipment borrowed from Binder & Schwartz; attempt to create a larger version of McInerney deposition Ex 30 in response to AMCK complaints | |
| 04/05/2024 | D. Deibele | Convert hotel room into a conference room- meet with IT vendor, set up tables, computer monitors and office supplies; arrange for supplemental lighting, etc.; time lost due to difficulty maintaining an internet connection and/or impact of extreme lag in computer performance | 3.60 |
| 04/05/2024 | A. Schaer | Further general trial preparation. REDACTED R. Fanning REDACTED of S. Thwaytes and S. Sashikumar, and preparing for daubert challenge to our expert witness | 12.80 |
| 04/05/2024 | D. Hosenpud | Prepare for Fanning direct examination; prepare Robert Fanning REDACTED REDACTED | 10.90 |
| 04/05/2024 | H. Mechling | Continue drafting brief re statute of frauds and waiver (1.5): continue drafting brief re intent and waiver (1.6) | 3.10 |
| 04/06/2024 | D. Hosenpud | Witness preparation; prepare witness examination | 13.10 |
| 04/06/2024 | D. Deibele | Prepare for trial: review AMCK objections to joint trial exhibits; draft response to same; edit transcripts and video to match most recent deposition designations; confer with attorneys and client re opening statement; review and edit demonstratives; coordinate with hotel staff to generate color copies of demonstratives; confer with D. Hosenpud re K. Neels testimony; assist A. Schaer with S. Thwaytes testimony and exhibits; arrange for extra copies of Plaintiff's exhibits to hand out as they are admitted; other tasks as requested | 9.10 |
| 04/06/2024 | A. Schaer | Updates to demonstrative exhibits to use at trial (.9), updates to S. Thwaytes direct examination outline, meet with S. Thwaytes to practice direct examination and prepare for cross-examination (10.7); call with opposing counsel to discuss joint trial exhibits (.2) | 11.80 |
| 04/07/2024 | A. Schaer | Further work with S. Thwaytes preparing for direct and cross-examination, updates to direct examination re same, as well as updates to S. Sashikumar direct examination and prepare with S. Sashikumar for direct and cross examination (12.8); create addition key events timeline demonstrative for use at trial during opening statements (1.0); work on preparing responses to anticipated evidentiary challenges during trial (1.5) | 15.30 |
| 04/07/2024 | D. Deibele | Prepare for trial: review AMCK objections to joint trial exhibits; draft response to same; edit transcripts and video to match most recent deposition designations; revise demonstrative timeline; prepare supplemental exhibits to insert into court sets; create chronological versions to plaintiff's exhibits 2 and 3 (text messages); assist D. Hosenpud with R. Fanning exhibits; other tasks as requested | 12.30 |
| 04/07/2024 | D. Hosenpud | Prepare opening statement; witness preparation trial preparation | 13.40 |
| 04/08/2024 | D. Hosenpud | Trail day 1: prepare for opening statement and attend trial; trial preparation for day 2 | 9.40 |
| 04/08/2024 | J. Flickinger | Review AMCK trial brief and expert report to assess expert witness challenge to Dr. Neels (.5); Research and analyze Daubert cases for preparation of | 3.50 |

**Exhibit 2**
**Page 235 of 251**

| | | | |
|---|---|---|---|
| | | response to expert witness challenge to Dr. Neels  (2.2); Draft memorandum of authorities and rule statements for pocket brief to address Daubert challenge to Dr. Neels at trial (.8) | |
| 04/08/2024 | D. Deibele | Prepare for and attend trial: update court exhibit sets; assist with demonstrative to be used during opening statement; prepare list of exhibits to be used with S. Thwaytes for ease of admission;  track exhibit admission during S. Thwaytes testimony; coordinate exhibit presentation; confer with attorneys and clients re trial themes, sub-themes and documents in support thereof; compare additional AMCK edits to the trial exhibit list; forward list to T. Garcia to finalize; advise A. Schaer re same; arrange for order permitting A. Schaer to bring his laptop to court; update chart comparing deposition and trial exhibits | 10.80 |
| 04/08/2024 | H. Kumar | Analyze New York case law in addition to statutes regarding sufficiency to withdraw a waiver in preparation for trial (analyzed approximately fifty pages of documents) | 1.30 |
| 04/08/2024 | A. Schaer | Prepare for and appear at Day 1 of trial and further preparations for Day 2 of trial, including going over re-direct with S. Thwaytes and drafting anchor statements and thoughts on cross-examination for S. Sashikumar | 14.80 |
| 04/08/2024 | D. Deibele | Continue conversations re retrieving trial materials held by UPS; confer with T. Garcia re hotel charges; confer with hotel staff re internet access; coordinate food and water deliveries; downtime due to ongoing issues maintaining an internet connection in the hotel | 1.80 |
| 04/08/2024 | H. Mechling | Analyze AMCK's motion to exclude expert testimony and develop strategy for response brief | 1.60 |
| 04/09/2024 | D. Deibele | Prepare for and attend trial: prepare list of exhibits to be used with S. Sashikumar for ease of admission;  track exhibit admission during S. Thwaytes and S. Sashikumar testimony; coordinate exhibit presentation; confer with attorneys and clients re trial themes and documents in support thereof; research COVID's impact on the airline sector for potential impeachment exhibits and/or use during closing; | 8.60 |
| 04/09/2024 | D. Deibele | Continue conversations re retrieving trial materials held by UPS; confer with T. Garcia re hotel charges; confer with hotel staff re internet access; coordinate food and water deliveries; downtime due to ongoing issues maintaining an internet connection in the hotel; coordinate obtaining an order permitting A. Schaer to bring his laptop into the courtroom; advise A. Schaer re whether to request permission for H. Diamond and J. Dempsey to bring cell phones into the courthouse | 1.40 |
| 04/09/2024 | H. Mechling | Draft response to motion to exclude expert testimony | 5.90 |
| 04/09/2024 | A. Schaer | Prepare for and appear at Day 2 of trial and further preparations for Day 3 of trial. REDACTED                        S. Thwaytes, REDACTED S. Sashikumar, REDACTED              R. Fanning | 13.60 |
| 04/09/2024 | J. Flickinger | Research and analyze  Daubert cases for preparation of response to expert witness challenge to Dr. Neels (1.4); Draft memorandum of authorities and rule statements for pocket brief to address Daubert challenge to Dr. Neels at trial (3.7) | 5.10 |
| 04/09/2024 | D. Hosenpud | Sheridan cross examination preparation; attend trial; Dr. Neels examination preparation | 13.40 |
| 04/10/2024 | D. Hosenpud | Trial preparation with Robert Fanning, Fanning direct and red-direct, Dr. Neels direct examination;; additional trial preparation with expert for re- | 11.90 |

**Exhibit 2**

**Page 236 of 251**

direct

| 04/10/2024 | A. Schaer | Prepare for and appear at Day 3 of trial and further preparations for Day 4 of trial, including work on examination for R. Fanning and preparing for direct and cross examination of experts in case, as well as further work preparing for possible challenge to expert witness admissibility | 14.80 |
|---|---|---|---|
| 04/10/2024 | D. Deibele | Prepare for and attend trial: prepare list of exhibits to be used with R. Fanning for ease of admission;  track exhibit admission during R. Fanning testimony; coordinate exhibit presentation; confer with attorneys and clients re upcoming testimony and documents in support thereof; assist with preparations for K. Neels testimony including potential exhibits | 11.10 |
| 04/10/2024 | D. Deibele | Confer with hotel staff re internet access; coordinate food and water deliveries; downtime due to ongoing issues maintaining an internet connection in the hotel; respond to T. Garcia questions re trial status and upcoming needs; continue efforts to retrieve box mishandled by UPS; alert IT to issues with trial laptop | 1.30 |
| 04/11/2024 | D. Deibele | Prepare for and attend trial: assist with preparations for K. Neels and R. De Jounge testimony; finalize then play R. Murphy and F. Bachrach deposition video excerpts; multiple conferences re trial preparations; confer with M. Lee, courtroom deputy, re submitting electronic versions of admitted exhibits in addition to paper copies already provided; assist A. Schaer with Daubert briefing | 8.90 |
| 04/11/2024 | D. Deibele | Continue conversations re retrieving trial materials held by UPS; confer with T. Garcia re hotel charges; confer with hotel staff re internet access; coordinate food and water deliveries; downtime due to ongoing issues maintaining an internet connection in the hotel | 0.90 |
| 04/11/2024 | A. Schaer | Prepare for and appear at Day 4 of trial and further preparations for Day 5 of trial, including work on redirect of K. Neels, cross examination of AMCK's expert, and work on deposition videos to show at trial | 13.20 |
| 04/11/2024 | D. Hosenpud | Trial Day-4: prepare for Neels redirect and DeJounge cross-examination: attend trial; prepare Dempsey REDACTED | 10.00 |
| 04/12/2024 | D. Hosenpud | Trial Day-5:  review Fanning deposition for cross over testimony related to Jimmy Dempsey (2.3); attend court (2.4); review trial transcript for Fanning cross examination and re-direct testimony (2.0);  analysis of condition subsequent per the court's examination of Fanning (.9); review Fanning trial transcript for crossover testimony with Dempsey (3.0) | 10.60 |
| 04/12/2024 | A. Schaer | Prepare for and appear at Day 5 of trial and further preparations for other days of trial, including work on deposition videos to show at trial, work on direct examination, cross-examination thoughts, and anchor statements for J. Dempsey, and begin to work on closing argument | 11.80 |
| 04/12/2024 | D. Deibele | Prepare for and attend trial: finalize video of G. Ma deposition excerpts; play same in court; prepare list of joint trial exhibits referenced or shown in deposition video for ease of admission; confer with D. Hosenpud and A. Schaer re remaining trial preparations - other video excerpts; closing arguments, P. Sheridan and J. Dempsey testimony, etc.; revise M. McInerney and J. O'Callaghan video excerpts to reduce run time without removing testimony; compare my exhibit list to the exhibits received per the trial transcripts; consult D. Hosenpud and A. Schaer re updating  deposition videos to indicate corresponding joint trial exhibit numbers | 9.00 |

**Exhibit 2**
**Page 237 of 251**

| 04/12/2024 | D. Deibele | Confer with D. Hosenpud re disassembling war room, returning materials to Portland and documents to preserve for potential appeal; downtime due to ongoing issues maintaining an internet connection in the hotel | 0.90 |
|---|---|---|---|
| 04/13/2024 | D. Deibele | Prepare for trial: assist D. Hosenpud with preparations for J. Dempsey testimony and closing arguments; confer re deposition designations; compare my exhibit tracking sheet to the rough transcripts, noting differences between the two; update Exhibit A to Pretrial Order in anticipation of submission to the court at the end of trial; assist D. Hosenpud with potential impeachment exhibit;  confer with D. Hosenpud and A. Schaer re closing themes | 1.70 |
| 04/13/2024 | A. Schaer | Work on updating video deposition designations to limit length and focus on main areas of interest in light of testimony during first week of trial, as well as work on preparing for direct examination of J. Dempsey, cross examination of P. Sheridan, and closing argument | 11.70 |
| 04/13/2024 | D. Hosenpud | Themes for closing argument; supplement areas for Dempsey examination; review additional edits to deposition testimony | 10.30 |
| 04/14/2024 | D. Hosenpud | Prepare for Dempsey direct; mock examination | 10.80 |
| 04/14/2024 | A. Schaer | Further work on updating video deposition designations to limit length and focus on main areas of interest in light of testimony during first week of trial, preparing for direct examination of J. Dempsey, cross examination of P. Sheridan, and closing argument | 11.90 |
| 04/14/2024 | D. Deibele | Prepare for trial: review revisions to deposition designations and edit videos to match; calculate and report new running time; confer with D. Hosenpud and A. Schaer re same; finalize list of exhibits sponsored by witnesses appearing via deposition designations; update trial exhibit list to reflect exhibits already marked and/or referenced in deposition videos; organize exhibits to be used during J. Dempsey testimony; create new deposition designation pleading without mark-ups that reflects final designations; respond to questions re exhibit admission | 3.90 |
| 04/15/2024 | D. Deibele | Prepare for and attend trial: revise McInerney and O'Callaghan deposition videos; confer with J. Fang, N. Leonard and T. Garcia re dismantling war room, materials to retain and other issues related to trial ending; follow up with court reporter re late transcript; confer with D. Hosenpud re same; assist with preparations for J. Dempsey testimony; begin redacting transcripts to replace complete transcripts already provided to the court; coordinate re The Smart Source pickup from the hotel | 14.20 |
| 04/15/2024 | A. Schaer | Prepare for and appear at Day 6 of trial and further preparations for Day 7 of trial, including work on final part of direct examination with J. Dempsey, and preparation for cross examination from opposing counsel | 15.20 |
| 04/15/2024 | D. Hosenpud | Trial preparation day 6 Dempsey REDACTED trial day 6; prepare for Day 7 Dempsey prep; Day 6 trial | 13.00 |
| 04/16/2024 | D. Hosenpud | Trial prep day 7; trial Day 7; trial prep day 8 | 14.40 |
| 04/16/2024 | A. Schaer | Prepare for and appear at Day 7 of trial and further preparations for Day 8 of trial, including work on final cross-examination of P. Sheridan, work on closing argument, and work with opposing counsel on updating deposition exhibit excerpts to introduce into the record in light of video depositions shown during trial | 15.90 |

**Exhibit 2**
**Page 238 of 251**

| 04/16/2024 | D. Deibele | Prepare for and attend trial: assist with J. Dempsey and P. Sheridan preparations; maintain list of admitted exhibits; confer with D. Hosenpud and A. Schaer re closing themes, demonstratives; resume efforts to obtain 4/15 transcript; confer with R. Forman re transcript order form; email exchange with M. Rajkumar re wifi access; confer re updating court exhibit sets; finish redacting transcripts to match video displayed; assist A. Schaer with K. Neels reports | 10.00 |
| 04/17/2024 | P. Lambert | Telephone conference with D. Hosenpud re trial issues; email to D. Hosenpud | 0.60 |
| 04/17/2024 | D. Deibele | Prepare for and attend trial: assist with preparations for P. Sheridan cross and closing argument; coordinate preparation of deposition designations and delivery of same to the court; respond to vendor questions re dismantling war room; confer with T. Garcia re converting exhibit list into a pleading; break down court room; respond to J. Fang questions re return of Binder materials; revise introduction to joint exhibit list; telephone conference with Transperfect re missing delivery | 10.00 |
| 04/17/2024 | D. Deibele | Conferences re changing flight home | 0.20 |
| 04/17/2024 | A. Schaer | Prepare for and appear at Day 8 of trial, including work on final part of cross-examination with P. Sheridan and closing arguments | 11.70 |
| 04/17/2024 | Q. Miao | Review the transcript and the two issues needing briefing | 0.30 |
| 04/17/2024 | D. Hosenpud | Trial prep Day 8; continue to outline cross x Sheridan; Trial day 8 | 10.70 |
| 04/18/2024 | A. Schaer | Work on updating documents reflecting exhibits and deposition admitted at trial (1.2); call with H. Diamond re strategy for post-trial briefing, and follow up call with D. Hosenpud re same (.7) | 1.90 |
| 04/18/2024 | P. Lambert | Review transcript re matters to be briefed | 0.50 |
| 04/18/2024 | D. Deibele | Sort materials for shipping to Portland and/or recycling; dismantle war room; coordinate return of monitors and other borrowed or rented items; confer with D. Hosenpud and A. Schaer re outstanding issues - exhibits, deposition designations; confer with T. Garcia re UPS pickup from the hotel | 3.00 |
| 04/18/2024 | D. Deibele | Return to Portland - trip to JFK, flight, taxi home | 11.00 |
| 04/19/2024 | D. Deibele | Contact court reporter re missing transcripts; review J. Alexander email re exhibits; compare transcripts to list of admitted exhibits to respond to same; email D. Hosenpud and A. Schaer re discrepancies; email exchange with court staff re admitted exhibits and hard copies of deposition designations; conferences re materials being shipped from New York; confer re filing deposition designation and admitted exhibit list | 2.30 |
| 04/19/2024 | A. Schaer | Further work updating trial exhibit list in light of documents used at trial, as well as deposition designations (2.1); review trial transcripts in preparation for drafting post-trial briefing in response to court's questions during closing argument, as well as correspondence with J. Dempsey, H. Diamond, and D. Hosenpud re same (4.7) | 6.80 |
| 04/19/2024 | Q. Miao | Review relevant agreements; continue to analyze the transcript to formulate argument in response to the question about written notification; draft summary of contract provision interpretation | 3.10 |

**Exhibit 2**
**Page 239 of 251**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/22/2024 | A. Schaer | Meet with J. Dempsey, H. Diamond, D. Hosenpud, and experts REDACTED ⬛⬛⬛⬛⬛⬛ 1.7); work on addressing questions from court re bases in common law to find liability against AMCK (1.2); correspond with opposing counsel re finalizing trial submissions and updating admitted exhibit list (.6) | 3.50 |
| 04/22/2024 | Q. Miao | Continue to research the issue regarding required notification; draft additional argument in response to the request for briefing; confer with D. Hosenpud re: additional research and interpretation of the provision | 1.90 |
| 04/22/2024 | D. Deibele | Conferences re disagreement with AMCK regarding admitted exhibits; compare 4/12 trial transcript to notes regarding admitted exhibits and exhibits displayed during video excerpts and forward results to D. Hosenpud and A. Schaer | 1.30 |
| 04/22/2024 | D. Hosenpud | Prepare for conference call with Expert to address court question re double taxes; conference call; analysis of waiver comment from the court | 2.20 |
| 04/23/2024 | D. Hosenpud | Zoom call with Jimmy Dempsey, Howard Diamond, Aaron Schaer to discuss strategy re supplemental briefing(1.0) phone conference with expert re revisions to explanation of before tax/after tax explanation (.7) | 1.70 |
| 04/23/2024 | D. Deibele | Circulate confirmation the court received  replacements of transcripts submitted with redactions and DX-1 | 0.10 |
| 04/23/2024 | A. Schaer | Work on legal research to address questions court asked during closing arguments, and meetings with J. Dempsey, H. Diamond, and D. Hosenpud re same | 4.90 |
| 04/23/2024 | Q. Miao | Continue to research the issue regarding required notification; draft additional argument in response to the request for briefing | 1.20 |
| 04/24/2024 | A. Schaer | Continue work on drafting supplemental post-trial brief to court re questions asked at closing argument | 2.10 |
| 04/24/2024 | D. Hosenpud | Prepare Letter Notice to the court for supplemental briefing | 0.40 |
| 04/25/2024 | D. Hosenpud | Conference call with expert | 0.90 |
| 04/25/2024 | R. McBride | Telephone conference with A. Schaer regarding post-trial briefing | 0.40 |
| 04/25/2024 | A. Schaer | Continue work on drafting supplemental post-trial brief to court re questions asked at closing argument, as well as further work with experts to better explain the double-tax issue the court asked about | 3.10 |
| 04/26/2024 | D. Hosenpud | Conference call with expert re tax gross-up issues (.8); review and revise tax discussion of supplemental brief (1.1) | 1.90 |
| 04/26/2024 | A. Schaer | Continue work on drafting supplemental post-trial brief to court re questions asked at closing argument, as well as further work with experts to better explain the double-tax issue the court asked about | 6.70 |
| 04/28/2024 | A. Schaer | Continue work on drafting supplemental post-trial brief to court re questions asked at closing argument | 3.40 |
| 04/29/2024 | D. Hosenpud | Revise section of supplemental brief re common law requirement of notice and right to cure (1.7); analysis of use of additional legal doctrines to support common law requirement  (.5) | 2.20 |
| 04/29/2024 | R. McBride | Telephone conference with D. Hosenpud regarding post-trial briefing | 0.20 |

**Exhibit 2**
**Page 240 of 251**

| 04/29/2024 | A. Schaer | Continue work on drafting supplemental post-trial brief to court re questions asked at closing argument, including correspondence with D. Hosenpud re same | 3.40 |
| 04/30/2024 | D. Hosenpud | Review client revisions and updated internal version of Supplemental Trial Brief (.5); Zoom conference call with Howard Diamond and Aaron Schaer, further revisions (1.0) | 1.50 |
| 04/30/2024 | A. Schaer | Continue work on drafting supplemental post-trial brief to court re questions asked at closing argument (1.8); meet with H. Diamond re supplemental brief (.5) | 2.30 |

Total Hours:                                                                                                        680.70

Total Fees:                                                                                                       360,973.40

## RATE SUMMARY

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Darcy Deibele | 189.60 | 409.50 | $77,641.20 |
| Jesse Flickinger | 8.60 | 418.50 | $3,599.10 |
| David G. Hosenpud | 200.40 | 615.00 | $123,246.00 |
| Hari Kumar | 4.00 | 513.00 | $2,052.00 |
| Paul Lambert | 1.10 | 625.00 | $687.50 |
| Ryan McBride | 0.60 | 639.00 | $383.40 |
| Harlan Mechling | 21.00 | 513.00 | $10,773.00 |
| Qingqing Miao | 6.50 | 570.00 | $3,705.00 |
| Aaron Schaer | 248.90 | 558.00 | $138,886.20 |
| | 680.70 | | $360,973.40 |

## DISBURSEMENTS

| | Delivery Charge | 1,763.56 |
|---|---|---|
| | Messenger and Courier Service | 812.00 |
| 03/30/2024 | Professional Services - Transperfect Legal Solutions - Printing, copying, binder preparation in support of trial - INV#256475 | 2,431.15 |
| 04/03/2024 | Client  - Meals - Paradies Lagardere PDX - Trial - INV#4086578505010805 | 3.39 |
| 04/03/2024 | Client  - Meals - The Malt House - Trial - INV#4086578505010805 | 51.44 |
| 04/03/2024 | Client  - Meals - Plum Market - 24.4.3 Schaer dinner - INV#4078931304230807 | 12.72 |
| 04/03/2024 | Client  - Meals - Plum Market - 24.4.3 Schaer lunch - INV#4078931304230807 | 9.84 |
| 04/03/2024 | Lodging - Residence Inn by Marriott - Trial - INV#4086578505010805 | 2,972.40 |
| 04/03/2024 | Transportation-C - Taxi - Trial - INV#4086578505010805 | 96.55 |
| 04/03/2024 | Transportation-C - Delta Airlines - Trial - INV#4086578505010805 | 30.00 |
| 04/03/2024 | Transportation-C - Lyft - Trial - INV#4086578505010805 | 83.81 |
| 04/04/2024 | Client  - Meals - Chase Bank - 24.4.4 Lunch for A. Schaer D. Deibele D. Hosenpud - INV#4078931304230807 | 116.14 |
| 04/04/2024 | Client  - Meals - FDH*FRESH DIRECT - Trial - INV#4086779204260803 | 221.60 |
| 04/05/2024 | Client  - Meals - FDH*FRESH DIRECT - Trial - INV#4086779204260803 | -221.60 |
| 04/05/2024 | Lodging - Marriott - Schaer first night hotel for trial - INV#4057466004090805 | 394.51 |
| 04/05/2024 | Client  - Meals - Sandwicherie NYC - Trial - INV#4086578505010805 | 73.45 |

**Exhibit 2**
**Page 241 of 251**

<u>DISBURSEMENTS</u>

| | | |
|---|---|---|
| 04/05/2024 | Client  - Meals - Portland Roasting - Trial - INV#4086578505010805 | 5.25 |
| 04/06/2024 | Client  - Meals - Blue Ribbon Sushi Bar Grill NYC - Trial - INV#4086578505010805 | 224.36 |
| 04/06/2024 | Client  - Meals - UBER   EATS - Trial - INV#4086779204260803 | 70.49 |
| 04/06/2024 | Client  - Meals - La Parisienne - 24.4.6 Coffee for trial team - INV#4078931304230807 | 24.17 |
| 04/06/2024 | Client  - Meals - Chase Bank - 24.4.6 Dinner for A. Schaer D. Deibele D. Hosenpud - INV#4078931304230807 | 87.64 |
| 04/06/2024 | Client  - Meals - Traditas Pizza - 24.4.6 Schaer dinner - INV#4078931304230807 | 9.36 |
| 04/07/2024 | Client  - Meals - Chase Bank - 24.4.7 Coffee for trial team - INV#4078931304230807 | 6.53 |
| 04/07/2024 | Client  - Meals - FDH*FRESH DIRECT - Trial - INV#4086779204260803 | 281.37 |
| 04/08/2024 | Transportation-C - Lyft - Lyft to airport for travel to NY - 022510.0155 - INV#4062418704100808 | 124.75 |
| 04/08/2024 | Transportation-C - Lyft - Lyft transportation while in NY  022510.0155 - INV#4062418704100808 | 68.09 |
| 04/08/2024 | Transportation-C - Lyft - Lyft transportation while in NY  022510.0155 - INV#4062418704100808 | 83.79 |
| 04/08/2024 | Client  - Meals - Koba Korean BBQ - 24.4.8 Dinner for A. Schaer D. Deibele D. Hosenpud - INV#4078931304230807 | 81.92 |
| 04/08/2024 | Client  - Meals - Chase Bank - 24.4.8 Lunch A. Schaer D. Deibele D. Hosenpud - INV#4078931304230807 | 67.61 |
| 04/08/2024 | Client  - Meals - Sharkey's Cafe - Trial - INV#4086578505010805 | 43.10 |
| 04/08/2024 | Client  - Meals - FDH*FRESH DIRECT - Groceries:  Food, snacks, drinks during trial - INV#4100121105030806 | 151.78 |
| 04/08/2024 | Professional Services - Southern District of New York - Trial - INV#4086578505010805 | 689.11 |
| 04/09/2024 | Professional Services - Southern District of New York Court Reporters - Trial - INV#4086578505010805 | 754.50 |
| 04/09/2024 | Client  - Meals - Chase Bank - 24.4.9 A. Schaer dinner - INV#4078931304230807 | 19.39 |
| 04/10/2024 | Client  - Meals - Silk Road Cafe - 24.4.10 Trial team coffee - INV#4078931304230807 | 27.46 |
| 04/10/2024 | Client  - Meals - Ryan Maguire's Bar & Restaurant - 24.4.10 Schaer dinner - INV#4078931304230807 | 27.32 |
| 04/10/2024 | Lodging - Marriott - Hotel room for client trial witness S. Thwaytes - INV#4064584804230807 | 2,053.42 |
| 04/10/2024 | Professional Services - Southern District of New York Court Reporters - Trial - INV#4086578505010805 | 809.83 |
| 04/10/2024 | Client  - Meals - MIO PANE COURT CAFE - Water for Trial Team during trial - INV#4100121105030806 | 12.83 |
| 04/10/2024 | Client  - Meals - Sharkey's Cafe NYC - Trial - INV#4086578505010805 | 40.83 |
| 04/11/2024 | Professional Services - Southern District of New York Court Reporters - Trial - INV#4086578505010805 | 231.38 |
| 04/11/2024 | Client  - Meals - FDH*FRESH DIRECT - Trial - INV#4086779204260803 | 85.65 |
| 04/11/2024 | Lodging - Marriott - Hotel for Dr. Kevin Neels - INV#4078931304230807 | 1,236.52 |
| 04/11/2024 | Lodging - Marriott - Hotel for S. Sashikumar - INV#4078931304230807 | 1,798.96 |
| 04/11/2024 | Client  - Meals - La Parisienne - 24.4.11 Coffee for trial team - | 5.23 |

**Exhibit 2**
**Page 242 of 251**

DISBURSEMENTS

|  |  |  |
|---|---|---|
|  | INV#4078931304230807 |  |
| 04/11/2024 | Client  - Meals - Malt House - 24.04.11 Schaer dinner - INV#4078931304230807 | 35.40 |
| 04/12/2024 | Client  - Meals - La Parisienne - 24.4.12 Coffee for trial team - INV#4078931304230807 | 23.34 |
| 04/12/2024 | Lodging - RESIDENCE INN NYC WTC - Trial - INV#4086779204270803 | 2,985.40 |
| 04/12/2024 | Professional Services - Southern District of New York Court Reporters - Trial - INV#4086578505010805 | 17.32 |
| 04/12/2024 | Client  - Meals - La Parisienne NYC - Trial - INV#4086578505010805 | 6.17 |
| 04/13/2024 | Client  - Meals - Mezcali - 24.4.13 - Dinner for A. Schaer and D. Hosenpud - INV#4078931304230807 | 127.62 |
| 04/14/2024 | Client  - Meals - Chase Bank - 24.4.14 Lunch for A. Schaer D. Hosenpud - INV#4078931304230807 | 32.21 |
| 04/14/2024 | Client  - Meals - Joe's Pizza NYC - Trial - INV#4086578505010805 | 6.90 |
| 04/15/2024 | Client  - Meals - Joe's Pizza NYC - Trial - INV#4086578505010805 | 11.50 |
| 04/15/2024 | Professional Services - Southern District of New York Court Reporters - Trial - INV#4086578505010805 | 277.12 |
| 04/15/2024 | Client  - Meals - SILKROAD CAFE - 24.4.15 Coffee for trial team - INV#4078931304230807 | 9.73 |
| 04/15/2024 | Client  - Meals - The Greenwich Vintage intitution - 24.4.15 Schaer dinner - INV#4078931304230807 | 11.50 |
| 04/16/2024 | Client  - Meals - The Court Cafe - 24.4.16 Coffee Schaer - INV#4078931304230807 | 1.96 |
| 04/16/2024 | Client  - Meals - The CGreenwich Vintage fullon - 24.4.16 Schaer dinner - INV#4078931304230807 | 12.00 |
| 04/16/2024 | Client  - Meals - THE MALT HOUSE - FIDI - Trial - INV#4086779204260803 | 27.16 |
| 04/16/2024 | Professional Services - Southern District of New York Court Reporters - Trial - INV#4086578505010805 | 824.92 |
| 04/16/2024 | Client  - Meals - Sharkey's Cafe NYC - Trial - INV#4086578505010805 | 63.15 |
| 04/17/2024 | Client  - Meals - Sharkeys Cafe NYC - Trial - INV#4086578505010805 | 30.58 |
| 04/17/2024 | Professional Services - Southern District of New York Court Reporters - Trial - INV#4086578505010805 | 467.79 |
| 04/17/2024 | Client  - Meals - Sharkey's Cafe NYC - Trial - INV#4086578505010805 | 17.42 |
| 04/17/2024 | Transportation-C - Chase Bank - 24.4.17 Schaer flight change - INV#4078931304230807 | 130.00 |
| 04/17/2024 | Client  - Meals - The Malt House - 24.4.17 Schaer dinner - INV#4078931304230807 | 21.42 |
| 04/18/2024 | Client  - Meals - Cafe Cluny - 24.4.18 Schaer breakfast - INV#4078931304230807 | 71.90 |
| 04/18/2024 | Client  - Meals - DH2 Ma Ka - 24.4.19 Schaer dinner - INV#4078931304230807 | 94.71 |
| 04/18/2024 | Lodging - RESIDENCE INN NYC WTC - Trial - INV#4086779204270803 | 2,600.85 |
| 04/18/2024 | Transportation-C - Delta Airlines - Flight - INV#4086578505010805 | 320.01 |
| 04/18/2024 | Professional Services - World Travel - Return flight on Delta Air Lines - INV#4086578505010805 | 50.00 |
| 04/18/2024 | Lodging - Residence Inn by Marriott - Lodging during trial - INV#4086578505010805 | 2,600.85 |
| 04/18/2024 | Transportation-C - Lyft - Trial - INV#4086578505010805 | 169.16 |
| 04/18/2024 | Transportation-C - Delta Airlines - Trial - INV#4086578505010805 | 35.00 |

**Exhibit 2**
**Page 243 of 251**

DISBURSEMENTS

| | | |
|---|---|---|
| 04/18/2024 | Client  - Meals - Joe's Pizza NYC - Trial - INV#4086578505010805 | 9.20 |
| 04/18/2024 | Client  - Meals - Terminal 4 Hudson News NYC - Trial - INV#4086578505010805 | 11.28 |
| 04/19/2024 | Client  - Meals - Capital Grille NYC - Trial - INV#4086578505010805 | 328.72 |
| 04/19/2024 | Client  - Meals - Blue Bottle Coffee NYC - Trial - INV#4086578505010805 | 13.83 |
| 04/19/2024 | Client  - Meals - The Malt House - Trial - INV#4086578505010805 | 21.42 |
| 04/19/2024 | Client  - Meals - Taxi - Trial - INV#4086578505010805 | 90.00 |
| 04/19/2024 | Client  - Meals - JFK Mi Casa NYC - Trial - INV#4086578505010805 | 15.23 |
| 04/19/2024 | Lodging - Residence Inn by Marriott New York Downtown ManhattanWorld Trade Center Area - Hotel room for trial conference room - INV#4078931304230807 | 5,201.72 |
| 04/19/2024 | Client  - Meals - Rent - 24.4.12 Schaer dinner - INV#4078931304230807 | 74.76 |
| 04/19/2024 | Lodging - Marriott - Schaer hotel room for trial - INV#4078931304230807 | 5,518.99 |
| 04/20/2024 | Client  - Meals - Eataly Fidi Salido NYC - Trial - INV#4086578505010805 | 132.81 |
| 04/20/2024 | Client  - Meals - JFK Sq. Chocolate Jamaican NYC - Trial - INV#4086578505010805 | 8.70 |
| 04/30/2024 | Professional Services - Transperfect Legal Solutions - Print Job in support of trial - INV#256503 | 266.68 |

Total Disbursements:                                                                                       40,750.03

TOTAL FEES AND COSTS:                                                                   $       401,723.43

**TOTAL AMOUNT DUE THIS INVOICE:**                                          $       **401,723.43**

**Exhibit 2**
**Page 244 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* Redacted
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use* **pay my bill now** *link*
*at lanepowell.com or*
*call (206) 223-6288*

**Remit Payments To:**
*Lane Powell PC*
*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn: Cash Receipts*
*Fax: (206) 223-7107*

**Identification No. 20-2071651**

Frontier Airlines, Inc.
Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO  80239
Email: apinvoices@flyfrontier.com

| | |
|---|---|
| Invoice Date | June 14, 2024 |
| Invoice Number | 3933430 |
| Client Matter ID | 022510.000155 |

| | |
|---|---|
| Total Fees: | $6,599.25 |
| Total Costs: | $197.88 |
| **TOTAL AMOUNT DUE THIS INVOICE:** | **$6,797.13** |

PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

· **Anchorage** (907) 277-9511 · **Portland** (503) 778-2100 · **Seattle** (206) 223-7000

For Our Current Seminars and Other Events, Visit lanepowell.com and Click on News & Events

**Exhibit 2**
**Page 245 of 251**

# LANE POWELL

**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. Redacted*
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill now** link*
*at lanepowell.com or*
*call (206) 223-6288*

**Remit Payments To:**
*Lane Powell PC*
*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn: Cash Receipts*
*Fax: (206) 223-7107*

**Identification No. 20-2071651**

Frontier Airlines, Inc.
Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO  80239
Email: apinvoices@flyfrontier.com

| | |
|---|---|
| Invoice Date | June 14, 2024 |
| Invoice Number | 3933430 |
| Client Matter ID | 022510.000155 |

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2024

RE: AMCK Aviation Dispute

| Date | Professional | Narrative | Hours |
|---|---|---|---|
| 05/02/2024 | D. Deibele | Organize trial binders, draft exhibits and other material; confer re submission of trial exhibit and deposition designation lists | 2.50 |
| 05/02/2024 | A. Schaer | Work on research and drafting supplemental post-trial brief in response to court's questions, incorporate H. Diamond's edits to same, and work on filing with court | 3.30 |
| 05/02/2024 | D. Hosenpud | Final edits to Supplemental Trial Brief (.8); phone conference with H. Diamond (.1) | 0.90 |
| 05/03/2024 | A. Schaer | Analyze post-trial brief from AMCK and consider impacts on case and correspond with D. Hosenpud re same (.8); work on finalizing post-trial filings re updated deposition designations and admitted exhibits (1.7) | 5.00 |
| 05/07/2024 | A. Schaer | Work on finalizing post-trial filings re exhibits and deposition excerpts | 0.40 |
| 05/10/2024 | A. Schaer | Analyze court's orders re potential redactions to trial transcripts and correspondence with D. Hosenpud re strategy for responding to same | 0.30 |

| | |
|---|---|
| Total Hours: | 12.40 |

| | |
|---|---|
| Total Fees: | 6,599.25 |

## RATE SUMMARY

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Darcy Deibele | 2.50 | 409.50 | $1,023.75 |
| David G. Hosenpud | 0.90 | 615.00 | $553.50 |
| Aaron Schaer | 9.00 | 558.00 | $5,022.00 |

**Exhibit 2**
**Page 246 of 251**

<u>RATE SUMMARY</u>

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| | 12.40 | | $6,599.25 |

<u>DISBURSEMENTS</u>

| 05/01/2024 | Client  - Meals - DoorDash - Meal in NY with D. Hosenpud - INV#4082806705010805 | 33.11 |
|---|---|---|
| 05/01/2024 | Client  - Meals - Starbucks - Meal in NY while travelling for trial - INV#4082806705010805 | 15.22 |
| 05/01/2024 | Transportation-C - Lyft - Lyft rides to and from airport for NY travel for trial - INV#4082806705010805 | 140.10 |
| 05/01/2024 | Transportation-C - Lyft - Lyft ride tip (re trips to and from airport for NY travel for trial) - INV#4082806705010805 | 9.45 |

Total Disbursements:                                                              197.88

TOTAL FEES AND COSTS:                                             $        6,797.13

**TOTAL AMOUNT DUE THIS INVOICE:**                       **$        6,797.13**

**Exhibit 2**
**Page 247 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* REDACTED
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use* **pay my bill now**  *link*
*at lanepowell.com or*
*call (206) 223-6288*

**Remit Payments To:**
*Lane Powell PC*
*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn: Cash Receipts*
*Fax: (206) 223-7107*

**Identification No. 20-2071651**

Frontier Airlines, Inc.
Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO  80239
Email: apinvoices@flyfrontier.com

| | |
|---|---|
| Invoice Date | June 30, 2024 |
| Invoice Number | 3934699 |
| Client Matter ID | 022510.000155 |

| | |
|---|---|
| Total Fees: | $31,485.45 |
| Total Costs: | $0.00 |
| **TOTAL AMOUNT DUE THIS INVOICE:** | **$31,485.45** |

PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

· **Anchorage** (907) 277-9511 · **Portland** (503) 778-2100 · **Seattle** (206) 223-7000

For Our Current Seminars and Other Events, Visit lanepowell.com and Click on News & Events

**Exhibit 2**
**Page 248 of 251**



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No.* REDACTED
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use **pay my bill now**  link*
*at lanepowell.com or*
*call (206) 223-6288*

**Remit Payments To:**
*Lane Powell PC*
*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn: Cash Receipts*
*Fax: (206) 223-7107*

**Identification No. 20-2071651**

Frontier Airlines, Inc.
Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO  80239
Email: apinvoices@flyfrontier.com

| | |
|---|---|
| Invoice Date | June 30, 2024 |
| Invoice Number | 3934699 |
| Client Matter ID | 022510.000155 |

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2024

RE: AMCK Aviation Dispute

| Date | Professional | Narrative | Hours |
|---|---|---|---|
| 06/19/2024 | D. Hosenpud | Invoice review for fee petition | 0.70 |
| 06/20/2024 | D. Deibele | Assist with motion for fees and costs: review Lane Powell invoices for privilege and narratives attributable to other matters; organize and calculate costs; review examples from other SDNY cases; confer re scope of expenses to include | 2.00 |
| 06/20/2024 | D. Hosenpud | Work on attorney fees/costs petition | 0.30 |
| 06/20/2024 | D. Deibele | Confer re scope of fee and cost petition; begin reviewing LP timekeeper narratives and highlighting potential redactions | 1.10 |
| 06/21/2024 | A. Schaer | Begin work on fee petition to recover fees and costs awarded by court | 2.30 |
| 06/21/2024 | D. Deibele | Compile exhibits; search for documentation regarding reasonable attorneys fees in SDNY; resume work on back up for fee and cost petition; input Binder & Schwartz narratives; confer with T. Harvey re gaps in invoices provided; compare deposition invoices to charges on list provided by M. Ackaret; review declaration exemplars and drop relevant paragraphs in to draft D. Hosenpud declaration; met with D. Hosenpud, A. Schaer and T. Garcia re fee petition; coordinate with marketing to obtain attorney resumes; locate current resumes of attorneys no longer with Lane Powell; search for updated survey of NY attorney billing rates; confer with library staff re same; consult with M. Ackaret re access to PDFs of invoices reflected on draft cost bill; copy and paste prompts from Relevant motion for fees into D. Hosenpud declaration; confer with T. Harvey re supporting | 4.90 |

**Exhibit 2**
**Page 249 of 251**

documents

| 06/21/2024 | D. Hosenpud | Analysis of fee petition | 0.80 |
|---|---|---|---|
| 06/24/2024 | A. Schaer | Further work performing legal research for petition seeking attorney's fees and costs awarded by court, as well as drafting same | 5.10 |
| 06/24/2024 | D. Hosenpud | Analysis of issues regarding the judgment:  pre-judgment interest, attorneys fees, post judgment interest; work on fee petition | 0.70 |
| 06/24/2024 | D. Deibele | Further work compiling exhibits in support of motion for fees and costs; conferences re LP invoices and other support for motion for fees and costs; confer with LP AP staff re invoices in support of costs; | 3.60 |
| 06/25/2024 | A. Schaer | Further work drafting fee petition to recover costs and fees awarded by court, and additional legal research into same | 5.30 |
| 06/25/2024 | D. Deibele | Assist with motion for fees and costs awarded by the court; confer re summary and detailed exhibits that might aide the court's decision; create chart of timekeeper hourly rates changes over time; | 4.30 |
| 06/26/2024 | A. Schaer | Further work drafting fee petition to recover costs and fees awarded by court, as well as compiling exhibits and drafting supporting declaration | 6.80 |
| 06/26/2024 | D. Deibele | Prepare documents in support of fee and costs awarded by the court including timekeeper hourly rate analysis; participate in team meeting re fee and costs motion, confer re hours LP billed to the case; contact Consilio re copies of invoices; confer with J. Hudson re printing Excel files for attorney review | 1.30 |
| 06/26/2024 | D. Hosenpud | Review and revise fee petition and analysis of fees | 3.40 |
| 06/27/2024 | A. Schaer | Further work drafting fee petition to recover costs and fees awarded by court, as well as compiling exhibits and drafting supporting declaration | 2.90 |
| 06/27/2024 | D. Deibele | Prepare documents in support of fee and costs awarded by the court and circulate link to same; attention to discussion of Brattle fees; prepare and/or revise charts reflecting attorney fees; telephone conference with Accounting re access to documents in support of Cogence invoices; revise and circulate drafts for attorney review; confer with C. Brissenden re D. Hosenpud resume | 2.10 |
| 06/28/2024 | D. Deibele | Attend to documents in support of fee and costs awarded by the court; discuss whether to include fees associated with motion; confer re redactions to exhibits; | 2.80 |
| 06/28/2024 | D. Hosenpud | Prepare declaration to support fee petition and incorporate into memorandum in support of fee petition (5.0); revise the same (.9) | 5.90 |
| 06/28/2024 | A. Schaer | Further work editing and updating fee petition and supporting declaration and exhibits | 2.60 |
| 06/29/2024 | D. Deibele | Review and respond to D. Hosenpud questions re fee petition | 0.30 |
| 06/30/2024 | D. Deibele | Review and edit D. Hosenpud declaration; review and edit motion; revise summary and narrative exhibits; review Brattle invoices for privilege; create chart reflecting total costs and fees; multiple conferences re exhibit preparation; confer re treatment of fees related to fee petition; compile and circulate list of outstanding items to be resolved before filing | 2.70 |
| Total Hours: | | | 61.90 |

**Exhibit 2**
**Page 250 of 251**

Total Fees:                                                                                                                    31,485.45

RATE SUMMARY

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Darcy Deibele | 25.10 | 409.50 | $10,278.45 |
| David G. Hosenpud | 11.80 | 615.00 | $7,257.00 |
| Aaron Schaer | 25.00 | 558.00 | $13,950.00 |
|  | 61.90 |  | $31,485.45 |

TOTAL FEES AND COSTS:                                                                      $        31,485.45

**TOTAL AMOUNT DUE THIS INVOICE:**                                       $        **31,485.45**

**Exhibit 2**
**Page 251 of 251**