**BINDER & SCHWARTZ**

366 Madison Avenue, 6th Floor, New York, NY 10017
Tel 212.510.7008  Fax 212.510.7299  binderschwartz.com

---

Invoice submitted to:                    Invoice No.   10408                    December 10, 2020

Tax ID Number: 46-2098729

David G. Hosenpud
Lane Powell PC
601 S.W. Second Avenue
Suite 2100
Portland, OR 97204

Re:    *Frontier Airlines v. AMCK Aviation Holdings Ireland Limited, et al.*

## INVOICE SUMMARY

For professional services rendered through        November 30, 2020

| | |
|---|---|
| Total Fees | $12,776.00 |
| Current Fees | $12,776.00 |
| Current Disbursements | $400.00 |
| ***Total Balance Due Upon Receipt*** | $13,176.00 |

---

Wire Instructions

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020

ABA Code: 321081669
Account No:80001430215

Mailing Instructions
Send all payments to:

Binder & Schwartz
Attn: Accounts Receivable
366 Madison Avenue, 6th Fl.
New York, NY 10017

(212) 510-7008

**Exhibit 5**
**Page 1 of 23**

**BINDER & SCHWARTZ**

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/16/2020 | N. Binder | Review complaint | 0.40 | $358.00 |
| 11/17/2020 | T. Harvey | Video conferences with N. Binder re: complaint; reviewed and revised draft complaint; video call with R. Campbell; research re: filing requirements. | 5.20 | $3,016.00 |
| 11/17/2020 | R. Campbell | Prepare filings per T. Harvey | 0.90 | $211.50 |
| 11/17/2020 | N. Binder | Review and edit complaint; tcw Mr. Hosenpud; tcws Ms. Harvey; attend to Rule 7.1 Statement and filing issues | 3.50 | $3,132.50 |
| 11/18/2020 | T. Harvey | Video conferences with N. Binder; revised, finalized and filed complaint, summonses, corporate disclosure statement, and civil cover sheet. | 5.30 | $3,074.00 |
| 11/18/2020 | R. Campbell | Revise filings per T. Harvey; pull filings and save | 1.10 | $258.50 |
| 11/18/2020 | N. Binder | Review edits to complaint; tcw Mr. Hosenpud; tcws Ms. Harvey | 1.50 | $1,342.50 |
| 11/19/2020 | T. Harvey | Attended to summonses | 0.20 | $116.00 |
| 11/19/2020 | R. Campbell | Save new docket filings to system and email to T. Harvey | 0.20 | $47.00 |
| 11/20/2020 | T. Harvey | Attended to pleadings, court mandated deadlines, and court rules. | 0.60 | $348.00 |
| 11/20/2020 | N. Binder | Attend to court orders, individual rules and deadlines | 0.40 | $358.00 |
| 11/24/2020 | T. Harvey | Drafted D. Hosenpud pro hac admission documents. | 0.40 | $232.00 |
| 11/24/2020 | R. Campbell | Draft pro hac vice documents per T. Harvey | 1.20 | $282.00 |

| | | | |
|---|---|---|---|
| | For professional services rendered | 20.90 | $12,776.00 |

Additional Charges :

| | | | |
|---|---|---|---|
| 11/18/20 | SDNY filing | | $400.00 |
| | Total additional charges | | $400.00 |

**Exhibit 5**
**Page 2 of 23**

**BINDER &**
**SCHWARTZ**

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Neil S. Binder-Partner | 5.80 | $895.00 |
| Rachel L. Campbell-Paralegal | 3.40 | $235.00 |
| Tessa B. Harvey-Associate | 11.70 | $580.00 |

**Exhibit 5**
**Page 3 of 23**

**BINDER &
SCHWARTZ**

Binder & Schwartz LLP
366 Madison Avenue, 6th Floor, New York, NY 10017
Tel 212.510.7008   Fax 212.510.7299  binderschwartz.com

Invoice submitted to:                    Invoice No.   10479                         March 16, 2021

Tax ID Number: 46-2098729

David G. Hosenpud
Lane Powell PC
601 S.W. Second Avenue
Suite 2100
Portland, OR 97204

Re:    *Frontier Airlines v. AMCK Aviation Holdings Ireland Limited, et al.*

## INVOICE SUMMARY

For professional services rendered through        February 28, 2021

|  |  |  |
|---|---|---|
| Total Fees | $977.50 | |
| Current Fees | | $977.50 |
| Current Disbursements | | $0.00 |
| ***Total Balance Due Upon Receipt*** | | $977.50 |

Wire Instructions

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020

ABA Code: 321081669
Account No:80001430215

Mailing Instructions
Send all payments to:

Binder & Schwartz
Attn: Accounts Receivable
366 Madison Avenue, 6th Fl.
New York, NY 10017

(212) 510-7008

**Exhibit 5**
**Page 4 of 23**

**BINDER & SCHWARTZ**

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/8/2021 | N. Binder | Email correspondence, review local rules and draft cover letter | 0.50 | $447.50 |
| 2/25/2021 | N. Binder | Review SDNY orders and email correspondence | 0.20 | $179.00 |
| 2/28/2021 | T. Harvey | Drafted cover letter and attended to courtesy copies. | 0.20 | $116.00 |
| 2/28/2021 | E. Day | Prepare cover letter and documents to be delivered to court per N. Binder. | 1.00 | $235.00 |
| | For professional services rendered | | 1.90 | $977.50 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Emily Day-Paralegal | 1.00 | $235.00 |
| Neil S. Binder-Partner | 0.70 | $895.00 |
| Tessa B. Harvey-Associate | 0.20 | $580.00 |

**Exhibit 5**
**Page 5 of 23**

**BINDER & SCHWARTZ**

Binder & Schwartz LLP
366 Madison Avenue, 6th Floor, New York, NY 10017
Tel 212.510.7008  Fax 212.510.7299  binderschwartz.com

| | | |
|---|---|---|
| Invoice submitted to: | Invoice No.   10512 | April 29, 2021 |

Tax ID Number: 46-2098729

David G. Hosenpud
Lane Powell PC
601 S.W. Second Avenue
Suite 2100
Portland, OR 97204

Re:     *Frontier Airlines v. AMCK Aviation Holdings Ireland Limited, et al.*

## INVOICE SUMMARY

For professional services rendered through      March 31, 2021

| | | |
|---|---|---|
| Total Fees | $561.00 | |
| Current Fees | | $561.00 |
| Current Disbursements | | $0.00 |
| ***Total Balance Due Upon Receipt*** | | $561.00 |

Wire Instructions

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020

ABA Code: 321081669
Account No:80001430215

Mailing Instructions
Send all payments to:

Binder & Schwartz
Attn: Accounts Receivable
366 Madison Avenue, 6th Fl.
New York, NY 10017

(212) 510-7008

**Exhibit 5**
**Page 6 of 23**

**BINDER & SCHWARTZ**

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/1/2021 | E. Day | Managing preparing courtesy copies and delivering to Judge Stanton per N. Binder. | 1.00 | $235.00 |
| 3/1/2021 | E. Day | Conference call w T. Harvey re delivering courtesy copies to SDNY. | 0.40 | $94.00 |
| 3/2/2021 | T. Harvey | Attended to courtesy copies; video conference with E. Day re: same. | 0.40 | $232.00 |
| For professional services rendered |  |  | 1.80 | $561.00 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Emily Day-Paralegal | 1.40 | $235.00 |
| Tessa B. Harvey-Associate | 0.40 | $580.00 |

# BINDER & SCHWARTZ

Binder & Schwartz LLP
366 Madison Avenue, 6th Floor, New York, NY 10017
Tel 212.510.7008   Fax 212.510.7299   binderschwartz.com

---

Invoice submitted to:                          Invoice No.   10600                          August 12, 2021

Tax ID Number: 46-2098729

David G. Hosenpud
Lane Powell PC
601 S.W. Second Avenue
Suite 2100
Portland, OR 97204

Re:   *Frontier Airlines v. AMCK Aviation Holdings Ireland Limited, et al.*

## INVOICE SUMMARY

For professional services rendered through        July 31, 2021

| | | |
|---|---|---|
| Total Fees | $689.50 | |
| Current Fees | | $689.50 |
| Current Disbursements | | $0.00 |
| ***Total Balance Due Upon Receipt*** | | $689.50 |

Wire Instructions

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020

ABA Code: 321081669
Account No:80001430215

Mailing Instructions
Send all payments to:

Binder & Schwartz
Attn: Accounts Receivable
366 Madison Avenue, 6th Fl.
New York, NY 10017

(212) 510-7008

**Exhibit 5**
**Page 8 of 23**

**BINDER & SCHWARTZ**

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/11/2021 | T. Harvey | Attended to initial disclosures | 0.50 | $290.00 |
| 7/1/2021 | E. Day | Conference call w T. Harvey re hand delivery of filing. | 0.20 | $47.00 |
| 7/1/2021 | E. Day | Prepare courtesy copy and hand deliver to court at SDNY. | 1.40 | $329.00 |
| 7/2/2021 | E. Day | Manage saving new docket filing to system. | 0.10 | $23.50 |
| | For professional services rendered | | 2.20 | $689.50 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Emily Day-Paralegal | 1.70 | $235.00 |
| Tessa B. Harvey-Associate | 0.50 | $580.00 |

**Exhibit 5**
**Page 9 of 23**

**BINDER &
SCHWARTZ**

Binder & Schwartz LLP
366 Madison Avenue, 6th Floor, New York, NY 10017
Tel 212.510.7008   Fax 212.510.7299   binderschwartz.com

Invoice submitted to:          Invoice No.   10743                    January 20, 2022

Tax ID Number: 46-2098729

David G. Hosenpud
Lane Powell PC
601 S.W. Second Avenue
Suite 2100
Portland, OR 97204

Re:    *Frontier Airlines v. AMCK Aviation Holdings Ireland Limited, et al.*
       File No.: 022510.000155

## INVOICE SUMMARY

For professional services rendered through      December 31, 2021

| | | |
|---|---|---|
| Total Fees | $1,412.00 | |
| Current Fees | | $1,412.00 |
| Current Disbursements | | $0.00 |
| ***Total Balance Due Upon Receipt*** | | $1,412.00 |

Wire Instructions

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020

ABA Code: 321081669
Account No:80001430215

Mailing Instructions
Send all payments to:

Binder & Schwartz
Attn: Accounts Receivable
366 Madison Avenue, 6th Fl.
New York, NY 10017

(212) 510-7008

**Exhibit 5
Page 10 of 23**

**BINDER & SCHWARTZ**

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/28/2021 | T. Harvey | Video conferences with N. Binder; video conference with N. Binder, D. Hosenpud, and A. Schaer; reviewed law on fraudulent conveyances. | 1.20 | $696.00 |
| 12/28/2021 | N. Binder | Call with Mr. Hosenpud, Mr. Schaer and Ms. Harvey | 0.60 | $537.00 |
| 12/28/2021 | N. Binder | Call with Ms. Harvey | 0.20 | $179.00 |
| | For professional services rendered | | 2.00 | $1,412.00 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Neil S. Binder-Partner | 0.80 | $895.00 |
| Tessa B. Harvey-Associate | 1.20 | $580.00 |

**Exhibit 5**
**Page 11 of 23**

**BINDER &**
**SCHWARTZ**

Binder & Schwartz LLP
366 Madison Avenue, 6th Floor, New York, NY 10017
Tel 212.510.7008  Fax 212.510.7299  binderschwartz.com

---

Invoice submitted to:                    Invoice No.  10752                    February 9, 2022

Tax ID Number: 46-2098729

David G. Hosenpud
Lane Powell PC
601 S.W. Second Avenue
Suite 2100
Portland, OR 97204

Re:    *Frontier Airlines v. AMCK Aviation Holdings Ireland Limited, et al.*
       File No.: 022510.000155

## INVOICE SUMMARY

For professional services rendered through      January 31, 2022

|  | | |
|---|---|---|
| Total Fees | $495.00 | |
| Current Fees | | $495.00 |
| Current Disbursements | | $0.00 |
| ***Total Balance Due Upon Receipt*** | | $495.00 |

---

Wire Instructions

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020

ABA Code: 321081669
Account No:80001430215

Mailing Instructions
Send all payments to:

Binder & Schwartz
Attn: Accounts Receivable
366 Madison Avenue, 6th Fl.
New York, NY 10017

(212) 510-7008

**Exhibit 5**
**Page 12 of 23**

**BINDER &
SCHWARTZ**

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/10/2022 | N. Binder | Review draft letter to Court re discovery; tcw Mr. Hosenpud re same | 0.50 | $495.00 |
|  | For professional services rendered |  | 0.50 | $495.00 |

<u>Timekeeper Summary</u>

| <u>Name</u> |  | <u>Hours</u> | <u>Rate</u> |
|---|---|---|---|
| Neil S. Binder-Partner |  | 0.50 | $990.00 |

**Exhibit 5
Page 13 of 23**

**BINDER &
SCHWARTZ**

Binder & Schwartz LLP
366 Madison Avenue, 6th Floor, New York, NY 10017
Tel 212.510.7008   Fax 212.510.7299   binderschwartz.com

| | | |
|---|---|---|
| Invoice submitted to: | Invoice No.   10798 | March 8, 2022 |

Tax ID Number: 46-2098729

David G. Hosenpud
Lane Powell PC
601 S.W. Second Avenue
Suite 2100
Portland, OR 97204

Re:   *Frontier Airlines v. AMCK Aviation Holdings Ireland Limited, et al.*
File No.: 022510.000155

## INVOICE SUMMARY

For professional services rendered through     February 28, 2022

| | | |
|---|---|---|
| Total Fees | $1,188.00 | |
| Current Fees | | $1,188.00 |
| Current Disbursements | | $0.00 |
| ***Total Balance Due Upon Receipt*** | | $1,188.00 |

Wire Instructions

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020

ABA Code: 321081669
Account No:80001430215

Mailing Instructions
Send all payments to:

Binder & Schwartz
Attn: Accounts Receivable
366 Madison Avenue, 6th Fl.
New York, NY 10017

(212) 510-7008

**Exhibit 5
Page 14 of 23**

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/9/2022 | N. Binder | Call with Mr. Hosenpud re status and discovery | 0.80 | $792.00 |
| 2/16/2022 | N. Binder | Tcw Mr. Hosenpud re depositions | 0.40 | $396.00 |

For professional services rendered                                    1.20    $1,188.00

Timekeeper Summary

| Name |  | Hours | Rate |
|---|---|---|---|
| Neil S. Binder-Partner |  | 1.20 | $990.00 |

**BINDER &
SCHWARTZ**

Binder & Schwartz LLP
366 Madison Avenue, 6th Floor, New York, NY 10017
Tel 212.510.7008   Fax 212.510.7299   binderschwartz.com

---

Invoice submitted to:                    Invoice No.   10822                    April 12, 2022

Tax ID Number: 46-2098729

David G. Hosenpud
Lane Powell PC
601 S.W. Second Avenue
Suite 2100
Portland, OR 97204

Re:   *Frontier Airlines v. AMCK Aviation Holdings Ireland Limited, et al.*
      File No.: 022510.000155

## INVOICE SUMMARY

For professional services rendered through        March 31, 2022

| | | |
|---|---|---|
| Total Fees | $11,742.00 | |
| Current Fees | | $11,742.00 |
| Current Disbursements | | $1,597.17 |
| ***Total Balance Due Upon Receipt*** | | $13,339.17 |

---

Wire Instructions

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020

ABA Code: 321081669
Account No:80001430215

Mailing Instructions
Send all payments to:

Binder & Schwartz
Attn: Accounts Receivable
366 Madison Avenue, 6th Fl.
New York, NY 10017

(212) 510-7008

**Exhibit 5
Page 16 of 23**

**BINDER & SCHWARTZ**

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/2/2022 | N. Binder | Call with Mr. Hosenpud; attend to AAMC letter; review local rules | 0.60 | $594.00 |
| 3/8/2022 | E. Day | Manage printing and sending out courtesy copies to Judge Stanton per T. Harvey. | 0.40 | $106.00 |
| 3/8/2022 | B. Lee | Prepare courtesy copies and send to chambers per T.Harvey | 0.40 | $106.00 |
| 3/8/2022 | T. Harvey | Attended to courtesy copies of motion papers | 0.20 | $129.00 |
| 3/17/2022 | T. Harvey | Video conference with E. Day re: deposition prep and logistics | 0.20 | $129.00 |
| 3/17/2022 | E. Day | Communicate with co-counsel paralegals re deposition prep. | 0.20 | $53.00 |
| 3/17/2022 | E. Day | Conference call w T. Harvey re coordinating with co-counsel for depositions. | 0.20 | $53.00 |
| 3/17/2022 | N. Binder | Call with Mr. Hosenpud re upcoming depositions and potential claim | 0.40 | $396.00 |
| 3/18/2022 | E. Day | Call w co-counsel paralegal to coordinate for deposition prep. | 0.20 | $53.00 |
| 3/18/2022 | E. Day | Communicate w T. Harvey re coordinating w co-counsel for deposition prep. | 0.40 | $106.00 |
| 3/21/2022 | E. Day | Communicate with co-counsel paralegals and vendor re prepping deposition exhibits per N. Binder. | 0.40 | $106.00 |
| 3/21/2022 | N. Binder | Meeting with Mr. Hosenpud | 0.50 | $495.00 |
| 3/22/2022 | E. Day | Manage printing and assembling of exhibits for co-counsel per D. Hosenpud/ N. Binder. | 0.40 | $106.00 |
| 3/24/2022 | E. Day | Manage packing and shipping deposition documents to Portland per co-counsel D. Hosenpud. | 0.80 | $212.00 |
| 3/24/2022 | E. Day | Manage printing and assembling deposition exhibits per co-counsel D. Hosenpud/ N. Binder. | 0.20 | $53.00 |
| 3/27/2022 | E. Fisher | Review key docs to prepare for call with D Hosenpud | 0.40 | $396.00 |
| 3/28/2022 | E. Fisher | Review materials provided by D Hosenpud and evaluate constructive trust, attachment and other remedies; call with D Schoeggl , D Hosenpud and N Binder; call with N Binder and T Harvey | 2.20 | $2,178.00 |

**Exhibit 5**
**Page 17 of 23**

**BINDER & SCHWARTZ**

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/28/2022 | T. Harvey | Video conference with N. Binder and E. Fisher re: prejudgment attachment and constructive trust research. | 0.50 | $322.50 |
| 3/28/2022 | N. Binder | Review lease, framework agreement and correspondence in connection with potential claim; meeting with Mr. Fisher re same; call with Mr. Schoeggl, Mr. Hosenpud and Mr. Fisher re potential claims; call with Mr. Fisher and Ms. Harvey re attachment and potential claims | 2.10 | $2,079.00 |
| 3/30/2022 | T. Harvey | Research re: prejudgment attachment; research re: constructive trust; drafted summary of research on prejudgment attachment and constructive trust | 3.70 | $2,386.50 |
| 3/30/2022 | N. Binder | Review memo on potential claims | 0.20 | $198.00 |
| 3/31/2022 | E. Fisher | Review results of research re constructive trust and prejudgment attachment; confer with N Binder re same; email memo to co-counsel re same | 1.30 | $1,287.00 |
| 3/31/2022 | N. Binder | Tcw Mr. Fisher re potential claims | 0.20 | $198.00 |

| For professional services rendered | 16.10 | $11,742.00 |
|---|---|---|

Additional Charges :

| 03/08/22 | Hand deliver courtesy copies of Letter to Motion to Seal, Hosenbund Decl and Exhibits, and Response to Letter Motion to courthouse | $37.15 |
|---|---|---|
| 03/21/22 | Prepare deposition exhibits for D Hosenpud | $909.87 |
| 03/25/22 | Overnight delivery to Lane Powell | $182.40 |
|  | Overnight delivery to Lane Powell | $159.28 |
|  | Overnight delivery to D Hosenpud | $308.47 |
| Total additional charges | | $1,597.17 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Bridget Lee-Paralegal | 0.40 | $265.00 |
| Emily Day-Paralegal | 3.20 | $265.00 |
| Eric B. Fisher-Partner | 3.90 | $990.00 |
| Neil S. Binder-Partner | 4.00 | $990.00 |

**Exhibit 5**
**Page 18 of 23**

| Name | Hours | Rate |
| --- | --- | --- |
| Tessa B. Harvey-Associate | 4.60 | $645.00 |

**BINDER &
SCHWARTZ**

Binder & Schwartz LLP
366 Madison Avenue, 6th Floor, New York, NY 10017
Tel 212.510.7008   Fax 212.510.7299   binderschwartz.com

---

Invoice submitted to:                    Invoice No.   11151                              January 17, 2023

Tax ID Number: 46-2098729

David G. Hosenpud
Lane Powell PC
601 S.W. Second Avenue
Suite 2100
Portland, OR 97204

Re:    *Frontier Airlines v. AMCK Aviation Holdings Ireland Limited, et al.*
       File No.: 022510.000155

## INVOICE SUMMARY

For professional services rendered through        December 31, 2022

| | | |
|---|---|---|
| Total Fees | $2,962.50 | |
| Current Fees | | $2,962.50 |
| Current Disbursements | | $0.00 |
| ***Total Balance Due Upon Receipt*** | | $2,962.50 |

---

Wire Instructions

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020

ABA Code: 321081669
Account No: 80017782933

Mailing Instructions
Send all payments to:

Binder & Schwartz
Attn: Accounts Receivable
366 Madison Avenue, 6th Fl.
New York, NY 10017

(212) 510-7008

**Exhibit 5**
**Page 20 of 23**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/2/2022 | T. Harvey | Telephone call with SDNY clerk re: filing under seal; correspond with Lane Powel re: same. | 0.30 | $193.50 |
| 12/7/2022 | T. Harvey | Attended to courtesy copy requirements and cover letter re: same. | 0.20 | $129.00 |
| 12/12/2022 | E. Day | Manage printing and assembling courtesy copies of Response to Summary Judgment Filings and supporting documents and coordinating delivery to court per T. Harvey. | 3.00 | $795.00 |
| 12/12/2022 | T. Harvey | Attended to courtesy copies review and preparation; revised cover letter regarding same; meetings with E. Day re: same; meeting with N. Binder re: same | 2.40 | $1,548.00 |
| 12/12/2022 | N. Binder | Meeting with Ms. Harvey | 0.30 | $297.00 |

|  |  | Hours | Amount |
|--|--|-------|--------|
| For professional services rendered | | 6.20 | $2,962.50 |

## Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Emily Day-Paralegal | 3.00 | $265.00 |
| Neil S. Binder-Partner | 0.30 | $990.00 |
| Tessa B. Harvey-Associate | 2.90 | $645.00 |

**BINDER & SCHWARTZ**

Binder & Schwartz LLP
675 Third Avenue, 26th Floor, New York, NY 10017
Tel 212.510.7008   Fax 212.510.7299   binderschwartz.com

---

Invoice submitted to:                    Invoice No.   11429                    December 13, 2023

Tax ID Number: 46-2098729

David G. Hosenpud
Lane Powell PC
601 S.W. Second Avenue
Suite 2100
Portland, OR 97204

Re:   *Frontier Airlines v. AMCK Aviation Holdings Ireland Limited, et al.*
      File No.: 022510.000155

### INVOICE SUMMARY

For professional services rendered through        November 30, 2023

| | | |
|---|---|---|
| Total Fees | $3,446.00 | |
| Current Fees | | $3,446.00 |
| Current Disbursements | | $0.00 |
| ***Total Balance Due Upon Receipt*** | | $3,446.00 |

---

Wire Instructions

JPMorgan Chase Bank, N.A.
383 Madison Avenue
New York, NY 10017

ABA Code: 021000021
Account No: 932967331

Mailing Instructions
Send all payments to:

Binder & Schwartz
Attn: Accounts Receivable
675 Third Avenue, 26th Floor
New York, NY 10017

(212) 510-7008

**Exhibit 5**
**Page 22 of 23**

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/25/2023 | G. Pruden | Research re one-way indemnity provisions in New York | 0.80 | $568.00 |
| 9/21/2023 | T. Harvey | Attended to courtesy copy of pretrial documents. | 1.30 | $923.00 |
| 9/22/2023 | T. Harvey | Attended to courtesy copy of pretrial documents; reviewed same; drafted cover letter re: same. | 2.10 | $1,491.00 |
| 9/22/2023 | N. Castle | Prepare binder of courtesy copies of plaintiff's pretrial documents to send to judge | 1.60 | $464.00 |
| | | For professional services rendered | 5.80 | $3,446.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Gregory C. Pruden-Associate | 0.80 | $710.00 |
| Naomi Castle-Paralegal | 1.60 | $290.00 |
| Tessa B. Harvey-Associate | 3.40 | $710.00 |