| TKPR Name | Hours Worked | Billed Amt |
|---|---|---|
| Binder, Neil S. | 13.3 | $ 12,473.50 |
| Harvey, Tessa B. | 24.9 | $ 15,371.50 |
| Day, Emily | 10.3 | $ 2,606.50 |
| Campbell, Rachel L. | 3.4 | $ 799.00 |
| Lee, Bridget | 0.4 | $ 106.00 |
| Fisher, Eric B. | 3.9 | $ 3,861.00 |
| Pruden, Gregory C. | 0.8 | $ 568.00 |
| Castle, Naomi | 1.6 | $ 464.00 |
| **TOTAL** | **58.60** | **$ 36,249.50** |

**Exhibit 6**
**Page 1 of 5**

| TKPR Name | Title | 2020 | 2021 | 2022 | 2023 | 2024 |
|-----------|-------|------|------|------|------|------|
| Binder, Neil S. | Partner | $ 895.00 | $ 895.00 | $ 990.00 | | |
| Harvey, Tessa B. | Associate | $ 580.00 | $ 580.00 | $ 645.00 | $ 710.00 | |
| Day, Emily | Paralegal | | $ 235.00 | $ 265.00 | | |
| Campbell, Rachel L. | Paralegal | $ 235.00 | | | | |
| Lee, Bridget | Paralegal | | | $ 265.00 | | |
| Fisher, Eric B. | Partner | | | $ 990.00 | | |
| Pruden, Gregory C. | Associate | | | | $ 710.00 | |
| Castle, Naomi | Paralegal | | | | $ 290.00 | |

**Exhibit 6**
**Page 2 of 5**

| Date | TKPR Name | Narrative | Hourly Rate |
|------|-----------|-----------|-------------|
| 11/16/20 | Binder, Neil S. | Review complaint | $895.00 |
| 11/17/20 | Binder, Neil S. | Review and edit complaint; tcw D. Hosenpud; tcws T. Harvey; attend to Rule 7.1 Statement and filing issues | $895.00 |
| 11/17/20 | Campbell, Rachel L. | Prepare filings per T. Harvey | $235.00 |
| 11/17/20 | Harvey, Tessa B. | Video conferences with N. Binder re: complaint; reviewed and revised draft complaint; video call with R. Campbell; research re: filing requirements. | $580.00 |
| 11/18/20 | Binder, Neil S. | Review edits to complaint; tcw D. Hosenpud; tcws T. Harvey | $895.00 |
| 11/18/20 | Campbell, Rachel L. | Revise filings per T. Harvey; pull filings and save | $235.00 |
| 11/18/20 | Harvey, Tessa B. | Video conferences with N. Binder; revised, finalized and filed complaint, summonses, corporate disclosure statement, and civil cover sheet. | $580.00 |
| 11/19/20 | Campbell, Rachel L. | Save new docket filings to system and email to T. Harvey | $235.00 |
| 11/19/20 | Harvey, Tessa B. | Attended to summonses | $580.00 |
| 11/20/20 | Binder, Neil S. | Attend to court orders, individual rules and deadlines | $895.00 |
| 11/20/20 | Harvey, Tessa B. | Attended to pleadings, court mandated deadlines, and court rules. | $580.00 |
| 11/24/20 | Campbell, Rachel L. | Draft pro hac vice documents per T. Harvey | $235.00 |
| 11/24/20 | Harvey, Tessa B. | Drafted D. Hosenpud pro hac admission documents. | $580.00 |
| 02/08/21 | Binder, Neil S. | Email correspondence, review local rules and draft cover letter | $895.00 |
| 02/25/21 | Binder, Neil S. | Review SDNY orders and email correspondence | $895.00 |
| 02/28/21 | Day, Emily | Prepare cover letter and documents to be delivered to court per N. Binder. | $235.00 |
| 02/28/21 | Harvey, Tessa B. | Drafted cover letter and attended to courtesy copies. | $580.00 |
| 03/01/21 | Day, Emily | Managing preparing courtesy copies and delivering to Judge Stanton per N. Binder. | $235.00 |
| 03/01/21 | Day, Emily | Conference call w T. Harvey re delivering courtesy copies to SDNY. | $235.00 |
| 03/02/21 | Harvey, Tessa B. | Attended to courtesy copies; video conference with E. Day re: same. | $580.00 |
| 06/11/21 | Harvey, Tessa B. | Attended to initial disclosures | $580.00 |
| 07/01/21 | Day, Emily | Conference call w T. Harvey re hand delivery of filing. | $235.00 |
| 07/01/21 | Day, Emily | Prepare courtesy copy and hand deliver to court at SDNY. | $235.00 |
| 07/02/21 | Day, Emily | Manage saving new docket filing to system. | $235.00 |
| 12/28/21 | Binder, Neil S. | Call with D. Hosenpud, A. Schaer and T. Harvey | $895.00 |
| 12/28/21 | Binder, Neil S. | Call with T. Harvey | $895.00 |
| 12/28/21 | Harvey, Tessa B. | Video conferences with N. Binder; video conference with N. Binder, D. Hosenpud, and A. Schaer; reviewed law on fraudulent conveyances. | $580.00 |
| 01/10/22 | Binder, Neil S. | Review draft letter to Court re discovery; tcw D. Hosenpud re same | $990.00 |
| 02/09/22 | Binder, Neil S. | Call with D. Hosenpud re status and discovery | $990.00 |
| 02/16/22 | Binder, Neil S. | Tcw D. Hosenpud re depositions | $990.00 |
| 03/02/22 | Binder, Neil S. | Call with D. Hosenpud; attend to AAMC letter; review local rules | $990.00 |
| 03/08/22 | Lee, Bridget | Prepare courtesy copies and send to chambers per T.Harvey | $265.00 |
| 03/08/22 | Day, Emily | Manage printing and sending out courtesy copies to Judge Stanton per T. Harvey. | $265.00 |
| 03/08/22 | Harvey, Tessa B. | Attended to courtesy copies of motion papers | $645.00 |
| 03/17/22 | Day, Emily | Communicate with co-counsel paralegals re deposition prep. | $265.00 |
| 03/17/22 | Day, Emily | Conference call w T. Harvey re coordinating with co-counsel for depositions. | $265.00 |

**Exhibit 6**
**Page 3 of 5**

| Date | TKPR Name | Narrative | Hourly Rate |
|---|---|---|---|
| 03/17/22 | Binder, Neil S. | Call with D. Hosenpud re upcoming depositions and potential claim | $990.00 |
| 03/17/22 | Harvey, Tessa B. | Video conference with E. Day re: deposition prep and logistics | $645.00 |
| 03/18/22 | Day, Emily | Call w co-counsel paralegal to coordinate for deposition prep. | $265.00 |
| 03/18/22 | Day, Emily | Communicate w T. Harvey re coordinating w co-counsel for deposition prep. | $265.00 |
| 03/21/22 | Day, Emily | Communicate with co-counsel paralegals and vendor re prepping deposition exhibits per N. Binder. | $265.00 |
| 03/21/22 | Binder, Neil S. | Meeting with D. Hosenpud | $990.00 |
| 03/22/22 | Day, Emily | Manage printing and assembling of exhibits for co-counsel per D. Hosenpud/ N. Binder. | $265.00 |
| 03/24/22 | Day, Emily | Manage packing and shipping deposition documents to Portland per co-counsel D. Hosenpud. | $265.00 |
| 03/24/22 | Day, Emily | Manage printing and assembling deposition exhibits per co-counsel D. Hosenpud/ N. Binder. | $265.00 |
| 03/27/22 | Fisher, Eric B. | Review key docs to prepare for call with D Hosenpud | $990.00 |
| 03/28/22 | Fisher, Eric B. | Review materials provided by D Hosenpud and evaluate constructive trust, attachment and other remedies; call with D Schoeggl , D Hosenpud and N Binder; call with N Binder and T Harvey | $990.00 |
| 03/28/22 | Binder, Neil S. | Review lease, framework agreement and correspondence in connection with potential claim; meeting with E. Fisher re same; call with D. Schoeggl, D. Hosenpud and E. Fisher re potential claims; call with E. Fisher and T. Harvey re attachment and potential claims | $990.00 |
| 03/28/22 | Harvey, Tessa B. | Video conference with N. Binder and E. Fisher re: prejudgment attachment and constructive trust research. | $645.00 |
| 03/30/22 | Binder, Neil S. | Review memo on potential claims | $990.00 |
| 03/30/22 | Harvey, Tessa B. | Research re: prejudgment attachment; research re: constructive trust; drafted summary of research on prejudgment attachment and constructive trust | $645.00 |
| 03/31/22 | Fisher, Eric B. | Review results of research re constructive trust and prejudgment attachment; confer with N Binder re same; email memo to co-counsel re same | $990.00 |
| 03/31/22 | Binder, Neil S. | Tcw E. Fisher re potential claims | $990.00 |
| 12/02/22 | Harvey, Tessa B. | Telephone call with SDNY clerk re: filing under seal; correspond with Lane Powel re: same. | $645.00 |
| 12/07/22 | Harvey, Tessa B. | Attended to courtesy copy requirements and cover letter re: same. | $645.00 |
| 12/12/22 | Day, Emily | Manage printing and assembling courtesy copies of Response to Summary Judgment Filings and supporting documents and coordinating delivery to court per T. Harvey. | $265.00 |
| 12/12/22 | Binder, Neil S. | Meeting with T. Harvey | $990.00 |
| 12/12/22 | Harvey, Tessa B. | Attended to courtesy copies review and preparation; revised cover letter regarding same; meetings with E. Day re: same; meeting with N. Binder re: same | $645.00 |
| 08/25/23 | Pruden, Gregory C. | Research re one-way indemnity provisions in New York | $710.00 |
| 09/21/23 | Harvey, Tessa B. | Attended to courtesy copy of pretrial documents. | $710.00 |

**Exhibit 6**
**Page 4 of 5**

| Date | TKPR Name | Narrative | Hourly Rate |
|---|---|---|---|
| 09/22/23 | Castle, Naomi | Prepare binder of courtesy copies of plaintiff's pretrial documents to send to judge | $290.00 |
| 09/22/23 | Harvey, Tessa B. | Attended to courtesy copy of pretrial documents; reviewed same; drafted cover letter re: same. | $710.00 |

**Exhibit 6**
**Page 5 of 5**