| Category | Billed Amt |
|---|---:|
| Courier | $ 1,740.40 |
| Delivery Charge | $ 2,613.14 |
| ESI Services | $ 1,526.37 |
| Filing Fees | $ 819.00 |
| Misc. | $ 5.50 |
| Online Research | $ 1,444.68 |
| Postage | $ 6.07 |
| Printing | $ 11,249.88 |
| Process Server | $ 762.38 |
| Specialized Research | $ 56.90 |
| Travel - airfare | $ 9,798.09 |
| Travel - IT services | $ 1,560.66 |
| Travel - lodging | $ 33,755.01 |
| Travel - meals | $ 3,779.45 |
| Travel - taxi | $ 2,329.94 |
| **TOTAL** | **$ 71,447.47** |

Costs    1

**Exhibit 7**
**Page 1 of 6**

| Date | Tkpr | Bill Num | Billed Amt | Narrative | Category |
|---|---|---|---|---|---|
| 12/18/20 | 3276 | 3843296 | $81.96 | Messenger and courier service - Federal Express Corp 11/23/20 | Courier |
| 12/18/20 | 3276 | 3843296 | $81.96 | Messenger and courier service - Federal Express Corp 11/25/20 | Courier |
| 03/19/21 | 1547 | 3851733 | $77.18 | Messenger and courier service - Federal Express Corp 3/1/21 | Courier |
| 3/8/2022 | | Binder | $37.15 | 03/08/22 Hand deliver courtesy copies of Letter to Motion to Seal, Hosenbund Decl and Exhibits, and Response to Letter Motion to courthouse | Courier |
| 03/25/22 | | Binder | $182.40 | Overnight delivery to Lane Powell | Courier |
| 03/25/22 | | Binder | $159.28 | Overnight delivery to Lane Powell | Courier |
| 03/25/22 | | Binder | $308.47 | Overnight delivery to David Hosenpud | Courier |
| 04/30/24 | 3226 | 3930843 | $812.00 | Messenger and Courier Service - Need It Now New York - Pick up and deliveries during trial - INV#740968 | Courier |
| 03/15/22 | 1991 | 3874704 | $23.00 | Delivery charge Mercury PDX LLC - Binder delivery to David Hosenpud - INV#00127041 | Delivery Charge |
| 03/31/22 | 1991 | 3878482 | $52.29 | Delivery charge MercuryPDX LLC - Delivery to David Hosenpud's house - INV#00127247 | Delivery Charge |
| 10/21/23 | 1991 | 3914003 | $318.93 | Delivery Charge - United Parcel Service - UPS delivery - INV#0000946679423-23 | Delivery Charge |
| 03/09/24 | 1991 | 3928211 | $455.36 | Delivery Charge - United Parcel Service - UPS deliveries - INV#0000946679104-24 | Delivery Charge |
| 04/06/24 | 1991 | 3930843 | $1,248.19 | Delivery Charge - United Parcel Service - UPS deliveries - INV#0000946679144-24 | Delivery Charge |
| 04/13/24 | 1991 | 3930843 | $35.33 | Delivery Charge - United Parcel Service - UPS deliveries - INV#0000946679154-24 | Delivery Charge |
| 04/20/24 | 1991 | 3930843 | $480.04 | Delivery Charge - United Parcel Service - UPS deliveries - INV#0000946679164-24 | Delivery Charge |
| 02/24/21 | | 3847212 | $ 170.00 | Lumos Discovery Svcs, a Division of LP Pre-processing, Normalizing and Staging - per Hour | ESI Services |
| 02/24/21 | | 3847212 | $ 34.00 | Lumos Discovery Svcs, a Division of LP Project Management - per Hour | ESI Services |
| 02/24/21 | | 3847212 | $ 70.17 | Lumos Discovery Svcs, a Division of LP Shipping - Fedex | ESI Services |
| 02/24/21 | | 3847212 | $ 97.20 | Lumos Discovery Svcs, a Division of LP Shipping - Fedex | ESI Services |
| 02/24/21 | | 3847212 | $ 82.50 | Lumos Discovery Svcs, a Division of LP Collection Services - per Hour | ESI Services |
| 08/27/21 | | 3859977 | $ 137.50 | Lumos Discovery Svcs, a Division of LP Collection Services - per Hour | ESI Services |
| 08/27/21 | | 3859977 | $ 34.00 | Lumos Discovery Svcs, a Division of LP Data Culling & Processing Technical Support - per Hour | ESI Services |
| 08/27/21 | | 3859977 | $ 901.00 | Lumos Discovery Svcs, a Division of LP Project Management - per Hour | ESI Services |
| 11/18/2020 | | 3843296 | $400 | SDNY filing. Paid by Binder & Schwarz | Filing Fees |
| 11/25/20 | 577 | 3851733 | $19.00 | Filing fee - FF - COURTS/USDC-OR - Pro hac vice admission to SDNY - Merchant category code: 9399 | Filing Fees |
| 12/09/20 | 577 | 3856234 | $200.00 | Filing fee - COURTS/USDC-NY-S - David Hosenpud's pro hac vice application | Filing Fees |
| 11/04/21 | 3226 | 3867965 | $200.00 | Filing fee - New York Southern District Court Pro Hac Vice filing fee | Filing Fees |
| 12/12/20 | 3276 | 3843296 | $5.50 | Bank wire fee - - BINDER & SCHWARTZ LLP 12/12/2020 wire 9175 | Misc. |
| 12/09/20 | 3276 | 3843296 | $1.00 | Certificate of good standing - - Supreme Court | Online Research |
| 05/31/21 | 3276 | 3856234 | $4.60 | Pacer Search Portland 05/2021 | Online Research |
| 06/30/21 | 3276 | 3856234 | $5.40 | Portland - Docket Research, Pacer 07/2021 | Online Research |
| 06/30/21 | 3276 | 3856234 | $3.09 | Seattle - Docket Research, Pacer 07/2021 | Online Research |
| 10/27/21 | 3226 | 3866621 | $10.00 | Certificate of good standing - MICHIGAN SUPREME COURT - Pro Hac Vice motion | Online Research |
| 12/17/21 | 3226 | 3867965 | $10.00 | Certificate of good standing - Michigan Supreme Court | Online Research |
| 05/16/22 | 2800 | 3878482 | $271.05 | Records obtained from COMPANIES REGISTRATION OF - obtain Irish company documents re Accipiter for P. Lambert and Q. Miao | Online Research |
| 05/16/22 | 3172 | 3878482 | $2.61 | Records obtained from COMPANIES REGISTRATION OF - Records Requested for Client | Online Research |
| 05/16/22 | 3172 | 3878482 | $0.03 | Records obtained from CURRENCY CONVERSION FEE - Currency Conversion Fee - Client Records Requested | Online Research |
| 05/16/22 | 2800 | 3878482 | $2.71 | Records obtained from CURRENCY CONVERSION FEE - fee for obtaining Irish company documents re Accipiter for P. Lambert and Q. Miao | Online Research |
| 05/17/22 | 2800 | 3878482 | $190.10 | Records obtained from COMPANIES REGISTRATION OF - Obtain Irish company documents re Accipiter Investments for P. Lambert and Q. Miao | Online Research |
| 05/17/22 | 2800 | 3878482 | $388.55 | Records obtained from COMPANIES REGISTRATION OF - Obtain Irish company documents re AMCK for P. Lambert and Q. Miao | Online Research |
| 05/17/22 | 2800 | 3878482 | $419.89 | Records obtained from COMPANIES REGISTRATION OF - Obtaining Irish company documents re Vermillion for P. Lambert and Q. Miao | Online Research |
| 05/17/22 | 3172 | 3878482 | $2.61 | Records obtained from COMPANIES REGISTRATION OF - Records Requested for Client | Online Research |
| 05/17/22 | 3172 | 3878482 | $2.61 | Records obtained from COMPANIES REGISTRATION OF - Records Requested for Client | Online Research |
| 05/17/22 | 3172 | 3878482 | $0.65 | Records obtained from CURRENCY CONVERSION FEE - Currency Conversion Fee - Client Records Order Request | Online Research |
| 05/17/22 | 3172 | 3878482 | $0.54 | Records obtained from CURRENCY CONVERSION FEE - Currency Conversion Fee - Records Requested for Client | Online Research |
| 05/17/22 | 3172 | 3878482 | $0.03 | Records obtained from CURRENCY CONVERSION FEE - Currency Conversion Fee - Records Requested for Client | Online Research |
| 05/17/22 | 3172 | 3878482 | $0.03 | Records obtained from CURRENCY CONVERSION FEE - Currency Conversion Fee - Records Requested for Client | Online Research |
| 05/17/22 | 2800 | 3878482 | $1.90 | Records obtained from CURRENCY CONVERSION FEE - fee for obtaining Irish company documents re Accipiter Investments for P. Lambert and Q. Miao | Online Research |
| 05/17/22 | 2800 | 3878482 | $4.20 | Records obtained from CURRENCY CONVERSION FEE - fee for obtaining Irish company documents re Vermillion for P. Lambert and Q. Miao | Online Research |
| 05/17/22 | 2800 | 3878482 | $3.89 | Records obtained from CURRENCY CONVERSION FEE - fee for obtaining Irish company documents re Vermillion for P. Lambert and Q. Miao | Online Research |
| 05/17/22 | 3172 | 3878482 | $65.14 | Records obtained from DATO CAPITAL REPORT - Client Records Order Request | Online Research |
| 05/17/22 | 3172 | 3878482 | $54.05 | Records obtained from DATO CAPITAL REPORT - Records Requested for Client | Online Research |
| 07/26/21 | 3276 | 3858392 | $1.60 | Postage 7/16/21 | Postage |
| 10/17/22 | 3276 | 3887788 | $2.40 | Postage | Postage |
| 08/07/23 | | 3911059 | $2.07 | Postage | Postage |
| 3/21/2022 | | 3878482 | $909.87 | Prepare deposition exhibits for D Hosenpud | Printing |
| 03/30/24 | 5068 | 3930843 | $2,431.15 | Transperfect Legal Solutions - Printing, copying, binder preparation in support of trial - INV#256475 | Printing |
| 03/31/24 | 5431 | 3928211 | $7,642.18 | Transperfect Legal Solutions - Voluminous printing and binder making for trial - INV#254985 | Printing |
| 04/30/24 | 5068 | 3930843 | $266.68 | Professional Services - Transperfect Legal Solutions - Print Job in support of trial - INV#256503 | Printing |
| 12/21/20 | 3276 | 3843296 | $240.39 | Nationwide Process Service Inc Re: AMCK AVIATION HOLDINGS IRELAND LIMITED 12/1/20 | Process Server |
| 12/21/20 | 3276 | 3843296 | $281.33 | Nationwide Process Service Inc Re: UMB BANK, N.A. soley in its capacity as OWNER TRUSTEE 12/2/20 | Process Server |

| Date | Tkpr | Bill Num | Billed Amt | Narrative | Category |
|---|---|---|---|---|---|
| 12/21/20 | 3276 | 3843296 | $240.66 | Nationwide Process Service Inc Re: WELLS FARGO TRUST COMPANY, NA soley in its capacity as OWERS TRUSTEE 12/3/20 | Process Server |
| 01/31/21 | 3276 | 3847212 | $16.20 | Docket Research Pacer Search 01/2021 | Specialized Research |
| 02/28/21 | 3276 | 3851733 | $22.00 | Docket Research, PACER 02/2021 | Specialized Research |
| 03/31/21 | 3276 | 3851733 | $12.00 | Docket Research, PACER 03/2021 | Specialized Research |
| 04/30/21 | 3276 | 3854037 | $0.70 | Docket Research PACER 04/2021 | Specialized Research |
| 07/31/21 | 3276 | 3859977 | $0.50 | Docket Research PDX Pacer 07/2021 | Specialized Research |
| 12/01/22 | 3276 | 3891965 | $1.00 | Docket Research PACER 11/2022 | Specialized Research |
| 11/01/23 |  | 3916936 | $0.20 | Docket Research PACER 10/2023 | Specialized Research |
| 03/01/24 |  | 3928211 | $4.30 | Docket Research PACER 02/2024 | Specialized Research |
| 06/14/21 | 5068 | 3861693 | $731.71 | Air fare - AFL - Lawyers Travel - Attend Court Status in NY 07/07/2021-07/10/2021 [696.81 + 35.00] | Travel - airfare |
| 07/02/21 | 5068 | 3861693 | $133.99 | Air fare - AFL - Alaska Airlines - Attend Court Status in NY 07/07/2021-07/10/2021 [98.99+ 35.00] | Travel - airfare |
| 03/10/22 | 5068 | 3874704 | $1,167.20 | Air fare - Travel to New York to conduct depositions | Travel - airfare |
| 03/21/22 | 5068 | 3878482 | $30.00 | Air fare - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | Travel - airfare |
| 03/26/22 | 5068 | 3878482 | $30.00 | Air fare - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | Travel - airfare |
| 04/27/22 | 5068 | 3878482 | $797.20 | Air fare - Travel to New York for Status Conference with Judge Stanton | Travel - airfare |
| 08/08/23 | 5068 | 3911059 | $100.00 | Agent Fee | Travel - airfare |
| 09/11/23 | 5068 | 3912439 | $612.80 | Vendor: David G. Hosenpud Invoice#: 3730599909150806 Date: 9/15/2023  - 9/11/2023 - Travel to NY for Status ConfApproved. | Travel - airfare |
| 09/11/23 | 5068 | 3912439 | $50.00 | Vendor: David G. Hosenpud Invoice#: 3730599909150806 Date: 9/15/2023  - 9/11/2023 - Travel to NY for Status ConfApproved. | Travel - airfare |
| 09/27/23 | 3226 | 3914003 | $547.80 | Transportation-C - Credit Card - Roundtrip Flight from Michigan to NYC during a business trip for client. - INV#3796552110270803 | Travel - airfare |
| 01/12/24 | 3226 | 3920693 | $416.21 | Transportation-C - Delta Air Lines - Travel to Frontier headquarters for trial and witness preparation - INV#3927008301230801 | Travel - airfare |
| 01/12/24 |  | 3920693 | $426.20 | Transportation-C - World Travel - Travel to Denver, CO for trial witness preparation - INV#3927250601230801 | Travel - airfare |
| 01/12/24 |  | 3920693 | $1,116.21 | Transportation-C - World Travel - Travel to New York, NY for trial beginning March 18, 2023 - INV#3927251201230801 | Travel - airfare |
| 01/12/24 | 1991 | 3920693 | $50.00 | Travel Wi-Fi - AGENT FEE   8900867087015 - Travel to/from New York for trial - INV#3951672702012224 | Travel - airfare |
| 01/12/24 | 1991 | 3920693 | $1,066.21 | Travel Wi-Fi - DELTA AIR - Travel to/from New York for trial - INV#3951672702030803 | Travel - airfare |
| 02/06/24 |  | 3924770 | $144.00 | Transportation-C - World Travel - Travel to Denver to meet with client for pre-trial preparation - INV#3962025102160806 | Travel - airfare |
| 02/12/24 | 3226 | 3924770 | $561.20 | Transportation-C - JKSJOH - the plane ticket to New York to attend trial in the Frontier case - INV#3970302202140805 | Travel - airfare |
| 02/27/24 | 1991 | 3924770 | ($1,066.21) | Transportation-C - DELTA AIR - Cancelled flight to New York for trial support - INV#4009112103150805 | Travel - airfare |
| 02/28/24 | 1991 | 3924770 | $916.19 | Transportation-C - DELTA AIR - Travel to New York to support Trial Team - INV#4005287903150805 | Travel - airfare |
| 03/01/24 |  | 3928211 | $966.19 | Transportation-C - World Travel - Travel to New York for Trial - INV#3998836003290807 | Travel - airfare |
| 03/07/24 |  | 3928211 | $16.19 | Transportation-C - Denver Airport - Travel to Denver to conduct pre-trial prep with clients - INV#4046571204012134 | Travel - airfare |
| 03/07/24 |  | 3928211 | $50.00 | Transportation-C - Worldwide Travel - Travel to Denver to conduct pre-trial prep with clients - INV#4046571204012134 | Travel - airfare |
| 03/08/24 | 3226 | 3928211 | $369.99 | Transportation-C - Delta - expenses related to trip to Frontier headquarters for trial preparation - INV#4015412803150805 | Travel - airfare |
| 04/03/24 |  | 3930843 | $30.00 | Transportation-C - Delta Airlines - Trial - INV#4086578505010805 | Travel - airfare |
| 04/17/24 | 3226 | 3930843 | $130.00 | Transportation-C - Chase Bank - 24.4.17 Schaer flight change - INV#4078931304230807 | Travel - airfare |
| 04/18/24 |  | 3930843 | $50.00 | Professional Services - World Travel - Return flight on Delta Air Lines - INV#4086578505010805 | Travel - airfare |
| 04/18/24 |  | 3930843 | $320.01 | Transportation-C - Delta Airlines - Flight - INV#4086578505010805 | Travel - airfare |
| 04/18/24 |  | 3930843 | $35.00 | Transportation-C - Delta Airlines - Trial - INV#4086578505010805 | Travel - airfare |
| 03/20/24 | 2768 | 3928211 | $1,560.66 | Professional Services - SMARTSOURCE COMPUTER & AU - CM# 022510.0155  Frontier Airlines v. AMCK Trial in New York City, computer monitors/printer rental - INV#4038499304040800 | Travel - IT services |
| 07/10/21 | 5068 | 3861693 | $196.92 | Travel expense - TRL - Conrad - Attend Court Status in NY 07/07/2021-07/10/2021 | Travel - lodging |
| 07/10/21 | 5068 | 3861693 | $412.34 | Travel expense - TRL - Conrad - Attend Court Status in NY 07/07/2021-07/10/2021 | Travel - lodging |
| 03/28/22 | 5068 | 3878482 | $3,020.88 | Travel expense - Lodging in New York for depositions | Travel - lodging |
| 09/28/23 | 3226 | 3914003 | $381.03 | Hotel - Lodging - Millennium Hotels and Resorts - Hotel during a business trip for client. - INV#3796552110270803 | Travel - lodging |
| 10/05/23 |  | 3914003 | $864.61 | Lodging - Millennium, New York - Travel to New York to Attend Pretrial Conference - INV#3789846910240801 | Travel - lodging |
| 10/06/23 | 3226 | 3914003 | $42.67 | Hotel - Lodging - Millennium Hotels and Resorts - Hotel initial fee during a business trip for client. - INV#3796552110270803 | Travel - lodging |
| 03/05/24 | 5068 | 3928211 | $400.00 | Professional Services - World Travel, Inc. - Professional Services - INV#0694859 | Travel - lodging |
| 03/07/24 |  | 3928211 | $536.99 | Lodging - Hampton Inns - Travel to Denver to conduct pre-trial prep with clients - INV#4046571204012134 | Travel - lodging |
| 03/08/24 | 3226 | 3928211 | $535.95 | Lodging - Hampton Inn - expenses related to trip to Frontier headquarters for trial preparation - INV#4015412803150805 | Travel - lodging |
| 04/03/24 |  | 3930843 | $2,972.40 | Lodging - Residence Inn by Marriott - Trial - INV#4086578505010805 | Travel - lodging |
| 04/05/24 | 3226 | 3930843 | $394.51 | Lodging - Marriott - Schaer first night hotel for trial - INV#4057466004090805 | Travel - lodging |
| 04/10/24 | 3226 | 3930843 | $2,053.42 | Lodging - Marriott - Hotel room for client trial witness S. Thwaytes - INV#4064584804230807 | Travel - lodging |

| Date | Tkpr | Bill Num | Billed Amt | Narrative | Category |
|---|---|---|---|---|---|
| 04/11/24 | 3226 | 3930843 | $1,236.52 | Lodging - Marriott - Hotel for Dr. Kevin Neels - INV#4078931304230807 | Travel - lodging |
| 04/11/24 | 3226 | 3930843 | $1,798.96 | Lodging - Marriott - Hotel for S. Sashikumar - INV#4078931304230807 | Travel - lodging |
| 04/12/24 | 1991 | 3930843 | $2,985.40 | Lodging - RESIDENCE INN NYC WTC - Trial - INV#4086779204270803 | Travel - lodging |
| 04/18/24 | | 3930843 | $2,600.85 | Lodging - Residence Inn by Marriott - Lodging during trial - INV#4086578505010805 | Travel - lodging |
| 04/18/24 | 1991 | 3930843 | $2,600.85 | Lodging - RESIDENCE INN NYC WTC - Trial - INV#4086779204270803 | Travel - lodging |
| 04/19/24 | 3226 | 3930843 | $5,518.99 | Lodging - Marriott - Schaer hotel room for trial - INV#4078931304230807 | Travel - lodging |
| 04/19/24 | 3226 | 3930843 | $5,201.72 | Lodging - Residence Inn by Marriott New York Downtown Manhattan World Trade Center Area - Hotel room for trial conference room - INV#4078931304230807 | Travel - lodging |
| 07/08/21 | 5068 | 3861693 | $6.72 | Meals while traveling - MT - Blue Bottle Coffee - Attend Court Status in NY 07/07/2021-07/10/2021 | Travel - meals |
| 07/08/21 | 5068 | 3861693 | $32.52 | Meals while traveling - MT - Doordash - Attend Court Status in NY 07/07/2021-07/10/2021 | Travel - meals |
| 07/08/21 | 5068 | 3861693 | $12.72 | Meals while traveling - MT - Doordash - Attend Court Status in NY 07/07/2021-07/10/2021 | Travel - meals |
| 07/08/21 | 5068 | 3861693 | $10.60 | Meals while traveling - MT - Downtown Yogurt - Attend Court Status in NY 07/07/2021-07/10/2021 | Travel - meals |
| 07/09/21 | 5068 | 3861693 | $10.42 | Meals while traveling - MT - Blue Bottle Coffee - Attend Court Status in NY 07/07/2021-07/10/2021 | Travel - meals |
| 07/09/21 | 5068 | 3861693 | $28.74 | Meals while traveling - MT - Doordash - Attend Court Status in NY 07/07/2021-07/10/2021 | Travel - meals |
| 07/09/21 | 5068 | 3861693 | $7.48 | Meals while traveling - MT - L'Arte Del Gelator - Attend Court Status in NY 07/07/2021-07/10/2021 | Travel - meals |
| 07/10/21 | 5068 | 3861693 | $29.95 | Meals while traveling - MT - Doordash - Attend Court Status in NY 07/07/2021-07/10/2021 | Travel - meals |
| 07/10/21 | 5068 | 3861693 | $3.29 | Meals while traveling - MT - Hudson News - Attend Court Status in NY 07/07/2021-07/10/2021 | Travel - meals |
| 07/10/21 | 5068 | 3861693 | $3.72 | Meals while traveling - MT - Hudson News - Attend Court Status in NY 07/07/2021-07/10/2021 | Travel - meals |
| 07/10/21 | 5068 | 3861693 | $10.50 | Meals while traveling - MT - Olde Glory Coffee - Attend Court Status in NY 07/07/2021-07/10/2021 | Travel - meals |
| 03/21/22 | 5068 | 3878482 | $12.35 | Meals while traveling - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | Travel - meals |
| 03/22/22 | 5068 | 3878482 | $12.35 | Meals while traveling - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | Travel - meals |
| 03/22/22 | 5068 | 3878482 | $13.55 | Meals while traveling - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | Travel - meals |
| 03/23/22 | 5068 | 3878482 | $10.13 | Meals while traveling - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | Travel - meals |
| 03/23/22 | 5068 | 3878482 | $12.35 | Meals while traveling - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | Travel - meals |
| 03/24/22 | 5068 | 3878482 | $6.99 | Meals while traveling - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | Travel - meals |
| 03/25/22 | 5068 | 3878482 | $12.64 | Meals while traveling - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | Travel - meals |
| 03/25/22 | 5068 | 3878482 | $125.51 | Meals while traveling - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | Travel - meals |
| 03/25/22 | 5068 | 3878482 | $18.94 | Meals while traveling - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | Travel - meals |
| 03/26/22 | 5068 | 3878482 | $3.85 | Meals while traveling - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | Travel - meals |
| 03/26/22 | 5068 | 3878482 | $6.99 | Meals while traveling - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | Travel - meals |
| 03/26/22 | 5068 | 3878482 | $20.17 | Meals while traveling - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | Travel - meals |
| 12/08/22 | 5040 | 3891965 | $22.10 | Meals while traveling - SQ *GREAT HARVEST PDX - Meeting meals | Travel - meals |
| 10/05/23 | | 3914003 | $5.49 | Client - Meals - Paradies Shops, Portland, OR - Travel to New York to Attend Pretrial Conference - INV#3789846910240801 | Travel - meals |
| 10/05/23 | 3226 | 3914003 | $59.28 | Client - Meals - Rosemary's - Meal during a business trip for client. - INV#3796552110270803 | Travel - meals |
| 10/05/23 | 3226 | 3914003 | $8.53 | Client - Meals - Starbucks - Meal during a business trip for client. - INV#3796552110270803 | Travel - meals |
| 10/06/23 | | 3914003 | $16.32 | Client - Meals - America GC Terminal 7 - Travel to New York to Attend Pretrial Conference - INV#3789846910240801 | Travel - meals |
| 10/06/23 | | 3914003 | $6.44 | Client - Meals - Blue Bottle Coffee - Travel to New York to Attend Pretrial Conference - INV#3789846910240801 | Travel - meals |
| 10/06/23 | | 3914003 | $47.04 | Client - Meals - George's Restaurant, New York - Travel to New York to Attend Pretrial Conference - INV#3789846910240801 | Travel - meals |
| 10/06/23 | 3226 | 3914003 | $4.99 | Client - Meals - Siena NYC - Meal during a business trip for client. - INV#3796552110270803 | Travel - meals |
| 10/06/23 | 3226 | 3914003 | $18.17 | Client - Meals - Siena NYC - Meal during a business trip for client. - INV#3796552110270803 | Travel - meals |
| 10/06/23 | 3226 | 3914003 | $13.89 | Client - Meals - Starbucks - Meal during a business trip for client. - INV#3796552110270803 | Travel - meals |
| 10/06/23 | 3226 | 3914003 | $19.49 | Client - Meals - Sweetgreen - Meal during a business trip for client. - INV#3796552110270803 | Travel - meals |
| 10/06/23 | | 3914003 | $93.00 | Client - Meals - Vino e Grano - Travel to New York to Attend Pretrial Conference - INV#3789846910240801 | Travel - meals |
| 10/07/23 | | 3914003 | $13.83 | Client - Meals - Blue Bottle Coffee - Travel to New York to Attend Pretrial Conference - INV#3789846910240801 | Travel - meals |
| 10/07/23 | | 3914003 | $20.00 | Client - Meals - SSP America, JFK, New York - Travel to New York to Attend Pretrial Conference - INV#3789846910240801 | Travel - meals |
| 03/05/24 | 3226 | 3928211 | $35.44 | Client - Meals - Bonefish Grill - expenses related to trip to Frontier headquarters for trial preparation - INV#4015412803150805 | Travel - meals |
| 03/06/24 | 3226 | 3928211 | $13.76 | Client - Meals - Mercantile - expenses related to trip to Frontier headquarters for trial preparation - INV#4015412803150805 | Travel - meals |
| 03/07/24 | | 3928211 | $60.74 | Client - Meals - Asian Bistro - Travel to Denver to conduct pre-trial prep with clients - INV#4046571204012134 | Travel - meals |
| 03/07/24 | | 3928211 | $78.64 | Client - Meals - Montana Grill - Travel to Denver to conduct pre-trial prep with clients - INV#4046571204012134 | Travel - meals |
| 03/07/24 | | 3928211 | $9.43 | Client - Meals - Portland Roasting - Travel to Denver to conduct pre-trial prep with clients - INV#4046571204012134 | Travel - meals |

| Date | Tkpr | Bill Num | Billed Amt | Narrative | Category |
|---|---|---|---|---|---|
| 03/07/24 | | 3928211 | $12.17 | Client  - Meals - Urban sombrero - Travel to Denver to conduct pre-trial prep with clients - INV#4046571204012134 | Travel - meals |
| 04/03/24 | | 3930843 | $3.39 | Client  - Meals - Paradies Lagardere PDX - Trial - INV#4086578505010805 | Travel - meals |
| 04/03/24 | 3226 | 3930843 | $12.72 | Client  - Meals - Plum Market - 24.4.3 Schaer dinner - INV#4078931304230807 | Travel - meals |
| 04/03/24 | 3226 | 3930843 | $9.84 | Client  - Meals - Plum Market - 24.4.3 Schaer lunch - INV#4078931304230807 | Travel - meals |
| 04/03/24 | | 3930843 | $51.44 | Client  - Meals - The Malt House - Trial - INV#4086578505010805 | Travel - meals |
| 04/04/24 | 3226 | 3930843 | $116.14 | Client  - Meals - Chase Bank - 24.4.4 Lunch for A. Schaer D. Deibele D. Hosenpud - INV#4078931304230807 | Travel - meals |
| 04/05/24 | | 3930843 | $5.25 | Client  - Meals - Portland Roasting - Trial - INV#4086578505010805 | Travel - meals |
| 04/05/24 | | 3930843 | $73.45 | Client  - Meals - Sandwicherie NYC - Trial - INV#4086578505010805 | Travel - meals |
| 04/06/24 | | 3930843 | $224.36 | Client  - Meals - Blue Ribbon Sushi Bar Grill NYC - Trial - INV#4086578505010805 | Travel - meals |
| 04/06/24 | 3226 | 3930843 | $87.64 | Client  - Meals - Chase Bank - 24.4.6 Dinner for A. Schaer D. Deibele D. Hosenpud - INV#4078931304230807 | Travel - meals |
| 04/06/24 | 3226 | 3930843 | $24.17 | Client  - Meals - La Parisienne - 24.4.6 Coffee for trial team - INV#4078931304230807 | Travel - meals |
| 04/06/24 | 3226 | 3930843 | $9.36 | Client  - Meals - Traditas Pizza - 24.4.6 Schaer dinner - INV#4078931304230807 | Travel - meals |
| 04/06/24 | 1991 | 3930843 | $70.49 | Client  - Meals - UBER  EATS - Trial - INV#4086779204260803 | Travel - meals |
| 04/07/24 | 3226 | 3930843 | $6.53 | Client  - Meals - Chase Bank - 24.4.7 Coffee for trial team - INV#4078931304230807 | Travel - meals |
| 04/07/24 | 1991 | 3930843 | $281.37 | Client  - Meals - FDH*FRESH DIRECT - Trial - INV#4086779204260803 | Travel - meals |
| 04/08/24 | 3226 | 3930843 | $67.61 | Client  - Meals - Chase Bank - 24.4.8 Lunch A. Schaer D. Deibele D. Hosenpud - INV#4078931304230807 | Travel - meals |
| 04/08/24 | 1991 | 3930843 | $151.78 | Client  - Meals - FDH*FRESH DIRECT - Groceries:  Food, snacks, drinks during trial - INV#4100121105030806 | Travel - meals |
| 04/08/24 | 3226 | 3930843 | $81.92 | Client  - Meals - Koba Korean BBQ - 24.4.8 Dinner for A. Schaer D. Deibele D. Hosenpud - INV#4078931304230807 | Travel - meals |
| 04/08/24 | | 3930843 | $43.10 | Client  - Meals - Sharkey's Cafe NYC - Trial - INV#4086578505010805 | Travel - meals |
| 04/09/24 | 3226 | 3930843 | $19.39 | Client  - Meals - Chase Bank - 24.4.9 A. Schaer dinner - INV#4078931304230807 | Travel - meals |
| 04/10/24 | 1991 | 3930843 | $12.83 | Client  - Meals - MIO PANE COURT CAFE - Water for Trial Team during trial - INV#4100121105030806 | Travel - meals |
| 04/10/24 | 3226 | 3930843 | $27.32 | Client  - Meals - Ryan Maguire's Bar & Restaurant - 24.4.10 Schaer dinner - INV#4078931304230807 | Travel - meals |
| 04/10/24 | | 3930843 | $40.83 | Client  - Meals - Sharkey's Cafe NYC - Trial - INV#4086578505010805 | Travel - meals |
| 04/10/24 | 3226 | 3930843 | $27.46 | Client  - Meals - Silk Road Cafe - 24.4.10 Trial team coffee - INV#4078931304230807 | Travel - meals |
| 04/11/24 | 1991 | 3930843 | $85.65 | Client  - Meals - FDH*FRESH DIRECT - Trial - INV#4086779204260803 | Travel - meals |
| 04/11/24 | 3226 | 3930843 | $5.23 | Client  - Meals - La Parisienne - 24.4.11 Coffee for trial team - INV#4078931304230807 | Travel - meals |
| 04/11/24 | 3226 | 3930843 | $35.40 | Client  - Meals - Malt House - 24.04.11 Schaer dinner - INV#4078931304230807 | Travel - meals |
| 04/12/24 | 3226 | 3930843 | $23.34 | Client  - Meals - La Parisienne - 24.4.12 Coffee for trial team - INV#4078931304230807 | Travel - meals |
| 04/12/24 | | 3930843 | $6.17 | Client  - Meals - La Parisienne NYC - Trial - INV#4086578505010805 | Travel - meals |
| 04/13/24 | 3226 | 3930843 | $127.62 | Client  - Meals - Mezcali - 24.4.13 - Dinner for A. Schaer and D. Hosenpud - INV#4078931304230807 | Travel - meals |
| 04/14/24 | 3226 | 3930843 | $32.21 | Client  - Meals - Chase Bank - 24.4.14 Lunch for A. Schaer D. Hosenpud - INV#4078931304230807 | Travel - meals |
| 04/14/24 | | 3930843 | $6.90 | Client  - Meals - Joe's Pizza NYC - Trial - INV#4086578505010805 | Travel - meals |
| 04/15/24 | | 3930843 | $11.50 | Client  - Meals - Joe's Pizza NYC - Trial - INV#4086578505010805 | Travel - meals |
| 04/15/24 | 3226 | 3930843 | $9.73 | Client  - Meals - SILKROAD CAFE - 24.4.15 Coffee for trial team - INV#4078931304230807 | Travel - meals |
| 04/15/24 | 3226 | 3930843 | $11.50 | Client  - Meals - The Greenwich Vintage intitution - 24.4.15 Schaer dinner - INV#4078931304230807 | Travel - meals |
| 04/16/24 | | 3930843 | $63.15 | Client  - Meals - Sharkey's Cafe NYC - Trial - INV#4086578505010805 | Travel - meals |
| 04/16/24 | 3226 | 3930843 | $12.00 | Client  - Meals - The CGreenwich Vintage fullon - 24.4.16 Schaer dinner - INV#4078931304230807 | Travel - meals |
| 04/16/24 | 3226 | 3930843 | $1.96 | Client  - Meals - The Court Cafe - 24.4.16 Coffee Schaer - INV#4078931304230807 | Travel - meals |
| 04/16/24 | 1991 | 3930843 | $27.16 | Client  - Meals - THE MALT HOUSE - FIDI - Trial - INV#4086779204260803 | Travel - meals |
| 04/17/24 | | 3930843 | $30.58 | Client  - Meals - Sharkeys Cafe NYC - Trial - INV#4086578505010805 | Travel - meals |
| 04/17/24 | | 3930843 | $17.42 | Client  - Meals - Sharkey's Cafe NYC - Trial - INV#4086578505010805 | Travel - meals |
| 04/17/24 | 3226 | 3930843 | $21.42 | Client  - Meals - The Malt House - 24.4.17 Schaer dinner - INV#4078931304230807 | Travel - meals |
| 04/18/24 | 3226 | 3930843 | $71.90 | Client  - Meals - Cafe Cluny - 24.4.18 Schaer breakfast - INV#4078931304230807 | Travel - meals |
| 04/18/24 | 3226 | 3930843 | $94.71 | Client  - Meals - DH2 Ma Ka - 24.4.19 Schaer dinner - INV#4078931304230807 | Travel - meals |
| 04/18/24 | | 3930843 | $9.20 | Client  - Meals - Joe's Pizza NYC - Trial - INV#4086578505010805 | Travel - meals |
| 04/18/24 | | 3930843 | $11.28 | Client  - Meals - Terminal 4 Hudson News NYC - Trial - INV#4086578505010805 | Travel - meals |
| 04/19/24 | | 3930843 | $13.83 | Client  - Meals - Blue Bottle Coffee NYC - Trial - INV#4086578505010805 | Travel - meals |
| 04/19/24 | | 3930843 | $328.72 | Client  - Meals - Capital Grille NYC - Trial - INV#4086578505010805 | Travel - meals |
| 04/19/24 | | 3930843 | $15.23 | Client  - Meals - JFK Mi Casa NYC - Trial - INV#4086578505010805 | Travel - meals |
| 04/19/24 | 3226 | 3930843 | $74.76 | Client  - Meals - Rent - 24.4.12 Schaer dinner - INV#4078931304230807 | Travel - meals |
| 04/19/24 | | 3930843 | $21.42 | Client  - Meals - The Malt House - Trial - INV#4086578505010805 | Travel - meals |
| 04/20/24 | | 3930843 | $132.81 | Client  - Meals - Eataly Fidi Salido NYC - Trial - INV#4086578505010805 | Travel - meals |
| 04/20/24 | | 3930843 | $8.70 | Client  - Meals - JFK Sq. Chocolate Jamaican NYC - Trial - INV#4086578505010805 | Travel - meals |
| 05/01/24 | 3226 | 3933430 | $33.11 | Client  - Meals - DoorDash - Meal in NY with D. Hosenpud - INV#4082806705010805 | Travel - meals |
| 05/01/24 | 3226 | 3933430 | $15.22 | Client  - Meals - Starbucks - Meal in NY while travelling for trial - INV#4082806705010805 | Travel - meals |
| 07/07/21 | 5068 | 3861693 | $72.60 | Taxicab - TA - Tlc - Attend Court Status in NY 07/07/2021-07/10/2021 | Travel - taxi |
| 07/10/21 | 5068 | 3861693 | $80.59 | Taxicab - TA - Curb Taxi - Attend Court Status in NY 07/07/2021-07/10/2021 | Travel - taxi |
| 07/10/21 | 5068 | 3861693 | $93.00 | Travel expense - TRL - PDX Airport Parking - Attend Court Status in NY 07/07/2021-07/10/2021 | Travel - taxi |
| 03/21/22 | 5068 | 3878482 | $70.00 | Taxicab - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | Travel - taxi |
| 03/21/22 | 5068 | 3878482 | $67.85 | Taxicab - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | Travel - taxi |
| 03/26/22 | 5068 | 3878482 | $74.22 | Taxicab - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | Travel - taxi |
| 03/26/22 | 5068 | 3878482 | $84.00 | Taxicab - Depositions in New York (F. Bachrach; R. Murphy, J. O'Callaghan, P. Sheridan) | Travel - taxi |
| 10/05/23 | | 3914003 | $95.75 | Transportation-C - Lyft - Travel to New York to Attend Pretrial Conference - INV#3789846910240801 | Travel - taxi |
| 10/05/23 | | 3914003 | $46.90 | Transportation-C - Lyft - Travel to New York to Attend Pretrial Conference - INV#3789846910240801 | Travel - taxi |
| 10/07/23 | 3226 | 3914003 | $136.27 | Transportation-C - Lyft - Transportation from and to the airport in NYC during business trip for client. - INV#3796552110270803 | Travel - taxi |

| Date | Tkpr | Bill Num | Billed Amt | Narrative | Category |
|---|---|---|---|---|---|
| 10/07/23 | | 3914003 | $59.07 | Transportation-C - Lyft - Travel to New York to Attend Pretrial Conference - INV#3789846910240801 | Travel - taxi |
| 10/07/23 | | 3914003 | $84.58 | Transportation-C - Lytf - Travel to New York to Attend Pretrial Conference - INV#3789846910240801 | Travel - taxi |
| 10/08/23 | 3226 | 3914003 | $25.14 | Transportation-C - Lyft - Transportation during a business trip for a client. - INV#3796552110270803 | Travel - taxi |
| 10/08/23 | 3226 | 3914003 | $61.99 | Transportation-C - Lyft - Transportation to the airport during business trip for client. - INV#3796552110270803 | Travel - taxi |
| 10/10/23 | 3226 | 3914003 | $13.75 | Transportation-C - Lyft - Transportation from airport to the hotel during business trip for client. - INV#3796552110270803 | Travel - taxi |
| 02/28/24 | 1991 | 3924770 | $50.00 | Professional Services - AGENT FEE  8900869531635 - Travel to New York to support Trial Team - INV#4005287903150805 | Travel - taxi |
| 03/03/24 | | 3928211 | $64.88 | Transportation-C - Lyft - Travel to Denver to conduct pre-trial prep with clients - INV#4046571204012134 | Travel - taxi |
| 03/05/24 | 3226 | 3928211 | $57.52 | Transportation-C - Lyft - expenses related to trip to Frontier headquarters for trial preparation - INV#4015412803150805 | Travel - taxi |
| 03/05/24 | 3226 | 3928211 | $28.88 | Transportation-C - Lyft - expenses related to trip to Frontier headquarters for trial preparation - INV#4015412803150805 | Travel - taxi |
| 03/05/24 | 3226 | 3928211 | $30.44 | Transportation-C - Lyft - expenses related to trip to Frontier headquarters for trial preparation - INV#4015412803150805 | Travel - taxi |
| 03/06/24 | 3226 | 3928211 | $25.70 | Transportation-C - Lyft - expenses related to trip to Frontier headquarters for trial preparation - INV#4015412803150805 | Travel - taxi |
| 03/08/24 | 3226 | 3928211 | $87.70 | Transportation-C - Lyft - expenses related to trip to Frontier headquarters for trial preparation - INV#4015412803150805 | Travel - taxi |
| 03/08/24 | | 3928211 | $53.41 | Transportation-C - Lyft - Travel to Denver to conduct pre-trial prep with clients - INV#4046571204012134 | Travel - taxi |
| 04/03/24 | | 3930843 | $83.81 | Transportation-C - Lyft - Trial - INV#4086578505010805 | Travel - taxi |
| 04/03/24 | | 3930843 | $96.55 | Transportation-C - Taxi - Trial - INV#4086578505010805 | Travel - taxi |
| 04/08/24 | 3226 | 3930843 | $124.75 | Transportation-C - Lyft - Lyft to airport for travel to NY - 022510.0155 - INV#4062418704100808 | Travel - taxi |
| 04/08/24 | 3226 | 3930843 | $68.09 | Transportation-C - Lyft - Lyft transportation while in NY  022510.0155 - INV#4062418704100808 | Travel - taxi |
| 04/08/24 | 3226 | 3930843 | $83.79 | Transportation-C - Lyft - Lyft transportation while in NY  022510.0155 - INV#4062418704100808 | Travel - taxi |
| 04/18/24 | | 3930843 | $169.16 | Transportation-C - Lyft - Trial - INV#4086578505010805 | Travel - taxi |
| 04/19/24 | | 3930843 | $90.00 | Client  - Meals - Taxi - Trial - INV#4086578505010805 | Travel - taxi |
| 05/01/24 | 3226 | 3933430 | $9.45 | Transportation-C - Lyft - Lyft ride tip (re trips to and from airport for NY travel for trial) - INV#4082806705010805 | Travel - taxi |
| 05/01/24 | 3226 | 3933430 | $140.10 | Transportation-C - Lyft - Lyft rides to and from airport for NY travel for trial - INV#4082806705010805 | Travel - taxi |
| TOTAL | | | $71,447.47 | | |