| Date | Bill Num | Billed Amt | Narrative | Category |
|------|----------|-----------|-----------|----------|
| 03/25/22 | 3874704 | $1,733.45 | Deposition fee - Veritext Corporate Services, Inc. -  Witness: Michael McInerney - INV#5669606 Court Reporter | Transcript - deposition |
| 03/30/22 | 3874704 | $2,781.68 | Deposition fee - Veritext Corporate Services, Inc. - Witness: AMCK Aviation Holdings Ireland Limited Paul Sheridan - INV#5677140 | Transcript - deposition |
| 03/30/22 | 3874704 | $1,157.50 | Deposition fee - Veritext Corporate Services, Inc. - Witness: Michael McInemey - INV#5677560 Videographer | Transcript - deposition |
| 03/31/22 | 3878482 | $900.00 | Deposition fee - Veritext Corporate Services, Inc. -  Witness: Jane O'Callaghan - INV#5683986 Videographer | Transcript - deposition |
| 03/31/22 | 3878482 | $822.50 | Deposition fee - Veritext Corporate Services, Inc. - Witness: AMCK Aviation Holdings Ireland Limited Paul Sheridan - INV#5681751 | Transcript - deposition |
| 03/31/22 | 3878482 | $1,102.10 | Deposition fee - Veritext Corporate Services, Inc. - Witness: Fabian Bachrach - INV#5680307 | Transcript - deposition |
| 03/31/22 | 3878482 | $735.00 | Deposition fee - Veritext Corporate Services, Inc. - Witness: Ronan Murphy - INV#5677824 VIDEO | Transcript - deposition |
| 03/31/22 | 3878482 | $1,347.25 | Deposition fee - Veritext Corporate Services, Inc. - Witness: Ronan Murphy - INV#5684035 | Transcript - deposition |
| 04/04/22 | 3878482 | $915.00 | Deposition fee - Veritext Corporate Services, Inc. -  Witness: Fabian Bachrach - INV#5690635 VIDEO | Transcript - deposition |
| 04/06/22 | 3878482 | $2,240.75 | Deposition fee - Veritext Corporate Services, Inc. - Witness: Jane O'Callaghan - INV#5692784 Court Reporter | Transcript - deposition |
| 04/13/22 | 3878482 | $908.60 | Deposition fee - Veritext Corporate Services, Inc. - Witness; Sharath Sashikumar Bindu - INV#5709430 Court Reporter | Transcript - deposition |
| 04/14/22 | 3878482 | $1,003.60 | Deposition fee - Veritext Corporate Services, Inc. - Witness: Robert Fanning - INV#5712888 | Transcript - deposition |
| 04/30/22 | 3879327 | $341.12 | Professional services - Oregon Certified Interpreters Network Inc. - Cantonese Interpreter - INV#00626-A | Transcript - deposition |
| 05/06/22 | 3878482 | $1,873.50 | Deposition fee - Veritext Corporate Services, Inc. - Depositions Witness: Gerald Lai Chee Ma - INV#5764727 | Transcript - deposition |

**Exhibit 8**
**Page 1 of 29**

| Date | Bill Num | Billed Amt | Narrative | Category |
|------|----------|-----------|-----------|----------|
| 05/06/22 | 3878482 | $405.00 | Deposition fee - Veritext Corporate Services, Inc. - Witness: Francis Lee - INV#5764353 VIDEO | Transcript - deposition |
| 05/12/22 | 3878482 | $1,153.20 | Deposition fee - Veritext Corporate Services, Inc. - Depositions Witness: Francis Lee - INV#5777832 | Transcript - deposition |
| 05/13/22 | 3878482 | $1,292.50 | Deposition fee - Veritext Corporate Services, Inc. - Witness: Gerald Lai Chee Ma - INV#5780639 | Transcript - deposition |
| 06/13/22 | 3879327 | $979.45 | Deposition fee - Veritext Corporate Services, Inc. - Witness: James Dempsey - INV#5842749 Court Reporter | Transcript - deposition |
| 06/13/22 | 3879327 | $1,132.50 | Deposition fee - Veritext Corporate Services, Inc. - Witness: Spencer Thwaytes - INV#5840922 Court Reporter | Transcript - deposition |
| 11/09/22 | | $857.65 | Deposition fee - Veritext - Deposition Witness - Kevin Neels - INV#6165507 | Transcript - deposition |
| 12/05/22 | | $1,003.60 | Deposition fee - Veritext - Deposition Witness - Rickard De Jounge - INV#6217246 | Transcript - deposition |
| 10/10/23 | 3914003 | $305.00 | Veritext - Deposition Witness' Francis Lee - INV#6899234 | Transcript - deposition |
| 10/18/23 | 3914003 | $185.00 | Deposition Fee - Veritext - Deposition Witness: Francis Lee, Edited - INV#6918626 | Transcript - deposition |
| 10/18/23 | 3914003 | $185.00 | Deposition Fee - Veritext - Witness: Gerald Lai Chee Ma, Edited - INV#6918632 VIDEO | Transcript - deposition |
| 02/14/24 | 3924770 | $473.00 | Deposition Fee - Veritext - Witness: Jane OCallaghan - INV#7185873 VIDEO | Transcript - deposition |
| 02/26/24 | 3924770 | $494.00 | Deposition Fee - Veritext - Witness: Ronan Murphy - INV#7207400 VIDEO | Transcript - deposition |
| 03/19/24 | 3928211 | $390.00 | Deposition Fee - Veritext - Witness: Paul Sheridan - INV#7267718 VIDEO | Transcript - deposition |
| TOTAL | | $ 26,717.95 | | |

**Exhibit 8**
**Page 2 of 29**

**Veritext - PNW - A Veritext Company**
Tel. 503-228-7201 Email: Calendar-pnw@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | David Hosenpud | | |
|---|---|---|---|
| | Lane Powell PC | **Invoice #:** | **5669606** |
| | 601 Southwest Second Avenue | **Invoice Date:** | **3/25/2022** |
| | Suite 2100 | **Balance Due:** | **$1,733.45** |
| | Portland, OR, 97204-3158 | | |

| Case: Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited, Et Al. (1:20CV09713LLS) | Proceeding Type: Depositions |
|---|---|

Job #: 5099191    |    Job Date: 3/11/2022    |    Delivery: Normal

| Location: | Portland, OR |
|---|---|
| Billing Atty: | David Hosenpud |
| Scheduling Atty: | David Hosenpud | Lane Powell PC |

| Witness: Michael McInerney | Quantity | Amount |
|---|---|---|
| Original Transcript | 166.00 | $705.50 |
| Attendance (Hourly) | 4.00 | $280.00 |
| Exhibits | 685.00 | $376.75 |
| Surcharge - Video Proceeding | 166.00 | $58.10 |
| Surcharge - Expert/Medical/Technical | 166.00 | $58.10 |
| Litigation Package-Secure File Suite | 1.00 | $25.00 |
| Attendance - Before/After Hours | 1.00 | $120.00 |
| | Quantity | Amount |
| Veritext Virtual Set-up | 1.00 | $110.00 |

| Notes: | **Invoice Total:** | **$1,733.45** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,733.45** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5669606** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **3/25/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$1,733.45** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

59995

Exhibit 8
Page 3 of 29

**Veritext - PNW - A Veritext Company**
Tel. 503-228-7201 Email: Calendar-pnw@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | David Hosenpud | | |
|---|---|---|---|
| | Lane Powell PC | **Invoice #:** | **5677140** |
| | 601 Southwest Second Avenue | **Invoice Date:** | **3/30/2022** |
| | Suite 2100 | **Balance Due:** | **$2,781.68** |
| | Portland, OR, 97204-3158 | | |

| Case: Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited, Et Al. (1:20cv09713LLS) | Proceeding Type: Depositions |
|---|---|

Job #: 5099222    |    Job Date: 3/25/2022    |    Delivery: Expedited

| Location: | New York, NY |
|---|---|
| Billing Atty: | David Hosenpud |
| Scheduling Atty: | David Hosenpud | Lane Powell PC |

| Witness: AMCK Aviation Holdings Ireland Limited Paul Sheridan | Quantity | Amount |
|---|---|---|
| Original Transcript | 247.00 | $1,049.75 |
| Transcript - Expedited | 247.00 | $944.78 |
| Attendance | 5.00 | $350.00 |
| Exhibits | 235.00 | $129.25 |
| Surcharge - Video Proceeding | 247.00 | $86.45 |
| Surcharge - Expert/Medical/Technical | 247.00 | $86.45 |
| Litigation Package-Secure File Suite | 1.00 | $25.00 |
| | **Quantity** | **Amount** |
| Veritext Virtual Set-up | 1.00 | $110.00 |

| Notes: | **Invoice Total:** | **$2,781.68** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$2,781.68** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5677140** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **3/30/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$2,781.68** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

59995

**Exhibit 8**
**Page 4 of 29**

## Veritext - PNW - A Veritext Company

Tel. 503-228-7201 Email: Calendar-pnw@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | David Hosenpud | | |
|---|---|---|---|
| | Lane Powell PC | **Invoice #:** | **5677560** |
| | 601 Southwest Second Avenue | **Invoice Date:** | **3/30/2022** |
| | Suite 2100 | **Balance Due:** | **$1,157.50** |
| | Portland, OR, 97204-3158 | | |

| Case: Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited, Et Al. (1:20CV09713LLS) | Proceeding Type: Depositions |
|---|---|

Job #: 5099191    |    Job Date: 3/11/2022    |    Delivery: Normal

| Location: | Portland, OR |
|---|---|
| Billing Atty: | David Hosenpud |
| Scheduling Atty: | David Hosenpud | Lane Powell PC |

| Witness: Michael McInerney | Quantity | Amount |
|---|---|---|
| Video - Media and Cloud Services | 4.00 | $80.00 |
| Video - Electronic Access | 1.00 | $50.00 |
| Video - Digitizing & Transcript Synchronization | 4.00 | $340.00 |
| | **Quantity** | **Amount** |
| Video - Initial Services | 2.00 | $220.00 |
| Video - Additional Hours | 4.25 | $467.50 |

| Notes: | **Invoice Total:** | **$1,157.50** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,157.50** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to: | Pay By ACH (Include invoice numbers): | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5677560** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **3/30/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$1,157.50** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

59995

Exhibit 8
Page 5 of 29

## Veritext - PNW - A Veritext Company

Tel. 503-228-7201 Email: Calendar-pnw@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | David Hosenpud | | Invoice #: | 5683986 |
|---|---|---|---|---|
| | Lane Powell PC | | Invoice Date: | 3/31/2022 |
| | 601 Southwest Second Avenue | | Balance Due: | $900.00 |
| | Suite 2100 | | | |
| | Portland, OR, 97204-3158 | | | |

| Case: Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited, et al. ( | Proceeding Type: Depositions |
|---|---|

Job #: 5099216     |     Job Date: 3/23/2022     |     Delivery: Normal

| Location: | New York, NY |
|---|---|
| Billing Atty: | David Hosenpud |
| Scheduling Atty: | David Hosenpud | Lane Powell PC |

| Witness: Jane O'Callaghan | Quantity | Amount |
|---|---|---|
| Video - Initial Services | 2.00 | $220.00 |
| Video - Additional Hours | 6.00 | $660.00 |
| Video - Media and Cloud Services | 1.00 | $20.00 |

| Notes: No Media Ordered | Invoice Total: | $900.00 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $900.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| Pay by Check - Remit to: | Pay By ACH (Include invoice numbers): | Invoice #: | 5683986 |
|---|---|---|---|
| Veritext | A/C Name: Veritext | Invoice Date: | 3/31/2022 |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | Balance Due: | $900.00 |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | | |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

59995

Exhibit 8
Page 6 of 29

## Veritext - PNW - A Veritext Company

Tel. 503-228-7201 Email: Calendar-pnw@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | David Hosenpud | | |
|---|---|---|---|
| | Lane Powell PC | **Invoice #:** | **5681751** |
| | 601 Southwest Second Avenue | **Invoice Date:** | **3/31/2022** |
| | Suite 2100 | **Balance Due:** | **$822.50** |
| | Portland, OR, 97204-3158 | | |

| Case: Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited, Et Al. (1:20cv09713LLS) | Proceeding Type: Depositions |
|---|---|

Job #: 5099222    |    Job Date: 3/25/2022    |    Delivery: Normal

Location:         New York, NY

Billing Atty:     David Hosenpud

Scheduling Atty:  David Hosenpud | Lane Powell PC

| Witness: AMCK Aviation Holdings Ireland Limited Paul Sheridan | Quantity | Amount |
|---|---|---|
| Video - Initial Services | 2.00 | $220.00 |
| Video - Additional Hours | 4.75 | $522.50 |
| Video - Media and Cloud Services | 4.00 | $80.00 |

| Notes: No Media Ordered. | | |
|---|---|---|
| | **Invoice Total:** | **$822.50** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$822.50** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to: | Pay By ACH (Include invoice numbers): | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5681751** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **3/31/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$822.50** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

59995

**Exhibit 8**
**Page 7 of 29**

**Veritext - PNW - A Veritext Company**
Tel. 503-228-7201 Email: Calendar-pnw@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | David Hosenpud | | |
|---|---|---|---|
| | Lane Powell PC | **Invoice #:** | **5680307** |
| | 601 Southwest Second Avenue | **Invoice Date:** | **3/31/2022** |
| | Suite 2100 | **Balance Due:** | **$1,102.10** |
| | Portland, OR, 97204-3158 | | |

| Case: Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited, Et Al. (12:20cv09713LLS) | Proceeding Type: Depositions |
|---|---|

Job #: 5109797    |    Job Date: 3/15/2022    |    Delivery: Normal

| Location: | Portland, OR |
|---|---|
| Billing Atty: | David Hosenpud |
| Scheduling Atty: | David Hosenpud | Lane Powell PC |

| Witness: Fabian Bachrach | Quantity | Amount |
|---|---|---|
| Original Transcript | 129.00 | $548.25 |
| Attendance (Hourly) | 2.50 | $175.00 |
| Exhibits | 61.00 | $33.55 |
| Surcharge - Video Proceeding | 129.00 | $45.15 |
| Surcharge - Expert/Medical/Technical | 129.00 | $45.15 |
| Litigation Package-Secure File Suite | 1.00 | $25.00 |
| Attendance - Before/After Hours | 1.00 | $120.00 |
| | **Quantity** | **Amount** |
| Veritext Virtual Set-up | 1.00 | $110.00 |

| Notes: | **Invoice Total:** | **$1,102.10** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,102.10** |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5680307** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **3/31/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$1,102.10** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

59995

**Exhibit 8**
**Page 8 of 29**

## Veritext - PNW - A Veritext Company

Tel. 503-228-7201 Email: Calendar-pnw@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | David Hosenpud | | Invoice #: | 5677824 |
|---|---|---|---|---|
| | Lane Powell PC | | Invoice Date: | 3/31/2022 |
| | 601 Southwest Second Avenue | | Balance Due: | $735.00 |
| | Suite 2100 | | | |
| | Portland, OR, 97204-3158 | | | |

| Case: Frontier Airlines Inc v. Amck Aviation Holdings Ireland Limited Et Al (1:20cv09713LLS) | Proceeding Type: Depositions |
|---|---|

Job #: 5109806   |   Job Date: 3/21/2022   |   Delivery: Normal

| Location: | New York, NY |
|---|---|
| Billing Atty: | David Hosenpud |
| Scheduling Atty: | David Hosenpud | Lane Powell PC |

| Witness: Ronan Murphy | Quantity | Amount |
|---|---|---|
| Video - Initial Services | 2.00 | $220.00 |
| Video - Additional Hours | 4.50 | $495.00 |
| Video - Media and Cloud Services | 1.00 | $20.00 |

| Notes:   No Media Ordered | Invoice Total: | $735.00 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $735.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to: | Pay By ACH (Include invoice numbers): | Invoice #: | 5677824 |
|---|---|---|---|
| Veritext | A/C Name: Veritext | Invoice Date: | 3/31/2022 |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | Balance Due: | $735.00 |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | | |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

59995

Exhibit 8
Page 9 of 29

## Veritext - PNW - A Veritext Company

Tel. 503-228-7201 Email: Calendar-pnw@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | David Hosenpud | | Invoice #: | 5684035 |
|---|---|---|---|---|
| | Lane Powell PC | | Invoice Date: | 3/31/2022 |
| | 601 Southwest Second Avenue | | Balance Due: | $1,347.25 |
| | Suite 2100 | | | |
| | Portland, OR, 97204-3158 | | | |

| Case: Frontier Airlines Inc v. Amck Aviation Holdings Ireland Limited Et Al (1:20cv09713LLS) | Proceeding Type: Depositions |
|---|---|

Job #: 5109806    |    Job Date: 3/21/2022    |    Delivery: Normal

| Location: | New York, NY |
|---|---|
| Billing Atty: | David Hosenpud |
| Scheduling Atty: | David Hosenpud | Lane Powell PC |

| Witness: Ronan Murphy | Quantity | Amount |
|---|---|---|
| Original Transcript | 180.00 | $765.00 |
| Attendance (Hourly) | 4.00 | $280.00 |
| Exhibits | 75.00 | $41.25 |
| Surcharge - Video Proceeding | 180.00 | $63.00 |
| Surcharge - Expert/Medical/Technical | 180.00 | $63.00 |
| Litigation Package-Secure File Suite | 1.00 | $25.00 |
| | Quantity | Amount |
| Veritext Virtual Set-up | 1.00 | $110.00 |

| Notes: | Invoice Total: | $1,347.25 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,347.25 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to: | Pay By ACH (Include invoice numbers): | Invoice #: | 5684035 |
|---|---|---|---|
| Veritext | A/C Name: Veritext | Invoice Date: | 3/31/2022 |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | Balance Due: | $1,347.25 |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | | |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

59995

Exhibit 8
Page 10 of 29

## Veritext - PNW - A Veritext Company

Tel. 503-228-7201 Email: Calendar-pnw@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | David Hosenpud | | |
|---|---|---|---|
| | Lane Powell PC | **Invoice #:** | **5690635** |
| | 601 Southwest Second Avenue | **Invoice Date:** | **4/4/2022** |
| | Suite 2100 | **Balance Due:** | **$915.00** |
| | Portland, OR, 97204-3158 | | |

| Case: Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited, Et Al. (12:20cv09713LLS) | Proceeding Type: Depositions |
|---|---|

Job #: 5109797   |   Job Date: 3/15/2022   |   Delivery: Normal

| Location: | Portland, OR |
|---|---|
| Billing Atty: | David Hosenpud |
| Scheduling Atty: | David Hosenpud | Lane Powell PC |

| Witness: Fabian Bachrach | Quantity | Amount |
|---|---|---|
| Video - Media and Cloud Services | 3.00 | $60.00 |
| Video - Electronic Access | 1.00 | $50.00 |
| Video - Digitizing & Transcript Synchronization | 3.00 | $255.00 |
| | Quantity | Amount |
| Video - Initial Services | 2.00 | $220.00 |
| Video - Extended Hours | 1.50 | $330.00 |

| Notes: | | Invoice Total: | $915.00 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $915.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5690635** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **4/4/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$915.00** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

59995

Exhibit 8
Page 11 of 29

**Veritext - PNW - A Veritext Company**
Tel. 503-228-7201 Email: Calendar-pnw@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | David Hosenpud | | |
|---|---|---|---|
| | Lane Powell PC | **Invoice #:** | **5692784** |
| | 601 Southwest Second Avenue | **Invoice Date:** | **4/6/2022** |
| | Suite 2100 | **Balance Due:** | **$2,240.75** |
| | Portland, OR, 97204-3158 | | |

| Case: Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited, Et Al. (1:20cv09713LLS) | Proceeding Type: Depositions |
|---|---|

Job #: 5099216    |    Job Date: 3/23/2022    |    Delivery: Normal

| Location: | New York, NY |
|---|---|
| Billing Atty: | David Hosenpud |
| Scheduling Atty: | David Hosenpud | Lane Powell PC |

| Witness: Jane OCallaghan | Quantity | Amount |
|---|---|---|
| Original Transcript | 318.00 | $1,351.50 |
| Attendance (Hourly) | 6.00 | $420.00 |
| Exhibits | 203.00 | $111.65 |
| Surcharge - Video Proceeding | 318.00 | $111.30 |
| Surcharge - Expert/Medical/Technical | 318.00 | $111.30 |
| Litigation Package-Secure File Suite | 1.00 | $25.00 |
| | **Quantity** | **Amount** |
| Veritext Virtual Set-up | 1.00 | $110.00 |

| Notes: | **Invoice Total:** | **$2,240.75** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$2,240.75** |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5692784** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **4/6/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$2,240.75** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

59995

**Exhibit 8**
**Page 12 of 29**

**Veritext, LLC - New York Region**

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | David Hosenpud | | |
|---|---|---|---|
| | Lane Powell PC | **Invoice #:** | **5709430** |
| | 601 Southwest Second Avenue | **Invoice Date:** | **4/13/2022** |
| | Suite 2100 | **Balance Due:** | **$908.60** |
| | Portland, OR, 97204-3158 | | |

| **Case: Frontier Airlines, Inc. v. Amck Aviation Holdings Ireland Limited Et Al. (n/a)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5155647    |    Job Date: 4/1/2022    |    Delivery: Normal

Location:          New York, NY

Billing Atty:      David Hosenpud

Scheduling Atty:   John P Alexander Esq | Clifford Chance LLP

| **Witness: Sharath Sashikumar Bindu** | **Amount** |
|---|---|
| Transcript Services | $636.75 |
| Veritext Virtual Services | $95.00 |
| Exhibits | $148.85 |
| Delivery and Handling | $28.00 |

| Notes: | **Invoice Total:** | **$908.60** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$908.60** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454 ABA: 071000288
SWIFT: HATRUS44
Pay by Credit Card: www.veritext.com

| **Invoice #:** | **5709430** |
|---|---|
| **Invoice Date:** | **4/13/2022** |
| **Balance Due:** | **$908.60** |

59995

**Exhibit 8**
**Page 13 of 29**

**Veritext, LLC - New York Region**

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | David Hosenpud | | |
|---|---|---|---|
| | Lane Powell PC | **Invoice #:** | **5712888** |
| | 601 Southwest Second Avenue | **Invoice Date:** | **4/14/2022** |
| | Suite 2100 | **Balance Due:** | **$1,003.60** |
| | Portland, OR, 97204-3158 | | |

| Case: Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited Et Al. (1:20CV09713LLS) | Proceeding Type: Depositions |
|---|---|

Job #: 5155653    |    Job Date: 4/4/2022    |    Delivery: Normal

| Location: | New York, NY |
|---|---|
| Billing Atty: | David Hosenpud |
| Scheduling Atty: | John P Alexander Esq | Clifford Chance LLP |

| Witness: Robert Fanning | Amount |
|---|---|
| Transcript Services | $813.00 |
| Exhibits | $67.60 |
| Veritext Virtual Services | $95.00 |
| Delivery and Handling | $28.00 |

| Notes: | **Invoice Total:** | **$1,003.60** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,003.60** |

TERMS:    Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to: | Pay By ACH (Include invoice numbers): | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5712888** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **4/14/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$1,003.60** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

59995

**Exhibit 8**
**Page 14 of 29**



**Oregon Certified Interpreters Network Inc.**
680 NW ALTISHIN PL
BEAVERTON, OR  97006 US
(503) 213-3191
billing@oregoncertified.com
http://oregoncertified.com

# INVOICE

**INVOICE #**  00626-A
**DATE**  04/30/2022

**BILL TO**
Lane Powell PC
1420 5th Ave Ste 4200
Seattle, WA  981012375 USA

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

| LANGUAGE | CLIENT / PATIENT | CASE # / CLAIM # |
|---|---|---|
| Cantonese | rontier Airlines, Inc. v. AMCK | 5154956 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 04/27/2022 | **Interpretation**<br>429725172386 | Frontier Airlines v. AMCK | English to Cantonese | Third Party Platform | ZOOM | 4/27/22 7:00 AM - 11:00 AM (America/Los_Angeles) | 04:00:00 | garciat@lanepowell.com | Interpreters: Xiao Chen |  Cancellation rate: 100.00% of a base total ($341.12)| Canceled within 1 day, 12 hours of scheduled appointment start with reason:  Same Day Cancellation  | ASSIGNMENT #: 5154956  |  CASE: Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited, et al.  | | 1 | 341.12 | 341.12 |

| | BALANCE DUE | **$341.12** |
|---|---|---|

EIN: 26-2020982
NPI: 1649626862

**Exhibit 8**
**Page 15 of 29**

**Veritext - PNW - A Veritext Company**
Tel. 503-228-7201 Email: Calendar-pnw@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | David Hosenpud | Invoice #: | 5764727 |
|---|---|---|---|
| | Lane Powell PC | Invoice Date: | 5/6/2022 |
| | 601 Southwest Second Avenue | Balance Due: | $1,873.50 |
| | Suite 2100 | | |
| | Portland, OR, 97204-3158 | | |

| Case: Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited, Et Al. (1:20CV09713LLS) | Proceeding Type: Depositions |
|---|---|

Job #: 5187777   |   Job Date: 4/27/2022   |   Delivery: Normal

Location:              Portland, OR

Billing Atty:         David Hosenpud

Scheduling Atty:   David Hosenpud | Lane Powell PC

| Witness: Gerald Lai Chee Ma | Quantity | Price | Amount |
|---|---|---|---|
| Original Transcript | 236.00 | $4.25 | $1,003.00 |
| Attendance (Hourly) | 4.25 | $70.00 | $297.50 |
| Exhibits | 196.00 | $0.55 | $107.80 |
| Surcharge - Video Proceeding | 236.00 | $0.35 | $82.60 |
| Surcharge - Expert/Medical/Technical | 236.00 | $0.35 | $82.60 |
| Litigation Package-Secure File Suite | 1.00 | $25.00 | $25.00 |
| Attendance - Before/After Hours | 1.00 | $120.00 | $120.00 |
| | Quantity | Price | Amount |
| Veritext Virtual Set-up | 1.00 | $110.00 | $110.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |

| Notes: | Invoice Total: | $1,873.50 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,873.50 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | Invoice #: | 5764727 |
|---|---|---|---|
| Veritext | A/C Name: Veritext | Invoice Date: | 5/6/2022 |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | Balance Due: | $1,873.50 |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | | |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

59995

Exhibit 8
Page 16 of 29

**Veritext - PNW - A Veritext Company**
Tel. 503-228-7201 Email: Calendar-pnw@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | David Hosenpud | | |
|---|---|---|---|
| | Lane Powell PC | **Invoice #:** | **5764353** |
| | 601 Southwest Second Avenue | **Invoice Date:** | **5/6/2022** |
| | Suite 2100 | **Balance Due:** | **$405.00** |
| | Portland, OR, 97204-3158 | | |

| Case: Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited, et al. (1:20CV09713LLS) | Proceeding Type: Depositions |
|---|---|

Job #: 5187807   |   Job Date: 4/28/2022   |   Delivery: Normal

| Location: | Portland, OR |
|---|---|
| Billing Atty: | David Hosenpud |
| Scheduling Atty: | David Hosenpud | Lane Powell PC |

| Witness: Francis Lee | | Quantity | Price | Amount |
|---|---|---|---|---|
| | Video - Initial Services | 2.00 | $110.00 | $220.00 |
| | Video - Additional Hours | 1.50 | $110.00 | $165.00 |
| | Video - Media and Cloud Services | 1.00 | $20.00 | $20.00 |

| Notes: | No Media Ordered. | **Invoice Total:** | **$405.00** |
|---|---|---|---|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$405.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to: | Pay By ACH (Include invoice numbers): | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5764353** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **5/6/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$405.00** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

59995

Exhibit 8
Page 17 of 29

**Veritext - PNW - A Veritext Company**
Tel. 503-228-7201 Email: Calendar-pnw@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | David Hosenpud | | |
|---|---|---|---|
| | Lane Powell PC | **Invoice #:** | 5777832 |
| | 601 Southwest Second Avenue | **Invoice Date:** | 5/12/2022 |
| | Suite 2100 | **Balance Due:** | $1,153.20 |
| | Portland, OR, 97204-3158 | | |

| Case: Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited, Et Al. (1:20CV09713LLS) | Proceeding Type: Depositions |
|---|---|

Job #: 5187807    |    Job Date: 4/28/2022    |    Delivery: Normal

| Location: | Portland, OR |
|---|---|
| Billing Atty: | David Hosenpud |
| Scheduling Atty: | David Hosenpud | Lane Powell PC |

| Witness: Francis Lee | Quantity | Price | Amount |
|---|---|---|---|
| Original Transcript | 139.00 | $4.25 | $590.75 |
| Attendance (Hourly) | 3.50 | $70.00 | $245.00 |
| Exhibits | 73.00 | $0.55 | $40.15 |
| Surcharge - Video Proceeding | 139.00 | $0.35 | $48.65 |
| Surcharge - Expert/Medical/Technical | 139.00 | $0.35 | $48.65 |
| Litigation Package-Secure File Suite | 1.00 | $25.00 | $25.00 |
| | **Quantity** | **Price** | **Amount** |
| Veritext Virtual Set-up | 1.00 | $110.00 | $110.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |

| Notes: | **Invoice Total:** | **$1,153.20** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,153.20** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | 5777832 |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | 5/12/2022 |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | $1,153.20 |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

59995

**Exhibit 8**
**Page 18 of 29**

## Veritext - PNW - A Veritext Company
Tel. 503-228-7201 Email: Calendar-pnw@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | David Hosenpud | Invoice #: | 5780639 |
|---|---|---|---|
| | Lane Powell PC | Invoice Date: | 5/13/2022 |
| | 601 Southwest Second Avenue | Balance Due: | $1,292.50 |
| | Suite 2100 | | |
| | Portland, OR, 97204-3158 | | |

| Case: Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited, Et Al. (1:20CV09713LLS) | Proceeding Type: Depositions |
|---|---|

Job #: 5187777    |    Job Date: 4/27/2022    |    Delivery: Normal

| Location: | Portland, OR |
|---|---|
| Billing Atty: | David Hosenpud |
| Scheduling Atty: | David Hosenpud | Lane Powell PC |

| Witness: Gerald Lai Chee Ma | Quantity | Price | Amount |
|---|---|---|---|
| Video - Media and Cloud Services | 3.00 | $25.00 | $75.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |
| Video - Digitizing & Transcript Synchronization | 5.00 | $85.00 | $425.00 |
| | Quantity | Price | Amount |
| Video - Initial Services | 1.00 | $110.00 | $110.00 |
| Video - Additional Hours | 3.75 | $110.00 | $412.50 |
| Video - Extended Hours | 1.00 | $220.00 | $220.00 |

| Notes: | Invoice Total: | $1,292.50 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,292.50 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to: | Pay By ACH (Include invoice numbers): | Invoice #: | 5780639 |
|---|---|---|---|
| Veritext | A/C Name: Veritext | Invoice Date: | 5/13/2022 |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | Balance Due: | $1,292.50 |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | | |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

59995

Exhibit 8
Page 19 of 29

**Veritext, LLC - New York Region**
Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | David Hosenpud | | |
|---|---|---|---|
| | Lane Powell PC | **Invoice #:** | **5842749** |
| | 601 Southwest Second Avenue | **Invoice Date:** | **6/13/2022** |
| | Suite 2100 | **Balance Due:** | **$979.45** |
| | Portland, OR, 97204-3158 | | |

| Case: Frontier Airlines, Inc. v. Amck Aviation Holdings Ireland Limited Et Al. (1:20cv09713LLS) | Proceeding Type: Depositions |
|---|---|

Job #: 5155657   |   Job Date: 4/6/2022   |   Delivery: Normal

| Location: | New York, NY |
|---|---|
| Billing Atty: | David Hosenpud |
| Scheduling Atty: | John P Alexander Esq | Clifford Chance LLP |

| Witness: James Dempsey | Amount |
|---|---|
| Transcript Services | $824.25 |
| Exhibits | $76.70 |
| Veritext Exhibit Package (ACE) | $50.50 |
| Delivery and Handling | $28.00 |

| Notes: | | Invoice Total: | $979.45 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $979.45 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to: | Pay By ACH (Include invoice numbers): | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5842749** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **6/13/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$979.45** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

59995

**Exhibit 8**
**Page 20 of 29**

**Veritext, LLC - New York Region**
Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | David Hosenpud | | |
|---|---|---|---|
| | Lane Powell PC | **Invoice #:** | **5840922** |
| | 601 Southwest Second Avenue | **Invoice Date:** | **6/13/2022** |
| | Suite 2100 | **Balance Due:** | **$1,132.50** |
| | Portland, OR, 97204-3158 | | |

| Case: Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited Et Al. (1:20cv09713LLS) | Proceeding Type: Depositions |
|---|---|

Job #: 5155592    |    Job Date: 3/30/2022    |    Delivery: Normal

| Location: | New York, NY |
|---|---|
| Billing Atty: | David Hosenpud |
| Scheduling Atty: | John P Alexander Esq | Clifford Chance LLP |

| Witness: Spencer Thwaytes | Amount |
|---|---|
| Transcript Services | $914.25 |
| Exhibits | $139.75 |
| Veritext Exhibit Package (ACE) | $50.50 |
| Delivery and Handling | $28.00 |

| Notes: | | Invoice Total: | $1,132.50 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,132.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5840922** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **6/13/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$1,132.50** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

59995

**Exhibit 8**
**Page 21 of 29**

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: David Hosenpud<br>Lane Powell PC<br>601 SW Second Ave., Ste. 2100<br>Portland, OR, 97204 | **Invoice #:**  **6165507**<br>**Invoice Date:**  **11/9/2022**<br>**Balance Due:**  **$0.00** |

| Case: Frontier Airlines, Inc. v. Amck Aviation Holdings Ireland Limited Et Al. (1:20cv09713LLS) | Proceeding Type: Depositions |
|---|---|

Job #: 5547723   |   Job Date: 10/25/2022   |   Delivery: Normal

| | |
|---|---|
| Location: | New York, NY |
| Billing Atty: | David Hosenpud |
| Scheduling Atty: | John P Alexander Esq | Clifford Chance LLP |

| Witness: Kevin  Neels | Amount |
|---|---|
| Transcript Services | $659.65 |
| Exhibits | $117.00 |
| Logistics, Processing & Electronic Files | $81.00 |

| Notes: | Invoice Total: | $857.65 |
|---|---|---|
| | Payment: | ($857.65) |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:**Veritext<br>**Bank Name:**BMO Harris Bank<br>**Account No:**4353454 **ABA:**071000288<br>**Swift:** HATRUS44 | **Invoice #:  6165507**<br>**Invoice Date:  11/9/2022**<br>**Balance Due:  $0.00** |
|---|---|---|

Pay by Credit Card: www.veritext.com

59995

**Exhibit 8**

# Veritext, LLC - Western Region

Tel. 503-228-7201 Email: Calendar-pnw@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: David Hosenpud | **Invoice #:** | **6217246** |
| Lane Powell PC | **Invoice Date:** | **12/5/2022** |
| 601 SW Second Ave., Ste. 2100 | **Balance Due:** | **$0.00** |
| Portland, OR, 97204 | | |

| | |
|---|---|
| **Case: Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited, et al.  (1:20CV09713LLS)** | **Proceeding Type: Depositions** |

Job #: 5545850    |    Job Date: 10/27/2022    |    Delivery: Normal

Location:             Washington, DC

Billing Atty:         David Hosenpud

Scheduling Atty:   David Hosenpud | Lane Powell PC

| Witness: Rikard De Jounge | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 116.00 | $4.25 | $493.00 |
| Transcript - Supplemental Surcharges* | 116.00 | $0.70 | $81.20 |
| Attendance - Hourly | 3.75 | $70.00 | $262.50 |
| Exhibits | 58.00 | $0.55 | $31.90 |
| Litigation Package - Secure File Suite | 1.00 | $25.00 | $25.00 |
| | **Quantity** | **Price** | **Amount** |
| Veritext Virtual Set-up | 1.00 | $110.00 | $110.00 |

| Notes:    *Supplemental Surcharges Include: Expert/Medical/Technical, Virtual Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$1,003.60** |
| | **Payment:** | **($1,003.60)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

| | |
|---|---|
| **Invoice #:** | 6217246 |
| **Invoice Date:** | 12/5/2022 |
| **Balance Due:** | $0.00 |

Pay by Credit Card: www.veritext.com

59995

**Exhibit 8**

**Veritext, LLC - Western Region**
Tel. 503-228-7201 Email: Calendar-pnw@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Tangi Garcia | | |
|---|---|---|---|
| | Lane Powell PC | **Invoice #:** | **6899234** |
| | 601 SW Second Ave., Ste. 2100 | **Invoice Date:** | **10/10/2023** |
| | Portland, OR, 97204 | **Balance Due:** | **$305.00** |

| Case: Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited, Et Al. (1:20CV09713LLS) | Proceeding Type: Depositions |
|---|---|

Job #: 5187807    |    Job Date: 4/28/2022    |    Delivery: Normal

Location:         Portland, OR

Billing Atty:      Tangi Garcia

Scheduling Atty:   David Hosenpud | Lane Powell PC

| Witness: Francis Lee | Amount |
|---|---|
| Video Services | $255.00 |
| Video - Electronic Access | $50.00 |

| Notes: | | Invoice Total: | $305.00 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $305.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all services/services information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 6899234**
**Invoice Date: 10/10/2023**
**Balance Due: $305.00**

59995

**Exhibit 8**
**Page 24 of 29**

**Veritext, LLC - Western Region**
Tel. 503-228-7201 Email: Calendar-pnw@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Darcy Deibele | | |
| --- | --- | --- | --- |
| | Lane Powell PC | **Invoice #:** | **6918626** |
| | 601 SW Second Ave., Ste. 2100 | **Invoice Date:** | **10/18/2023** |
| | Portland, OR, 97204 | **Balance Due:** | **$185.00** |

| Case: Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited, Et Al. (1:20CV09713LLS) | Proceeding Type: Depositions |
| --- | --- |

Job #: 5187807    |    Job Date: 4/28/2022    |    Delivery: Normal

| Location: | Portland, OR |
| --- | --- |
| Billing Atty: | Darcy Deibele |
| Scheduling Atty: | David Hosenpud | Lane Powell PC |

| Witness: Francis Lee , EDITED | Amount |
| --- | --- |
| Premium Video Services | $135.00 |
| Video - Electronic Access | $50.00 |

| Notes: | | Invoice Total: | $185.00 |
| --- | --- | --- | --- |
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $185.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 6918626**
**Invoice Date: 10/18/2023**
**Balance Due: $185.00**

59995

Exhibit 8
Page 25 of 29

**Veritext, LLC - Western Region**
Tel. 503-228-7201 Email: Calendar-pnw@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Darcy Deibele | | |
|---|---|---|---|
| | Lane Powell PC | **Invoice #:** | **6918632** |
| | 601 SW Second Ave., Ste. 2100 | **Invoice Date:** | **10/18/2023** |
| | Portland, OR, 97204 | **Balance Due:** | **$185.00** |

| **Case: Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited, et al. (1:20CV09713LLS)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5187777  |  Job Date: 4/27/2022  |  Delivery: Normal

| Location: | Portland, OR |
|---|---|
| Billing Atty: | Darcy Deibele |
| Scheduling Atty: | David Hosenpud | Lane Powell PC |

| Witness: Gerald Lai Chee Ma , EDITED | Amount |
|---|---|
| Premium Video Services | $135.00 |
| Video - Electronic Access | $50.00 |

| Notes: | | **Invoice Total:** | **$185.00** |
|---|---|---|---|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$185.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all services/services information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 6918632**
**Invoice Date: 10/18/2023**
**Balance Due: $185.00**

59995

**Exhibit 8**
**Page 26 of 29**

**Veritext, LLC - Western Region**
Tel. 503-228-7201 Email: Calendar-pnw@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Tangi Garcia | | |
| --- | --- | --- | --- |
| | Lane Powell PC | **Invoice #:** | **7185873** |
| | 601 SW Second Ave., Ste. 2100 | **Invoice Date:** | **2/14/2024** |
| | Portland, OR, 97204 | **Balance Due:** | **$473.00** |

| Case: Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited, Et Al. (1:20cv09713LLS) | Proceeding Type: Depositions |
| --- | --- |

Job #: 5099216    |    Job Date: 3/23/2022    |    Delivery: Normal

| Location: | New York, NY |
| --- | --- |
| Billing Atty: | Tangi Garcia |
| Scheduling Atty: | David Hosenpud | Lane Powell PC |

| Witness: Jane OCallaghan | Amount |
| --- | --- |
| Video Services | $420.00 |
| Video - Electronic Access | $53.00 |

| Notes: | | Invoice Total: | $473.00 |
| --- | --- | --- | --- |
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $473.00 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | |
| --- | --- | --- |
| Veritext | **A/C Name:**Veritext | **Invoice #:** 7185873 |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | |
| Chicago IL 60694-1303 | **Bank Addr:**311 W. Monroe Chicago, IL 60606 | **Invoice Date:** 2/14/2024 |
| Fed. Tax ID: 20-3132569 | **Account No:**4353454 **ABA:**071000288 | **Balance Due:** $473.00 |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

**Exhibit 8**
**Page 27 of 29**

**Veritext, LLC - Western Region**
Tel. 503-228-7201 Email: Calendar-pnw@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Tangi Garcia | | | |
|---|---|---|---|---|
| | Lane Powell PC | | **Invoice #:** | **7207400** |
| | 601 SW Second Ave., Ste. 2100 | | **Invoice Date:** | **2/26/2024** |
| | Portland, OR, 97204 | | **Balance Due:** | **$494.00** |

| Case: Frontier Airlines Inc v. Amck Aviation Holdings Ireland Limited Et Al (1:20cv09713LLS) | Proceeding Type: Depositions |
|---|---|

Job #: 5109806    |    Job Date: 3/21/2022    |    Delivery: Expedited

| Location: | New York, NY |
|---|---|
| Billing Atty: | Tangi Garcia |
| Scheduling Atty: | David Hosenpud | Lane Powell PC |

| Witness: Ronan Murphy | Amount |
|---|---|
| Video Services | $444.00 |
| Video - Electronic Access | $50.00 |

| Notes: | | Invoice Total: | $494.00 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $494.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | |
|---|---|---|
| Veritext | **A/C Name:**Veritext | **Invoice #:** 7207400 |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | |
| Chicago IL 60694-1303 | **Bank Addr:**311 W. Monroe Chicago, IL 60606 | **Invoice Date:** 2/26/2024 |
| Fed. Tax ID: 20-3132569 | **Account No:**4353454 **ABA:**071000288 | **Balance Due:** $494.00 |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

59995

**Exhibit 8**
**Page 28 of 29**

**Veritext, LLC - Western Region**
Tel. 503-228-7201 Email: Calendar-pnw@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Darcy Deibele | | |
|---|---|---|---|
| | Lane Powell PC | **Invoice #:** | **7267718** |
| | 601 SW Second Ave., Ste. 2100 | **Invoice Date:** | **3/19/2024** |
| | Portland, OR, 97204 | **Balance Due:** | **$390.00** |

| **Case: Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited, Et Al. (1:20cv09713LLS)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5099222    |    Job Date: 3/25/2022   |   Delivery: Expedited

| Location: | New York, NY |
|---|---|
| Billing Atty: | Darcy Deibele |
| Scheduling Atty: | David Hosenpud | Lane Powell PC |

| **Witness: Paul Sheridan** | **Amount** |
|---|---|
| Video Services | $340.00 |
| Video - Electronic Access | $50.00 |

| Notes: | **Invoice Total:** | **$390.00** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$390.00** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  7267718**

**Invoice Date:   3/19/2024**

**Balance Due:   $390.00**

59995

**Exhibit 8**
**Page 29 of 29**