| Date | Bill Num | Billed Amt | Narrative | Category |
|---|---|---|---|---|
| 04/08/24 | 3930843 | $689.11 | Professional Services - Southern District of New York - Trial - INV#4086578505010805 | Transcript - trial |
| 04/09/24 | 3930843 | $754.50 | Professional Services - Southern District of New York Court Reporters - Trial - INV#4086578505010805 | Transcript - trial |
| 04/10/24 | 3930843 | $809.83 | Professional Services - Southern District of New York Court Reporters - Trial - INV#4086578505010805 | Transcript - trial |
| 04/11/24 | 3930843 | $231.38 | Professional Services - Southern District of New York Court Reporters - Trial - INV#4086578505010805 | Transcript - trial |
| 04/12/24 | 3930843 | $17.32 | Professional Services - Southern District of New York Court Reporters - Trial - INV#4086578505010805 | Transcript - trial |
| 04/15/24 | 3930843 | $277.12 | Professional Services - Southern District of New York Court Reporters - Trial - INV#4086578505010805 | Transcript - trial |
| 04/16/24 | 3930843 | $824.92 | Professional Services - Southern District of New York Court Reporters - Trial - INV#4086578505010805 | Transcript - trial |
| 04/17/24 | 3930843 | $467.79 | Professional Services - Southern District of New York Court Reporters - Trial - INV#4086578505010805 | Transcript - trial |
| **TOTAL** | | **$4,071.97** | | |

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0562341-IN
INVOICE DATE: 04/16/24

CUSTOMER NO.: 1025774
WORK ORDER NO.: 249003
SALESPERSON: JANA

Lane Powell PC
1420 Fifth Ave
Suite 4200
Seattle, WA 98101
Attention:DAVID G. HOSENPUD

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | | | | | |
|---|---|---|---|---|---|
| | Frontier Airlines, Inc. v AMCK Aviation | | | | |
| | CASE NO. | 20CV09713 | | | |
| 4/8/2024 | Original | | 137.00 Pages at | $5.03 | 689.11 |



CK. NO. VISA
DATE 4/17/24

Net Invoice:     689.11
Less Discount:     0.00
Freight:     0.00
Sales Tax:     0.00
**Invoice Total:**     **689.11**

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324
WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

Less Deposit:     689.11
**Invoice Balance:**     0.00

**Exhibit 9
Page 2 of 9**

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
**Tax ID No. 13-2775946**

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0562340-IN
INVOICE DATE: 04/16/24

CUSTOMER NO.: 1025774
WORK ORDER NO.: 249004
SALESPERSON: JANA

Lane Powell PC
1420 Fifth Ave
Suite 4200
Seattle, WA 98101
Attention: DAVID G. HOSENPUD

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | | | | | |
|---|---|---|---|---|---|
| | Frontier Airlines, Inc. v AMCK Aviation | | | | |
| | CASE NO. | 20CV09713 | | | |
| 4/9/2024 | Original | | 150.00  Pages at | $5.03 | 754.50 |



| | |
|---|---|
| Net Invoice: | 754.50 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **754.50** |

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324
WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

| | |
|---|---|
| Less Deposit: | 754.50 |
| **Invoice Balance:** | 0.00 |

**Exhibit 9**
**Page 3 of 9**

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0562338-IN
INVOICE DATE: 04/16/24

CUSTOMER NO.: 1025774
WORK ORDER NO.: 249005
SALESPERSON: JANA

Lane Powell PC
1420 Fifth Ave
Suite 4200
Seattle, WA 98101
Attention: DAVID G. HOSENPUD

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | | Frontier Airlines, Inc. v AMCK Aviation | | | |
| --- | --- | --- | --- | --- | --- |
| | CASE NO. | 20CV09713 | | | |
| 4/10/2024 | Original | | 161.00 Pages at | $5.03 | 809.83 |



| | |
| --- | --- |
| Net Invoice: | 809.83 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **809.83** |

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324
WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

| | |
| --- | --- |
| Less Deposit: | 809.83 |
| **Invoice Balance:** | 0.00 |

**Exhibit 9
Page 4 of 9**

# Invoice

## SOUTHERN DISTRICT REPORTERS PC
**Tax ID No. 13-2775946**

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0562337-IN
INVOICE DATE: 04/16/24

CUSTOMER NO.: 1025774
WORK ORDER NO.: 249006
SALESPERSON: JANA

Lane Powell PC
1420 Fifth Ave
Suite 4200
Seattle, WA 98101
Attention:DAVID G. HOSENPUD

**\*PAYMENT IS DUE UPON RECEIPT\***

| JOB DATE | | | | | |
|---|---|---|---|---|---|
| | Frontier Airlines, Inc. v AMCK Aviation | | | | |
| | CASE NO. | 20CV09713 | | | |
| 4/11/2024 | Original | | 46.00 Pages at | $5.03 | 231.38 |



CK. NO. ___VISA___
DATE ___4/17/24___

| | |
|---|---|
| Net Invoice: | 231.38 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **231.38** |

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324
WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

| | |
|---|---|
| Less Deposit: | 231.38 |
| **Invoice Balance:** | 0.00 |

**Exhibit 9
Page 5 of 9**

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0562336-IN
INVOICE DATE: 04/16/24

CUSTOMER NO.: 1025774
WORK ORDER NO.: 249007

SALESPERSON: JANA

Lane Powell PC
1420 Fifth Ave
Suite 4200
Seattle, WA 98101
Attention: DAVID G. HOSENPUD

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | | | | | |
|---|---|---|---|---|---|
| | Frontier Airlines, Inc. v AMCK Aviation | | | | |
| | CASE NO. | 20CV09713 | | | |
| 4/12/2024 | Original | | 4.00 Pages at | $4.33 | 17.32 |



PAID
CK. NO. VISA
DATE 4/17/24

| | |
|---|---|
| Net Invoice: | 17.32 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **17.32** |

FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324
WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC

| | |
|---|---|
| Less Deposit: | 17.32 |
| Invoice Balance: | 0.00 |

**Exhibit 9**
**Page 6 of 9**

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0562598-IN
INVOICE DATE: 04/24/24

CUSTOMER NO.: 1025774
WORK ORDER NO.: 249116
SALESPERSON: JANA

Lane Powell PC
1420 Fifth Ave
Suite 4200
Seattle, WA 98101
Attention: DAVID G. HOSENPUD

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | | | | | |
|---|---|---|---|---|---|
| | Frontier Airlines, Inc. v AMCK Aviation | | | | |
| | CASE NO. | 20CV09713 | | | |
| 4/15/2024 | Original | | 64.00 Pages at | $4.33 | 277.12 |



CK. NO. VISA
DATE 4/24/24

| | |
|---|---:|
| Net Invoice: | 277.12 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **277.12** |

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324
WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

| | |
|---|---:|
| Less Deposit: | 277.12 |
| Invoice Balance: | 0.00 |

Exhibit 9
Page 7 of 9

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0562597-IN
INVOICE DATE: 04/24/24

CUSTOMER NO.: 1025774
WORK ORDER NO.: 249117
SALESPERSON: JANA

Lane Powell PC
1420 Fifth Ave
Suite 4200
Seattle, WA 98101
Attention:DAVID G. HOSENPUD

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | Frontier Airlines, Inc. v AMCK Aviation |
|---|---|
| | CASE NO.  20CV09713 |

| 4/16/2024 | Original | 164.00 Pages at | $5.03 | 824.92 |



CK. NO. VISA
DATE 4/24/24

| | |
|---|---|
| Net Invoice: | 824.92 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **824.92** |

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324
WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

| | |
|---|---|
| Less Deposit: | 824.92 |
| **Invoice Balance:** | 0.00 |

Exhibit 9
Page 8 of 9

# Invoice

## SOUTHERN DISTRICT REPORTERS PC
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0562596-IN
INVOICE DATE: 04/24/24

CUSTOMER NO.: 1025774
WORK ORDER NO.: 249118
SALESPERSON: JANA

Lane Powell PC
1420 Fifth Ave
Suite 4200
Seattle, WA 98101
Attention: DAVID G. HOSENPUD

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | | | | | |
|---|---|---|---|---|---|
| | Frontier Airlines, Inc. v AMCK Aviation | | | | |
| | CASE NO. | 20CV09713 | | | |
| 4/17/2024 | Original | | 93.00 Pages at | $5.03 | 467.79 |



PAID
CK. NO. VISA
DATE 4/24/24

Net Invoice: 467.79
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00
**Invoice Total:** 467.79

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324
WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

Less Deposit: 467.79
Invoice Balance: 0.00

**Exhibit 9
Page 9 of 9**