| Narrative | LP Bill Number | Invoice Number | Invoice Date | Amount |
|---|---|---|---|---|
| Professional services - XACT DATA DISCOVERY - Data Hosting | | 23-122183 | 8/23/2021 | $ 42.80 |
| Professional services - XACT DATA DISCOVERY - Data Hosting | | 23-122473 | 8/23/2021 | $ 625.00 |
| Professional services - XACT DATA DISCOVERY - Data Hosting | 3867965 | | 11/30/21 | $ 2,189.60 |
| Professional services - XACT DATA DISCOVERY - Data Hosting | 3874704 | | 02/28/22 | $ 2,736.40 |
| Professional services - XACT DATA DISCOVERY - Data Hosting | | XDD003120001 | 2021-09 | $ 3,756.20 |
| Professional services - XACT DATA DISCOVERY - Data Hosting | | XDD005608001 | 2021-10 | $ 34,372.05 |
| Professional services - XACT DATA DISCOVERY - Data Hosting | 3867965 | XDD008758 | 2021-11 | $ 2,189.60 |
| Professional services - XACT DATA DISCOVERY - Data Hosting | | XDD010922 | 2021-12 | $ 9,154.95 |
| Professional services - XACT DATA DISCOVERY - Data Hosting | | XDD013293 | 2022-01 | $ 3,736.40 |
| Professional services - XACT DATA DISCOVERY - Data Hosting | 3874704 | XDD015686 | 2022-02 | $ 2,736.40 |
| Professional services - XACT DATA DISCOVERY - Data Hosting | | XDD018022 | 2022-03 | $ 3,670.50 |
| Professional services - XACT DATA DISCOVERY - Data Hosting | | XDD020568 | 2022-04 | $ 2,775.50 |
| Professional services - XACT DATA DISCOVERY - Data Hosting | | XDD022844 | 2022-05 | $ 2,563.00 |
| Professional services - XACT DATA DISCOVERY - Data Hosting | | XDD034555 | 2022-06 | $ 2,575.00 |
| Professional services - XACT DATA DISCOVERY - Data Hosting | | XDD053694 | 2022-07 | $ 2,605.50 |
| Professional services - XACT DATA DISCOVERY - Data Hosting | | XDD057853 | 2022-08 | $ 2,740.50 |
| Professional services - XACT DATA DISCOVERY - Data Hosting | | XDD059937 | 2022-09 | $ 2,945.70 |
| Professional services - XACT DATA DISCOVERY - Data Hosting | | XDD062067 | 2022-10 | $ 4,605.10 |
| Professional services - XACT DATA DISCOVERY - Data Hosting | | XDD063978 | 2022-11 | $ 2,645.60 |
| Professional services - XACT DATA DISCOVERY - Data Hosting | | XDD065787 | 2022-12 | $ 2,898.10 |
| Professional services - XACT DATA DISCOVERY - Data Hosting | | XDD067556 | 2023-01 | $ 2,648.10 |
| Professional services - XACT DATA DISCOVERY - Data Hosting | | XDD069283 | 2023-02 | $ 2,648.10 |
| Professional services - XACT DATA DISCOVERY - Data Hosting | | XDD070969 | 2023-03 | $ 2,648.10 |
| Professional services - XACT DATA DISCOVERY - Data Hosting | | XDD072691 | 2023-04 | $ 2,648.10 |

**Exhibit 10**
**Page 1 of 42**

| Narrative | LP Bill Number | Invoice Number | Invoice Date | Amount | |
|---|---|---|---|---|---|
| Professional services - XACT DATA DISCOVERY -  Data Hosting | | XDD074356 | 2023-05 | $ | 2,733.10 |
| Professional services - XACT DATA DISCOVERY -  Data Hosting | | XDD075968 | 2023-06 | $ | 2,733.10 |
| Professional services - XACT DATA DISCOVERY -  Data Hosting | | XDD077540 | 2023-07 | $ | 2,735.20 |
| Professional services - XACT DATA DISCOVERY -  Data Hosting | | INV559488 | 2023-08 | $ | 2,735.20 |
| Professional services - XACT DATA DISCOVERY -  Data Hosting | | INV571535 | 2023-09 | $ | 2,735.20 |
| Professional services - XACT DATA DISCOVERY -  Data Hosting | | INV583701 | 2023-10 | $ | 2,735.20 |
| Professional services - XACT DATA DISCOVERY -  Data Hosting | | INV183016540 | 2023-11 | $ | 2,735.20 |
| Professional services - XACT DATA DISCOVERY -  Data Hosting | | INV183016641 | 2023-12 | $ | 2,735.20 |
| Professional services - XACT DATA DISCOVERY -  Data Hosting | | INV579302477 | 2024-01 | $ | 2,735.20 |
| Professional services - XACT DATA DISCOVERY -  Data Hosting | | INV579315207 | 2024-02 | $ | 2,735.20 |
| Professional services - XACT DATA DISCOVERY -  Data Hosting | | INV579328192 | 2024-03 | $ | 3,076.00 |
| Professional services - XACT DATA DISCOVERY -  Data Hosting | | INV579341449 | 2024-04 | $ | 2,741.50 |
| Professional services - XACT DATA DISCOVERY -  Data Hosting | | INV579354378 | 2024-05 | $ | 2,741.50 |
| **TOTAL** | | | | $ | **138,063.10** |

**Exhibit 10**
**Page 2 of 42**



Xact Data Discovery - DATX
AR Contact: Marcus Taylor
Phone: 913-229-9152

# INVOICE

| | |
|---|---|
| **Invoice Number:** | 23-122183 |
| **Invoice Date:** | 8/31/2021 |
| **Customer ID** | 18FRONTIER A |
| **Page:** | 1 |

**REMIT PAYMENT TO:**
Xact Data Discovery
PO Box 714800
Cincinnati, OH  45271-4800
Tax ID: 43-1685216

**Bill To:** Frontier Airlines, Inc.
4545 Airport Way
Denver, CO  80239
United States

**Ship To:** Frontier Airlines, Inc.
4545 Airport Way
Denver, CO  80239
United States

| | | | |
|---|---|---|---|
| **Ship Via** | | **Contact** | Howard Diamond |
| **Ship Agent** | | **P.O. Number** | Frontier Airlines v AMCK |
| **Ship Date** | 8/31/2021 | **Case No.** | FRONTIER V AMCK |
| **Due Date** | 9/30/2021 | **Job No.** | 38776-H |
| **Terms** | Net 30 Days | **Discovery Consultant** | Ed Fiducia |

| Item/Description | | Quantity | Unit | Price per Unit | Total Price |
|---|---|---|---|---|---|
| HOSTING1 | Case Review - User Licensing | 0.5 | Each Item | 85.00 | 42.50 |
| HOSTING2 | Case Review - Hosting Storage | 0.03 | Gigabyte | 10.00 | 0.30 |
| | August 2021 Data Hosting | | | | |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 0.00 | 42.80 | Subtotal: | 42.80 |
| | | Invoice Discount: | 0.00 |
| | | Total Sales Tax: | 0.00 |
| | | **Total USD:** | 42.80 |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt.  Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By: _____    Date: _____

**Exhibit 10**
**Page 3 of 42**



Xact Data Discovery - DATX
AR Contact: Marcus Taylor
Phone: 913-229-9152

# INVOICE

**Invoice Number:** 23-122473

**Invoice Date:** 8/30/2021

**Customer ID**   18FRONTIER A

**REMIT PAYMENT TO:**
Xact Data Discovery
PO Box 714800
Cincinnati, OH  45271-4800
Tax ID: 43-1685216

**Page:** 1

**Bill To:** Frontier Airlines, Inc.
4545 Airport Way
Denver, CO  80239
United States

**Ship To:** Frontier Airlines, Inc.
4545 Airport Way
Denver, CO  80239
United States

| | |
|---|---|
| **Ship Via** | |
| **Ship Agent** | |
| **Ship Date** | 8/30/2021 |
| **Due Date** | 9/29/2021 |
| **Terms** | Net 30 Days |

| | |
|---|---|
| **Contact** | Howard Diamond |
| **P.O. Number** | Frontier Airlines v AMCK |
| **Case No.** | FRONTIER AIRLINES |
| **Job No.** | 38776-1/2F |
| **Discovery Consultant** | Ed Fiducia |

| Item/Description | | Quantity | Unit | Price per Unit | Total Price |
|---|---|---|---|---|---|
| EDD8 | Relativity Load  (38776-1) | 1 | Per Hour | 125.00 | 125.00 |
| | VOL:  Fanning_Robert | | | | |
| | RANGE:  XDDM-00000001 - XDDM-00001875 | | | | |
| | DOC CNT:  1875 | | | | |
| | ------------------------------------------------------ | | | | |
| FOR1 | Processing iPhone Image  (38776-2F) | 2 | Per Hour | 250.00 | 500.00 |

| | | | |
|---|---|---|---|
| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Subtotal: | 625.00 |
| 0.00 | 625.00 | Invoice Discount: | 0.00 |
| | | Total Sales Tax: | 0.00 |
| | | Total USD: | 625.00 |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt.  Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By: _____     Date: _____

**Exhibit 10**
**Page 4 of 42**



# Invoice

**Corporate Office**
Xact Data Discovery
5800 Foxridge Dr, Suite 406
Mission, Kansas 66202
Tax ID: 43-1685216

**Remittance Address**
PO Box 714800
Cincinnati, Ohio 45271-4800
Tax: 43-1685216

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 9/30/2021 | XDD003120001 |

Invoice To:

Frontier Airlines
Howard Diamond
Denver, CO 80239
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | | September | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| Collections (Hourly) | 1.09 | HOUR | $250.00 | $272.50 |
| Collections (Hourly) | 1.09 | HOUR | $250.00 | $272.50 |
| Forensic Analysis | 0.33 | HOUR | $350.00 | $115.50 |
| Forensic Analysis | 0.33 | HOUR | $350.00 | $115.50 |
| Collection Per Device | 3.00 | Each | $995.00 | $2,985.00 |
| Collection Per Device | 3.00 | Each | $995.00 | $2,985.00 |
| Active Hosting      Case Review - Hosting Storage | 0.57 | GB | $10.00 | $5.70 |
| Active Hosting      Case Review - Hosting Storage | 0.57 | GB | $10.00 | $5.70 |
| Selective Image Creation      Tiff Production per GB | 1.00 | GB | $250.00 | $250.00 |
| Selective Image Creation      Tiff Production per GB | 1.00 | GB | $250.00 | $250.00 |
| User Access      Case Review - User Licensing | 1.50 | User | $85.00 | $127.50 |
| User Access | 1.50 | User | $85.00 | $127.50 |

XCL

**Exhibit 10**
**Page 5 of 42**

Case Review - User Licensing

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Xact Data Discovery.

| | |
|---|---|
| Subtotal | $3,756.20 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $3,756.20 |

**Bank Information**

Bank Name: Key Bank Account Name: Xcellence, Inc. d/b/a Xact Data Discovery Account Number: 359681503124 / Routing Number: 041001039 / SWIFT Code: KEYBUS33 For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com Please include invoice number(s) to ensure proper credit.



# Invoice

**Corporate Office**
Xact Data Discovery
5800 Foxridge Dr, Suite 406
Mission, Kansas 66202
Tax ID: 43-1685216

**Remittance Address**
PO Box 714800
Cincinnati, Ohio 45271-4800
Tax: 43-1685216

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 10/31/2021 | XDD005608001 |

Invoice To:

Frontier Airlines
Howard Diamond
Denver, CO 80239
United States

| Engagement No. | Engagement Name | | | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | | | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| Forensic General Services | 0.75 | HOUR | $250.00 | $187.50 |
| Collection Device Count | 1.00 | Each | $500.00 | $500.00 |
| Data Processing | 602.98 | GB | $25.00 | $15,074.50 |
|    Acquisition Size (Expanded, In) (38776 - 00004) | | | | |
| Enhanced Native File Processing with Analytics | 218.21 | GB | $75.00 | $16,365.75 |
|    Native - Package Size (Out) (38776 - 00004) | | | | |
| Minimum Production Charge | 2.50 | Each | $125.00 | $312.50 |
|    Relativity Load (38776 - 00004) | | | | |
| User Access | 2.50 | User | $85.00 | $212.50 |
| Project Management & Support Services | 5.40 | HOUR | $150.00 | $810.00 |
| Reimbursed Expenses | 1.00 | Each | $41.49 | $41.49 |
|    Spencer Thwaytes Remote Kit - 774960616864 | | | | |
| Reimbursed Expenses | 1.00 | Each | $43.01 | $43.01 |
|    Spencer Thwaytes Remote Kit - 791197629016 | | | | |
| Active Hosting | 82.48 | GB | $10.00 | $824.80 |

XCL

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Xact Data Discovery.

| | |
|---|---|
| Subtotal | $34,372.05 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $34,372.05 |

**Bank Information**

Bank Name: Key Bank Account Name: Xcellence, Inc. d/b/a Xact Data Discovery Account Number: 359681503124 / Routing Number: 041001039 / SWIFT Code: KEYBUS33 For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com Please include invoice number(s) to ensure proper credit.

XCL



# Invoice

**Corporate Office**
Xact Data Discovery
5800 Foxridge Dr, Suite 406
Mission, Kansas 66202
Tax ID: 43-1685216

**Remittance Address**
PO Box 714800
Cincinnati, Ohio 45271-4800
Tax: 43-1685216

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 11/30/2021 | XDD008758 |

Invoice To:

Frontier Airlines
Howard Diamond
Denver, CO 80239
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | | November | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| User Access | 2.00 | User | $85.00 | $170.00 |
| Active Hosting | 201.96 | GB | $10.00 | $2,019.60 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Xact Data Discovery.

| | |
|---|---|
| Subtotal | $2,189.60 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $2,189.60 |

Bank Information

Bank Name: Key Bank Account Name: Xcellence, Inc. d/b/a Xact Data Discovery Account Number: 359681503124 / Routing Number: 041001039 / SWIFT Code: KEYBUS33 For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com Please include invoice number(s) to ensure proper credit.



# Invoice

**Corporate Office**
Xact Data Discovery
5800 Foxridge Dr, Suite 406
Mission, Kansas 66202
Tax ID: 43-1685216

**Remittance Address**
PO Box 714800
Cincinnati, Ohio 45271-4800
Tax: 43-1685216

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 12/31/2021 | XDD010922 |

Invoice To:

Frontier Airlines
Howard Diamond
Denver, CO 80239
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | | December | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| Analytics Consulting | 13.75 | HOUR | $250.00 | $3,437.50 |
| Data Processing | 8.78 | GB | $25.00 | $219.50 |
| Dec | | | | |
| Enhanced Native File Processing with Analytics | 0.07 | GB | $75.00 | $5.25 |
| Dec | | | | |
| Production, All-Inclusive: | 0.05 | GB | $250.00 | $12.50 |
| User Access | 2.00 | User | $85.00 | $170.00 |
| Project Management & Support Services | 19.85 | HOUR | $150.00 | $2,977.50 |
| Active Hosting | 233.27 | GB | $10.00 | $2,332.70 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Xact Data Discovery.

| | |
|---|---|
| Subtotal | $9,154.95 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $9,154.95 |

Bank Information

Bank Name: Key Bank Account Name: Xcellence, Inc. d/b/a Xact Data Discovery Account Number: 359681503124 / Routing Number: 041001039 / SWIFT Code: KEYBUS33 For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com Please include invoice number(s) to ensure proper credit.



# Invoice

**Corporate Office**
Xact Data Discovery
5800 Foxridge Dr, Suite 406
Mission, Kansas 66202
Tax ID: 43-1685216

**Remittance Address**
PO Box 714800
Cincinnati, Ohio 45271-4800
Tax: 43-1685216

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 1/31/2022 | XDD013293 |

Invoice To:

Frontier Airlines
Howard Diamond
Denver, CO 80239
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | | January | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| Production, All-Inclusive: | 0.61 | GB | $250.00 | $152.50 |
| User Access | 2.00 | User | $85.00 | $170.00 |
| Project Management & Support Services | 6.65 | HOUR | $150.00 | $997.50 |
| Active Hosting | 241.64 | GB | $10.00 | $2,416.40 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Xact Data Discovery.

| | |
|---|---|
| Subtotal | $3,736.40 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $3,736.40 |

**Bank Information**

Bank Name: Key Bank Account Name: Xcellence, Inc. d/b/a Xact Data Discovery Account Number: 359681503124 / Routing Number: 041001039 / SWIFT Code: KEYBUS33 For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com Please include invoice number(s) to ensure proper credit.



# Invoice

**Corporate Office**
Xact Data Discovery
5800 Foxridge Dr, Suite 406
Mission, Kansas 66202
Tax ID: 43-1685216

**Remittance Address**
PO Box 714800
Cincinnati, Ohio 45271-4800
Tax: 43-1685216

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 2/28/2022 | XDD015686 |

Invoice To:

Frontier Airlines
Howard Diamond
Denver, CO 80239
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | | February | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| User Access | 2.00 | User | $85.00 | $170.00 |
| Project Management & Support Services | 1.00 | HOUR | $150.00 | $150.00 |
| Active Hosting | 241.64 | GB | $10.00 | $2,416.40 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Xact Data Discovery.

| | |
|---|---|
| Subtotal | $2,736.40 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $2,736.40 |

**Bank Information**

Bank Name: Key Bank Account Name: Xcellence, Inc. d/b/a Xact Data Discovery Account Number: 359681503124 / Routing Number: 041001039 / SWIFT Code: KEYBUS33 For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com Please include invoice number(s) to ensure proper credit.



# Invoice

**Corporate Office**
Xact Data Discovery
5800 Foxridge Dr, Suite 406
Mission, Kansas 66202
Tax ID: 43-1685216

**Remittance Address**
PO Box 714800
Cincinnati, Ohio 45271-4800
Tax: 43-1685216

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 3/31/2022 | XDD018022 |

Invoice To:

Frontier Airlines
Howard Diamond
Denver, CO 80239
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | | March | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| Production, All-Inclusive: | 0.01 | GB | $250.00 | $2.50 |
| User Access | 2.00 | User | $85.00 | $170.00 |
| Technical Services | 8.50 | HOUR | $125.00 | $1,062.50 |
| Active Hosting | 243.55 | GB | $10.00 | $2,435.50 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Xact Data Discovery.

| | |
|---|---|
| Subtotal | $3,670.50 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $3,670.50 |

Bank Information

Bank Name: Key Bank Account Name: Xcellence, Inc. d/b/a Xact Data Discovery Account Number: 359681503124 / Routing Number: 041001039 / SWIFT Code: KEYBUS33 For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com Please include invoice number(s) to ensure proper credit.



# Invoice

**Corporate Office**
Xact Data Discovery
5800 Foxridge Dr, Suite 406
Mission, Kansas 66202
Tax ID: 43-1685216

**Remittance Address**
PO Box 714800
Cincinnati, Ohio 45271-4800
Tax: 43-1685216

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 4/30/2022 | XDD020568 |

Invoice To:

Frontier Airlines
Howard Diamond
Denver, CO 80239
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | | April | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| Forensic Analysis | 0.50 | HOUR | $350.00 | $175.00 |
| User Access | 1.50 | User | $85.00 | $127.50 |
| Project Management & Support Services | 0.25 | HOUR | $150.00 | $37.50 |
| Active Hosting | 243.55 | GB | $10.00 | $2,435.50 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Xact Data Discovery.

| | |
|---|---|
| Subtotal | $2,775.50 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $2,775.50 |

Bank Information

Bank Name: Key Bank Account Name: Xcellence, Inc. d/b/a Xact Data Discovery Account Number: 359681503124 / Routing Number: 041001039 / SWIFT Code: KEYBUS33 For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com Please include invoice number(s) to ensure proper credit.

XCL

## Rollup Details:2022-334600-316339 Frontier Airlines Inc.

| Engagement # | HCode | Billing Service | Activity | Date | Billable Hours | User Comments |
|---|---|---|---|---|---|---|
| 334600-316339-001 | H62337 | Project Management & Support Services | Client Communication | 04/05/2022 | 0.25 | Look into call log issue and coordinate DFES resource for this analysis. |
| 334600-316339-001 | H62337 | Forensic Analysis | Reporting | 04/06/2022 | 0.5 | Review of mobile data |

**Exhibit 10**
**Page 16 of 42**



# Invoice

**Corporate Office**
Xact Data Discovery
5800 Foxridge Dr, Suite 406
Mission, Kansas 66202
Tax ID: 43-1685216

**Remittance Address**
PO Box 714800
Cincinnati, Ohio 45271-4800
Tax: 43-1685216

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 5/31/2022 | XDD022844 |

Invoice To:

Frontier Airlines
Howard Diamond
Denver, CO 80239
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | | May | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| User Access | 1.50 | User | $85.00 | $127.50 |
| User Access \| H62337 | | | | |
| Active Hosting | 243.55 | GB | $10.00 | $2,435.50 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Xact Data Discovery.

| | |
|---|---|
| Subtotal | $2,563.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $2,563.00 |

Bank Information

Bank Name: Key Bank Account Name: Xcellence, Inc. d/b/a Xact Data Discovery Account Number: 359681503124 / Routing Number: 041001039 / SWIFT Code: KEYBUS33 For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com Please include invoice number(s) to ensure proper credit.

XCL



# Invoice

**Corporate Office**
Xact Data Discovery
5800 Foxridge Dr, Suite 406
Mission, Kansas 66202
Tax ID: 43-1685216

**Remittance Address**
PO Box 714800
Cincinnati, Ohio 45271-4800
Tax: 43-1685216

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 6/30/2022 | XDD034555 |

Invoice To:

Frontier Airlines
Howard Diamond
Denver, CO 80239
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | | June | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| User Access | 1.50 | User | $85.00 | $127.50 |
| User Access \| H62337 | | | | |
| Project Management & Support Services | 0.08 | HOUR | $150.00 | $12.00 |
| Active Hosting | 243.55 | GB | $10.00 | $2,435.50 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Xact Data Discovery.

| | |
|---|---|
| Subtotal | $2,575.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $2,575.00 |

**Bank Information**

Bank Name: Key Bank Account Name: Xcellence, Inc. d/b/a Xact Data Discovery Account Number: 359681503124 / Routing Number: 041001039 / SWIFT Code: KEYBUS33 For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com Please include invoice number(s) to ensure proper credit.

XCL



# Invoice

**Corporate Office**
Xact Data Discovery
5800 Foxridge Dr, Suite 406
Mission, Kansas 66202
Tax ID: 43-1685216

**Remittance Address**
PO Box 714800
Cincinnati, Ohio 45271-4800
Tax: 43-1685216

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 7/31/2022 | XDD053694 |

Invoice To:

Frontier Airlines
Howard Diamond
Denver, CO 80239
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | | July | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| User Access | 2.00 | User | $85.00 | $170.00 |
|    User Access \| H62337 | | | | |
| Active Hosting | 243.55 | GB | $10.00 | $2,435.50 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Xact Data Discovery.

| | |
|---|---|
| Subtotal | $2,605.50 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $2,605.50 |

Bank Information

Bank Name: Key Bank Account Name: Xcellence, Inc. d/b/a Xact Data Discovery Account Number: 359681503124 / Routing Number: 041001039 / SWIFT Code: KEYBUS33 For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com Please include invoice number(s) to ensure proper credit.



# Invoice

**Corporate Office**
Xact Data Discovery
5800 Foxridge Dr, Suite 406
Mission, Kansas 66202
Tax ID: 43-1685216

**Remittance Address**
PO Box 714800
Cincinnati, Ohio 45271-4800
Tax: 43-1685216

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 8/31/2022 | XDD057853 |

Invoice To:

Frontier Airlines
Howard Diamond
Denver, CO 80239
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | | August | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| User Access | 2.00 | User | $85.00 | $170.00 |
| User Access \| H62337 | | | | |
| Project Management & Support Services | 0.90 | HOUR | $150.00 | $135.00 |
| Active Hosting | 243.55 | GB | $10.00 | $2,435.50 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Xact Data Discovery.

| | |
|---|---|
| Subtotal | $2,740.50 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $2,740.50 |

Bank Information

Bank Name: Key Bank Account Name: Xcellence, Inc. d/b/a Xact Data Discovery Account Number: 359681503124 / Routing Number: 041001039 / SWIFT Code: KEYBUS33 For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com Please include invoice number(s) to ensure proper credit.

XCL



# Invoice

**Corporate Office**
Xact Data Discovery
5800 Foxridge Dr, Suite 406
Mission, Kansas 66202
Tax ID: 43-1685216

**Remittance Address**
PO Box 714800
Cincinnati, Ohio 45271-4800
Tax: 43-1685216

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 9/30/2022 | XDD059937 |

Invoice To:

Frontier Airlines
Howard Diamond
Denver, CO 80239
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | | September | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| User Access | 2.00 | User | $85.00 | $170.00 |
|    User Access |H62337 | | | | |
| Project Management & Support Services | 0.60 | HOUR | $150.00 | $90.00 |
| Technical Services | 2.00 | HOUR | $125.00 | $250.00 |
| Active Hosting | 243.57 | GB | $10.00 | $2,435.70 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Xact Data Discovery.

| | |
|---|---|
| Subtotal | $2,945.70 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $2,945.70 |

**Bank Information**

Bank Name: Key Bank Account Name: Xcellence, Inc. d/b/a Xact Data Discovery Account Number: 359681503124 / Routing Number: 041001039 / SWIFT Code: KEYBUS33 For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com Please include invoice number(s) to ensure proper credit.

**Rollup Details:2022-9**

**334600-316339**

**Frontier Airlines Inc. v AMCK et al**

| Timesheet ID | Engagement # | HCode | User Name | Billing Service | Activity | Date | Billable Hours | User Comments |
|---|---|---|---|---|---|---|---|---|
| 10782166 | 334600-316339-001 | H62337 | C Sreemannarayana | Technical Services | Data Export for Loading | 09/04/2022 | 2 | Data Import~Initiated this request and completed all steps and released to hosting. |
| 10809473 | 334600-316339-001 | H62337 | Axl Aquino | Project Management & | Client Communication | 09/05/2022 | 0.2 | |
| 10809474 | 334600-316339-001 | H62337 | Axl Aquino | Project Management & | Coordinate Processing | 09/05/2022 | 0.4 | |

**Exhibit 10**
**Page 22 of 42**



# Invoice

**Corporate Office**
Xact Data Discovery
5800 Foxridge Dr, Suite 406
Mission, Kansas 66202
Tax ID: 43-1685216

**Remittance Address**
PO Box 714800
Cincinnati, Ohio 45271-4800
Tax: 43-1685216

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 10/31/2022 | XDD062067 |

Invoice To:

Frontier Airlines
Howard Diamond
Denver, CO 80239
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | | October | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| Production, All-Inclusive: | 0.05 | GB | $250.00 | $12.50 |
| User Access | 2.00 | User | $85.00 | $170.00 |
| User Access \| H62337 | | | | |
| Project Management & Support Services | 2.08 | HOUR | $150.00 | $312.00 |
| Technical Services | 13.08 | HOUR | $125.00 | $1,635.00 |
| Active Hosting | 247.56 | GB | $10.00 | $2,475.60 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Xact Data Discovery.

| | |
|---|---|
| Subtotal | $4,605.10 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $4,605.10 |

**Bank Information**

Bank Name: Key Bank Account Name: Xcellence, Inc. d/b/a Xact Data Discovery Account Number: 359681503124 / Routing Number: 041001039 / SWIFT Code: KEYBUS33 For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com Please include invoice number(s) to ensure proper credit.



# Invoice

**Corporate Office**
Xact Data Discovery
5800 Foxridge Dr, Suite 406
Mission, Kansas 66202
Tax ID: 43-1685216

**Remittance Address**
PO Box 714800
Cincinnati, Ohio 45271-4800
Tax: 43-1685216

### STRICTLY CONFIDENTIAL

| Invoice Date | Invoice Number |
|---|---|
| 11/30/2022 | XDD063978 |

Invoice To:

Frontier Airlines
Howard Diamond
Denver, CO 80239
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | | November | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| User Access | 2.00 | User | $85.00 | $170.00 |
| User Access \| H62337 | | | | |
| Active Hosting | 247.56 | GB | $10.00 | $2,475.60 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Xact Data Discovery.

| | |
|---|---|
| Subtotal | $2,645.60 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $2,645.60 |

Bank Information

Bank Name: Key Bank Account Name: Xcellence, Inc. d/b/a Xact Data Discovery Account Number: 359681503124 / Routing Number: 041001039 / SWIFT Code: KEYBUS33 For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com Please include invoice number(s) to ensure proper credit.



# Invoice

**Corporate Office**
Xact Data Discovery
5800 Foxridge Dr, Suite 406
Mission, Kansas 66202
Tax ID: 43-1685216

**Remittance Address**
PO Box 714800
Cincinnati, Ohio 45271-4800
Tax: 43-1685216

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 12/31/2022 | XDD065787 |

Invoice To:

Frontier Airlines
Howard Diamond
Denver, CO 80239
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | | December | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| User Access | 2.00 | User | $85.00 | $170.00 |
| User Access \| H62337 | | | | |
| Technical Services | 2.00 | HOUR | $125.00 | $250.00 |
| Active Hosting | 247.81 | GB | $10.00 | $2,478.10 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Xact Data Discovery.

| | |
|---|---|
| Subtotal | $2,898.10 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $2,898.10 |

Bank Information

Bank Name: Key Bank Account Name: Xcellence, Inc. d/b/a Xact Data Discovery Account Number: 359681503124 / Routing Number: 041001039 / SWIFT Code: KEYBUS33 For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com Please include invoice number(s) to ensure proper credit.



# Invoice

**Corporate Office**
Xact Data Discovery
5800 Foxridge Dr, Suite 406
Mission, Kansas 66202
Tax ID: 43-1685216

**Remittance Address**
PO Box 714800
Cincinnati, Ohio 45271-4800
Tax: 43-1685216

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 1/31/2023 | XDD067556 |

Invoice To:

Frontier Airlines
Howard Diamond
Denver, CO 80239
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | | January | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| User Access | 2.00 | User | $85.00 | $170.00 |
|    User Access \| H62337 | | | | |
| Active Hosting | 247.81 | GB | $10.00 | $2,478.10 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Xact Data Discovery.

| | |
|---|---|
| Subtotal | $2,648.10 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $2,648.10 |

Bank Information

Bank Name: Key Bank Account Name: Xcellence, Inc. d/b/a Xact Data Discovery Account Number: 359681503124 / Routing Number: 041001039 / SWIFT Code: KEYBUS33 For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com Please include invoice number(s) to ensure proper credit.



# Invoice

**Corporate Office**
Xact Data Discovery
5800 Foxridge Dr, Suite 406
Mission, Kansas 66202
Tax ID: 43-1685216

**Remittance Address**
PO Box 714800
Cincinnati, Ohio 45271-4800
Tax: 43-1685216

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 2/28/2023 | XDD069283 |

Invoice To:

Frontier Airlines
Howard Diamond
Denver, CO 80239
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | | February | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| User Access | 2.00 | User | $85.00 | $170.00 |
| User Access for H62337 | | | | |
| Active Hosting | 247.81 | GB | $10.00 | $2,478.10 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Xact Data Discovery.

| | |
|---|---|
| Subtotal | $2,648.10 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $2,648.10 |

Bank Information

Bank Name: Key Bank Account Name: Xcellence, Inc. d/b/a Xact Data Discovery Account Number: 359681503124 / Routing Number: 041001039 / SWIFT Code: KEYBUS33 For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com Please include invoice number(s) to ensure proper credit.

**Exhibit 10**
**Page 27 of 42**



# Invoice

**Corporate Office**
Xact Data Discovery
5800 Foxridge Dr, Suite 406
Mission, Kansas 66202
Tax ID: 43-1685216

**Remittance Address**
PO Box 714800
Cincinnati, Ohio 45271-4800
Tax: 43-1685216

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 3/31/2023 | XDD070969 |

Invoice To:

Frontier Airlines
Howard Diamond
Denver, CO 80239
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | | March | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| User Access | 2.00 | User | $85.00 | $170.00 |
| User Access \| H62337 | | | | |
| Active Hosting | 247.81 | GB | $10.00 | $2,478.10 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Xact Data Discovery.

| | |
|---|---|
| Subtotal | $2,648.10 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $2,648.10 |

Bank Information

Bank Name: Key Bank Account Name: Xcellence, Inc. d/b/a Xact Data Discovery Account Number: 359681503124 / Routing Number: 041001039 / SWIFT Code: KEYBUS33 For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com Please include invoice number(s) to ensure proper credit.

XCL



# Invoice

**Corporate Office**
Xact Data Discovery
5800 Foxridge Dr, Suite 406
Mission, Kansas 66202
Tax ID: 43-1685216

**Remittance Address**
PO Box 714800
Cincinnati, Ohio 45271-4800
Tax: 43-1685216

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 4/30/2023 | XDD072691 |

Invoice To:

Frontier Airlines
Howard Diamond
Denver, CO 80239
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | | April | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| User Access | 2.00 | User | $85.00 | $170.00 |
|    User Access | H62337 | | | |
| Active Hosting | 247.81 | GB | $10.00 | $2,478.10 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Xact Data Discovery.

| | |
|---|---|
| Subtotal | $2,648.10 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $2,648.10 |

Bank Information

Bank Name: Key Bank Account Name: Xcellence, Inc. d/b/a Xact Data Discovery Account Number: 359681503124 / Routing Number: 041001039 / SWIFT Code: KEYBUS33 For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com Please include invoice number(s) to ensure proper credit.



# Invoice

**Corporate Office**
Xact Data Discovery
5800 Foxridge Dr, Suite 406
Mission, Kansas 66202
Tax ID: 43-1685216

**Remittance Address**
PO Box 714800
Cincinnati, Ohio 45271-4800
Tax: 43-1685216

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 5/31/2023 | XDD074356 |

Invoice To:

Frontier Airlines
Howard Diamond
Denver, CO 80239
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | | May | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| User Access | 3.00 | User | $85.00 | $255.00 |
|    User Access \| H62337 | | | | |
| Active Hosting | 247.81 | GB | $10.00 | $2,478.10 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Xact Data Discovery.

| | |
|---|---|
| Subtotal | $2,733.10 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $2,733.10 |

Bank Information

Bank Name: Key Bank Account Name: Xcellence, Inc. d/b/a Xact Data Discovery Account Number: 359681503124 / Routing Number: 041001039 / SWIFT Code: KEYBUS33 For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com Please include invoice number(s) to ensure proper credit.

XCL

Invoice ID: 0500-0949-7035



# Invoice

**Corporate Office**
Xact Data Discovery
5800 Foxridge Dr, Suite 406
Mission, Kansas 66202
Tax ID: 43-1685216

**Remittance Address**
PO Box 714800
Cincinnati, Ohio 45271-4800
Tax: 43-1685216

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 6/30/2023 | XDD075968 |

Invoice To:

Frontier Airlines
Howard Diamond
Denver, CO 80239
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | | June | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| User Access | 3.00 | User | $85.00 | $255.00 |
|    User Access for H62337 | | | | |
| Active Hosting | 247.81 | GB | $10.00 | $2,478.10 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Xact Data Discovery.

| | |
|---|---|
| Subtotal | $2,733.10 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $2,733.10 |

**Bank Information**

Bank Name: Key Bank Account Name: Xcellence, Inc. d/b/a Xact Data Discovery Account Number: 359681503124 / Routing Number: 041001039 / SWIFT Code: KEYBUS33 For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com Please include invoice number(s) to ensure proper credit.

XCL

Page: 1 of 1

**Exhibit 10**
**Page 31 of 42**

Invoice ID: 0500-0958-1983



# Invoice

**Corporate Office**
Xact Data Discovery
5800 Foxridge Dr, Suite 406
Mission, Kansas 66202
Tax ID: 43-1685216

**Remittance Address**
PO Box 714800
Cincinnati, Ohio 45271-4800
Tax: 43-1685216

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 7/31/2023 | XDD077540 |

Invoice To:

Frontier Airlines
Howard Diamond
Denver, CO 80239
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | | July | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| User Access | 3.00 | User | $85.00 | $255.00 |
| User Access | H62337 | | | |
| Active Hosting | 248.02 | GB | $10.00 | $2,480.20 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Xact Data Discovery.

| | |
|---|---|
| Subtotal | $2,735.20 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $2,735.20 |

**Bank Information**

Bank Name: Key Bank Account Name: Xcellence, Inc. d/b/a Xact Data Discovery Account Number: 359681503124 / Routing Number: 041001039 / SWIFT Code: KEYBUS33 For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com Please include invoice number(s) to ensure proper credit.

XCL

Page: 1 of 1



# Invoice

**Corporate Office**
1828 L Street NW Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com
Tax ID: 47-4420523

**Remittance Address**
DEPT CH 17174
Palatine, Illinois 60055-7174

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 8/31/2023 | INV559488 |

Invoice To:

Frontier Airlines
Howard Diamond
Denver, CO 80239
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | | August | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| User Access | 3.00 | User | $85.00 | $255.00 |
| Workspace Access \| H62337 | | | | |
| Active Hosting | 248.02 | GB | $10.00 | $2,480.20 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Consilio, LLC.

| | |
|---|---|
| Subtotal | $2,735.20 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $2,735.20 |

Bank Information

Bank Name: HSBC
Account Name: Consilio LLC
Account Number: 622000527 / Routing Number: 022000020 / ABA Number: 021001088 / SWIFT Code: MRMDUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.

CUS



# Invoice

**Corporate Office**
1828 L Street NW Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com
Tax ID: 47-4420523

**Remittance Address**
DEPT CH 17174
Palatine, Illinois 60055-7174

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 9/30/2023 | INV571535 |

Invoice To:

Frontier Airlines
Howard Diamond
Denver, CO 80239
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | | September | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| User Access | 3.00 | User | $85.00 | $255.00 |
| User Access | H62337 | | | |
| Active Hosting | 248.02 | GB | $10.00 | $2,480.20 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Consilio, LLC.

| | |
|---|---|
| Subtotal | $2,735.20 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $2,735.20 |

**Bank Information**

Bank Name: HSBC
Account Name: Consilio LLC
Account Number: 622000527 / Routing Number: 022000020 / ABA Number: 021001088 / SWIFT Code: MRMDUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.



# Invoice

**Corporate Office**
1828 L Street NW Suite 1070
Washington, DC 20036
T: 202-822-6222
www.consilio.com
Tax ID: 47-4420523

**Remittance Address**
DEPT CH 17174
Palatine, Illinois 60055-7174

**STRICTLY CONFIDENTIAL**

| Invoice Date | Invoice Number |
|---|---|
| 10/31/2023 | INV583701 |

Invoice To:

Frontier Airlines
Howard Diamond
Denver, CO 80239
United States

| Engagement No. | Engagement Name | | Service Period | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | | October | 30 Days from Receipt |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| User Access | 3.00 | User | $85.00 | $255.00 |
| User Access | H62337 | | | |
| Active Hosting | 248.02 | GB | $10.00 | $2,480.20 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Consilio, LLC.

| | |
|---|---|
| Subtotal | $2,735.20 |
| Misc | $0.00 |
| Tax | $0.00 |
| Delivery | $0.00 |
| Total | $2,735.20 |

Bank Information

Bank Name: HSBC
Account Name: Consilio LLC
Account Number: 622000527 / Routing Number: 022000020 / ABA Number: 021001088 / SWIFT Code: MRMDUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.

Page 1

# Invoice



**Corporate Office**
Consilio LLC
1828 L Street NW Suite 1070
Washington, DC 20036

**Remittance Address**
DEPT CH17174
Palatine, IL 60055-7174
United States

**Strictly Confidential**

| Invoice Date | Invoice Number |
|---|---|
| 11/30/2023 | INVCUS1830165400 |

**Invoice To**
Darcy Deibele
David Hosenpud
Frontier Airlines, Inc. - Denver
4545 Airport Way
Denver CO 80239
United States

**Entity Tax ID:** 47-4420523
**Customer Tax ID:**

| Engagement No. | Engagement Name | Service Period | Client Billing ID | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | 11/1/23 - 11/30/23 | | Net 30 |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| **Active Hosting** | 248.02 | GB | $10.000 | $2,480.20 |
| **User Access** | 3.00 | User | $85.000 | $255.00 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Consilio LLC

| | |
|---|---|
| **Subtotal** | $2,735.20 |
| **Credit** | |
| **Tax** | $0.00 |
| **Amount Paid** | ($2,735.20) |
| **Total** | $2,735.20 USD |
| **Amount Due** | $0.00 USD |

Bank Information

Bank Name: HSBC
Account Name: Consilio LLC
Account Number: 622000527 / Routing Number: 022000020 / 021001088 / SWIFT Code: MRMDUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.

**Exhibit 10**
**Page 36 of 42**

Page 1

# Invoice



**Corporate Office**

Consilio LLC
1828 L Street NW Suite 1070
Washington, DC 20036

**Remittance Address**

DEPT CH17174
Palatine, IL 60055-7174
United States

**Strictly Confidential**

| Invoice Date | Invoice Number |
|---|---|
| 12/31/2023 | INVCUS1830166412312 |

**Entity Tax ID:** 47-4420523
**Customer Tax ID:**

**Invoice To**

Darcy Deibele
David Hosenpud
Frontier Airlines, Inc. - Denver
4545 Airport Way
Denver CO 80239
United States

| Engagement No. | Engagement Name | Service Period | Client Billing ID | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | 12/1/23 - 12/31/23 | | Net 30 |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| **Active Hosting** | 248.02 | GB | $10.000 | $2,480.20 |
| **User Access** | 3.00 | User | $85.000 | $255.00 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Consilio LLC

| | |
|---|---|
| **Subtotal** | $2,735.20 |
| **Credit** | |
| **Tax** | $0.00 |
| **Amount Paid** | ($2,735.20) |
| **Total** | $2,735.20 USD |
| **Amount Due** | $0.00 USD |

Bank Information

Bank Name: HSBC
Account Name: Consilio LLC
Account Number: 622000527 / Routing Number: 022000020 / 021001088 / SWIFT Code: MRMDUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.

**Exhibit 10**
**Page 37 of 42**

Page 1

# Invoice



**Corporate Office**
Consilio LLC
1828 L Street NW Suite 1070
Washington, DC 20036

**Remittance Address**
DEPT CH17174
Palatine, IL 60055-7174
United States

**Strictly Confidential**

| Invoice Date | Invoice Number |
|---|---|
| 1/31/2024 | INV579302477 |

**Entity Tax ID:** 47-4420523
**Customer Tax ID:**

**Invoice To**
Darcy Deibele
David Hosenpud
Frontier Airlines, Inc. - Denver
4545 Airport Way
Denver CO 80239
United States

| Engagement No. | Engagement Name | Service Period | Client Billing ID | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | 1/1/24 - 1/31/24 | | Net 30 |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| **User Access** | 3.00 | User | $85.000 | $255.00 |
| **Active Hosting** | 248.02 | GB | $10.000 | $2,480.20 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Consilio LLC

| | |
|---|---|
| **Subtotal** | $2,735.20 |
| **Credit** | |
| **Tax** | $0.00 |
| **Amount Paid** | ($2,735.20) |
| **Total** | $2,735.20 USD |
| **Amount Due** | $0.00 USD |

Bank Information

Bank Name: HSBC
Account Name: Consilio LLC
Account Number: 622000527 / Routing Number: 022000020 / 021001088 / SWIFT Code: MRMDUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.

**Exhibit 10**
**Page 38 of 42**

# Invoice



**Corporate Office**
Consilio LLC
1828 L Street NW Suite 1070
Washington, DC 20036

**Remittance Address**
DEPT CH17174
Palatine, IL 60055-7174
United States

**Strictly Confidential**

| Invoice Date | Invoice Number |
|---|---|
| 2/29/2024 | INV579315207 |

**Entity Tax ID:** 47-4420523
**Customer Tax ID:**

**Invoice To**
Darcy Deibele
David Hosenpud
Frontier Airlines, Inc. - Denver
4545 Airport Way
Denver CO 80239
United States

| Engagement No. | Engagement Name | Service Period | Client Billing ID | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | 2/1/24 - 2/29/24 | | Net 30 |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| **Active Hosting** | 248.02 | GB | $10.000 | $2,480.20 |
| **User Access** | 3.00 | User | $85.000 | $255.00 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Consilio LLC

| | |
|---|---|
| **Subtotal** | $2,735.20 |
| **Credit** | |
| **Tax** | $0.00 |
| **Amount Paid** | ($2,735.20) |
| **Total** | $2,735.20 USD |
| **Amount Due** | $0.00 USD |

Bank Information

Bank Name: HSBC
Account Name: Consilio LLC
Account Number: 622000527 / Routing Number: 022000020 / 021001088 / SWIFT Code: MRMDUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.

**Exhibit 10**
**Page 39 of 42**

Page 1

# Invoice



**Corporate Office**
Consilio LLC
1828 L Street NW Suite 1070
Washington, DC 20036

**Remittance Address**
DEPT CH17174
Palatine, IL 60055-7174
United States

**Strictly Confidential**

| Invoice Date | Invoice Number |
|---|---|
| 3/31/2024 | INV579328192 |

**Invoice To**

Darcy Deibele
David Hosenpud
Frontier Airlines, Inc. - Denver
4545 Airport Way
Denver CO 80239
United States

**Entity Tax ID:** 47-4420523
**Customer Tax ID:**

| Engagement No. | Engagement Name | Service Period | Client Billing ID | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | 3/1/24 - 3/31/24 | | Net 30 |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| **Project Management & Support Services** | 2.23 | Hour | $150.000 | $334.50 |
| **User Access** | 3.00 | User | $85.000 | $255.00 |
| **Active Hosting** | 248.65 | GB | $10.000 | $2,486.50 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Consilio LLC

| | |
|---|---|
| **Subtotal** | $3,076.00 |
| **Credit** | |
| **Tax** | $0.00 |
| **Amount Paid** | ($3,076.00) |
| **Total** | $3,076.00 USD |
| **Amount Due** | $0.00 USD |

Bank Information

Bank Name: HSBC
Account Name: Consilio LLC
Account Number: 622000527 / Routing Number: 022000020 / 021001088 / SWIFT Code: MRMDUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.

**Exhibit 10**
**Page 40 of 42**

Page 1

# Invoice



**Corporate Office**
Consilio LLC
1828 L Street NW Suite 1070
Washington, DC 20036

**Remittance Address**
DEPT CH17174
Palatine, IL 60055-7174
United States

**Strictly Confidential**

| Invoice Date | Invoice Number |
|---|---|
| 4/30/2024 | INV579341449 |

**Entity Tax ID:** 47-4420523
**Customer Tax ID:**

**Invoice To**
Darcy Deibele
David Hosenpud
Frontier Airlines, Inc. - Denver
4545 Airport Way
Denver CO 80239
United States

| Engagement No. | Engagement Name | Service Period | Client Billing ID | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | 4/1/24 - 4/30/24 | | Net 30 |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| **User Access** | 3.00 | User | $85.000 | $255.00 |
| **Active Hosting** | 248.65 | GB | $10.000 | $2,486.50 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Consilio LLC

| | |
|---|---|
| **Subtotal** | $2,741.50 |
| **Credit** | |
| **Tax** | $0.00 |
| **Amount Paid** | |
| **Total** | $2,741.50 USD |
| **Amount Due** | $2,741.50 USD |

Bank Information

Bank Name: HSBC
Account Name: Consilio LLC
Account Number: 622000527 / Routing Number: 022000020 / 021001088 / SWIFT Code: MRMDUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.

**Exhibit 10**

Page 1

# Invoice



**Corporate Office**
Consilio LLC
1828 L Street NW Suite 1070
Washington, DC 20036

**Remittance Address**
DEPT CH17174
Palatine, IL 60055-7174
United States

**Strictly Confidential**

| Invoice Date | Invoice Number |
|---|---|
| 5/31/2024 | INV579354378 |

**Invoice To**
Darcy Deibele
David Hosenpud
Frontier Airlines, Inc. - Denver
4545 Airport Way
Denver CO 80239
United States

**Entity Tax ID:** 47-4420523
**Customer Tax ID:**

| Engagement No. | Engagement Name | Service Period | Client Billing ID | Payment Terms |
|---|---|---|---|---|
| 334600-316339 | Frontier Airlines Inc. v AMCK et al | 5/1/24 - 5/31/24 | | Net 30 |

| Description | Quantity | Unit of Measure | Unit Price | Extended Price |
|---|---|---|---|---|
| **Active Hosting** | 248.65 | GB | $10.000 | $2,486.50 |
| **User Access** | 3.00 | User | $85.000 | $255.00 |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of receipt and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Consilio LLC

| | |
|---|---|
| **Subtotal** | $2,741.50 |
| **Credit** | |
| **Tax** | $0.00 |
| **Amount Paid** | |
| **Total** | $2,741.50 USD |
| **Amount Due** | $2,741.50 USD |

Bank Information

Bank Name: HSBC
Account Name: Consilio LLC
Account Number: 622000527 / Routing Number: 022000020 / 021001088 / SWIFT Code: MRMDUS33
For electronic payment, kindly send remittance details via email to: accountsreceivable@consilio.com
Please include invoice number(s) to ensure proper credit.

**Exhibit 10**