# Project Detail Report

Brattle fees and expenses for Frontier vs. AMCK through May 31, 2024

| Employee | Labor Class | Bill Rate | Cumulative Billings Hours | Amount |
|---|---|---|---|---|
| **Labor** | | | | |
| Chodorow, Darrell | Principal | $675 | 7.00 | $4,725 |
| Powers, Nicholas | Principal | $580 | 160.00 | $92,800 |
| Colwell, Molly | Sr RA | $325 | 2.00 | $650 |
| Kaygisiz, Neriman Beste | Sr RA | $350 | 0.50 | $175 |
| Peretz, Lauren | Sr RA | $375 | 297.50 | $102,913 |
| Sala, Lorenzo | Sr RA | $375 | 10.50 | $3,938 |
| Selfe, Natalie | RA | $325 | 1.50 | $488 |
| Sen, Preetul | RA | $325 | 3.50 | $1,138 |
| Sullivan, Megan | RA | $350 | 6.00 | $2,050 |
| Paolo, Debra | Admin | $100 | 3.00 | $300 |
| Wilkins, Wendy | Other | $100 | 2.50 | $250 |
| **Total Labor** | | | **494.00** | **$209,425** |
| **Outside Labor** | | | | |
| Neels, Kevin | Other | | 160.50 | $96,300 |
| **Total Outside Labor** | | | | **$96,300** |
| **Expenses** | | | | |
| Airline / Railway | | | | $1,263 |
| Business Meals & Entertainment | | | | $209 |
| Courier Service | | | | $156 |
| Taxi | | | | $220 |
| Outside/Information Services | | | | $29 |
| **Total Expenses** | | | | **$1,877** |
| **Total Labor & Expenses** | | | | **$307,602** |

Exhibit 12
Page 1 of 1