

**Brattle**

September 22, 2022

In Account With:

David Hosenpud
Lane Powell LLP
601 S.W. Second Avenue
Suite 1200
Portland OR 97204
United States

| | |
|---|---|
| Invoice Number | 069035 |
| ProjectID | CL-08140 |
| Page | 1 of 1 |

*For Professional Services Rendered Through August 31, 2022*

| | Hours | Rate | Amount |
|---|---|---|---|
| **Principals** | | | |
| Kevin Neels | 37.50 | 600.00 | 22,500.00 |
| Nicholas Powers | 20.00 | 580.00 | 11,600.00 |
| **Research Analysts** | | | |
| Neriman Beste Kaygisiz | 0.50 | 350.00 | 175.00 |
| Lauren Peretz | 43.50 | 325.00 | 14,137.50 |
| Natalie Selfe | 1.50 | 325.00 | 487.50 |
| **Total Labor** | | | $48,900.00 |
| **TOTAL AMOUNT DUE** | | | **$48,900.00** |

Please note our updated banking information below. For additional information contact accountsreceivable@brattle.com.

Payable upon receipt in US Dollars to: The Brattle Group, Inc. (FID 04-3254813)
Finance Charge of 1.5% per month (18% APR) will be added to overdue invoices.

Please Remit Payment as Follows:

**Check Payments:**
The Brattle Group, Inc.
One Beacon Street, Suite 2600
Boston, MA 02108

**Telephone:**
+1.617.864.7900

**Email:** billingdept@brattle.com

**ACH/Wire Payments:**
Citibank, N.A. New York
SWIFT No.: CITIUS33
ABA No.: 021000089
Account: BRATTLE GROUP - OPERATING
Account No.: Redacted

**Exhibit 13**

**Project: CL08140**
**July 1 - August 31, 2022**
**Time Log for Neels, Kevin**
**Task: 0001**

| Date | Description of Activity/Tasks | Hours |
|---|---|---|
| 07-13-22 | Review QM email; Document review. | 0.75 |
| 07-15-22 | Document review. | 0.25 |
| 07-20-22 | Download documents; Review Framework Agreement. | 0.75 |
| 07-21-22 | Review 10038 lease. | 0.50 |
| 07-22-22 | Rough cut damage calculation. | 1.00 |
| 07-25-22 | Review terms of replacement leases. | 0.25 |
| 07-27-22 | Download depo transcripts and other documents. | 0.25 |
| 07-28-22 | Document review. | 0.50 |
| 07-29-22 | Document review; Accipiter. | 0.25 |
| 08-09-22 | Document review; Clarification of schedule. | 1.00 |
| 08-10-22 | Deposition review. | 1.50 |
| 08-11-22 | Sharath deposition review.  Analysis of lease terms.  Phone call wih Lane Powell. | 1.50 |
| 08-12-22 | Specifying financial data pull details.  Clarifying damage methodology.  Develop report outline. | 2.00 |
| 08-15-22 | Draft report. | 2.00 |
| 08-16-22 | Define and locate parameters for damage calculation.  Meet with Research Assistant.  Draft Report. | 2.25 |
| 08-17-22 | Draft report. | 2.25 |
| 08-18-22 | Download and review new documents.  Protective order.  Met with staff.  Draft Report.  WACC calculation.  Assemble damage parameters. | 2.50 |
| 08-19-22 | Development of discount rate measures.  Assembly of damage model parameters. | 1.25 |
| 08-20-22 | Development of discount rate measures.  Assembly of damage model parameters.  Call with N. Powers. | 0.75 |
| 08-24-22 | Questions for Sharath.  Call with N. Powers. | 0.50 |
| 08-25-22 | Review WACC data.  Review non-rent CDB & JSA lease payment provisions.  Sharath call. | 2.50 |
| 08-26-22 | Meet with staff about damage calculation.  Draft report. | 1.25 |
| 08-27-22 | WACC Regression analysis.  Aircraft value research.  Draft report. | 1.50 |
| 08-28-22 | WACC Regression analysis.  Aircraft value research.  Draft report. | 1.75 |
| 08-29-22 | Analysis of discounting, WACC and tax issues. | 2.00 |
| 08-30-22 | WACC Regression.  Draft report. | 2.50 |
| 08-31-22 | Frontier debt analysis. Review of damage calculations.  Team discussion.  Draft report.  Discount rate analysis. | 4.00 |
| **TOTAL** | | **37.50** |

**Exhibit 13**
**Page 2 of 57**

**Project: CL08140**
**August 1 - August 31, 2022**
**Time Log for Powers, Nicholas**
**Task: 0001**

| Date | Description of Activity/Tasks | Hours |
|------|------------------------------|-------|
| 08-01-22 | High-level review of materials received. | 0.25 |
| 08-11-22 | Call with expert and counsel; follow-up call with expert; review spreadsheet and talk to analyst about auditing and replicating calculations. | 1.75 |
| 08-12-22 | Review of and correspondence with expert regarding details of damages calculation. | 0.75 |
| 08-16-22 | Call with K. Neels and S. Peretz to discuss analysis and calculations. | 0.50 |
| 08-17-22 | Correspondence with counsel; damages analysis. | 0.25 |
| 08-18-22 | Conversations with Neels re: outstanding details of calculation; analysis of relevant discount rate. | 1.75 |
| 08-19-22 | Supervise analyst re: preparation of analysis; review WACCs of other US airlines for industry trends during relevant time periods. | 1.00 |
| 08-20-22 | Discussion with Neels re: outstanding items. | 0.25 |
| 08-21-22 | Correspondence with counsel, review docs. | 0.25 |
| 08-22-22 | Updates to analysis with research analyst. | 0.75 |
| 08-24-22 | Discussion with K. Neels re: topics for Sharath; draft and send e-mail to counsel. | 0.50 |
| 08-25-22 | E-mail correspondence with counsel; explore FAA website for carrier documentation; call with Sharath; debrief with Kevin. | 1.75 |
| 08-26-22 | Team discussion re: damages analysis. | 0.75 |
| 08-28-22 | Analysis of relevant cost of capital | 0.25 |
| 08-29-22 | Analysis of relevant cost of capital | 0.25 |
| 08-30-22 | DCF analysis, including careful review of documents to extract relevant details with respect to payment schedule and terms. | 4.25 |
| 08-31-22 | Cash flow analysis; cost of capital analysis; WACC regressions.  Team discussion. | 4.75 |
| **TOTAL** | | **20.00** |

**Exhibit 13**
**Page 3 of 57**

**Project: CL08140**
**August 1 - August 31, 2022**
**Time Log for Peretz, Lauren**
**Task: 0001**

| Date | Description of Activity/Tasks | Hours |
|------|------------------------------|-------|
| 08-09-22 | Onboarding for project and document review. | 0.75 |
| 08-16-22 | Onboarding and Meeting with team. | 1.00 |
| 08-18-22 | Pulled Bloomberg WACC and Swap rate data and met with team. | 4.00 |
| 08-19-22 | Pulled Bloomberg WACC data. | 3.50 |
| 08-22-22 | Worked on data pulls and damages calculation workbook. | 2.75 |
| 08-24-22 | Worked on damages calculation workbook. | 1.25 |
| 08-25-22 | Worked on damages calculation workbook. | 3.00 |
| 08-26-22 | Worked on damages calculation workbook; met with team; reviewed client meeting notes. | 2.50 |
| 08-29-22 | Worked on Damages Calculation Tables. | 6.25 |
| 08-30-22 | Pulled Bloomberg data for WACC, continued refining damages calculation, met with team. | 9.50 |
| 08-31-22 | Pulled Bloomberg data for WACC, continued refining damages calculation, met with team. | 9.00 |
| **TOTAL** | | **43.50** |

**Exhibit 13**
**Page 4 of 57**

**Project: CL08140**
**August 1 - August 31, 2022**
**Time Log for Kaygisiz, Neriman Beste**
**Task: 0001**

| Date | Description of Activity/Tasks | Hours |
|------|-------------------------------|-------|
| 08-22-22 | Spot task for data pull (BBG). | 0.50 |
| **TOTAL** | | **0.50** |

**Exhibit 13**
**Page 5 of 57**

**Project: CL08140**
**August 1 - August 31, 2022**
**Time Log for Selfe, Natalie**
**Task: 0001**

| Date | Description of Activity/Tasks | Hours |
|------|-------------------------------|-------|
| 08-30-22 | Bloomberg pull for Boston RA. | 1.00 |
| 08-31-22 | Bloomberg pull for Boston RA. | 0.50 |
| **TOTAL** | | **1.50** |

**Exhibit 13**
**Page 6 of 57**



October 17, 2022

In Account With:

David Hosenpud
Lane Powell LLP
601 S.W. Second Avenue
Suite 1200
Portland OR 97204
United States

| | |
|---|---|
| Invoice Number | 069430 |
| ProjectID | CL-08140 |
| Page | 1 of 1 |

*For Professional Services Rendered Through September 30, 2022*

| | Hours | Rate | Amount |
|---|---|---|---|
| **Principals** | | | |
| Kevin Neels | 35.75 | 600.00 | 21,450.00 |
| Nicholas Powers | 36.00 | 580.00 | 20,880.00 |
| **Research Analysts** | | | |
| Lorenzo Sala | 10.50 | 375.00 | 3,937.50 |
| Lauren Peretz | 87.50 | 325.00 | 28,437.50 |
| **Corporate** | | | |
| Wendy Wilkins | 2.50 | 100.00 | 250.00 |
| **Administrative** | | | |
| Debra Paolo | 3.00 | 100.00 | 300.00 |
| **Total Labor** | | | **$75,255.00** |

| | |
|---|---|
| **TOTAL AMOUNT DUE** | **$75,255.00** |

Please note our updated banking information below. For additional information contact accountsreceivable@brattle.com.
Payable upon receipt in US Dollars to: The Brattle Group, Inc. (FID 04-3254813)
Finance Charge of 1.5% per month (18% APR) will be added to overdue invoices.

Please Remit Payment as Follows:

**Check Payments:**
The Brattle Group, Inc.
One Beacon Street, Suite 2600
Boston, MA 02108

**ACH/Wire Payments:**
Citibank, N.A. New York
SWIFT No.: CITIUS33
ABA No.: 021000089
Account: BRATTLE GROUP - OPERATING
Account No.: Redacted

**Telephone:**
+1.617.864.7900

**Email:** billingdept@brattle.com

**Exhibit 13**
**Page 7 of 57**

**Project: CL08140**
**September 1 - September 30, 2022**
**Time Log for Neels, Kevin**
**Task: 0001**

| Date | Description of Activity/Tasks | Hours |
|------|------------------------------|-------|
| 09-01-22 | Call with NP. Calculation of tax and debt rates. Draft report. | 3.00 |
| 09-02-22 | Calculate debt rate. WACC regression. Review of rent renegotiation provision. Draft report. | 4.25 |
| 09-03-22 | Finalize damage calculations and exhibits. Draft Report. | 5.50 |
| 09-04-22 | Finalize damage calculations and exhibits. Draft Report. | 7.50 |
| 09-05-22 | Review and edit report. | 0.25 |
| 09-06-22 | Review and edit report. LP conference call. Valuation of termination option. | 4.25 |
| 09-07-22 | Finalize report. Research redelivery provisions. Materials considered list. | 2.50 |
| 09-08-22 | Final review of report and exhibits. | 1.50 |
| 09-15-22 | Research on placeholder lease provisions. | 1.50 |
| 09-16-22 | Development of valuation model. Search for maintenance cost data. Call with SP. | 2.00 |
| 09-19-22 | Search for lease rate data. Redbook demo. Review early termination contract provisions. Valuation of early termination contract provisions. Email to DH. | 3.50 |
| **TOTAL** | | **35.75** |

**Exhibit 13**
**Page 8 of 57**

**Project: CL08140**
**September 1 - September 30, 2022**
**Time Log for Powers, Nicholas**
**Task: 0001**

| Date | Description of Activity/Tasks | Hours |
|------|------------------------------|-------|
| 09-01-22 | DCF analysis; calculate and research secured cost of debt.  Call with K. Neels. | 2.25 |
| 09-02-22 | DCF/NPV analysis; update WACC regression analysis. | 5.00 |
| 09-03-22 | Design tables to present results of analysis in report; update regression analysis; calculate cumulative risk-free rate to use to bring damages forward to present; review actual rent-setting tables for MSN 10384 and MSN 10452; additional coordination with Kevin re: cost of debt; draft section on WACC, including preparation of tables; review BTS data on available seat miles for WACC regression; edits to report. | 7.50 |
| 09-04-22 | Work on DCF and regression analysis with RA; drafting sections of report; review and revise tables for report. | 4.25 |
| 09-05-22 | Manage audit of analyses. | 0.75 |
| 09-06-22 | Call with counsel to discuss feedback on draft report; explore side calculation to quantify value of early termination provision; initiate preparation of Materials considered list; prepare regression workpapers and audit; draft language re: early termination option; various correspondence with client. | 5.50 |
| 09-07-22 | Revise Materials Considered; send additional language to counsel for additions to draft; additional revisions to draft. | 2.50 |
| 09-08-22 | Two brief calls with counsel re: feedback on report; edits to Materials Considered; continue to polish draft and send to counsel | 3.75 |
| 09-09-22 | Brief call with counsel re: redaction issue; report and workpaper finalization. | 2.25 |
| 09-15-22 | Call with counsel and client re: potential outstanding damages issues; internal call to coordinate research efforts. | 1.25 |
| 09-16-22 | Review results of research into available leasing data. | 0.25 |
| 09-19-22 | Discussions re: value of termination option, including examination of possible data sources. | 0.75 |
| **TOTAL** | | **36.00** |

**Exhibit 13**
**Page 9 of 57**

**Project: CL08140**
**September 1 - September 30, 2022**
**Time Log for Peretz, Lauren**
**Task: 0001**

| Date | Description of Activity/Tasks | Hours |
|---|---|---|
| 09-01-22 | Pulled Bloomberg data for LIBOR and looked into swap rate information, continued refining damages calculation, met with team. | 8.50 |
| 09-02-22 | Continued refining damages calculation, met with team, formatted tables. | 9.50 |
| 09-03-22 | Refined damages calculation analysis; added sources and notes. | 6.00 |
| 09-04-22 | Formatted all tables and Exhibits; Sent draft of exhibits to counsel; Wrote audit instructions and met with auditor; Finalized sources and notes for report and figures. | 8.50 |
| 09-05-22 | Finalized sources and notes for analysis and report; meet with auditor and address comments and questions. | 7.00 |
| 09-06-22 | Began citation and text audit of sources for report; dropped analysis tables into report and checked cross references; meet with auditor and address comments and questions. | 7.00 |
| 09-07-22 | Began citation and text audit of sources for report; made updates to tables and analysis based on audit, dropped analysis tables into report and checked cross references. | 9.00 |
| 09-08-22 | Audited citations in report, organized workpapers; audited tables for discount rates, updated bates stamp cites. | 8.00 |
| 09-09-22 | Finished compiling workpapers for damages calculation; finalized citation audit. | 7.00 |
| 09-15-22 | Met with team to discuss supplement to report. | 1.50 |
| 09-16-22 | Researched and spoke to aircraft valuation companies to use for new supplement to report; met with team. | 7.00 |
| 09-19-22 | Met with Team and Aircraft Valuation firm to discuss potential supplement for report. | 8.50 |
| **TOTAL** | | **87.50** |

**Exhibit 13**
**Page 10 of 57**

**Project: CL08140**
**September 1 - September 30, 2022**
**Time Log for Sala, Lorenzo**
**Task: 0050**

| Date | Description of Activity/Tasks | Hours |
|------|------------------------------|-------|
| 09-06-22 | Audit of damage calculation workpaper. | 8.00 |
| 09-07-22 | Audit of damage calculation workpaper. | 2.50 |
| TOTAL | | 10.50 |

**Exhibit 13**
**Page 11 of 57**

**Project: CL08140**
**September 1 - September 30, 2022**
**Time Log for Wilkins, Wendy**
**Task: 0001**

| Date | Description of Activity/Tasks | Hours |
|------|------------------------------|-------|
| 09-06-22 | Worked on DRU for Kevin Neels' report. | 1.00 |
| 09-07-22 | Worked on DRU for Kevin Neels' report. | 1.50 |
| TOTAL | | 2.50 |

**Exhibit 13**
**Page 12 of 57**

**Project: CL08140**
**September 1 - September 30, 2022**
**Time Log for Paolo, Debra**
**Task: 0001**

| Date | Description of Activity/Tasks | Hours |
|---|---|---|
| 09-09-22 | Reviewed and fixed formatting; proofed for grammar and typos. | 3.00 |
| TOTAL | | 3.00 |

**Exhibit 13**
**Page 13 of 57**


**Brattle**

November 29, 2022

In Account With:

David Hosenpud
Lane Powell LLP
601 S.W. Second Avenue
Suite 1200
Portland OR 97204
United States

| Invoice Number | 070212 |
|---|---|
| ProjectID | CL-08140 |
| Page | 1 of 1 |

*For Professional Services Rendered Through October 31, 2022*

| | Hours | Rate | Amount |
|---|---|---|---|
| **Principals** | | | |
| Kevin Neels | 23.00 | 600.00 | 13,800.00 |
| Nicholas Powers | 22.00 | 580.00 | 12,760.00 |
| **Research Analysts** | | | |
| Molly Colwell | 2.00 | 325.00 | 650.00 |
| Lauren Peretz | 28.50 | 325.00 | 9,262.50 |
| Megan Sullivan | 2.00 | 325.00 | 650.00 |
| Total Labor | | | $37,122.50 |
| | | | |
| **Related Expenses** | | | |
| Outside/Information Services | | | 29.23 |
| Total Related Expenses | | | $29.23 |
| | | | |
| **TOTAL AMOUNT DUE** | | | **$37,151.73** |

Please note our updated banking information below. For additional information contact accountsreceivable@brattle.com.
Payable upon receipt in US Dollars to: The Brattle Group, Inc. (FID 04-3254813)
Finance Charge of 1.5% per month (18% APR) will be added to overdue invoices.

Please Remit Payment as Follows:

**Check Payments:**
The Brattle Group, Inc.
One Beacon Street, Suite 2600
Boston, MA 02108

**Telephone:**
+1.617.864.7900

**Email:** billingdept@brattle.com

**ACH/Wire Payments:**
Citibank, N.A. New York
SWIFT No.: CITIUS33
ABA No.: 021000089
Account: BRATTLE GROUP - OPERATING
Account No.: Redacted

**Exhibit 13**
**Page 14 of 57**

**Project: CL08140**
**October 1 - October 31, 2022**
**Time Log for Neels, Kevin**
**Task: 0001**

| Date | Description of Activity/Tasks | Hours |
|------|-------------------------------|-------|
| 10-07-22 | Download opposition report. | 0.25 |
| 10-09-22 | Review opposition report.  Define tasks for NP, SP. | 1.50 |
| 10-12-22 | Review NP findings.  Call with Lane Powell about opposition report. | 1.00 |
| 10-17-22 | Download and review documents relating to opposition report.  Discussions with staff about damage calculation.  Prep for deposition. | 1.25 |
| 10-18-22 | Reread Neels Report.  Process emails. New document production. | 1.00 |
| 10-19-22 | Review De Jounge Report, Debt agreement and CDB LOI. | 2.00 |
| 10-20-22 | Deposition preparation.  Discussion with staff. | 3.00 |
| 10-21-22 | Review of email traffic on De Jounge report. | 0.50 |
| 10-23-22 | Review De Jounge report. | 0.25 |
| 10-24-22 | Review Neels report.  Calls with Lane Powell.  Other deposition prep. | 3.00 |
| 10-25-22 | Deposition. | 5.50 |
| 10-27-22 | Call with NP about debt-based discount rate.  Zoom call w. DH, AS, NP.  Discussion about supplemental report. | 1.25 |
| 10-28-22 | Supplemental report.  Research on treatment of taxes in damage calculations. | 1.50 |
| 10-31-22 | Research on treatment of taxes in damage calculations. | 1.00 |
| **TOTAL** | | **23.00** |

**Exhibit 13**
**Page 15 of 57**

**Project: CL08140**
**October 1 - October 31, 2022**
**Time Log for Powers, Nicholas**
**Task: 0001**

| Date | Description of Activity/Tasks | Hours |
|---|---|---|
| 10-11-22 | Review de Jounge report and revisit Neels report in light of de Jounge arguments. | 1.75 |
| 10-12-22 | Prepare counter-arguments regarding de Jounge report; call with counsel. | 2.25 |
| 10-17-22 | Brief calls with counsel re: discovery; deposition preparation. | 0.50 |
| 10-18-22 | Preparation of deposition topics. | 0.25 |
| 10-20-22 | Internal call to prep expert for deposition; call with counsel re: prep of our own expert as well as depo questions for opposing witness. | 2.00 |
| 10-21-22 | Draft notes and deposition questions for opposing witness; share with counsel. | 2.25 |
| 10-24-22 | Call with counsel re: de Jounge deposition | 1.25 |
| 10-25-22 | Short discussion of deposition with K. Neels; minor follow-up tasks re: taxes. | 0.75 |
| 10-26-22 | Follow-up call with counsel to prep for de Jounge deposition; search for authoritative sources in support of Neels questions. | 1.50 |
| 10-27-22 | Call with counsel following de Jounge deposition; multiple internal calls; in light of newly-identified Frontier WACC data, preparation of draft supplementary statement. | 5.50 |
| 10-28-22 | Revise and finalize supplemental Neels statement re: WACC. | 4.00 |
| **TOTAL** | | **22.00** |

**Exhibit 13**
**Page 16 of 57**

**Project: CL08140**
**October 1 - October 31, 2022**
**Time Log for Peretz, Lauren**
**Task: 0001**

| Date | Description of Activity/Tasks | Hours |
|------|-------------------------------|-------|
| 10-10-22 | Reviewed opposing Expert Report. | 4.00 |
| 10-11-22 | Reviewed opposing expert report and met with team. | 1.50 |
| 10-14-22 | Reviewed lease documents sent from counsel. | 2.00 |
| 10-19-22 | Reviewed analysis for deposition prep. | 2.00 |
| 10-20-22 | Reviewed analysis for depo prep; Met with expert to prep for deposition. | 2.50 |
| 10-21-22 | Reviewed analysis and worked on deposition prep. | 1.50 |
| 10-24-22 | Depo prep questions. | 0.50 |
| 10-26-22 | Bloomberg exploration for issuer ratings of different airlines. | 2.00 |
| 10-27-22 | Bloomberg WACC and Cost of Debt pulls; met with team; changed analysis for new WACC data; worked on tables for supplemental report. | 6.50 |
| 10-28-22 | Worked on Supplemental report; put together audit of analysis; reviewed new analysis audit; Worked on text audit of supplemental report. | 6.00 |
| **TOTAL** | | **28.50** |

**Exhibit 13**
**Page 17 of 57**

**Project: CL08140**
**October 1 - October 31, 2022**
**Time Log for Sullivan, Megan**
**Task: 0001**

| Date | Description of Activity/Tasks | Hours |
|------|-------------------------------|-------|
| 10-21-22 | Audited WACC regression and summarized results. | 2.00 |
| **TOTAL** | | **2.00** |

**Exhibit 13**
**Page 18 of 57**

**Project: CL08140**
**October 1 - October 31, 2022**
**Time Log for Colwell, Molly**
**Task: 0050**

| Date | Description of Activity/Tasks | Hours |
|------|-------------------------------|-------|
| 10-28-22 | Audit of Damages Summary - Frontier WACC. | 2.00 |
| **TOTAL** | | **2.00** |

**Exhibit 13**
**Page 19 of 57**



January 25, 2023

In Account With:

David Hosenpud
Lane Powell LLP
601 S.W. Second Avenue
Suite 1200
Portland OR 97204
United States

| Invoice Number | 071088 |
| ProjectID | CL-08140 |
| Page | 1 of 1 |

---

*For Professional Services Rendered Through December 31, 2022*

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Principals** |  |  |  |
| Nicholas Powers | 2.75 | 580.00 | 1,595.00 |
| **Research Analysts** |  |  |  |
| Lauren Peretz | 13.50 | 325.00 | 4,387.50 |
| **Total Labor** |  |  | $5,982.50 |

| **TOTAL AMOUNT DUE** |  |  | **$5,982.50** |

Please note our updated banking information below. For additional information contact accountsreceivable@brattle.com.

Payable upon receipt in US Dollars to: The Brattle Group, Inc. (FID 04-3254813)

Finance Charge of 1.5% per month (18% APR) will be added to overdue invoices.

Please Remit Payment as Follows:

**Check Payments:**
The Brattle Group, Inc.
One Beacon Street, Suite 2600
Boston, MA 02108

**ACH/Wire Payments:**
Citibank, N.A. New York
SWIFT No.: CITIUS33
ABA No.: 021000089
Account: BRATTLE GROUP - OPERATING
Account No.: Redacted

**Telephone:**
+1.617.864.7900

**Email:** billingdept@brattle.com

**Exhibit 13**
**Page 20 of 57**

**Project: CL08140**
**November 1 - December 31, 2022**
**Time Log for Powers, Nicholas**
**Task: 0001**

| Date | Description of Activity/Tasks | Hours |
|------|------------------------------|-------|
| 11-07-22 | Analysis of alternate discounting approach. | 0.75 |
| 11-15-22 | Review alternative damages calculation (i.e., failing to discount past cash flows). | 0.50 |
| 11-16-22 | Research re: ex ante vs. ex post damages concepts. | 0.25 |
| 12-08-22 | Explore sensitivity of results to variation in treatment of cash flows.  Internal discussion. | 0.25 |
| 12-14-22 | Summarizing alternate approaches to damages calculations. | 0.25 |
| 12-16-22 | Call with counsel re: case developments and alternate approaches to damages calculations; begin drafting explanation of alternate approaches. | 0.75 |
| **TOTAL** | | **2.75** |

**Exhibit 13**
**Page 21 of 57**

**Project: CL08140**
**November 1 - December 31, 2022**
**Time Log for Peretz, Lauren**
**Task: 0001**

| Date | Description of Activity/Tasks | Hours |
|------|------------------------------|-------|
| 11-07-22 | Reviewed workbook for changes to be made. | 1.50 |
| 11-15-22 | Updated analysis to reflect discount rate changes. | 5.50 |
| 12-08-22 | Met with team member to discuss changing alternate approach for analysis to use different discount rates. | 1.00 |
| 12-09-22 | Changed alternate approach for analysis to use different discount rates; summarized all versions of analysis for client. | 3.50 |
| 12-13-22 | Worked on summary damages table for different models. | 0.50 |
| 12-14-22 | Worked on summary damages table for different models. | 1.50 |
| TOTAL | | 13.50 |

**Exhibit 13**
**Page 22 of 57**



September 26, 2023

In Account With:

David Hosenpud
Lane Powell LLP
601 S.W. Second Avenue
Suite 1200
Portland OR 97204
United States

| | |
|---|---|
| Invoice Number | 074478 |
| ProjectID | CL-08140 |
| Page | 1 of 1 |

---

*For Professional Services Rendered Through August 31, 2023*

| | Hours | Rate | Amount |
|---|---|---|---|
| **Principals** | | | |
|     Kevin Neels | 2.75 | 600.00 | 1,650.00 |
|     Nicholas Powers | 3.00 | 580.00 | 1,740.00 |
| **Research Analysts** | | | |
|     Lauren Peretz | 12.00 | 375.00 | 4,500.00 |
| **Total Labor** | | | $7,890.00 |

| | |
|---|---|
| **TOTAL AMOUNT DUE** | **$7,890.00** |

Please note our updated banking information below. For additional information contact accountsreceivable@brattle.com.

Payable upon receipt in US Dollars to: The Brattle Group, Inc. (FID 04-3254813)
Finance Charge of 1.5% per month (18% APR) will be added to overdue invoices.

Please Remit Payment as Follows:

**Check Payments:**
The Brattle Group, Inc.
One Beacon Street, Suite 2600
Boston, MA 02108

**Telephone:**
+1.617.864.7900

**Email:** billingdept@brattle.com

**ACH/Wire Payments:**
Citibank, N.A. New York
SWIFT No.: CITIUS33
ABA No.: 021000089
Account: BRATTLE GROUP - OPERATING
Account No.: Redacted

**Exhibit 13**
**Page 23 of 57**

**Project: CL08140**
**July 1 - August 31, 2023**
**Time Log for Neels, Kevin**
**Task: 0001**

| Date | Description of Activity/Tasks | Hours |
|------|-------------------------------|-------|
| 08/15/23 | Call with NP, DH, AS about declaration. | 0.50 |
| 08/16/23 | Document review. | 0.50 |
| 08/21/23 | Outline declaration. | 0.50 |
| 08/22/23 | Call with NP, DH, AS.  Plan declaration. | 0.50 |
| 08/24/23 | Video call about witness statement. | 0.50 |
| 08/31/23 | de Jounge report review. | 0.25 |
| **TOTAL** | | **2.75** |

**Exhibit 13**
**Page 24 of 57**

**Project: CL08140**
**August 1 - August 31, 2023**
**Time Log for Powers, Nicholas**
**Task: 0001**

| Date | Description of Activity/Tasks | Hours |
|---|---|---|
| 08/15/23 | Call with counsel re: affidavit. | 0.50 |
| 08/22/23 | Correspondence and call with counsel re: expert affidavit. | 0.50 |
| 08/23/23 | Analysis to bring damages value forward to 9/21/23. | 0.25 |
| 08/24/23 | Call with counsel; high-level outline of affidavit. | 0.75 |
| 08/25/23 | Work with team on affidavit. | 1.00 |
| **TOTAL** | | **3.00** |

**Exhibit 13**
**Page 25 of 57**

**Project: CL08140**
**August 1 - August 31, 2023**
**Time Log for Peretz, Lauren**
**Task: 0001**

| Date | Description of Activity/Tasks | Hours |
|------|-------------------------------|-------|
| 08/23/23 | Began updating analysis to calculate damages as of Sept 2023. | 1.50 |
| 08/24/23 | Updated analysis to calculate damages as of Sept 2023. | 2.50 |
| 08/25/23 | Updated analysis to calculate damages as of Sept 2023; assisted Nick with drafting sections of outline with counsel; met with team; updated tables in new report draft. | 5.50 |
| 08/29/23 | Updated analysis for damages calculation; Made edits to draft for counsel with updated tables. | 2.50 |
| **TOTAL** | | **12.00** |

**Exhibit 13**
**Page 26 of 57**



October 19, 2023

In Account With:

David Hosenpud
Lane Powell LLP
601 S.W. Second Avenue
Suite 1200
Portland OR 97204
United States

| | | |
|---|---|---|
| Invoice Number | 074835 |
| ProjectID | CL-08140 |
| Page | 1 of 1 |

---

*For Professional Services Rendered Through September 30, 2023*

| | Hours | Rate | Amount |
|---|---|---|---|
| **Principals** | | | |
| Darrell Chodorow | 2.00 | 675.00 | 1,350.00 |
| Kevin Neels | 4.00 | 600.00 | 2,400.00 |
| Nicholas Powers | 22.75 | 580.00 | 13,195.00 |
| **Research Analysts** | | | |
| Lauren Peretz | 47.50 | 375.00 | 17,812.50 |
| Preetul Sen | 3.50 | 325.00 | 1,137.50 |
| **Total Labor** | | | $35,895.00 |

| | |
|---|---|
| **TOTAL AMOUNT DUE** | **$35,895.00** |

Please note our updated banking information below. For additional information contact accountsreceivable@brattle.com.

Payable upon receipt in US Dollars to: The Brattle Group, Inc. (FID 04-3254813)
Finance Charge of 1.5% per month (18% APR) will be added to overdue invoices.

Please Remit Payment as Follows:

**Check Payments:**
The Brattle Group, Inc.
One Beacon Street, Suite 2600
Boston, MA 02108

**ACH/Wire Payments:**
Citibank, N.A. New York
SWIFT No.: CITIUS33
ABA No.: 021000089
Account: BRATTLE GROUP - OPERATING
Account No.: Redacted

**Telephone:**
+1.617.864.7900

**Email**: billingdept@brattle.com

**Exhibit 13**
**Page 27 of 57**

**Project: CL08140**
**September 1 - September 30, 2023**
**Time Log for Chodorow, Darrell**
**Task: 0001**

| Date | Description of Activity/Tasks | Hours |
|------|------------------------------|-------|
| 09/29/23 | Discussion with N. Powers; reviewing Daubert submission and Neels analysis; conducting research. | 0.75 |
| 09/30/23 | Reviewing defendant's submission; preparing memo. | 1.25 |
| TOTAL | | 2.00 |

**Exhibit 13**
**Page 28 of 57**

**Project: CL08140**
**September 1 - September 30, 2023**
**Time Log for Neels, Kevin**
**Task: 0001**

| Date | Description of Activity/Tasks | Hours |
|------|-------------------------------|-------|
| 09/01/23 | Declaration. | 1.00 |
| 09/07/23 | Declaration. | 0.25 |
| 09/12/23 | Review draft of declaration. | 0.75 |
| 09/18/23 | Review declaration and associated notes and comments.  Zoom calls about declaration. | 1.75 |
| 09/20/23 | Process email.  Send Intel cover page to DH. | 0.25 |
| **TOTAL** | | **4.00** |

**Exhibit 13**
**Page 29 of 57**

**Project: CL08140**
**September 1 - September 30, 2023**
**Time Log for Powers, Nicholas**
**Task: 0001**

| Date | Description of Activity/Tasks | Hours |
|------|------------------------------|-------|
| 09/01/23 | Outline/draft affidavit. | 1.75 |
| 09/05/23 | Work on Neels affidavit. | 0.25 |
| 09/06/23 | Work on Neels affidavit. | 1.25 |
| 09/07/23 | Work on Neels affidavit. | 0.75 |
| 09/09/23 | Draft Declaration. | 2.25 |
| 09/10/23 | Draft Declaration. | 3.50 |
| 09/11/23 | Draft Declaration; meet with team re: needed updates. | 1.75 |
| 09/12/23 | Draft Declaration; sent to expert. | 1.75 |
| 09/13/23 | Edit Declaration in response to expert comments; send to counsel for review. | 1.00 |
| 09/14/23 | Edits to draft Declaration. | 1.75 |
| 09/15/23 | Edits to draft Declaration. | 0.25 |
| 09/17/23 | Declaration. | 1.00 |
| 09/18/23 | Work on declaration, including calls with expert and counsel. | 3.25 |
| 09/19/23 | Finalize and send declaration. | 0.75 |
| 09/24/23 | Email Lane Powell with results of analysis to sensitivity of tax rate. | 0.25 |
| 09/29/23 | Review AMCK motion; discuss potential response with colleagues; discuss potential response with counsel. | 1.25 |
| **TOTAL** | | **22.75** |

**Exhibit 13**
**Page 30 of 57**

**Project: CL08140**
**September 1 - September 30, 2023**
**Time Log for Peretz, Lauren**
**Task: 0001**

| Date | Description of Activity/Tasks | Hours |
|------|------------------------------|-------|
| 09/01/23 | Updated analysis for damages calculation; Made edits to draft for counsel with updated tables. | 3.50 |
| 09/07/23 | Updated calculation of risk-free rate with new FRED data and updated tables in the draft. | 3.50 |
| 09/08/23 | Helped Nick to revise sections of Affidavit draft with updated analysis; Bloomberg research for ULCC WACC rates. | 5.00 |
| 09/11/23 | Prepared analysis for audit and met with auditor; Added new table to Declaration draft; addressed comments in Declaration draft; Prepared exhibit for expert's review. | 5.50 |
| 09/12/23 | Prepared damages analysis with different tax rates; worked on edits of Declaration draft; pulled swap rate information from Bloomberg; reviewed audit of damages analysis. | 5.00 |
| 09/13/23 | Reviewed comments from expert on Draft Declaration. | 0.50 |
| 09/14/23 | Worked on putting together exhibits for Declaration; pulled WACC information and swap rates from Bloomberg terminal; made edits to Declaration draft. | 3.50 |
| 09/15/23 | Worked on alternate approach for damages calculation; began preparing exhibits for Declaration. | 4.00 |
| 09/17/23 | Worked on preparing appendices for Declaration; began working on Alternate discounting approach for client. | 2.50 |
| 09/18/23 | Incorporated changes to draft from counsel; prepared appendices; worked on Alternate discounting approach for client; met with team. | 7.50 |
| 09/19/23 | Finalized Declaration for counsel; finalized appendices; Reviewed text of report and final damages calculation; finalized sources and notes. | 6.50 |
| 09/29/23 | Updated "read me" tab in damages calculation to reflect updated analysis. | 0.50 |
| **TOTAL** | | **47.50** |

**Exhibit 13**
**Page 31 of 57**

**Project: CL08140**
**September 1 - September 30, 2023**
**Time Log for Sen, Preetul**
**Task: 0050**

| Date | Description of Activity/Tasks | Hours |
|------|-------------------------------|-------|
| 09/11/23 | Meeting with team member to discuss audit task and review of workbook. | 0.75 |
| 09/12/23 | Reviewing workbook to ensure accuracy of analysis and call with team member to troubleshoot issues. | 2.75 |
| **TOTAL** | | **3.50** |

**Exhibit 13**
**Page 32 of 57**



November 13, 2023

In Account With:

David Hosenpud
Lane Powell LLP
601 S.W. Second Avenue
Suite 1200
Portland OR 97204
United States

| | |
|---|---|
| Invoice Number | 075142 |
| ProjectID | CL-08140 |
| Page | 1 of 1 |

---

*For Professional Services Rendered Through October 31, 2023*

| | Hours | Rate | Amount |
|---|---|---|---|
| **Principals** | | | |
| Darrell Chodorow | 1.75 | 675.00 | 1,181.25 |
| Kevin Neels | 3.75 | 600.00 | 2,250.00 |
| Nicholas Powers | 8.25 | 580.00 | 4,785.00 |
| **Total Labor** | | | $8,216.25 |
| | | | |
| **TOTAL AMOUNT DUE** | | | **$8,216.25** |

Please note our updated banking information below. For additional information contact accountsreceivable@brattle.com.

Payable upon receipt in US Dollars to: The Brattle Group, Inc. (FID 04-3254813)
Finance Charge of 1.5% per month (18% APR) will be added to overdue invoices.

Please Remit Payment as Follows:

**Check Payments:**
The Brattle Group, Inc.
One Beacon Street, Suite 2600
Boston, MA 02108

**ACH/Wire Payments:**
Citibank, N.A. New York
SWIFT No.: CITIUS33
ABA No.: 021000089
Account: BRATTLE GROUP - OPERATING
Account No.: Redacted

**Telephone:**
+1.617.864.7900

**Email:** billingdept@brattle.com

**Exhibit 13**
**Page 33 of 57**

**Project: CL08140**
**October 1 - October 31, 2023**
**Time Log for Chodorow, Darrell**
**Task: 0001**

| Date | Description of Activity/Tasks | Hours |
|------|-------------------------------|-------|
| 10/02/23 | Discussion with N. Powers; call with counsel. | 0.75 |
| 10/04/23 | Call with counsel; discussion with N. Powers; reviewing analysis. | 1.00 |
| TOTAL | | 1.75 |

**Exhibit 13**
**Page 34 of 57**

**Project: CL08140**
**October 1 - October 31, 2023**
**Time Log for Neels, Kevin**
**Task: 0001**

| Date | Description of Activity/Tasks | Hours |
|---|---|---|
| 10/01/23 | Review Daubert challenge materials. | 0.50 |
| 10/04/23 | Discussion with N. Powers; review tax documents.  Tax treatment research. | 1.50 |
| 10/29/23 | Report review. | 0.50 |
| 10/30/23 | Zoom call on taxes. | 1.25 |
| TOTAL | | 3.75 |

**Exhibit 13**
**Page 35 of 57**

**Project: CL08140**
**October 1 - October 31, 2023**
**Time Log for Powers, Nicholas**
**Task: 0001**

| Date | Description of Activity/Tasks | Hours |
|------|------------------------------|-------|
| 10/01/23 | Preparation re: Daubert exclusion. | 0.50 |
| 10/02/23 | Exclusion/tax rate claim: review deposition; discussion with Kevin; etc. | 2.25 |
| 10/03/23 | Preparation re: Daubert exclusion. | 1.50 |
| 10/04/23 | Discussions with D. Chodorow, K. Neels, counsel re: tax rate issue. | 1.50 |
| 10/05/23 | Call with A. Schaer; review Neels deposition and respond to counsel questions. | 1.75 |
| 10/31/23 | Call with counsel and expert re: prep for trial and tax issue. | 0.75 |
| TOTAL | | 8.25 |

**Exhibit 13**
**Page 36 of 57**



March 20, 2024

In Account With:

David Hosenpud
Lane Powell LLP
601 S.W. Second Avenue
Suite 1200
Portland OR 97204
United States

| | |
|---|---|
| Invoice Number | 077004 |
| ProjectID | CL-08140 |
| Page | 1 of 1 |

---

*For Professional Services Rendered Through February 29, 2024*

| | Hours | Rate | Amount |
|---|---|---|---|
| **Principals** | | | |
| Kevin Neels | 2.50 | 600.00 | 1,500.00 |
| Nicholas Powers | 5.75 | 580.00 | 3,335.00 |
| **Research Analysts** | | | |
| Lauren Peretz | 8.50 | 375.00 | 3,187.50 |
| Megan Sullivan | 3.00 | 350.00 | 1,050.00 |
| Total Labor | | | $9,072.50 |
| | | | |
| **TOTAL AMOUNT DUE** | | | **$9,072.50** |

Please note our updated banking information below. For additional information contact accountsreceivable@brattle.com.

Payable upon receipt in US Dollars to: The Brattle Group, Inc. (FID 04-3254813)
Finance Charge of 1.5% per month (18% APR) will be added to overdue invoices.

Please Remit Payment as Follows:

**Check Payments:**
The Brattle Group, Inc.
One Beacon Street, Suite 2600
Boston, MA 02108

**ACH/Wire Payments:**
Citibank, N.A. New York
SWIFT No.: CITIUS33
ABA No.: 021000089
Account: BRATTLE GROUP - OPERATING
Account No.: Redacted

**Telephone:**
+1.617.864.7900

**Email**: billingdept@brattle.com

**Exhibit 13**
**Page 37 of 57**

**Project: CL08140**
**February 1 - February 29, 2024**
**Time Log for Kevin Neels**

| Date | Description of Activity/Tasks | Hours |
|---|---|---|
| 2/16/2024 | Reviewed draft supplemental report. | 0.25 |
| 2/19/2024 | Testimony preparation and trial preparation questions. | 0.50 |
| 2/26/2024 | Reread expert report. | 0.50 |
| 2/28/2024 | Call. Plan testimony and trial preparation. | 1.25 |
| TOTAL | | 2.50 |

**Exhibit 13**
**Page 38 of 57**

**Project: CL08140**
**February 1 - February 29, 2024**
**Time Log for Nicholas Powers**

| Date | Description of Activity/Tasks | Hours |
|---|---|---:|
| 2/12/2024 | Call with counsel. Begin drafting Addendum to Neels Declaration. | 1.50 |
| 2/13/2024 | Additional drafting of Addendum to Neels Declaration. | 1.25 |
| 2/14/2024 | Meet with analysts to discuss updates to analysis. Send draft with preliminary results to counsel. | 0.75 |
| 2/15/2024 | Edits to draft addendum. | 0.25 |
| 2/16/2024 | Edits to draft addendum after conferring with expert. | 0.50 |
| 2/28/2024 | Call with counsel. Discussion with expert after call. Begin to prepare materials. | 1.50 |
| **TOTAL** | | **5.75** |

**Exhibit 13**
**Page 39 of 57**

**Project: CL08140**
**February 1 - February 29, 2024**
**Time Log for Lauren Peretz**

| Date | Description of Activity/Tasks | Hours |
|------|-------------------------------|-------|
| 2/14/2024 | Met with team member. Updated analysis for updated report date. Added updated tables to report. Prepared for audit. | 4.00 |
| 2/15/2024 | Prepared analysis for audit. Audited draft report. Met with auditor. | 2.50 |
| 2/16/2024 | Reviewed and audited report. Finalized report and sent to clients. | 2.00 |
| TOTAL | | 8.50 |

**Exhibit 13**
**Page 40 of 57**

**Project: CL08140**

**February 1 - February 29, 2024**

**Time Log for Megan Sullivan**

| Date | Description of Activity/Tasks | Hours |
|------|-------------------------------|-------|
| 2/14/2024 | Met with team to discuss report updates. | 0.25 |
| 2/15/2024 | Completed audit of analysis Excel workbook. Audited report numbers. | 2.75 |
| TOTAL | | 3.00 |

**Exhibit 13**
**Page 41 of 57**



April 12, 2024

In Account With:

David Hosenpud
Lane Powell LLP
601 S.W. Second Avenue
Suite 1200
Portland OR 97204
United States

| | |
|---|---|
| Invoice Number | 077366 |
| ProjectID | CL-08140 |
| Page | 1 of 1 |

---

*For Professional Services Rendered Through March 31, 2024*

| | Hours | Rate | Amount |
|---|---|---|---|
| **Principals** | | | |
| Darrell Chodorow | 3.00 | 675.00 | 2,025.00 |
| Kevin Neels | 11.00 | 600.00 | 6,600.00 |
| Nicholas Powers | 18.75 | 580.00 | 10,875.00 |
| **Research Analysts** | | | |
| Lauren Peretz | 16.50 | 375.00 | 6,187.50 |
| Total Labor | | | $25,687.50 |
| **TOTAL AMOUNT DUE** | | | **$25,687.50** |

Please note our updated banking information below. For additional information contact accountsreceivable@brattle.com.

Payable upon receipt in US Dollars to: The Brattle Group, Inc. (FID 04-3254813)
Finance Charge of 1.5% per month (18% APR) will be added to overdue invoices.

Please Remit Payment as Follows:

**Check Payments:**
The Brattle Group, Inc.
One Beacon Street, Suite 2600
Boston, MA 02108

**ACH/Wire Payments:**
Citibank, N.A. New York
SWIFT No.: CITIUS33
ABA No.: 021000089
Account: BRATTLE GROUP - OPERATING
Account No.: Redacted

**Telephone:**
+1.617.864.7900

**Email:** billingdept@brattle.com

**Exhibit 13**
**Page 42 of 57**

**Project: CL08140**
**March 1 - March 31, 2024**
**Time Log for Darrell Chodorow**

| Date | Description of Activity/Tasks | Hours |
|---|---|---|
| 3/27/2024 | Working on K. Neels direct and cross preparation. | 1.00 |
| 3/28/2024 | Call with N. Powers and K. Neels. | 1.00 |
| 3/29/2024 | Working with N. Powers. | 1.00 |
| TOTAL | | 3.00 |

**Exhibit 13**
**Page 43 of 57**

**Project: CL08140**
**March 1 - March 31, 2024**
**Time Log for Kevin Neels**

| Date | Description of Activity/Tasks | Hours |
|---|---|---|
| 3/8/2024 | Review deposition transcript. | 0.25 |
| 3/11/2024 | Review deposition transcript. | 0.25 |
| 3/12/2024 | Review deposition transcript. Trial preparation. | 0.75 |
| 3/15/2024 | Review deposition transcript. | 0.25 |
| 3/16/2024 | Review deposition transcript. | 0.25 |
| 3/17/2024 | Gather documents for pre-trial review. | 0.25 |
| 3/18/2024 | Review deposition transcript. | 0.25 |
| 3/19/2024 | Review de Jounge report. | 0.50 |
| 3/20/2024 | Review draft affidavit. | 0.75 |
| 3/21/2024 | Review AMCK trial brief and tax related documents. | 1.00 |
| 3/22/2024 | Call with N. Powers. Review draft Q&A. | 0.75 |
| 3/22/2024 | Call with N. Powers. Review draft Q&A. | 1.50 |
| 3/27/2024 | Trial preparation. Call with D. Hosenpud. | 1.00 |
| 3/28/2024 | Zoom call with N. Powers. Call with D. Hosenpud. | 1.50 |
| 3/29/2024 | Process email. | 0.25 |
| 3/30/2024 | Make travel arrangements. Review draft Q&A. | 1.50 |
| TOTAL | | 11.00 |

**Exhibit 13**
**Page 44 of 57**

**Project: CL08140**
**March 1 - March 31, 2024**
**Time Log for Nicholas Powers**

| Date | Description of Activity/Tasks | Hours |
|---|---|---|
| 3/19/2024 | Call with counsel. Drafting Q&A. | 3.25 |
| 3/20/2024 | Drafting Q&A for trial preparation. | 1.25 |
| 3/21/2024 | Drafting K. Neels Q&A for trial preparation. | 1.75 |
| 3/24/2024 | Edit Q&A for K. Neels. | 0.25 |
| 3/25/2024 | Draft Q&A/themes for de Jounge. | 1.00 |
| 3/26/2024 | Draft Q&A/themes for de Jounge. | 3.50 |
| 3/27/2024 | Draft Q&A/themes for de Jounge. Edits to K. Neels preparation document. | 0.75 |
| 3/28/2024 | Trial preparation, including meeting with expert, and responding to requests from counsel and expert. | 2.25 |
| 3/29/2024 | Trial preparation, including updating Q&A script. Discussion with other Brattle experts. Development of demonstratives. | 4.75 |
| TOTAL | | 18.75 |

**Exhibit 13**
**Page 45 of 57**

**Project: CL08140**
**March 1 - March 31, 2024**
**Time Log for Lauren Peretz**

| Date | Description of Activity/Tasks | Hours |
|---|---|---|
| 3/19/2024 | Put together table of Frontier corporate tax rates over time for counsel. Met with team member. | 2.00 |
| 3/27/2024 | Audited de Jounge theme questions for counsel and added citations. Adjusted damages model to see the effect of changes in corporate tax rate. | 4.50 |
| 3/28/2024 | Adjusted damages model to see the effect of changes in corporate tax rate. Reviewed 10-Ks for information about Frontier's operating leases. | 2.00 |
| 3/29/2024 | Created table for expert comparing rent payments calculated by opposing expert. Worked on demonstrative graphs for expert and counsel using Bloomberg USSW9 Swap Rate data. Met with team member to discuss outstanding trial preparation tasks. | 8.00 |
| TOTAL | | 16.50 |

**Exhibit 13**
**Page 46 of 57**



May 16, 2024

In Account With:

David Hosenpud
Lane Powell LLP
601 S.W. Second Avenue
Suite 1200
Portland OR 97204
United States

| | |
|---|---|
| Invoice Number | 077846 |
| ProjectID | CL-08140 |
| Page | 1 of 1 |

---

*For Professional Services Rendered Through April 30, 2024*

| | Hours | Rate | Amount |
|---|---:|---:|---:|
| **Principals** | | | |
| Darrell Chodorow | 0.25 | 675.00 | 168.75 |
| Kevin Neels | 40.25 | 600.00 | 24,150.00 |
| Nicholas Powers | 20.75 | 580.00 | 12,035.00 |
| **Research Analysts** | | | |
| Lauren Peretz | 40.00 | 375.00 | 15,000.00 |
| Megan Sullivan | 1.00 | 350.00 | 350.00 |
| **Total Labor** | | | **$51,703.75** |
| | | | |
| **Related Expenses** | | | |
| Airline / Railway | | | 1,262.72 |
| Business Meals | | | 209.37 |
| Courier Service | | | 155.74 |
| Taxi / Livery | | | 220.35 |
| **Total Related Expenses** | | | **$1,848.18** |
| | | | |
| **TOTAL AMOUNT DUE** | | | **$53,551.93** |

Please note our updated banking information below. For additional information contact accountsreceivable@brattle.com.
Payable upon receipt in US Dollars to: The Brattle Group, Inc. (FID 04-3254813)
Finance Charge of 1.5% per month (18% APR) will be added to overdue invoices.

Please Remit Payment as Follows:

**Check Payments:**
The Brattle Group, Inc.
One Beacon Street, Suite 2600
Boston, MA 02108

**Telephone:**
+1.617.864.7900

**Email:** billingdept@brattle.com

**ACH/Wire Payments:**
Citibank, N.A. New York
SWIFT No.: CITIUS33
ABA No.: 021000089
Account: BRATTLE GROUP - OPERATING
Account No.: Redacted

**Exhibit 13**
**Page 47 of 57**

**Project: CL08140**
**April 1 - April 30, 2024**
**Time Log for Darrell Chodorow**

| Date | Description of Activity/Tasks | Hours |
|---|---|---|
| 4/2/2024 | Assisting with trial preparation. | 0.25 |
| TOTAL | | 0.25 |

**Exhibit 13**
**Page 48 of 57**

**Project: CL08140**
**March 1 - April 30, 2024**
**Time Log for Kevin Neels**

| Date | Description of Activity/Tasks | Hours |
|------|-------------------------------|-------|
| 3/13/2024 | Review deposition transcript. | 0.25 |
| 3/14/2024 | Review supplemental report. | 0.25 |
| 4/1/2024 | Call with D. Hosenpud, A. Schaer, and N. Powers.  Zoom call with N. Powers and D. Chodorow about pre-tax WACC. Review interest rate trends. | 1.00 |
| 4/2/2024 | Review JSA lease Payment calculations.  Teleconference on Frontier discount rate. Review tax documents and draft Q&A. | 2.25 |
| 4/4/2024 | Trial preparation. JSA rent calculation. Draft Q&A. S-1 review. Debt arguments. | 2.25 |
| 4/5/2024 | Trial preparation. Tax Documents. | 0.50 |
| 4/6/2024 | Trial preparation. | 2.50 |
| 4/7/2024 | Document review and testimony preparation. | 1.75 |
| 4/8/2024 | Document review and testimony preparation. Q&A practice.  D. Hosenpud call. | 2.50 |
| 4/9/2024 | Document review, testimony preparation, and testimony rehearsal. | 9.00 |
| 4/10/2024 | Document review, testimony preparation, and trial. | 9.75 |
| 4/11/2024 | Trial. | 5.00 |
| 4/22/2024 | Research tax question.  Zoom call.  Aftercall with N. Powers. | 1.50 |
| 4/23/2024 | Review D. Hosenpud request and draft supplemental statement. | 0.25 |
| 4/25/2024 | Discussion of tax issues. | 0.50 |
| 4/26/2024 | Review of Janis Joplin paper.  Call with D. Hosenpud. | 1.00 |
| TOTAL | | 40.25 |

**Exhibit 13**
**Page 49 of 57**

**Project: CL08140**
**April 1 - April 30, 2024**
**Time Log for Nicholas Powers**

| Date | Description of Activity/Tasks | Hours |
|---|---|---|
| 4/1/2024 | Call with expert. Trial preparation. Emails with counsel. Work on examination script. | 2.75 |
| 4/2/2024 | Trial preparation. Call with counsel. Bloomberg; | 3.00 |
| 4/3/2024 | Trial preparation, including edits to direct examination script. | 1.50 |
| 4/4/2024 | Trial preparation. Call with K. Neels. Final damage calculations. | 3.00 |
| 4/5/2024 | Call from counsel. Update examination script. Preparation of Neels file. | 1.50 |
| 4/8/2024 | Trial materials preparation for expert. | 0.25 |
| 4/22/2024 | Call with counsel, Frontier, and K. Neels. Began drafting explanation for post-trial brief. | 1.75 |
| 4/23/2024 | Draft explanation for post-trial brief. Call with counsel and team. | 3.50 |
| 4/24/2024 | Expand write-up on pre-tax/post-tax issue as requested by counsel. | 1.00 |
| 4/25/2024 | Email. Call from counsel. Call to K. Neels. Review emails and scientific reference manual. | 1.50 |
| 4/26/2024 | Call with K. Neels and counsel. Send materials to K. Neels. | 1.00 |
| TOTAL | | 20.75 |

**Exhibit 13**
**Page 50 of 57**

**Project: CL08140**
**April 1 - April 30, 2024**
**Time Log for Lauren Peretz**

| Date | Description of Activity/Tasks | Hours |
|------|-------------------------------|-------|
| 4/1/2024 | Met with team member. Created excerpts of source material for trial preparation. Prepared different iterations of damages model for trial preparation. Created Bloomberg graphs for trial demonstrative. | 4.50 |
| 4/2/2024 | Prepared different iterations of damages model for trial preparation. Bloomberg research. | 6.50 |
| 4/3/2024 | Created Bloomberg graphs for trial demonstrative. Bloomberg research and data pulls for trial preparation. | 7.50 |
| 4/4/2024 | Created updated version of damages calculation as of April 8 and April 11 for trial preparation. Prepared damages calculation for audit. Put together damages calculation update for counsel. | 7.00 |
| 4/5/2024 | Put together study binder for expert and prepared cheat sheet of important numbers. | 3.00 |
| 4/8/2024 | Prepared backup materials for expert and shipped out. | 1.50 |
| 4/23/2024 | Adjusted model and made new tables for counsel for post trial brief, added into draft and worked on surrounding prose. Met with counsel. | 6.50 |
| 4/24/2024 | Made new tables for counsel for post trial brief. Added into draft and worked on surrounding prose summarizing the results. | 3.50 |
| TOTAL | | 40.00 |

**Exhibit 13**
**Page 51 of 57**

**Project: CL08140**
**April 1 - April 30, 2024**
**Time Log for Megan Sullivan**

| Date | Description of Activity/Tasks | Hours |
|------|------------------------------|-------|
| 4/4/2024 | Audited updated workbook. | 1.00 |
| **TOTAL** | | **1.00** |

**Exhibit 13**
**Page 52 of 57**



www.citicards.com
JOHN KEVIN NEELS

Customer Service 1-888-766-CITI(2484)
(TTY: 711)

Page 3 of 10

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

**Payments, Credits and Adjustments**

**Standard Purchases**

| 03/30 | 03/30 | EXPEDIA 72793678077896 EXPEDIA.COM WA | $33.42 |
| 03/30 | 03/30 | JETBLUE 27970314308963 SALT LAKE CIT UT | $173.10 |
| | | NAME: NEELS/JOHN KEVIN | |
| | | DEPART: 04/12/24 | |
| | | LGA TO TPA : B6: CLASS: O : STOP:O | |
| 03/30 | 03/30 | DELTA 0067031437251 SEATTLE WA | $258.10 |
| | | NAME: NEELS/JOHN KEVI | |
| | | DEPART: 04/09/24 | |
| | | TPA TO LGA : DL: CLASS: L : STOP:O | |
| 04/09 | 04/09 | CURB NYC TAXI QUEENS NY | $90.35 |
| 04/10 | 04/10 | CNP COLUMBIA CAFE TPA 240-694-4100 FL | $26.22 |
| 04/11 | 04/11 | UNITED 01623797529550 UNITED.COM TX | $798.10 |
| | | NAME: NEELS/JOHNKEVIN | |
| | | DEPART: 04/11/24 | |
| | | EWR TO TPA : UA: CLASS: EA: STOP:X | |
| 04/11 | 04/11 | THE MALT HOUSE - FIDI NEW YORK NY | $64.00 |
| 04/11 | 04/11 | 4030 VILLA OFFICE TAVE NEWARK NJ | $63.00 |

### Fees charged

| Date | Description | Amount |
|---|---|---|
| | MEMBERSHIP FEE | |

Total fees charged in this billing period

### Interest charged

| | |
|---|---|
| Total interest charged in this billing period | $0.00 |

### 2024 totals year-to-date

| | |
|---|---|
| Total fees charged in 2024 | |
| Total interest charged in 2024 | |

### Interest charge calculation

Days in billing cycle: 29

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 21.24% (V) | $0.00 (D) | $0.00 |
| **ADVANCES** | | | |
| Standard Adv | 29.99% (V) | $0.00 (D) | $0.00 |

AADVANTAGE®
MILES EARNED
THIS PERIOD:

**1,778**

| Purchase | 1,572 |
| Bonus | 206 |
| **Accumulated This Period** | **1,778** |

» Visit aa.com/aadvantage to redeem miles, book flights and much more

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months' notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. Unless specified, AAdvantage® miles earned through this promotion/offer do not count toward AAdvantage® status qualification or AAdvantage Million Miler℠ status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit www.aa.com/aadvantage. American Airlines, American Eagle, AAdvantage®, AAdvantage Million Miler℠, MileSAAver, Business Extra, Flagship, Admirals Club, AirPass, ConciergeKey, AAdvantage Executive Platinum®, AAdvantage Platinum Pro®, AAdvantage Platinum®, AAdvantage Gold®, AAdvantage® MileUp®, AA Cargo®, the Flight Symbol logo and the Tail Design are marks of American Airlines, Inc.



**Exhibit 13**
**Page 53 of 57**

```
        Welcome to Dunkin'
          Store #: 362517
          6 Earhart Drive
          Newark, NJ 07114
464795 Cashier
----------------------------------------
             CHK 7625
         4/11/2024 5:46 PM
----------------------------------------
             Eat In
1 Md Hot Orig Cof          3.89
    3 Cream
  Cash                    $5.00
  Subtotal                $3.89
  New Jersey Tax          $0.26
  Payment                 $4.15
Change  Due            $0.85
---------- Check Closed ----------
         4/11/2024 5:47 PM
****************************************
     Donut forget to tell us about
       today's visit! Talk to us at
          www.DunkinRunsOnYou.com
       within 3 days and receive a
           FREE CLASSIC DONUT
        on your next visit when you
     purchase a Medium or Larger Beverage
     See restrictions on dunkindonuts.com

     Survey Code: 62501-62517-1704-1144
****************************************
     Additional Discounts Will Not Be
       Applied to Promotional Offers
****************************************
     Newark Liberty Runs on Dunkin'!
     Additional Discounts Will Not Be
       Applied to Promotional Offer
                7625
        Total Items: 1
```

**Exhibit 13**
**Page 54 of 57**

```
Check: BT4
Check #: REG 4-19                    Apr 9,2024
#: DC4D6D
Register ID: 24542                   6:49:48 PM
Server: Giuliana

ITEM                      QTY    PRICE    TOTAL

Malt House IPA Pint        1     $7.00    $7.00
Scottish Salmon Po'        1    $24.95   $24.95
Malt House Amber Pi        1     $9.00    $9.00

Subtotal                                 $40.95
Tax                                       $3.63
TOTAL                                    $44.58

            Tip Suggestions
              20% $8.19
              23% $9.42
              25% $10.24

              Malt House

    Please join us for Happy Hour
          Monday-Friday 3-6pm
        Saturday & Sunday 4-11pm

       Our House Is Your Home
```

$52

**Exhibit 13**
**Page 55 of 57**



**Exhibit 13**
**Page 56 of 57**



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-471-04435 | Apr 16, 2024 | ▮▮▮▮▮ | 2 of 2 |

## FedEx Express Shipment Summary By Reference

### FedEx Express Shipments (Original)

| Reference | Shipments | Rated Weight lbs | Transportation Charges | Special Handling Charges | Ret Chg/Tax Credits/Other | Discounts | Total Charges |
|---|---|---|---|---|---|---|---|
| CL08140 | 1 | 13.0 | 129.73 | 26.01 | | | 155.74 |
| **Total FedEx Express** | **1** | **13.0** | **$129.73** | **$26.01** | | | **$155.74** |

|  | **TOTAL THIS INVOICE** | **USD** | **$155.74** |
|---|---|---|---|

## FedEx Express Shipment Detail By Reference (Original)

| Ship Date: Apr 08, 2024 | Cust. Ref.: CL08140 | Ref.#2: |
|---|---|---|
| Payor: Shipper | Ref.#3: | |

Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
Distance Based Pricing, Zone 3
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
We calculated your charges based on a dimensional weight of 13.0 lbs, 16 in x 16 in x 7 in, using a dimensional factor of 139.
Package Delivered to Recipient Address - Release Authorized

| Automation | INET | **Sender** | | **Recipient** | |
|---|---|---|---|---|---|
| Tracking ID | 775867031866 | Facilities | | Kevin Neels | |
| Service Type | FedEx First Overnight | The Brattle Group | | Residence Inn | |
| Package Type | Customer Packaging | 1800 M ST NW STE 700N | | Residence Inn | |
| Zone | 03 | WASHINGTON DC 20036 US | | NEW YORK NY 10007 US | |
| Packages | 1 | | | | |
| Actual Weight | 1.0 lbs, 0.5 kgs | | | | |
| Rated Weight | 13.0 lbs, 5.9 kgs | | | | |
| Delivered | Apr 09, 2024 07:44 | Transportation Charge | | | 129.73 |
| Svc Area | A1 | Fuel Surcharge | | | 22.06 |
| Signed by | see above | DAS Comm | | | 3.95 |
| FedEx Use | 000000000/8/02 | **Total Charge** | | **USD** | **$155.74** |

|  | **CL08140 Reference Subtotal** | **USD** | **$155.74** |
|---|---|---|---|
|  | **Total FedEx Express** | **USD** | **$155.74** |

### FedEx® Billing Online

FedEx Billing Online allows you to efficiently manage and pay your FedEx invoices online. It's free, easy and secure. FedEx Billing Online helps you streamline your billing process. With all your FedEx shipping information available in one secure online location, you never have to worry about misplacing a paper invoice or sifting through reams of paper to find information for past shipments. Go to fedex.com to sign up today!

**Exhibit 13**

**Page 57 of 57**