*ELM Solutions*

# 2023 Real Rate Report®

The industry's leading analysis of law firm rates, trends, and practices



Wolters Kluwer

**Exhibit 14**
**Page 1 of 7**



**Report Editor**

**Jeffrey Solomon**
Vice President, Segment Leader
LegalVIEW® BillAnalyzer
Wolters Kluwer ELM Solutions

**Lead Data Analysts**

**Carol Au**
Business Systems Quantitative Analyst
Wolters Kluwer ELM Solutions

**Anand Kumar Pathinettam Padian**
Software and Data Engineer
Wolters Kluwer ELM Solutions

**ELM Solutions Creative**

**David Andrews**
Senior Graphic Designer
Wolters Kluwer ELM Solutions

**Contributing Analysts and Authors**

**Jason Bender**
Legal Analytics Product Manager
Wolters Kluwer ELM Solutions

**Haemi Jung**
Strategic Business Intelligence Manager
Wolters Kluwer ELM Solutions

**Margie Sleboda**
Lead Technology Product Manager
Wolters Kluwer ELM Solutions

**Executive Sponsor**

**Barry Ader**
Vice President, Product Management and
Marketing
Wolters Kluwer ELM Solutions

© 2004 - 2023 Wolters Kluwer ELM Solutions. All rights reserved. This material may not be reproduced, displayed, modified, or distributed in any form without the express prior written permission of the copyright holders. To request permission, please contact:

ELM Solutions, a Wolters Kluwer business
3009 Post Oak Blvd, Suite 1000
Houston, TX 77056 United States
ATTN: Marketing
ELMSolutionsSales@wolterskluwer.com

**LEGAL CAVEAT**

Wolters Kluwer ELM Solutions has worked to ensure the accuracy of the information in this report; however, Wolters Kluwer ELM Solutions cannot guarantee the accuracy of the information or analyses in all cases. Wolters Kluwer ELM Solutions is not engaged in rendering legal, accounting, or other professional services. This report should not be construed as professional advice on any particular set of facts or circumstances. Wolters Kluwer ELM Solutions is not responsible for any claims or losses that may arise from any errors or omissions in this report or from reliance upon any recommendation made in this report.

**Exhibit 14**
**Page 2 of 7**

# Table of Contents – 2023 Real Rate Report

**A Letter to Our Readers • 4**

**Report Use Considerations • 5**

**Section I: High-Level Data Cuts • 8**
- Partners, Associates, and Paralegals
- Partners, Associates, and Paralegals by Practice Area and Matter Type
- Partners and Associates by City
- Partners and Associates by City and Matter Type
- Partners by City and Years of Experience
- Associates by City and Years of Experience
- Partners and Associates by Firm Size and Matter Type

**Section II: Industry Analysis • 62**
- Partners, Associates, and Paralegals by Industry Group
- Partners and Associates by Industry Group and Matter Type
- Basic Materials and Utilities
- Consumer Goods
- Consumer Services
- Financials (Excluding Insurance)
- Health Care
- Industrials
- Insurance
- Technology and Telecommunications

**Section III: Practice Area Analysis • 82**
- Bankruptcy and Collections
- Commercial
- Corporate: Mergers, Acquisitions, and Divestitures
- Corporate: Regulatory and Compliance
- Corporate: Other
- Employment and Labor
- Environmental
- Finance and Securities
- General Liability (Litigation Only)
- Insurance Defense (Litigation Only)
- Intellectual Property: Other
- Intellectual Property: Patents
- Intellectual Property: Trademarks
- Real Estate

**Section IV: In-Depth Analysis for Select US Cities • 164**
- Boston, MA
- Chicago, IL
- Los Angeles, CA
- New York, NY
- Philadelphia, PA
- San Francisco, CA
- Washington, DC

**Section V: International Analysis • 181**

**Section VI: Matter Staffing Analysis • 211**

**Exhibit 14**
**Page 3 of 7**

# Section I: High-Level Data Cuts

## Cities
By Matter Type

**2023 – Real Rates for Associate and Partner**                    **Trend Analysis – Mean**

| City | Matter Type | Role | n | First Quartile | Median | Third Quartile | 2023 | 2022 | 2021 |
|------|-------------|------|---|---------------|--------|----------------|------|------|------|
| **Nashville TN** | Non-Litigation | Partner | 66 | $450 | $523 | $635 | $544 | $514 | $481 |
| | | Associate | 66 | $320 | $375 | $410 | $374 | $345 | $315 |
| **New Orleans LA** | Litigation | Partner | 55 | $290 | $336 | $380 | $353 | $342 | $330 |
| | | Associate | 39 | $224 | $252 | $349 | $279 | $276 | $290 |
| | Non-Litigation | Partner | 34 | $320 | $385 | $540 | $479 | $441 | $380 |
| | | Associate | 28 | $245 | $275 | $330 | $306 | $281 | $303 |
| **New York NY** | Litigation | Partner | 565 | $450 | $702 | $1,205 | $857 | $814 | $783 |
| | | Associate | 611 | $335 | $555 | $783 | $595 | $546 | $525 |
| | Non-Litigation | Partner | 1,275 | $758 | $1,225 | $1,695 | $1,222 | $1,208 | $1,144 |
| | | Associate | 1,513 | $560 | $790 | $1,070 | $821 | $810 | $769 |
| **Oklahoma City OK** | Non-Litigation | Partner | 12 | $275 | $380 | $390 | $347 | $340 | $319 |
| **Omaha NE** | Litigation | Partner | 10 | $274 | $315 | $350 | $326 | $329 | $338 |
| | Non-Litigation | Partner | 30 | $334 | $412 | $420 | $367 | $374 | $354 |
| | | Associate | 18 | $196 | $213 | $255 | $235 | $237 | $242 |

wolterskluwer.com

**Exhibit 14**
**Page 4 of 7**

# Section I: High-Level Data Cuts

## Cities
By Years of Experience

**2023 - Real Rates for Associate**                                    **Trend Analysis - Mean**

| City | Years of Experience | n | First Quartile | Median | Third Quartile | 2023 | 2022 | 2021 |
|------|---------------------|---|----------------|--------|----------------|------|------|------|
| **Los Angeles CA** | 3 to Fewer Than 7 Years | 100 | $512 | $761 | $875 | $702 | $637 | $590 |
| | 7 or More Years | 140 | $464 | $674 | $888 | $696 | $651 | $644 |
| **Miami FL** | 3 to Fewer Than 7 Years | 19 | $340 | $520 | $555 | $467 | $394 | $355 |
| **Minneapolis MN** | 3 to Fewer Than 7 Years | 31 | $340 | $442 | $536 | $453 | $414 | $352 |
| | 7 or More Years | 23 | $379 | $480 | $601 | $482 | $474 | $434 |
| **New Orleans LA** | 7 or More Years | 22 | $238 | $302 | $368 | $303 | $299 | $306 |
| **New York NY** | Fewer Than 3 Years | 153 | $475 | $690 | $790 | $654 | $608 | $634 |
| | 3 to Fewer Than 7 Years | 252 | $416 | $740 | $1,050 | $766 | $720 | $662 |
| | 7 or More Years | 336 | $458 | $730 | $1,035 | $771 | $770 | $729 |
| **Philadelphia PA** | Fewer Than 3 Years | 31 | $325 | $418 | $450 | $403 | $407 | $429 |
| | 3 to Fewer Than 7 Years | 85 | $378 | $436 | $491 | $453 | $434 | $388 |
| | 7 or More Years | 139 | $425 | $513 | $590 | $527 | $487 | $435 |
| **Pittsburgh PA** | 3 to Fewer Than 7 Years | 23 | $216 | $285 | $428 | $344 | $363 | $354 |
| | 7 or More Years | 34 | $351 | $468 | $620 | $509 | $457 | $408 |

# Section I: High-Level Data Cuts

## Cities
By Years of Experience

**2023 – Real Rates for Partner**                                                   **Trend Analysis – Mean**

| City | Years of Experience | n | First Quartile | Median | Third Quartile | 2023 | 2022 | 2021 |
|------|--------------------|---|---------------|--------|----------------|------|------|------|
| **Los Angeles CA** | 21 or More Years | | | | | | | |
| | | 284 | $518 | $802 | $1,188 | $877 | $885 | $846 |
| **Memphis TN** | Fewer Than 21 Years | | | | | | | |
| | | 10 | $295 | $352 | $360 | $336 | $332 | $307 |
| | 21 or More Years | | | | | | | |
| | | 12 | $395 | $415 | $433 | $391 | $400 | $380 |
| **Miami FL** | Fewer Than 21 Years | | | | | | | |
| | | 50 | $395 | $555 | $671 | $544 | $475 | $479 |
| | 21 or More Years | | | | | | | |
| | | 80 | $413 | $625 | $789 | $616 | $593 | $581 |
| **Minneapolis MN** | Fewer Than 21 Years | | | | | | | |
| | | 36 | $493 | $610 | $687 | $578 | $545 | $484 |
| | 21 or More Years | | | | | | | |
| | | 72 | $576 | $714 | $845 | $696 | $658 | $622 |
| **Nashville TN** | Fewer Than 21 Years | | | | | | | |
| | | 17 | $381 | $509 | $615 | $502 | $449 | $400 |
| | 21 or More Years | | | | | | | |
| | | 42 | $454 | $484 | $559 | $515 | $504 | $488 |
| **New Orleans LA** | Fewer Than 21 Years | | | | | | | |
| | | 20 | $330 | $336 | $377 | $358 | $344 | $316 |
| | 21 or More Years | | | | | | | |
| | | 40 | $320 | $370 | $500 | $449 | $422 | $366 |
| **New York NY** | Fewer Than 21 Years | | | | | | | |
| | | 384 | $632 | $1,025 | $1,475 | $1,084 | $1,064 | $1,030 |
| | 21 or More Years | | | | | | | |
| | | 810 | $645 | $1,083 | $1,611 | $1,132 | $1,116 | $1,064 |
| **Oklahoma City OK** | 21 or More Years | | | | | | | |
| | | 12 | $250 | $380 | $385 | $337 | $332 | $328 |

# Section II: Practice Area Analysis

## Commercial
By City

**2023 – Real Rates for Associate and Partner**                    **Trend Analysis – Mean**

| City | Role | n | First Quartile | Median | Third Quartile | 2023 | 2022 | 2021 |
|------|------|---|----------------|--------|----------------|------|------|------|
| **Los Angeles CA** | Partner | 71 | $596 | $800 | $1,156 | $885 | $901 | $840 |
| | Associate | 72 | $525 | $645 | $914 | $691 | $715 | $735 |
| **Miami FL** | Partner | 43 | $518 | $615 | $693 | $632 | $603 | $562 |
| | Associate | 24 | $400 | $450 | $545 | $479 | $432 | $390 |
| **Minneapolis MN** | Partner | 52 | $607 | $710 | $875 | $715 | $670 | $657 |
| | Associate | 50 | $369 | $458 | $576 | $481 | $466 | $459 |
| **New York NY** | Partner | 167 | $696 | $1,111 | $1,688 | $1,179 | $1,153 | $1,046 |
| | Associate | 179 | $521 | $803 | $1,086 | $812 | $752 | $617 |
| **Philadelphia PA** | Partner | 112 | $554 | $710 | $861 | $737 | $751 | $684 |
| | Associate | 88 | $383 | $450 | $594 | $499 | $476 | $446 |
| **Pittsburgh PA** | Partner | 22 | $414 | $759 | $1,010 | $762 | $652 | $635 |
| | Associate | 15 | $280 | $425 | $568 | $436 | $408 | $443 |
| **Portland OR** | Partner | 15 | $498 | $580 | $617 | $570 | $576 | $557 |
| | Associate | 28 | $395 | $458 | $505 | $452 | $448 | $406 |
| **San Diego CA** | Partner | 11 | $415 | $889 | $1,050 | $843 | $718 | $590 |

wolterskluwer.com

**Exhibit 14**