**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
FRONTIER AIRLINES, INC.,

                Plaintiff,                20 **CIVIL** 9713 (LLS)

      -v-                   **<u>AMENDED JUDGMENT</u>**

AMCK AVIATION HOLDINGS IRELAND
LIMITED , ACCIPITER INVESTMENT 4
LIMITED , VERMILLION AVIATION
(TWO) LIMITED, WELLS FARGO TRUST
COMPANY , N.A., solely in its
capacity As OWNER TRUSTEE, and
UMB BANK , N. A., solely in its
capacity as OWNER TRUSTEE,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion & Order dated July 1, 2024 and the Court's Order dated July 1, 2024, Defendants' June 25, 2024 Motion to Amend the Judgment (Dkt. No. 173) is granted. Accordingly, judgment is entered in favor of Frontier and against AMCK, Accipiter, and Vermillion in the amount of $48,660,000, plus interest at 9% from April 8, 2024 of $839,884.93 for a total sum of $49,499,884,93.

**Dated:** New York, New York

      July 02, 2024

                                        **DANNY ORTIZ**
                                        **Acting, Clerk of Court**

                       **BY:**   _____
                                          **Deputy Clerk**