UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRONTIER AIRLINES, INC.,

        Plaintiff,

  v.

AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,

        Defendants.

20 Civ. 9713 (LLS)

**NOTICE OF APPEAL**

---

**PLEASE TAKE NOTICE** that Defendants AMCK Aviation Holdings Ireland Limited, Accipiter Investments Aircraft 4 Limited, and Vermillion Aviation (Two) Limited ("Defendants"), hereby appeal to the United States Court of Appeals for the Second Circuit from the (i) Opinion and Order dated June 14, 2024 (ECF No. 170), (ii) the Judgment dated June 17, 2024 (ECF No. 171), (iii) the Amended Opinion and Order dated July 1, 2024 (ECF No. 175), (iv) the Amended Judgment dated July 2, 2024 (ECF No. 180), and (v) all other orders entered in the case that were adverse, either in whole or in part, to Defendants.

Dated: July 12, 2024

                                            Respectfully submitted,

                                              /s/ Jeff E. Butler

                                            Jeff E. Butler
                                            John P. Alexander
                                            Giannina Crosby
                                            CLIFFORD CHANCE US LLP
                                            Two Manhattan West
                                            375 9th Avenue
                                            New York, New York 10001

                                            *Attorneys for Defendants*