**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FRONTIER AIRLINES, INC.

        Plaintiff,

v.

AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,

        Defendants.

Case No.: 1:20-cv-09713-LLS

## SUPPLEMENTAL DECLARATION OF DAVID G. HOSENPUD IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES

I, David G. Hosenpud, declare as follows:

1. I am an attorney licensed to practice law in the State of Oregon, and admitted pro hac vice in the above matter. I am a partner with the law firm of Lane Powell, PC, which represents Plaintiff Frontier Airlines, Inc. in this matter. I am fully familiar with the facts and circumstances herein.

2. I make this supplemental declaration in support of Frontier's Motion for Attorney's Fees, Costs, and Expenses (Motion).

3. Attached to my declaration as **Exhibit 15** is Lane Powell's Invoice No. 3936950, dated July 22, 2024, reflecting the fees and time entries of Lane Powell partners and staff incurred in connection with Frontier's Reply in support of its Motion, as well as the charge for the 2023 Wolters Kluwer *Real Rate Report*, which were not previously submitted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 22, 2024

       s/ David G. Hosenpud
David G. Hosenpud