

**Wire Transfer Information:** **Remit Payments To:**
*Wells Fargo Bank* *Lane Powell PC*
*ABA No. 121000248* *P.O. Box 91302*
*Account No.* Redacted *Seattle, WA*
*Swift Code: WFBIUS6S* *98111-9402*
  *Attn: Cash Receipts*
**Pay by e-Check, Visa, or MC:** *Fax: (206) 223-7107*
 *Use **pay my bill now** link*
  *at lanepowell.com or*
  *call (206) 223-6288*

*Identification No. 20-2071651*

Frontier Airlines, Inc.                    Invoice Date                    July 22, 2024
Accounts Payable                           Invoice Number                      3936950
Department #762520-105-40000H              Client Matter ID              022510.000155
4545 Airport Way
Denver, CO  80239
Email: apinvoices@flyfrontier.com

Total Fees:                                                                  $9,502.35

Total Costs:                                                                   $600.00

**TOTAL AMOUNT DUE THIS INVOICE:**                                          $10,102.35

PLEASE REFERENCE OUR INVOICE OR MATTER NUMBER WITH YOUR PAYMENT

*Payment Due Upon Receipt*
*A Monthly Interest Charge May Accrue On Unpaid Invoices*

• **Anchorage** (907) 277-9511 • **Portland** (503) 778-2100 • **Seattle** (206) 223-7000

For Our Current Seminars and Other Events, Visit lanepowell.com and Click on News & Events

**Exhibit 15**
**Page 1 of 3**

**Wire Transfer Information:**
Wells Fargo Bank
ABA No. 121000248
Account No. Redacted
Swift Code: WFBIUS6S

**Pay by e-Check, Visa, or MC:**
Use **pay my bill now** link
at lanepowell.com or
call (206) 223-6288

**Remit Payments To:**
Lane Powell PC
P.O. Box 91302
Seattle, WA
98111-9402
Attn: Cash Receipts
Fax: (206) 223-7107

*Identification No. 20-2071651*

Frontier Airlines, Inc.
Accounts Payable
Department #762520-105-40000H
4545 Airport Way
Denver, CO  80239
Email: apinvoices@flyfrontier.com

Invoice Date       July 22, 2024
Invoice Number     3936950
Client Matter ID   022510.000155

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 22, 2024

RE: AMCK Aviation Dispute

| Date | Professional | Narrative | Hours |
|---|---|---|---|
| 07/01/2024 | A. Schaer | Correspond with D. Hosenpud re finalizing fee petition, including considerations on redacting time entries from experts and further work on same | 0.70 |
| 07/01/2024 | D. Deibele | Prepare exhibits to motion for fees and costs; multiple conferences re same | 2.30 |
| 07/15/2024 | D. Hosenpud | Review and analyze AMCK opposition to Frontier Motion for attorney fees | 0.50 |
| 07/15/2024 | A. Schaer | Analyze Defendants' opposition to motion for fees and costs and consider strategy and outline for responding to same | 0.80 |
| 07/16/2024 | A. Schaer | Begin work on reply brief in support of motion for fees, including legal research into relevant issues raised in Defendants' opposition brief | 3.50 |
| 07/17/2024 | D. Hosenpud | Review reply in support of attorney fee petition | 1.20 |
| 07/17/2024 | A. Schaer | Further work drafting reply brief in support of motion for fees and correspond with D. Hosenpud re same | 3.10 |
| 07/17/2024 | D. Deibele | Review draft reply memo; assemble Consilio invoices to be attached to supplemental D. Hosenpud declaration; prepare calculations to be updated and included in reply; coordinate with Accounting to obtain fees and costs incurred after June 29, 2024; confer with T. Garcia re filing | 0.80 |
| 07/19/2024 | A. Schaer | Further work drafting reply brief and corresponding declaration re motion for fees and costs | 3.90 |

**Exhibit 15**
**Page 2 of 3**

| | | | |
|---|---|---|---|
| 07/19/2024 | D. Deibele | Confer with A. Schaer re exhibits to reply brief; analyze Consilio invoices; revise exhibit | 1.20 |

| | |
|---|---|
| Total Hours: | 18.00 |
| Total Fees: | 9,502.35 |

## RATE SUMMARY

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Darcy Deibele | 4.30 | 409.50 | $1,760.85 |
| David G. Hosenpud | 1.70 | 615.00 | $1,045.50 |
| Aaron Schaer | 12.00 | 558.00 | $6,696.00 |
| | 18.00 | | $9,502.35 |

## DISBURSEMENTS

| | | |
|---|---|---|
| 06/25/2024 | Records Obtained - WK ELM SOLUTIONS - Wolters Kluwer 2023 Real Rate Report - D. Hosenpud - INV#4197973307090804 | 600.00 |

| | |
|---|---|
| Total Disbursements: | 600.00 |
| TOTAL FEES AND COSTS: | $ 10,102.35 |
| **TOTAL AMOUNT DUE THIS INVOICE:** | **$ 10,102.35** |

**Exhibit 15**
**Page 3 of 3**