**CLIFFORD**
**CHANCE**

**MEMO ENDORSED**

CLIFFORD CHANCE US LLP

TWO MANHATTAN WEST
375 9TH AVENUE
NEW YORK, NY 10001

TEL +1 212 878 8000
FAX +1 212 878 8375

www.cliffordchance.com

By ECF

The Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Direct Dial: +1 212 878 8205
E-mail: jeff.butler@cliffordchance.com

July 23, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/25/24

Re: *Frontier Airlines v. AMCK Aviation*, 20 Civ. 9713 (LLS)

Your Honor:

In its Reply Brief in Support of Motion for Attorney's Fees, Costs, and Expenses filed yesterday (Dkt. No. 186), Plaintiff makes an additional request for $10,102.35 in fees and expenses incurred in the preparation of the Reply Brief. Such "fees on fees" are not permitted under controlling Second Circuit precedent. *See F.H. Krear & Co. v. Nineteen Named Trusteees*, 810 F.2d 1250, 1266 (2d Cir. 1987) (holding that "a general contract provision for the shifting of attorneys' fees does not authorize an award of fees for time spent in seeking the fees themselves").

Since this additional request was made for the first time on reply, we write to request permission to file a two-page sur-reply to address this narrow subject only.

Respectfully submitted,

s/ *Jeff E. Butler*

Jeff E. Butler

*Granted*
Louis L. Stanton
7/25/24