UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>                Defendants. | 20 Civ. 9713 (LLS) |

**STIPULATION AND [PROPOSED] ORDER ALLOWING
CASH DEPOSIT IN LIEU OF SUPERSEDEAS BOND**

      **WHEREAS**, on July 2, 2024, the Court entered an Amended Judgment against Defendants AMCK Aviation Holdings Ireland Limited, Accipiter Investments Aircraft 4 Limited and Vermillion Aviation (Two) Limited (collectively, "Defendants") in the total amount of $49,499,884.93;

      **WHEREAS,** on July 12, 2024, Defendants filed a Notice of Appeal appealing, among other things, the Amended Judgment, which is currently pending before the United States Court of Appeals for the Second Circuit (the "Appeal");

      **WHEREAS,** Defendants intend to deposit cash with the Court to stay enforcement of the Amended Judgment while the Appeal is pending;

      **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Frontier Airlines, Inc. ("Frontier") and Defendants, that:

1. Defendants are authorized to deposit with the Court the sum of $54,944,872.27, representing 111% of the amount of the Amended Judgment, pursuant to Rule 67(a) of the Federal Rules of Civil Procedure;

2. The deposited funds shall be maintained in an interest-bearing account or invested in one or more interest-bearing instruments pursuant to Rule 67(b) of the Federal Rules of Civil Procedure;

3. The Clerk shall deduct from the income on the investment a fee consistent with that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office pursuant to Local Civil Rule 67.1(b)(2);

4. The deposited funds shall serve as "other security" for the Amended Judgment pursuant to Rule 62(b) of the Federal Rules of Civil Procedure;

5. Pursuant to 28 U.S.C. § 2042, the deposited funds, and any interest earned thereon, shall not be withdrawn except by order of the Court; and

6. Proceedings to enforce the Amended Judgment, or to obtain discovery in aid of such enforcement, shall be stayed pending final disposition of the Appeal.

[Remainder of Page Intentionally Blank]

Dated: July 29, 2024

| | |
|---|---|
| *[signature]* | s/ Jeff E. Butler |
| David G. Hosenpud (*pro hac vice*) | Jeff E. Butler |
| LANE POWELL PC | CLIFFORD CHANCE US LLP |
| 601 SW Second Avenue, Suite 2100 | Two Manhattan West |
| Portland, Oregon 97204 | 375 9th Avenue |
| Tel: 503-778-2141 | New York, New York 10001 |
| Email: hosenpudd@lanepowell.com | Tel: 212-878-8205 |
| | Email: jeff.butler@cliffordchance.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED:

_____

Louis L. Stanton
United States District Judge

Dated: July \_\_\_, 2024