UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTIER AIRLINES, INC.,<br><br>                Plaintiff,<br>    v.<br>AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,<br><br>                Defendants. | 20 Civ. 9713 (LLS)<br><br>**AMENDED NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Defendants AMCK Aviation Holdings Ireland Limited, Accipiter Investments Aircraft 4 Limited, and Vermillion Aviation (Two) Limited ("Defendants"), hereby appeal to the United States Court of Appeals for the Second Circuit from the (i) Opinion and Order dated June 14, 2024 (ECF No. 170), (ii) the Judgment dated June 17, 2024 (ECF No. 171), (iii) the Amended Opinion and Order dated July 1, 2024 (ECF No. 175), (iv) the Amended Judgment dated July 2, 2024 (ECF No. 180), (v) the Opinion dated August 14, 2024 (ECF No. 195), (vi) the Memorandum Endorsement dated August 19, 2024 (ECF No. 196), (vii) the Supplemental Judgment dated August 20, 2024 (ECF No. 198), and (viii) all other orders entered in the case that were adverse, either in whole or in part, to Defendants.

[*Remainder of page blank*]

Dated: August 26, 2024                             Respectfully submitted,

                                                    s/ Jeff E. Butler

                                                    Jeff E. Butler
                                                    John P. Alexander
                                                    Giannina Crosby
                                                    CLIFFORD CHANCE US LLP
                                                    Two Manhattan West
                                                    375 9th Avenue
                                                    New York, New York 10001
                                                    212-878-8000
                                                    Jeff.butler@cliffordchance.com

                                                    *Attorneys for Defendants*