# CLIFFORD
# CHANCE

CLIFFORD CHANCE US LLP

TWO MANHATTAN WEST
375 9TH AVENUE
NEW YORK, NY 10001

TEL +1 212 878 8000
FAX +1 212 878 8375

www.cliffordchance.com

**By ECF**

The Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Direct Dial: +1 212 878 8205
E-mail: jeff.butler@cliffordchance.com

September 18, 2024

Re:  *Frontier Airlines v. AMCK Aviation*, 20 Civ. 9713 (LLS)

Your Honor:

I write on behalf of Defendants in this matter, and pursuant to Section 3.B of Your Honor's Individual Practices, to request permission to file under seal the Stipulation and [Proposed] Order Authorizing Disbursement of Funds dated September 18, 2024 (the "Stipulation"). Defendants are submitting the Stipulation as part of a final settlement of the above-captioned matter. Plaintiff joins in this request.

The parties have agreed to keep the terms of the settlement confidential. Therefore, Defendants are filing a version of the Stipulation publicly with redactions applied to certain financial terms. The unredacted version is being filed under seal. In the circumstances, there exists good cause and compelling reasons to keep the redacted portions of the Stipulation under seal. *See United States v. Glens Falls Newspapers, Inc.*, 160 F.3d 853, 858 (2d Cir. 1998) ("We conclude that the presumption of access to settlement negotiations, draft agreements, and conference statements is negligible to nonexistent.").

In addition, the parties respectfully request that the Court file the "so ordered" version of the Stipulation under seal to preserve the confidentiality of the redacted financial terms.

Respectfully submitted,

*s/ Jeff E. Butler*

Jeff E. Butler

cc:  Counsel of Record (via ECF)