UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRONTIER AIRLINES, INC.              Case No.: 1:20-cv-09713-LLS

        Plaintiff,

v.

AMCK AVIATION HOLDINGS IRELAND
LIMITED, ACCIPITER INVESTMENT 4
LIMITED, VERMILLION AVIATION
(TWO) LIMITED, WELLS FARGO TRUST
COMPANY, N.A., solely in its capacity as
OWNER TRUSTEE, and UMB BANK,
N.A., solely in its capacity as OWNER
TRUSTEE,

        Defendants.

## FULL SATISFACTION OF JUDGMENT

WHEREAS, on June 17, 2024 (amended on July 2, 2024), Plaintiff Frontier Airlines, Inc. ("Frontier") was awarded judgment against Defendants AMCK Aviation Holdings Ireland Limited, Accipiter Investments Aircraft 4 Limited, and Vermillion Aviation (Two) (collectively, "Defendants") in the above-captioned case in the amount of $48,660,000.00, plus interest at 9% per annum from April 8, 2024, for a total amount of $49,499,884.93 as of July 2, 2024;

WHEREAS, on August 20, 2024, Frontier was awarded a supplemental judgment against Defendants for attorneys' fees and costs in the amount of $2,581,727.50. The $49,499,884.93 and $2,581,727.50 awards are collectively, "Judgment";

WHEREAS, the parties filed a Stipulation and Proposed Order with the Court on September 18, 2024 (amended on September 19, 2024), informing the Court that the parties reached a confidential settlement agreement with respect to the above-captioned case, including

the Judgment, for an amount that remains confidential and was sealed by the Court ("Settlement Payment"). The Court entered this Stipulation and Order on September 23, 2024;

WHEREAS, Defendants paid the Settlement Payment and the Judgment has been fully satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall;

THEREFORE, full and complete satisfaction of said Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said Judgment.

DATED: October 25, 2024

**LANE POWELL PC**

By: *s/ Aaron Schaer*
David G. Hosenpud (*pro hac vice*)
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone No.: 503.778.2100
Facsimile No.: 503.778.2200
E-mail: hosenpudd@lanepowell.com

Aaron Schaer, (*pro hac vice*)
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7103
Facsimile: 206.223.7107
E-mail: schaera@lanepowell.com

-and-

**BINDER & SCHWARTZ LLP**
Neil S. Binder
675 Third Avenue, 26th Floor
New York, New York 10017
Telephone No.: 212.510.7008
Facsimile No.: 212.510.7299
E-mail: nbinder@binderschwartz.com

*Attorneys for Plaintiff Frontier Airlines, Inc.*

| | | |
|---|---|---|
| STATE OF MICHIGAN | ) | |
| | ) ss.: | |
| COUNTY OF OAKLAND | ) | |

MATEEN KHAN
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires Jan. 08, 2025
Acting in the County of Oakland

On the 25 day of October, 2024 before me personally came Aaron Schaer to me known and known to be a member of the firm of Lane Powell PC, attorneys for Plaintiff Frontier Airlines, Inc. in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

3

022510.0155/9913927.1