ORIGINAL



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRONTIER AIRLINES, INC.,

        Plaintiff,

v.

AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE,

        Defendants.

20 Civ. 9713 (LLS)

---

## SECOND STIPULATION AND [~~PROPOSED~~] ORDER AUTHORIZING DISBURSEMENT OF FUNDS

**WHEREAS**, a Stipulation and Order Authorizing Disbursement of Funds was entered by the Court on September 23, 2024 governing the distribution of funds on deposit with the Court, which directs the Clerk of Court to make a certain payment to Plaintiff Frontier Airlines, Inc. ("Frontier") and to pay the remaining funds on deposit to two entities affiliated with the Defendants;

**WHEREAS**, the Clerk of Court has made the required payment to Frontier;

**WHEREAS**, Defendants wish to designate a different entity to receive payment of the remaining funds on deposit;

**IT IS HEREBY STIPULATED AND AGREED**, by and between Frontier and Defendants, that the Clerk of the Court shall transfer all remaining funds on deposit, including accrued interest, to Carlyle Aviation Partners LLC using payment information to be provided by the undersigned counsel of record for Defendants.

Dated: November 11, 2024

_____
David G. Hosenpud (*pro hac vice*)
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204

*Attorneys for Frontier Airlines, Inc.*

_____
Jeff E. Butler
CLIFFORD CHANCE US LLP
Two Manhattan West
375 9th Avenue
New York, New York 10001

*Attorneys for Defendants*

SO ORDERED:

_____
Louis L. Stanton
United States District Judge

Dated: November 15, 2024