**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FRONTIER AIRLINES, INC. | Case No.: 1:20-cv-09713-LLS |
| Plaintiff, | |
| v. | |
| AMCK AVIATION HOLDINGS IRELAND LIMITED, ACCIPITER INVESTMENT 4 LIMITED, VERMILLION AVIATION (TWO) LIMITED, WELLS FARGO TRUST COMPANY, N.A., solely in its capacity as OWNER TRUSTEE, and UMB BANK, N.A., solely in its capacity as OWNER TRUSTEE, | |
| Defendants. | |

**NOTICE OF FIRM NAME CHANGE *EFFECTIVE JANUARY 1, 2025***

TO:     Clerk of the Court

AND TO:   All Parties and Their Counsel of Record

PLEASE TAKE NOTICE, effective January 1, 2025, the firm name of Lane Powell PC will change to Ballard Spahr LLP. The new contact information is as follows, and all future pleadings and papers, exclusive of original process, are to be served and addressed to said attorneys at Ballard Spahr LLP at the contact information below (please note that the email addresses will change but the telephone numbers, mailing address, and street address have remained the same):

David G. Hosenpud
Ballard Spahr LLP
601 SW Second Avenue
Suite 2100
Portland, Oregon 97204
Telephone:  503.778.2141
Facsimile:  503.778.2200
hosenpudd@ballardspahr.com

022510.0155/9960662.1

Aaron Schaer<br>
Ballard Spahr LLP<br>
1420 Fifth Avenue, Suite 4200<br>
P.O. Box 91302<br>
Seattle, Washington 98111-9402<br>
Telephone:  206.223.7000<br>
Facsimile:  206.223.7107<br>
schaera@ballardspahr.com

DATED:  December 19, 2024

        LANE POWELL PC

        By: s/ David G. Hosenpud
          David G. Hosenpud (*pro hac vice*)
          601 SW Second Avenue, Suite 2100
          Portland, Oregon  97204-3158
          Telephone No.:  503.778.2100
          Facsimile No.:  503.778.2200
          E-mail:  hosenpudd@lanepowell.com

          Aaron Schaer, (*pro hac vice*)
          1420 Fifth Avenue, Suite 4200
          P.O. Box 91302
          Seattle, Washington  98111-9402
          Telephone:  206.223.7103
          Facsimile:  206.223.7107
          E-mail:  schaera@lanepowell.com

        -and-

        **BINDER & SCHWARTZ LLP**
        Neil S. Binder
        675 Third Avenue, 26th Floor
        New York, New York  10017
        Telephone No.:  212.510.7008
        Facsimile No.:  212.510.7299
        E-mail:  nbinder@binderschwartz.com

        *Attorneys for Plaintiff, Frontier Airlines, Inc.*